```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
PETER KALTMAN,
                Plaintiff,

                -v-                             :        14-cv-9662 (JSR)
                                                :
PETROLEO BRASILEIRO S.A. - PETROBRAS,           :
                Defendant.                      :
------------------------------------ x
KEN NGO,                                        :
                Plaintiff,                      :
                                                :
                -v-                             :        14-cv-9760 (JSR)
                                                :
PETROLEO BRASILEIRO S.A. - PETROBRAS,           :
                                                :
                Defendant.                      :
------------------------------------ x
JONATHAN MESSING,                               :
                                                :
                Plaintiff,                      :
                                                :
                -v-                             :        14-cv-9847 (JSR)
                                                :
PETROLEO BRASILEIRO S.A. - PETROBRAS,           :
                                                :
                Defendant.                      :
------------------------------------ x
CITY OF PROVIDENCE,                             :
                                                :
                Plaintiff,                      :
                                                :
                -v-                             :        14-cv-10117 (JSR)
                                                :
PETROLEO BRAILEIRO S.A. - PETROBRAS,            :
et al.                                          :
                Defendants.                     :
------------------------------------ x
LOUIS KENNEDY,                                  :
                Plaintiff,                      :
                                                :
                -v-                             :        15-cv-93 (JSR)
                                                :
PETROLEO BRASILEIRO S.A. - PETROBRAS,           :        ORDER
                                                :
                Defendant.                      :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/15

JED S. RAKOKFF, U.S.D.J.

A scheduling conference in the above-captioned cases was held on January 9, 2015. The schedule was set as follows.

Motions for appointment as lead plaintiff shall be filed by February 6, 2015; any responsive papers shall be filed by February 13, 2015; oral argument shall be held on February 19, 2015 at 4:00 pm.

Any amended consolidated complaint shall be filed by February 27, 2015.

Any motions to dismiss shall be filed by March 13, 2015; answering papers shall be filed by March 23, 2015; reply papers shall be filed by March 27, 2015; oral argument shall be held on April 3, 2015 at 4:30 pm.

    SO ORDERED.

Dated:    New York, NY
          January 9, 2015                    _____
                                             JED S. RAKOFF, U.S.D.J.