**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

PETER KALTMAN, Individually And On Behalf
Of All Others Similarly Situated,

         Plaintiff,

    vs.

PETRÓLEO BRASILEIRO S.A. - PETROBRAS,

         Defendant.

:    No. 1:14-cv-09662-JSR

:    **CLASS ACTION**

---------------------------------------------------------------- x

KEN NGO, Individually And On Behalf Of All
Others Similarly Situated,

         Plaintiff,

    vs.

PETRÓLEO BRASILEIRO S.A. - PETROBRAS,

         Defendant.

:    No. 1:14-cv-09760-JSR

:    **CLASS ACTION**

---------------------------------------------------------------- x

JONATHAN MESSING, Individually And On
Behalf Of All Others Similarly Situated,

         Plaintiff,

    vs.

PETRÓLEO BRASILEIRO S.A. - PETROBRAS,

         Defendant.

:    No. 1:14-cv-09847-JSR

:    **CLASS ACTION**

---------------------------------------------------------------- x

*-caption continued on next page-*

**NOTICE OF MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF COUNSEL**

```
------------------------------------------------------------- x
CITY OF PROVIDENCE, Individually And On    :    No. 1:14-cv-10117-JSR
Behalf Of All Others Similarly Situated,   :
                                           :    CLASS ACTION
            Plaintiff,                     :
                                           :
    vs.                                    :
                                           :
PETRÓLEO BRASILEIRO S.A. – PETROBRAS, :
PETROBRAS GLOBAL FINANCE B.V., MARIA :
DAS GRAÇAS SILVA FOSTER, ALMIR            :
GUILHERME BARBASSA, MARIANGELA            :
MONTEIRO TIZATTO, JOSUÉ CHRISTIANO         :
GOMES DA SILVA, DANIEL LIMA DE            :
OLIVEIRA, JOSÉ RAIMUNDO BRANDAO           :
PEREIRA, SÉVIO TULIO DA ROSA TINOCO,      :
PAULO JOSÉ ALVES, GUSTAVO TARDIN          :
BARBOSA, ALEXANDRE QUINTAO                :
FERNANDES, MARCOS ANTONIO ZACARIAS,:
CORNELIS FRANCISCUS JOZEF LOOMAN,         :
THEODORE MARSHALL HELMS, BB               :
SECURITIES LTD., CITIGROUP GLOBAL         :
MARKETS INC., ITAU BBA USA SECURITIES, :
INC., J.P. OMRGAN SECURITIES LLC,         :
MORGAN STANLEY & CO. LLC, SANTANDER:
INVESTMENT SECURITIES INC., BANCO         :
VOTORANTIM NASSAU BRANCH,                 :
MITSUBISHI UFJ SECURITIES (USA), INC.,    :
HSBC SECURITIES (USA) INC., MERRILL       :
LYNCH, PIERCE, FENNER & SMITH             :
INCORPORATED, STANDARD CHARTERED          :
BANK, BANK OF CHINA (HONG KONG)           :
LIMITED, BANCO BRADESCO BBI S.A.,         :
BANCA IMI S.P.A., and SCOTIA CAPITAL      :
(USA) INC.,                               :
                                          :
            Defendants.                   :
------------------------------------------------------------- x
```

*-caption continued on next page-*

```
--------------------------------------------------------------- x
LOUIS KENNEDY, Individually And On Behalf   :   No. 1:15-cv-00093-JSR
Of All Others Similarly Situated,           :
                                            :   CLASS ACTION
               Plaintiff,                   :
                                            :
     vs.                                    :
                                            :
PETRÓLEO BRASILEIRO S.A. - PETROBRAS,       :
                                            :
               Defendant.                   :
--------------------------------------------------------------- x
```

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiffs Union Asset Management Holding AG and Handelsbanken Fonder AB (together, the "Institutional Investor Group"), will move this Court pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order:  (1) consolidating all related actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointing the Institutional Investor Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (3) approving the Institutional Investor Group's selection of Motley Rice LLC as Lead Counsel for the proposed class.  In support of this Motion, the Institutional Investor Group submits the accompanying Memorandum of Law, Declaration of Rebecca M. Katz and exhibits attached thereto, and [Proposed] Order.

DATED:  February 6, 2015                     *Respectfully submitted*,

                                             **MOTLEY RICE LLC**


                                             _____
                                                     *s/ Rebecca M. Katz*
                                                     Rebecca M. Katz
                                             600 Third Avenue, Suite 2101
                                             New York, NY  10016
                                             Telephone:    212/577-0040
                                             Facsimile:    212/577-0054
                                             Email:        rkatz@motleyrice.com

                                             James M. Hughes
                                             David P. Abel
                                             28 Bridgeside Blvd.
                                             Mt. Pleasant, SC  29464
                                             Telephone:    843/216-9000
                                             Facsimile:    843/216-9450
                                             Emails:       jhughes@motleyrice.com
                                                           dabel@motleyrice.com

                                             *Counsel for Proposed Lead Plaintiff*

                                                                                    1

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 6, 2015.

*s/ Rebecca M. Katz*
Rebecca M. Katz

MOTLEY RICE LLC
600 Third Avenue, Suite 2101
New York, NY  10016
Telephone:     212/577-0040
Facsimile:     212/577-0054
Email:          rkatz@motleyrice.com