# Exhibit A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Dr. Joachim von Cornberg and Dr. Fabian Hannich, on behalf of Union Asset Management Holding AG ("Union"), for account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      We have reviewed a complaint against Petroleo Brasileiro S.A. - Petrobras ("Petroleo Brasileiro") and designate Motley Rice LLC as proposed lead counsel for Union in this action for all purposes.

2.      We are duly authorized to institute legal action on behalf of Union and the Funds', including litigation against Petroleo Brasileiro and any other defendants.

3.      Union did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      Union is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Union also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5.      Union will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      Union has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

> *Louisiana Municipal Police Employees' Retirement System v. The Bank of New York Mellon Corporation, et al.*, No. 11-cv-09175-LAK (S.D.N.Y.);

> *Clark v. Barrick Gold Corp., et al.*, No. 13-cv-03851-RPP (S.D.N.Y.);

> *West Virginia Pipe Trades Health & Welfare Fund v. Medtronic, Inc., et al.*, No. 13-cv-01686 (D. Minn.); and

> *Ciraulu v. American Realty Capital Properties, Inc., et al.*, No. 14-cv-08659 (S.D.N.Y.).

7.      Union understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.



8.     Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the securities that are the subject of this litigation.  Union will provide records of those transactions upon request.

9.     Union is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 30ᵗᴴ day of January, 2015.

For Union Asset Management Holding AG:

_____
Dr. Joachim von Cornberg
General Counsel

_____
Dr. Fabian Hannich
General Counsel

**Schedule A**

**Petroleo Brasileiro S.A. - Petrobras**
**Class Period: 01/07/10 - 11/26/14**

| Union Asset Management Holding AG | | Date | Shares | Price |
|---|---|---|---|---|
| **UniRak** | | | | |
| **(ISIN: US71654V4086)** | | | | |
| | **Purchases:** | 01/20/10 | 10,000 | $45.0610 |
| | | 02/18/10 | 5,000 | $42.0834 |
| | | 10/28/10 | 25,000 | $33.9678 |
| | | 11/19/10 | 25,000 | $33.3247 |
| | | 12/09/10 | 25,000 | $33.0660 |
| | | 05/12/11 | 25,000 | $33.2396 |
| | **Sales:** | 01/04/11 | 25,000 | $36.4184 |
| | | 01/04/11 | 25,000 | $36.1691 |
| | | 10/07/11 | 175,000 | $23.0314 |
| **PrivatFonds: Flexibel** | | | | |
| **(ISIN: US71654V4086)** | | | | |
| | **Purchases:** | 02/23/11 | 50,000 | $40.3283 |
| | | 03/04/11 | 4,000 | $41.2799 |
| | | 03/16/11 | 3,500 | $39.5983 |
| | | 03/21/11 | 5,000 | $39.5725 |
| | | 04/06/11 | 4,000 | $41.0153 |
| | **Sales:** | 04/13/11 | 31,500 | $37.7308 |
| | | 04/18/11 | 15,000 | $36.3564 |
| | | 04/27/11 | 20,000 | $37.0120 |
| **PrivatFonds: Flexibel pro** | | | | |
| **(ISIN: US71654V4086)** | | | | |
| | **Purchases:** | 02/23/11 | 27,000 | $40.4480 |
| | | 03/02/11 | 12,500 | $40.2231 |
| | | 03/21/11 | 5,000 | $39.7063 |
| | **Sales:** | 04/12/11 | 20,000 | $38.2434 |
| | | 04/13/11 | 24,500 | $37.2581 |

**UniEM Global**
**(ISIN: US71654V4086)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 03/02/10 | 25,000 | $44.0013 |
|  | 04/12/10 | 52,000 | $45.0162 |
|  | 05/03/10 | 21,000 | $42.2200 |
|  | 09/03/10 | 83,000 | $37.2251 |
|  | 02/08/11 | 53,000 | $37.0484 |
|  | 02/22/11 | 55,000 | $38.6134 |
|  | 01/17/12 | 50,000 | $29.0977 |
|  | 01/24/12 | 40,000 | $31.8282 |
|  | 02/02/12 | 40,000 | $31.6286 |
|  | 11/07/12 | 60,000 | $21.7466 |
|  | 01/04/13 | 90,000 | $20.3741 |
|  | 06/03/13 | 25,000 | $17.9235 |
|  | 08/19/14 | 123,000 | $17.2537 |
| Sales: | 06/23/10 | 34,000 | $36.0771 |
|  | 10/20/10 | 80,000 | $33.1378 |
|  | 06/12/12 | 4,000 | $18.5129 |
|  | 06/12/12 | 28,000 | $18.5129 |
|  | 06/14/12 | 100,000 | $18.4392 |
|  | 08/28/13 | 70,000 | $14.1183 |
|  | 06/25/14 | 115,000 | $14.8844 |

