**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PETER KALTMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 1:14-cv-9662-JSR |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| PETRÓLEO BRASILEIRO S.A. – PETROBRAS, | ) ) ) | |
| Defendant. | ) ) ) | |
| KEN NGO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:14-cv-9760-JSR |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PETRÓLEO BRASILEIRO S.A. – PETROBRAS, | ) ) ) | |
| Defendant. | ) ) ) | |

*Captions continue on subsequent pages*

**NOTICE OF MOTION AND MOTION OF THE STATE RETIREMENT SYSTEMS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

|  |  |  |
|---|---|---|
| JONATHAN MESSING, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 1:14-cv-9847-JSR |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PETRÓLEO BRASILEIRO S.A. – PETROBRAS, | ) ) ) ) | |
| Defendants. | ) ) | |

|  | ) |  |
| --- | --- | --- |
| CITY OF PROVIDENCE, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 1:14-cv-10117-JSR |
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| PETRÓLEO BRASILEIRO S.A. – PETROBRAS, PETROBRAS GLOBAL FINANCE B.V., MARIA DAS GRAÇAS SILVA FOSTER, ALMIR GUILHERME BARBASSA, MARIÂNGELA MONTEIRO TIZATTO, JOSUÉ CHRISTIANO GOMES DA SILVA, DANIEL LIMA DE OLIVEIRA, JOSÉ RAIMUNDO BRANDÃO PEREIRA, SÉRVIO TÚLIO DA ROSA TINOCO, PAULO JOSÉ ALVES, GUSTAVO TARDIN BARBOSA, ALEXANDRE QUINTÃO FERNANDES, MARCOS ANTONIO ZACARIAS, CORNELIS FRANCISCUS JOZEF LOOMAN, THEODORE MARSHALL HELMS, BB SECURITIES LTD., CITIGROUP GLOBAL MARKETS INC., ITAÚ BBA USA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, SANTANDER INVESTMENT SECURITIES INC., BANCO VOTORANTIM NASSAU BRANCH, MITSUBISHI UFJ SECURITIES (USA), INC., HSBC SECURITIES (USA) INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, STANDARD CHARTERED BANK, BANK OF CHINA (HONG KONG) LIMITED, BANCO BRADESCO BBI S.A, BANCA IMI S.P.A., and SCOTIA CAPITAL (USA) INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| LOUIS KENNEDY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:15-cv-0093-JSR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PETRÓLEO BRASILEIRO S.A. – PETROBRAS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that on February 19, 2015 at 4:00 pm, as designated by the Court, before the Honorable Jed S. Rakoff, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York, the Ohio Public Employees Retirement System ("Ohio PERS"), Public Employee Retirement System of Idaho ("PERS Idaho"), and the Employees' Retirement System of the State of Hawaii ("Hawaii ERS" together with Ohio PERS and PERS Idaho, the "State Retirement Systems") will respectfully move the Court, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78U-4(a)(3)(B) and 77z-1(a)(3)(B), as amended, for an Order: (i) consolidating the above-captioned related actions (the "Action"); (ii) appointing the State Retirement Systems as lead plaintiff in the above-captioned actions; (iii) approving the State Retirement Systems' selection of Kaplan Fox & Kilsheimer LLP and Labaton Sucharow LLP to serve as co-lead counsel for the class, and (iv) for any such further relief as the Court may deem just and proper.  This Motion is supported by the accompanying Memorandum of Law in Support of the Motion of the State Retirement Systems for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, the Declaration of Frederic S. Fox, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

This motion is made on the grounds that the State Retirement Systems believe they are the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, the State Retirement Systems believe that they have the "largest financial interest" in the relief sought by the class in the Action as a result of the substantial losses they suffered on their purchases of Petróleo Brasileiro S.A. – Petrobras securities between January 7, 2010, and November 26, 2014, inclusive, the class period alleged in the Action.  The State

Retirement Systems also believe that they otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other class members' claims and because they will fairly and adequately represent the interests of the Class. The State Retirement Systems would be a paradigmatic lead plaintiff pursuant to the PSLRA because they are sophisticated institutional investors with a substantial stake in the litigation, which ensures effective monitoring and supervision of counsel.

Dated: February 6, 2015

Respectfully submitted,

/s/ *Frederic S. Fox*
**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox
Robert N. Kaplan
Donald R. Hall
Hae Sung Nam
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Outside Counsel for Ohio PERS, and*
*Proposed Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Michael W. Stocker
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
E-mail: ckeller@labaton.com
ebelfi@labaton.com
mstocker@labaton.com

*Outside Counsel for PERS Idaho and Hawaii ERS*
*and Proposed Co-Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I, Frederic S. Fox, hereby certify that, on February 6, 2015, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/ Frederic S. Fox

Frederic S. Fox