# EXHIBIT A

# Wolf Popper LLP Files Class Action Lawsuit Against Petroleo Brasileiro S.A. - Petrobras -- PBR

## Published: Dec 08 2014 13:18:43

Wolf Popper LLP Files Class Action Lawsuit Against Petroleo Brasileiro S.A. - Petrobras -- PBR

NEW YORK, Dec. 8, 2014 (GLOBE NEWSWIRE) -- Wolf Popper LLP has filed a class action lawsuit against Petróleo Brasileiro S.A. - Petrobras (NYSE:PBR), in the U.S. District Court for the Southern District of New York (14-cv-9662), on behalf of all persons who purchased American Depositary Shares of Petrobras on a United States exchange, during the period May 20, 2010 through November 21, 2014. This action alleges violations of Section 10(b) of the Securities Exchange Act.

If you are a member of the Class, you may file a motion no later than February 6, 2015 to be appointed a lead plaintiff. A lead plaintiff is a representative party acting on behalf of class members in directing the litigation.

The Complaint alleges that Petrobras issued materially false and misleading statements by misrepresenting facts and failing to disclose a culture of corruption at the Company that consisted of a multi-billion dollar money-laundering and bribery scheme embedded in the Company since 2006. The Company is alleged to have overstated its property, plant and equipment line item on its balance sheet because overstated amounts paid on contracts were carried as assets on the balance sheet. These amounts were overstated because Petrobras inflated the value of the Company's construction contracts.

Through a series of revelations including the arrests of members of senior management and the admission by the Company that it may have to adjust its historical financial statements to recognize the overpricing of construction contracts, Petrobras ADSs have declined from a close of $19.38 per ADS on September 5, 2014 to a closing price of $10.50 per ADS on November 24, 2014, representing a decline of $8.88 per ADS or 46%.

Wolf Popper with offices in New York and Puerto Rico, has successfully recovered billions of dollars for defrauded investors. The firm's reputation and expertise have been repeatedly recognized by the courts, which have appointed the firm to major positions in securities litigation.

CONTACT: For more information, please contact:

    Robert C. Finkel, Esq.
    Ms. Sandra Vidal-Pellon (admitted in Spain only)
    Tel.: 877.370.7703
    Fax: 877.370.7704
    Email:
irrep@wolfpopper.com
    website: www.wolfpopper.com

-0- Dec/08/2014 18:18 GMT



© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

# General Information

**Date & Time**            Mon Dec 08 2014 13:18:43 EST

**Related Topics**         Business News; Class Action Lawsuits; Commodities;
                           Headlined Press Releases; Lawsuits; Litigation; Energy; Oil;
                           Most Read News - All; Press Releases

**Related People**         Ryan Lovdahl

**Related Regions**        Brazil; Brazil, Russia, India and China; Emerging Markets; Latin
                           America; North America; South America; United States

**Related Companies**      Petroleo Brasileiro SA

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service