```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
PETER KALTMAN,                           :
              Plaintiff,                 :
                                         :
              -v-                        :    14-cv-9662 (JSR)
                                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS,    :
              Defendant.                 :
---------------------------------------- x
KEN NGO,                                 :
              Plaintiff,                 :
                                         :
              -v-                        :
                                         :    14-cv-9760 (JSR)
PETROLEO BRASILEIRO S.A. - PETROBRAS,    :
                                         :
              Defendant.                 :
---------------------------------------- x
JONATHAN MESSING,                        :
                                         :
              Plaintiff,                 :
                                         :
              -v-                        :    14-cv-9847 (JSR)
                                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS,    :
                                         :
              Defendant.                 :
---------------------------------------- x
CITY OF PROVIDENCE,                      :
                                         :
              Plaintiff,                 :
                                         :
              -v-                        :    14-cv-10117 (JSR)
                                         :
PETROLEO BRAILEIRO S.A. - PETROBRAS,     :
et al.                                   :
              Defendants.                :
---------------------------------------- x
LOUIS KENNEDY,                           :
              Plaintiff,                 :
                                         :
              -v-                        :    15-cv-93 (JSR)
                                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS,    :       ORDER
                                         :
              Defendant.                 :
---------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/15

JED S. RAKOKFF, U.S.D.J.

A hearing on the motions for appointment of lead plaintiff and lead counsel, previously scheduled for February 19, 2015 at 4:00 pm, will be held on February 20, 2015 at 2:00 pm. In addition to counsel, proposed lead plaintiffs must personally appear at that time, failing which they will not be appointed. No appearances by telephone will be permitted.

SO ORDERED.

Dated:   New York, NY
         February 9, 2015

_____
JED S. RAKOFF, U.S.D.J.