**APPENDIX A**

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| Feb. 6, 2012 | 5.375% Global Nts due Jan. 27, 2021 (71645W AR2) | $2,750,000,000 | $104.18100 | BB Secs Ltd ($440,000,000)<br>Citigroup Global Mkts ($440,000,000)<br>Itau BBA USA Secs ($440,000,000)<br>JPMorgan Secs ($440,000,000)<br>Morgan Stanley & Co ($440,000,000)<br>Santander Inv Secs ($440,000,000)<br>Banco Votorantim ($55,000,000)<br>Mitsubishi UFJ Secs (USA) ($55,000,000) | 2010 10-F<br>11/22/11 6-K |
| Feb. 6, 2012 | 6.750% Global Nts due Jan. 27, 2041 (71645W AS0) | $1,250,000,000 | $111.20800 | BB Secs Ltd ($200,000,000)<br>Citigroup Global Mkts ($200,000,000)<br>Itau BBA USA Secs ($200,000,000)<br>JPMorgan Secs ($200,000,000)<br>Morgan Stanley & Co ($200,000,000)<br>Santander Inv Secs ($200,000,000)<br>Banco Votorantim ($25,000,000)<br>Mitsubishi UFJ Secs (USA) ($25,000,000) | 2010 10-F<br>11/22/11 6-K |

**APPENDIX A**

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| Feb. 6, 2012 | 2.875% Global Nts due Feb. 6, 2015 (71645W AV3) | $1,250,000,000 | $99.49900 | BB Secs Ltd ($200,000,000)<br>Citigroup Global Mkts ($200,000,000)<br>Itau BBA USA Secs ($200,000,000)<br>JPMorgan Secs ($200,000,000)<br>Morgan Stanley & Co ($200,000,000)<br>Santander Inv Secs ($200,000,000)<br>Banco Votorantim ($25,000,000)<br>Mitsubishi UFJ Secs (USA) ($25,000,000) | 2010 10-F<br><br>11/22/11 6-K |
| Feb. 6, 2012 | 3.500% Global Nts due Feb. 6, 2017 (71645W AU5) | $1,750,000,000 | $99.41900 | BB Secs Ltd ($280,000,000)<br>Citigroup Global Mkts ($280,000,000)<br>Itau BBA USA Secs ($280,000,000)<br>JPMorgan Secs ($280,000,000)<br>Morgan Stanley & Co ($280,000,000)<br>Santander Inv Secs ($280,000,000)<br>Banco Votorantim ($35,000,000)<br>Mitsubishi UFJ Secs (USA) ($35,000,000) | 2010 10-F<br><br>11/22/11 6-K |

**APPENDIX A**

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| May 20, 2013 | 2.000% Global Nts due May 20, 2016 (71647N AC3) | $1,250,000,000 | $99.58400 | BB Secs Ltd ($171,429,000)<br>Citigroup Global Mkts ($171,429,000)<br>HSBC Secs (USA) ($171,429,000)<br>Itau BBA USA Secs ($171,429,000)<br>JPMorgan Secs ($171,428,000)<br>Merrill Lynch PF & Smith ($171,428,000)<br>Morgan Stanley & Co ($171,428,000)<br>Mitsubishi UFJ Secs (USA) ($25,000,000)<br>Standard Chartered Bank ($25,000,000) | 2011 20-F<br>8/10/12 6-K<br>2012 20-F<br>4/30/13 6-K |
| May 20, 2013 | 3.000% Global Nts due Jan. 15, 2019 (71647N AB5) | $2,000,000,000 | $99.35200 | BB Secs Ltd ($274,286,000)<br>Citigroup Global Mkts ($274,286,000)<br>HSBC Secs (USA) ($274,285,000)<br>Itau BBA USA Secs ($274,285,000)<br>JPMorgan Secs ($274,286,000)<br>Merrill Lynch PF & Smith ($274,286,000)<br>Morgan Stanley & Co ($274,286,000)<br>Mitsubishi UFJ Secs (USA) ($40,000,000)<br>Standard Chartered Bank ($40,000,000) | 2011 20-F<br>8/10/12 6-K<br>2012 20-F<br>4/30/13 6-K |

Page 3

pbr_apx2

**APPENDIX A**

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| May 20, 2013 | 4.375% Global Nts due May 20, 2023 (71647N AF6) | $3,500,000,000 | $99.82800 | BB Secs Ltd ($480,000,000)<br>Citigroup Global Mkts ($480,000,000)<br>HSBC Secs (USA) ($480,000,000)<br>Itau BBA USA Secs ($480,000,000)<br>JPMorgan Secs ($480,000,000)<br>Merrill Lynch PF & Smith ($480,000,000)<br>Morgan Stanley & Co ($480,000,000)<br>Mitsubishi UFJ Secs (USA) ($70,000,000)<br>Standard Chartered Bank ($70,000,000) | 2011 20-F<br>8/10/12 6-K<br>2012 20-F<br>4/30/13 6-K |
| May 20, 2013 | 5.625% Global Nts due May 20, 2043 (71647N AA7) | $1,750,000,000 | $98.02700 | BB Secs Ltd ($240,000,000)<br>Citigroup Global Mkts ($240,000,000)<br>HSBC Secs (USA) ($240,000,000)<br>Itau BBA USA Secs ($240,000,000)<br>JPMorgan Secs ($240,000,000)<br>Merrill Lynch PF & Smith ($240,000,000)<br>Morgan Stanley & Co ($240,000,000)<br>Mitsubishi UFJ Secs (USA) ($35,000,000)<br>Standard Chartered Bank ($35,000,000) | 2011 20-F<br>8/10/12 6-K<br>2012 20-F<br>4/30/13 6-K |

