UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re: PETROBRAS SECURITIES       :      14-cv-9662 (JSR)
LITIGATION                        :         ORDER
                                  :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

    Oral argument on plaintiffs' motion for class certification, previously scheduled for December 1, 2015 at 3:30 PM, is hereby adjourned to December 9, 2015 at 2:00 PM.

    SO ORDERED.

Dated:   New York, NY
         July 29, 2015               JED S. RAKOFF, U.S.D.J.

1