APPENDIX A

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| May 13, 2013 | 2.000% Global Nts due May 20, 2016 ISIN: US71647NAC39 | $1,250,000,000 | $99.58400 | BB Secs Ltd ($171,429,000) Citigroup Global Mkts ($171,429,000) HSBC Secs (USA) ($171,429,000) Itau BBA USA Secs ($171,429,000) JPMorgan Secs ($171,428,000) Merrill Lynch PF & Smith ($171,428,000) Morgan Stanley & Co ($171,428,000) Mitsubishi UFJ Secs (USA) ($25,000,000) Standard Chartered Bank ($25,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 4/30/13 6-K |
| May 13, 2013 | 3.000% Global Nts due Jan. 15, 2019 ISIN: US71647NAB55 | $2,000,000,000 | $99.35200 | BB Secs Ltd ($274,286,000) Citigroup Global Mkts ($274,286,000) HSBC Secs (USA) ($274,285,000) Itau BBA USA Secs ($274,285,000) JPMorgan Secs ($274,286,000) Merrill Lynch PF & Smith ($274,286,000) Morgan Stanley & Co ($274,286,000) Mitsubishi UFJ Secs (USA) ($40,000,000) Standard Chartered Bank ($40,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 4/30/13 6-K |

APPENDIX A

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| May 13, 2013 | 4.375% Global Nts due May 20, 2023 ISIN: US71647NAF69 | $3,500,000,000 | $99.82800 | BB Secs Ltd ($480,000,000) Citigroup Global Mkts ($480,000,000) HSBC Secs (USA) ($480,000,000) Itau BBA USA Secs ($480,000,000) JPMorgan Secs ($480,000,000) Merrill Lynch PF & Smith ($480,000,000) Morgan Stanley & Co ($480,000,000) Mitsubishi UFJ Secs (USA) ($70,000,000) Standard Chartered Bank ($70,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 4/30/13 6-K |
| May 13, 2013 | 5.625% Global Nts due May 20, 2043 ISIN: US71647NAA72 | $1,750,000,000 | $98.02700 | BB Secs Ltd ($240,000,000) Citigroup Global Mkts ($240,000,000) HSBC Secs (USA) ($240,000,000) Itau BBA USA Secs ($240,000,000) JPMorgan Secs ($240,000,000) Merrill Lynch PF & Smith ($240,000,000) Morgan Stanley & Co ($240,000,000) Mitsubishi UFJ Secs (USA) ($35,000,000) Standard Chartered Bank ($35,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 4/30/13 6-K |

APPENDIX A

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| May 13, 2013 | Floating Rate Global Nts due May 20, 2016 ISIN: US71647NAD12 | $1,000,000,000 | $100.00000 | BB Secs Ltd ($137,143,000) Citigroup Global Mkts ($137,143,000) HSBC Secs (USA) ($137,143,000) Itau BBA USA Secs ($137,143,000) JPMorgan Secs ($137,143,000) Merrill Lynch PF & Smith ($137,143,000) Morgan Stanley & Co ($137,142,000) Mitsubishi UFJ Secs (USA) ($20,000,000) Standard Chartered Bank ($20,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 4/30/13 6-K |
| May 13, 2013 | Floating Rate Global Nts due Jan. 15, 2019 ISIN: US71647NAE94 | $1,500,000,000 | $100.00000 | BB Secs Ltd ($205,714,000) Citigroup Global Mkts ($205,714,000) HSBC Secs (USA) ($205,714,000) Itau BBA USA Secs ($205,714,000) JPMorgan Secs ($205,714,000) Merrill Lynch PF & Smith ($205,715,000) Morgan Stanley & Co ($205,715,000) Mitsubishi UFJ Secs (USA) ($30,000,000) Standard Chartered Bank ($30,000,000) | 2011 20-F 8/10/12 6-K 2012 20-F 4/30/13 6-K |

