# EXHIBIT 1

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Andrew H. Holton, hereby certify for the North Carolina Department of State Treasurer ("North Carolina DST"), as to the claims asserted under the federal securities laws, that:

1. I am the General Counsel of the North Carolina Department of State Treasurer. I have reviewed a complaint filed in this matter. North Carolina DST and the North Carolina State Treasurer have authorized the filing of a comparable complaint on behalf of North Carolina DST.

2. North Carolina DST did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. North Carolina DST is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. North Carolina DST fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. The transactions of North Carolina DST in the Petrobras securities that are the subject of this action are set forth in the chart attached hereto.

5. North Carolina DST has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as follows:

    *In re Facebook, Inc., IPO Securities & Derivative Litigation,* 1:12-md-02389-RWS (S.D.N.Y. 2012)

6. North Carolina DST will not accept any payment for serving as a representative party on behalf of the Class beyond North Carolina DST's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of September, 2015.

/s/ Andrew H. Holton
Andrew H. Holton
General Counsel
North Carolina Department of State Treasurer

PETRÓLEO BRASILEIRO S.A. (PBR)	NORTH CAROLINA DEPARTMENT OF STATE TREASURER

LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| **US71654V4086 (Common ADR)** | | | |
| **NCUF10100002** | | | |
| 02/02/2010 | PUR | 39,700 | $41.9350 |
| 02/02/2010 | PUR | 11,200 | $41.9592 |
| 02/02/2010 | PUR | 26,800 | $41.8971 |
| 02/09/2010 | PUR | 32,200 | $39.5860 |
| 02/10/2010 | PUR | 19,800 | $39.8090 |
| 02/18/2010 | PUR | 16,500 | $42.5146 |
| 03/23/2010 | SAL | 32,500 | $45.0870 |
| 03/23/2010 | SAL | 113,700 | $44.7677 |
| **NCUF10400002** | | | |
| 09/10/2010 | PUR | 15,100 | $35.9894 |
| 09/13/2010 | PUR | 3,300 | $36.9031 |
| 09/14/2010 | PUR | 15,200 | $36.0401 |
| 09/15/2010 | PUR | 4,900 | $34.8186 |
| 09/15/2010 | PUR | 2,800 | $34.9739 |
| 09/16/2010 | PUR | 16,200 | $35.2136 |
| 09/16/2010 | PUR | 4,000 | $34.9994 |
| 09/16/2010 | PUR | 1,100 | $35.3303 |
| 09/16/2010 | PUR | 3,100 | $35.2246 |
| 09/17/2010 | PUR | 15,300 | $35.2806 |
| 09/24/2010 | PUR | 136,900 | $34.4900 |
| 09/29/2010 | SAL | 6,100 | $35.9150 |
| 09/29/2010 | SAL | 11,600 | $35.8873 |
| 10/01/2010 | SAL | 5,500 | $36.2486 |
| 10/01/2010 | SAL | 2,500 | $36.2850 |
| 10/06/2010 | SAL | 8,100 | $35.4456 |
| 11/22/2010 | SAL | 4,200 | $32.9345 |
| 11/23/2010 | SAL | 7,400 | $31.9427 |
| 11/24/2010 | SAL | 9,000 | $32.4278 |
| 12/02/2010 | SAL | 8,100 | $33.7905 |
| 12/03/2010 | SAL | 4,300 | $33.9860 |
| 12/06/2010 | SAL | 5,800 | $34.4892 |
| 01/31/2011 | SAL | 2,800 | $36.1000 |
| 03/23/2011 | SAL | 7,600 | $40.1967 |
| 03/11/2013 | SAL | 80,831 | $17.0966 |
| 03/14/2013 | SAL | 54,069 | $17.4000 |
| **NCUF12500002** | | | |
| 12/28/2010 | PUR | 15,600 | $35.4692 |
| 12/29/2010 | PUR | 21,000 | $36.1890 |
| 12/29/2010 | PUR | 6,500 | $36.5375 |
| 12/30/2010 | PUR | 5,700 | $37.3343 |
| 12/31/2010 | PUR | 1,500 | $37.6527 |
| 01/03/2011 | PUR | 9,000 | $37.6860 |
| 01/03/2011 | PUR | 15,400 | $37.6273 |
| 01/05/2011 | PUR | 17,800 | $37.1689 |
| 01/10/2011 | PUR | 12,600 | $36.0770 |
| 01/10/2011 | PUR | 26,700 | $36.2041 |
| 01/11/2011 | PUR | 38,700 | $36.9053 |
| 01/12/2011 | PUR | 53,900 | $37.7184 |
| 01/18/2011 | PUR | 19,700 | $37.4242 |
| 02/01/2011 | PUR | 13,700 | $37.4941 |
| 02/02/2011 | PUR | 12,300 | $37.9893 |

