UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PETROBRAS SECURITIES LITIGATION

This Document Applies to:

*Al Shams Investments Limited, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-6243 (JSR)

No. 14-cv-9662 (JSR)

## STIPULATIONS AND ORDER

WHEREAS, on August 7, 2015, Plaintiffs Al Shams Investments Limited and Wafic Rida Saïd ("Plaintiffs") filed a complaint ("Complaint") against, inter alia, Defendant Petróleo Brasileiro S.A. – Petrobras ("Defendant");

WHEREAS, on November 9, 2015, Plaintiffs filed an Amended Complaint ("Amended Complaint") against, inter alia, Defendant;

WHEREAS, on August 21, 2015, Petróleo Brasileiro S.A. – Petrobras; Petrobras Global Finance B.V.; Theodore M. Helms; Banca IMI S.p.A.; Banco Bradesco BBI S.A.; Bank of China (Hong Kong) Limited; BB Securities Ltd.; Citigroup Global Markets Inc.; HSBC Securities (USA) Inc.; Itau BBA USA Securities, Inc.; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Mitsubishi UFJ Securities (USA), Inc.; Morgan Stanley & Co. LLC; Scotia Capital (USA) Inc.; and Standard Chartered Bank ("Certain Individual Action Defendants") moved to dismiss the complaints in eleven actions ("August 21, 2015 Motion to Dismiss"), namely: *Dimensional Emerging Markets Value Fund, et al. v. Petróleo Brasileiro S.A – Petrobras*, No. 15-cv-2165 (JSR); *Skagen, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-2214 (JSR); *New York City Employees' Retirement System, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-2192 (JSR); *Transamerica Income Shares, Inc., et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3733 (JSR); *Aberdeen Emerging*

*Markets Fund, et al. v. Petróleo Brasileiro S.A. – Petrobras*, No. 15-cv-3860 (JSR); *Ohio Public Employees Retirement System v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3887 (JSR); *Central States Southeast and Southwest Areas Pension Fund v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3911 (JSR); *Washington State Investment Board v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3923 (JSR); *Aberdeen Latin American Income Fund Limited, et al. v. Petróleo Brasileiro S.A. – Petrobras*, No. 15-cv-4043 (JSR); *NN Investment Partners B.V., et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-4226 (JSR); and *Aura Capital Ltd. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-4951 (JSR);

WHEREAS, on October 19, 2015, the Court entered an order granting in part and denying in part the August 21, 2015 Motion to Dismiss ("October 19, 2015 Order");

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the Defendant, through their undersigned counsel, subject to approval by the Court, as follows:

1. Defendant shall answer the Amended Complaint by December 11, 2015;

2. All arguments that Certain Individual Action Defendants made in the August 21, 2015 Motion to Dismiss shall be deemed made with respect to the Amended Complaint;

3. The rulings set forth in the Court's October 19, 2015 Order shall apply equally to the Amended Complaint;

4. Nothing in this Stipulation shall be construed as a waiver of any defense available to Defendant.

Dated: November 18, 2015
New York, New York

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ Todd Batson

Harry A. Olivar, Jr.
Kristen Bird
Joseph C. Sarles
Ryan. S. Landes

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Peter E. Calamari
Todd D. Batson

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: /s/

Mitchell A. Lowenthal
Lewis J. Liman
Roger A. Cooper
Luke A. Barefoot
Elizabeth Vicens

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

*Attorneys for Defendant*

SO ORDERED:
11-21-15

Hon. Jed S. Rakoff, U.S.D.J.

-3-