UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
IN RE PETROBRAS SECURITIES LITIGATION        :    No. 14-CV-9662 (JSR)
:
This Document Applies To All Actions         :
:
:
------------------------------------------------------------------ X

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Mitchell A. Lowenthal, Mitchell A. Lowenthal will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for the Petrobras Defendants.

PLEASE TAKE FURTHER NOTICE that Lewis J. Liman, Roger A. Cooper, Luke A. Barefoot, Elizabeth Vicens, Jared Gerber, and Cleary Gottlieb Steen & Hamilton LLP will continue as counsel for the Petrobras Defendants.

Dated: New York, New York
       January 20, 2016

                                         CLEARY, GOTTLIEB, STEEN &
                                         HAMILTON LLP

                                         By: _____
                                            Lewis J. Liman
                                            Roger A. Cooper
                                            Luke A. Barefoot
                                            Elizabeth Vicens
                                            Jared Gerber

                                         One Liberty Plaza
                                         New York, New York  10006
                                         (212) 225-2000

                                         Attorneys for the Petrobras Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
IN RE PETROBRAS SECURITIES LITIGATION          :   No. 14-CV-9662 (JSR)
:
This Document Applies To All Actions           :
:
:
-------------------------------------------------------------------- X

**DECLARATION OF MITCHELL A. LOWENTHAL PURSUANT TO LOCAL RULE 1.4**

I, Mitchell A. Lowenthal, hereby declare under penalty of perjury, that the following is true and correct:

1. I am one of the attorneys at Cleary Gottlieb Steen & Hamilton LLP representing the Petrobras Defendants in the above-captioned matter.

2. I make this declaration pursuant to Local Rule 1.4 of the Rules of this Court.

3. As of January 1, 2016, I am no longer an active partner of Cleary Gottlieb Steen & Hamilton LLP. Attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record in this matter.

4. I am not asserting any retaining or charging lien on my clients.

5. I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for the Petrobras Defendants.

Dated: New York, New York
       January 20, 2016

                                          CLEARY, GOTTLIEB, STEEN &
                                          HAMILTON LLP

                                          By: /s/ Mitchell A. Lowenthal
                                              Mitchell A. Lowenthal

2