# POMERANTZ

**John A. Kehoe**
Of Counsel

February 1, 2016



**BY HAND**

The Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

Re: *In re Petrobras Securities Litigation*, Case No. 14-cv-9662 (JSR)

Dear Judge Rakoff:

In reference to today's call with Your Honor, and as set forth on Appendix A, enclosed please find Letters Rogatory for fifteen (15) individuals residing in The Republic of Brazil, and a request pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, opened for signature March 18, 1970, 847 U.N.T.S. 241, for an individual residing in the United Kingdom. Also enclosed herewith is a CD containing Exhibits the Parties referenced in the Letters Rogatory.

Attached to each Letter Rogatory are the Parties' Objections to the respective questions posed, which the Parties provide for Your Honor's information and convenience. While the Parties do not seek a ruling from the Court at this time on the Objections, we request direction from the Court on whether the Objections should accompany the Letters Rogatory when sent to the respective tribunals.

→ No.

SO ORDERED
/s/ JSR
USDJ 2-1-16

Respectfully,

John A. Kehoe, Esq.

Enc.

cc: Jeremy L. Lieberman
Lewis L. Liman, Esq. (by email to lliman@cgsh.com) w/ enc.
Jeremy A. Berman, Esq. (by email to jeremy.berman@skadden.com) w/ enc.
James J. Capra, Jr., Esq. (by email to jcapra@kslaw.com) w/ enc.
Israel Dahan, Esq. (by email to idahan@kslaw.com) w/ enc.
Matthew Mustokoff (by email to mmustokoff@ktmc.com) w/ enc.

jkehoe@pomlaw.com

600 Third Avenue, New York, New York 10016  main: 212.661.1100  direct: 646.581.9956  www.pomerantzlaw.com

325

# POMERANTZ

### APPENDIX A

### Letters Rogatory Pursuant to Diplomatic Channels

Augusto Ribeiro de Mendoça Neto
Alberto Youssef
Dalton dos Santos Avancini
Eduardo Hermelino Leite
Fernando Ântonio Falcão Soares
Eduardo Vaz da Costa Musa
Pedro José Barusco Filho
Paulo Roberto Costa
Sergio Araújo Costa
Ricardo Ribeiro Pessoa
Julio Faerman
Jorge Luiz Zelada
Fernando de Castro Sá
Nestor Cuñat Cerveró
Agosthilde Mônaco de Carvalho

**Letters Rogatory Pursuant to Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, opened for signature March 18, 1970, 847 U.N.T.S. 241**

Jonathan David Taylor