UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

)
IN RE: PETROBRAS SECURITIES )
LITIGATION )
 )
 ) Case No. 14-cv-9662 (JSR)
THIS DOCUMENT APPLIES TO: )
 )
*PIMCO Funds: PIMCO Total Return* )
*Fund, et al. v. Petróleo Brasileiro S.A. –* )
*Petrobras, et al.*, 15-cv-8192 (JSR) )
 )
 )

## STIPULATION OF DISMISSAL

All Plaintiffs and all Defendants (collectively, the "Parties") hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiffs' claims in the above-captioned action (the "Action") be dismissed against all Defendants with prejudice, without costs or fees to any party as against the other, because the parties have settled. Claims asserted by any party in any other action are not subject to and are not affected by this Stipulation.

This Stipulation may be signed in counterparts.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

1

Stipulated and agreed to by:

Dated: November 4, 2016
       New York, New York

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____

Harry A. Olivar, Jr. (HO-5621)
Kristen Bird (admitted *pro hac vice*)
Joseph C. Sarles (admitted *pro hac vice*)
Ryan S. Landes (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter E. Calamari (PEC-3964)
Matthew A. Lee (ML-0801)
Todd D. Batson (TB-0629)
Daniel G. Agius, Jr. (DA-2014)
Sophia Qasir (SQ-3758)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: _____

Lewis J. Liman
Roger A. Cooper
Luke A. Barefoot
Elizabeth Vicens
Jared Gerber

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendants*

SO ORDERED:

Dated: 11/3/16

_____
Honorable Jed S. Rakoff
United States District Judge