

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | 14-cv-9662 (JSR) |
| This Document Applies To: *Discovery Global Citizens Master Fund, Ltd., et a.l v. Petroleo Brasileiro S.A. - Petrobras, et al.*, No. 15-cv-09126 (JSR) | |

### STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants who have appeared in the above-referenced action, by and through their respective counsel of record, hereby stipulate to Plaintiffs' dismissal of the above-captioned matter with prejudice pursuant to a Confidential Settlement Agreement. Each party shall bear its own attorneys' fees and costs.

This Stipulation may be signed in counterparts.

Dated: October 6, 2017

| LOWENSTEIN SANDLER LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By:_____ Lawrence M. Rolnick Marc B. Kramer 1251 Avenue of the Americas New York, NY 10020 Tel.: (212) 262-6700 Fax: (212) 262-7402 Email: lrolnick@lowenstein.com Email: mkramer@lowenstein.com *Counsel for Plaintiffs* | By:_____ Lewis J. Liman Roger A. Cooper Jared Gerber One Liberty Plaza New York, New York 10006 Tel.: (212) 225-2000 Fax: (212) 225-3999 Email: lliman@cgsh.com Email: racooper@cgsh.com Email: jgerber@cgsh.com *Counsel for the Petrobras Defendants* |

1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jay B. Kasner
Scott D. Musoff
Four Times Square
New York, NY 10036
Tel.: (212) 753-3000
Email: Jay.Kasner@skadden.com
Email: Scott.Musoff@skadden.com

*Counsel for the Underwriter Defendants*

**SO ORDERED:**

Dated: __10/14/17__

_____
Honorable Jed S. Rakoff
United States District Judge