```
USDC
DOCUMENT
E...      ...LY FILED
D
DATE FILED:  11/15/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
IN RE PETROBRAS SECURITIES LITIGATION   :     No. 1:14-cv-09662-JSR
                                                            :
                                                            :     ECF Case
                                                            :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of Howard A. Locker, dated November 10, 2017, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, Howard A. Locker hereby withdraws his individual appearance on behalf of José Sergio Gabrielli de Azevedo in the above-captioned matter. My colleagues Elkan Abramowitz, Edward M. Spiro, and Jasmine Juteau will remain as counsel of record to Jose Sergio Gabrielli de Azevedo.

Dated: November 10, 2017
       New York, New York

Respectfully submitted,

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By: _____
    Howard A. Locker
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494
*Attorneys for José Sergio Gabrielli de Azevedo*

SO ORDERED.

___11/14/17___, 2017

_____
The Honorable Jed S. Rakoff
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
IN RE PETROBRAS SECURITIES LITIGATION  :    No. 1:14-cv-09662-JSR
                                              :
                                              :    ECF Case
                                              :
------------------------------------------------------------x

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Howard A. Locker, declare and state as follows:

1. Pursuant to Local Civil Rule 1.4, and Rule 2.5 of the Electronic Case Filing Rules and Instructions, I respectfully request leave of the Court to withdraw my individual appearance as counsel for Defendant José Sergio Gabrielli de Azevedo in the above-captioned action because I will no longer be associated with Morvillo Abramowitz Grand Iason & Anello P.C. as of November 10, 2017.

3. My colleagues Elkan Abramowitz, Edward M. Spiro and Jasmine Juteau, will continue to represent José Sergio Gabrielli de Azevedo. We have informed José Sergio Gabrielli de Azevedo that I will be withdrawing as counsel.

4. Because Mr. Gabrielli de Azevedo will continue to be represented by attorneys at the same firm, this withdrawal will not affect this action in any way. Nor will this withdrawal prejudice the Plaintiffs.

Dated: November 10, 2017
       New York, New York

_____
Howard A. Locker