UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case # 14-cv-9662(JSR)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of January, two thousand and eighteen.

Before: Peter W. Hall,
   Debra Ann Livingston,
    *Circuit Judges.*
   Nicholas G. Garaufis,
    *District Judge.*\*

---

Universities Superannuation Scheme Limited, et al.,

   Plaintiffs - Appellees,

Peter Kaltman, et al.,

   Plaintiffs,

v.

Petroleo Brasileiro S.A. Petrobras, et al.,

   Defendants - Appellants,

**ORDER**

Docket No. 16-1914

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 29, 2018

---

The parties move jointly for a limited remand and for this Court to lift the stay on district court docket number 14-cv-9662 (S.D.N.Y.) so that the district court may consider applications for preliminary and final approval of the proposed settlements.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

\* Judge Nicholas G. Garaufis, of the United States District Court for the Eastern District of New York, sitting by designation

CERTIFIED COPY ISSUED ON 01/29/2018