UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | 14-cv-9662 (JSR) <br><br> CERTIFICATE OF SERVICE |

      I, Richard V. Conza, an attorney admitted to practice before this Court, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that, on the 12th day of February, 2018, a notice of the proposed class action settlement by all settling defendants, as set forth in 28 U.S.C. § 1715(b), was served by Federal Express delivery upon the entities listed in Exhibit A attached hereto. Pursuant to 28 U.S.C. § 1715(d), final approval of a proposed settlement may not be issued earlier than 90 days from the date of such notice.

Dated: New York, New York
       February 14, 2018

                                                           Richard V. Conza