USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :    14-cv-9662 (JSR)
In re: PETROBRAS SECURITIES         :
LITIGATION                          :    ORDER
                                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

At the request of lead plaintiff's counsel, the settlement hearing in the above-captioned case, originally scheduled for June 1, 2018 at 4:00 P.M., see Dkt. 771, will instead take place on Monday, June 4, 2018 at 2:00 P.M. in Courtroom 14A at 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   New York, NY
         March 1, 2018                  _____
                                        JED S. RAKOFF, U.S.D.J.

1