# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

D: +1 212 225-2550
lliman@cgsh.com

VICTOR I LEWKOW
LESLIE N. SILVERMAN
LEE C BUCHHEIT
THOMAS J. MOLONEY
DAVID G SABEL
JONATHAN I BLACKMAN
MICHAEL L. RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S. LINCER
STEVEN G. HOROWITZ
JAMES A DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
EDWARD J. ROSEN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
JAMES L. BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL D DAYAN

CARMINE D BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K KANG
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S PEPONIS
LISA M. SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P. SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L MARCOGLIESE
PAUL M. TIGER
JONATHAN S KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J BRENNEMAN
ARI D MACKINNON

JAMES E LANGSTON
JARED GERBER
COLIN D LLOYD
COREY M GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R SPOERRI
AARON J MEYERS
DANIEL C. REYNOLDS
ABENA A MAINOO
HUGH C CONROY, JR.
RESIDENT PARTNERS

SANDRA M. ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR
AVRAM E LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F HAYDAY
RAHUL MUKHI
NEIL R. MARKEL
HUMAYUN KHALID
KENNETH S. BLAZEJEWSKI
ANDREA M BASHAM
LAURA BAGARELLA
SHIRLEY M LO
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

April 6, 2018

**BY ECF**
Hon. Jed S. Rakoff, U.S.D.J.
Southern District of New York
500 Pearl Street, Courtroom 14B
New York, New York 10007

Re: *In re Petrobras Securities Litig.*, No. 14-cv-9662 (JSR)

Dear Judge Rakoff:

At the Court's request, I write on behalf of the Petrobras Defendants to provide an update on all individual actions related to the above-captioned matter. We have notified class counsel and liaison counsel for the individual plaintiffs that we would provide this status update.

As reflected in Exhibit A, the majority of the individual actions have settled and been dismissed. The plaintiffs in the remaining actions are each defined to be members of the Settlement Class and will be entitled to participate in it unless they opt-out on or before the deadline of April 27, 2018. *See* Stipulation of Settlement and Release ¶¶ W, 1, 9, ECF No. 767-1, 14-cv-9662 (JSR). Those remaining cases are currently stayed pursuant to the orders issued by the Second Circuit staying the matters pending appeal and staying its mandate pending the disposition of the Petrobras and Underwriter Defendants' petition for a writ of certiorari to the Supreme Court. *See In re Petrobras Securities*, ECF No. 169, 16-1914-cv (2d Cir. Aug. 2, 2016) (granting Defendant-Appellants' motion to stay all district court proceedings pending the disposition of the appeal); *In re Petrobras Securities*, ECF No. 356, 16-1914-cv (2d Cir. Nov. 3, 2017) (granting motion to stay issuance of the mandate pending Defendant-Appellants' certiorari petition).

Respectfully submitted,

Lewis J. Liman

cc:     All counsel of record (by ECF)

Hon. Jed S. Rakoff, p. 2

## Exhibit A

| Action | Status | Dismissal Date |
|---|---|---|
| *Dimensional Emerging Markets Value Fund, et al. v. Petróleo Brasileiro S.A – Petrobras*, No. 15-cv-2165 (JSR) | Settled | 12/12/16 |
| *Skagen, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-2214 (JSR)[1] | Settled | 12/12/16 |
| *New York City Employees' Retirement System, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-2192 (JSR) | Settled | 3/13/17 |
| *Transamerica Income Shares, Inc., et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3733 (JSR) | Settled | 3/10/17 |
| *Aberdeen Emerging Markets Fund, et al. v. Petróleo Brasileiro S.A. - Petrobras*, No. 15-cv-3860 (JSR) | Settled | 12/12/16 |
| *Ohio Public Employees Retirement System v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3887 (JSR) | Settled | 12/7/16 |
| *Aberdeen Latin American Income Fund Limited, et al. v. Petróleo Brasileiro S.A. - Petrobras*, No. 15-cv-4043 (JSR) | Settled | 12/12/16 |
| *Al Shams Investments Ltd., et. al. v. Petróleo Brasileiro S.A. - Petrobras, et al.*, No. 15-cv-6243 (JSR) | Settled | 11/3/16 |
| *Internationale Kapitalanlagegesellschaft mbH v. Petróleo Brasileiro SA. – Petrobras, et al.*, No. 15-cv-6618 (JSR) | Settled | 3/10/17 |
| *Delaware Enhanced Global Dividend & Income Fund, et al. v. Petróleo Brasileiro SA., et al.*, No. 15-cv-6643 (JSR) | Settled | 12/12/16 |
| *Abbey Life Assurance Company Limited, et al. v. Petróleo Brasileiro SA., et al.*, No. 15-cv-6661 (JSR) | Settled | 12/12/16 |
| *Russell Investment Company, et al. v. Petróleo Brasileiro SA., et al.*, No. 15-cv-7605 (JSR) | Settled | 12/12/16 |
| *Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund, et al. v. Petróleo Brasileiro SA., et al.*, No. 15-cv-7615 (JSR) | Settled | 3/13/17 |
| *PIMCO Funds, et al. v. Petróleo Brasileiro SA. – Petrobras et al.*, No. 15-cv-8192 (JSR) | Settled | 11/3/16 |
| *State of Alaska Department of Revenue, Treasury Division et al. v. Petróleo Brasileiro S.A. - Petrobras et al.*, No. 15-cv-8995 (JSR) | Settled | 12/12/16 |
| *Discovery Global Citizens Master Fund, Ltd., et al. v. Petróleo Brasileiro SA. - Petrobras, et al.*, No. 15-cv-9126 (JSR) | Settled | 10/14/17 |

