UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | Case No. 14-cv-9662 (JSR)<br><br>**CLASS ACTION** |

**NOTICE OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**POMERANTZ LLP**
Jeremy A. Lieberman
Marc I. Gross
Emma Gilmore
John A. Kehoe
Brenda Szydlo
600 Third Avenue
New York, NY 10016
Tel: (212) 661-1100
Fax: (917) 463-1044

*Counsel for Class Representatives and the Settlement Class*

**PLEASE TAKE NOTICE** that pursuant to this Court's Order preliminarily approving the Settlement (ECF. No. 770) and upon the accompanying memorandum of law; the Declarations of Jeremy A. Lieberman, Jeremy Hill, Meryl Murtagh, and Elmira K.L. Tsang, and the exhibits attached thereto, and the record herein, Class Counsel will respectfully move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on June 4, 2018 at 2:00 p.m., or such other location and time as set by the Court, for an Order awarding Class Counsel's attorneys' fees and reimbursing litigation expenses.  A proposed Order granting the requested relief will be submitted with Class Counsel's reply papers after the deadlines for objecting to the Settlements and requesting exclusion from the Settlement Classes have passed.

Dated:  May 1, 2018                                      Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Marc I. Gross
Emma Gilmore
John A. Kehoe
Brenda Szydlo
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-6612-1100
Facsimile: 917-463-1044

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 North LaSalle
Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181

1

Facsimile: 312-229-8811

**POMERANTZ LLP**
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: 818-532-6499

*Counsel for Class Representatives Universities Superannuation Scheme Limited, North Carolina Department of State Treasurer, and the Settlement Class*

**LABATON SUCHAROW**
Thomas A. Dubbs
Louis Gottlieb
John Esmay
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Counsel for Employees' Retirement System of the State of Hawaii*