# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| In re Petrobras Securities Litigation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-cv-9662 (JSR) |
| | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
William Thomas Haynes as trustee for the benefit of W Thomas and Katherine Haynes Irrevocable Trust for the benefit of Sara L Haynes.

Date:  05/10/2018

/s/ Anna St. John
*Attorney's signature*

Anna St. John (AS8822)
*Printed name and bar number*

Competitive Enterprise Institute
Center for Class Action Fairness
1310 L Street NW, 7th Floor
Washington, DC 20005
*Address*

anna.stjohn@cei.org
*E-mail address*

(917) 327-2392
*Telephone number*

*FAX number*