## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE PETROBRAS SEC. LITIG.** | ) | **No. 14-cv-9662 (JSR)** |
| | ) | **CLASS ACTION** |
| | ) | |
| | ) | **ORDER FOR ADMISSION** |
| | ) | **PRO HAC VICE** |

The motion of John J. Pentz for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA  01776
Phone: (978) 261-5715
jjpentz3@gmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Class Members Anne Cochran in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **5/10/18**

US District Judge



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| IN RE PETROBRAS SEC. LITIG. | ) | **No. 14-cv-9662 (JSR)** |
| | ) | **CLASS ACTION** |
| | ) | |
| | ) | **Motion for Admission PHV** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the

Southern and Eastern Districts of New York, John J. Pentz hereby moves this

Court for an Order for admission to practice Pro Hac Vice to appear as counsel

for Class Member Anne Cochran in the above-captioned action.


I am in good standing of the bar of the Commonwealth of Massachusetts, and

there are no pending disciplinary proceedings against me in any state or federal

court.  I have never been convicted of a felony.  I have never been censured,

suspended, disbarred or denied admission or readmission by any court. I have

attached the affidavit pursuant to Local Rule 1.3.

Dated:  May 9, 2018.

Respectfully Submitted,

*/s/ John J Pentz*
John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA  01776
Phone: (978) 261-5715
jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on May 9, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ John J Pentz*
John J Pentz

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PETROBAS SEC. LITIG.** | ) |
| | ) **No. 14-cv-9662 (JSR)** |
| | ) **CLASS ACTION** |
| | ) |
| | ) **AFFIDAVIT FOR ADMISSION** |
| | ) **PRO HAC VICE** |

I, John J. Pentz, hereby state the following under oath based upon personal

knowledge:

1.  I am in good standing of the bar of the Commonwealth of Massachusetts, and

    there are no pending disciplinary proceedings against me in any state or

    federal court.

2.  I have never been convicted of a felony.

3.  I have never been censured, suspended, disbarred or denied admission or

    readmission by any court.

Signed Under the Pains and Penalties of Perjury this 7ᵗʰ Day of May 2018.

John J. Pentz

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston

within and for said County of Suffolk, on the        **eighteenth**

day of       **December**      A.D.    **1992**    , said Court being the highest

Court of Record in said Commonwealth:

## John J. Pentz

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this   **ninth**   day of   **May**

 in the year of our Lord **two thousand and eighteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116