UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION<br><br>This Document Relates to All Class Actions. | Case No. 14-cv-9662 (JSR) |

**FURTHER NOTICE OF ERRATA RE:**
**STATEMENT OF OBJECTIONS OF SPENCER R. BUENO (ECF No. 803-1)**

Joshua R. Furman
JOSHUA R. FURMAN LAW CORP.
14724 Ventura Boulevard, Suite 509
Sherman Oaks, California  91403
(818) 646-4300
*Pro Hac Vice Pending*

*Attorney for Objector*
SPENCER R. BUENO

May 14, 2018

To the Honorable Court, all Parties, and their Counsel of Record:

Please take notice that the above-referenced document, STATEMENT OF OBJECTIONS OF SPENCER R. BUENO (ECF No. 803-1) was inadvertently filed using the incorrect PDF file. The correct PDF file with Exhibit is filed herewith.

Dated:   May 14, 2018            JOSHUA R. FURMAN LAW CORP.

                                        By:   /s/ Joshua R. Furman
                                                Joshua R. Furman
                                                *Attorney for Objector*
                                                SPENCER R. BUENO