

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE PETROBRAS SEC. LITIG. | ) ) ) ) | No. 14-cv-9662 (JSR) CLASS ACTION |

## OBJECTION TO PROPOSED SETTLMENT AND FEE APPLICATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW class members Mathis and Catherine Bishop, *pro se,* and file this Objection to Proposed Settlement and Fee Application, and would respectfully show the Court as follows:

The Bishops purchased Common ADS shares of Petrobras (PBR) at various dates between March 30, 2010 and October 27, 2014, and sold shares at a loss at various dates between June 23, 2010 and February 28, 2015. These transactions are listed in the claim form previously submitted online on May 2, 2018, and attached hereto as **Exhibit A**. The Bishops uploaded brokerage statements along with the claim form, which are incorporated herein by reference.

The Bishops ask the Court to deny Class Counsel's fee request, and award a proper and reasonable fee. Class counsel's request for fees of $285,000,000, or up to 9.5% of the total settlement amount, is excessively high. The lion's share of the legal work was performed by contract attorneys, certainly at relatively low rates, and now Class Counsel not only seeks an impermissibly high multiplier for their own work, but seeks to double dip with the contract attorney's fees, and would increase those fees well above what was actually paid, and then apply a multiplier on top of that. The Bishops suggest the Court should award Class Counsel half of their requested fees, and the difference should be paid out to the class members.

Mathis and Catherine Bishop will not appear at the settlement hearing.  The Bishops have

objected to one other settlement in the preceding five years: *Karsten Schuh v. HCA Holdings, Inc.,*

*et al*, in the United States District Court for the Middle District of Tennessee.

Respectfully Submitted,

Mathis Bishop
204 E. Oakview Place
San Antonio, Texas 78209
(210) 363-0840
mbishop170@gmail.com

Catherine Bishop
204 E. Oakview Place
San Antonio, Texas 78209
(210) 363-0840
mbishop170@gmail.com

Date: MAY 10, 2018

Date: May 10, 2018

## CERTIFICATE OF SERVICE

This objection was sent via Fed Ex for delivery on May 11, 2018 to the following:

Clerk's Office
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Skadden, Arps
Jay B. Kasner, Esq.
Four Times Square
New York, NY 10036

Pomerantz, LLP
Jeremy A. Lieberman, Esq.
600 Third Ave., 20th Floor
New York, NY 10016

King & Spalding, LLP
Michael R. Pauze, Esq.
1700 Pennsylvania Ave. NW
Washington, DC 20006

King & Spalding, LLP
James J. Capra, Esq.
1185 Avenue of the Americas
New York, NY 10036

Cleary Gottlieb Steen & Hamilton, LLP
Lewis J. Liman, Esq.
Roger A. Cooper, Esq.
One Liberty Plaza
New York, NY 10006

# IN RE PETROBRAS SECURITIES LITIGATION
# WWW.PETROBRASSECURITIESLITIGATION.COM

## *Thank You*

A summary of your Claim will be emailed to the address you provided. If you need to change any of your information after you have submitted your claim, you may contact the Administrator toll free at 1-855-907-3218 or via email at info@petrobrassecuritieslitigation.com. Please print this page for your records.

## Claimant Identification

| | |
|---|---|
| **Claimant Name:** | CATHERINE OLSON BISHOP AND |
| **Country:** | United States of America |
| **Mailing Address:** | MATHIS BECKHAM BISHOP TIC<br>PLEDGED TO ML LENDER<br>204 E OAKVIEW PL<br>UNITED STATES |
| **City:** | SAN ANTONIO |
| **State:** | TX |
| **Zip:** | 78209 |
| **TIN/SSN:** | 1606 |
| **Contact Person:** | MATT BISHOP |
| **Account Number:** | |
| **Daytime Phone:** | (210)363-0840 |
| **Evening Phone:** | |
| **Email:** | MBISHOP170@GMAIL.COM |

