UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>*In re Petrobras Securities Litigation*, No. 14-cv-9662 (JSR) | No. 14-cv-9662 (JSR) |

**PRICEWATERHOUSECOOPERS AUDITORES INDEPENDENTES'
REPLY IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR
<u>FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION</u>**

KING & SPALDING LLP

James J. Capra, Jr.
Paul A. Straus
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Michael R. Pauzé (admitted *pro hac vice*)
Kenneth Y. Turnbull (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737

*Attorneys for Defendant
PricewaterhouseCoopers Auditores
Independentes*

## ARGUMENT

PricewaterhouseCoopers Auditores Independentes ("PwC Brazil") respectfully submits this Reply (i) in support of Class Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation, ECF No. 790 (the "Approval Motion") and (ii) to respond to the objections regarding certification of the Settlement Class.[1]

Defendant PwC Brazil has entered into the Settlement which, together with the settlement of the Petrobras Defendants and Underwriter Defendants, is the subject of the Approval Motion. PwC Brazil joins in and incorporates by reference the arguments set forth in the Petrobras Defendants' and Underwriter Defendants' Reply in Support of Class Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation dated May 25, 2018 (the "Petrobras Reply"), insofar as they are applicable to PwC Brazil.[2]

## CONCLUSION

For the reasons set forth in the Petrobras Reply, PwC Brazil respectfully requests that the Court approve the Settlement.

---

[1] Unless otherwise noted, all capitalized terms have the same meanings assigned to them in the Amended Stipulation and Agreement of Settlement between PwC Brazil and plaintiffs dated February 1, 2018, ECF 767-10.

[2] PwC Brazil takes no position with respect to the Plan of Allocation or request for attorneys' fees, or any of the objections thereto.

2

Dated: New York, New York
May 25, 2018

                              Respectfully submitted,

                              KING & SPALDING LLP

                              By:  /s/ James J. Capra, Jr.
                                    James J. Capra, Jr.
                                    Paul A. Straus
                                    1185 Avenue of the Americas
                                    New York, NY 10036-4003
                                    Telephone:  (212) 556-2100
                                    Facsimile:  (212) 556-2222

                                    Michael R. Pauzé (admitted *pro hac vice*)
                                    Kenneth Y. Turnbull (admitted *pro hac vice*)
                                    1700 Pennsylvania Avenue, NW
                                    Washington, DC 20006-4707
                                    Telephone:  (202) 737-0500
                                    Facsimile:  (202) 626-3737

                                    *Attorneys for Defendant*
                                    *PricewaterhouseCoopers Auditores*
                                    *Independentes*