Anna St. John
COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Phone: (917) 327-2392
Email:  anna.stjohn@cei.org

*Attorney for Objector William Thomas Haynes,*
*as trustee for the benefit of W Thomas and Katherine Haynes*
*Irrevocable Trust for the benefit of Sara L. Haynes*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PETROBRAS SECURITIES LITIGATION** | Case No. 14-CV-9662 (JSR) <br><br> **CLASS ACTION** |

**DECLARATION OF ANNA ST. JOHN**

Declaration of Anna St. John
Case No: 14-CV-9662 (JSR)

I, Anna St. John, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. My business address is Competitive Enterprise Institute, 1310 L Street NW, 7th Floor, Washington, DC 20005. My telephone number is (917) 327-2392. My email address is anna.stjohn@cei.org.

3. I represent William Thomas Haynes in his capacity as the trustee of the W Thomas and Katherine Haynes Irrevocable Trust for the benefit of Sara L. Haynes, a class member in this matter.

4. A true and correct copy of *Enron: Extortion, Interrupted*, by Theodore Frank, dated January 23, 2008, and available at https://www.nysun.com/opinion/enron-extortion-interrupted/70037 as of June 1, 2018, is attached hereto as Exhibit 1.

5. A true and correct copy of Memorandum of Points and Authorities in Support of Motion for Reconsideration Pursuant to Federal Rules of Civil Procedure 59 and 52, filed as Docket No. 119-1 in *Dennis v. Kellogg Co.*, No. 3:09-cv-01786-IEG-WMC (S.D. Cal.), is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2018, in New Orleans, LA.

                                                  _/s/ Anna St. John_
                                                  Anna St. John