**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re: PETROBRAS SECURITIES LITIGATION

-----------------------------------------------------------X

14 **CIVIL** 9662 (JSR)
**JUDGMENT**.

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2018, the Court grants the motion of Class Plaintiffs for certification of the Settlement class and for final approval of the Settlement Agreement and Plan of Allocation; the Court also grants in part Class Counsel's motion for fees and costs, awarding in fees $300,000 to USS, $50,000 to North Carolina, $50,000 to Hawaii, $170,880,000 to Pomerantz, $13,350,000 to Labaton, and $2,314,000 to Motley Rice, and $14,515,234.24 plus the costs expended by Pomerantz on 27 foreign contract attorneys to Class Counsel in costs; the Court also grants in part the motion of BLBG, awarding BLBG fees in an amount to be determined by Class Counsel to be paid from Class Counsel's fee award and $872,673.04 in costs to be paid from the Settlement Fund; grants in full Wolf Popper's motion, awarding Wolf Popper $107,629 in fees to be paid from Class Counsel's fee award and $1,219.66 in costs to be paid from the Settlement Fund; grants in full Almeida's motion, awarding Almeida $200,000 in fees to be paid from Class Counsel's fee award; and grants in full KSF's motion, awarding KSF $589,915.50 in fees to be paid from Class Counsel's fee award and $2,650.59 in costs to be paid from the Settlement Fund; as regards the fee awards, as noted above, counsel are to be paid 50% of the amounts due upon entry of final judgment and the remaining amounts after the settlement funds have been fully distributed to the class; accordingly, the case is closed; the Court will, however, retain jurisdiction over any further disputes arising in connection with the implementation of the settlement or the payment of fees and costs.

Dated: New York, New York
       June 27, 2018

RUBY J. KRAJICK
BY: _____
           Clerk of Court
    _____
           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 6/28/2018