Anna St. John
COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Phone: (917) 327-2392
Email:  anna.stjohn@cei.org

*Attorney for Objector William Thomas Haynes,
as trustee for the benefit of W Thomas and Katherine Haynes
Irrevocable Trust for the benefit of Sara L. Haynes*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PETROBRAS SECURITIES LITIGATION** | Case No. 14-CV-9662 (JSR) <br><br> **CLASS ACTION** |

**NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES**

To: All Counsel

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Anna St. John dated July 11, 2018, and the public filings on the docket and such other materials as the Court may consider, William Thomas Haynes, as trustee for the benefit of W Thomas Haynes and Katherine Haynes Irrevocable Trust for the benefit of Sara L. Haynes ("Haynes"), respectfully moves pursuant to Rule 54 of the Federal Rules of Civil Procedure for entry of an order awarding Haynes attorneys' fees in the amount of $199,400.

Dated: July 11, 2018

                                              Respectfully submitted,

/s/ *Anna St. John*
Anna St. John
COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Phone: (917) 327-2392
Email: anna.stjohn@cei.org

*Attorney for Objector William Thomas Haynes,
as trustee for the benefit of W Thomas and Katherine
Haynes Irrevocable Trust for the benefit of Sara L. Haynes*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice of Motion for an Award of Attorneys' Fees via the CM/ECF system for the Southern District of New York, thus sending the Notice of Motion for an Award of Attorneys' Fees to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: July 11, 2018

                                      /s/ *Anna St. John*
                                      Anna St. John