UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 6 2018

In re: Petrobras Securities Litigation

In re: Petrobras Securities Litigation
(List the full name(s) of the plaintiff(s)/petitioner(s).)

14 CV 9662 (JSR)( )

-against-

NOTICE OF APPEAL

_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Mathis and Catherine Bishop

**Mathis and Catherine Bishop**
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☑ judgment   ☐ order   entered on: **June 27, 2018**
(date that judgment or order was entered on docket)

that: approved the settlement agreement and awarded attorney's fees.

approved the settlement agreement and awarded attorney's fees.
(If the appeal is from an order, provide a brief description above of the decision in the order.)

July 13, 2018                     /s/ Mathis Bishop  /s/ Catherine Bishop
Dated                              Signature

**Mathis B. Bishop & Catherine O. Bishop**
Name (Last, First, MI)

204 E. Oakview Place    San Antonio    Texas         78209
Address                 City           State         Zip Code

(210) 363-0840                         mbishop170@gmail.com
Telephone Number                       E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

```
Court Name: District Court
Division: 1
Receipt Number: 465401213850
Cashier ID: Jkramer
Transaction Date: 07/16/2018
Payer Name: MATHIS B BISHOP

NOTICE OF APPEAL/DOCKETING FEE
 For: MATHIS AND CATHERINE BISHOP
 Amount:         $505.00

CHECK
 Check/Money Order Num: 303
 Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

14CV009662(JSR)
```

Matt & Catherine Bishop
204 E. Oakview Place
San Antonio, Texas 78209
(210) 363-0840
mbishop170@gmail.com

<u>Via Fed Ex</u>
Ruby J. Krajik
Clerk of Court
United States District Court
500 Pearl Street
New York, NY 10007

July 13, 2018

    Re:    *In re: Petrobras Securities Litigation*, 14-CV-9662 (JSR)

Dear Ms. Krajik, Clerk of Court:

    Enclosed please find a notice of appeal for filing along with a cashier's check in the amount of $505 payable to "Clerk of Court, S.D.N.Y." to cover the filing fee.

Respectfully,

*/s/ Matt Bishop*
Matt Bishop

cc:    <u>Via regular US Mail</u>
    Skadden Arps
    Jay B. Kasner
    Four Times Square
    New York, NY 10036

    <u>Via regular US Mail</u>
    Pomerantz, LLP
    Jeremy A. Lieberman
    600 Third Avenue, 20th Floor
    New York, NY 10016

    <u>Via regular US Mail</u>
    King & Spalding, LLP
    James J. Capra
    1185 Avenue of the Americas
    New York, NY 10036

<u>Via regular US Mail</u>
Cleary, Gottlieb, Steen & Hamilton, LLP
Lewis J. Liman
Roger A. Cooper
One Liberty Plaza
New York, NY 10006

<u>Via regular US Mail</u>
King & Spalding, LLP
Michael R. Pauze
1700 Pennsylvania Ave., NW
Washington, DC 20006

FedEx TRK# 0215 8127 7112 2370

MON – 16 JUL AA
STANDARD OVERNIGHT

10007
NY-US
EWR

XA PCTA

FID 349744 13JUL18 SVZA 546C2/8532/0C8A

00085
00100

FedEx Express Package US Airbill

FedEx Tracking Number 8127 7112 2370

Form ID No. 0215

Recipient's Copy

**1 From**

Date [redacted]

Sender's Name Matt Bishop  Phone 210 227-7591

Company MARTIN & DROUGHT PC

Address 300 CONVENT ST FL 25  Dept./Floor/Suite/Room

City SAN ANTONIO  State TX  ZIP 78205-3716

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name Ruby J. Krajick  Phone

Company United States District Court

Address 500 Pearl St.  Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City New York  State NY  ZIP 10007

☐ Hold Weekday — FedEx location address REQUIRED. NOT available for FedEx First Overnight.

☐ Hold Saturday — FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

0129523866

8127 7112 2370

**4 Express Package Service** *To most locations.

Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**

☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☒ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.

☒ FedEx Envelope* ☐ FedEx Pak* ☐ FedEx Box ☐ FedEx Tube ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required — Package may be left without obtaining a signature for delivery.

☐ Direct Signature — Someone at recipient's address may sign for delivery.

☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods? One box must be checked.

☒ No ☐ Yes As per attached Shipper's Declaration. ☐ Yes Shipper's Declaration not required. ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg ☐ Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

**7 Payment** Bill to:

Enter FedEx Acct. No. or Credit Card No. below. Obtain recip. Acct. No. ☐

☒ Sender Acct. No. in Section 1 will be billed. ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

[redacted]

Total Packages 1  Total Weight ___ lbs.  Credit Card Auth.

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

611

Rev. Date 5/15 • Part #163134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

fedex.com 1.800.GoFedEx 1.800.463.3339

Insert shipping document here.