UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| | |
|---|---|
| In re: PETROBRAS SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>ALL CASES | 14-cv-9662 (JSR) |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, on April 20, 2018, Class Plaintiffs[1] filed a Motion for Final Approval of Settlement and Plan of Allocation ("Final Approval Motion");

**WHEREAS**, on April 20, 2018, Class Counsel filed a Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Attorneys' Fees Motion");

**WHEREAS**, on May 18, 2018, Mathis and Catherine Bishop filed an Objection to Proposed Settlement and Fee Application, limited to an objection to the requested award of attorneys' fees;

**WHEREAS**, on June 25, 2018, this Court entered an Opinion and Order granting the Final Approval Motion, and granting in part the Attorneys' Fees Motion and instructing the Clerk to enter Final Judgment and to close the case, which the Clerk did on June 27, 2018;

**WHEREAS**, on July 2, 2018, this Court entered a Final Judgment incorporating by reference all aspects of the June 25, 2018 Order;

**WHEREAS**, on July 16, 2018, Mathis and Catherine Bishop filed a Notice of Appeal from the June 27, 2018 Final Judgment limited to the award of attorneys' fees;

---

[1] Unless otherwise noted, all capitalized terms have the meanings assigned to them in the Stipulation of Settlement and Release, ECF No. 767-1.

**WHEREAS**, under the Stipulation of Settlement and Release and the Amended Stipulation and Agreement of Settlement between PwC Brazil and plaintiffs dated February 1, 2018, ECF 767-10, an appeal "pertaining solely to . . . any order issued with respect to any application for attorneys' fees and expenses . . . shall not in any way delay or preclude the Judgment from becoming Final" for purposes of, inter alia, distribution to Settlement Class Members;

**WHEREAS**, Mathis and Catherine Bishop are taking an appeal limited to the application for attorneys' fees and expenses, and they and the parties desire to avoid any ambiguity and unnecessary delay and to permit this Court and the Claims Administrator to distribute the Settlement Fund to the Settlement Class Members;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties and Mathis and Catherine Bishop, either pro se or through their undersigned counsel, subject to approval by the Court, as follows:

1. Mathis and Catherine Bishop affirm that their appeal pertains solely to the issue of attorneys' fees and expenses.

2. The pendency of this appeal does not preclude the Settlement from becoming Final.

3. This Stipulation may be signed in counterparts.

Date: July 20, 2018
New York, NY

Stipulated and agreed to by:

POMERANTZ LLP

By: _____
Jeremy A. Lieberman
600 Third Avenue
New York, New York 10016
Tel: 212-661-1100
Fax: 212-661-8665
jalieberman@pomlaw.com

*Attorneys for Class Representatives and the Settlement Class*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lewis J. Liman
One Liberty Plaza
New York, New York 10006
Tel: 212-225-2000
Fax: 212-225-3999
lliman@cgsh.com

*Attorneys for the Petrobras Defendants*

KING & SPALDING LLP

By: _____
James J. Capra, Jr.
1185 Avenue of the Americas
New York, New York 10036
Tel: 212-556-2100
Fax: 212-556-2222
jcapra@kslaw.com

*Attorneys for Defendant PricewaterhouseCoopers Auditores Independentes*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jay B. Kasner
Four Times Square
New York, New York 10036
Tel: 212-735-3000
Fax: 212-735-2000
jay.kasner@skadden.com

*Attorneys for the Underwriter Defendants*

By: _____
Mathis Bishop
Catherine Bishop
204 E. Oakview Place
San Antonio, Texas 78209
(210) 363-0840
mbishop170@gmail.com

*In Pro Se*

Date: July 20, 2018
New York, NY

Stipulated and agreed to by:

| POMERANTZ LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |

By: _____
Jeremy A. Lieberman
600 Third Avenue
New York, New York 10016
Tel: 212-661-1100
Fax: 212-661-8665
jalieberman@pomlaw.com

*Attorneys for Class Representatives and the Settlement Class*

By: _____
Lewis J. Liman
One Liberty Plaza
New York, New York 10006
Tel: 212-225-2000
Fax: 212-225-3999
lliman@cgsh.com

*Attorneys for the Petrobras Defendants*

KING & SPALDING LLP

By: _____
James J. Capra, Jr.
1185 Avenue of the Americas
New York, New York 10036
Tel: 212-556-2100
Fax: 212-556-2222
jcapra@kslaw.com

