## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| §<br>§<br>§<br>§<br>IN RE PETROBRAS    §<br>SECURITIES LITIGATION   §<br>§<br>§<br>§ | Case No. 14-cv-9662 (JSR)<br><br>**CLASS ACTION** |

### AMENDED NOTICE OF APPEAL

COME NOW Objectors/Appellants Mathis and Catherine Bishop, *pro se*, and would respectfully show the Court as follows:

On June 25, 2018, the District Court entered an Opinion and Order granting Class Counsel's Motion for Final Approval of Settlement and Plan of Allocation, and granting in part Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and instructing the Clerk to enter Final Judgment and to close the case;

On June 27, 2018, the Court entered a Final Judgment of the June 25, 2018 Order;

On July 2, 2018, the Court entered an amended Final Judgment;

On July 16, 2018, Mathis and Catherine Bishop filed a Notice of Appeal from the June 27, 2018 Final Judgment limited to the award of attorneys' fees and expenses.

The Bishops hereby amend the notice of appeal filed on July 16, 2018 as follows: The Bishops appeal from the July 2, 2018 Order and Final Judgment (Docket Number 838). The Bishops' appeal is limited to the award of attorneys' fees and expenses.

Respectfully Submitted,

Mathis B. Bishop, *pro se*
Catherine Bishop, *pro se*
204 E. Oakview Place
San Antonio, Texas 78209
(210) 363-0840
mbishop170@gmail.com

## CERTIFICATE OF SERVICE

A copy of the Amended notice of appeal was served on the below counsel of record as indicated below.

Mathis B. Bishop

Via regular US Mail
Skadden Arps
Jay B. Kasner
Four Times Square
New York, NY 10036

Via regular US Mail
Pomerantz, LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016

Via regular US Mail
King & Spalding, LLP
James J. Capra
1185 Avenue of the Americas
New York, NY 10036

Via regular US Mail
Cleary, Gottlieb, Steen & Hamilton, LLP
Lewis J. Liman
Roger A. Cooper
One Liberty Plaza
New York, NY 10006

Via regular US Mail
Michael R. Pauze
King & Spalding, LLP
1700 Pennsylvania Ave., NW
Washington, DC 20006

---

Matt & Catherine Bishop
204 E. Oakview Place
San Antonio, Texas 78209
(210) 363-0840
mbishop170@gmail.com

Via US Mail
Ruby J. Krajik
Clerk of Court
United States District Court
500 Pearl Street
New York, NY 10007

July 25, 2018

      Re:     *In re: Petrobras Securities Litigation*, 14-CV-9662 (JSR)

Dear Ms. Krajik, Clerk of Court:

      Enclosed please find an amended notice of appeal for filing.  We paid the filing fee with the original notice, so I don't believe any additional fee is due.  But please let me know if I am mistaken.

Respectfully,

Matt Bishop

