UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PETROBRAS SEC. LITIG.              )     14-cv-9662 (JSR)
                                         )
                                         )

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Richard Gielata, Emelina Gielata and Joseph Gielata hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated June 22, 2018 [Docket #834] approving the class action settlement in this case, the Judgment entered in this action on June 28, 2018 [Docket #835], the Order and Final Judgment filed on July 2, 2018 [Docket #838], and any order or judgment that merges therein.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Joseph Gielata guarantees, *qua* surety and assignee, any costs on appeal (agreement attached hereto) and stipulates that he submits to the jurisdiction of the district court and irrevocably appoints the district clerk as the agent on whom any papers affecting the surety's liability may be served.

Respectfully submitted this 23rd day of July 2018

Joseph Gielata
7811 Eads Avenue #207
La Jolla, CA 92037
(302) 507-4400
gielata@gmail.com

Richard Gielata
100 Westbury Drive
Coraopolis, PA 15108

Emelina Gielata
100 Westbury Drive
Coraopolis, PA 15108

```
Court Name: District Court
Division: 1
Receipt Number: 465401214762
Cashier ID: Jgoldber
Transaction Date: 07/31/2018
Payer Name: JOSEPH N GIELATA
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JOSEPH N GIELATA
 Amount:        $505.00
--------------------------------
CHECK
 Check/Money Order Num: 0433
 Amt Tendered:  $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

14CV9662
```

Court Name: District Court
Division: 1
Receipt Number: 465401214762
Cashier ID: Jgoldber
Transaction Date: 07/31/2018
Payer Name: JOSEPH N GIELATA

NOTICE OF APPEAL/DOCKETING FEE
For: JOSEPH N GIELATA
Amount:          $505.00

CHECK
 Check/Money Order Num: 0433
 Amt Tendered:   $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:        $0.00

14CV9662

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE PETROBRAS SEC. LITIG.    )    14-cv-9662 (JSR)
                               )
_____  )

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Richard Gielata, Emelina Gielata and Joseph Gielata hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated June 22, 2018 [Docket #834] approving the class action settlement in this case, the Judgment entered in this action on June 28, 2018 [Docket #835], the Order and Final Judgment filed on July 2, 2018 [Docket #838], and any order or judgment that merges therein.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Joseph Gielata guarantees, *qua* surety and assignee, any costs on appeal (agreement attached hereto) and stipulates that he submits to the jurisdiction of the district court and irrevocably appoints the district clerk as the agent on whom any papers affecting the surety's liability may be served.

Respectfully submitted this _23rd_ day of July 2018

Joseph Gielata
7811 Eads Avenue #207
La Jolla, CA 92037
(302) 507-4400
gielata@gmail.com

Richard Gielata
100 Westbury Drive
Coraopolis, PA 15108

Emelina Gielata
100 Westbury Drive
Coraopolis, PA 15108

## Surety Agreement for Appeal Costs and Partial Assignment of Claim

Whereas Richard and Emelina Gielata (the "Shareholders") purchased 500 American Depositary Shares of Petrobras (NYSE: PBR) in 2011 for $18,382 and sold them in 2016 for $5,000, losing $13,382; whereas the Shareholders are members of the class in the Petrobras class action settlement, SDNY 14-CV-9962 (the "Class Action"); whereas it is not economically feasible for the Shareholders to hire a lawyer to protect their rights in connection with the Class Action; and whereas their son Joseph Gielata possesses the resources and legal knowledge to prosecute an appeal in the Class Action given the legal issues at stake in the Class Action (including the intraclass conflict between ADS class members and others);

Whereas assigning a part of their claim would confer Article III standing on Joseph Gielata to prosecute any objection or appeal in the Class Action, with the aim of increasing the recovery of the Shareholders and other ADS class members (by reducing the recovery for non-domestic debt trades in the Class Action);

Now therefore, in consideration of the mutual promises herein, the Shareholders hereby transfer and assign to Joseph Gielata their claim, chose(s) in action and any and all associated rights (including specifically their right to object to and appeal any proposed settlement) as to ONE (1) SHARE in the Class Action settlement. The Shareholders reserve all other rights as class members (and expressly retain the authority to act on behalf of Joseph Gielata in connection with their claim). Joseph Gielata may reassign the assigned claim to the Shareholders at any time.

Joseph Gielata agrees to act as surety pursuant to FRAP 8(b) to guarantee the payment of costs arising out of the Class Action, including any costs on appeal.

AGREED and EXECUTED on July 23, 2018 by:

_____  _____    _____
Richard Gielata, assignor  Emelina Gielata, assignor   Joseph Gielata, assignee
                                                       and guarantor

## Certificate of Service

Pursuant to SDNY ECF Rules 3.2, 9.2 and 17.1, and Standing Order M10-468, I certify that I have mailed the foregoing Notice of Appeal via certified first-class mail to the SDNY Pro Se Intake Unit to be scanned and docketed through the Court's ECF system, which will effectuate service of this Notice of Appeal upon all attorneys who are electronically registered in this matter.

Dated: July **23**, 2018       By: *(signature)*

Richard Gielata

RECEIVED
SDNY DOCKET UNIT
2018 JUL 30  PM 4:00

Richard Gielata
100 Westbury Drive
Coraopolis PA 15108

United States District Court
of the Southern District of New York
**Pro Se Intake Unit**
Daniel Patrick Moynihan
United States Courthouse
**500 Pearl Street, Room 200**
New York, New York 10007

USMP3 SDNY

RECEIVED
SDNY DOCKET UNIT
2018 JUL 30 PM 4:00


U.S. POSTAGE PAID
CORAOPOLIS, PA
15108
JUL 24, 18
AMOUNT
$4.66
R2306Y151978-22

10007




USMP3
SDNY


7018 0680 0001 2773 6613

Richard Gielata
100 Westbury Drive
Coraopolis PA 15108

United States District Court
of the Southern District of New York
**Pro Se Intake Unit**
Daniel Patrick Moynihan
United States Courthouse
**500 Pearl Street, Room 200**
New York, New York 10007