UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION<br><br>This Document Relates to All Class Actions. | Case No. 14-cv-9662 (JSR) |

**NOTICE OF APPEAL**

Joshua R. Furman
JOSHUA R. FURMAN LAW CORP.
14724 Ventura Boulevard, Suite 509
Sherman Oaks, California  91403
(818) 646-4300
*Pro Hac Vice Pending*

*Attorney for Objector*
SPENCER R. BUENO

July 31, 2018

Notice is given that Objector Spencer R. Bueno, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order and Final judgment entered in this action on the 2nd day of July 2018 [Doc. No. 838], and from all rulings and abstentions from ruling of the District Court that are merged into said order and judgment.

Dated:   July 31, 2018                                   JOSHUA R. FURMAN LAW CORP.

                                                         By:   /s/ Joshua R. Furman
                                                                Joshua R. Furman
                                                                *Attorney for Objector*
                                                                SPENCER R. BUENO