# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | Case No. 14-cv-9662 (JSR)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE THAT Class Counsel, Pomerantz LLP, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order (Docket #834) entered in the action on June 25, 2018, and its Judgment (Docket #835) entered in this action on June 27, 2018, and Order and Final Judgment (Docket #838) amending the Judgment entered in this action on July 2, 2018, granting in part, and denying in part, Class Counsel's motion for an award of attorneys' fees.

Dated: August 1, 2018                    Respectfully submitted,

                                                     **POMERANTZ LLP**

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Marc I. Gross
Emma Gilmore
John A. Kehoe
Brenda Szydlo
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-6612-1100
Facsimile: 917-463-1044

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 North LaSalle
Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-229-8811

**POMERANTZ LLP**
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: 310-285-5330

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants; and I caused a true and correct copy of the foregoing to be served upon the following objectors by first class mail:

Richard Gielata
Emelina Gielata
100 Westbury Drive
Coraopolis, PA 15108

And upon the following objectors by first class mail and e-mail:

Joseph Gielata
7811 Eads Avenue #207
La Jolla, CA 92037
gielata@gmail.com

Mathis B. Bishop
Catherine O. Bishop
204 East Oakview Place
San Antonio, Texas 78209
mbishop170@gmail.com

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman