UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
In re: PETROBRAS SECURITIES         : 14-cv-9662 (JSR)
LITIGATION                          :
                                    : ORDER
                                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

Objectors Richard Gieleta, Emelina Gieleta, Joseph Gielata and Spencer R. Bueno have filed appeals of this Court's Final Judgment. See Dkt. 849, 850. Pursuant to this Court's previously-ordered retention of jurisdiction over further disputes arising in connection with these objectors, class plaintiffs seek to move for sanctions against the objectors and also to move for the Court to require posting of appeal bonds. Plaintiffs' moving papers must be submitted by no later than August 10, answering papers by no later than August 24, and reply papers by no later than August 30.

SO ORDERED.

Dated: New York, NY
       August 1, 2018

                                        _____
                                        JED S. RAKOFF, U.S.D.J.