**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE PETROBRAS SECURITIES LITIGATION** | ) ) ) ) ) ) No. 14-cv-9662 (JSR)<br><br>**ECF Case** |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN ORDER REQUIRING AN APPEAL BOND**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Jeremy A. Lieberman, Lead Counsel will respectfully move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, on a date and time as set by the Court, for an Order requiring an appeal bond. A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers.

Dated:  August 10, 2018               Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Marc I. Gross
Emma Gilmore
John A. Kehoe
Brenda Szydlo
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-6612-1100
Facsimile: 917-463-1044

Patrick V. Dahlstrom
**POMERANTZ LLP**
10 North LaSalle
Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-229-8811

Jennifer Pafiti
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: 818-532-6499

*Lead Counsel for Lead Plaintiff Universities Superannuation Scheme Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2018, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants; and I caused a true and correct copy of the foregoing to be served upon the following objectors by first class mail:

Richard Gielata
Emelina Gielata
100 Westbury Drive
Coraopolis, PA 15108

And upon the following objectors by first class mail and e-mail:

Joseph Gielata
7811 Eads Avenue #207
La Jolla, CA 92037
gielata@gmail.com

Mathis B. Bishop
Catherine O. Bishop
204 East Oakview Place
San Antonio, Texas 78209
mbishop170@gmail.com

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman