UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :
In re: PETROBRAS SECURITIES          :
LITIGATION                           :     ORDER
                                     :
                                     :     14-cv-9662 (JSR)
------------------------------------x

JED S. RAKOFF, U.S.D.J.

Class Plaintiffs have moved for sanctions (as well as for an appeal bond) against objectors Joshua R. Furman, Joseph Gielata, and Richard Gielata. See Dkt. 856, 859, 862. By joint telephone conference this morning, counsel for a different objector, William Thomas Haynes ("Haynes"), who is not the subject of any motion for sanctions (or for an appeal bond), nevertheless applied to the Court for permission to submit papers in opposition to the foregoing sanctions motions because of their alleged "chilling effect" on objectors generally. The Court tentatively denied the application on the ground that Haynes had no personal stake or other legally cognizable interest in plaintiffs' sanctions motions against other objectors; but the Court reserved final decision until it could examine a case cited on the phone call by Haynes' counsel, as well as numerous cases cited by plaintiffs' counsel in response. Having now examined the cases, the Court finds totally inapposite the case cited by Haynes' counsel, Stetson v. Grissom, 821 F.3d 1157 (9th Cir. 2016), and, instead, finds that

there is ample and persuasive authority supporting the Court's tentative conclusion that Haynes has no legally cognizable interest in the pending motions, see, e.g., In re Bayer Corp. Combination Aspirin Prods. Mktg. & Sales Practice Litig., No. 09-md-20123, 2013 U.S. Dist. LEXIS 125555, at *9 n.1 (E.D.N.Y. Sept. 3, 2013). Accordingly, the Court confirms its tentative conclusion and denies the application.

SO ORDERED.

Dated: New York, NY
August 7, 2018

JED S. RAKOFF, U.S.D.J.