Anna St. John
COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Phone: (917) 327-2392
Email:  anna.stjohn@cei.org

*Attorney for Objector William Thomas Haynes,
as trustee for the benefit of W Thomas and Katherine Haynes
Irrevocable Trust for the benefit of Sara L. Haynes*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PETROBRAS SECURITIES LITIGATION** | Case No. 14-CV-9662 (JSR)<br><br>**CLASS ACTION** |

**NOTICE OF MOTION FOR RECONSIDERATION OF ORDER
AWARDING ATTORNEYS' FEES AND TO DEFER FURTHER RULING
ON THE MOTION UNTIL APPEAL CONCLUDES**

To: All Counsel

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated August 21, 2018, and the public filings on the docket and such other materials as the Court may consider, William Thomas Haynes, as trustee for the benefit of W Thomas Haynes and Katherine Haynes Irrevocable Trust for the benefit of Sara L. Haynes ("Haynes), respectfully moves pursuant to Local Civil Rule 6.3 and Rule 59(e) of the Federal Rules of Civil Procedure for reconsideration of the order awarding Haynes attorneys' fees (Dkt. 866) and to defer further ruling on Haynes's motion requesting attorneys' fees (Dkt. 839) until after lead plaintiff's appeal in *In re Petrobras Securities Litigation*, No. 18-2324 (2d Cir.) concludes.

Dated: August 21, 2018

        Respectfully submitted,

        /s/ *Anna St. John*
        Anna St. John
        COMPETITIVE ENTERPRISE INSTITUTE
          CENTER FOR CLASS ACTION FAIRNESS
        1310 L Street NW, 7th Floor
        Washington, DC 20005
        Phone: (917) 327-2392
        Email: anna.stjohn@cei.org

        *Attorney for Objector William Thomas Haynes,*
        *as trustee for the benefit of W Thomas and Katherine*
        *Haynes Irrevocable Trust for the benefit of Sara L. Haynes*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice of Motion for Reconsideration of Order Awarding Attorneys' Fees and to Defer Further Ruling on the Motion Until Appeal Concludes via the CM/ECF system for the Southern District of New York, thus sending the Notice of Motion to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: August 21, 2018

                                        /s/ *Anna St. John*
                                        Anna St. John