```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
In re: PETROBRAS SECURITIES         :    14-cv-9662 (JSR)
LITIGATION                          :
                                    :    ORDER
                                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

The motion for Michael W. Stocker for leave to withdraw as counsel for Public Employee Retirement System of Idaho and Employees Retirement System of the State of Hawaii is hereby granted.

SO ORDERED.

Dated:   New York, NY
         August 22, 2018                   _____
                                           JED S. RAKOFF, U.S.D.J.

1