UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION<br><br>This Document Relates to All Class Actions. | Case No. 14-cv-9662 (JSR) |

**DECLARATION OF SPENCER R. BUENO IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR AN APPEAL BOND**

Joshua R. Furman
JOSHUA R. FURMAN LAW CORP.
14724 Ventura Boulevard, Suite 509
Sherman Oaks, California  91403
(818) 646-4300
*Pro Hac Vice*

*Attorney for Objector*
SPENCER R. BUENO

August 24, 2018

1. I am a Settlement Class Member in the case called *In re Petrobras Securities Litigation*. I have previously submitted my claim to the settlement administrator in this case and documented my Petrobras holdings to the Court.

2. I am willing and able to pay court costs of $2,000 to $5,000 consisting of Class Counsel's actual appellate costs of presenting the record to the Court of Appeals and filing fees if ordered to do so.

3. I currently have approximately $216 cash on hand at this time.

4. My current investment holdings are Schwab account in the amount of about $5.00 and an ETrade account with a present value of $2,394.50. My Wells Fargo accounts have been closed as I was a victim of their fraudulent checking account scandal.

5. I own a 1999 Chevy Suburban. It runs well, but I estimate its current value at approximately $400.

6. I do not own any real estate.

7. I own various personal effects including clothing and surf boards worth a few hundred dollars.

8. My entire life savings were wiped out as a result of two securities scandals—the present case, and the case where I have been appointed lead class plaintiff by Judge Manish Shah, District Court Judge for the Northern District of Illinois: In re Chi. Bd. Options Exch. Volatility Index Manipulation Antitrust Litig., No. 18 CV 4171.

9. I have never objected to a class action settlement before this case.

10. I did not know my attorney, Joshua R. Furman, before he was referred to me as counsel in this case.

11. My only income is from the generous support of my girlfriend Christiane Scott. Ms. Scott has been paying for all of my living expenses and has been supportive of my pursuit of this case. We currently reside at a property owned by one of her family members.

12. Ms. Scott and I personally attended the hearing on final approval of the settlement in this case before Judge Rakoff on June 4, 2018. Although I did not make an appearance on advice of counsel, I did make my presence in the courtroom known to the court staff after the hearing. I also left a voicemail message the court the day before the hearing to confirm the time and courtroom. Court staff returned my call to confirm the time and location.

13. Ms. Scott paid for all expenses to attend the hearing, including food, lodging, flight, and other transportation. Ms. Scott is willing to write and sign a sworn statement to this effect.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of August 2018 at Miami Beach, Florida.

_____
Spencer R. Bueno

**CERTIFICATE OF SERVICE**

      I, Joshua R. Furman, hereby certify that on August 24, 2018, a true and correct copy of the foregoing document was served upon Counsel of Record via the Court's ECF system.

Dated:  August 24, 2018　　　　　　　　JOSHUA R. FURMAN LAW CORP.

　　　　　　　　　　　　　　　　　　　By:   /s/ Joshua R. Furman
　　　　　　　　　　　　　　　　　　　　　　Joshua R. Furman
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Objector*
　　　　　　　　　　　　　　　　　　　　　　SPENCER R. BUENO