UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | Case No. 14-CV-9662 (JSR)<br><br>CLASS ACTION |

## NOTICE OF APPEAL

Notice is hereby given that objecting class member William Thomas Haynes, as trustee for the benefit of W. Thomas and Katherine Haynes Irrevocable Trust for the benefit of Sara L. Haynes (the "Trust") hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order (Dkt. 866) entered on August 15, 2018, and all opinions and orders that merge therein.

Dated: September 10, 2018

*signature*
Anna St. John
COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Phone: (917) 327-2392
Email: anna.stjohn@cei.org

*Attorney for Objector William Thomas Haynes, as trustee for the benefit of W Thomas and Katherine Haynes Irrevocable Trust for the benefit of Sara L. Haynes*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice of Appeal via the CM/ECF system for the Southern District of New York, thus sending the Notice of Appeal to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: September 10, 2018

/s/ *Anna St. John*
Anna St. John
