UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re: PETROBRAS SECURITIES        :    14-cv-9662 (JSR)
LITIGATION                         :
                                   :        ORDER
This Document Applies to:          :
                                   :
Asim Altamimi v. Petróleo          :
Brasileiro S.A - Petrobras,        :
No. 16-cv-2686 (JSR)               :
                                   :
------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/18

JED S. RAKOFF, U.S.D.J.

　　　Plaintiff filed this individual action against defendants Petróleo Brasileiro S.A. - Petrobras ("Petrobras") and PricewaterhouseCoopers Auditores Independentes on April 11, 2016, see Complaint, ECF No. 1, and it was assigned this Judge as related to the class action In re Petrobras Securities Litigation, No. 14-cv-9662. See Statement of Relatedness, ECF No. 4. Plaintiff subsequently moved to withdraw his request for request for exclusion from the shareholder class and to participate in the class settlement, and the Court granted that motion. See Order dated Sept. 17, 2018, Dkt. 897, No. 14-cv-9662 (JSR). Accordingly, plaintiff's individual action is now fully resolved. The Clerk is directed to enter judgment and close all open docket entries.

　　　SO ORDERED.

Dated:   New York, NY
         September 26, 2018

                                        _____
                                        JED S. RAKOFF, U.S.D.J.