**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
In re: PETROBAS SECURITIES
LITIGATION

This document applies to:

Asim Altamimi v. Petroleo
Brasileiro S.A.- Petrobras,
No. 16-cv-2686 (JSR)


----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/18
```

14 **CIVIL** 9662 (JSR)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2018, Plaintiff's motion to withdraw his request for request for exclusion from the shareholder class and to participate in the class settlement is granted. Plaintiff's individual action is now fully resolved; accordingly, the case is closed.

**Dated:** New York, New York
       September 28, 2018


**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:      _____
          **Deputy Clerk**