UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/18
```

IN RE PETROBRAS SECURITIES
LITIGATION

Case No. 14-CV-9662 (JSR)

CLASS ACTION

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on May 10, 2018, class member William Thomas Haynes, as trustee for the benefit of the W. Thomas and Katherine Haynes Irrevocable Trust for the benefit of Sara L. Haynes ("Haynes") filed an objection to the proposed settlement and approximately $299 million fee and expense request of class counsel;

WHEREAS, the Court awarded approximately $204 million in fees and expenses to class counsel in orders entered on June 25, 2018, and June 29, 2018;

WHEREAS, Haynes moved for attorneys' fees in the amount of $199,400 for his work he argued benefitted the class and, in support of his motion, provided to the Court upon request his attorneys' lodestar billing records by email on August 2, 2018;

WHEREAS, the Court awarded Haynes fees of $11,731.65, an amount that equaled 10% of his lodestar, and Haynes appealed that order to the U.S. Court of Appeals for the Second Circuit in a case assigned number 18-2708.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to approval by the Court, as follows:

1. The lodestar billing records that Haynes provided to the Court on August 2, 2018, attached hereto as Exhibit A, are now deemed part of the record pursuant to Federal Rule of Appellate Procedure 10(e)(2).

Date: October 10, 2018

Stipulated and agreed to by:

POMERANTZ LLP

By /s/ Emma Gilmore
Emma Gilmore
600 Third Avenue
New York, NY 10016
Tel: 212-661-1100
jalieberman@pomlaw.com

*Attorneys for Class Representatives and the Settlement Class*

COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS

By /s/ Anna St. John
Anna St. John
1310 L Street NW, 7th Floor
Washington, DC 20005
Tel.: 917-327-2392
anna.stjohn@cei.org

*Attorneys for William Thomas Haynes as trustee for the benefit of W. Thomas and Katherine Haynes Irrevocable Trust for the benefit of Sara L. Haynes*

SO ORDERED
This __10th__ day of October, 2018

/s/ Jed S. Rakoff
Honorable Jed S. Rakoff
United States District Judge

# EXHIBIT A

In re Petrobras Securities Litigation, No. 14-CV-9662 (JSR)
Timesheets supporting Motion for an Award of
Attorneys' Fees (Dkt. 839)

**Timekeeper: Theodore H. Frank**

| Date | Description | Hours |
|---|---|---|
| 4/18/2018 | Voicemail from potential client 1 re Petrobras settlement | 0.1 |
| 4/19/2018 | Due diligence re and emails with potential client 1; review settlement filings; email to Frank Bednarz* & Melissa Holyoak re Petrobras case; email from Bednarz re potential client 2 re same | 0.9 |
| 4/20/2018 | Teleconferences with team re feasibility of Petrobras objection | 0.6 |
| 4/20/2018 | Email from A. Schulman re earlier Judge Rakoff Petrobras rulings and hearing coverage; review same; emails with potential client 2 re class membership | 0.2 |
| 4/22/2018 | Teleconference with and email with potential client 1 re possible Petrobras objection | 0.4 |
| 4/22/2018 | Emails with team re potential client 1 call | 0.1 |
| 4/23/2018 | Potential client 1 due diligence | 0.3 |
| 4/23/2018 | Memo to and emails with Litigation Advisory Committee re possible Petrobras objection, potential clients 1 and 2; email w team re [other] case's applicability to Petrobras; email to potential client 1 re class membership | 0.7 |
| 4/24/2018 | Emails w potential client 1 re class membership; email from T. Haynes re willingness to object | 0.2 |
| 4/25/2018 | Teleconference with T. Haynes re class membership, objection | 0.3 |
| 4/25/2018 | Teleconferences with A. St. John re Petrobras objection | 0.3 |
| 4/25/2018 | Teleconferences with M. Holyoak re T. Haynes retainer, recognized loss status | 0.2 |
| 4/25/2018 | Emails to and from T. Haynes re class membership, optimal objector status, review documents; emails with M. Holyoak and A. St. John re recognized loss | 0.6 |
| 4/27/2018 | Emails with M. Holyoak re T. Haynes retainer | 0.2 |
| 5/1/2018 | Review and edit T. Haynes retainer; emails with M. Holyoak re same | 0.2 |
| 5/2/2018 | Email with A. Schulman/F. Bednarz/M. Holyoak re Petrobras status | 0.1 |
| 5/8/2018 | Email from T. Haynes re retainer, declaration | 0.1 |
| 5/9/2018 | Review and edit drafts of T. Haynes declaration; emails with T. Haynes, team re same, claim number; review, research, edit, sign T. Frank declaration; emails with team re same | 1.8 |
| 5/9/2018 | Teleconference with M. Holyoak re objection | 0.1 |
| 5/10/2018 | Emails with other objector, team re subpoena; review other objection and subpoena; emails with T. Haynes, team re T. Haynes objection; emails with A. St. John/A. Schulman/M. Holyoak and T. Haynes re T. Haynes subpoena; review subpoena; review Dkt. 799 and email to A. St. John re same | 1.3 |
| 5/10/2018 | Teleconference with A. St. John re T. Haynes subpoena and strategy for responding | 0.3 |

*Mr. Bednarz is an attorney with CCAF. Because much of his work on the case involved administrative tasks, his time was excluded from the lodestar.

