UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION<br><br>This Document Relates to All Class Actions. | Case No. 14-cv-9662 (JSR) |

# NOTICE OF APPEAL

Joshua R. Furman
JOSHUA R. FURMAN LAW CORP.
14724 Ventura Boulevard, Suite 509
Sherman Oaks, California 91403
(818) 646-4300
*Pro Hac Vice*

*Attorney for Objector*
SPENCER R. BUENO

October 19, 2018

Notice is given that Objector Spencer R. Bueno, and his counsel Joshua R. Furman on his own behalf, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion & Order entered in this action on the 21st day of September 2018 [Doc. No. 896], and from all rulings and abstentions from ruling of the District Court that are merged into said order and judgment.

Dated:   October 19, 2018                    JOSHUA R. FURMAN LAW CORP.

                                                                            By:   /s/ Joshua R. Furman
                                                                                 Joshua R. Furman
                                                                                 *Attorney for Objector*
                                                                                 SPENCER R. BUENO