UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | ) ) ) ) ) ) No. 14-cv-9662 (JSR)  ECF Case |

### NOTICE OF PLAINTIFFS' RENEWED MOTION FOR SANCTIONS AGAINST THE GIELATA OBJECTORS AND TO INCREASE APPEAL BOND

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Jeremy A. Lieberman, Plaintiffs will respectfully move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, on a date and time as set by the Court, for an Order granting sanctions against Joseph Gielata, Richard Gielata, and Emelina Gielata and to Increase Appeal Bond.  A proposed Order granting the requested relief will be submitted with Plaintiffs' reply papers.

Dated:  December 20, 2018

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Emma Gilmore
Brenda Szydlo
Austin P. Van
Jennifer B. Sobers
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-6612-1100
Facsimile: 917-463-1044

*Attorneys for Lead Plaintiff Universities Superannuation Scheme Limited and Named*

*Plaintiff North Carolina Department of State Treasurer*

**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Louis Gottlieb
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Attorneys for Employees' Retirement System of the State of Hawaii*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2018, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants; and I caused a true and correct copy of the foregoing to be served upon the following objectors by first class mail and e-mail:

Richard Gielata and
Emelina Gielata
100 Westbury Drive
Coraopolis, PA 15108
emgielata@gmail.com

Joseph Gielata
7811 Eads Avenue #207
La Jolla, CA 92037
gielata@gmail.com

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman