**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: PETROBRAS SECURITIES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*The Hartford Mutual Funds, Inc., et al. v. Petróleo Brasileiro S.A.; Petrobras International Finance Company S.A.; and Petrobras Global Finance B.V.*, Case No. 15-cv-09182-JSR<br><br>*Massachusetts Mutual Life Insurance Company, et al. v. Petróleo Brasileiro S.A.; Petrobras International Finance Company S.A.; and Petrobras Global Finance B.V.*, Case No. 15-cv-09243-JSR<br><br>*Pacific Funds and Pacific Select Fund v. Petróleo Brasileiro S.A.; Petrobras International Finance Company S.A.; and Petrobras Global Finance B.V.*, Case No. 16-cv-02013-JSR<br><br>*The Prudential Insurance Company of American, et al. v. Petróleo Brasileiro S.A.; Petrobras International Finance Company S.A.; and Petrobras Global Finance B.V.*, Case No. 16-cv-07192-JSR | Case No. 1:14-cv-09662-JSR<br><br>ECF CASE<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER**<br><br> |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Plaintiffs and Defendants who have appeared in the above-specified individual actions, by and through their respective counsel of record, hereby stipulate to Plaintiffs' dismissal of the above-captioned matters with prejudice pursuant to the settlement reached in the related class action, *In re Petrobras Securities Litigation*, Case No. 1:14-cv-09662-JSR (SDNY).

This Stipulation may be signed in counterparts.

DATED: March 28, 2019

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

Benjamin Galdston (Admitted *Pro Hac Vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
beng@blbglaw.com
-and-
Salvatore J. Graziano
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
salvatore@blbglaw.com

*Counsel for the Plaintiffs*

CLEARY GOTTLIEB STEEN
& HAMILTON LLP

Lewis J. Liman
Robert A. Cooper
Jared Gerber
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
lliman@cgsh.com
racooper@cgsh.com
jgerber@cgsh.com

*Counsel for Defendants*

SO ORDERED:

DATED: 4/1/19

Honorable Jed S. Rakoff
United States District Judge

-1-