```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                         :   14-cv-9662 (JSR)
In re: PETROBRAS SECURITIES              :
LITIGATION                               :   ORDER
                                         :
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/19

JED S. RAKOFF, U.S.D.J.

The Court is in receipt of a motion filed by Cornell University requesting permission to intervene, an order pursuant to 28 U.S.C. § 1782 authorizing discovery for use in a foreign proceeding, or, in the alternative, an order unsealing certain sealed documents in this case. See Dkt. 920. The Court hereby directs any party that wishes to respond to this motion to do so by May 31, 2019.

SO ORDERED.

Dated:  New York, NY
        May 17, 2019

                                        JED S. RAKOFF, U.S.D.J.