UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | Case No. 14-cv-9662 (JSR) |

CLASS REPRESENTATIVES' SUBMISSION REGARDING CORNELL UNIVERSITY'S MOTION TO INTERVENE AND FOR AN ORDER UNDER 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING, OR IN THE ALTERNATIVE, AN ORDER UNSEALING THE SUMMARY JUDGMENT PAPERS AND SUPPORTING DOCUMENTS THAT WERE FILED UNDER SEAL IN THIS CASE

**POMERANTZ LLP**
Jeremy A. Lieberman
Emma Gilmore
Brenda Szydlo
Jennifer Banner Sobers
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044

*Attorneys for Class Representatives*

*[Additional counsel appear on signature page]*

In connection with Cornell University's motion to intervene and for an order under 28 USC § 1782 authorizing discovery for use in a foreign proceeding or, in the alternative, an order unsealing judicial documents (Dkt. No. 920), Class Representatives Universities Superannuation Scheme, North Carolina Department of State Treasurer, and Employees' Retirement System of the State of Hawaii ("Class Representatives") submit this response to the Court's request on July 12, 2019 for all parties' view on the possibility of the Court unsealing any documents now under seal that were produced by Petróleo Brasileiro S.A. – Petrobras ("Petrobras"), solely for Cornell University's use in the CAM arbitration, but remaining subject to the existing protective order for all other purposes. Class Representatives take no position as to the discovery sought directly from Petrobras.

Dated: July 22, 2019

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Emma Gilmore
Brenda Szydlo
Jennifer Banner Sobers
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
bszydlo@pomlaw.com
jbsobers@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 North LaSalle
Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

1

**POMERANTZ LLP**
Jennifer Pafiti
1100 Glendon Avenue, 15th Fl.
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorneys for Class Representatives Universities Superannuation Scheme Limited and North Carolina Department of State Treasurer*

**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Louis Gottlieb
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
tdubbs@labaton.com
lgottlieb@labaton.com

*Attorneys for Class Representative Employees' Retirement System of the State of Hawaii*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      */s/  Jeremy A. Lieberman*
                                                         Jeremy A. Lieberman