UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | 14-cv-9662 (JSR)<br><br>**<u>NOTICE OF FILING</u>** |

**PLEASE TAKE NOTICE** that, pursuant to this Court's order on September 17, 2019, Defendant Petróleo Brasileiro S.A. – Petrobras ("Petrobras"), through its undersigned counsel, respectfully gives notice of filing the following documents attached hereto:

- EXHIBIT A, Petrobras Defendants' Memorandum of Law in Support of Their Motion for Partial Summary Judgment, previously filed on June 27, 2016, ECF No. 659.
- EXHIBIT B, Petrobras Defendants' Statement of Material Facts as to Which There is No Genuine Issue to be Tried, previously filed on June 27, 2016, ECF No. 662.
- EXHIBIT C, Memorandum of Law of Defendants Almir Guilherme Barbassa, Jose Carlos Cosenza, Guilherme de Oliveira Estrella and Jose Miranda Formigli Filho in Support of Their Motion for Summary Judgment, previously filed on June 27, 2016, ECF No. 663.
- EXHIBIT D, Statement of Material Facts as to Which There is No Genuine Issue to be Tried of Defendants Almir Guilherme Barbassa, Jose Carlos Cosenza, Guilherme de Oliveira Estrella and Jose Miranda Formigli Filho, previously filed on June 27, 2016, ECF No. 664.

**PLEASE TAKE FURTHER NOTICE** that, also pursuant to this Court's order on September 17, 2019, Defendant Petrobras, through its undersigned counsel, respectfully gives notice of filing the following documents attached hereto, which were previously filed under seal as exhibits to the Declaration of Ariel M. Fox in Support of the Motion for Summary Judgment by Defendants Almir Guilherme Barbassa, Jose Carlos Cosenza, Guilherme de Oliveira Estrella and Jose Miranda Formigli Filho, and the Motion for Partial Summary Judgment by Petróleo

Brasileiro S.A. – Petrobras and Petrobras Global Finance B.V., filed on June 27, 2016, ECF No. 654 ("Fox Decl."):

- EXHIBIT E, previously filed as Fox Decl. Ex. 13.
- EXHIBIT F, previously filed as Fox Decl. Ex. 76.
- EXHIBIT G, previously filed as Fox Decl. Ex. 105.
- EXHIBIT H, previously filed as Fox Decl. Ex. 107.
- EXHIBIT I, previously filed as Fox Decl. Ex. 109.
- EXHIBIT J, previously filed as Fox Decl. Ex. 110.
- EXHIBIT K, previously filed as Fox Decl. Ex. 114.
- EXHIBIT L, previously filed as Fox Decl. Ex. 117.
- EXHIBIT M, previously filed as Fox Decl. Ex. 118.
- EXHIBIT N, previously filed as Fox Decl. Ex. 119.
- EXHIBIT O, previously filed as Fox Decl. Ex. 120.
- EXHIBIT P, previously filed as Fox Decl. Ex. 121.
- EXHIBIT Q, previously filed as Fox Decl. Ex. 123.
- EXHIBIT R, previously filed as Fox Decl. Ex. 124.
- EXHIBIT S, previously filed as Fox Decl. Ex. 125.
- EXHIBIT T, previously filed as Fox Decl. Ex. 127.
- EXHIBIT U, previously filed as Fox Decl. Ex. 130 (redacted for commercial sensitivity).
- EXHIBIT V, previously filed as Fox Decl. Ex. 138.
- EXHIBIT W, previously filed as Fox Decl. Ex. 141 (redacted for commercial sensitivity).
- EXHIBIT X, previously filed as Fox Decl. Ex. 143.
- EXHIBIT Y, previously filed as Fox Decl. Ex. 145.
- EXHIBIT Z, previously filed as Fox Decl. Ex. 146.
- EXHIBIT AA, previously filed as Fox Decl. Ex. 147.

- EXHIBIT BB, previously filed as Fox Decl. Ex. 148.

Dated: September 24, 2019
New York, New York

                                          Respectfully submitted,

                                          */s/ Lewis J. Liman*
                                          Lewis J. Liman
                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                          One Liberty Plaza
                                          New York, New York  10006
                                          T: 212-225-2000
                                          F: 212-225-3999

                                          *Attorneys for Petrobras*