# EXHIBIT H

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

In Re PETROBRAS SECURITIES LITIGATION     Case No.
                                          14-cv-9662
This Document Applies to: All Cases

----------------------------------------

April 22, 2016
9:14 a.m.

    Videotaped deposition of JOSE MIRANDA FORMIGLI

FILHO, taken by Plaintiffs, pursuant to Notice,

held at the offices of Pomerantz LLP, 600 Third

Avenue, New York, New York, before Joseph R. Danyo,

a Shorthand Reporter and Notary Public within and

for the State of New York.

```
 1                    Formigli - Confidential
 2          Q.   Did you remain in that role through your
 3    retirement?
 4          A.   No.
 5          Q.   What was your next role?
 6          A.   I became the head of E&P in February of
 7    2012.
 8          Q.   How did you come to be named head of
 9    E&P?
10               MS. CURRIE:  Objection to form.
11          A.   What do you mean by became?  If you can
12    give me the meaning for that, I would really
13    appreciate it.
14          Q.   Sure.  Let me see if I can sharpen that
15    up.  When you were named head of E&P, who informed
16    you?
17               MS. CURRIE:  Objection to form.
18          A.   I think I understand your question.  I
19    was invited to take this E&P position by Maria das
20    Graca Silva Foster.  She brought my name up to the
21    executive board -- to the board of directors of the
22    company.
23          Q.   Did she inform you in advance of
24    bringing your name up to the company's board of
25    directors that she proposed to do that?
```

1               Formigli - Confidential
2      the circumstances of Mr. Gabrielli's departure from
3      Petrobras, and you, I believe, expressed in sum or
4      substance that you were not aware that he was
5      leaving before you were informed by Ms. Foster.  Is
6      that correct?
7               MS. CURRIE:  Objection to form.
8           A.   I said that I did not know the reasons
9      for his leaving.
10          Q.   Were you aware that he was leaving
11     before Ms. Foster informed you?
12              MS. CURRIE:  Objection to form.
13          A.   No.
14          Q.   At the time you joined the executive
15     board in February 2012, who was on the executive
16     board?
17          A.   The president was Graca Foster.  I was
18     the E&P officer.  Jose Santoro as gas and energy
19     officer.  He took office at the same time as me in
20     the position occupied by Graca Foster before.
21     Renato Duque, services officer, international
22     officer Jorge Zelada, downstream officer Paulo
23     Roberto Costa and finance officer Almir Barbassa.
24          Q.   Was Almir Barbassa also in charge of
25     investor relations at that time?

1           Formigli - Confidential
2              THE WITNESS:  Thank you very much for
3        your clarification, but when you are asking
4        about the business plan revision of
5        Petrobras, you were not specific that it was
6        about the time that I was on the board, that
7        is why I answered that way, but thank you
8        very much for your clarification.
9        Q.   Understood.  Okay.  So earlier you said
10   you left in March 2015, correct?
11        A.   I retired in March 2015, and I resigned
12   on February 6, 2015.
13        Q.   Between resignation and retirement, did
14   you hold a position at Petrobras?
15        A.   No.
16        Q.   Who did you deliver -- who did you
17   inform that you were resigning?
18              MS. CURRIE:  Objection to form.
19        A.   CEO Graca Foster.
20        Q.   What was her response?
21        A.   She asked me if I was sure, and I
22   answered that I did not want to continue as an
23   executive board member of the company.
24        Q.   Did you at that time say that you
25   intended to retire?