# EXHIBIT I

**PETROBRAS** 

Secretary General of Petrobras (SEGEPE)

# COMMUNICATION OF DECISION BY THE BOARD OF DIRECTORS

Under the Standard for the Classification and Treatment of Petrobras System Information - PG-0V3-00054-B - item 6.1.1, the information contained in this notice may only be forwarded to users who, in the exercise of their duties or activity, have a need to know this information.

REFERENCE

Minutes CA 1,384, item 3, of 10/25/2013 - Agenda Item No. 49

SUBJECT:

PETROBRAS FINANCIAL STATEMENTS (PARENT COMPANY AND CONSOLIDATED COMPANIES) - Period Ended 09/30/2013

## DECISION

The Board of Administration, under the terms for presentation of clarifications, comments and the Executive Summary on the subject, and with the abstention of Board Member Mauro Rodrigues da Cunha: a) took cognizance of the Petrobras Financial Statements (Parent Company and Consolidated) for the period ending on 09/30/2013; b) decided that said documents shall be forwarded to the Audit Committee pursuant to the provisions of Article 163, section VII, of Law No. 6,404/1976 of 12/15/1976, as amended by Law No. 10,303/2001, and Article 46, item II of the Company's Bylaws.

INFORMED
DFIN, ACCOUNTING, STRATEGY, PERFORMANCE, COUNCIL-Board of Directors/COAUD, AUDIT COMMITTEE, INVESTORS

[signature]
Hélio Shiguenobu Fujikawa
Secretary General of Petrobras

**BR PETROBRAS**

*Secretary General of Petrobras*



# COMMUNICATION OF DECISION BY THE EXECUTIVE BOARD

Under the Standard for the Classification and Treatment of Petrobras System Information - PG-0V3-00062-C – item 6.1.12, the information contained in this notice shall be restricted to persons who have a need to know it for the proper performance of their professional activities.

REFERENCE
DE Minutes 5,079, sole item, of 10/25/2013 - Agenda Item No. 1379

SUBJECT:
**PETROBRAS FINANCIAL STATEMENTS (PARENT COMPANY AND CONSOLIDATED COMPANIES) - Period Ended 9/30/2013 (DIF-ACCOUNTING-191/2013, of 10/25/2013)**

DECISION

The Executive Board took cognizance of the Petrobras Financial Statements (Parent Company and Consolidated Companies) for the period ended 09/30/2013, and decided to submit the matter to the Board of Directors, in view of the provisions of articles 28, section IV, and 33, section I, paragraph "d" of the Company's Bylaws.

INFORMED
DFIN; ACCOUNTING; PERFORMANCE; STRATEGY; INVESTORS; Board of Directors; Audit Committee; Board of Directors/COAUD

Hélio S. Fujikawa
Secretary General of Petrobras

 

```
PETROBRAS
SECRETARY GENERAL
Executive Board
AGENDA: 1379/2013
-CA 049/2013
```

**EXECUTIVE SUMMARY**
**BOARD OF DIRECTORS**

ORIGINATED BY: CFO AND DIRECTOR OF INVESTOR RELATIONS

SUBJECT: Petrobras Financial Statements (Parent Company and Consolidated Companies) on 9/30/2013

EXECUTIVE BOARD: The matter was considered at the meeting on 10/25/2013

PURPOSE:
To consider the financial statements of Petróleo Brasileiro S.A. - Petrobras (Parent Company and Consolidated) for the period ended 09/30/2013, together with the respective notes and opinion of PricewaterhouseCoopers (PwC), Independent Auditors. This information will be forwarded to the Brazilian Securities and Exchange Commission (CVM) and disclosed to shareholders, entities on the capital market, the government, external control bodies and society in general.

DESCRIPTION:
According to Articles 28 and 33 of the Petrobras Bylaws, the Board of Directors and the Executive Directorate are responsible for evaluating the performance results of the Company and its Subsidiaries and Affiliates.
Net profit for the period from January to September 2013 was R$ 17,157 million for Petrobras (Parent Company) and R$ 17,289 million for the Petrobras System (Consolidated statement). In relation to the results recorded in the same period for 2012 (R$ 13,176 million at the Parent Company and R$ 13,435 million in Consolidated statement), there was a 30% increase at the Company and 29% for the Consolidated statement, due to:
• Higher prices for sales of products on the domestic market due to gasoline and diesel price adjustments, higher energy prices, and the foreign exchange impacts (10%) on the prices of derivatives linked to the international market:
• Lower write-offs of dry and sub-commercial wells (R$ 1,211 million);
• Recognition of gains from the sale of assets (R$ 2,307 million);
• Net financial expenses of R$ 3,181 million, within R$ 3,330 million for the period of Jan. – Sept. 2012, due to the reduction of foreign exchange exposure through the extending of hedge accounting to protect future exports, reducing foreign exchange impacts on the financial results by R$ 8,434 million.
These factors partially helped to offset these effects:
• Lower volume of oil exported, due to lower production and a more processed load:
• Higher volumes of natural gas imports to meet thermal demand, and oil due to increased processing of refineries, combined with the impact of exchange rate depreciation of 10% on its costs;

