# EXHIBIT J

**Secretary General of Petrobras (SEGEPE)**

# COMMUNICATION OF DECISION BY THE BOARD OF DIRECTORS

Under the Standard for Classification and Treatment of Petrobras System Information – PG-0V3-00054-B – item 6.1.1, the information contained in this notice may only be forwarded to users who, in the exercise of their duties or activity, have a need to know this information.

REFERENCE

**Minutes CA 1,363, item 3, of 02/09/2012 - Agenda Item No. 06**

SUBJECT:

**PETROBRAS FINANCIAL STATEMENTS (PARENT COMPANY AND CONSOLIDATED COMPANIES) - 2011 Fiscal Year**

## DECISION

The Board of Directors: a) approved, in compliance with article 51 of the Company's Bylaws, the accounting reserve for the stake of Petrobras employees profit sharing (PLPv) for the 2011 financial year in the amount of R$ 1.295 billion, with the portion for administrators being subject to the resolution of the 2012 Annual General Meeting (Aug-2012), as provided for in article 41 of the Company's Bylaws; b) approved the Petrobras Financial Statements (Parent Company and Consolidated companies) for the 2011 fiscal year, to be submitted for resolution by the Aug-2012 AGM; c) approved the proposed allocation of net profits, to be submitted for resolution by the 2012 AGM, which shall consider the distribution of dividends for the 2011 financial year in the amount of R$ 12.001 billion (equivalent to R$ 0.92 per common and preferred share) including R$ 10.436 billion in interest on capital (equivalent to R$ 0.80 per share), withholding the remaining earnings for 2011, amounting to R$ 18.347 billion, of which R$ 18.337 billion is from 2011 income and R$ 10 million from the remaining balance of retained earnings, which is intended to partially provide for the annual investment program established in the 2012 capital budget, to be approved at the Aug-2012 AGM, and the withholding of R$ 81 million in reserves for tax incentives; d) approved the proposed capital increase of part of the tax incentive reserves, as regards the investment incentives under SUDAM [*Superintendência de Desenvolvimento da Amazonia*; Superintendent Office for Development of the Amazon] and SUDENE [*Superintendência de Desenvolvimento do Nordeste*; Superintendent Office for Development of the Northeastern region] , in

[initials]

Confidential

PBRCG_00748907

**Secretary General of Petrobras (SEGEPE)**

the amount of R$ 12 million, in compliance with article 35, paragraph 1, of Administrative Ruling No. 2,091/2007, of the Minister of State for National Integration, without issuing new shares, and an Extraordinary General Meeting called, to be held on the same date as the Annual General Meeting, to decide on this proposal and the subsequent amendment of article 4 of the Company's Bylaws; f) decided that the aforesaid documents shall be submitted to the Audit Committee pursuant to the provisions of article 163, item VII of Law No. 6,404/1976 of 12/15/1976, amended by Law No. 10,303/2001, and article 46, item II of the Company's Bylaws.

INFORMED

ACCOUNTING, STRATEGY, INVESTORS, HR, COMMUNICATION, FINANCE, AUDIT COMMITTEE, BOARD OF DIRECTORS/COAUD, AUDITING

[signature]
Hélio Shiguenobu Fujikawa
Secretary General of Petrobras

Confidential

**PETROBRAS**
**Secretary General of Petrobras (SEGEPE)**

*CONFIDENTIAL*

# COMMUNICATION OF DECISION BY THE EXECUTIVE BOARD

Under the Standard for the Classification and Treatment of PETROBRAS System Information - PG-0V3-00054-B - item 6.1.1, the information in this notice may only be forwarded to users who, in the exercise of their duties or activity, have a need to know this information.

REFERENCE
Minutes DE 4,923, item 5, from 02/09/2012 - Agenda Item No. 175

SUBJECT:
**PETROBRAS FINANCIAL STATEMENTS (PARENT COMPANY AND CONSOLIDATED COMPANIES) - Period Ended 12/31/2011 (DIP-ACCOUNTING-37/2012 of 02/09/2012)**

DECISION

The Executive Directorate approved the proposals made and decided to submit the matter to the Board of Directors, in view of the provisions of articles 28, section IV, and 33, section I, paragraph "d" of the Company's Bylaws.

