# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x

In Re

PETROBRAS SECURITIES LITIGATION

This Document Applies to: All Cases


Cast No. 14-cv-9662

--------------------------------------x




C O N F I D E N T I A L


VIDEOTAPED DEPOSITION OF MICHAEL USSERY

Tuesday, June 14, 2016

New York, New York








REPORTED BY:

Christina Diaz, CRR, RMR, CSR, CLR

Job Number:  12714

```
 1               Confidential - M. Ussery
 2   BY MS. SZYDLO:
 3       Q.    Are you aware of any particular
 4   instances where Petrobras communicated to the
 5   public that the building of COMPERJ was only
 6   being done for the greater social good of the
 7   country?
 8               MS. VICENS:  Objection to the form.
 9       A.    I am not aware of that.
10   BY MS. SZYDLO:
11       Q.    Directing your attention to
12   paragraph 17 of your report.  Do you see that
13   you state that Petrobras is subject to audits
14   by the TCU and the CGU?
15       A.    That's a summation of that
16   paragraph, but yes.
17       Q.    What does audit mean in this
18   context?
19       A.    Audit means in the context of just
20   any type of audit where they go in and look at
21   the accounting records.
22       Q.    What kind of audit does the TCU
23   conduct?
24       A.    Well, it would be -- based on my
25   understanding, I understand that there has
```

```
 1              Confidential - M. Ussery
 2   been a TCU expert that's been engaged, so that
 3   would be a fuller understanding.  But my
 4   understanding, as I've laid out here, the
 5   types of audits would be compliance audits,
 6   contract audits, et cetera, as I have laid out
 7   here.
 8        Q.    Were there scheduled periodic
 9   audits?
10        A.    Well, as I've laid out here, there
11   is both scheduled -- yes.
12        Q.    Did the TCU issue audit reports on
13   Petrobras?
14        A.    After a period of time.  When you
15   say "issue," they would issue draft audit
16   reports or draft reports of some sort that
17   would lay out the preliminary findings, and
18   eventually it would be finalized.
19        Q.    Was that annually or at other
20   intervals?
21        A.    My understanding is that TCU, not
22   only did -- they also did periodic, but they
23   also did surprise inspections, as laid out
24   here and specified in my report.  So I am not
25   sure of the timing of when those would be
```

```
 1                 Confidential - M. Ussery
 2   issued.
 3        Q.    Did the TCU issue audit reports on
 4   Petrobras's financial statements?
 5        A.    Not that I recall.
 6        Q.    What kind of audit does the CGU
 7   conduct?
 8        A.    Of a similar nature.  They are
 9   compliance-based audits.
10        Q.    Were there scheduled periodic
11   audits?
12        A.    Again, I am not an expert in CGU
13   reports.  But my understanding is that they
14   had a combination of both scheduled and
15   surprise.
16        Q.    Did the CGU issue audit reports on
17   Petrobras?
18        A.    I am aware of CGU reports that were
19   issued on Petrobras, yes.
20        Q.    Do you know if they were annually or
21   at other intervals?
22        A.    My understanding is -- based on my
23   recollection sitting here right now, my
24   understanding is that they issued at least
25   annually.  Again, I am not an expert on CGU
```

44

1                Confidential - M. Ussery

2    reports, but that was my understanding.

3         Q.    What's the basis for your knowledge?

4         A.    It's based on my review of the -- of

5    the -- everything that's listed on Appendix C.

6    I had some discussions as well with -- with

7    attorneys.

8         Q.    You said you had discussions with

9    attorneys?

10        A.    Sorry.  Counsel, Cleary Gottlieb.

11        Q.    And did you have any discussions

12   with any other experts in this case on these

13   points?

14        A.    Any other experts with respect to

15   what point?

16        Q.    About these audits, the CGU and TCU.

17        A.    I did not have any additional

18   discussions with any experts on TCU or CGU.

19        Q.    Prior to this litigation, did you

20   have any knowledge with respect to TCU audits?

21        A.    No.

22        Q.    Prior to this case, did you have any

23   experience or knowledge with respect to CGU

24   audits?

25        A.    No.

47

1               Confidential - M. Ussery

2    paragraph 87 of your report, which is on pages

3    53 through 54.

