# EXHIBIT L

1

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------

In Re PETROBRAS SECURITIES LITIGATION      Case No.
                                           14-cv-9662
This Document Applies to: All Cases

---------------------------------------


                     April 8, 2016
                     9:35 a.m.


        Videotaped deposition of PAULO JOSE ALVES,

taken by Plaintiffs, pursuant to Notice, held at

the offices of Pomerantz LLP, 600 Third Avenue,

New York, New York, before Joseph R. Danyo, a

Shorthand Reporter and Notary Public within and

for the State of New York.

**New York**              **Hudson Reporting & Video**              **New Jersey**
**Connecticut**           **Nationwide 1-800-310-1769**             **Pennsylvania**

1

2    that.  Did you ever consider adjusting

3    Petrobras' -- strike that.  Did you ever consider

4    the potential of the adjustments, adjustment to

5    Petrobras' financial statements as a result of the

6    overpricing resulting from the cartel aside from

7    the kickbacks or bribes?

8              MR. LIMAN:  Objection to form.

9         A.   In my answer I need to take into account

10   the fact that the company was facing after the

11   testimonies of specific people involved in the

12   scheme and in the payment scheme.  We had to take

13   into account that it was something unexpected and

14   therefore could not -- it did not have an

15   accounting, a proper or specific accounting norm,

16   so it became an accounting challenge.

17             So having explained that or having said

18   that, the company's administration would naturally

19   as well as the external auditors and obviously

20   within the company, the accounting area involved,

21   the respective accounting area, the matter was

22   widely discussed, and having to also take into

23   account that that illegal payment scheme was made

24   by third parties, and that would imply -- that

25   would mean to say that the accounting records of

1                    Alves - Confidential

2    the company did not have any trace of those

3    payments both in terms of value or amount and of

4    the time frame that they were made.  Allegedly

5    made.

6                    So there we had a problem over tracing

7    anything through our accounting system, and an

8    accounting challenge is how to treat this in

9    relation to the accounting norms, and it was not

10   strange that the company and its external auditors

11   after a very detailed study discussed the basis for

12   this adjustment with the regulating entities,

13   particularly SEC, but also with the participation

14   of the CVM in Brazil.

15                   MS. GALBES:  Can I make a suggestion?

16                   The beginning of the answer he said without

17                   precedent and not unexpected.  That is just

18                   a suggestion.

19                   MS. MYANAKI:  I agree.

20         A.    So with that introduction, what I want

21   to show is that the matter had no precedent, and it

22   was complex.  In fact, it required very extensive

23   analysis by the company, by its independent

24   auditors, culminating with a consultation or a

25   conference with the regulating entities, and at the