# EXHIBIT N

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

In Re PETROBRAS SECURITIES LITIGATION    Case No.
                                         14-cv-9662
This Document Applies to: All Cases

-----------------------------------------


                February 19, 2016
                9:23 a.m.


     Videotaped deposition of GERSON LUIZ GONCALVES, taken by Plaintiffs, pursuant to Notice, held at the offices of Pomerantz LLP, 600 Third Avenue, New York, New York, before Joseph R. Danyo, a Shorthand Reporter and Notary Public within and for the State of New York.

1           Goncalves - Confidential
2     internal audit, who did you report to?
3           A.   The internal audit for Petrobras reports
4     to the board of directors.  It is connected to the
5     board through the auditing committee.
6           Q.   Thank you.
7                THE INTERPRETER:  The interpreter stands
8           by her previous interpretation.
9           Q.   What were your general responsibilities
10    as the executive manager of internal audit?
11          A.   To sum it up, to assess the high
12    administration and the controls of the systems and
13    operations of Petrobras.
14               MS. CHANG:  Did he say internal control,
15          to clarify?
16               THE INTERPRETER:  Internal control.
17          Thank you very much.  I stand corrected.  It
18          is not the internal control, so the
19          interpreter stands by her interpretation.
20          A.   It is the controls, because there is a
21    specific internal control division at Petrobras.
22          Q.   But you were an internal audit, there is
23    a distinction between internal audit and the
24    internal control division, if I understand your
25    testimony.  Is that right?

```
 1                 Goncalves - Confidential
 2          Q.   Mr. Goncalves, I think you were about to
 3   answer my question.
 4          A.   Could you repeat the question, please.
 5               MR. KEHOE:  If you can interpret the
 6          last question back.
 7               MS. VICENS:  Objection to form again.
 8          A.   I am going to give you a simplified
 9   answer.  There is a standard auditing procedure
10   that goes through many different phases.  When we
11   find or check and see that there is something at
12   the auditing division, that there is something that
13   is unusual or that goes, veers off of that
14   standard, so auditing looks for the cause of the
15   issue or tries to clarify the cause for the
16   discrepancy, and then depending upon the results,
17   it may be a situation that is justified.  In other
18   words, doesn't require any measures such as
19   emergency purchases or the beginning of a fire or a
20   leakage that could eventually cause an explosion.
21   And in that case we buy that equipment or that
22   material from whomever is ready to deliver it.
23          Q.   So internal audit would do this?
24          A.   The internal auditing questions, whoever
25   did that, and tries to find clarifications.
```

1                Goncalves - Confidential
2      conducted audits from time to time of Petrobras'
3      business activities?
4                MS. VICENS:  Objection to form.
5           Q.   Let me ask a different question.  What
6      did the TCU do?
7           A.   Let me explain then.  Every state
8      company has its investments, investment plans,
9      approved by the Brazilian Congress.  Okay?
10     Therefore, the accounts court audits on a yearly
11     basis key projects approved by the Congress.  In
12     the case of Brazil, large projects are the ones
13     connected to Petrobras.  Therefore, the accounts
14     court audits a large amount of documents within the
15     company.  Contracts.
16          Q.   Are you done?
17          A.   Audits, the execution of each one of
18     these projects that are approved by the Congress.
19          Q.   Are you involved in communicating with
20     the TCU in connection with their audits?
21               MS. VICENS:  Objection to the form.
22          When?
23               MR. KEHOE:  Any time.
24          A.   What happens at Petrobras, we need to
25     have control integrated measures so that the

1                    Goncalves - Confidential
2     internal audit, the accounting courts and the
3     federal general controllers do not audit the same
4     processes within the same period of time, so when
5     TCU, the TCU audits anything, I follow up with
6     their work.
7          Q.   Do you typically receive the TCU audit
8     reports?
9          A.   In order to guarantee that all the
10    inquiries by the accounting courts are answered or
11    responded to and considering that Petrobras is a
12    mixed economy company and considering that
13    Petrobras is a mixed economy company but is also
14    subject to corporations law of Brazil, so on
15    Petrobras' bylaws, it reflects that on Petrobras'
16    bylaws that the relationship between Petrobras and
17    any other companies is done through the president
18    of the country -- sorry.
19              THE INTERPRETER:  Correct herself.
20         A.   Through the president of the company.
21              MS. VICENS:  Between Petrobras and any
22         other entities.
23              MR. BARROSO:  Instead of companies.
24              THE INTERPRETER:  Thank you.  The
25         interpreter will stand corrected.

1                Goncalves - Confidential
2        A.   So every TCU report and every CGU report
3   are submitted to the president.
4        Q.   Of the company?
5        A.   Of the company.  The president's cabinet
6   submits the reports to the internal auditing
7   division.
8        Q.   So you get the report eventually?
9        A.   Within the internal audit, there is a
10  management in charge of following up the responses
11  of the company to the TCU and CGU inquiries.
12       Q.   Mr. Goncalves, I am handing you what has
13  been marked as Goncalves 15.
14            (Goncalves Exhibit 15, TCU report, was
15            so marked for identification, as of this
16            date.)
17       Q.   Do you recognize Goncalves Exhibit 15?
18       A.   Yes.  It is a TCU report.
19       Q.   Now when I say do you recognize it, have
20  you seen this particular report before?
21       A.   I review endless reports, a lot of them,
22  and they are very extensive reports.
23       Q.   Does the company I assume maintains the
24  TCU reports.  Is that fair to say?
25       A.   Yes.