# EXHIBIT O

1

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

In Re PETROBRAS SECURITIES LITIGATION     Case No.
                                          14-cv-9662
This Document Applies to: All Cases

----------------------------------------

May 3, 2016
4:20 p.m.

    Videotaped 30(b)(6) deposition of Petroleo Brasileiro S.A. by CARLOS ALBERTO RECHELO NETO, taken by Plaintiffs, pursuant to Notice, held at the offices of Pomerantz LLP, 600 Third Avenue, New York, New York, before Joseph R. Danyo, a Shorthand Reporter and Notary Public within and for the State of New York.

1               Neto - Confidential
2     discretion and the fourth employee who resigned,
3     that that happened before June 12, 2013.
4          A.   Yes.
5          Q.   Are these ombudsman reports, that is,
6     what we have referred to as Neto 7, this was
7     provided to the meeting of the audit committee.  Is
8     that right?
9          A.   Yes.
10         Q.   And would this report have been provided
11    to Petrobras' outside auditors as part of the
12    presentation to the audit committee?
13         A.   I don't know how to answer that.
14         Q.   So you don't know one way or the other
15    whether it would have been presented to the outside
16    auditors as part of the audit committee meeting in
17    June 2013?
18         A.   No.  What I know is that this
19    presentation or auditing meeting, probably it is
20    very probable that this presentation was presented
21    on one auditing meeting.
22              MR. SAENZ:  Audit committee meeting?
23              THE INTERPRETER:  Okay.  Audit committee
24         meeting.
25         Q.   That was the meeting in June 2013?

1              Neto - Confidential
2         A.   Well, I reviewed it.  I reviewed all the
3    information contained and checked on our
4    information on documents the procedure that
5    Petrobras adopted throughout this time period in
6    order to address this accusation.
7         Q.   And what did Petrobras do in order to
8    address this accusation?
9         A.   With all the accusations received by
10   Petrobras, Petrobras files it.  It creates a
11   number, a registration number, and submits it to
12   the appropriate division to address the accusation.
13   In this particular case, the accusation was
14   submitted to the internal auditing committee or
15   department, division, which opened two
16   investigations to evaluate the facts contained
17   here.
18             A CIA was also initiated, which is
19   internal investigation commission.  The
20   misconducts, if any, were investigated, and when
21   employee misconduct was detected, the reports
22   reflected the actual misconducts themselves, and
23   this was then submitted to the manager in charge of
24   the investigated division.  And if you compare the
25   documents that we have with the results of these

1                    Neto - Confidential
2     audits or the CIA, we will see that, yes, part of
3     the accusations where misconduct was detected, the
4     employees involved were punished.
5              The internal controls were improved as
6     necessary, which shows that Petrobras takes
7     accusations seriously and adopts elements to
8     improve their controls, and also uses its
9     disciplinary system to punish employees when
10    necessary, and it shows clearly that the procedure
11    from the time the accusation is submitted until the
12    final fact-finding that the Petrobras procedures
13    really work.
14         Q.   So what employees were disciplined or
15    terminated in connection with Neto 9?
16         A.   Looking at the information of the
17    internal document submitted, we do know that in
18    fact there were discharges and other formal
19    punishments according to our disciplinary system.
20         Q.   Who was disciplined?
21         A.   Sorry.
22         Q.   I thought you were finished, sir.
23    Sorry.
24         A.   No.  And to specifically tell you which
25    employees, I would have to resort to the