# EXHIBIT P

1

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

| | |
|---|---|
| In Re PETROBRAS SECURITIES LITIGATION | Case No. 14-cv-9662 |
| This Document Applies to: All Cases | |

-----------------------------------------

September 28, 2015

MARCIO POLITO FONTES

Reported by:
Joseph R. Danyo

1      Fontes - Confidential

2  policy.

3      Q.  Can you describe for me the process of
4  internal investigations at Petrobras?

5      A.  It is very broad.  I mean your question
6  is very broad.

7      Q.  How are investigations commenced at
8  Petrobras?

9      A.  How does an investigation is initiated
10 at Petrobras?  An investigation could basically be
11 initiated in three different ways.  Because of a
12 complaint that comes from auditing.

13          MR. MARTINI:  Ombudsman.

14          THE INTERPRETER:  Ombudsman.  That was
15      not my question.  What I said before from a
16      complaint that comes from the ombudsman.

17     A.  The second one when the area of
18 Petrobras, the management, requests corporate
19 security, the initiation and investigation, and the
20 third means is when it comes through a complaint
21 made in the press.

22     Q.  So let's go through each of them.
23 Describe for me how complaints come in from the
24 general ombudsman.

25     A.  The ombudsman of Petrobras receives a

```
                                                         11
 1                  Fontes - Confidential
 2   complaint about a fact.  That fact is channeled to
 3   the area.  If the area is not able to respond to
 4   the request, then the coordinator of -- I mean the
 5   corporate security requests to initiate a
 6   proceeding, an investigation.
 7        Q.   When you say the fact is channeled
 8   through the area, what do you mean?
 9             THE INTERPRETER:  He is using the word
10        noticia which means news.  I don't know if
11        this is really what he means.  Because he is
12        talking about the first, ombudsman.
13             MR. MARTINI:  Ask him.  I think he can
14        clarify it.
15        A.   I'm not referring to press news anyway.
16   A complaint comes in by the report of a fact.
17        Q.   Is that report made in writing?
18        A.   The ombudsman always sends a report in
19   writing.
20        Q.   Describe for me what is the corporate
21   security that receives the request from Petrobras?
22             THE INTERPRETER:  What is the corporate,
23        is that what you asked?
24             MS. GILMORE:  Um-hum.
25             MR. COOPER:  Objection to form.
```