# EXHIBIT Q
# (Part III)

# ANNUAL CERTIFICATION PROCESS PHASES


**PETROBRAS**

PART III
CONTROL ASSESSMENT AND CERTIFICATION

**X - Roll Forward**

It is the activity which assures that there has not been any significant change in the period between the test performed and the year-end date.

**XI – Sign Off**

It is the end of the Certification works, when all Petrobras system management staff which was part of the process electronically signs in the Process Control, **corroborating** with what has been documented.

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 22

Fundamentals in Internal Controls
Chapter I

start   previous   return   next   end

Confidential                                                            PBRCG_01788098

# CERTIFICATION PROCESS REQUIREMENTS



**PETROBRAS**

**PART III
CONTROL ASSESSMENT AND CERTIFICATION**

**Certification by Company must compulsorily take into account:**

- Acceptance by Senior Management with respect to its responsibility for internal control effectiveness.

- Assessment of internal control effectiveness from a standardized model (for instance, COSO).

- Submission, in writing, of the assessment made by Company concerning the internal control effectiveness.

- Evidences which support the assessment made by Company.

- As best practice, all levels responsible for control, from managers to the Executive Boards, should support CEO's and CFO's signature.



**LEARN MORE**

- **COSO** (Committee of Sponsoring Organizations of the Treadway Commission) is a committee sponsored by several US private organizations, which include AICPA (American Institute of Certified Public Accountants) and IIA (Institute of Internal Auditors). Visit http:\\www.coso.org

- In 1992, it has published the work *Internal Control – Integrated Framework,* to help companies and other organizations to assess and improve their internal control systems. This work was broadly adopted by companies as the methodology for Certification under the light of SOX.

- In 2004, it has published the work "Enterprise Risk Management –Integrated Framework" which broadens internal control vision, in a more comprehensive relationship with the risk management of a company.

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 23

Fundamentals in Internal Controls
Chapter I


start   previous   return   next   end

Confidential                                                                                       PBRCG_01788099

Case 1:14-cv-09662-JSR   Document 972-19   Filed 09/24/19   Page 4 of 9

# CERTIFICATION PROCESS REQUIREMENTS



**PETROBRAS**

**The evidences of the assessment performed must comprise:**

- Identification of companies, business units and processes included in the assessment, from the consolidated balance sheet.
- Process macro-flow updated design.
- Identification of most relevant risks of process and best control practices to mitigate risks.
- Assessment of the control current status adequacy with respect to the best practices required ("control design assessment").
- Test of control operating effectiveness.
- Identification and remediation of significant deficiencies and / or relevant gaps in control design or resulting from the test.
- Submission of the assessment results.

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 24

Fundamentals in Internal Controls
Chapter I



start   previous   return   next   end

Confidential
PBRCG_01788100

# CERTIFICATION SCOPE


**PETROBRAS**

**PART III
CONTROL ASSESSMENT AND CERTIFICATION**

## Definition of the scope of companies, processes and relevant controls for the Certification



| CONSOLIDATED BALANCE SHEET | MATERIALITY | SPECIFIC RISK |

**SCOPE DEFINITION:** PROCESSES AND COMPANIES

*Identifying Relevant Processes and Companies to SOX*

Control Processes and Objectives Understanding

RISK   RISK   RISK   RISK

Best Control Practices Identification

Current Status Survey
**(Control Design Self-assessment)**

Preparation of Recommendations and Test Performance
**Control Effectiveness Test**

### LEARN MORE

- Materiality is the magnitude of errors or omissions in accounting information which may change or influence the judgment of company's target public.

- In Petrobras and in PifCo, there is a "Methodology for materiality calculation and scope definition – SOX" which sets forth that the processes which affect accounts with a balance in excess of 5% of the profit before Income Tax must be included in the Certification scope. Moreover, processes with specific risks such as Reserves and Derivatives must also be included in the scope.

- The review of the scope is performed by Internal Control General Management on a quarterly basis.

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 25

Fundamentals in Internal Controls
Chapter I

start   previous   return   next   end

Confidential                                                           PBRCG_01788101

# CERTIFICATION SCOPE



PART III
CONTROL ASSESSMENT AND
CERTIFICATION

**Points to be considered on the determination of control relevance:**

- Probability of causing errors in the statements due to their failure
- Rate in which other controls achieve the same objectives (coverage by direct entity-level controls – Direct ELC)

**Relevant controls include those which:**

- Act on the initialization, processing and record of relevant accounts balance, types of transaction and information for disclosure
- Are connected to anti-fraud programs and controls
- Support other controls
- Act jointly to achieve the same objective
- Are focused on non-systematic and / or non-routine transactions
- Act on the closing process of financial reports
- Are linked to relevant potential errors



## LEARN MORE

The Entity-Level Control (ELC) may be understood as a control which comprises the whole organization instead of specific locations. According to the US audit standard, it is divided into 2 types of controls:

1. Direct ELC: are designed to operate on a process, transaction or application level and may timely prevent or detect errors which could result in a material impact.

2. Indirect ELC: are controls indirectly linked to the financial statements and may not be effective in the prevention or detection of errors which could result in a material impact.

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY
Slide 26
Fundamentals in Internal Controls
Chapter I
start previous return next end
Confidential
PBRCG_01788102

# RESPONSIBILITIES AND COMPETENCES OF EACH AREA INVOLVED



**PART III
CONTROL ASSESSMENT AND CERTIFICATION**



- Prepares the business strategies
- Defines general guidelines (policies) and limits of risk exposure
- Provides required resources
- Final responsible for control environment proper operation

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 27

Fundamentals in Internal Controls
Chapter I



Confidential

PBRCG_01788103

# RESPONSIBILITIES AND COMPETENCES OF EACH AREA INVOLVED



**PETROBRAS**

PART III
CONTROL ASSESSMENT AND CERTIFICATION



- Senior Management
- **Business Areas**
- Internal Controls
- Compliance
- Risk Management
- Audit

Internal Control Environment: Definition → Execution → Monitoring → Verification → Improvement

- Executes the actions
- Performs the self-assessment process
- Monitors day-to-day operations (decision making)
- Take on risks
- Implements the controls

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 28

Fundamentals in Internal Controls
Chapter I


start  previous  return  next  end

Confidential

PBRCG_01788104

# RESPONSIBILITIES AND COMPETENCES OF EACH AREA INVOLVED


**PETROBRAS**

**PART III
CONTROL ASSESSMENT AND CERTIFICATION**



- Senior Management
- Business Areas
- **Internal Controls**
- Compliance
- Risk Management
- Audit

Internal Control Environment cycle: Definition → Execution → Monitoring → Verification → Improvement

- Assists in the organization of control environment improvement
- Plans and reviews self-assessment processes
- Assesses control cost-effectiveness
- Carries on periodic comparisons to best practices (internal and external)

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 29

Fundamentals in Internal Controls
Chapter I


start   previous   return   next   end

Confidential
PBRCG_01788105