# EXHIBIT Q
# (Part IV)

# RESPONSIBILITIES AND COMPETENCES OF EACH AREA INVOLVED


**PETROBRAS**

**PART III**
**CONTROL ASSESSMENT AND CERTIFICATION**



- Senior Management
- Business Areas
- Internal Controls
- **Compliance**
- Risk Management
- Audit

Cycle: Definition → Execution → Monitoring → Verification → Improvement (Internal Control Environment)

- Assesses the impact of changes (internal and/or amendments in laws and regulations)
- Assures compliance:
- External: laws and regulations
- Internal: policies and procedures and Code of Ethics
- Performs independent tests for monitoring
- Communicates the results to Senior Management

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 30

Fundamentals in Internal Controls
Chapter I

start  previous  return  next  end

Confidential                                                                 PBRCG_01788106

# RESPONSIBILITIES AND COMPETENCES OF EACH AREA INVOLVED


**PETROBRAS**

**PART III**
**CONTROL ASSESSMENT AND CERTIFICATION**

- Senior Management
- Business Areas
- Internal Controls
- Compliance
- **Risk Management**
- Audit



Internal Control Environment (Definition → Execution → Monitoring → Verification → Improvement)

- Assists with identification of risks inherent to the operations
- Defines measuring methodologies and follow-up systematics
- Follows up operations on an independent basis
- Assesses the exposure level and assures that established limits are met
- Communicates the results to Senior Management



OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 31

Fundamentals in Internal Controls
Chapter I

start   previous   return   next   end

Confidential

PBRCG_01788107



# RESPONSIBILITIES AND COMPETENCES OF EACH AREA INVOLVED

**PART III
CONTROL ASSESSMENT AND CERTIFICATION**

- Senior Management
- Business Areas
- Internal Controls
- Compliance
- Risk Management
- Audit



Definition → Execution → Monitoring → Verification → Improvement

**Internal Control Environment**

- Performs operational and financial aspect testing works and provides an independent assessment of internal control environment evidence by means of effectiveness tests

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY

Slide 32

Fundamentals in Internal Controls
Chapter I

start   previous   return   next   end

Confidential

PBRCG_01788108



**Audit Committee:** Monitors the actions of the persons involved and receives reviews from Internal Audit, Internal Control area and Internal Control Management Committee.
**Internal Control Management Committee:** Monitors Petrobras, PifCo and PEPSA annual certification schedule and takes necessary measures.
**Process Manager:** The Business Areas indicate the process managers in their units.
**Internal Control General Management:** Responsible for Internal Control Planning and Organization.
**Responsible for Control:** These are the Managers responsible for Internal Control self-assessments and remediations.

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY
Confidential

Slide 33

Fundamentals in Internal Controls
Chapter I

start   previous   return   next   end



PBRCG_01788109



# CHAPTER I SUMMARY



SUMMARY
CHAPTER I

**In this chapter, you learned that:**

1. Due to several financial scandals that took place in the beginning of the century, resulting from errors and frauds in statements published by a number of companies, the US Government has enacted the Sarbanes–Oxley Act (SOX) in 2002, in order to re-establish capital market investors' confidence.

2. SOX establishes several actions which US and foreign companies with ADR's must perform in order to bring more transparency to its financial statements and improvement to corporate governance. Additionally, the act sets forth civil and criminal liability to its managers (CEO and CFO).

3. Section 404 sets forth that Management must annually confirm its responsibilities through the establishment and maintenance of procedures and a proper internal control framework for the preparation of financial reports.

4. At Petrobras there is an annual control assessment and Certification process divided into phases, which range from the process design up to the filing of Form 20-F with SEC. Additionally, there is a methodology for scope definition and materiality calculation. The scope varies according to the balance of the accounts in connection with the Petrobras system processes, units and companies or according to specific risk situations.

5. The Certification process involves several areas of the company and responsibility and competence of each one of these areas.

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY
Slide 35
Fundamentals in Internal Controls
Chapter I
start   previous   return   next   end
Confidential
PBRCG_01788111



# CONGRATULATIONS!!

## YOU HAVE JUST COMPLETED THE FIRST CHAPTER OF THE COURSE ON FUNDAMENTALS IN INTERNAL CONTROLS

  

OWNER – FINCORP / CI
CORPORATE: PETROBRAS SYSTEM
INTERNAL USE ONLY
Confidential

Slide 36

Fundamentals in Internal Controls
Chapter I

start   previous   return   next   end

PBRCG_01788112