# EXHIBIT R

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

In Re PETROBRAS SECURITIES LITIGATION      Case No.
                                           14-cv-9662
This Document Applies to: All Cases

-----------------------------------------

April 19, 2016
9:11 a.m.

Continued videotaped deposition of MAURO RODRIGUES da CUNHA, taken by Plaintiffs, pursuant to Adjournment, held at the offices of Pomerantz LLP, 600 Third Avenue, New York, New York, before Joseph R. Danyo, a Shorthand Reporter and Notary Public within and for the State of New York.

1                  Cunha - Confidential
2    first paragraph.
3          A.   Okay.
4          Q.   Am I reading it correctly that Mr.
5    Panassol reported that there was no observation
6    made in the audit report?
7          A.   Correct.
8          Q.   Is it your understanding that PWC had
9    considered the issue with respect to cash
10   generation units in the refinery segment as part of
11   its audit?
12         A.   I understand so.  Yes.
13         Q.   And is it your understanding that they
14   had come to a different conclusion than the one
15   that you had expressed?
16         A.   Yes.
17              MR. MUSTOKOFF:  Objection.
18              MR. LIMAN:  What is the basis of the
19         objection?
20              MR. MUSTOKOFF:  Form.
21              MR. LIMAN:  What was wrong with the
22         form?
23              MR. MUSTOKOFF:  It is noted.
24              MR. LIMAN:  Okay.
25         Q.   Then it is recorded that the auditor

1                    Cunha - Confidential

2     informed that the audit control was completed with

3     compliance with the Sarbanes-Oxley Act again

4     without any observations.  Do you see that?

5           A.    Yes.

6           Q.    Did I read that correctly?

7           A.    Yes.

8           Q.    Do you recall what that is a reference

9     to?

10          A.    Yes.  It is PWC's work on internal

11    controls, and they are expressing an unqualified

12    opinion.

13          Q.    Then there is also a reference in the

14    next paragraph, "Mr. Marcos Panassol noted that PWC

15    received unrestricted support from the

16    administration in the performance of the service."

17          A.    Correct.

18          Q.    Do you understand what that is a

19    reference to?

20          A.    Yes.

21          Q.    What is that a reference to?

22          A.    That they have numerous interactions

23    with the company.  They have to request

24    information.  And he is stating that there was no

25    limitation to his work.