# EXHIBIT S

**APPENDIX III-b**

# INTERNAL CERTIFICATE OF SUPPORT FOR THE STATEMENT GIVEN IN PARAGRAPH 2 OF THE CERTIFICATION BY THE PRESIDENT AND THE FINANCIAL AND INVESTOR RELATIONS DIRECTOR, IN ACCORDANCE WITH ARTICLE 302 OF THE SARBANES-OXLEY ACT

# INTERNAL CERTIFICATE OF SUPPORT FOR THE CERTIFICATIONS PROVIDED ACCORDING TO RULES 13a-14(a) AND 15d-14(a), AS ADOPTED IN ARTICLE 302 OF THE SARBANES-OXLEY ACT.

I, Paulo Roberto Costa, Director of Supply of Petróleo Brasileiro S.A. – Petrobras,

considering the content of the draft of the appended certificate to be signed by the President and by the Financial and Investor Relations Director of Petróleo Brasileiro S.A. – Petrobras (Petrobras), whose original text will be part of the Annual Report (Form 20-F) to be filed with the Securities and Exchange Commission (Report 20F)

certify that:

1. I carried out a review of Report 20F, relating to the Petrobras fiscal year ending on December 31, 2011 (Report 20F of 2011), with regard to the area for which I am responsible.

2. To my knowledge, Report 20F of 2011 does not contain any untrue statement about a relevant fact or fail to provide a relevant fact that needs to be known by the market. For these reasons, such declarations are not misleading in relation to the period covered by the aforementioned Report 20F of 2011.

3. All of the information required in Report 20F of 2011, provided by the representatives of the areas under my responsibility, is supported by documents filed at the Company and corresponds to the truth.

4. Thus, based upon the documents on which the information provided is based, I assume the responsibility for the truthfulness of that information.


Date: March 29, 2012         [signature]
                             Name: Paulo Roberto Costa
                             Position: Director of Supply

Confidential                                                              PBRCG_01788339



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

# CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached document with Bates No. PBRCG_01788339.

Dustin Paul Richard, Managing Editor
Geotext Translations, Inc.

Affirmed and subscribed before me this 26th day of June, 20 16.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

**ANEXO III-b**

**CERTIFICAÇÃO INTERNA DE SUPORTE À DECLARAÇÃO CONSTANTE DO PARÁGRAFO 2º DA CERTIFICAÇÃO DA PRESIDENTE E DO DIRETOR FINANCEIRO E DE RELAÇÕES COM INVESTIDORES, DE ACORDO COM O DISPOSTO NO ARTIGO 302 DA LEI SARBANES-OXLEY**

**CERTIFICAÇÃO INTERNA DE SUPORTE ÀS CERTIFICAÇÕES PRESTADAS, DE ACORDO COM AS REGRAS 13a-14(a) E 15d-14(a), TAIS COMO ADOTADAS SOB O ARTIGO 302 DA LEI SARBANES-OXLEY**

Eu, Paulo Roberto Costa, Diretor de Abastecimento da Petróleo Brasileiro S.A. – Petrobras,

considerando o conteúdo da minuta de certidão em anexo, a ser assinada pela Presidente e pelo Diretor Financeiro e de Relações com Investidores da Petróleo Brasileiro S.A. – Petrobras (Petrobras), cujo texto original integrará o Relatório Anual (*Form 20-F*) a ser arquivado na Securities and Exchange Commission (Relatório 20 F)

certifico que:

1. Procedi à revisão do Relatório 20 F, relativo ao exercício findo em 31 de dezembro de 2011 da Petrobras (Relatório 20F de 2011), no que se refere à área pela qual sou responsável.

2. Segundo o meu conhecimento, o Relatório 20F de 2011 não contém qualquer declaração inverídica sobre fato relevante ou deixa de informar fato relevante necessário ao conhecimento pelo mercado. Por essas razões, tais declarações não são enganosas em relação ao período coberto pelo citado Relatório 20F de 2011.

3. Todas as informações requeridas no Relatório 20F de 2011, prestadas pelos representantes das áreas sob a minha responsabilidade têm suporte em documentos arquivados na Companhia e correspondem à verdade.

4. Assim, com base nos documentos em que se fundamentaram as informações prestadas, assumo a responsabilidade pela veracidade dessas informações.

Data:   29 de março de 2012

Nome: Paulo Roberto Costa
Cargo: Diretor de Abastecimento

Confidential

PBRCG 01788339