# EXHIBIT U

[...]

---------- **27) Item no. 115 - INTERNATIONAL BUSINESS DEVELOPMENT UNIT (INTER-DN) - Acquisition of Equity Interest in Refinery in the United States (DIP-INTER-DN-20/2006, of 2-2-2006):** The Director Nestor Cuñat Cerveró submitted the matter in question to the Executive Directorate for its subsequent submission to the Board of Administration, proposing: a) authorizing the Executive Manager for International Business Development to sign the Stock Purchase and Sale Agreement and Limited Partnership Formation Agreement with ASTRA Trading NV, for the purpose of PETROBRAS' acquisition of 50% of the assets and rights in Pasadena Refining System Inc. - PRSI, whether directly or through its affiliates, as well as a 50% interest in the company PRSI Trading Company, LP, to be created; b) recommending to Petrobras America Inc. - PAI that it sign the Shareholders' Agreement for the Pasadena Refining System, Inc (PRSI Shareholders' Agreement); c) recommending to PAI that the companies PAI GP, LLC, and PAI LP, LLC, be established, and authorizing these companies to create PRSI Trading Company, LP in conjunction with ASTRA; and d) recommending to PAI that, after the purchase, it participate in the investments for revamping the Pasadena Refinery for processing Marlim oil, valued at US$ 588 million, in accordance with its percentage of equity in Pasadena Refining System, Inc - PRSI. **DECISION:** - The Executive Directorate approved the proposals made. ---------- **28)**

[...]

PBRCG_01548363



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached excerpt.

Elaine Wilson, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 22nd day of June, 2016.

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified In New York County
My Commission Expires May 11, 2017

New York t: +1.212.631.7432
Washington, D.C. t: +1.202.828.1267
Chicago t: +1.312.242.3756
Houston t: +1.713.353.3909
San Francisco t: +1.415.576.9500
London t: +44.20.7553.4100
Paris t: +33.1.42.68.51.47
Stockholm t: +46.8.463.11.87
Frankfurt t: +49.69.7593.8434
Hong Kong t: +852.2159.9143

PETRÓLEO BRASILEIRO S.A. - PETROBRAS
ATA DA REUNIÃO Nº 4.567 DA DIRETORIA EXECUTIVA
REALIZADA EM 02-02-2006

Aos dois dias do mês de fevereiro de dois mil e seis realizou-se na sede da Petróleo Brasileiro S.A. - PETROBRAS, na Avenida República do Chile nº 65, com início às quinze horas e dez minutos, a reunião ordinária nº 4.567 da Diretoria Executiva, sob a presidência do Presidente José Sérgio Gabrielli de Azevedo, e com a presença dos Diretores Almir Guilherme Barbassa, Guilherme Estrella, Ildo Luís Sauer, Nestor Cuñat Cerveró, Paulo Roberto Costa e Renato de Souza Duque. Iniciada a reunião, passou-se à sua primeira parte, em que foram feitas as seguintes apresentações, cujos temas foram objeto de debates: "Aquisição da Macaé Merchant", pelo Gerente de Desenvolvimento de Negócios da unidade Novos Negócios, Ricardo Salomão; "Seminário sobre Divulgação de Reservas", pelo Gerente Executivo de Relacionamento com Investidores, Raul Adalberto de Campos, estando ausentes durante esta apresentação o Presidente José Sérgio Gabrielli de Azevedo e o Diretor Guilherme Estrella; "Fundação Petrobras de Seguridade Social - PETROS - Situação atual e Possíveis Soluções", pelo Assistente do Diretor Financeiro Alexandre Aparecido de Barros; "Preços Diferenciados para o Gás Liquefeito de Petróleo (GLP)", pelo Gerente Geral de Comércio de Produtos Especiais da unidade Abastecimento Marketing e Comercialização, Theodoros Panagiotis Marcopoulos; "Acompanhamento dos Investimentos em Gás Natural", pelo Assessor do Presidente Paulo Cezar Amaro Aquino; "Petrobras Bolívia", pelo Gerente Geral da Unidade de Negócio Bolívia, José Fernando de Freitas; e "Aquisição de Refinaria de Petróleo nos Estados Unidos", pelo Gerente de Inteligência de Mercados da unidade Internacional Desenvolvimento de Negócios, Rafael Mauro Comino. Na segunda parte da reunião, no tópico das

