# EXHIBIT V

1

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

In Re PETROBRAS SECURITIES LITIGATION        Case No.
                                             14-cv-9662
This Document Applies to: All Cases

----------------------------------------

March 31, 2016
9:37 a.m.


     Videotaped deposition of THEODORE M. HELMS, taken by Plaintiffs, pursuant to Notice, held at the offices of Pomerantz LLP, 600 Third Avenue, New York, New York, before Joseph R. Danyo, a Shorthand Reporter and Notary Public within and for the State of New York.

HUDSON REPORTING & VIDEO                     1-800-310-1769

**New York**           **Hudson Reporting & Video**           **New Jersey**
**Connecticut**        Nationwide 1-800-310-1769              **Pennsylvania**

```
1                  Helms - Confidential
2       America as a senior advisor, and Petrobras America
3       has a contract with Petrobras in which I am a
4       reimbursement to Petrobras America for continued
5       investor relations services.
6              Q.   So fair to say between 2007 and June
7       2015 you were the head of investor relations for
8       Petrobras?
9                  MR. GERBER:  Objection.
10                 You can answer.
11             A.   Correct.  I was the executive manager
12      for investor relations of the company.  The actual
13      head is the title chief financial officer and
14      investor relations director, so I reported to him.
15             Q.   I used the term head of investor
16      relations because that was a term you used in your
17      prior answer.
18             A.   Sorry.  That was a clarification.
19             Q.   As executive manager for investor
20      relations for Petrobras, what are your duties
21      generally?
22             A.   There were matters related to
23      disclosure.  There were -- we would organize and
24      attend broker conferences and road shows
25      fundamentally to introduce and update investors
```