# EXHIBIT X

[…]

**Code: PP-4DV-00013-A**
**PREPARE FORM 20F**

[…]

**Responsibility** Matrix – Identification of persons responsible for the information provided in Form 20-F for the various areas of the company,

[…]

**c) Descriptions of the Steps**

[…]

The internal areas of Petrobras and its Subsidiaries provide the requested information via email. If there is disagreement as to the <u>authority and responsibility for the information provided,</u> INVESTORS/CO provides the necessary corrections.

[…]

The final DIP [Petrobras Internal Document] contains the certifications needed for approval and the signature of the CEO and the Chief Financial Officer. *These activities serve as control points for ICVM [Brazilian Securities and Exchange Instruction] and SOX:*

[…]

The representative from ACCOUNTING emails the Form 20F document for approval by the independent auditor.

After approval from ACCOUNTING and the independent auditors, INVESTORS/CO, along with the outside lawyers, performs the final review of the information in Form 20F and sends the final DIP, requesting the certifications, evaluation, responsibility matrix and the Information Disclosure Controls and Procedures [CPDI] Assessment Reports sent in the initial DIP.

[…]



translations@geotext.com
www.geotext.com

STATE OF NEW YORK          )
                          )
                          )        ss
COUNTY OF NEW YORK         )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Portuguese into English of the attached excerpts of the document

with Bates Nos. PBRCG_01552175– PBRCG_01552183.

_____

Lynda Green, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 27th day of June , 20 16 .

**HOA WIN LY**
**Notary Public, State of New York**
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

_____

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143



Cadastro do padrão

Clique aqui para expandir a seção validação.

## 1. OBJETIVO

Elaborar documento exigido pela SEC para todas as empresas que possuem ADR´s negociados na Bolsa de Nova Iorque, em conformidade com as exigências da SOX.

## 2. APLICAÇÃO E ABRANGÊNCIA

Aplica-se à Gerência de Compliance (INVESTIDORES/CO) da Gerência Executiva de Relacionamento com Investidores.

## 3. DOCUMENTOS DE REFERÊNCIA E COMPLEMENTARES

### 3.1 Documentos de Referência:

Lei Sarbanes Oxley 302.

📄 PG-0V4-00058 – Manual Financeiro – Capítulo 3.14 Controles e Procedimentos de Divulgação de Informações.

### 3.2 Documentos Complementares:

📄 PP-4DV-00011 – Coordenar Respostas aos Questionamentos dos Órgãos Reguladores.

## 4. DEFINIÇÕES

---

PP-4DV-00013-A - Cópia Não-ControladaPropriedade da PETROBRAS                                Página: 1

Confidential                                                                                  PBRCG_01552175

**ADR** – *American Depositary Receipts* – Recibo de ações de companhia não sediada nos Estados Unidos, emitido por um banco e custodiado em banco norte - americano.
Instrumento de negociação criado para que emitentes de títulos cotados em outros países atendessem às normas e regulamentos norte - americanos de registro de títulos, e facilitar o recebimento de dividendos por parte de investidores dos Estados Unidos.

**CA / COUD** – Comitê de Auditoria do Conselho de Administração

**Comitê de Auditoria** – O Comitê de Auditoria assessora o Conselho de Administração no cumprimento das suas responsabilidades de orientação e direção superior da Companhia, com atribuições específicas de análise e recomendação sobre questões relacionadas à integridade dos informes econômico-financeiros consolidados, à eficácia dos controles internos e à s atividades desempenhadas pela Auditoria Interna e pelos Auditores Independentes, podendo o escopo ser estendido, conforme Artigo 16 do Estatuto Social da Petrobras, a suas subsidiárias e controladas, observando a legislação aplicável.

**Conselho de Administração** – O Conselho de Administração é o órgão de orientação e direção superior da Petrobras, competindo-lhe, entre outras, as seguintes atribuições: fixar a orientação geral dos negócios da Companhia, definindo sua missão, seus objetivos estratégicos e diretrizes; aprovar o plano estratégico, bem como os respectivos planos plurianuais e programas anuais de dispêndios e de investimentos; fiscalizar a gestão dos Diretores e fixar-lhes as atribuições, examinando, a qualquer tempo, os livros e papéis da Companhia; avaliar resultados de desempenho; fixar as políticas globais da Companhia, incluindo a de gestão estratégica comercial, financeira, de investimentos, de meio ambiente e de recursos humanos.

**Controles da Instrução da Comissão de Valores Mobiliários (CVM) 480/09 e da SOX** - controles relacionados ao Processo de Elaboração e Divulgação do FORM 20F que se encontram armazenados no Sistema de Gerenciamento e Documentação de Controles Internos, disponibilizado aos gestores responsáveis pelos controles em atendimento a ICVM 480/09 e Lei Sarbanes Oxley - SOX.

