# EXHIBIT Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PETROBRAS SECURITIES LITIGATION                 14-cv-9662 (JSR)

## DECLARATION OF ALMIR GUILHERME BARBASSA
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

ALMIR GUILHERME BARBASSA hereby declares pursuant to 28 U.S.C. § 1746:

1. I worked at Petróleo Brasileiro S.A. – Petrobras ("Petrobras") from February 1974 until my retirement in February 2015. Further, I served as CFO of Petrobras and was a member of Petrobras's Board of Executive Officers between July 2005 and February 2015.

2. In regard to the issues in this case, I did not have the authority to approve the publication of and did not approve the publication of any of the Fatos e Dados blog postings.

3. I did not write, disseminate, cause or direct the dissemination of, publish, sign, or have ultimate authority over the publication of any of those postings to the extent related to this case.

4. If necessary and if the Court does not grant summary judgment on the claims against me, I would be willing to deliver the foregoing testimony at trial.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:         , Brazil
       June 27, 2016

                                        Almir Guilherme Barbassa

CONFIDENTIAL



translations@geotext.com
www.geotext.com

STATE OF NEW YORK       )
                        )
                        )   ss
                        )
COUNTY OF NEW YORK      )

## CERTIFICATION

This is to certify that the attached English document and the attached Portuguese document are, to the best of my knowledge and belief, equivalent.

_____
Lynda Green, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 27th day of June, 2016.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

_____

New York                Washington, D.C.         Chicago                 Houston                 San Francisco
t: +1.212.631.7432      t: +1.202.828.1267       t: +1.312.242.3756      t: +1.713.353.3909      t: +1.415.576.9500

London                  Paris                    Stockholm               Frankfurt               Hong Kong
t: +44.20.7553.4100     t: +33.1.42.68.51.47     t: +46.8.463.11.87      t: +49.69.7593.8434     t: +852.2159.9143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PETROBRAS SECURITIES LITIGATION

14-cv-9662 (JSR)

**DECLARAÇÃO DE ALMIR GUILHERME BARBASSA
PARA FUNDAMENTAÇÃO DO PEDIDO DOS RÉUS PARA
JULGAMENTO SUMÁRIO**

ALMIR GUILHERME BARBASSA pelo presente instrumento declara, em conformidade com o 28 U.S.C. § 1746:

1. Trabalhei na Petróleo Brasileiro S.A. – Petrobras ("Petrobras") de fevereiro de 1974 até minha aposentadoria, em fevereiro de 2015. Além disso, ocupei o cargo de CFO da Petrobras e fui membro da Diretoria Executiva da Petrobras, entre julho de 2005 e fevereiro de 2015.

2. Com relação aos fatos deste caso, eu não tinha autoridade de aprovar a publicação e não aprovei a publicação de nenhuma postagem do blog Fatos e Dados em questão nesta ação.

3. Eu não escrevi, divulguei, causei nem instrui a divulgação, não publiquei, assinei nem tive a autoridade final sobre a publicação de nenhuma dessas postagens, no âmbito deste caso.

4. Se for necessário e se o Tribunal não conceder o julgamento sumário com respeito ao pleito existente contra mim, eu estaria disposto a fazer o depoimento acima em Juízo.

5. Declaro, sob pena de perjúrio, nos termos das leis dos Estados Unidos da América, que as declarações acima são verdadeiras e corretas.

CONFIDENTIAL

Data:         , Brasil
27 de junho de 2016

_____
Almir Guilherme Barbassa

CONFIDENTIAL