# EXHIBIT Z

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PETROBRAS SECURITIES
LITIGATION

14-cv-9662 (JSR)

**DECLARATION OF JOSE CARLOS COSENZA**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

JOSE CARLOS COSENZA hereby declares pursuant to 28 U.S.C. § 1746:

1.      I worked at Petróleo Brasileiro S.A. – Petrobras ("Petrobras") from February 1976 until my resignation in February 2015.  Further, I served as the Director of Supply at Petrobras and a member of Petrobras's Board of Executive Officers between April 2012 and February 2015.

2.      In regard to the issues in this case, I did not have the authority to approve the publication of and did not approve the publication of any of the following: Petrobras's financial statements, press releases, sustainability reports, Corruption Prevention Program Manual, securities filings, including on Form 20-F and Form 6-K, or Fatos e Dados blog posting.

3.      I did not write, disseminate, cause or direct the dissemination of, publish, sign, or have ultimate authority over the publication of any of those documents to the extent related to this case.

4.      If necessary and if the Court does not grant summary judgment on the claims against me, I would be willing to deliver the foregoing testimony at trial.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CONFIDENTIAL

Dated:          , Brazil
          June 27, 2016


                                                  Jose Carlos Cosenza

CONFIDENTIAL



translations@geotext.com
www.geotext.com

STATE OF NEW YORK     )
                      )        ss
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached English document and the attached Portuguese document are, to the best of my knowledge and belief, equivalent.

Lynda Green, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 27th day of June, 20 16.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **PETROBRAS SECURITIES**
**LITIGATION**

14-cv-9662 (JSR)

### DECLARAÇÃO DE JOSE CARLOS COSENZA
### PARA FUNDAMENTAÇÃO DO PEDIDO DOS RÉUS PARA
### JULGAMENTO SUMÁRIO

JOSE CARLOS COSENZA pelo presente instrumento declara, em conformidade com o 28

U.S.C. § 1746:

      1.     Trabalhei na Petróleo Brasileiro S.A. – Petrobras ("Petrobras") de

fevereiro de 1976 até minha aposentadoria, em fevereiro de 2015.  Além disso, ocupei o cargo de

Diretor de Abastecimento da Petrobras e fui membro da Diretoria Executiva da Petrobras, entre

abril de 2012 e fevereiro de 2015.

      2.     Com relação aos fatos deste caso, eu não tinha autoridade para aprovar a

publicação e não aprovei a publicação de nenhum dos seguintes: demonstrações financeiras,

comunicados de imprensa, relatórios de sustentabilidade, Manual de Programa de Prevenção da

Corrupção, registros de valores mobiliários, inclusive o Formulário 20-F e Formulário 6-K, da

Petrobras, nem da postagem do blog Fatos e Dados em questão nesta ação.

      3.     Não escrevi, divulguei, causei nem instruí a divulgação, não publiquei,

assinei nem tive a autoridade final sobre a publicação de nenhum desses documentos, no âmbito

deste caso.

      4.     Se for necessário e se o Tribunal não conceder o julgamento sumário

com relação ao pleito existente contra mim, eu estaria disposto a fazer o depoimento acima em

Juízo.



CONFIDENTIAL

5.   Declaro, sob pena de perjúrio nos termos das leis dos Estados Unidos da América, que as declarações acima são verdadeiras e corretas.

Data:          , Brasil
      __27 de junho de 2016

_____
Jose Carlos Cosenza

CONFIDENTIAL

2