# EXHIBIT AA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PETROBRAS SECURITIES LITIGATION

14-cv-9662 (JSR)

### DECLARATION OF GUILHERME DE OLIVEIRA ESTRELLA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

GUILHERME DE OLIVEIRA ESTRELLA hereby declares pursuant to 28 U.S.C. § 1746:

1. I worked at Petróleo Brasileiro S.A. – Petrobras ("Petrobras") from 1965 until my retirement in 1994. I returned to Petrobras in 2003 and served as Chief Exploration and Production Officer and a member of the Board of Executive Officers until I again retired in February 2012.

2. In regard to the issues in this case, I did not have the authority to approve the publication of and did not approve the publication of any of the following: Petrobras's financial statements, press releases, sustainability reports, Corruption Prevention Program Manual, securities filings, including on Form 20-F and Form 6-K, or Fatos e Dados blog posting.

3. I did not write, disseminate, cause or direct the dissemination of, publish, sign, or have ultimate authority over the publication of any of those documents to the extent related to this case.

4. If necessary and if the Court does not grant summary judgment on the claims against me, I would be willing to deliver the foregoing testimony at trial.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CONFIDENTIAL

Dated:  Novo Friburgo, Brazil
June 27, 2016

Guilherme de Oliveira Estrella

CONFIDENTIAL

2



STATE OF NEW YORK     )
                      )
                      )     ss
COUNTY OF NEW YORK    )

# CERTIFICATION

This is to certify that the attached English document and the attached Portuguese document are, to the best of my knowledge and belief, equivalent.

Lynda Green, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 27th day of June, 20 16.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York   t: +1.212.631.7432
Washington, D.C.   t: +1.202.828.1267
Chicago   t: +1.312.242.3756
Houston   t: +1.713.353.3909
San Francisco   t: +1.415.576.9500
London   t: +44.20.7553.4100
Paris   t: +33.1.42.68.51.47
Stockholm   t: +46.8.463.11.87
Frankfurt   t: +49.69.7593.8434
Hong Kong   t: +852.2159.9143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PETROBRAS SECURITIES LITIGATION

14-cv-9662 (JSR)

### DECLARAÇÃO DE GUILHERME DE OLIVEIRA ESTRELLA PARA FUNDAMENTAÇÃO DO PEDIDO DOS RÉUS PARA JULGAMENTO SUMÁRIO

GUILHERME DE OLIVEIRA ESTRELLA pelo presente instrumento declara, em conformidade com o 28 U.S.C. § 1746:

1. Trabalhei na Petróleo Brasileiro S.A. – Petrobras ("Petrobras") de 1965 até minha aposentadoria em 1994. Voltei à Petrobras em 2003 e ocupei o cargo de Diretor de Exploração e Produção e fui membro da Diretoria Executiva da Petrobras até minha aposentadoria, novamente, em fevereiro de 2012.

2. Com relação aos fatos deste caso, eu não tinha autoridade para aprovar a publicação e não aprovei a publicação de nenhum dos seguintes: demonstrações financeiras, comunicados de imprensa, relatórios de sustentabilidade, Manual de Programa de Prevenção da Corrupção, registros de valores mobiliários, inclusive o Formulário 20-F e Formulário 6-K, da Petrobras, nem a postagem do blog Fatos e Dados em questão nesta ação.

3. Não escrevi, divulguei, causei nem instruí a divulgação, não publiquei, assinei nem tive a autoridade final sobre a publicação de nenhum desses documentos, no âmbito deste caso.

4. Se for necessário e se o Tribunal não conceder o julgamento sumário com relação ao pleito existente contra mim, eu estaria disposto a fazer o depoimento acima em Juízo.

CONFIDENTIAL

5. Declaro, sob pena de perjúrio nos termos das leis dos Estados Unidos da América, que as declarações acima são verdadeiras e corretas.

Nova Friburgo, 27 de junho de 2016

_____
Guilherme de Oliveira Estrella

CONFIDENTIAL