# EXHIBIT BB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PETROBRAS SECURITIES LITIGATION | 14-cv-9662 (JSR) |

## DECLARATION OF JOSE MIRANDA FORMIGLI FILHO
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

JOSE MIRANDA FORMIGLI FILHO hereby declares pursuant to 28 U.S.C. § 1746:

1. I worked at Petróleo Brasileiro S.A. – Petrobras ("Petrobras") from February 1983 until my retirement in February 2015. Further, I served as the Director of Exploration and Production, and was a member of Petrobras's Board of Executive Officers, between February 2012 and February 2015.

2. In regard to the issues in this case, I did not have the authority to approve the publication of and did not approve the publication of any of the following: Petrobras's financial statements, press releases, sustainability reports, Corruption Prevention Program Manual, securities filings, including on Form 20-F and Form 6-K, or Fatos e Dados blog posting.

3. I did not write, disseminate, cause or direct the dissemination of, publish, sign, or have ultimate authority over the publication of any of those documents to the extent related to this case.

4. If necessary and if the Court does not grant summary judgment on the claims against me, I would be willing to deliver the foregoing testimony at trial.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CONFIDENTIAL

Dated:          , Brazil
       June 27, 2016

                                                                     Jose Miranda Formigli Filho



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )   ss
                    )
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached English document and the attached Portuguese document are, to the best of my knowledge and belief, equivalent.

Lynda Green, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 27th day of June, 20 16.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York            Washington, D.C.     Chicago             Houston             San Francisco
t: +1.212.631.7432  t: +1.202.828.1267   t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London              Paris                Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87  t: +49.69.7593.8434 t: +852.2159.9143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PETROBRAS SECURITIES LITIGATION

14-cv-9662 (JSR)

### DECLARAÇÃO DE JOSE MIRANDA FORMIGLI FILHO PARA FUNDAMENTAÇÃO DO PEDIDO DOS RÉUS PARA JULGAMENTO SUMÁRIO

JOSE MIRANDA FORMIGLI FILHO pelo presente instrumento declara, em conformidade com o 28 U.S.C. § 1746:

1. Trabalhei na Petróleo Brasileiro S.A. – Petrobras ("Petrobras") de fevereiro de 1983 até minha aposentadoria em fevereiro de 2015. Além disso, ocupei o cargo de Diretor de Exploração e Produção e fui membro da Diretoria Executiva da Petrobras, entre fevereiro de 2012 e fevereiro de 2015.

2. Com relação aos fatos deste caso, eu não tinha autoridade para aprovar a publicação e não aprovei a publicação de nenhum dos seguintes: demonstrações financeiras, comunicados de imprensa, relatórios de sustentabilidade, Manual de Programa de Prevenção da Corrupção, registros de valores mobiliários, inclusive o Formulário 20-F e Formulário 6-K, da Petrobras, nem da postagem do blog Fatos e Dados em questão nesta ação.

3. Não escrevi, divulguei, causei nem instruí a divulgação, não publiquei, assinei nem tive a autoridade final sobre a publicação de nenhum desses documentos, no âmbito deste caso.

4. Se for necessário e se o Tribunal não conceder o julgamento sumário com respeito ao pleito existente contra mim, eu estaria disposto a fazer o depoimento acima em Juízo.

CONFIDENTIAL

2

5.  Declaro, sob pena de perjúrio nos termos das leis dos Estados Unidos da América, que as declarações acima são verdadeiras e corretas.

Data: 27 de junho de 2016, Brasil

_____
Jose Miranda Formigli Filho

CONFIDENTIAL