UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | 14-cv-9662 (JSR)<br><br>**NOTICE OF FILING** |

**PLEASE TAKE NOTICE** that, pursuant to this Court's order on September 17, 2019, Defendant Petróleo Brasileiro S.A. – Petrobras ("Petrobras"), through its undersigned counsel, respectfully gives notice of filing the following documents attached hereto, which were previously filed under seal as exhibits to the Corrected Declaration of Emma Gilmore in Support of Plaintiffs' Motion for Partial Summary Judgment, filed on July 11, 2016, ECF No. 688 ("Gilmore Decl.")[1]:

- EXHIBIT A, previously filed as Gilmore Decl. Ex. 1.
- EXHIBIT B, previously filed as Gilmore Decl. Ex. 6.
- EXHIBIT C, previously filed as Gilmore Decl. Ex. 23.
- EXHIBIT D, previously filed as Gilmore Decl. Ex. 24 (redacted for commercial sensitivity).
- EXHIBIT E, previously filed as Gilmore Decl. Ex. 25.
- EXHIBIT F, previously filed as Gilmore Decl. Ex. 26.
- EXHIBIT G, previously filed as Gilmore Decl. Ex. 28.
- EXHIBIT H, previously filed as Gilmore Decl. Ex. 29.
- EXHIBIT I, previously filed as Gilmore Decl. Ex. 30 (redacted for commercial sensitivity).
- EXHIBIT J, previously filed as Gilmore Decl. Ex. 33 (redacted for commercial sensitivity).
- EXHIBIT K, previously filed as Gilmore Decl. Ex. 35 (redacted for commercial sensitivity).

---

[1] This is the latest of plaintiffs' declarations in support of their motion for partial summary judgment that were filed in the instant case. *See* ECF Nos. 675, 683.

- EXHIBIT L, previously filed as Gilmore Decl. Ex. 37.
- EXHIBIT M, previously filed as Gilmore Decl. Ex. 38.
- EXHIBIT N, previously filed as Gilmore Decl. Ex. 39.
- EXHIBIT O, previously filed as Gilmore Decl. Ex. 40.
- EXHIBIT P, previously filed as Gilmore Decl. Ex. 41.
- EXHIBIT Q, previously filed as Gilmore Decl. Ex. 42.
- EXHIBIT R, previously filed as Gilmore Decl. Ex. 43.
- EXHIBIT S, previously filed as Gilmore Decl. Ex. 44 (redacted for commercial sensitivity).
- EXHIBIT T, previously filed as Gilmore Decl. Ex. 45.
- EXHIBIT U, previously filed as Gilmore Decl. Ex. 46 (redacted for commercial sensitivity).
- EXHIBIT V, previously filed as Gilmore Decl. Ex. 47.
- EXHIBIT W, previously filed as Gilmore Decl. Ex. 48.
- EXHIBIT X, previously filed as Gilmore Decl. Ex. 49.
- EXHIBIT Y, previously filed as Gilmore Decl. Ex. 50.
- EXHIBIT Z, previously filed as Gilmore Decl. Ex. 52.
- EXHIBIT AA, previously filed as Gilmore Decl. Ex. 53.
- EXHIBIT BB, previously filed as Gilmore Decl. Ex. 54 (redacted for commercial sensitivity).
- EXHIBIT CC, previously filed as Gilmore Decl. Ex. 58.
- EXHIBIT DD, previously filed as Gilmore Decl. Ex. 59.
- EXHIBIT EE, previously filed as Gilmore Decl. Ex. 71.
- EXHIBIT FF, previously filed as Gilmore Decl. Ex. 72.
- EXHIBIT GG, previously filed as Gilmore Decl. Ex. 73.
- EXHIBIT HH, previously filed as Gilmore Decl. Ex. 76.
- EXHIBIT II, previously filed as Gilmore Decl. Ex. 76A.
- EXHIBIT JJ, previously filed as Gilmore Decl. Ex. 78.
- EXHIBIT KK, previously filed as Gilmore Decl. Ex. 79.
- EXHIBIT LL, previously filed as Gilmore Decl. Ex. 80.
- EXHIBIT MM, previously filed as Gilmore Decl. Ex. 91.
- EXHIBIT NN, previously filed as Gilmore Decl. Ex. 92.

- EXHIBIT OO, previously filed as Gilmore Decl. Ex. 95.
- EXHIBIT PP, previously filed as Gilmore Decl. Ex. 96.

Dated: September 24, 2019
New York, New York

Respectfully submitted,

/s/ Lewis J. Liman
Lewis J. Liman
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Petrobras*