**UniProInvest: Aktien**
**(ISIN: US71654V4086)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 01/08/10 | 10,000 | $48.4784 |
| Sales: | 06/23/10 | 10,000 | $36.0355 |

**UniRak Emerging Markets**
**(ISIN: US71654V4086)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 03/02/10 | 1,200 | $43.9973 |
|  | 04/07/10 | 2,000 | $46.4941 |
|  | 08/30/10 | 4,500 | $33.0289 |
|  | 09/03/10 | 7,500 | $37.3064 |
|  | 02/08/11 | 25,000 | $37.0527 |
|  | 02/22/11 | 18,000 | $38.6210 |
|  | 06/30/11 | 35,050 | $33.7836 |
|  | 11/07/12 | 70,000 | $21.7461 |
|  | 06/03/13 | 40,000 | $17.9206 |
|  | 08/19/14 | 50,000 | $17.2560 |
| Sales: | 06/14/12 | 30,000 | $18.4562 |
|  | 08/28/13 | 30,000 | $14.1145 |

|  |  | 06/25/14 | 20,000 | $14.8760 |
|---|---|---|---|---|

**UniEuroRenta EM 2015**
**(ISIN: US71645WAJ09)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Purchases: | 06/11/10 | 2,500 | $115.5724 |
| | Sales: | 09/15/14 | 2,500 | $100.0000 |

**UniInstitutional EM Bonds 2016**
**(ISIN: US71645WAL54)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Purchases: | 02/19/10 | 20,000 | $106.7601 |
| | | 02/23/10 | 10,000 | $106.9203 |
| | | 03/01/10 | 6,000 | $107.6338 |
| | | 03/05/10 | 3,000 | $108.1681 |
| | | 03/08/10 | 2,000 | $108.1522 |
| | | 03/09/10 | 1,500 | $108.1357 |
| | | 03/11/10 | 12,500 | $107.6464 |
| | | 03/12/10 | 5,000 | $107.6413 |
| | | 03/15/10 | 4,000 | $107.6762 |
| | | 03/18/10 | 3,500 | $108.2184 |
| | | 03/22/10 | 5,000 | $107.5906 |
| | | 03/26/10 | 3,500 | $107.8074 |
| | | 04/08/10 | 4,000 | $108.1501 |
| | | 04/09/10 | 10,000 | $108.6452 |
| | | 04/14/10 | 7,000 | $108.5291 |
| | | 04/15/10 | 5,500 | $108.6620 |
| | | 04/19/10 | 4,000 | $108.8005 |
| | | 05/04/10 | 7,500 | $108.3260 |
| | | 05/15/13 | 45,000 | $112.7733 |
| | | 04/28/14 | 20,000 | $108.7339 |
| | | 10/01/14 | 67,000 | $107.9028 |
| | Sales: | 12/08/10 | 4,000 | $111.4500 |
| | | 01/14/11 | 15,000 | $110.7367 |

**UniInstitutional EM Corporate Bonds**
**(ISIN: US71645WAL54)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Purchases: | 03/07/12 | 20,000 | $113.6968 |

**UniEuroRenta EmergingMarkets**
**(ISIN: US71645WAN11)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Sales: | 06/24/13 | 5,000 | $113.1486 |

**UniFavorit: Renten**
**(ISIN: US71645WAN11)**

| | | | |
|---|---|---|---|
| Sales: | 03/09/10 | 2,500 | $118.3186 |

**UniRak Emerging Markets**
**(ISIN: US71645WAN11)**

| | | | |
|---|---|---|---|
| Purchases: | 05/28/10 | 1,250 | $113.3980 |
| Sales: | 01/24/13 | 2,750 | $124.9965 |

**UniRenta Corporates**
**(ISIN: US71645WAN11)**

| | | | |
|---|---|---|---|
| Sales: | 05/25/11 | 10,000 | $119.9789 |

**UniEuroRenta Unternehmensanleihen 2020**
**(ISIN: US71645WAP68)**

| | | | |
|---|---|---|---|
| Purchases: | 01/28/14 | 4,500 | $104.0336 |
| | 01/31/14 | 3,500 | $103.1751 |
| | 02/14/14 | 5,000 | $103.6390 |
| | 03/07/14 | 10,000 | $103.7708 |