**APPENDIX A**

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| May 20, 2013 | Floating Rate Global Nts due May 20, 2016 (71647N AD1) | $1,000,000,000 | $100.00000 | BB Secs Ltd ($137,143,000) Citigroup Global Mkts ($137,143,000) HSBC Secs (USA) ($137,143,000) Itau BBA USA Secs ($137,143,000) JPMorgan Secs ($137,143,000) Merrill Lynch PF & Smith ($137,143,000) Morgan Stanley & Co ($137,142,000) Mitsubishi UFJ Secs (USA) ($20,000,000) Standard Chartered Bank ($20,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 4/30/13 6-K |
| May 20, 2013 | Floating Rate Global Nts due Jan. 15, 2019 (71647N AE9) | $1,500,000,000 | $100.00000 | BB Secs Ltd ($205,714,000) Citigroup Global Mkts ($205,714,000) HSBC Secs (USA) ($205,714,000) Itau BBA USA Secs ($205,714,000) JPMorgan Secs ($205,714,000) Merrill Lynch PF & Smith ($205,715,000) Morgan Stanley & Co ($205,715,000) Mitsubishi UFJ Secs (USA) ($30,000,000) Standard Chartered Bank ($30,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 4/30/13 6-K |

pbr_apx2

**APPENDIX A**

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| Mar. 17, 2014 | 3.250% Global Nts due Mar. 17, 2017 (71647N AG4) | $1,600,000,000 | $99.95700 | Bank of China (HK) ($256,000,000)<br>BB Secs Ltd ($256,000,000)<br>Banco Bradesco BBI SA ($256,000,000)<br>Citigroup Global Mkts ($256,000,000)<br>HSBC Secs (USA) ($256,000,000)<br>JPMorgan Secs ($256,000,000)<br>Banca IMI SpA ($32,000,000)<br>Scotia Capital (USA) ($32,000,000) | 2011 20-F<br>8/10/12 6-K<br>2012 20-F<br>2/26/14 6-K<br>3/7/14 6-K<br>3/11/14 6-K |
| Mar. 17, 2014 | 4.875% Global Nts due Mar. 17, 2020 (71647N AH2) | $1,500,000,000 | $99.74300 | Bank of China (HK) ($240,000,000)<br>BB Secs Ltd ($240,000,000)<br>Banco Bradesco BBI SA ($240,000,000)<br>Citigroup Global Mkts ($240,000,000)<br>HSBC Secs (USA) ($240,000,000)<br>JPMorgan Secs ($240,000,000)<br>Banca IMI SpA ($30,000,000)<br>Scotia Capital (USA) ($30,000,000) | 2011 20-F<br>8/10/12 6-K<br>2012 20-F<br>2/26/14 6-K<br>3/7/14 6-K<br>3/11/14 6-K |

pbr_apx2

**APPENDIX A**

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| Mar. 17, 2014 | 6.250% Global Nts due Mar. 17, 2024 (71647N AM1) | $2,500,000,000 | $99.77200 | Bank of China (HK) ($400,000,000) BB Secs Ltd ($400,000,000) Banco Bradesco BBI SA ($400,000,000) Citigroup Global Mkts ($400,000,000) HSBC Secs (USA) ($400,000,000) JPMorgan Secs ($400,000,000) Banca IMI SpA ($50,000,000) Scotia Capital (USA) ($50,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 2/26/14 6-K 3/7/14 6-K 3/11/14 6-K |
| Mar. 17, 2014 | 7.250% Global Nts due Mar. 17, 2044 (71647N AK5) | $1,000,000,000 | $99.16600 | Bank of China (HK) ($160,000,000) BB Secs Ltd ($160,000,000) Banco Bradesco BBI SA ($160,000,000) Citigroup Global Mkts ($160,000,000) HSBC Secs (USA) ($160,000,000) JPMorgan Secs ($160,000,000) Banca IMI SpA ($20,000,000) Scotia Capital (USA) ($20,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 2/26/14 6-K 3/7/14 6-K 3/11/14 6-K |

pbr_apx2

**APPENDIX A**

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| Mar. 17, 2014 | Floating Rate Nts due Mar. 17, 2017 (71647N AJ8) | $1,400,000,000 | $100.00000 | Bank of China (HK) ($224,000,000)<br>BB Secs Ltd ($224,000,000)<br>Banco Bradesco BBI SA ($224,000,000)<br>Citigroup Global Mkts ($224,000,000)<br>HSBC Secs (USA) ($224,000,000)<br>JPMorgan Secs ($224,000,000)<br>Banca IMI SpA ($28,000,000)<br>Scotia Capital (USA) ($28,000,000) | 2011 20-F<br>8/10/12 6-K<br>2012 20-F<br>2/26/14 6-K<br>3/7/14 6-K<br>3/11/14 6-K |
| Mar. 17, 2014 | Floating Rate Nts due Mar. 17, 2020 (71647N AL3) | $500,000,000 | $100.00000 | Bank of China (HK) ($80,000,000)<br>BB Secs Ltd ($80,000,000)<br>Banco Bradesco BBI SA ($80,000,000)<br>Citigroup Global Mkts ($80,000,000)<br>HSBC Secs (USA) ($80,000,000)<br>JPMorgan Secs ($80,000,000)<br>Banca IMI SpA ($10,000,000)<br>Scotia Capital (USA) ($10,000,000) | 2011 20-F<br>8/10/12 6-K<br>2012 20-F<br>2/26/14 6-K<br>3/7/14 6-K<br>3/11/14 6-K |

pbr_apx2