APPENDIX A

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| Mar. 10, 2014 | 3.250% Global Nts due Mar. 17, 2017 ISIN: US71647NAG43 | $1,600,000,000 | $99.95700 | Bank of China (HK) ($256,000,000) | 2011 20-F |
| | | | | BB Secs Ltd ($256,000,000) | 8/10/12 6-K |
| | | | | Banco Bradesco BBI SA ($256,000,000) | 2012 20-F |
| | | | | Citigroup Global Mkts ($256,000,000) | 2/26/14 6-K |
| | | | | HSBC Secs (USA) ($256,000,000) | 3/7/14 6-K |
| | | | | JPMorgan Secs ($256,000,000) | 3/11/14 6-K |
| | | | | Banca IMI SpA ($32,000,000) | |
| | | | | Scotia Capital (USA) ($32,000,000) | |
| Mar. 10, 2014 | 4.875% Global Nts due Mar. 17, 2020 ISIN: US71647NAH26 | $1,500,000,000 | $99.74300 | Bank of China (HK) ($240,000,000) | 2011 20-F |
| | | | | BB Secs Ltd ($240,000,000) | 8/10/12 6-K |
| | | | | Banco Bradesco BBI SA ($240,000,000) | 2012 20-F |
| | | | | Citigroup Global Mkts ($240,000,000) | 2/26/14 6-K |
| | | | | HSBC Secs (USA) ($240,000,000) | 3/7/14 6-K |
| | | | | JPMorgan Secs ($240,000,000) | 3/11/14 6-K |
| | | | | Banca IMI SpA ($30,000,000) | |
| | | | | Scotia Capital (USA) ($30,000,000) | |

APPENDIX A

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| Mar. 10, 2014 | 6.250% Global Nts due Mar. 17, 2024 ISIN: US71647NAM11 | $2,500,000,000 | $99.77200 | Bank of China (HK) ($400,000,000) | 2011 20-F |
| | | | | BB Secs Ltd ($400,000,000) | 8/10/12 6-K |
| | | | | Banco Bradesco BBI SA ($400,000,000) | 2012 20-F |
| | | | | Citigroup Global Mkts ($400,000,000) | 2/26/14 6-K |
| | | | | HSBC Secs (USA) ($400,000,000) | 3/7/14 6-K |
| | | | | JPMorgan Secs ($400,000,000) | 3/11/14 6-K |
| | | | | Banca IMI SpA ($50,000,000) | |
| | | | | Scotia Capital (USA) ($50,000,000) | |
| Mar. 10, 2014 | 7.250% Global Nts due Mar. 17, 2044 ISIN: US71647NAK54 | $1,000,000,000 | $99.16600 | Bank of China (HK) ($160,000,000) | 2011 20-F |
| | | | | BB Secs Ltd ($160,000,000) | 8/10/12 6-K |
| | | | | Banco Bradesco BBI SA ($160,000,000) | 2012 20-F |
| | | | | Citigroup Global Mkts ($160,000,000) | 2/26/14 6-K |
| | | | | HSBC Secs (USA) ($160,000,000) | 3/7/14 6-K |
| | | | | JPMorgan Secs ($160,000,000) | 3/11/14 6-K |
| | | | | Banca IMI SpA ($20,000,000) | 3/7/14 6-K |
| | | | | Scotia Capital (USA) ($20,000,000) | 3/11/14 6-K |

APPENDIX A

| Issue Date | Security (Cusip) | Amount of Issue | Price per $100 | Underwriter Defts (Amount Underwritten) | False and Misleading Documents Incorporated into Offering Materials |
|---|---|---|---|---|---|
| Mar. 10, 2014 | Floating Rate Nts due Mar. 17, 2017 ISIN: US71647NAJ81 | $1,400,000,000 | $100.00000 | Bank of China (HK) ($224,000,000) | 2011 20-F |
| | | | | BB Secs Ltd ($224,000,000) | 8/10/12 6-K |
| | | | | Banco Bradesco BBI SA ($224,000,000) | 2012 20-F |
| | | | | Citigroup Global Mkts ($224,000,000) | 2/26/14 6-K |
| | | | | HSBC Secs (USA) ($224,000,000) | 3/7/14 6-K |
| | | | | JPMorgan Secs ($224,000,000) | 3/11/14 6-K |
| | | | | Banca IMI SpA ($28,000,000) | |
| | | | | Scotia Capital (USA) ($28,000,000) | |
| Mar. 10, 2014 | Floating Rate Nts due Mar. 17, 2020 ISIN: US71647NAL38 | $500,000,000 | $100.00000 | Bank of China (HK) ($80,000,000) | 2011 20-F |
| | | | | BB Secs Ltd ($80,000,000) | 8/10/12 6-K |
| | | | | Banco Bradesco BBI SA ($80,000,000) | 2012 20-F |
| | | | | Citigroup Global Mkts ($80,000,000) | 2/26/14 6-K |
| | | | | HSBC Secs (USA) ($80,000,000) | 3/7/14 6-K |
| | | | | JPMorgan Secs ($80,000,000) | 3/11/14 6-K |
| | | | | Banca IMI SpA ($10,000,000) | |
| | | | | Scotia Capital (USA) ($10,000,000) | |