**PETRÓLEO BRASILEIRO S.A. (PBR)**                **NORTH CAROLINA DEPARTMENT OF STATE TREASURER**

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---:|---:|
| 03/16/2011 | PUR | 20,100 | $38.7380 |
| 03/17/2011 | PUR | 22,700 | $39.0748 |
| 03/30/2011 | PUR | 15,000 | $40.5968 |
| 05/09/2011 | PUR | 20,100 | $34.7500 |
| 05/16/2011 | PUR | 3,500 | $34.1337 |
| 05/16/2011 | PUR | 3,000 | $34.1728 |
| 05/23/2011 | PUR | 25,400 | $33.2948 |
| 06/03/2011 | PUR | 4,700 | $33.7400 |
| 08/11/2011 | PUR | 12,700 | $28.2001 |
| 10/05/2011 | PUR | 13,800 | $21.6427 |
| 10/06/2011 | PUR | 400 | $22.3193 |
| 10/07/2011 | PUR | 2,800 | $23.2701 |
| 05/22/2012 | PUR | 8,500 | $20.0930 |
| 05/23/2012 | PUR | 35,200 | $19.4270 |
| 06/08/2012 | PUR | 23,900 | $19.5605 |
| 06/19/2012 | PUR | 29,800 | $20.3654 |
| 06/22/2012 | PUR | 13,200 | $19.5844 |
| 06/25/2012 | PUR | 11,500 | $18.0926 |
| 07/06/2012 | PUR | 15,400 | $19.4547 |
| 07/09/2012 | PUR | 12,500 | $19.0634 |
| 07/27/2012 | PUR | 15,800 | $20.4670 |
| 10/30/2013 | PUR | 43,100 | $17.3079 |
| 10/31/2013 | PUR | 40,600 | $17.6023 |
| 11/01/2013 | PUR | 16,600 | $17.0512 |
| 11/04/2013 | PUR | 34,100 | $17.3297 |
| 11/14/2013 | PUR | 37,400 | $16.6744 |
| 11/15/2013 | PUR | 34,400 | $17.2680 |
| 11/18/2013 | PUR | 46,900 | $17.8897 |
| 11/18/2013 | PUR | 17,800 | $17.9246 |
| 05/06/2014 | PUR | 11,500 | $15.4500 |
| 05/06/2014 | PUR | 90,200 | $15.3170 |
| 05/07/2014 | PUR | 100,400 | $15.6611 |
| 05/08/2014 | PUR | 50,900 | $15.2894 |
| 05/28/2014 | PUR | 35,100 | $14.8000 |
| 06/16/2014 | PUR | 28,775 | $15.8415 |
| 08/12/2014 | PUR | 25,143 | $16.4589 |
| 08/29/2014 | PUR | 58,000 | $19.1000 |
| 09/03/2014 | PUR | 27,800 | $20.4802 |
| 09/15/2014 | PUR | 25,600 | $16.6355 |
| 09/25/2014 | PUR | 29,100 | $15.7711 |
| 09/29/2014 | PUR | 9,100 | $14.7705 |
| 09/30/2014 | PUR | 84,100 | $14.1852 |
| 10/20/2014 | PUR | 13,600 | $14.3183 |
| 10/23/2014 | PUR | 32,500 | $12.0993 |
| 10/27/2014 | PUR | 11,890 | $11.0140 |
| 04/13/2015 | PUR | 15,253 | $8.2551 |
| 04/13/2015 | PUR | 90,500 | $8.0525 |
| 04/13/2015 | PUR | 15,100 | $8.1577 |
| 04/13/2015 | PUR | 37,072 | $8.1818 |
| 04/24/2015 | PUR | 74,047 | $9.9711 |
| 05/07/2015 | PUR | 36,660 | $9.6700 |
| 06/25/2015 | PUR | 6,319 | $9.4000 |
| 04/13/2010 | SAL | 6,300 | $43.7350 |
| 04/13/2010 | SAL | 25,000 | $43.5098 |
| 04/28/2010 | SAL | 24,800 | $41.4597 |
| 05/07/2010 | SAL | 41,300 | $36.3686 |