---

[1] This case has not yet been designated "closed" on the docket, although the Court may do so since the action was dismissed by stipulation of the parties, which Your Honor so ordered on December 12, 2016, ECF No. 56, 15-cv-2214. The same is true for *Aberdeen Emerging Markets Fund, et al. v. Petróleo Brasileiro S.A. - Petrobras*, No. 15-cv-3860 (JSR), which was dismissed on December 13, 2016, ECF No. 46, No. 15-cv-3860.

Hon. Jed S. Rakoff, p. 3

| Action | Status | Dismissal Date |
|---|---|---|
| *Janus Overseas Fund, et al. v. Petróleo Brasileiro SA. -Petrobras, et al.*, No. 15-cv-10086 (JSR) | Settled | 10/26/16 |
| *Dodge & Cox International Stock Fund, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-10111 (JSR) | Settled | 10/26/16 |
| *State Street Cayman Trust Company, Ltd., et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-10158 (JSR) | Settled | 12/12/16 |
| *Manning & Napier Advisors, LLC, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-10159 (JSR) | Settled | 12/12/16 |
| *Aura Capital Ltd. v. Petróleo Brasileiro SA. – Petrobras, et al.*, No. 15-cv-4951 (JSR) | Stayed | N/A |
| *WGI Emerging Markets Fund, LLC, et al. v. Petróleo Brasileiro SA., et al.*, No. 15-cv-7568 (JSR) | Stayed | N/A |
| *The Hartford Mutual Funds, Inc., et al. v. Petróleo Brasileiro SA., et al.*, No. 15-cv-9182 (JSR) | Stayed | N/A |
| *Massachusetts Mutual Life Insurance Company, et al. v. Petróleo Brasileiro SA., et al.*, No. 15-cv-9243 (JSR) | Stayed | N/A |
| *Central States Southeast and Southwest Areas Pension Fund v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3911 | Stayed | N/A |
| *Washington State Investment Board v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3923 (JSR) | Stayed | N/A |
| *NN Investment Partners B.V, et al. v. Petróleo Brasileiro SA. – Petrobras, et al.*, No. 15-cv-4226 (JSR) | Stayed | N/A |
| *Pacific Funds, et al. v. Petróleo Brasileiro S.A., et al.*, No. 16-cv-2013 (JSR) | Stayed | N/A |
| *Asim Altamimi v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 16-cv-2686 (JSR) | Stayed | N/A |
| *Prudential Insurance Company of America, et al. v. Petróleo Brasileiro S.A., et al.*, No. 16-cv-7192 (JSR) | Stayed | N/A |
| *Bizantine Investments, Inc. v. Petróleo Brasileiro S.A. - Petrobras, et al.*, No. 16-cv-9437 (JSR) | Stayed | N/A |
| *Abu Dhabi Investment Authority v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 17-cv-1821 (JSR) | Stayed | N/A |
| *College Retirement Equities Fund, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 17-cv-1820 (JSR) | Stayed | N/A |