## Schedule of Transactions



**EXHIBIT**

**A**

## Petrobras Common and Preferred ADS

| Petrobras ADS | Transaction Type | Trade Date | Number of ADS | Price per ADS | Total Price |
|---|---|---|---|---|---|
| Common ADS (PBR) | Beginning Holdings | | 0 | | |
| Common ADS (PBR) | Purchase | 12/20/2013 | 20 | $13.3135 | $266.2700 |
| Common ADS (PBR) | Purchase | 10/27/2014 | 11 | $11.1150 | $122.2700 |
| Common ADS (PBR) | Purchase | 10/26/2010 | 100 | $32.5000 | $3250.0000 |
| Common ADS (PBR) | Purchase | 10/14/2011 | 2 | $24.6150 | $49.2300 |
| Common ADS (PBR) | Purchase | 10/07/2011 | 55 | $20.9700 | $1153.3500 |
| Common ADS (PBR) | Purchase | 09/17/2012 | 2 | $24.0350 | $48.0700 |
| Common ADS (PBR) | Purchase | 09/05/2012 | 2 | $20.6500 | $41.3000 |
| Common ADS (PBR) | Purchase | 06/03/2011 | 1 | $34.3500 | $34.3500 |
| Common ADS (PBR) | Purchase | 05/12/2010 | 170 | $37.0000 | $6290.0000 |
| | | | | | |

| Common ADS (PBR) | Purchase | 04/22/2013 | 1 | $16.7800 | $16.7800 |
|---|---|---|---|---|---|
| Common ADS (PBR) | Purchase | 04/22/2013 | 2 | $16.7750 | $33.5500 |
| Common ADS (PBR) | Purchase | 04/22/2013 | 30 | $16.7760 | $503.2800 |
| Common ADS (PBR) | Purchase | 03/30/2010 | 49 | $43.9600 | $2154.0400 |
| Common ADS (PBR) | 90 Days Look Back Period | | 0 | | |
| Common ADS (PBR) | Sales | 11/08/2012 | 9 | $20.7222 | $186.5000 |
| Common ADS (PBR) | Sales | 11/08/2012 | 1 | $20.7200 | $20.7200 |
| Common ADS (PBR) | Sales | 11/08/2012 | 2 | $20.7200 | $41.4400 |
| Common ADS (PBR) | Sales | 11/08/2012 | 2 | $20.7250 | $41.4500 |
| Common ADS (PBR) | Sales | 11/08/2012 | 2 | $20.7250 | $41.4500 |
| Common ADS (PBR) | Sales | 11/01/2010 | 12 | $34.6466 | $415.7600 |
| Common ADS (PBR) | Sales | 09/17/2014 | 2 | $17.5900 | $35.1800 |

| Common ADS (PBR) | Sales | 09/05/2013 | 1 | $13.8300 | $13.8300 |
| Common ADS (PBR) | Sales | 08/06/2010 | 1 | $38.2600 | $38.2600 |
| Common ADS (PBR) | Sales | 07/22/2010 | 5 | $36.3840 | $181.9200 |
| Common ADS (PBR) | Sales | 07/13/2010 | 11 | $35.8136 | $393.9500 |
| Common ADS (PBR) | Sales | 06/23/2010 | 11 | $36.1963 | $398.1600 |
| Common ADS (PBR) | Sales | 02/18/2015 | 61 | $6.9695 | $425.1400 |
| Common ADS (PBR) | Ending Holdings | | 325 | | |

## Petrobras Notes

| Petrobras Note | Transaction Type | Trade Date | Face Value of Notes | Price per $1000 Face Value | Total Price |
|---|---|---|---|---|---|
| No Records | | | | | |

## Supporting Documentation

| Date Uploaded | File Name |
|---|---|
| 05-02-2018 22:01:20 | 1447454_Petrobras statements - Bishop.pdf |

## Claim Number and Control Number

| | |
|---|---|
| Claim Number: | 1447454 |
| Control Number: | 0838223602 |

| | |
|---|---|
| **Submission Date:** | 05/02/2018 |

Print Claim Details