*Attorneys for Defendant PricewaterhouseCoopers Auditores Independentes*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jay B. Kasner
Four Times Square
New York, New York 10036
Tel: 212-735-3000
Fax: 212-735-2000
jay.kasner@skadden.com

*Attorneys for the Underwriter Defendants*

By: /s/ Mathis Bishop
Mathis Bishop
Catherine Bishop
204 E. Oakview Place
San Antonio, Texas 78209
(210) 363-0840
mbishop170@gmail.com

*In Pro Se*

-3-

Date: July 20, 2018
New York, NY

Stipulated and agreed to by:

POMERANTZ LLP

By: _____/s/ Jeremy A. Lieberman_____
Jeremy A. Lieberman
600 Third Avenue
New York, New York 10016
Tel: 212-661-1100
Fax: 212-661-8665
jalieberman@pomlaw.com

*Attorneys for Class Representatives and the Settlement Class*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lewis J. Liman
One Liberty Plaza
New York, New York 10006
Tel: 212-225-2000
Fax: 212-225-3999
lliman@cgsh.com

*Attorneys for the Petrobras Defendants*

KING & SPALDING LLP

By: _____
James J. Capra, Jr.
1185 Avenue of the Americas
New York, New York 10036
Tel: 212-556-2100
Fax: 212-556-2222
jcapra@kslaw.com

*Attorneys for Defendant PricewaterhouseCoopers Auditores Independentes*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jay B. Kasner
Four Times Square
New York, New York 10036
Tel: 212-735-3000
Fax: 212-735-2000
jay.kasner@skadden.com

*Attorneys for the Underwriter Defendants*

By: _____
Mathis Bishop
Catherine Bishop
204 E. Oakview Place
San Antonio, Texas 78209
(210) 363-0840
mbishop170@gmail.com

*In Pro Se*

-3-

Date: July 20, 2018
New York, NY

Stipulated and agreed to by:

POMERANTZ LLP

By: _____
    Jeremy A. Lieberman
    600 Third Avenue
    New York, New York 10016
    Tel: 212-661-1100
    Fax: 212-661-8665
    jalieberman@pomlaw.com

*Attorneys for Class Representatives and the Settlement Class*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Lewis J. Liman
    One Liberty Plaza
    New York, New York 10006
    Tel: 212-225-2000
    Fax: 212-225-3999
    lliman@cgsh.com

*Attorneys for the Petrobras Defendants*

KING & SPALDING LLP

By: /s/ James J. Capra, Jr.
    James J. Capra, Jr.
    1185 Avenue of the Americas
    New York, New York 10036
    Tel: 212-556-2100
    Fax: 212-556-2222
    jcapra@kslaw.com

*Attorneys for Defendant PricewaterhouseCoopers Auditores Independentes*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
    Jay B. Kasner
    Four Times Square
    New York, New York 10036
    Tel: 212-735-3000
    Fax: 212-735-2000
    jay.kasner@skadden.com

*Attorneys for the Underwriter Defendants*

By: _____
    Mathis Bishop
    Catherine Bishop
    204 E. Oakview Place
    San Antonio, Texas 78209
    (210) 363-0840
    mbishop170@gmail.com

*In Pro Se*

| GOODWIN PROCTER | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC |
|---|---|
| By: _____<br>Richard M. Strassberg<br>Daniel P. Roeser<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel: 212-813-8800<br>Fax: 212-355-3333<br>rstrassberg@goodwinlaw.com<br>droeser@goodwinlaw.com<br><br>*Attorneys for Defendant Maria das Gracas Silva Foster* | By: _____<br>Edward M. Spiro<br>565 Fifth Avenue<br>New York, New York 10017<br>Tel: 212-856-9600<br>Fax: 212-856-9494<br>espiro@maglaw.com<br><br>*Attorneys for Defendant José Sérgio Gabrielli* |

SO ORDERED.  Dated: _____

_____
Honorable Jed S. Rakoff
United States District Judge

| GOODWIN PROCTER | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC |
|---|---|
| By: _____<br>Daniel P. Roeser<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel: 212-813-8800<br>Fax: 212-355-3333<br>droeser@goodwinlaw.com | By: _____<br>Edward M. Spiro<br>565 Fifth Avenue<br>New York, New York 10017<br>Tel: 212-856-9600<br>Fax: 212-856-9494<br>espiro@maglaw.com |
| *Attorneys for Defendant Maria das Gracas Silva Foster* | *Attorneys for Defendant José Sérgio Gabrielli* |

SO ORDERED.

_____
Honorable Jed S. Rakoff
United States District Judge

Dated: 7/26/18