In re Petrobras Securities Litigation, No. 14-CV-9662 (JSR)
Timesheets supporting Motion for an Award of
Attorneys' Fees (Dkt. 839)

| Date | Description | Hours |
|---|---|---|
| 5/11/2018 | Teleconferences with M. Holyoak re T. Haynes subpoena | 0.3 |
| 5/11/2018 | Emails with M. Holyoak/T. Haynes/A St. John re T. Haynes subpoena, deposition prep, discovery strategy | 0.3 |
| 5/12/2018 | Emails with A. St. John/M. Holyoak re subpoena, discovery issues | 0.1 |
| 5/13/2018 | Review draft A. St. John letter to J. A. Lieberman; emails with A. St. John and M. Holyoak re same | 0.2 |
| 5/14/2018 | Teleconference with A. St. John re discovery issues | 0.1 |
| 5/14/2018 | Edit A. St. John letter to J.A. Lieberman; emails with A. St. John and M. Holyoak re same; review redactions of retainer; review other objector email to J.A. Lieberman; emails w team re T. Haynes subpoena | 0.7 |
| 5/15/2018 | Emails with A. St. John/M. Holyoak/T. Haynes re likely line of plaintiffs' attack, deposition prep, brokerage history; emails with A. St. John re Judge Rakoff call prep, result of call; J.A. Lieberman letter; emails with A. St. John re same; review, research, and edit draft letter to J.A. Lieberman and emails with A. St. John re same | 2.4 |
| 5/15/2018 | Teleconferences with A. St. John/T. Haynes re Judge Rakoff call, discovery issues, class membership proof, brokerage history | 0.4 |
| 5/16/2018 | Emails w A. St. John/T. Haynes/M. Holyoak re and review J.A. Lieberman correspondence, plaintiffs' request for extension, T. Haynes deposition preparation and other discovery issues; email from T. Haynes re brokerage issues | 0.7 |
| 5/17/2018 | Research re and email to A. St. John re supporting case law re objector motivations; edit A. St. John letter responding to J.A. Lieberman and emails with A. St. John re same; emails with T. Haynes re consulting income, document search; review documents | 1.0 |
| 5/18/2018 | Review Dkts. 810, 814 and emails to team re same; emails with A. St. John re Rakoff call, document production; emails with T. Haynes/A. St. John/M. Haynes re T. Haynes declaration and possible need for A. St. John declaration | 1.5 |
| 5/19/2018 | Emails from A. St. John and T. Haynes re T. Haynes declaration | 0.1 |
| 5/20/2018 | Emails with T. Haynes/A. St. John/M. Holyoak re brokerage issues, T. Haynes declaration; edits re same; emails with A. St. John re email to Mr. Menand | 0.6 |
| 5/20/2018 | Teleconference with T. Haynes/A. St. John re discovery request, T. Haynes declaration narrative | 0.9 |
| 5/21/2018 | Emails from A. St. John/F. Bednarz re document production; emails from A. St. John re in camera review and results; emails with A. St. John re production deadline, compliance with court order; emails with A. St. John re T. Haynes declaration and review and edit same | 1.3 |
| 5/22/2018 | Emails with A. St. John re confidentiality designations; emails with T. Haynes/A. St. John re T. Haynes declaration | 0.4 |
| 5/23/2018 | Teleconferences with A. St. John re discovery issues | 0.3 |

2

In re Petrobras Securities Litigation, No. 14-CV-9662 (JSR)
Timesheets supporting Motion for an Award of
Attorneys' Fees (Dkt. 839)

| | | |
|---|---|---|
| 5/23/2018 | Email to team re other case brief using Petrobras discovery tipping hand for Petrobras plaintiffs' strategy; emails with A. St. John re Defendant document request; review and edit letter to court and emails with A. St. John re same; research re retainer issues raised by Plaintiffs and emails with team re same; emails from T. Haynes and A. St. John re T. Haynes declaration | 1.9 |