[initials]
Confidential                                                                                                         PBRCG_00749238

**PETROBRAS** 

*02*
[signature] [initials]
NP-3

---

- Higher spending on oil production, resulting from the increased number of workover projects on wells and the start of operation of new facilities not yet producing at full capacity;
- Increased expenses arising from staff salary adjustments pursuant to the 2012 Collective Bargaining Agreement and the adjustment of reserves in the 2013 ACT;

EBITDA was 14% higher than the January – September 2012 period (R$ 5,918 million), due to higher prices in the sales of products on the domestic market, lower exploration costs and gains calculated from the sale of assets, partially offset by a lower volume of oil exported and higher personnel expenses.

---

DECISIONS REQUESTED:

a) To take cognizance of the financial statements of Petróleo Brasileiro S.A. - Petrobras (Parent Company and Consolidated) for the year ended 09/30/2013; and

b) To determine that said documents should be sent to the Audit Committee in view of the provisions of Art. 163, item VII of Law no. 6,404/76 of 12/15/76, as amended by Law 10,303/2001, and Article 46, item II of the Company's Bylaws.

---

Prepared on 10/25/2013.

[signature]
MARCOS MENEZES
Executive Manager
Accounting

2



translations@geotext.com
www.geotext.com

STATE OF NEW YORK  )
                   )
                   )   ss
                   )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached pages with Bates Nos. PBRCG_00749236—PBRCG_00749239.

_____

Elaine Wilson, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 22nd day of June, 20 16.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York          Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500
London            Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143

**PETROBRAS** 

Secretaria Geral da Petrobras (SEGEPE)

# COMUNICAÇÃO DE DECISÃO DO CONSELHO DE ADMINISTRAÇÃO

Nos termos do Padrão de Classificação e Tratamento das Informações do Sistema Petrobras - PG-0V3-00054-B - item 6.1.1, as informações contidas neste comunicado só poderão ser repassadas a usuários que, no exercício de função ou atividade, tenham necessidade de conhecê-las.

REFERÊNCIA

Ata CA 1.384, item 3, de 25-10-2013 - Pauta n° 49

ASSUNTO

**DEMONSTRAÇÕES CONTÁBEIS DA PETROBRAS (CONTROLADORA E CONSOLIDADAS) - Período Findo em 30-9-2013**

DECISÃO

O Conselho de Administração, nos termos da apresentação, dos esclarecimentos, dos comentários e do Resumo Executivo, relativos à matéria, e com abstenção do Conselheiro Mauro Rodrigues da Cunha: a) tomou conhecimento das Demonstrações Contábeis da Petrobras (Controladora e Consolidadas) relativas ao período findo em 30-9-2013; e b) determinou que os citados documentos sejam encaminhados ao Conselho Fiscal, atendendo ao disposto no artigo 163, inciso VII, da Lei n° 6.404/1976, de 15-12-1976, alterado pela Lei n° 10.303/2001, e ao artigo 46, item II do Estatuto Social da Companhia.

CIENTIFICADOS(S)

DFIN, CONTABILIDADE, ESTRATÉGIA, DESEMPENHO, CONSELHO-CA/COAUD, CONSELHO-FISCAL, INVESTIDORES

Hélio Shiguenobu Fujikawa
Secretário-Geral da Petrobras

Confidential                                                                 PBRCG_00749236

**BR PETROBRAS**



*Secretaria-Geral da Petrobras*

# COMUNICAÇÃO DE DECISÃO DA DIRETORIA EXECUTIVA

Nos termos do Padrão de Classificação e Tratamento das Informações do Sistema Petrobras - PG-0V3-00062-C - item 6.1.12, as informações contidas neste comunicado devem estar restritas às pessoas que tenham necessidade de conhecê-las para a adequada execução de suas atividades profissionais.

REFERÊNCIA

Ata DE 5.079, item único, de 25-10-2013 - Pauta nº 1379

ASSUNTO

**DEMONSTRAÇÕES CONTÁBEIS DA PETROBRAS (CONTROLADORA E CONSOLIDADAS) - Período Findo em 30-9-2013 (DIP-CONTABILIDADE-191/2013, de 25-10-2013)**

DECISÃO

A Diretoria Executiva tomou conhecimento das Demonstrações Contábeis da Petrobras (Controladora e Consolidadas), relativas ao período findo em 30-9-2013, e resolveu submeter a matéria ao Conselho de Administração, tendo em vista o disposto nos artigos 28, inciso IV, e 33, inciso I, alínea "d", do Estatuto Social da Companhia.