INFORMED
DFIN; ACCOUNTING; BOARD OF DIRECTORS/CA; BOARD OF DIRECTORS/COAUD AUDIT COMMITTEE; STRATEGY; PERFORMANCE

Hélio S. Fujikawa
Secretary General of Petrobras

**CONFIDENTIAL**

**EXECUTIVE SUMMARY**
**BOARD OF DIRECTORS**

| PETROBRAS SECRETARY GENERAL |
|---|
| Date of Issue |
| *1379/2013* |
| AGENDA No.: -CA |

BY: CFO AND DIRECTOR OF INVESTOR RELATIONS

SUBJECT: Petrobras Financial Statements (Parent Company and Consolidated companies) on 12/31/2011

EXECUTIVE BOARD: The matter was considered at the meeting of 02/09/2012.

PURPOSE: Consider the financial statements of Petróleo Brasileiro S.A. - Petrobras (Parent Company and Consolidated companies), together with the notes thereto and the report by KPMG Independent Auditors for the year ended 12/31/2011, as well as proposals for a reserve for employee profit sharing, including dividends and retained earnings for fiscal incentive reserves and for compliance with the 2012 capital budget, in addition to the incorporation of the tax incentive reserve into capital. This information will be forwarded to the Brazilian Securities and Exchange Commission (CVM) and disclosed to shareholders, entities on the capital market, the government, external control bodies and society in general.

DESCRIPTION:
According to articles 28 and 33 of the Petrobras Bylaws, the Board of Directors and the Executive Directorate are responsible for evaluating the performance results of the Company and its Subsidiaries and Affiliates, and in accordance with Article 29, paragraphs VI and X, the Board of Directors is responsible for resolving on the Management Report and Executive Board accounts, as well as calling the General Shareholders Meeting.
Thus, the Petrobras financial statements for the 2011 financial year are being submitted for approval, along with proposals for the payment of employee profit sharing or 2011 results (PLR) and the allocation of revenues, including distribution of dividends, withholding of the remaining earnings for 2011 and the incorporation of the tax incentive reserve into capital.
Net profit for 2011 was R$ 33,101 million at Petrobras (Parent Company) and R$ 33,313 million for the Petrobras Group (Consolidated), a decrease of 5% for the Company and for the consolidated companies in relation to 2010 (R$ 35,036 million at the Parent Company and R$ 35,189 million for the consolidated companies), as analyzed below:
• Increase in profitability of exports, international sales and trade transactions, due to higher international prices for oil and derivatives. These effects, associated with the 2% increase in domestic production of oil and gas and the recognition of one-time tax credits (R$ 1,406 million) exceeded the increases in the cost of oil and derivatives imports and government holdings, as well as the reduction in export volumes;

[signature]
MARCOS MENEZES
Executive Manager
Accounting

**PETROBRAS**
**Secretary General of Petrobras (SEGEPE)**

Case 1:14-cv-09662-JSR   Document 972-10   Filed 09/24/19   Page 6 of 14

No. 2*02*
[signature]
INITIALS

**CONFIDENTIAL**

- Higher operating expenses (R$ 2,003 million), due to increases in i) general and administrative expenses (R$ 845 million), mainly personnel expenses; ii) expenses for prospecting and exploration (R$ 631 million), increase in exploration activities and the write-offs of dry wells in Brazil; iii) research and development expenses (R$ 705 million), particularly development of the system Subsea Water Oil Separation System (SSAO) and greater spending on projects on projects with institutions accredited by the National Agency for Oil, Natural Gas and Biofuels (ANP); iv) losses for recovery of oil and gas production assets (R$ 412 million) and petrochemicals assets (R$ 278 million) and; v) expenses incurred for unscheduled stoppages in operational and maintenance processes for the Company's equipment (R$ 786 million) recorded under other operating expenses. Part of these effects were offset by the refund of for Contribution for Financing Social Security (Cofins) on financial income and exchange rate gains (R$ 491 million) and compensation from the arbitration proceedings (R$ 339 million) associated with a reserve for extraordinary expenses with contingencies in 2010, mainly tax-related (R$ 1,164 million).