4         A.    Okay.

5         Q.    Paragraph 87 states:

6    "Communications with regulators were

7    summarized and incorporated into the annual

8    internal audit reports presented to the audit

9    committee."

10              Do you see that language?

11        A.    Yes, ma'am.

12        Q.    Do you know if the audit committee

13   was made aware of issues identified by the

14   TCU?

15        A.    I recall a presentation from the

16   internal audit that laid out in a high-level

17   summarized form some of the issues that were

18   raised by the TCU.

19        Q.    Apart from that presentation, do you

20   know if the audit committee was made aware of

21   issues identified by the TCU?

22        A.    Off the top of my head right now, I

23   can't think of any other audit committee being

24   aware of a TCU report.  It doesn't mean it

25   didn't happen, but off the top of my head, I

1                    Confidential - M. Ussery

2      don't -- I certainly remember the discussions

3      and presentation, an internal audit

4      presentation, to the audit committee where TCU

5      reports were discussed, as well as those open

6      issues and the status of those reports.

7           Q.    Do you remember anything else about

8      that particular presentation?

9                MS. VICENS:  Objection.

10          Mischaracterizes testimony.

11          A.    Well, the presentation was very

12     lengthy.  They said a lot of things in the

13     presentation.  It included the work of the

14     internal audit, what they had done for the

15     period of time, their hours, et cetera.  So I

16     recall -- there's an example that I have

17     referred to in Exhibit C.

18     BY MS. SZYDLO:

19          Q.    But you said -- and correct me if I

20     am wrong -- that during that presentation,

21     issues identified by the TCU were discussed?

22          A.    As I recall, yes.

23          Q.    And what were those issues?

24          A.    Well, there was a lengthy list of

25     the issues that were presently being discussed

49

1              Confidential - M. Ussery

2    with the TCU with respect to their audits.

3         Q.    Do you remember any of them?

4         A.    Off the top of my head, no.

5         Q.    Do you know if the audit committee

6    was made aware of issues identified by the

7    CGU?

8         A.    It seems like that the internal

9    audit -- the same internal audit report we are

10   talking about also discussed CGU matters, if I

11   recall correctly.

12        Q.    Do you remember what any of those

13   issues were?

14        A.    They were laid out in some level of

15   detail in the internal audit report, if I

16   recall it correctly.  But specific issues,

17   sitting here today, no.

18        Q.    Do you know what the audit committee

19   did, if anything, about issues such as

20   overpricing?

21             MS. VICENS:  Objection to the form.

22        A.    A specific issue or just generally

23   or --

24   BY MS. SZYDLO:

25        Q.    Generally.

```
1                 Confidential - M. Ussery

2    your report which is entitled "Operation Lava

3    Jato," do you see paragraph 20?

4         A.    Yes, ma'am.

5         Q.    Do you see the sentence that starts

6    with "Over the course of 2014?"

7         A.    Yes, ma'am.

8         Q.    It states, "Over the course of 2014,

9    the Brazilian federal prosecutor's office

10   focused part of its investigation on

11   irregularities involving Petrobras's

12   contractors and suppliers and it covered a

13   broad payment scheme that involved a wide

14   range of participants, including former

15   Petrobras personnel."

16               Did the TCU identify irregularities

17   involving Petrobras's contractors and

18   suppliers in the 2010 through 2014 time

19   period?

20        A.    Well, I would -- define

21   irregularities.

22        Q.    Plain meaning.

23               MS. VICENS:  Objection.  Vague.

24        A.    As part of the TCU audit process

25   they would have audited as part of Fiscobras,
```

54

```
1                 Confidential - M. Ussery
2    which is some of the directives that they're
3    under.  F-I-S-C-O-B-R-A-S.  My understanding
4    with respect to Fiscobras and TCU would have
5    done audits on various contracting services as
6    part of their jobs and their normal duties and
7    responsibilities.  And as a part of that, from
8    time to time they would have raised some
9    exceptions and presented those to the company.
10   If that's what you are referring to as
11   irregularities, they raised some questions
12   about that during the course of their audit.
13        Q.    You used irregularities in the
14   sentence and I am using the same meaning.  You
15   said "Over the course of 2014, the Brazilian
16   federal prosecutor's office focused part of
17   its investigation on irregularities."
18        A.    In the context here as it's used, I
19   think this would be a little stronger --
20        Q.    Okay.
21        A.    -- than what we would use in the
22   context of what TCU would.  In the context
23   here, irregularities, because it's a criminal
24   investigation, would be a little more series.
25        Q.    Okay.  More serious than TCU's
```