Confidential
PBRCG_01548352

**Ata n° 4.567**

deliberações formais, foram examinados os seguintes assuntos, relatados ao Colegiado pelo Presidente e Diretores de acordo com as respectivas áreas de contato: ---------- **1) Pauta n° 087 - UNIDADE GÁS E ENERGIA OPERAÇÕES E PARTICIPAÇÕES (GE-OP) - Aquisição de Área Para a Implantação da Estação de Compressão de Silva Jardim (DIP-GE-OP-461/2005, de 26-12-2005):** - O Diretor Ildo Luís Sauer submeteu à Diretoria Executiva a matéria da referência, formulando proposições a respeito. **DECISÃO:** - A Diretoria Executiva resolveu manter a matéria em pauta a pedido do Diretor Ildo Luís Sauer. ---------- **2) Pauta n° 088 - PETROBRAS GÁS S.A. - GASPETRO - Adiantamento Para Futuro Aumento de Capital (AFAC) - (DIP-GE-OP-29/2006, de 26-1-2006):** - O Diretor Ildo Luís Sauer submeteu à Diretoria Executiva a matéria da referência, propondo aprovar a disponibilização de até US$250 milhões para a GASPETRO à título de Adiantamento para Futuro Aumento de Capital (AFAC) para o exercício do seu direito de preferência sobre as ações pertencentes à Gás Participações Ltda. - GASPART e à Global Petroleum & Gas Industry Limited - GLOBAL nas Distribuidoras de Gás Natural (Gás de Alagoas S.A. - ALGÁS; Companhia de Gás da Bahia - BAHIAGÁS; Companhia Paranaense de Gás - COMPAGÁS; Companhia Pernambucana de Gás - COPERGÁS; Companhia Paraibana de Gás - PBGÁS; Sergipe Gás S.A. - SERGÁS e Companhia de Gás de Santa Catarina - SCGÁS), no caso da Mitsui & Co., Ltd. - MITSUI recusar-se a assinar um instrumento jurídico que resguarde os interesses da PETROBRAS e da GASPETRO. **DECISÃO:** - A Diretoria Executiva aprovou a proposição formulada. ---------- **3) Pauta n° 089 - UNIDADE GÁS E ENERGIA OPERAÇÕES E PARTICIPAÇÕES (GE-OP) - Indicação de Representante da Petrobras Gás S.A. - GASPETRO na Diretoria da Companhia de Gás da Bahia S.A. - BAHIAGÁS (DIP-GE-OP-12/2006, de 9-1-2006):** - O Diretor Ildo Luís Sauer submeteu à Diretoria Executiva a matéria da referência, formulando proposição a respeito. **DECISÃO:** - A Diretoria Executiva aprovou a indicação do Engenheiro de Processamento Sênior José Eduardo Lima Barreto, matrícula n° 005203-3, para o cargo de Diretor Técnico e Comercial da BAHIAGÁS, para complementar o mandato de seu antecessor até 10-3-2006 e cumprir novo mandato até 9-3-2009. ---------- **4) Pauta n° 090 - COMPANHIA HIDRO ELÉTRICA DO SÃO FRANCISCO -**