**EDGAR** – *Eletronic Data Gathering, Analysis and Retrieval* – Sistema da SEC.

**Fatores de risco** – Descrição dos principais riscos inerentes a companhia, aos seus negócios, bem como, os riscos correlatos ao mercado, governo e países onde a companhia atua.

**Form 20-F** – O Form 20-F é um relatório que descreve as principais informações das atividades operacionais e financeiras ocorridas durante o ano, e informações relevantes até a data do arquivamento. Todas as companhias estrangeiras listadas nos Estados Unidos, e cotizadas na Bolsa de Valores de Nova York (NYSE), são obrigadas a arquivar o Form 20-F na Securities and Exchange Commission - SEC (comissão de valores mobiliários americana).

**Matriz de Responsabilidade** – Identificação dos responsáveis pelas informações

Confidential                                                                                                         PBRCG_01552176

fornecidas para o Form 20-F pelas diversas áreas da companhia,

**NYSE –** *New York Stock Exchange.*

**Relatório de Avaliação do CPDI –** Relatório de Avaliação dos Controles e Procedimentos de Divulgação de Informações

**SEC –** *Securities and Exchange Commission.*

**SOX –** *Sarbanes–Oxley –* Ato normativo de reformas corporativas idealizado p elos parlamentares *"Paul Sarbanes"* e *"Michael Oxley"* , já considerada a mais importante legislação do mercado de capitais. Seu objetivo é p    roteger os investidores através de medidas rígidas que visam eliminar o conflito de              interesses, permitir uma auditoria eficaz e garantir a fidelidade das informações nos relatórios financeiros.

**USGAAP -** Sigla que em inglês significa Generally Accepted Ac    counting Principles in the United States, representa os princípios cont      ábeis geralmente aceitos nos Estados Unidos.

***Written Affirmation –*** Carta que deve ser elaborada em até 30 dias após o arquivamento afirmando que a Petrobras cumpriu as n    ormas da seção 303  A das regras de governança corporativa da NYSE aplicáveis  aos emissores estrangeiros.

## 5. AUTORIDADE E RESPONSABILIDADE

| Implantação | INVESTIDORES/CO |
|---|---|
| Aprovação | INVESTIDORES |
| Consultado | Não aplicável |
| Informado | INVESTIDORES, INVESTIDORES/AS, INVESTIDORES/CO, INVESTIDORES/DM, INVESTIDORES/ESNOR, INVESTIDORES/I I, INVESTIDORES/IN, BR, PBIO, TRANSPETRO, AB-CR, CA/COUD, CF, E&P-CORP, GE-CORP, INTER-CORP, Jurídico,PLAFIN, RH, SEGEPE, SMES, CENPES, COMPARTILHADO/ADS, ESTRATEGIA, FINCANCAS, FINCORP, OG&G, OUVIDORIA-GERAL, FINCORP/GEFIN, CONTABILIDADE, Comitê de Auditoria |

## 6. DESCRIÇÃO

### a) Diagrama de Entradas e Saídas do Processo

| Fornecedores | Insumos |
|---|---|
| | Informações atualizadas sobre as Áreas de Negócio |
| | Comentários sobre o resultado da Cia. em |

---

PP-4DV-00013-A - Cópia Não-ControladaPropriedade da PETR OBRAS                     Página: 3

Confidential                                                                        PBRCG_01552177

| Diversas áreas da companhia e suas principais subsidiárias | USGAAP |
|---|---|
| | Fatores de risco |
| | Processos judiciais |
| Escritório de advocacia contratado | Informações atualizadas sobre as Áreas de Negócio |
| | Comentários sobre o resultado da Cia. em USGAAP |
| | Fatores de risco |
| | Processos judiciais |

| Produtos | Clientes |
|---|---|
| Form 20F | SEC |
| | NYSE |
| | Detentores de ADR |
| | Partes Interessadas |

## b) Fluxograma do Processo



Elaborar Form 20 F

## c) Descrições das Etapas



1. Elaboração do Form 20F

Para atender a uma exigência legal, uma vez que a P        etrobras possui ações na bolsa de NY, faz-se necessário a elaboração anual d  o Form 20F.

INVESTIDORES/CO envia o Form 20F do ano anterior e    o Relatório de Atividades da Companhia via e-mail para a revisão dos advogado   s do escritório de advocacia contratado, que identificam alterações na legislaçã    o que devam ser contempladas no novo relatório.

Confidential                                                                                            PBRCG_01552178

Os advogados do escritório de advocacia contratado    atualizam o documento de acordo com as normas da SEC vigentes e com as infor    mações relevantes que ocorreram durante o ano e após o exercício, e em se    guida envia para INVESTIDORES/CO.