**UniEuroRenta EmergingMarkets**
**(ISIN: US71645WAR25)**

| | | | |
|---|---|---|---|
| Purchases: | 02/01/12 | 2,000 | $104.2800 |
| Sales: | 06/24/13 | 2,000 | $97.1756 |

**UniInst. Global Corp. Bds Short Duration**
**(ISIN: US71645WAR25)**

| | | | |
|---|---|---|---|
| Purchases: | 02/18/14 | 7,000 | $100.0164 |

**UniInstitutional EM Corporate Bonds**
**(ISIN: US71645WAR25)**

| | | | |
|---|---|---|---|
| Purchases: | 02/03/11 | 3,500 | $100.6585 |
| | 02/10/11 | 3,500 | $99.8406 |
| | 02/23/11 | 5,000 | $100.1410 |
| Sales: | 04/03/12 | 12,000 | $107.8834 |

**UniInstitutional EM Corporate Bonds 2020**
**(ISIN: US71645WAR25)**

| | | | |
|---|---|---|---|
| Purchases: | 04/18/13 | 12,000 | $109.5053 |
| | 04/30/13 | 8,000 | $110.7196 |
| | 05/17/13 | 12,000 | $109.8981 |
| | 06/12/13 | 15,000 | $103.3933 |

**UniEuroRenta EmergingMarkets**
**(ISIN: US71645WAS08)**

| | | | |
|---|---|---|---|
| Purchases: | 02/01/12 | 4,000 | $111.2575 |
| | 05/02/13 | 16,000 | $120.4443 |
| Sales: | 12/03/13 | 10,000 | $93.5077 |
| | 12/03/13 | 10,000 | $93.1297 |

**UniInstitutional EM Corporate Bonds**
**(ISIN: US71645WAT80)**

| | | | |
|---|---|---|---|
| Purchases: | 01/27/11 | 3,000 | $100.8584 |
| | 02/07/11 | 3,000 | $100.0529 |
| Sales: | 01/07/13 | 6,000 | $105.3624 |

**UniInstitutional EM Corporate Bonds 2017**
**(ISIN: US71645WAT80)**

| | | | |
|---|---|---|---|
| Purchases: | 01/26/11 | 11,000 | $100.8426 |
| | 02/10/11 | 10,000 | $100.5655 |
| | 02/23/11 | 5,000 | $101.2320 |
| | 03/07/11 | 10,000 | $101.4540 |
| | 04/13/11 | 12,500 | $100.3823 |
| | 06/28/11 | 15,000 | $102.8733 |
| | 09/07/11 | 20,000 | $102.8855 |
| Sales: | 09/17/14 | 83,500 | $102.6207 |

**UniEuroAnleihen**
**(ISIN: US71645WAU53)**

| | | | |
|---|---|---|---|
| Purchases: | 11/20/14 | 10,000 | $99.1148 |

**UniInstitutional EM Corporate Bonds**
**(ISIN: US71645WAU53)**

| | | | |
|---|---|---|---|
| Purchases: | 02/06/12 | 20,000 | $100.6528 |

|  |  |  |  |  |
|---|---|---|---|---|
| | Sales: | 04/03/12 | 20,000 | $102.4900 |

**UniInstitutional EM Corporate Bonds 2017**
**(ISIN: US71645WAU53)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Purchases: | 02/06/12 | 30,000 | $100.6496 |
| | Sales: | 04/03/12 | 30,000 | $102.4933 |

**UniEuroRenta EM 2015**
**(ISIN: US71645WAV37)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 4,000 | $99.5485 |
| | | 02/06/12 | 20,000 | $101.5558 |
| | | 02/20/12 | 15,000 | $101.8383 |
| | | 03/20/12 | 17,000 | $102.6817 |
| | | 07/06/12 | 30,000 | $101.8482 |
| | | 03/18/13 | 30,000 | $102.3745 |
| | | 10/21/13 | 15,000 | $101.9587 |
| | | 11/25/14 | 25,000 | $100.2075 |
| | Sales: | 04/02/12 | 36,000 | $102.5524 |
| | | 04/03/12 | 20,000 | $102.4430 |

**UniFavorit: Renten**
**(ISIN: US71645WAV37)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 5,000 | $99.5386 |
| | | 04/03/12 | 10,000 | $102.5200 |
| | | 07/15/13 | 5,000 | $101.7192 |
| | Sales: | 11/24/14 | 20,000 | $99.9907 |