**PETRÒLEO BRASILEIRO S.A. (PBR)**              **NORTH CAROLINA DEPARTMENT OF STATE TREASURER**

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---:|---:|
| 06/21/2010 | SAL | 21,300 | $38.9162 |
| 06/22/2010 | SAL | 10,800 | $38.1026 |
| 06/23/2010 | SAL | 30,300 | $36.0835 |
| 04/11/2011 | SAL | 21,900 | $39.9501 |
| 12/22/2011 | SAL | 37,300 | $25.6142 |
| 12/28/2011 | SAL | 16,400 | $24.6644 |
| 12/29/2011 | SAL | 14,300 | $24.4066 |
| 02/02/2012 | SAL | 4,100 | $31.2783 |
| 02/02/2012 | SAL | 6,500 | $31.1123 |
| 02/03/2012 | SAL | 4,800 | $31.2795 |
| 02/03/2012 | SAL | 5,000 | $31.2062 |
| 02/10/2012 | SAL | 51,200 | $29.6541 |
| 02/14/2012 | SAL | 19,500 | $29.3301 |
| 02/14/2012 | SAL | 8,200 | $29.6800 |
| 02/24/2012 | SAL | 900 | $30.2050 |
| 02/24/2012 | SAL | 22,100 | $30.2333 |
| 02/27/2012 | SAL | 21,100 | $29.8370 |
| 02/29/2012 | SAL | 26,100 | $29.7750 |
| 03/01/2012 | SAL | 19,400 | $30.0202 |
| 08/16/2012 | SAL | 11,200 | $22.0321 |
| 08/17/2012 | SAL | 11,100 | $22.2236 |
| 08/20/2012 | SAL | 11,100 | $22.1621 |
| 08/22/2012 | SAL | 8,700 | $22.0441 |
| 08/30/2012 | SAL | 40,600 | $21.1940 |
| 09/17/2012 | SAL | 12,100 | $24.0395 |
| 09/19/2012 | SAL | 18,000 | $23.2948 |
| 10/04/2012 | SAL | 11,400 | $22.7187 |
| 10/17/2012 | SAL | 36,600 | $23.1483 |
| 11/06/2012 | SAL | 20,700 | $21.8180 |
| 12/13/2012 | SAL | 34,500 | $18.9519 |
| 12/14/2012 | SAL | 30,000 | $19.5855 |
| 12/18/2012 | SAL | 55,300 | $19.5266 |
| 12/05/2013 | SAL | 28,100 | $13.9268 |
| 12/06/2013 | SAL | 37,400 | $13.9010 |
| 12/09/2013 | SAL | 61,400 | $13.9415 |
| 12/10/2013 | SAL | 39,200 | $14.0203 |
| 12/11/2013 | SAL | 33,400 | $13.4074 |
| 12/11/2013 | SAL | 24,000 | $13.9900 |
| 12/12/2013 | SAL | 47,400 | $13.4600 |
| 11/28/2014 | SAL | 37,500 | $9.5927 |
| 11/28/2014 | SAL | 53,600 | $9.6898 |
| 12/01/2014 | SAL | 100,300 | $9.0639 |
| 12/01/2014 | SAL | 97,600 | $9.0697 |
| 12/02/2014 | SAL | 38,000 | $8.9977 |
| 12/02/2014 | SAL | 63,210 | $9.0230 |
| 12/05/2014 | SAL | 18,800 | $8.8255 |
| 12/08/2014 | SAL | 3,130 | $8.6071 |
| 02/10/2015 | SAL | 39,900 | $6.2545 |
| 02/11/2015 | SAL | 60,340 | $6.0993 |
| 05/06/2015 | SAL | 52,500 | $10.1900 |
| **NCUF15130002** | | | |
| 05/03/2013 | PUR | 13,500 | $19.1200 |
| 10/28/2014 | PUR | 8,000 | $11.6200 |
| 10/29/2014 | PUR | 4,900 | $11.3778 |
| 11/20/2014 | PUR | 3,200 | $9.7231 |