| 5/24/2018 | Communications with team re anticipated retainer issues and need for precision in responding to Plaintiff arguments re retainer | 0.9 |
| 5/24/2018 | Emails from A. St. John/M. Holyoak re document production; from T. Haynes/A. St. John re T. Haynes declaration; review Plaintiffs' letter to court and emails with team re same; emails with A. St. John re court ruling and need for surreply | 0.4 |
| 5/25/2018 | Emails with A. St. John re viability of motion to strike; research re [related] case; review Dkts. 824, 825, and emails to team re same, Rule 23(a)(4) issues; emails with A. St. John re Rule 11 possibilities; teleconference with M. Holyoak re same | 1.1 |
| 5/26/2018 | Emails with A. St. John re Rule 11 possibilities; research re response to Plaintiffs' ethical arguments | 0.3 |
| 5/27/2018 | Email from A. Schulman re public interest law firm self-representation | 0.1 |
| 5/28/2018 | Email to team re [related] Supreme Court precedent | 0.1 |
| 5/29/2018 | Emails from A. St. John re surreply, claim filing deadlines; to team re Rule 30b issues | 0.1 |
| 5/30/2018 | Emails with A. St. John re surreply; from T. Haynes re claim submissions | 0.1 |
| 5/31/2018 | Emails from A. St. John, A. Schulman, M. Holyoak re surreply | 0.1 |
| 6/1/2018 | Teleconference with A. St. John re surreply | 0.3 |
| 6/1/2018 | Research, edit surreply, exhibits | 1.6 |
| 6/4/2018 | Teleconferences with A. St. John re fairness hearing | 0.3 |
| Total | | 27.6 |

**Timekeeper: Melissa Holyoak**

| | | |
|---|---|---|
| 4/25/2018 | Review correspondence with T. Frank and T. Haynes re potential objection; review settlement and notice; review brokerage statement re potential claim; conference/email with T. Frank and A. Schulman re same. | 1.6 |
| 4/27/2018 | Draft retainer; correspondence with T. Frank re same. | 0.8 |
| 4/27/2018 | Conference with A. St. John and A. Schulman re draft objection. | 0.3 |
| 4/30/2018 | Research for objection. | 1.0 |
| 4/30/2018 | Conference with A. St. John and A. Schulman re objection. | 1.1 |
| 5/1/2018 | Conference with A. St. John and A. Schulman re objection. | 0.7 |

3

Case 1:14-cv-09662-JSR Document 902 Filed 10/11/18 Page 7 of 11
Case 1:14-cv-09662-JSR Document 901 Filed 10/10/18 Page 5 of 9

In re Petrobras Securities Litigation, No. 14-CV-9662 (JSR)
Timesheets supporting Motion for an Award of
Attorneys' Fees (Dkt. 839)

| Date | Description | Hours |
|---|---|---|
| 5/1/2018 | Research for objection. | 0.5 |
| 5/3/2018 | Conference with A. Schulman re draft objection. | 0.7 |
| 5/6/2018 | Research and draft objection. | 5.3 |
| 5/7/2018 | Conferences with team and T. Haynes re objection. | 0.8 |
| 5/8/2018 | Research and draft objection. | 5.8 |
| 5/8/2018 | Conference with A. Schulman re draft objection. | 0.3 |
| 5/9/2018 | Research and draft objection; conference with A. Schulman re same; conference with A. St. John re same; revised draft declaration. | 5.9 |
| 5/9/2018 | Conference with T. Frank re objection. | 0.1 |
| 5/10/2018 | Research and draft objection; conference with A. St. John re same. | 2.2 |
| 5/11/2018 | Conference with A. St. John re discovery; conference with T. Haynes and A. St. John re discovery requests. | 1.7 |
| 5/11/2018 | Teleconferences with T. Frank re discovery requests. | 0.3 |
| 5/14/2018 | Conference with A. St. John re discovery requests and revisions to letter. | 0.4 |
| 5/16/2018 | Conference with A. St. John re response to discovery requests. | 0.2 |