CIENTIFICADO(S)

DFIN; CONTABILIDADE; DESEMPENHO; ESTRATEGIA; INVESTIDORES; C.A.; C.F.; CONSELHO-CA/COAUD

Hélio S. Fujikawa
Secretário-Geral da Petrobras

Confidential



PETROBRAS
SECRETARIA GERAL
D.E. 1329
PAUTA:
C.A. 019/2013

# RESUMO EXECUTIVO
# CONSELHO DE ADMINISTRAÇÃO

**ORIGINADO POR:** DIRETOR FINANCEIRO E DE RELAÇÕES COM INVESTIDORES

**ASSUNTO:** Demonstrações Contábeis da Petrobras (Controladora e Consolidadas) – em 30.09.2013.

**DIRETORIA EXECUTIVA:** O assunto foi apreciado na reunião de 25.10.2013.

## OBJETIVO:

Apreciar as demonstrações contábeis da Petróleo Brasileiro S.A. – Petrobras (Controladora e Consolidadas) relativas ao período findo em 30.09.2013, acompanhadas das respectivas notas explicativas e de opinião da PricewaterhouseCoopers (PwC) Auditores Independentes. Essas informações serão encaminhadas à Comissão de Valores Mobiliários – CVM e divulgadas aos acionistas, às entidades do mercado de capitais, ao governo, aos órgãos de controle externo e à sociedade em geral.

## DESCRIÇÃO:

De acordo com os artigos 28 e 33 do Estatuto Social da Petrobras, compete ao Conselho de Administração e a Diretoria Executiva avaliar os resultados de desempenho das atividades da Companhia e de suas Subsidiárias e Controladas.

O lucro líquido do período de jan-set/2013 foi de R$ 17.157 milhões na Petrobras (Controladora) e R$ 17.289 milhões no sistema Petrobras (Consolidado). Em relação ao resultado apurado no mesmo período de 2012 (R$ 13.176 milhões na Controladora e R$ 13.435 milhões no Consolidado), houve um aumento de 30% na Controladora e de 29% no Consolidado, devido a:

• Maiores preços nas vendas de derivados no mercado interno devido aos reajustes de gasolina e diesel, aos maiores preços de energia e aos impactos cambiais (10%) sobre os preços dos derivados atrelados ao mercado internacional;

• Menores baixas de poços secos e subcomerciais (R$ 1.211 milhões);

• Reconhecimento de ganhos na venda de ativos (R$ 2.307 milhões);

• Despesa financeira líquida de R$ 3.181 milhões, inferior em R$ 3.330 milhões em relação ao período de jan-set/2012, decorrente da redução da exposição cambial pela extensão da contabilidade de hedge para proteção de exportações futuras, reduzindo em R$ 8.434 milhões os impactos cambiais no resultado financeiro.

Contribuíram para compensar, parcialmente, esses efeitos:

• Menor volume de petróleo exportado, em função da menor produção e maior carga processada;

• Maiores volumes de importações de gás natural, para atendimento à demanda térmica, e de petróleo, devido ao maior processamento das refinarias, combinado com o impacto da depreciação cambial de 10% sobre seus custos;

Confidential

PBRCG_00749238

 

- Maiores gastos com produção de óleo, decorrentes do maior número de intervenções de poços e da entrada em operação de novas instalações, as quais ainda não produziram a totalidade de sua capacidade;
- Maiores gastos com pessoal decorrentes do reajuste salarial do Acordo Coletivo de Trabalho de 2012 e do provisionamento do reajuste no ACT 2013;

O EBITDA foi 14% superior ao período de jan-set/2012 (R$ 5.918 milhões), em razão dos maiores preços nas vendas de derivados no mercado interno, dos menores custos exploratórios e dos ganhos apurados na venda de ativos, compensados parcialmente pelo menor volume de petróleo exportado e pelos maiores gastos com pessoal.

## DECISÕES SOLICITADAS:

a) Tomar conhecimento das demonstrações contábeis da Petróleo Brasileiro S.A. – Petrobras (Controladora e Consolidadas) relativas ao período findo em 30.09.2013; e

b) Determinar que os citados documentos sejam encaminhados ao Conselho Fiscal, atendendo ao disposto no art. 163, inciso VII, da Lei nº 6.404/76 de 15.12.76, alterado pela Lei 10.303/2001, e ao artigo 46, item II do Estatuto Social da Companhia.

Preparado em 25/10/2013.

MARCOS MENEZES
Gerente Executivo
Contabilidade

Confidential                                                                                                                PBRCG_00749239