- Reduction in net financial revenues (R$ 2,498 million) due to the effect of exchange rate depreciation of 12.6% on debt (appreciation of 4.3% in 2010), partially offset by increased revenues from financial investments and government securities, due to the higher balance invested and the increase in interest rates on financial investments domestically.

- Positive variation in earnings attributable to non-controlling companies (R$ 895 million), due to the effect of the exchange rate on dollar-denominated debt in special purpose entities (SPEs).

The Company adopted the accounting practice provided for in CPC 19 (R1), approved by CVM Resolution 666/11, which allows for the use of the equity method for valuation and statements for investments in jointly controlled entities. Previously, these investments were consolidated in the asset, liability, income and expense accounts in proportion with the percentage of equity holdings. Although the adoption of CPC 19 produced changes in assets, liabilities, income and expenses, as well as in indicators, there was no effect in terms of net earnings and equity attributable to shareholders of Petrobras. Thus, for comparison purposes, the information for prior periods has been adjusted retroactively to 01/01/2010.

Net earnings for 2011 enabled the dividend distribution proposal in the amount of R$ 12,001 million (R$ 0.92 per share), including the portion of interest on stockholder's equity in the amount of R$ 10,436 million (R$ 0.80 per share), which meets the statutorily guaranteed rights of preferred shares and is being proposed equally to common and preferred shares. The proposed amount reached 38.25% of base earnings since the rights of the preferred shareholders guarantee a 3% dividend from the share of equity representing preferred shares, higher than the minimum equivalent to 25% of the base earnings for determining dividends.

[signature]
MARCOS MENEZES
Executive Manager
Accounting

*303* [initial]

**CONFIDENTIAL**

> • The employees' profit sharing (PLR) amounted to R$ 1,295 million, supported by the current legal reserves and the guidelines established by the Department of Coordination and Governance of State Enterprises (DEST), the Ministry of Planning, Budget and Management, and the Ministry of Mines and Energy, based on the application of a percentage of 4.5% on the consolidated net earnings before employees and management profit sharing and profit sharing with non-controlling shareholders. Management profit sharing will be subject to approval at the 2012 Annual General Meeting in accordance with articles 41 and 56 of the Company's Bylaws and specific federal regulations.

DECISIONS REQUESTED:

a) To approve, pursuant to Article 51 of the Bylaws, the accounting reserve for Petrobras employee profit sharing (PLR) for 2011 in the amount of R$ 1,295 million, with the management's portion of profit sharing being subject to the resolution of Annual General Meeting (AGM), provided in article 41 of the Bylaws;

b) To approve the Petrobras Financial Statements (Parent Company and Consolidated) for the 2011 financial year, to be submitted to the AGM for resolution;

c) To approve the proposal for allocation of net earnings, to be submitted to the resolution of the AGM, which shall consider the distribution for the 2011 financial year of a dividend in the amount of R$ 12,001 million (equivalent to R$ 0.92 per common and preferred share), including the amount of R$ 10.436 million in interest on stockholder's equity (equivalent to R$ 0.80 per share), retaining the remaining earnings for 2011, amounting to R$ 18,347 million, of which R$ 18,337 million is from earnings for 2011 and R$ 10 million from the remaining balance of retained earnings, which is intended to partially meet the annual investment program established in the 2012 capital budget, to be approved at the AGM, and the retaining of R$ 81 million in reserve for tax incentives;

d) To approve the proposed incorporation of part of the tax incentive reserve into capital, referring to the incentive for investments under SUDAM and SUDENE, in the amount of R$ 12 million, in compliance with article 35, paragraph 1, of Administrative Ruling No. 2,091/07 of the Minister of National Integration, without issuing new shares, and to call an Extraordinary General Meeting on the same date as the AGM to decide on this proposal and the subsequent amendment of Article 4 of the Company's Bylaws; and

e) To determine that the aforementioned documents be forwarded to the Audit Committee, in compliance with the provisions of Art. 163, item VII, of Law No. 6,404/76 of dated 12/15/76, as amended by Law 10,303/2001, and Article 46, item II of the Company's Bylaws.