138

```
 1                    Confidential - M. Ussery
 2     certifications.  I don't recall exactly where
 3     in my report I discuss that, but I do discuss
 4     their training in some level of detail.  And
 5     those certifications oftentimes require an
 6     extensive background in various types of
 7     training, various types of internal audits, et
 8     cetera.  But the specific detail, I do not
 9     have any knowledge of.
10     BY MS. SZYDLO:
11          Q.    Directing your attention to
12     paragraph 120 of your report.  Your report
13     states in paragraph 120:  "For each control
14     internal audit documented the control
15     description, performed test procedures,
16     evaluated the results and concluded on the
17     operating effectiveness of the control.
18     Internal audit testing procedures varied by
19     control but generally included inspection of
20     underlying transactions and documentary
21     evidence to ensure that Petrobras adhered to
22     its internal control policies."
23                    Do you see that language?
24          A.    Yes, ma'am.
25          Q.    Have you seen any evidence that the
```

```
 1                 Confidential - M. Ussery
 2   BY MS. SZYDLO:
 3        Q.    Using that definition of
 4   "overpayments" as you just described it, how
 5   did the internal audit group respond to
 6   evidence of overpayments on contracts that
 7   were identified by the TCU prior to 2012?
 8             MS. VICENS:  Objection to the form.
 9        A.    Well, just a point of clarification.
10   Are we talking about TCU reports that were on
11   a preliminary basis that were issued prior to
12   2012 or given to the company prior to 2012, or
13   are we talking about the physical, as you call
14   it, overpayments that might have been made by
15   the company prior to 2012?
16   BY MS. SZYDLO:
17        Q.    The reports.
18        A.    The reports.  Okay.
19             So with respect to that, the
20   internal audits -- first of all, just as I
21   understand the mechanism of the company is
22   that TCU would submit a preliminary report to
23   the company and ask them for a clarification
24   and ask them for -- to review or whatever.
25   Internal audit would take those reports and go
```

1                  Confidential - M. Ussery

2    through some of their exception items or

3    claimed exceptions.  Oftentimes the company

4    would report back to the TCU and the TCU would

5    lower -- would agree with the company.  And it

6    was a back and forth between the company and

7    back to TCU and back and forth, et cetera.  It

8    takes a very long time to settle.  The TCU, I

9    am not sure that they ever concluded that

10   there were overpayments per se.  I didn't see

11   a final TCU report that said, yes, there had

12   been overpayments.  I think that was your

13   question?

14       Q.    Yes.  You asked what I meant by that

15   question.

16       A.    Yes.

17       Q.    Now let's just look at the actual

18   overpayments.  How did the internal audit

19   group respond to evidence of overpayments on

20   contracts that were identified by the TCU

21   prior to 2012?

22            MS. VICENS:  Objection.  Asked and

23        answered.

24            MR. FARLEY:  Objection.

25       A.    As I said, internal audit -- not

143

1                    Confidential - M. Ussery

2    just internal audit but the TCU reports would

3    come in to the G-A-P-R-E, GAPRE component of

4    the company.  They would log those TCU

5    preliminary reports or whatever and then they

6    would disseminate those to the relevant

7    department.  Oftentimes it might be internal

8    audit and then internal audit would be

9    responsible for looking into those reports to

10   make a determination.

11                 As far as the procedures that they

12   went through, they had a process that they

13   went through but as far as the detailed

14   procedures and looking at it and whatever,

15   sitting here right now, I could not describe

16   that.  I understand we have a TCU expert that

17   might be more well versed at that.

18        Q.    So you can't testify as to any

19   targeted testing that was done by internal

20   audit in response to any findings of

21   overpayments by the TCU?