- 2 -

Ata nº 4.567

**CHESF - Contrato de Compra e Venda de Energia Elétrica (DIP-AB-PQF-6/2006, de 6-1-2006):** - O Diretor Paulo Roberto Costa submeteu à Diretoria Executiva a matéria da referência, propondo autorizar a Unidade de Negócio FAFEN-SE a celebrar o aludido contrato para fornecimento de energia elétrica no valor de R$37.500.000,00 no prazo de 30-11-2004 até 31-5-2006, tornando-se consumidor livre a partir do final deste contrato, ou seja a partir de 31-5-2006, e o Gerente Geral da FAFEN-SE a assinar o respectivo instrumento contratual, em nome da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **5) Pauta nº 091 - CONSERVADORA LUSO BRASILEIRA S.A. - Contratação de Serviços de Apoio Administrativo, Logístico e de Suprimentos (DIP-COMPARTILHADO-16/2006, de 24-1-2006):** - O Diretor Renato de Souza Duque submeteu à Diretoria Executiva a matéria da referência, propondo autorizar a celebração do citado contrato, em atendimento às unidades da PETROBRAS no âmbito da Regional Bacia de Campos dos Serviços Compartilhados, na área de Imboassica, no valor de R$36.561.871,44, pelo prazo de 730 dias corridos, podendo ser prorrogado por até igual período, incumbindo o Gerente Geral da Regional Bacia de Campos dos Serviços Compartilhados de assinar o respectivo instrumento contratual, em nome da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **6)**

**Commercially Sensitive**

Commercially Sensitive

---------- **7) Pauta nº 093 - UNIDADE ABASTECIMENTO REFINO (AB-RE) - Licitação Para Contratação de Serviços de Manutenção de Conjunto-Conversores em Paradas de Manutenção de Diversas Refinarias (DIP-AB-RE-14/2006, de 24-1-2006):** - O Diretor Paulo Roberto

- 3 -

Ata n° 4.567

Costa submeteu à Diretoria Executiva a matéria da referência, propondo autorizar a instauração de procedimento licitatório, na modalidade de Convite, a ser conduzido pelo Gerente Geral de Equipamentos e Serviços do AB-RE, para contratação de serviços de manutenção de conjunto-conversores nas paradas de manutenção das Unidades de Negócio Refinaria Gabriel Passos (UN-REGAP), Refinaria Henrique Lage (UN-REVAP), Refinaria Presidente Getúlio Vargas (UN-REPAR), Refinaria Landulpho Alves (UN-RLAM), Refinaria Presidente Bernardes (UN-RPBC), Refinaria Duque de Caxias (UN-REDUC), Refinaria de Capuava (UN-RECAP) e Refinaria de Paulínia (UN-REPLAN), bem como aprovar a relação de empresas convidadas, discriminadas no parágrafo 10 do DIP em causa. **DECISÃO:** - A Diretoria Executiva aprovou a proposição formulada. ---------- **8) Pauta n° 094 - UNIDADE E&P ENGENHARIA DE PRODUÇÃO (E&P-ENGP) - Ajustes Organizacionais (DIP-E&P-ENGP-4/2006, de 11-1-2006):** - O Gerente Executivo de E&P Corporativo, Francisco Nepomuceno Filho, respondendo pelos encargos afetos ao Diretor Guilherme Estrella, submeteu à Diretoria Executiva a matéria da referência, propondo: a) aprovar os ajustes organizacionais descritos nos parágrafos 13 e 14 e no Anexo II do DIP em apreço; b) autorizar o E&P Corporativo a atualizar, no prazo de 30 dias, as Normas de Organização do E&P-ENGP, em articulação com a unidade Desenvolvimento de Sistemas de Gestão (DSG); c) aprovar, conforme proposto pela unidade Recursos Humanos no parágrafo 16 e no Anexo IV do DIP em causa, as bandas de gratificação das funções gerenciais; d) determinar que, para efeito de pagamento do nível de gratificação das funções, prevaleça a data de implantação da nova função ou da designação de seu titular, caso ocorra posteriormente à primeira; e e) determinar que os ajustes propostos sejam implantados a partir de 1-2-2006. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **9) Pauta n° 095 - PAGE OIL & MARINE PRODUCTS LTDA./COPABO INDÚSTRIA E COMÉRCIO DE BORRACHAS LTDA. - Aquisição de Mangotes (DIP-E&P-SERV-20/2006, de 11-1-2006):** - O Gerente Executivo de E&P Corporativo, Francisco Nepomuceno Filho, respondendo pelos encargos afetos ao Diretor Guilherme Estrella, submeteu à Diretoria Executiva a matéria da referência, formulando proposições a respeito. **DECISÃO:** - A Diretoria Executiva resolveu manter a matéria em pauta a pedido