INVESTIDORES/CO numera cada item do Form 20F para f acilitar a localização das áreas, e em seguida envia por DIP à todas as áreas    envolvidas no processo, o documento para a atualização das informações de cad    a área, a Matriz de Responsabilidade das informações fornecidas e demai s anexos exigidos pela seção 302 SOX. São dados 5 dias úteis para a resposta das  Áreas à INVESTIDORES/CO. *Essas atividades atendem aos pontos de controle da  ICVM e da SOX:  20F01 – Atualizar orientações corporativas e  20F02 – Divulgar orientações.*

Paralelamente, INVESTIDORES/CO envia os questionári os para preenchimento de informações confidenciais dos administradores    ao Conselho de Administração e Diretoria Executiva. *Essa atividade atende ao ponto de controle da ICVM  e da SOX 20F14. – Garantir informações SEC   .*

O Conselho de Administração e a Diretoria Executiva    enviam cópia impressa do questionário para INVESTIDORES/CO para continuação   do trâmite.

> **2. Consolidação das informações**

As áreas internas da Petrobras e Subsidiárias forne  cem as informações solicitadas , através de email. Havendo divergências quanto à atr  ibuição e responsabilidade das informações fornecidas , INVESTIDORES/CO providencia as correções necessária s.

As áreas internas da Petrobras e Subsidiárias envia    m à INVESTIDORES  /CO, por e-mail, as informações consistentes e atualizadas d    o Form 20F, sob sua responsabilidade, nos prazos estabelecidos, para as    adequações e revisões necessárias a serem realizadas por INVESTIDORES/CO    e em seguida pelos advogados externos, após aprovação dos respectivos  Gerentes Executivos.

INVESTIDORES/CO,  junto aos advogados externos   , realiza as revisões das informações do Form 20F e submete, novamente via DI    P, às áreas envolvidas no processo.

Os DIPs contemplam as solicitações para consolidaçã    o de informações, podendo esta atividade se repetir de acordo com a necessida    de, até que todas as informações tenham sido preenchidas.

O DIP anterior ao DIP final (no processo) é enviado   ao Comitê de Auditoria, através do CA/COUD, com prazo de resposta de 5 (cinco) dias.

O DIP final contém as certificações necessárias par    a aprovação e assinatura do Presidente e do Diretor Financeiro.    *Essas atividades atendem aos pontos de*

Confidential                                                                          PBRCG_01552179

*controle da ICVM e da SOX:* **20F05** *– Divulgar cronograma,* **20F06** *– Validar informações disclosure,* **20F07** *– Validar informações consolidadas,* **20F08** *– Divulgar informações consolidadadas,* **20F10** *– Validar alterações* **, 20F14** *- Garantir informações SEC e* **20F15** *– Garantir validadção C. A.*


3. Aprovação

O Comitê de Auditoria realiza reunião, quando neces sário, para analisar e aprovar o Form 20F, registrando aprovação em ata.

O representante da CONTABILIDADE envia por email o documento Form 20F para aprovação da auditoria independente.

Após aprovação da CONTABILIDADE e dos auditores ind ependentes, INVESTIDORES/CO junto com os advogados externos, re aliza as revisões finais das informações do Form 20F e envia o DIP final, so licitando as certificações, avaliação, matriz de responsabilidades e Relatório de Avaliação do CPDI enviados no DIP inicial. O prazo de resposta das áreas a INV ESTIDORES/CO é de 4 (quatro) dias. *Essas atividades atendem aos pontos de controle da ICVM e da SOX* **20F11** *– Monitorar matriz de responsabilidade e* **20F16** *- Garantir validação da Contabilidade e Auditores Externos.*

INVESTIDORES/CO envia e-mail com o arquivo final do Form 20F para os advogados, que encaminham para uma empresa contrata da, e esta realiza a conversão do arquivo em "Word" para o sistema EDGAR .

As subsidiárias e áreas Internas da Petrobras elabo ram as respostas ao questionário enviado no DIP inicial e encaminham ao INVESTIDORES/CO, que solicita a assinatura das certificações do Form 20F para arquivamento na SEC ao Presidente e ao Diretor Financeiro. *Essas atividades atendem aos pontos de controle da ICVM e da SOX* **20F05** *– Divulgar cronograma e* **20F17** *– Garantir validação da versão final do 20F.*

O Diretor Financeiro e o Presidente certificam as informações contidas no Form 20F e os advogados do escritório de advocacia contratad o enviam o Form 20F para a empresa responsável pelo arquivamento no sistema ED GAR.


4. Realização de ajustes

Após a empresa responsável por arquivar na SEC real izar a conversão do arquivo para o formato adequado ao sistema EDGAR, INVESTIDO RES/CO confere no sistema se o Form 20F está de acordo com suas premi ssas e, caso encontre alguma inconsistência ou erro no arquivamento, soli cita alterações à empresa

Confidential                                                                                                           PBRCG_01552180

responsável que as efetua. *Essa atividade atende ao ponto de controle da ICVM e da SOX **20F18** – Validar informações do Form 20F arquivadas na SEC.*

A empresa responsável por arquivar na SEC envia para os advogados do escritório de advocacia contratado o documento para aprovação de INVESTIDORES/CO.