**UniInstitutional EM Bonds 2016**
**(ISIN: US71645WAV37)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 6,000 | $99.5320 |
| | Sales: | 10/01/14 | 6,000 | $100.4794 |

**UniInstitutional EM Corporate Bonds**
**(ISIN: US71645WAV37)**

|  |  |  |  |  |
|---|---|---|---|---|
| | Purchases: | 02/06/12 | 20,000 | $101.5558 |
| | Sales: | 09/25/13 | 20,000 | $101.6469 |

**UniInstitutional EM Corporate Bonds 2017**
**(ISIN: US71645WAV37)**

|  | | | | |
|---|---|---|---|---|
| Purchases: | 02/10/12 | 20,000 | $101.6610 |
| Sales: | 06/25/13 | 20,000 | $100.9992 |

**UniWirtschaftsAspirant**
**(ISIN: US71645WAV37)**

|  | | | | |
|---|---|---|---|---|
| Purchases: | 02/28/14 | 30,000 | $101.6069 |

**UniEuroRenta EmergingMarkets**
**(ISIN: US71647NAA72)**

|  | | | | |
|---|---|---|---|---|
| Purchases: | 05/13/13 | 4,000 | $98.0757 |
| Sales: | 11/29/13 | 4,000 | $82.4490 |

**UniInstitutional EM Corporate Bonds**
**(ISIN: US71647NAA72)**

|  | | | | |
|---|---|---|---|---|
| Purchases: | 11/17/14 | 35,000 | $80.5393 |
|  | 11/18/14 | 35,000 | $83.5947 |

**UniRak Emerging Markets**
**(ISIN: US71647NAA72)**

|  | | | | |
|---|---|---|---|---|
| Purchases: | 05/13/13 | 2,000 | $98.1243 |
| Sales: | 12/02/13 | 2,000 | $82.1669 |

**UniInstitutional EM Bonds 2018**
**(ISIN: US71647NAB55)**

|  | | | | |
|---|---|---|---|---|
| Purchases: | 05/13/13 | 9,000 | $99.3736 |

**UniEuroKapital Corporates**
**(ISIN: US71647NAC39)**

|  | | | | |
|---|---|---|---|---|
| Purchases: | 05/13/13 | 7,500 | $99.6099 |

**UniInstitutional EM Bonds 2016**
**(ISIN: US71647NAC39)**

|  | | | | |
|---|---|---|---|---|
| Purchases: | 05/13/13 | 7,500 | $99.6099 |

**UniInstitutional EM Corporate Bonds**
**(ISIN: US71647NAC39)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 05/13/13 | 4,500 | $99.6272 |
| Sales: | 08/21/13 | 4,500 | $98.7752 |

**UniInstitutional EM Corporate Bonds 2017**
**(ISIN: US71647NAC39)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 05/13/13 | 8,500 | $99.6069 |
| Sales: | 08/21/13 | 8,500 | $98.7963 |

**UniFavorit: Renten**
**(ISIN: US71647NAD12)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 05/13/13 | 2,500 | $100.0778 |
| Sales: | 11/24/14 | 2,500 | $97.5456 |

**UniInstitutional Short Term Credit**
**(ISIN: US71647NAD12)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 05/13/13 | 4,000 | $100.0405 |
| Sales: | 06/06/13 | 4,000 | $100.3591 |

**UniReserve: Euro-Corporates**
**(ISIN: US71647NAD12)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 05/13/13 | 8,000 | $100.0243 |
|  | 02/03/14 | 10,000 | $99.2702 |
|  | 02/05/14 | 10,000 | $99.3003 |
|  | 02/07/14 | 11,000 | $99.2985 |
|  | 02/12/14 | 10,000 | $99.1205 |
|  | 02/13/14 | 26,000 | $99.2378 |
|  | 02/24/14 | 22,000 | $99.2394 |

**UniWirtschaftsAspirant**
**(ISIN: US71647NAD12)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 05/13/13 | 8,000 | $100.0243 |

**UniWirtschaftsAspirant**
**(ISIN: US71647NAE94)**

|  |  |  |  |
|---|---|---|---|
| Purchases: | 10/01/13 | 30,000 | $98.7568 |

|  | Sales: | 06/06/14 | 30,000 | $99.7932 |

**UniEuroRenta EmergingMarkets (ISIN: US71647NAF69)**

|  | Purchases: | 05/13/13 | 5,000 | $98.8669 |

**UniRak Emerging Markets (ISIN: US71647NAF69)**

|  | Purchases: | 05/13/13 | 3,000 | $98.8929 |
|  | Sales: | 12/02/13 | 3,000 | $90.6380 |