PETRÒLEO BRASILEIRO S.A. (PBR)               NORTH CAROLINA DEPARTMENT OF STATE TREASURER

LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 01/13/2015 | PUR | 1,800 | $6.7993 |
| 05/12/2014 | SAL | 4,200 | $15.2878 |
| 08/22/2014 | SAL | 5,300 | $17.2405 |
| **NCUF15133302** | | | |
| 11/06/2014 | PUR | 6,800 | $11.1600 |
| 11/12/2014 | SAL | 6,800 | $10.7792 |
| **NCUF15170002** | | | |
| 05/03/2013 | PUR | 13,300 | $19.1200 |
| 06/27/2013 | SAL | 13,300 | $13.7021 |
| **NCUF15180002** | | | |
| 04/24/2013 | PUR | 48,700 | $18.0300 |
| 05/03/2013 | PUR | 21,900 | $19.1200 |
| 12/11/2013 | PUR | 24,000 | $13.9900 |
| 09/25/2014 | PUR | 6,000 | $15.8174 |
| 10/13/2014 | PUR | 3,400 | $17.0071 |
| 02/17/2015 | PUR | 3,500 | $7.0926 |
| 05/03/2013 | SAL | 13,500 | $19.1200 |
| 05/03/2013 | SAL | 21,900 | $19.1200 |
| 05/03/2013 | SAL | 13,300 | $19.1200 |
| 12/13/2013 | SAL | 24,000 | $13.6030 |
| 06/30/2014 | SAL | 11,300 | $14.5215 |
| 11/06/2014 | SAL | 6,800 | $11.1600 |
| 06/02/2015 | SAL | 5,800 | $8.7942 |
| 07/21/2015 | SAL | 3,100 | $7.5330 |
| 07/28/2015 | SAL | 3,900 | $6.3570 |
| **NCUF15500002** | | | |
| 04/14/2011 | PUR | 242,048 | $37.3142 |
| 04/24/2013 | PUR | 48,700 | $18.0300 |
| 12/11/2013 | PUR | 24,000 | $13.9900 |
| 05/06/2015 | PUR | 52,500 | $10.1900 |
| 04/28/2011 | SAL | 242,048 | $37.3800 |
| 05/03/2013 | SAL | 21,900 | $19.1200 |
| 05/03/2013 | SAL | 13,500 | $19.1200 |
| 05/03/2013 | SAL | 13,300 | $19.1200 |
| 12/13/2013 | SAL | 24,000 | $13.6030 |
| 05/08/2015 | SAL | 52,500 | $9.6257 |
| **NCUF16410002** | | | |
| 11/26/2010 | PUR | 39,300 | $32.1050 |
| 11/29/2010 | PUR | 70,000 | $32.2443 |
| 12/03/2010 | PUR | 25,600 | $34.1062 |
| 12/06/2010 | PUR | 29,900 | $34.5498 |
| 12/07/2010 | PUR | 46,500 | $34.3552 |
| 12/20/2010 | PUR | 12,500 | $34.1197 |
| 12/21/2010 | PUR | 12,500 | $34.1830 |
| 02/22/2011 | PUR | 33,600 | $38.6510 |
| 04/18/2011 | SAL | 71,800 | $36.3563 |
| 04/19/2011 | SAL | 10,100 | $37.0365 |
| 10/13/2011 | SAL | 55,700 | $23.9468 |
| 10/14/2011 | SAL | 29,700 | $24.5088 |
| 10/18/2011 | SAL | 8,900 | $23.8550 |
| 10/19/2011 | SAL | 10,300 | $24.0169 |

PETRÒLEO BRASILEIRO S.A. (PBR)             NORTH CAROLINA DEPARTMENT OF STATE TREASURER

LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 11/01/2011 | SAL | 10,400 | $25.6021 |
| 11/01/2011 | SAL | 41,400 | $26.1538 |
| 11/17/2011 | SAL | 22,500 | $26.4855 |
| 11/18/2011 | SAL | 10,000 | $26.5419 |
| 11/21/2011 | SAL | 7,000 | $25.9729 |
| 11/22/2011 | SAL | 11,041 | $26.1479 |
| 11/23/2011 | SAL | 4,059 | $25.1560 |
| 02/21/2012 | SAL | 7,000 | $29.2014 |
| 02/22/2012 | SAL | 7,000 | $29.5033 |
| 02/23/2012 | SAL | 10,300 | $29.5000 |
| 02/24/2012 | SAL | 10,000 | $30.1656 |
| 03/15/2012 | SAL | 27,300 | $27.8999 |
| 03/16/2012 | SAL | 6,100 | $27.8112 |
| 03/19/2012 | SAL | 15,753 | $28.0820 |
| 03/20/2012 | SAL | 5,147 | $27.2640 |
| 05/03/2012 | SAL | 17,031 | $23.2805 |
| 05/04/2012 | SAL | 21,460 | $22.5262 |
| 05/08/2012 | SAL | 20,709 | $21.6516 |