| 5/25/2018 | Conferences with T. Frank, A. St. John and F. Bednarz re discovery. | 0.9 |
| 6/1/2018 | Review draft sur-reply in support of objection; conference with A. St. John re same. | 0.4 |
| 6/4/2018 | Review plaintiffs' filings re approval of settlement and fee request; conference with A. St. John re argument for hearing on settlement and fee request. | 0.5 |
| Total | | 31.5 |

**Timekeeper: Anna St. John**

| Date | Description | Hours |
|---|---|---|
| 4/20/2018 | Team call re Petrobras objection | 0.3 |
| 4/25/2018 | Conference with Mr. Frank re Petrobras objection. | 0.3 |
| 4/27/2018 | Conference with Ms. Holyoak and Mr. Schulman re strategy for Petrobas. | 0.3 |
| 4/27/2018 | Petrobas settlement analysis and case file reading and research. | 2.4 |
| 4/30/2018 | Analyze settlement, case history, including briefing on class definition, and relevant legal authorities. | 5.0 |
| 4/30/2018 | Strategy call with Ms. Holyoak and Mr. Schulman. | 1.1 |
| 5/1/2018 | Analyze case history and research legal authorities for purpose of drafting objection. | 1.1 |
| 5/1/2018 | Strategy call with Ms. Holyoak and Mr. Schulman. | 0.7 |
| 5/2/2018 | Begin drafting adequacy section of objection. | 1.6 |
| 5/3/2018 | Research and draft adequacy and predominance section of objection. | 2.8 |

Case 1:14-cv-09662-JSR   Document 902   Filed 10/11/18   Page 8 of 11
Case 1:14-cv-09662-JSR   Document 901-1   Filed 10/10/18   Page 6 of 9

In re Petrobras Securities Litigation, No. 14-CV-9662 (JSR)
Timesheets supporting Motion for an Award of
Attorneys' Fees (Dkt. 839)

| Date | Description | Hours |
|---|---|---|
| 5/4/2018 | Research and draft adequacy and predominance sections of objection. | 1.4 |
| 5/6/2018 | Research and draft adequacy and predominance sections of objection. | 5.2 |
| 5/7/2018 | Research and draft adequacy and predominance, settlement review standard, and class membership sections of objection. | 7.9 |
| 5/7/2018 | Conference with Ms. Holyoak re objection. | 0.1 |
| 5/8/2018 | Draft declarations to support objection; correspondence with Mr. Schulman re data for same. | 4.1 |
| 5/8/2018 | Conference with Mr. Schulman re objection. | 0.5 |
| 5/9/2018 | Edit/cite check full objection and declarations and exhibits in support; draft introduction; communications with team re same. | 9.0 |
| 5/10/2018 | Edit, finalize, and file objection, notices, and declarations with exhibits; communications with team re same; review local rules and PAO to ensure full compliance. | 8.3 |
| 5/10/2018 | Review letter and subpoena to Mr. Haynes from plaintiffs' counsel; send to and correspond with colleagues and Mr. Haynes re same. | 0.5 |
| 5/10/2018 | Teleconference with Mr. Frank re subpoena and strategy for responding. | 0.3 |
| 5/11/2018 | Analyze and begin outlining objections and response to subpoena; correspondence with colleagues re same. | 3.3 |
| 5/11/2018 | Conferences with Mr. Haynes and Ms. Holyoak re response to subpoena. | 1.7 |
| 5/13/2018 | Draft letter to class counsel responding to subpoena. | 1.5 |
| 5/14/2018 | Conference with Ms. Holyoak re discovery requests and revisions to letter. | 0.4 |
| 5/14/2018 | Edit, finalize, and send letter with production of two documents to class counsel; strategy re further response to discovery requests. | 1.7 |
| 5/14/2018 | Conference with Mr. Frank re response to discovery requests. | 0.1 |
| 5/14/2018 | Prepare for conference call with court. | 0.5 |
| 5/15/2018 | Prepare for, participate in, and debrief conference call with Court. | 4.9 |