Prepared on 02/09/2012.

[signature]
MARCOS MENEZES
Executive Manager
Accounting

translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )    ss
COUNTY OF NEW YORK   )

# CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached pages with Bates Nos. PBRCG_00748907–PBRCG_00748912.

Elaine Wilson, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this 22nd day of June, 20 16.

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York          Washington, D.C.      Chicago            Houston            San Francisco
t: +1.212.631.7432   t: +1.202.828.1267   t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London            Paris                Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47   t: +46.8.463.11.87   t: +49.69.7593.8434   t: +852.2159.91 43


## PETROBRAS
Secretaria Geral da Petrobras (SEGEPE)

# COMUNICAÇÃO DE DECISÃO
# DO
# CONSELHO DE ADMINISTRAÇÃO

Nos termos do Padrão de Classificação e Tratamento das Informações do Sistema Petrobras - PG-0V3-00054-B - item 6.1.1, as informações contidas neste comunicado só poderão ser repassadas a usuários que, no exercício de função ou atividade, tenham necessidade de conhecê-las.

REFERÊNCIA

Ata CA 1.363, item 3, de 09-02-2012 - Pauta nº 06

ASSUNTO

DEMONSTRAÇÕES CONTÁBEIS DA PETROBRAS (CONTROLADORA E CONSOLIDADAS) - Exercício Social de 2011

DECISÃO

O Conselho de Administração: a) aprovou, em atendimento ao artigo 51 do Estatuto Social da Companhia, o provisionamento contábil de participação dos empregados da Petrobras nos lucros ou resultados (PLR) do exercício de 2011, no valor de R$1.295 milhões, submetendo a parcela dos administradores à deliberação da Assembleia Geral Ordinária de 2012 (AGO-2012), conforme disposto no artigo 41 do Estatuto Social da Companhia; b) aprovou as Demonstrações Contábeis da Petrobras (Controladora e Consolidadas) do exercício social de 2011, a serem submetidas à deliberação da AGO-2012; c) aprovou a proposta de destinação do resultado, a ser submetida à deliberação da AGO-2012, que considera a distribuição do dividendo do exercício de 2011 no montante de R$12.001 milhões (equivalente a R$0,92 por ação ordinária e preferencial), incluindo a parcela de R$10.436 milhões de juros sobre o capital próprio (equivalente a R$0,80 por ação), a retenção de lucro remanescente do exercício de 2011, no montante de R$18.347 milhões, sendo R$18.337 milhões proveniente do lucro do exercício de 2011 e R$10 milhões provenientes de saldo remanescente de lucros acumulados, que se destina a atender parcialmente o programa anual de investimentos, estabelecido no orçamento de capital de 2012, a ser deliberada na AGO-2012, e a retenção de R$81 milhões em reserva de incentivos fiscais; d) aprovou a proposta de incorporação ao capital de parte de reserva de incentivos fiscais, referente ao incentivo para subvenção de investimentos no âmbito da SUDAM e SUDENE, no montante de R$12 milhões, em

Confidential

PBRCG_00748907

**PETROBRAS**

**Secretaria Geral da Petrobras (SEGEPE)**

atendimento ao artigo 35, parágrafo 1º, da Portaria nº 2.091/2007, do Ministro de Estado da Integração Nacional, sem a emissão de novas ações, e convocou uma Assembleia Geral Extraordinária, a ser realizada na mesma data da Assembleia Geral Ordinária, para deliberar sobre esta proposta e a consequente alteração do artigo 4º do Estatuto Social da Companhia; e f) determinou que os citados documentos sejam encaminhados ao Conselho Fiscal, atendendo ao disposto no artigo 163, inciso VII, da Lei nº 6.404/1976 de 15-12-1976, alterado pela Lei nº 10.303/2001, e ao artigo 46, inciso II, do Estatuto Social da Companhia.