22                 MS. VICENS:  Objection to --

23   BY MS. SZYDLO:

24        Q.    Or prior to 2012?

25                 MS. VICENS:  Objection to the form.

144

```
 1                 Confidential - M. Ussery

 2                 MR. FARLEY:  Objection.

 3       A.    As I mentioned before, the

 4   contracting process within internal audit was

 5   an area of focus.  If you look at the reports

 6   that was generated by internal audit, they

 7   spent a lot of time looking at the bidding

 8   process and procurement, et cetera.

 9                 Now, what generated that increased

10   focus, whether it was TCU report, maybe there

11   was a certain normal cycle, I cannot sit here

12   today and tell you exactly what triggered

13   that.  It could have been a TCU report.  It

14   could have been any number of factors that

15   triggered their increased focus.  They were

16   spending a lot of money during this period of

17   time.  So it potentially could be.  So I don't

18   know what triggered it but it could have been

19   TCU reports.  I can't really say one way or

20   the other.

21       Q.    You can't really say what type of

22   targeted testing was done?

23                 MS. VICENS:  Objection to the

24       form.

25       A.    Was done with respect to?
```

```
 1                Confidential - M. Ussery

 2    BY MS. SZYDLO:

 3         Q.    By the internal audit group?

 4               MS. VICENS:  Same objection.

 5         A.    What I mentioned before is that

 6    internal audits report that they report to the

 7    audit committee.  They lay out the

 8    departments, where they are going to spend

 9    their time, where they are going to spend

10    their audits, et cetera and those lay out the

11    targets.  I have seen those and as I have

12    said, sometimes bidding and contracting seems

13    to be -- as far as man hours, number of

14    audits, it seems to be always in the top one

15    or two or third position as far as number of

16    hours devoted to that.  It depends how they

17    segregated it for us.

18    BY MS. SZYDLO:

19         Q.    Do you know if internal audit tested

20    to ensure that there were no overpayments in

21    connection with various suppliers?

22         A.    Well, we are kind of using the word

23    "overpayment" here.  I am not sure what you

24    measure that against.  Internal audit was

25    compliance noted.  So I think the focus of a
```

```
1                  Confidential - M. Ussery
2    the internal audit function.
3    BY MS. SZYDLO:
4         Q.   So as you sit here today, it's fair
5    to say that you don't know if internal audit
6    looked at past bidding examples and compared
7    them to actual cost estimates specifically?
8         A.   As I mentioned before, internal
9    audit has, during the relevant period, focused
10   a lot on their bidding processes, bidding
11   procedures, and of course compliance with
12   their internal policies because that's what
13   internal audit does.  And that's the process
14   of an internal audit.
15             But as far as a specific test or
16   procedure that they may have done, my scope
17   was not into that level of detail.
18        Q.   Is it fair to say you don't know if
19   internal audit looked at past bidding examples
20   and compared them to price lists?
21        A.   Well, as I mentioned before,
22   internal audit's focus is -- and they always,
23   as far as the number of audits, if we go back
24   and look at their focus and the number of
25   hours they spent and number of audits they
```

148

1                    Confidential - M. Ussery

2      did, the bidding process and the contracting

3      process was always at the top one or two or

4      three positions and they spent a great deal of

5      time on it.  The company had contract

6      procedures in place and one of the duties of

7      internal audit is to monitor and to test

8      compliance with company policies, not only in

9      their normal internal audit function but also

10     in their role as SOX and SOX testing.

11             So that was their process and their

12     procedures.  My level of review did not get

13     down to the individual, exactly what process

14     internal audit did.

15     Q.    It's fair to say you don't know if

16     internal audit looked at past bidding examples

17     and compared them to industry averages?

18     A.    Well, as I mentioned before,

19     internal audit's focus every year during the

20     relevant period as demonstrated based on their

21     internal audit reports, they always focused on

22     -- in the top one or two or three positions or

23     so.  The number of hours, the number of audits

24     was dedicated to their bids and their bidding

25     process and bidding procedures.