- 4 -

Confidential
PBRCG_01548355

**Ata n° 4.567**

do Diretor Guilherme Estrella. ---------- **10) Pauta n° 096 - UNIDADE E&P-SERVIÇOS (E&P-SERV) - Licitação Para Contratação de Afretamento de Embarcação do Tipo PSV (*Platform Supply Vessel*) 3000 Oleeiro (DIP-E&P-SERV-30/2006, de 17-1-2006):** - O Gerente Executivo de E&P Corporativo, Francisco Nepomuceno Filho, respondendo pelos encargos afetos ao Diretor Guilherme Estrella, submeteu à Diretoria Executiva a matéria da referência, propondo autorizar o início do supracitado procedimento licitatório, nas condições explicitadas no parágrafo 4 do DIP em apreço, incumbindo o Gerente Geral da Unidade de Serviços de Transporte e Armazenamento do E&P-SERV de constituir Comissão de Licitação, bem como tomar decisões quanto a recursos e outros aspectos pertinentes ao mencionado procedimento licitatório, em nome da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **11) Pauta n° 097 - BOLDINI S.A./NAVEGAÇÃO SÃO MIGUEL LTDA. - Aditivo n° 04 ao Contrato E&P 187.2.100.02.1 de Afretamento da Embarcação "Jesse O" (DIP-E&P-SERV-39/2006, de 23-1-2006):** - O Gerente Executivo de E&P Corporativo, Francisco Nepomuceno Filho, respondendo pelos encargos afetos ao Diretor Guilherme Estrella, submeteu à Diretoria Executiva a matéria da referência, propondo autorizar a celebração do supracitado Aditivo, nas condições explicitadas no parágrafo 4 do DIP em apreço, incumbindo o Gerente Geral da Unidade de Serviços de Transporte e Armazenamento do E&P Serviços de assinar o aludido Aditivo, em nome da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **12) Pauta n° 098 - JAVA BOAT CORPORATION/MARÉ ALTA DO BRASIL NAVEGAÇÃO LTDA. - Aditivo n° 01 ao Contrato n° 2050.0009569.05.2 de Afretamento da Embarcação "Mire Tide" do Tipo PSV *(Platform Supply Vessel)* 1000 (DIP-E&P-SERV-40/2006, de 23-1-2006):** - O Gerente Executivo de E&P Corporativo, Francisco Nepomuceno Filho, respondendo pelos encargos afetos ao Diretor Guilherme Estrella, submeteu à Diretoria Executiva a matéria da referência, propondo autorizar a celebração do supracitado Aditivo, nas condições explicitadas no parágrafo 4 do DIP em apreço, incumbindo o Gerente Geral da Unidade de Serviços de Transporte e Armazenamento do E&P Serviços de assinar o aludido Aditivo, em nome da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **13) Pauta n° 099**

Confidential                                                                 PBRCG_01548356