Se não houver alteração a ser realizada no documento, o mesmo é enviado para impressão e INVESTIDORES/CO inicia a elaboração do *Written Affirmation.*

Em paralelo INVESTIDORES/CO revisa e atualiza os arquivos do ano anterior, verificando as divergências em relação às exigências, gera os anexos explicativos destas divergências e anexa o currículo dos membros do Comitê de Auditoria para enviar para os advogados do escritório de advocacia contratado, que revisam as informações, verificam alterações do ano anterior para o ano vigente e retornam por e-mail para INVESTIDORES/CO realizar as alterações que se façam necessárias. Com as alterações realizadas, os advogados do escritório de advocacia contratado efetuam a validação por email.

INVESTIDORES/CO solicita a assinatura do Diretor Financeiro no *Written Affirmation e* envia para a NYSE.



5. Divulgação do Form 20F

INVESTIDORES/CO envia por *e-mail* o *Written Affirmation* para a NYSE.

A SEC envia FAX, quando necessário, com questionamentos a serem esclarecidos sobre o Form 20F para o Diretor Financeiro da Petrobras, que os encaminha para INVESTIDORES/CO, que coordena as respostas com as áreas internas envolvidas.


**d) Indicadores do Processo**
Não aplicável.


## 7. REGISTROS

| Identificação | Responsável pelo Armazenamento | Forma de Armazenamento | Local de Armazenamento | Forma de Proteção (acesso ao registro) | Forma de Recuperação | Tempo de Retenção | Forma de Descarte | Classificação da Informação |
|---|---|---|---|---|---|---|---|---|
| FORM20 do ano anterior | INVESTIDORES/CO | Eletrônico e Físico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| Relatório de Atividades da Cia. | INVESTIDORES/CO | Eletrônico e Físico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| E-mail com FORM20 e Relatório de | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | TTD | TTD | Reservado |

Confidential                                                                                                    PBRCG_01552181

| Atividades | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Matriz de responsabilidades | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| Anexos exigidos pela seção 302 SOX | INVESTIDORES/CO | Eletrônico e Físico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| DIP de atualização das informações de cada área | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | TTD | TTD | Reservado |
| Questionários contendo informações confidenciais dos administradores | INVESTIDORES/CO | Eletrônico e Físico | Rede | Senha de Rede | Backup | 5 anos | TTD | Confidencial |
| Email com atualização de informações das áreas e subsidiárias envolvidas | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| Certificações das áreas e subsidiárias envolvidas | INVESTIDORES/CO | Eletrônico e Físico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| DIP preliminar com informações do FORM20 | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | TTD | TTD | Reservado |
| DIP final com informações do FORM20 | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | TTD | TTD | Reservado |
| Ata de reunião para aprovação do FORM20 | CA/COAUD | Eletrônico e Físico | Arquivo | N/A | N/A | TTD | TTD | Confidencial |
| Email com arquivo final do FORM20 | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| Documentos para aprovação | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| Currículo dos membros do Comitê de Auditoria | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |
| Email de validação do FORM20 | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | TTD | TTD | Reservado |
| FAX contendo dúvidas da SEC | INVESTIDORES/CO | Eletrônico | Rede | Senha de Rede | Backup | 5 anos | TTD | Reservado |

TTD – Tabela de Temporalidade de Documentos

## 8. ANEXOS

Não aplicável

Confidential                                                                 PBRCG_01552182

Clique aqui para acessar ou fechar o Sumário de Revisões

| SUMÁRIO DE REVISÕES | | |
|---|---|---|
| **REV.** | **Data** | **DESCRIÇÃO E/OU ITENS ATINGIDOS** |
| 0 | 30/07/2009 | Emissão Original<br><br>O código deste padrão foi alterado de "PP-3DV-00013-0" para "PP-4DV-00013-0". |
| A | 07/12/2011 | Solicitação(ões) de Revisão Aprovada:<br><br>Sugestão:<br>Favor aprovar esta solicitação em função de revisão do PP |

**Data limite para análise:**
08/11/2013

## LISTA DE DISTRIBUIÇÃO

### ELETRÔNICA

INVESTIDORES, INVESTIDORES/AS, INVESTIDORES/CO, INVESTIDORES/DM, INVESTIDORES/ESNOR, INVESTIDORES/II, INVESTIDORES/IN

Deve-se dar prioridade à consulta a padrões através do SINPEP, evitando a sua impressão

### IMPRESSA

DESTINATÁRIOS

* * * ÚLTIMA FOLHA DO PADRÃO * * *

Confidential                                                                                                  PBRCG_01552183