**UniRenta Corporates (ISIN: US71647NAF69)**

|  | Purchases: | 11/14/14 | 5,000 | $89.8744 |
|  |  | 11/25/14 | 5,000 | $92.6533 |

**UniInstitutional EM Bonds 2018 (ISIN: US71647NAG43)**

|  | Purchases: | 03/10/14 | 18,000 | $99.9686 |

**UniInstitutional EM Corporate Bonds 2017 (ISIN: US71647NAG43)**

|  | Purchases: | 03/10/14 | 42,000 | $99.9620 |
|  |  | 11/18/14 | 50,000 | $98.5537 |

**UniEuroRenta Unternehmensanleihen 2020**

|  | Purchases: | 03/10/14 | 18,000 | $99.7546 |
|  |  | 05/22/14 | 10,000 | $102.5275 |
|  |  | 07/21/14 | 10,000 | $102.5103 |
|  |  | 08/13/14 | 10,000 | $102.3100 |

**UniInst. Global Corp. Bds Short Duration (ISIN: US71647NAH26)**

|  | Purchases: | 03/10/14 | 15,000 | $99.7569 |

**UniInstitutional EM Corporate Bonds 2020 (ISIN: US71647NAH26)**

|  | Purchases: | 03/10/14 | 51,000 | $99.7471 |

**UniRak Emerging Markets**
**(ISIN: US71647NAH26)**

| | | | |
|---|---|---|---|
| Purchases: | 03/10/14 | 7,000 | $99.7727 |
| Sales: | 11/10/14 | 7,000 | $100.9044 |

**UniReserve: Euro-Corporates**
**(ISIN: US71647NAJ81)**

| | | | |
|---|---|---|---|
| Purchases: | 04/23/14 | 10,000 | $101.2607 |
| | 07/01/14 | 10,000 | $101.7735 |
| | 07/04/14 | 10,000 | $101.6624 |
| | 07/04/14 | 10,000 | $101.6624 |

**UniWirtschaftsAspirant**
**(ISIN: US71647NAJ81)**

| | | | |
|---|---|---|---|
| Purchases: | 03/10/14 | 40,000 | $100.0052 |
| | 11/14/14 | 10,000 | $99.4867 |
| | 11/17/14 | 10,000 | $98.2275 |
| Sales: | 03/21/14 | 20,000 | $100.3397 |

**UniReserve: Euro-Corporates**
**(ISIN: US71647NAL38)**

| | | | |
|---|---|---|---|
| Purchases: | 04/24/14 | 20,000 | $101.5104 |
| | 05/23/14 | 10,000 | $102.6425 |
| | 06/23/14 | 10,000 | $103.0204 |

**UniRenta Corporates**
**(ISIN: US71647NAM11)**

| | | | |
|---|---|---|---|
| Purchases: | 03/10/14 | 1,000 | $99.9801 |
| | 03/11/14 | 2,000 | $100.5891 |
| Sales: | 03/13/14 | 3,000 | $101.0695 |

**DEVIF-Fonds Nr. 81**
**(ISIN: US71645WAH43)**

| | | | |
|---|---|---|---|
| Purchases: | 06/08/11 | 6,000 | $123.3367 |
| | 02/07/12 | 3,000 | $122.9414 |
| Sales: | 06/20/12 | 9,000 | $124.4789 |

**UniInstitutional EM Bonds Spezial**
**(ISIN: US71645WAP68)**

| | | | |
|---|---|---|---|
| Purchases: | 02/28/13 | 9,000 | $111.1350 |
| Sales: | 02/05/14 | 9,000 | $103.4165 |

**UniRenta**
**(ISIN: US71645WAP68)**

| | | | |
|---|---|---|---|
| Purchases: | 09/02/14 | 25,000 | $107.8579 |
| Sales: | 09/25/14 | 25,000 | $106.1924 |

**DEVIF-Fonds Nr. 60**
**(ISIN: US71645WAQ42)**

| | | | |
|---|---|---|---|
| Purchases: | 04/29/10 | 8,000 | $103.3249 |
| Sales: | 11/05/12 | 8,000 | $128.8259 |