**NCUF16520002**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 04/28/2011 | PUR | 242,048 | $37.3800 |
| 05/05/2011 | PUR | 59,000 | $34.5803 |
| 10/31/2012 | PUR | 41,010 | $21.2012 |
| 12/20/2012 | PUR | 65,080 | $20.3294 |
| 02/06/2012 | SAL | 38,800 | $31.3949 |
| 01/28/2013 | SAL | 94,610 | $19.5256 |
| 02/14/2013 | SAL | 75,900 | $16.0432 |
| 02/15/2013 | SAL | 70,130 | $16.0516 |
| 06/20/2013 | SAL | 127,698 | $14.1121 |

<u>US71654V1017 (Preferred ADR)</u>

**NCUF10100002**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 06/15/2010 | PUR | 88,800 | $32.4648 |
| 06/16/2010 | PUR | 36,627 | $32.8167 |
| 06/16/2010 | PUR | 61,900 | $32.6633 |
| 06/17/2010 | PUR | 873 | $32.9967 |
| 07/21/2010 | PUR | 62,900 | $30.9495 |
| 08/09/2010 | PUR | 37,600 | $33.1582 |
| 09/24/2010 | PUR | 168,800 | $30.5900 |
| 12/07/2010 | PUR | 50,100 | $30.9779 |
| 12/10/2010 | PUR | 71,500 | $30.2966 |
| 03/30/2011 | SAL | 42,635 | $35.3130 |
| 03/30/2011 | SAL | 43,565 | $35.3407 |
| 04/04/2011 | SAL | 93,264 | $36.1444 |
| 04/04/2011 | SAL | 2,848 | $36.1504 |
| 04/04/2011 | SAL | 380 | $36.1530 |
| 04/04/2011 | SAL | 5,089 | $36.1508 |
| 04/04/2011 | SAL | 456 | $36.1500 |
| 04/04/2011 | SAL | 2,363 | $36.1500 |
| 05/04/2011 | SAL | 17,202 | $32.6267 |
| 05/06/2011 | SAL | 46,798 | $31.0900 |
| 06/28/2011 | SAL | 20,100 | $29.4876 |
| 07/11/2011 | SAL | 78,300 | $29.6276 |
| 07/22/2011 | SAL | 14,300 | $30.1411 |
| 08/05/2011 | SAL | 211,800 | $26.0087 |