| 5/15/2018 | Conference with Mr. Haynes and Mr. Frank re "concerns" raised by plaintiffs' counsel re standing and response to same. | 0.8 |
| 5/15/2018 | Draft response to class counsel letter re concerns over standing. | 0.4 |
| 5/16/2018 | Respond to class counsel's letter motion for discovery. | 1.1 |
| 5/16/2018 | Conference with Ms. Holyoak re discovery requests. | 0.2 |
| 5/17/2018 | Draft and send to Court response letter to plaintiffs' request for discovery with exhibits. | 7.7 |
| 5/18/2018 | Draft supplemental declarations and redact proposed exhibits in response to discovery requests; communications with client and colleagues re same. | 4.2 |

In re Petrobras Securities Litigation, No. 14-CV-9662 (JSR)
Timesheets supporting Motion for an Award of
Attorneys' Fees (Dkt. 839)

| | | |
|---|---|---|
| 5/18/2018 | Review filings, including plaintiffs' response to defendants' letter re billing issues and Hansen letter re release of non-covered transactions. | 0.2 |
| 5/20/2018 | Analyze court order re discovery and begin preparing response. | 0.4 |
| 5/20/2018 | Analyze Dkt 814 response re overbilling | 1.0 |
| 5/20/2018 | Conference with Mr. Haynes and Mr. Frank for purpose of responding to discovery requests. | 0.9 |
| 5/20/2018 | Draft supplemental declaration responding to discovery requests. | 1.1 |
| 5/21/2018 | Draft supplemental declaration responding to discovery requests and cover letter for production; prepare and produce retainer agreement. | 3.8 |
| 5/21/2018 | Correspondence with the court re in camera review of retainer agreement. | 0.2 |
| 5/22/2018 | Prepare for conference call with court re retainer agreement. | 0.2 |
| 5/23/2018 | Conference with Mr. Frank re discovery issues. | 0.3 |
| 5/23/2018 | Prepare for and participate in conference call with court re confidentiality of retainer agreement. | 1.5 |
| 5/23/2018 | Edit supplemental declaration in response to discovery requests. | 0.1 |
| 5/23/2018 | Draft and submit letter to court re confidentiality of retainer agreement. | 2.8 |
| 5/24/2018 | Discovery production and filing; communications with team re same. | 0.7 |
| 5/25/2018 | Analyze local rules regarding procedure and timing for rebutting abusive ad hominem attacks and begin strategizing re same; correspondence with team re same. | 0.6 |
| 5/25/2018 | Review parties' replies in support of final approval and attorneys' fees; strategy re response. | 0.4 |
| 5/26/2018 | Analyze parties' replies in support of settlement approval and fee request; strategy for response. | 0.7 |
| 5/28/2018 | Analyze parties' replies in support of settlement approval and fee request. | 0.5 |
| 5/29/2018 | Prepare for call to request leave from court to file sur-reply; draft sur-reply. | 3.4 |
| 5/30/2018 | Draft sur-reply. | 4.6 |
| 5/30/2018 | Prepare for and participate in conference call with the Court re sur-reply. | 0.3 |
| 5/30/2018 | Conference with Mr. Schulman re strategy for fairness hearing. | 0.3 |
| 5/31/2018 | Draft sur-reply. | 2.0 |
| 5/31/2018 | Conference with team re strategy for hearing and sur-reply. | 0.3 |
| 5/31/2018 | Prepare for fairness hearing. | 0.3 |
| 6/1/2018 | Prepare for fairness hearing. | 1.7 |
| 6/1/2018 | Finalize and file sur-reply and conferences with Ms. Holyoak and Mr. Frank re same. | 1.4 |
| 6/2/2018 | Prepare for fairness hearing. | 2.5 |
| 6/3/2018 | Prepare for fairness hearing. | 5.4 |
| 6/4/2018 | Prepare for fairness hearing; conferences with Ms. Holyoak and Mr. Frank re hearing. | 4.0 |

6

Case 1:14-cv-09662-JSR Document 902 Filed 10/11/18 Page 10 of 11