CIENTIFICADOS(S)

CONTABILIDADE, ESTRATÉGIA, INVESTIDORES, RH, COMUNICAÇÃO, FINANÇAS, CONSELHO-CF, CONSELHO-CA/COAUD, AUDITORIA

*[signature]*

Hélio Shiguenobu Fujikawa
Secretário-Geral da Petrobras

Confidential



*Secretaria-Geral da Petrobras*

**CONFIDENCIAL**

# COMUNICAÇÃO DE DECISÃO DA DIRETORIA EXECUTIVA

Nos termos do Padrão de Classificação e Tratamento das Informações do Sistema PETROBRAS PG-0V3-00054-B - item 6.1.1, as informações contidas neste comunicado só poderão ser repassadas a usuários que, no exercício de função ou atividade, tenham necessidade de conhecê-las.

REFERÊNCIA

Ata DE 4.923, item 5, de 09-02-2012 - Pauta nº 175

ASSUNTO

**DEMONSTRAÇÕES CONTÁBEIS DA PETROBRAS (CONTROLADORA E CONSOLIDADAS)** - Período Findo em 31-12-2011 (DIP-CONTABILIDADE-37/2012, de 9-2-2012)

DECISÃO

A Diretoria Executiva aprovou as proposições formuladas e resolveu submeter a matéria ao Conselho de Administração, tendo em vista o disposto nos artigos 28, inciso IV, e 33, inciso I, alínea "d", do Estatuto Social da Companhia.

CIENTIFICADO(S)

DFIN; CONTABILIDADE; CONSELHO-CA/CA; CONSELHO-CA/COAUD; CONSELHO-CF; ESTRATEGIA; DESEMPENHO

Hélio S. Fujikawa
Secretário-Geral da Petrobras

Confidential

**BR PETROBRAS**                    **CONFIDENCIAL**

PETROBRAS
SECRETARIA GERAL
D.E. 1/5/2012
PAUTA:
C.A. 06/2012

## RESUMO EXECUTIVO
## CONSELHO DE ADMINISTRAÇÃO

**ORIGINADO POR:** DIRETOR FINANCEIRO E DE RELAÇÕES COM INVESTIDORES

**ASSUNTO:** Demonstrações Contábeis da Petrobras (Controladora e Consolidadas) – em 31.12.2011.

**DIRETORIA EXECUTIVA:** O assunto foi apreciado na reunião de 09.02.2012.

**OBJETIVO:** Apreciar as demonstrações contábeis da Petróleo Brasileiro S.A. – Petrobras (Controladora e Consolidadas), acompanhadas das respectivas notas explicativas e de parecer da KPMG Auditores Independentes, relativas ao exercício findo em 31.12.2011, bem como das propostas de provisionamento de participação de empregados nos lucros ou resultados, de destinação de resultado, que inclui distribuição de dividendos e retenção de lucros para reservas de incentivos fiscais e para cumprimento do orçamento do capital de 2012, além da incorporação ao capital de parte da reserva de incentivos fiscais. Essas informações serão encaminhadas à Comissão de Valores Mobiliários – CVM e divulgadas aos acionistas, às entidades do mercado de capitais, ao governo, aos órgãos de controle externo e à sociedade em geral.

**DESCRIÇÃO:**
De acordo com os artigos 28 e 33 do Estatuto Social da Petrobras, compete ao Conselho de Administração e a Diretoria Executiva avaliar os resultados de desempenho das atividades da Companhia e de suas Subsidiárias e Controladas e de acordo com o artigo 29, parágrafos VI e X, compete ao Conselho de Administração deliberar sobre o relatório de Administração e contas da Diretoria Executiva, assim como convocar Assembleia Geral de Acionistas.