149

```
 1                Confidential - M. Ussery

 2                    As part of internal audit and as

 3      part of their job and their duties and

 4      responsibilities, internal audit tests for

 5      compliance against the NPC, which is the

 6      internal contracting policy of the company.

 7      They also test compliance with controls with

 8      respect to SOX and so -- but my level of scope

 9      of my work did not get down to the level of a

10      specific test or an individual test that you

11      are describing.

12          Q.    Is it fair to say you don't know if

13      internal audit looked for any suspicious

14      bidding pattern such as bids that were too

15      high?

16          A.    Well, as I mentioned before,

17      internal audit's focus every year during the

18      relevant period, based on my review of the

19      internal audit reports that they have issued,

20      has always been in the one, two, or three top

21      level positions as far as number of hours,

22      number of audits that they do is in the

23      contract bidding process and procedures.  With

24      respect to that, they test against -- because

25      it's part of what internal audit does.  They
```

150

```
 1                  Confidential - M. Ussery
 2   does that against compliance and compliance
 3   with the NPC, which is their bidding contract
 4   manual.  They also test compliance with
 5   internal controls over financial reporting.
 6   And therefore, that is a focus of the company.
 7            But with respect to a very specific
 8   individualized test such as the one you are
 9   describing, the scope of my work did not get
10   down to that individual level.
11      Q.   Is it fair to say you don't know if
12   internal audit looked for any suspicious
13   bidding patterns such as bids that were too
14   close?
15      A.   As I have mentioned, internal
16   audit's focus every year during the relevant
17   period, and based on my review of the internal
18   audit reports, was that they focused on --
19   based on number of hours, number of audits
20   that proceeded, that in the top one, two or
21   three position was always contract bidding
22   procedures and processes with respect to
23   contracts.
24            Internal audit's purpose, its stated
25   purpose is to test for compliance with the
```

153

1                   Confidential - M. Ussery

2      audit would have identified and how you would

3      identify something quote-unquote as

4      "suspicious."  But I would point out again

5      that internal audit spent a great deal of time

6      auditing, testing, reviewing, et cetera.  And

7      during the relevant period, based on my review

8      of the internal audit reports and internal

9      audit presentations to the audit committee,

10     they spent a great deal of time testing and

11     reviewing the bidding processes, the bidding

12     procedures.  It is part of their scope of

13     their work to test against compliance with

14     management's policies and procedures as well

15     as SOX testing controls.

16          Q.    But you don't know if they performed

17     that very specific individualized test, right?

18               MS. VICENS:  Objection to the form.

19          A.    The scope of my work did not get

20     down to that level.

21     BY MS. SZYDLO:

22          Q.    Am I correct that you don't know if

23     internal audit looked for examples where

24     contractors used multiple addendums that

25     should have been rebid?

```
 1              Confidential - M. Ussery

 2              THE VIDEOGRAPHER:  The time is 1:50

 3         p.m. and we are going off the record.

 4              (Recess)

 5              THE VIDEOGRAPHER:  The time is 2:33

 6         p.m.  We are back on the record.

 7    EXAMINATION

 8    BY MS. VICENS:

 9         Q.   Mr. Ussery, I am just going to ask

10    you a few cleanup questions.

11              Earlier today you provided testimony

12    on the ability to detect fraud under ICFR.

13              Do you recall that testimony?

14         A.   I do.

15         Q.   I would like to turn your attention

16    to paragraph 26 of your report.

17              Now, is it your opinion that there

18    are limitations to ICFR in that regard with

19    respect to the ability to detect fraud?

20              MS. SZYDLO:  Objection.

21         A.   Yes.  As I lay out in paragraph 26

22    of my report, there are certain inherent

23    limitations on internal control financial

24    reporting because it can only provide

25    reasonable but not absolute assurance against
```

164

```
 1                  Confidential - M. Ussery

 2      errors and fraud.  In particular, it can be

 3      circumvented by collusion of two or more

 4      people and like, for example, the corruption

 5      schemes at issue in the Petrobras matter

 6      involve certain Petrobras employees.  And in

 7      some cases all contractors -- contractors

 8      bidding on contracts can collude and

 9      perpetuate a fraud.  They are involved in a

10      position to override, so management overrides

11      can be in effect or circumvent controls and

12      avoid detection.  Those are particularly

13      difficult in an internal control environment

14      to detect.

15          Q.   I would like to next turn your --

16      let me just ask you a question.  So it's your

17      opinion in having reviewed the record in this

18      case that those limitations apply to

19      Petrobras?

20          A.   Yes.

21          Q.   Based on your expertise as well as

22      your analysis of plaintiffs' expert reports

23      and Appendix C of your report, did you

24      conclude that Petrobras leadership reasonably

25      concluded during the relevant time period that
```