Ata n° 4.567

- **UNIDADE E&P SERVIÇOS (E&P-SERV) - Licitação Para Contratação de Afretamento e Prestação de Serviços de Completação, Avaliação e Manutenção de Poços de Petróleo e/ou Gás (DIP-E&P-SERV-44/2006, de 25-1-2006):** - O Gerente Executivo de E&P Corporativo, Francisco Nepomuceno Filho, respondendo pelos encargos afetos ao Diretor Guilherme Estrella, submeteu à Diretoria Executiva a matéria da referência, propondo: a) autorizar o início do supracitado procedimento licitatório, para a contratação de unidade flutuante dotada de posicionamento dinâmico, através de convite internacional, visando o afretamento e a prestação de serviços de completação, avaliação e manutenção de poços de petróleo e/ou gás, em águas brasileiras delimitadas pelas áreas definidas nos Contratos de Concessão, de acordo com o parágrafo 3 do DIP em apreço; e b) incumbir o Gerente Geral da Unidade de Serviços de Sondagem Semi-Submersível do E&P Serviços de constituir Comissão de Licitação, bem como tomar decisões quanto a recursos e outros aspectos pertinentes ao mencionado procedimento licitatório, em nome da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **14) Pauta n° 100 - UNIDADE E&P SUL-SUDESTE (E&P-SSE) - Licitação Para Contratação de Afretamento e Prestação de Serviços de Testes e Avaliação de Poços de Petróleo (DIP-E&P-SSE-3/2006, de 9-1-2006):** - O Gerente Executivo de E&P Corporativo, Francisco Nepomuceno Filho, respondendo pelos encargos afetos ao Diretor Guilherme Estrella, submeteu à Diretoria Executiva a matéria da referência, propondo: a) autorizar a instauração do supracitado procedimento licitatório, para a contratação do afretamento e da prestação de serviços de uma Unidade de Teste e Avaliação de Poços de Petróleo, através de convite, visando o atendimento ao segundo Projeto Itinerante de Produção e Avaliação (PIPA II), nas condições explicitadas no parágrafo 10 do DIP em apreço, a ser conduzido pela unidade Exploração e Produção Serviços (E&P-SERV); b) incumbir o Gerente Executivo de E&P Serviços, possibilitada a delegação, de constituir Comissão de Licitação, bem como tomar decisões quanto a recursos e outros aspectos pertinentes à mencionada licitação, em nome da PETROBRAS; e c) determinar que o resultado do mencionado procedimento seja submetido à apreciação da Diretoria Executiva somente após a aprovação do Estudo de Viabilidade Técnico-Econômica (EVTE) do

- 6 -

Ata nº 4.567

Projeto Básico do PIPA II. **DECISÃO**: - A Diretoria Executiva aprovou as proposições formuladas. ---------- **15) Pauta nº 101 - SISTEMAS CENTRALES DE LUBRIFICACIÓN - SICELUB/LUBRITECH DO BRASIL SERVIÇOS DE LUBRIFICAÇÃO LTDA. - Contratação Para Aquisição de Sistemas de Lubrificação por Névoa (*Oil Mist*) e Prestação de Serviços Agregados, Destinados às Unidades da Unidade Abastecimento-Refino (AB-RE) - (DIP-MATERIAIS-10/2006, de 10-1-2006)**: - O Diretor Renato de Souza Duque submeteu à Diretoria Executiva a matéria da referência, propondo autorizar o Gerente Executivo de Materiais a instaurar processo de negociação para contratação direta, por inexibilidade de licitação, da aquisição de sistemas de lubrificação por névoa (*Oil Mist*), com a Sicelub, e da prestação de serviços agregados, com a Lubritech, nas condições citadas no DIP em apreço. **DECISÃO**: - A Diretoria Executiva aprovou a proposição formulada. ---------- **16) Pauta nº 102 - GEOQUEST SYSTEM B.V./SCHLUMBERGER SERVIÇOS DE PETRÓLEO LTDA. - Contratação Para Aquisição e Manutenção de Licenças de *Software* e de Serviços de Suporte *On-Site* e Consultoria por Projeto (DIP-MATERIAIS-18/2006, de 18-1-2006)**: - O Diretor Renato de Souza Duque submeteu à Diretoria Executiva a matéria da referência, propondo autorizar o Gerente Executivo de Materiais a assinar os instrumentos contratuais com a GeoQuest, para o fornecimento e manutenção de licenças de *software*, bem como de serviços de consultoria estrangeira, no valor de US$17.611.543,41, e com a Schlumberger, para o fornecimento de suporte *on-site*, consultoria por projeto, treinamento e reembolso de viagens, no valor de R$9.879.365,06, nas condições citadas no parágrafo 9 no DIP em apreço. **DECISÃO**: - A Diretoria Executiva aprovou a proposição formulada. ---------- **17) Pauta nº 103 - UNIDADE INTERNACIONAL AMÉRICAS, ÁFRICA E EURÁSIA (INTER-AFE) - Estudo de Viabilidade Técnico-Econômica (EVTE) do Projeto Básico de Desenvolvimento da Produção** Commercially Sensitive