**UniInstitutional EM Bonds Spezial**
**(ISIN: US71645WAR25)**

| | | | |
|---|---|---|---|
| Purchases: | 02/01/12 | 8,000 | $104.2056 |

**UniInstitutional EM Bonds**
**(ISIN: US71645WAR25)**

| | | | |
|---|---|---|---|
| Purchases: | 02/01/12 | 14,000 | $104.1951 |
| Sales: | 06/21/13 | 14,000 | $100.3990 |

**UniInst. Euro Corporate Bonds 2021**
**(ISIN: US71645WAR25)**

| | | | |
|---|---|---|---|
| Purchases: | 07/08/14 | 10,000 | $103.6913 |

**UniRenta**
**(ISIN: US71645WAT80)**

| | | | |
|---|---|---|---|
| Purchases: | 11/18/14 | 50,000 | $100.6638 |

**Volksbank Stuttgart RentInvest-Union**
**(ISIN: US71645WAT80)**

| | | | |
|---|---|---|---|
| Purchases: | 03/10/14 | 6,000 | $102.6596 |
| | 07/08/14 | 6,000 | $103.1893 |

| | | | | |
|---|---|---|---|---|
| | Sales: | 11/11/14 | 12,000 | $101.7820 |

**UniInstitutional Global Corporate Bonds**
**(ISIN: US71645WAT80)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 01/20/11 | 20,000 | $99.6732 |
| | Sales: | 11/07/14 | 20,000 | $101.7980 |

**VR-Bank Schwalm-Eder Spezialfonds Nr. 1**
**(ISIN: US71645WAT80)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 11/18/11 | 2,500 | $103.1595 |

**UniRenta**
**(ISIN: US71645WAU53)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 25,000 | $99.4268 |
| | Sales: | 02/02/12 | 25,000 | $100.5762 |

**UIN-Fonds Nr. 618**
**(ISIN: US71645WAU53)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 5,000 | $99.4190 |
| | Sales: | 07/05/13 | 5,000 | $99.2540 |

**UniRenta**
**(ISIN: US71645WAV37)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 18,000 | $99.5099 |
| | Sales: | 02/02/12 | 18,000 | $101.2960 |

**UniKapital**
**(ISIN: US71645WAV37)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 9,000 | $99.5209 |
| | | 03/13/12 | 1,000 | $102.7897 |
| | | 07/15/13 | 5,000 | $101.5903 |
| | | 07/16/13 | 2,500 | $101.7249 |
| | Sales: | 01/30/14 | 10,000 | $101.4987 |

**UniKapital -net-**
**(ISIN: US71645WAV37)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 18,000 | $99.5099 |
| | | 03/13/12 | 2,000 | $102.6916 |
| | | 07/15/13 | 10,000 | $101.5707 |
| | | 07/16/13 | 5,000 | $101.6854 |
| | Sales: | 01/30/14 | 20,000 | $101.5088 |

**UniInstitutional EM Bonds Spezial**
**(ISIN: US71647NAA72)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 05/13/13 | 15,000 | $98.0399 |
| | | 05/30/14 | 25,000 | $90.2732 |
| | | 05/30/14 | 25,000 | $90.2782 |
| | Sales: | 06/20/13 | 15,000 | $84.6237 |

**UniInstitutional EM Bonds**
**(ISIN: US71647NAA72)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 05/13/13 | 15,000 | $98.0399 |

**UniInstitutional EM Bonds Spezial**
**(ISIN: US71647NAH26)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 05/30/14 | 30,000 | $102.7868 |
| | Sales: | 08/05/14 | 15,000 | $102.0366 |
| | | 08/05/14 | 15,000 | $101.9866 |

**UniInstitutional EM Bonds**
**(ISIN: US71647NAH26)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 03/10/14 | 22,000 | $99.7525 |
| | Sales: | 08/05/14 | 11,000 | $102.0318 |
| | | 08/05/14 | 11,000 | $101.9818 |

**DEVIF-Fonds Nr. 101**
**(ISIN: US71647NAJ81)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 11/26/14 | 40,000 | $98.0047 |

**UIN-Fonds Nr. 757 -PIMCO**
**(ISIN: US71647NAJ81)**

| | | | | |
|---|---|---|---|---|
| | Purchases: | 03/10/14 | 7,000 | $100.0000 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Sales:** | 07/02/14 | 7,000 | $101.5000 |

**DEVIF-Fonds Nr. 81**
**(ISIN: US71647NAM11)**

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Purchases:** | 03/10/14 | 3,000 | $99.8185 |

**UIN-Fonds Nr. 618**
**(ISIN: US71647NAM11)**

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Purchases:** | 03/10/14 | 1,000 | $99.7720 |
|  |  | 03/11/14 | 2,000 | $100.4850 |
|  | **Sales:** | 03/13/14 | 3,000 | $101.1390 |