PETRÒLEO BRASILEIRO S.A. (PBR)                NORTH CAROLINA DEPARTMENT OF STATE TREASURER

LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| **NCUF10400002** | | | |
| 07/07/2010 | PUR | 8,900 | $30.8164 |
| 09/17/2010 | PUR | 17,900 | $31.2043 |
| 09/20/2010 | PUR | 6,000 | $31.1827 |
| 09/24/2010 | PUR | 175,900 | $30.5900 |
| 05/19/2011 | PUR | 4,200 | $30.0344 |
| 05/20/2011 | PUR | 293 | $29.6538 |
| 05/20/2011 | PUR | 1,602 | $30.2657 |
| 05/23/2011 | PUR | 7,142 | $29.2969 |
| 05/24/2011 | PUR | 1,850 | $29.9695 |
| 05/25/2011 | PUR | 1,513 | $29.9582 |
| 05/31/2011 | PUR | 4,100 | $30.8847 |
| 06/01/2011 | PUR | 4,000 | $30.7309 |
| 06/21/2011 | PUR | 4,200 | $29.6628 |
| 01/20/2010 | SAL | 3,900 | $39.8550 |
| 01/20/2010 | SAL | 13,800 | $39.8940 |
| 01/21/2010 | SAL | 12,454 | $39.1670 |
| 02/01/2010 | SAL | 14,700 | $36.7571 |
| 02/04/2010 | SAL | 12,700 | $35.1974 |
| 02/09/2010 | SAL | 14,300 | $35.0781 |
| 02/10/2010 | SAL | 6,300 | $34.6455 |
| 02/10/2010 | SAL | 700 | $34.6028 |
| 02/24/2010 | SAL | 3,900 | $37.1834 |
| 02/26/2010 | SAL | 6,600 | $38.0793 |
| 03/02/2010 | SAL | 6,400 | $39.3977 |
| 03/04/2010 | SAL | 6,900 | $39.0499 |
| 03/05/2010 | SAL | 5,900 | $40.0209 |
| 03/26/2010 | SAL | 5,900 | $38.0022 |
| 03/26/2010 | SAL | 20,500 | $38.8073 |
| 03/29/2010 | SAL | 13,100 | $38.0640 |
| 05/12/2010 | SAL | 7,100 | $33.6556 |
| 05/14/2010 | SAL | 13,700 | $32.9213 |
| 09/30/2010 | SAL | 10,800 | $32.4686 |
| 10/26/2010 | SAL | 3,500 | $30.0542 |
| 02/08/2011 | SAL | 300 | $32.7581 |
| 02/08/2011 | SAL | 1,100 | $32.7629 |
| 02/08/2011 | SAL | 300 | $32.7688 |
| 02/08/2011 | SAL | 800 | $32.7600 |
| 02/08/2011 | SAL | 56,800 | $32.8200 |
| 02/08/2011 | SAL | 3,800 | $32.7540 |
| 02/08/2011 | SAL | 100 | $32.7706 |
| 02/10/2011 | SAL | 9,300 | $32.2231 |
| 08/03/2011 | SAL | 7,000 | $29.3732 |
| 09/28/2011 | SAL | 185,700 | $21.3700 |
| 11/30/2012 | SAL | 12,750 | $17.5501 |
| 03/11/2013 | SAL | 185,886 | $18.7662 |
| 03/14/2013 | SAL | 124,342 | $19.2600 |
| **NCUF15500002** | | | |
| 04/14/2011 | PUR | 257,900 | $33.3601 |
| 04/28/2011 | SAL | 257,900 | $33.4500 |
| **NCUF15620002** | | | |
| 06/25/2013 | PUR | 311,519 | $14.4392 |
| 06/28/2013 | PUR | 233,291 | $14.5859 |

PETRÒLEO BRASILEIRO S.A. (PBR)                NORTH CAROLINA DEPARTMENT OF STATE TREASURER

LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 07/03/2013 | PUR | 55,830 | $13.9532 |
| 07/08/2013 | PUR | 168,030 | $13.3805 |
| 07/12/2013 | PUR | 143,880 | $13.8455 |
| 01/13/2014 | PUR | 136,390 | $13.5627 |
| 01/27/2014 | PUR | 81,700 | $12.6257 |
| 01/31/2014 | PUR | 237,650 | $12.0500 |
| 03/04/2014 | PUR | 62,229 | $11.5246 |
| 03/05/2014 | PUR | 49,781 | $11.6193 |
| 11/03/2014 | PUR | 147,841 | $11.8377 |
| 11/03/2014 | PUR | 5,079 | $11.9050 |
| 11/10/2014 | PUR | 97,830 | $11.0278 |
| 12/12/2014 | PUR | 190,000 | $7.7088 |
| 08/26/2014 | SAL | 373,610 | $19.4239 |
| **NCUF14900002** | | | |
| 08/24/2012 | PUR | 158,324 | $21.0259 |
| 08/27/2012 | PUR | 74,152 | $20.9721 |
| 08/28/2012 | PUR | 54,824 | $20.9457 |
| **NCUF17100002** | | | |
| 01/25/2011 | PUR | 69,000 | $32.5828 |
| 04/28/2011 | PUR | 257,900 | $33.4500 |
| 10/10/2011 | PUR | 191,000 | $21.6117 |
| 01/31/2014 | SAL | 1,032,200 | $11.6500 |

**US71647NAF69 (2013 Offering)**

**NCUF4010002**

| 05/13/2013 | PUR | 5,000,000 | $98.8280 |
|---|---|---|---|

**US71647NAM11 (2014 Offering)**

**NCUF4010002**

| 03/10/2014 | PUR | 2,000,000 | $99.7720 |
|---|---|---|---|