Case 1:14-cv-09662-JSR Document 901 Filed 10/10/18 Page 8 of 9

In re Petrobras Securities Litigation, No. 14-CV-9662 (JSR)
Timesheets supporting Motion for an Award of
Attorneys' Fees (Dkt. 839)

| | | |
|---|---|---|
| 6/4/2018 | Attend fairness hearing. | 2.0 |
| Total | | 124.6 |

**Timekeeper: Adam Schulman**

| | | |
|---|---|---|
| 4/27/2018 | Correspondence with Melissa Holyoak and Anna St. John re objection | 0.3 |
| 4/27/2018 | Correspondence with team re settlement documents | 0.1 |
| 4/28/2018 | Analyze settlement | 0.7 |
| 4/29/2018 | Analyze settlement | 0.5 |
| 4/29/2018 | Correspondence with Team re objection | 0.2 |
| 4/30/2018 | Analyze settlement | 0.5 |
| 4/30/2018 | Correspondence with Team re objection | 1.2 |
| 4/30/2018 | Research foreign attorney lodestar | 2.1 |
| 5/1/2018 | Correspondence with Melissa Holyoak and Anna St. John re objection | 0.7 |
| 5/2/2018 | Research legal arguments for objection | 1.4 |
| 5/3/2018 | Correspondence/email with Melissa Holyoak re objection | 0.7 |
| 5/3/2018 | Research megafund, multiplier, caselaw for objection | 5.5 |
| 5/4/2018 | Outline objection | 3.9 |
| 5/7/2018 | Research Brazilian actions in petrobras | 5.6 |
| 5/7/2018 | Analyze approval papers | 1.9 |
| 5/8/2018 | Draft objection | 7.1 |
| 5/8/2018 | Correspondence with Melissa Holyoak re objection | 0.3 |
| 5/8/2018 | Correspondence with Anna St. John re objection | 0.5 |
| 5/8/2018 | Draft and edit objection | 3.0 |
| 5/8/2018 | Correspondence with Melissa re objection | 0.1 |
| 5/8/2018 | Review Judge Rakoff's class action fee decisions | 0.4 |
| 5/8/2018 | Correspondence with Anna St. John re Haynes Declaration | 0.1 |
| 5/8/2018 | Correspondence with Anna St. John re list of past cases | 0.3 |
| 5/9/2018 | Edit objection | 1.9 |
| 5/9/2018 | Correspondence with Ted Frank re declaration | 0.1 |
| 5/9/2018 | Correspondence with Anna St. John, Melissa Holyoak re objection | 0.1 |
| 5/10/2018 | Correspondence with Anna St. John re objection | 0.1 |

7

In re Petrobras Securities Litigation, No. 14-CV-9662 (JSR)
Timesheets supporting Motion for an Award of
Attorneys' Fees (Dkt. 839)

| Date | Description | Hours |
|---|---|---|
| 5/10/2018 | Correspondence with Ted Frank re issues in other objection | 0.1 |
| 5/10/2018 | Correspondence with Anna St. John re redactions | 0.1 |
| 5/10/2018 | Edit objection | 0.8 |
| 5/10/2018 | Correspondence with Melissa Holyoak re objection | 0.3 |
| 5/10/2018 | Review final draft of objection | 0.2 |
| 5/10/2018 | Correspondence with team re subpoena and review same | 0.3 |
| 5/11/2018 | Review Ted Frank declaration in light of subpoena | 0.1 |
| 5/19/2018 | Correspondence with Ted Frank re plaintiffs' response to Cleary letter | 0.1 |
| 5/19/2018 | Correspondence with Ted Frank re non-covered transactions | 0.1 |
| 5/24/2018 | Correspondence with Anna St. John re discovery letter | 0.1 |
| 5/24/2018 | Correspondence with Ted Frank and Anna St. John re decision on sealing retainer | 0.2 |
| 5/25/2018 | Correspondence with Anna St. John re possible Rule 11 action | 0.1 |
| 5/25/2018 | Review final approval papers and correspondence with Team re same | 1.1 |
| 5/30/2018 | Correspondence with Anna St. John and Melissa Holyoak re hearing | 0.7 |
| 5/30/2018 | Review plaintiffs' response and draft memo for Anna St. John re fee issues for hearing | 1.7 |
| 5/31/2018 | Correspondence with team re surreply | 0.3 |
| 5/31/2018 | Edit surreply | 2.3 |
| 6/1/2018 | Correspondence with team re surreply | 0.2 |
| Total | | 48.0 |

8