Desta forma, estão sendo submetidas à aprovação as demonstrações contábeis da Petrobras do exercício de 2011, assim como as propostas para pagamento de participação de empregados nos lucros ou resultados de 2011 (PLR) e da destinação do resultado, que inclui a distribuição de dividendos, a retenção do lucro remanescente de 2011 e a incorporação ao capital de reserva de incentivos fiscais.

O lucro líquido do exercício de 2011 foi de R$ 33.101 milhões na Petrobras (Controladora) e R$ 33.313 milhões no Sistema Petrobras (Consolidado), representando uma redução de 5% na Controladora e no Consolidado, em relação ao exercício de 2010 (R$ 35.036 milhões na Controladora e R$ 35.189 milhões no Consolidado), conforme analisado a seguir:

• Aumento da lucratividade das exportações, vendas internacionais e operações de trading, em decorrência das maiores cotações internacionais do petróleo e derivados. Esses efeitos, associados ao aumento de 2% na produção nacional do óleo e gás e ao reconhecimento de créditos fiscais extemporâneos (R$ 1.406 milhões), superaram os aumentos nos custos com importações de petróleo e derivados e participações governamentais bem como a redução nos volumes exportados;

MARCOS MENEZES
Gerente Executivo
Contabilidade

 

**CONFIDENCIAL**

•Maiores despesas operacionais (R$ 2.003 milhões), devido aos aumentos em: i) despesas gerais e administrativas (R$ 845 milhões), principalmente gastos com pessoal; ii) despesas com prospecção e exploração (R$ 631 milhões), pelos aumentos na atividade exploratória e nas baixas de poços secos no Brasil; iii) despesas com pesquisa e desenvolvimento (R$ 705 milhões), destacando-se o desenvolvimento do Sistema de Separação Submarina de Água e Óleo-SSAO e maiores gastos com projetos junto a instituições credenciadas pela ANP; iv) perdas com recuperação de ativos de produção de óleo e gás (R$ 412 milhões) e petroquímicos (R$ 278 milhões) e; v) gastos incorridos com paradas não programadas em processos operacionais e manutenção em equipamentos da Companhia (R$ 786 milhões), registrados em outras despesas operacionais. Parte desses efeitos foi compensada pela recuperação de COFINS sobre receitas financeiras e variações cambiais ativas (R$ 491 milhões) e indenização decorrente de processo arbitral (R$ 339 milhões), associado ao provisionamento em 2010 de despesas extraordinárias com contingências, principalmente de natureza tributária (R$ 1.164 milhões).

• Redução de receitas financeiras líquidas (R$ 2.498 milhões) devido ao efeito da depreciação cambial de 12,6% sobre o endividamento (apreciação de 4,3% em 2010), compensada parcialmente pelo aumento de receitas com aplicações financeiras e títulos públicos federais, em função do maior saldo aplicado e do aumento na taxa de juros incidentes sobre aplicações financeiras no país.

• Variação positiva no resultado atribuível a não controladores (R$ 895 milhões), em decorrência do comportamento do câmbio sobre o endividamento em dólar de empresas de propósito específico (SPE).

A Companhia adotou prática contábil prevista no CPC 19 (R1), aprovado pela Deliberação CVM 666/11, que permite a utilização do método de equivalência patrimonial para avaliação e demonstração de investimentos em entidades controladas em conjunto. Anteriormente, esses investimentos eram consolidados em contas de ativo, passivo, receitas e despesas proporcionalmente à participação acionária. Apesar da adoção do CPC 19 ter produzido alterações em contas de ativo, passivo, receita e despesa, bem como em indicadores, o efeito foi nulo em termos do lucro líquido e do patrimônio líquido atribuíveis aos acionistas da Petrobras. Assim, para efeito de comparação, as informações de períodos anteriores foram ajustadas retroativamente a 01.01.2010.