- O Diretor Nestor Cuñat Cerveró submeteu à Diretoria Executiva a matéria da referência, propondo aprovar o aludido EVTE, nos termos do DIP em apreço, autorizando o Gerente Geral da Unidade de Negócio Commercially Sensitive a emitir os documentos que

- 7 -

forem necessários à efetiva implantação do projeto, incluindo todas as Autorizações para Dispêndios (*Authorization for Expenditures* - AFE's), até o limite do investimento aprovado, bem como efetuar o pagamento dos pedidos de fundos (*cash-calls*) referentes às AFE's emitidas. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **18) Pauta nº 104 - PETRÓLEOS DE VENEZUELA S.A. - PDVSA - Contrato de Compra e Venda de Derivados (DIP-AB-MC-44/2006, de 26-1-2006):** - O Diretor Paulo Roberto Costa submeteu à Diretoria Executiva a matéria da referência, propondo: a) aprovar a conclusão da negociação com a PDVSA para a contratação da venda de 248 mil m3 de óleo diesel 5000 ppm de enxofre, de acordo com as condições básicas do subparágrafo 14.1 do DIP em apreço, e da compra de 248 mil m3 de óleo diesel 2000 e 50 ppm de enxofre ou querosene de aviação, de acordo com as condições básicas do subparágrafo 14.2 do DIP em pauta; e b) recomendar à Petrobras International Finance Company - PIFCo a assinatura dos respectivos instrumentos contratuais. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **19) Pauta nº 105 - UNIDADE ABASTECIMENTO LOGÍSTICA (AB-LO) - Afretamento por Período (TCP) do Navio Tipo *Suezmax* "Cape Bastia" (DIP-AB-LO-66/2006, de 27-1-2006):** - O Diretor Paulo Roberto Costa submeteu à Diretoria Executiva a matéria da referência, propondo autorizar o supracitado afretamento por Commercially Sensitive a critério da PETROBRAS, de acordo com as bases apresentadas no parágrafo 8 do DIP em apreço, a um valor global estimado de Commercially Sensitive equivalente a Commercially Sensitive, bem como que o Gerente Executivo de Abastecimento Logística celebre o citado contrato, em nome da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **20) Pauta nº 106 - VALERO REFINING COMPANY - Contrato de Compra de Diesel 500 ppm de Enxofre (DIP-AB-MC-48/2006, de 27-1-2006):** - O Diretor Paulo Roberto Costa submeteu à Diretoria Executiva a matéria da referência, propondo aprovar a conclusão da negociação com a Valero para a compra de 1,65 milhão de barris de diesel, de acordo com as condições básicas constantes do parágrafo 8 do DIP em apreço, recomendando à Petrobras International Finance Company - PIFCo a celebração do citado contrato. **DECISÃO:** - A Diretoria Executiva aprovou as

Confidential
PBRCG_01548359

Ata nº 4.567

proposições formuladas. ---------- **21) Pauta nº 107 - UNIDADE GÁS E ENERGIA MARKETING E COMERCIALIZAÇÃO (GE-MC) - Garantia de Autorização Referente à Venda Efetuada Pela Usina Termelétrica (UTE) Cubatão no Primeiro Leilão de Energia de Novos Empreendimentos (DIP-GE-MC-18/2006, de 27-1-2006):** - O Diretor Ildo Luis Sauer submeteu à Diretoria Executiva a matéria da referência, propondo autorizar a constituição da garantia de autorização pela UTE Cubatão, no valor de R$26.500.000,00, desde o dia 10-2-2006 até 9-10-2008. **DECISÃO:** - A Diretoria Executiva aprovou a proposição formulada. ---------- **22) Pauta nº 109 - I.D.M.C. IMPRESSUB SRL DIVING AND MARINE CONTRACTOR - Contratação de Serviços de Enterramento e Complementares dos Gasodutos dos** Commercially Sensitive **Referente ao Convite Internacional nº 005.7.893.05-8 (DIP-ENGENHARIA-33/2006, de 18-1-2006):** - O Diretor Renato de Souza Duque submeteu à Diretoria Executiva a matéria da referência, propondo: a) autorizar a celebração do mencionado contrato, por preços unitários, no valor total estimado de Commercially Sensitive ; e b) incumbir o Gerente de Implementação de Empreendimentos para Dutos Submarinos da unidade Engenharia (ENGENHARIA/IEEPT/IEDS), de assinar o respectivo instrumento contratual, em nome da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **23) Pauta nº 110 - DRESSER-RAND GLOBAL SERVICES, LLC (DRGS)/JURONG SHIPYARD PTE. LTD. - Aditivos nº 3 aos Contratos nº 899-2-002-01-2 e nº 899-2-003-01-2 Referentes ao FPSO (*Floating Production Storage and Offloading*) "PETROBRAS 50" (P-50) - (DIP-ENGENHARIA-34/2006, de 18-1-2006):** - O Diretor Renato de Souza Duque submeteu á Diretoria Executiva a matéria da referência, propondo: a) recomendar à Petrobras Netherlands B.V. - PNBV a assinatura, através de sua subsidiária Agri Development B.V., do Aditivo ao Contrato com a Dresser-Rand, no