**UniInstitutional EM Bonds Spezial**
**(ISIN: US71645WAN11)**

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Sales:** | 12/05/11 | 15,000 | $118.3966 |
|  |  | 12/06/11 | 10,000 | $119.6839 |
|  |  | 04/23/13 | 40,000 | $123.2951 |

**UniInstitutional EM Bonds**
**(ISIN: US71645WAN11)**

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Sales:** | 06/25/13 | 10,000 | $113.8045 |

**UniInstitutional Global Corporate Bonds**
**(ISIN: US71645WAN11)**

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Purchases:** | 01/24/14 | 20,000 | $114.1842 |
|  |  | 01/30/14 | 20,000 | $113.4450 |
|  |  | 01/30/14 | 20,000 | $113.4547 |
|  |  | 11/17/14 | 20,000 | $109.8994 |
|  | **Sales:** | 04/11/14 | 10,000 | $116.5038 |
|  |  | 04/15/14 | 50,000 | $115.9959 |

**UIN-Fonds Nr. 730 SF 48**
**(ISIN: US71645WAN11)**

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Purchases:** | 10/09/12 | 4,000 | $127.2601 |
|  | **Sales:** | 05/06/14 | 4,000 | $116.1086 |

**UniInstitutional EM Bonds Spezial**
**(ISIN: US71645WAS08)**

|  | | | | |
|---|---|---|---|---|
| | Purchases: | 02/01/12 | 16,000 | $111.2204 |
| | | 02/02/12 | 40,000 | $114.1549 |
| | | 02/01/13 | 20,000 | $118.2602 |
| | | 02/01/13 | 24,000 | $118.4565 |
| | Sales: | 04/18/13 | 50,000 | $115.9461 |

**UniInstitutional EM Bonds**
**(ISIN: US71645WAS08)**

|  | | | | |
|---|---|---|---|---|
| | Purchases: | 02/02/12 | 30,000 | $114.1696 |
| | Sales: | 06/21/13 | 15,000 | $95.8449 |

**DEVIF-Fonds Nr. 60**
**(ISIN: US71645WAS08)**

|  | | | | |
|---|---|---|---|---|
| | Purchases: | 02/08/12 | 3,000 | $113.2211 |
| | Sales: | 11/05/12 | 3,000 | $127.5028 |

**UniInstitutional EM Bonds**
**(ISIN: US71647NAB55)**

|  | | | | |
|---|---|---|---|---|
| | Purchases: | 05/13/13 | 11,000 | $99.3695 |
| | Sales: | 06/21/13 | 11,000 | $92.9051 |

**UniInstitutional Global Corporate Bonds**
**(ISIN: US71647NAB55)**

|  | | | | |
|---|---|---|---|---|
| | Purchases: | 05/13/13 | 43,000 | $99.3565 |
| | Sales: | 10/24/13 | 10,000 | $95.4393 |
| | | 10/25/13 | 10,000 | $95.2793 |
| | | 04/11/14 | 10,000 | $96.7732 |

**UIN-Fonds Nr. 618**
**(ISIN: US71647NAB55)**

|  | | | | |
|---|---|---|---|---|
| | Purchases: | 05/13/13 | 3,000 | $99.3520 |
| | Sales: | 04/02/14 | 3,000 | $95.2800 |

**UIN-Fonds Nr. 723**
**(ISIN: US71647NAB55)**

| | | | |
|---|---|---|---|
| Purchases: | 01/06/14 | 10,000 | $94.3321 |

**UniKapital**
**(ISIN: US71647NAD12)**

| | | | |
|---|---|---|---|
| Purchases: | 05/13/13 | 5,500 | $100.0351 |

**UniKapital -net-**
**(ISIN: US71647NAD12)**

| | | | |
|---|---|---|---|
| Purchases: | 05/13/13 | 12,000 | $100.0162 |

**UniInstitutional EM Bonds Spezial**
**(ISIN: US71647NAF69)**

| | | | |
|---|---|---|---|
| Purchases: | 05/13/13 | 18,500 | $98.8384 |
| Sales: | 06/20/13 | 18,500 | $90.2470 |

**UniInstitutional EM Bonds**
**(ISIN: US71647NAF69)**

| | | | |
|---|---|---|---|
| Purchases: | 05/13/13 | 18,500 | $98.8384 |
| Sales: | 06/25/13 | 18,500 | $88.7294 |