O lucro líquido do exercício de 2011 possibilitou a proposta de distribuição de dividendos no montante de R$ 12.001 milhões (R$ 0,92 por ação), incluindo a parcela de juros sobre o capital próprio, no montante de R$ 10.436 milhões (R$ 0,80 por ação), que atende aos direitos garantidos estatutariamente às ações preferenciais e está sendo proposto indistintamente às ações ordinárias e preferenciais. O valor proposto alcançou 38,25% do lucro básico uma vez que os direitos dos preferencialistas garantem dividendos de 3% da parcela do patrimônio líquido representativa das ações preferenciais, superior ao mínimo equivalente a 25% sobre o lucro básico para determinação dos dividendos.

MARCOS MENEZES
Gerente Executivo
Contabilidade

 **PETROBRAS**     **CONFIDENCIAL**

- A participação dos empregados nos lucros ou resultados (PLR) monta R$ 1.295 milhões, suportada nas disposições legais vigentes, bem como nas diretrizes estabelecidas pelo Departamento de Coordenação e Governança das Empresas Estatais - DEST, do Ministério do Planejamento, Orçamento e Gestão, e pelo Ministério de Minas e Energia, tendo por base a aplicação do percentual de 4,5% sobre o lucro líquido consolidado antes da participação de empregados e administradores e da participação dos acionistas não controladores. A participação dos administradores nos lucros ou resultados será objeto de deliberação pela Assembléia Geral Ordinária, de 2012, na forma disposta pelos artigos 41 e 56 do Estatuto Social da Companhia e pelas normas federais específicas.

DECISÕES SOLICITADAS:

a) Aprovar, em atendimento ao Artigo 51 do Estatuto Social, o provisionamento contábil de participação dos empregados da Petrobras nos lucros ou resultados (PLR) do exercício de 2011, no valor de R$ 1.295 milhões, submetendo a parcela dos administradores à deliberação de Assembleia Geral Ordinária – AGO, conforme dispositivo no artigo 41 do Estatuto Social;

b) Aprovar as Demonstrações Contábeis da Petrobras (Controladora e Consolidadas) do exercício social de 2011, a serem submetidas à deliberação de AGO;

c) Aprovar a proposta de destinação do resultado, a ser submetida à deliberação de AGO, que considera a distribuição do dividendo do exercício de 2011 no montante de R$ 12.001 milhões (equivalente a R$ 0,92 por ação ordinária e preferencial), incluindo a parcela de R$ 10.436 milhões de juros sobre o capital próprio (equivalente a R$ 0,80 por ação), a retenção de lucro remanescente do exercício de 2011, no montante de R$ 18.347 milhões, sendo R$ 18.337 milhões proveniente do lucro do exercício de 2011 e R$ 10 milhões provenientes de saldo remanescente de lucros acumulados, que se destina a atender parcialmente o programa anual de investimentos, estabelecido no orçamento de capital de 2012, a ser deliberada na AGO, e a retenção de R$ 81 milhões em reserva de incentivos fiscais;

d) Aprovar a proposta de incorporação ao capital de parte da reserva de incentivos fiscais, referente ao incentivo para subvenção de investimentos no âmbito da SUDAM e SUDENE, no montante de R$ 12 milhões, em atendimento ao artigo 35, parágrafo 1º, da Portaria nº 2.091/07 do Ministro de Estado da Integração Nacional, sem a emissão de novas ações, e convocar uma Assembleia Geral Extraordinária para a mesma data da AGO, para deliberar sobre esta proposta e a consequente alteração do artigo 4º do Estatuto Social da Companhia; e

e) Determinar que os citados documentos sejam encaminhados ao Conselho Fiscal, atendendo ao disposto no art. 163, inciso VII, da Lei nº 6.404/76 de 15.12.76, alterado pela Lei 10.303/2001, e ao artigo 46, item II do Estatuto Social da Companhia.

Preparado em 09/02/2012.

MARCOS MENEZES
Gerente Executivo
Contabilidade

Confidential                                                                                          PBRCG_00748912