**Commercially Sensitive**

Ata nº 4.567

assinatura, através de sua subsidiária Agri Development B.V., do Aditivo ao Contrato da Jurong, revisando os valores das Planilhas de Preços "A", "B" e "C" do Contrato, sem alteração do valor contratual, e prorrogando o prazo do mesmo por mais 245 dias, com término em 30-11-2006; c) recomendar à PNBV que os aludidos instrumentos contratuais sejam firmados pelo Gerente Executivo de Engenharia, em nome da Agri Development B.V.; e d) incumbir a unidade Finanças Corporativas e Tesouraria das providências necessárias para a obtenção dos recursos financeiros adicionais necessários aos mencionados aditamentos. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **24) Pauta nº 112 - UNIDADE RELACIONAMENTO COM INVESTIDORES - Termo de Compromisso com a Comissão de Valores Mobiliários - CVM Para Encerramento do Processo Administrativo CVM-RJ-2004/1616 (DIP-INVESTIDORES-1/2006, de 30-1-2006):** - O Diretor Almir Guilherme Barbassa submeteu à Diretoria Executiva a matéria da referência, propondo: a) autorizar a PETROBRAS a assumir os custos financeiros relativos à realização do citado Seminário nos termos do aludido Termo de Compromisso; b) autorizar a unidade Relacionamento com Investidores a divulgar cartilha, elaborada conforme orientação técnica da unidade E&P Corporativo, com as diretrizes internas para o processamento, fluxo e divulgação externa de informações concernentes às estimativas de reservas de hidrocarbonetos; c) autorizar a unidade Relacionamento com Investidores, em articulação com a unidade Comunicação Institucional a tomar todas as medidas necessárias para a realização de um Seminário aberto aos investidores, analistas de mercado, companhias abertas, agências reguladoras e órgãos auto-reguladores, imprensa especializada e demais agentes do mercado a fim de discutir a divulgação de informações relevantes por companhias abertas; e d) encaminhar o resultado do Processo Administrativo, depois de concluído, à Diretoria Executiva. **DECISÃO:** - A Diretoria Executiva, com abstenção do Presidente José Sérgio Gabrielli de Azevedo, Diretor Financeiro à época dos fatos de que trata o DIP em apreço, e do Diretor Guilherme Estrella, aprovou as proposições formuladas. ---------- **25) Pauta nº 113 - UNIDADE ENGENHARIA - Licitação Para Contratação de Serviços de Projeto, Suprimento de Materiais e Equipamentos, Construção e Montagem,**