**UniInstitutional Global Corporate Bonds**
**(ISIN: US71647NAF69)**

| | | | |
|---|---|---|---|
| Purchases: | 01/08/14 | 30,000 | $88.7858 |
| Sales: | 05/21/14 | 10,000 | $94.7820 |

**UIN-Fonds Nr. 618**
**(ISIN: US71647NAF69)**

| | | | |
|---|---|---|---|
| Purchases: | 05/29/14 | 10,000 | $95.9540 |
| | 11/14/14 | 5,000 | $89.8370 |
| | 11/25/14 | 5,000 | $92.6160 |
| Sales: | 07/09/14 | 10,000 | $95.8950 |

**UIN-Fonds Nr. 621**
**(ISIN: US71647NAF69)**

| | | | |
|---|---|---|---|
| Purchases: | 05/14/13 | 5,000 | $98.9280 |

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Katja Bergqvist and Staffan Ringvall, on behalf of Handelsbanken Fonder AB ("Handelsbanken"), for account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    We have reviewed a complaint against Petroleo Brasileiro S.A. - Petrobras ("Petroleo Brasileiro") and designate Motley Rice LLC as proposed lead counsel for Handelsbanken in this action for all purposes.

2.    We are duly authorized to institute legal action on behalf of Handelsbanken and the Funds' behalf, including litigation against Petroleo Brasileiro and any other defendants.

3.    Handelsbanken did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.    Handelsbanken is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Handelsbanken also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5.    Handelsbanken will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.    Handelsbanken has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7.    Handelsbanken understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.    Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation.  Handelsbanken will provide records of those transactions upon request.

9.    Handelsbanken is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 30 day of January, 2015.

For Handelsbanken Fonder AB:

_____
Katja Bergqvist
Managing Director

_____
Staffan Ringvall
Legal Counsel

## Schedule A

### Petroleo Brasileiro S.A. - Petrobras (ISIN: US71654V4086)
### Class Period: 01/07/10 - 11/26/14

| Handelsbanken Fonder AB | | Date | Shares | Price |
|---|---|---|---|---|
| **Handelsbanken Latinamerikafond** | | | | |
| | Purchases: | 05/05/14 | 1,050,000 | $14.5890 |
| | | 05/07/14 | 330,000 | $15.6834 |
| | | 07/22/14 | 160,000 | $17.3898 |
| | Sales: | 02/16/10 | 11,000 | $41.4335 |
| | | 09/03/14 | 145,000 | $20.2449 |
| | | 11/14/14 | 443,000 | $9.6043 |
| | | 11/17/14 | 450,000 | $9.6289 |
| | | 11/18/14 | 502,000 | $9.0647 |
| **Handelsbanken Funds - Global Thematic** | | | | |
| | Purchases: | 07/28/11 | 7,500 | $34.0343 |
| | Sales: | 08/31/11 | 7,500 | $28.8241 |
| **Handelsbanken Tillväxtmarknadsfond** | | | | |
| | Purchases: | 12/30/10 | 120,000 | $37.3607 |
| | | 03/07/11 | 85,000 | $41.9606 |
| | | 04/28/11 | 29,125 | $36.7200 |
| | | 07/22/11 | 150,000 | $33.3781 |
| | | 07/28/11 | 185,000 | $33.9172 |
| | | 10/28/11 | 200,000 | $27.2803 |
| | | 06/18/12 | 130,000 | $18.8202 |
| | | 12/20/12 | 500,000 | $20.2181 |
| | | 03/19/13 | 257,000 | $17.5563 |
| | | 05/20/14 | 143,000 | $15.1560 |
| | | 05/30/14 | 150,000 | $14.3780 |
| | | 06/13/14 | 250,000 | $15.6057 |
| | | 09/10/14 | 100,000 | $17.2583 |
| | Sales: | 02/22/11 | 24,000 | $38.3664 |
| | | 09/23/11 | 17,000 | $23.0634 |
| | | 09/29/11 | 150,000 | $23.4534 |

| | | |
|---|---|---|
| 09/30/11 | 80,000 | $22.8756 |
| 01/24/12 | 140,000 | $30.9101 |
| 02/10/12 | 100,000 | $29.8256 |
| 04/11/12 | 200,000 | $24.3370 |
| 06/25/12 | 225,000 | $18.0071 |
| 12/06/12 | 274,165 | $18.4214 |
| 02/06/13 | 200,000 | $16.4571 |
| 10/28/14 | 200,000 | $11.5528 |