- 10 -

Ata n° 4.567

**Comissionamento, Apoio à Pré-operação e Manutenção Por 4 Meses da Unidade de Propeno da Unidade de Negócio Refinaria Henrique Lage (UN-REVAP) - (DIP-ENGENHARIA-31/2006, de 17-1-2006):** - ● Diretor Renato de Souza Duque submeteu á Diretoria Executiva a matéria da referência, propondo autorizar: a) a instauração do citado procedimento licitatório, na modalidade Convite, do tipo melhor preço, pela unidade Implementação de Empreendimentos para a REVAP, da unidade Engenharia (ENGENHARIA/IEABAST/IERV), condicionando a assinatura do contrato à aprovação, pela Diretoria Executiva, da execução do empreendimento; b) a participação no mencionado procedimento licitatório das empresas relacionadas no parágrafo 10 do DIP em apreço; e c) a Gerência de Implementação de Empreendimentos para a REVAP (IERV) a tomar as providências que forem necessárias ao andamento do mencionado procedimento licitatório, até a obtenção da proposta que melhor atenda aos interesses da PETROBRAS. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **26)**

Commercially Sensitive

- 11 -

Ata n° 4.567

---------- **27) Pauta n° 115 - UNIDADE INTERNACIONAL DESENVOLVIMENTO DE NEGÓCIOS (INTER-DN) - Aquisição de Participação Acionária em Refinaria nos Estados Unidos (DIP-INTER-DN-20/2006, de 2-2-2006):** - O Diretor Nestor Cuñat Cerveró submeteu à Diretoria Executiva a matéria da referência, para posterior submissão ao Conselho de Administração, propondo: a) autorizar o Gerente Executivo de Internacional Desenvolvimento de Negócios a, em nome da PETROBRAS, assinar com a ASTRA Trading NV o Documento de Compra (*Stock Purchase and Sale Agreement and Limited Partnership Formation Agreement*) tendo como objetivo a aquisição, pela PETROBRAS, diretamente ou através de suas afiliadas, de 50% dos bens e direitos da Pasadena Refining System Inc. - PRSI, bem como a participação em 50% na empresa PRSI Trading Company, LP, a ser criada; b) recomendar à Petrobras America Inc. - PAI a assinatura do Acordo de Acionistas da Pasadena Refining System, Inc - PRSI (*Shareholders Agreement PRSI*); c) recomendar à PAI a criação das empresas PAI GP, LLC e PAI LP, LLC e autorizar estas empresas a criar, em conjunto com a ASTRA, a PRSI Trading Company, LP; e d) recomendar à PAI que, após a aquisição, participe nos investimentos de adaptação da Refinaria de Pasadena ao processamento de petróleo Marlim, avaliado em US$588 milhões, de acordo com a sua participação acionária na Pasadena Refining System, Inc - PRSI. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- **28) Pauta n° 116 - UNIDADE NOVOS NEGÓCIOS - Memorando de Entendimento Para Aquisição da El Paso Rio Claro Ltda. (Macaé Merchant) e da El Paso Rio Grande Ltda. (DIP-NOVOS-NEGÓCIOS-6/2006, de 1-2-2006):** - O Diretor Ildo Luís Sauer submeteu à Diretoria Executiva a matéria da referência, propondo: a) autorizar a assinatura do Memorando de Entendimento para aquisição das empresas El Paso Rio Claro Ltda. (Macaé Merchant) e El Paso Rio Grande Ltda., nos termos descritos no DIP em apreço; b) designar o Gerente Executivo de Novos Negócios para assinar o mencionado instrumento; e c) determinar que os documentos finais sejam submetidos à apreciação da Diretoria Executiva, antes do fechamento do negócio. **DECISÃO:** - A Diretoria Executiva aprovou as proposições formuladas. ---------- Às vinte e duas horas e cinqüenta minutos o Presidente deu por encerrada a reunião, da

- 12 -

Confidential
PBRCG_01548363

Ata nº 4.567

qual se lavrou a presente ata que, depois de lida e aprovada, vai assinada pelo Presidente, pelos Diretores e por mim, Hélio S. Fujikawa, Secretário-Geral da PETROBRAS.

José Sérgio Gabrielli de Azevedo
Presidente

Almir Guilherme Barbassa
Diretor

Guilherme Estrella
Diretor

Ildo Luís Sauer
Diretor

Nestor Cuñat Cerveró
Diretor

Paulo Roberto Costa
Diretor

Renato de Souza Duque
Diretor

Hélio S. Fujikawa
Secretário-Geral da PETROBRAS

- 13 -

Confidential

PBRCG_01548364