# EXHIBIT C

1

2              C O N F I D E N T I A L

3   UNITED STATES DISTRICT COURT

    SOUTHERN DISTRICT OF NEW YORK

4   ---------------------------------------

5   In Re PETROBRAS SECURITIES LITIGATION    Case No.

                                             14-cv-9662

6   This Document Applies to: All Cases

7   ---------------------------------------

8

                        February 16, 2016

9                       9:23 a.m.

10

11       Videotaped deposition of VENINA VELOSA

12   DA FONSECA, taken by Plaintiffs, pursuant to Notice,

13   held at the offices of Pomerantz LLP, 600 Third

14   Avenue, New York, New York, before Joseph R. Danyo,

15   a Shorthand Reporter and Notary Public within and

16   for the State of New York.

17

18

19

20

21

22

23

24

25

```
 1
 2    A P P E A R A N C E S :
 3        POMERANTZ LLP
              Attorneys for Lead Plaintiff
 4            600 Third Avenue
              New York, New York 10016
 5
          By:   JOHN A. KEHOE, ESQ.
 6              EMMA GILMORE, ESQ.
                JEREMY LIEBERMAN, ESQ.
 7              MARCELA LEVI, ESQ.
                ATILA CONDINI, ESQ.
 8              WLADIMIR MESKELIS, ESQ.
 9
10        KAPLAN FOX & KILSHEIMER LLP
              Attorneys for Plaintiff Ohio Public
11             Employees Retirement System
              805 Third Avenue
12            New York, New York 10022
13        By:   JOSHUA H. SALTZMAN, ESQ.
                  (Via Teleconference)
14
15
          KESSLER TOPAZ MELTZER CHECK LLP
16            Attorneys for Plaintiffs Dimensional,
               Aberdeen, Abbey Funds, Skagen, Danske,
17             Delaware and Russell Plaintiffs
              280 King of Prussia Road
18            Radnor, Pennsylvania 19087
19        By:   RICHARD A. RUSSO, JR., ESQ.
                MARGARET E. ONASCH, ESQ.
20
21
          ROBBINS GELLER RUDMAN & DOWD LLP
22            Attorneys for Plaintiffs Central States NNIP
               and WSIB Plaintiffs
23            655 West Broadway
              Suite 1900
24            San Diego, California 92101
25        By:   CODY R. LeJEUNE, ESQ.
```

```
 1
 2   A P P E A R A N C E S : (Continued)
 3        KAHN SWICK & FOTI, LLC
               Attorneys for Aura Capital
 4             500 Fifth Avenue
               Suite 1810
 5             New York, New York 10110
 6        By:   BRUCE W. DONA, ESQ.
 7
 8        GIBBS & BRUNS
               Attorneys for Plaintiffs in WGI Emerging
 9               Markets Fund action
                 1100 Louisiana
10             Suite 5300
               Houston, Texas 77002
11
          By:   SCOTT HUMPHRIES, ESQ.
12               (Via Teleconference)
13
14        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
               Attorneys for Plaintiffs in Janus and
15               Dodge and Cox action
               250 Hudson Street
16             8th Floor
               New York, New York 10013
17
          By:   MICHAEL MIARMI, ESQ.
18               (Via Teleconference)
19
20        CLEARY GOTTLIEB STEEN & HAMILTON LLP
               Attorneys for the Petrobras Defendants
21             One Liberty Plaza
               New York, New York 10006-1470
22
          By:   ROGER A. COOPER, ESQ.
23             KATHERINE CURRIE, ESQ.
               PEDRO MARTINI, ESQ.
24
25
```

1

2    A P P E A R A N C E S : (Continued)

3        SKADDEN ARPS SLATE MEAGHER & FLOM LLP
             Attorneys for the Underwriter Defendants
4            4 Times Square
             New York, New York 10036

5

         By:   JEREMY A. BERMAN, ESQ.

6

7

         KING & SPALDING LLP
8            Attorneys for Defendant PWC
             1185 Avenue of the Americas
9            New York, New York 10036-4003
10       By:   ISRAEL DAHAN, ESQ.
                 LAUREN WEBB MITCHELL, ESQ.

11

12

13   Also Present:

14       UBIRATAN MATTOS

15       ZILDA BUZACK,
             Portuguese Interpreter

16

         HENRY MARTE,
17           Videographer
18                      ~oOo~

19

20

21

22

23

24

25

1                da Fonseca - Confidential

2          THE VIDEOGRAPHER:  We are now on the

3      record.  My name is Henry Marte.  I am a

4      videographer for Hudson Reporting & Video.

5      Today's date is February 16, 2016 and the

6      time is 9:23 a.m.  This videotaped

7      deposition is being held at Pomerantz LLP

8      located at 600 Third Avenue, New York, New

9      York taken in the matter of Petrobras

10     Securities Litigation filed in the United

11     States District Court, Southern District of

12     New York.  The deponent is Venina Velosa

13     da Fonseca.  Counsel will be noted on the

14     stenographic record.

15          The court reporter is Joe Danyo and who

16     will now administer the oath to the witness

17     and to the interpreter.

18  Z I L D A   B U Z A C K,  was duly sworn to

19  interpret the questions from English to Portuguese

20  and the answers from Portuguese to English:

21  VENINA VELOSA DA FONSECA, having been first duly

22  sworn through the Interpreter by Joseph R. Danyo, a

23  Notary Public, was examined and testified as

24  follows:

25  EXAMINATION BY MS. GILMORE:

Page 6

```
1              da Fonseca - Confidential
2      Q.    Good morning, Ms. Venina da Fonseca.   My
3  name is Emma Gilmore.   I represent plaintiffs in
4  this action.
5           THE INTERPRETER:   The interpreter thinks
6       that Ms. da Fonseca signed to the
7       interpreter not to interpret, so the
8       interpreter would like to clarify that when
9       it is needed and when it is not.
10      Q.    Okay.   I have a few ground rules for
11  today.   If at any time you don't understand my
12  question, can you please ask me to clarify and I
13  will try to the best of my ability to clarify it.
14  If at any time you need a break to go to the
15  restroom or otherwise, just let me know.   The only
16  thing I ask is if there is a question pending, that
17  you answer the question before we break.   Okay?
18      A.    Okay.
19      Q.    Do you understand some English?
20      A.    Yes.
21      Q.    Did you give testimony before today with
22  respect to Petrobras?
23      A.    Yes.   Approximately six.
24      Q.    Six times?
25      A.    Six times.
```

Page 7

1              da Fonseca - Confidential

2         Q.   What was your first testimony?

3         A.   First, it was in Curitiba.

4              THE INTERPRETER:  Should the interpreter

5         interpret the questions even when the

6         witness tells her not to?

7              MS. GILMORE:  Yes.

8         Q.   When was the first testimony you gave in

9    connection with Petrobras?

10        A.   The first testimony that I provided was

11   voluntary.  It was in Curitiba, and it was in

12   December.

13        Q.   Why did you provide that testimony?

14        A.   Because I had a series of information

15   and documentation and I wanted to provide that to

16   the Federal District Attorney's Office in Brazil.

17        Q.   Why did you want to do that?

18             THE INTERPRETER:  Prosecution office in

19        Brazil.  The interpreter wants to correct.

20        A.   Because at that time the plea bargain

21   for Roberto Costa had already occurred, and they

22   had created an internal committee inside of

23   Petrobras, and I testified at that committee, and

24   my testimony was not written appropriately on the

25   final report.  I had already given, provided that

Page 8

```
 1                  da Fonseca - Confidential
 2   information to my superiors for seven or eight
 3   years prior, and so what happened is that it was
 4   somewhat part of the information was neglected, so
 5   I decided that the best thing to do would be to
 6   find other means.
 7                  And at that time I knew that the
 8   prosecution office's services in Curitiba was at
 9   the forefront of the investigation, and I thought
10   that somewhat the information would help clarify
11   the facts.
12        Q.   We are going to get into the specifics
13   of that later today, but I wanted to know with
14   respect to this interview you gave in Curitiba,
15   when did that take place?  Do you recall the date?
16        A.   On December 18, 2014.
17        Q.   Was the testimony that you gave under
18   oath?
19        A.   Yes, it was.
20        Q.   Was your testimony truthful and
21   accurate?
22        A.   Completely so.
23        Q.   Do you stand by your testimony you gave
24   on December 18, 2014?  Do you stand by the
25   testimony today?
```

1                    da Fonseca - Confidential

2         A.    Not only on the 18th but on all

3    testimony that I provided.

4         Q.    Did you give -- you mentioned you gave

5    copies of the documents in connection with that

6    testimony.

7         A.    They kept my computer which contained

8    documents from back in 2002.

9         Q.    Do you have copies of the documents that

10   you gave to the police, specific types of documents

11   you gave to the police?

12        A.    Yes, I do.

13        Q.    Did you bring them with you today?

14        A.    Partly, but no.

15        Q.    What types, can you describe the types

16   of documents?

17        A.    e-mails exchanged with officers, inside

18   documents of Petrobras that are submitted to the

19   executive board for approval, and also a few

20   presentations that were submitted to the board of

21   directors and to the executive board.

22        Q.    Anything else if you remember?

23        A.    I have all the information that I

24   exchanged during that period of time.

25        Q.    When was the second testimony that you

1                    da Fonseca - Confidential

2    gave?

3             A.    I was a witness, I was a prosecution

4    witness for the contractors.   There were five

5    testimonies.   That was in February of 2015.

6             Q.    When you say for the contractors, who do

7    you mean by that?

8             A.    The companies that were indicted and

9    that provided services to Petrobras.

10            Q.    Do you recall the names of the companies

11   or how many there were?

12            A.    All of them, right?

13            Q.    Where was this testimony given?

14            A.    Curitiba.

15            Q.    Do you recall, if you recall, the case

16   number or name?

17            A.    There were five case numbers and each

18   case involved more than one company.   I do have the

19   numbers, but I don't recall them right now.

20            Q.    Perhaps you can look at a break and if

21   you can give them to us afterwards.   Did you

22   present documents in connection with the five

23   testimonies you gave in connection with the

24   contractors' case?

25            A.    All the documents that I had were

Page 11

1              da Fonseca - Confidential

2    already with prosecutors when I provided those

3    testimonies.

4         Q.   Were those the same kind of documents

5    you presented in connection with your testimony on

6    December 18, 2014?

7              MR. COOPER:  Objection to form.

8         A.   Part of the documents, yes.

9         Q.   And what about other documents?  The

10   other part.

11        A.   At that time those documents, there is

12   an investigation about construction at refineries

13   also increasing, the refineries, and the

14   interpreter asks the witness to repeat the second

15   part of what she said, and besides the problem,

16   there were other problems that were described that

17   were not in connection with that case.

18        Q.   When you said there were problems in

19   connection with the refineries, do you recall which

20   specific refineries?

21        A.   Northeast refinery, Gabriel Passos

22   refinery, Parana refinery, Getulio Vargas.  There

23   are more refineries, but I don't know exactly which

24   ones.

25        Q.   What were the other problems?  You said

```
 1                 da Fonseca - Confidential
 2   there were -- there were the refineries, and then
 3   other problems.  Can you describe the types of the
 4   other problems?
 5                 MR. COOPER:  Objection to form.
 6        A.    There were problems in the communication
 7   area.  There were problems in the marketing and
 8   business department, logistics.
 9        Q.    Anything else that you remember?
10        A.    No.
11        Q.    When you mean problems, do you mean
12   nonconformity or irregularities?
13                 MR. COOPER:  Objection to form.
14        A.    Yes.
15        Q.    Now let's go, so we went through two of
16   the testimonies you gave.  You mentioned there were
17   six testimonies.  What was the next testimony you
18   gave?
19        A.    The first one was in December.  I
20   provided five testimonies in connection with these
21   construction companies, and the last one was at the
22   CPI.
23        Q.    When was that?  Can you define CPI
24   first?
25        A.    It is an inquiry parliamentary committee
```

1                    da Fonseca - Confidential

2    which is comprised by representatives.

3         Q.    When was the deposition given?

4         A.    I think it was in September.

5         Q.    Of which year?

6         A.    2015.

7         Q.    Why did you give testimony to the

8    parliamentary committee?

9         A.    Because I was summoned to do so.

10        Q.    Do you know why you were summoned to do

11   so?

12        A.    I was summoned by the committee

13   chairperson.  I believe it was due to the fact that

14   the information that I had provided had already

15   made public.

16        Q.    Did you give documents in connection

17   with your testimony before the CPI?

18        A.    They did not request them.

19        Q.    Other than this testimony, did you give

20   any other testimonies or declarations in connection

21   with Petrobras?

22        A.    Yes.  Newspapers, with internal

23   committees.

24        Q.    Internal committees at Petrobras?

25        A.    Yes.

Page 14

1              da Fonseca - Confidential

2          Q.    How many of those did you give to the

3    internal committees at Petrobras?

4          A.    Three.

5          Q.    Do you recall the dates?

6          A.    Two were in October 2014 and one was in

7    November 2015.

8          Q.    The two declarations --

9          A.    Anything that is being said here needs

10   to be interpreted.  So should I speak about my case

11   about the testimonies that I gave?

12         Q.    We will go into the specifics later

13   today.  I just want to get how many.  The amounts

14   of depositions you gave.

15         A.    There is another testimony that I

16   provided that was during a labor suit against

17   Petrobras.

18         Q.    What kind of labor suit was that?

19         A.    Harassment.

20         Q.    Was this labor suit brought by you

21   against Petrobras?

22         A.    Yes.

23         Q.    Do you recall the date when you gave

24   that testimony?

25         A.    May 2015.

Page 15

1               da Fonseca - Confidential

2        Q.    How many testimonies did you give in

3   connection with your labor suit?

4        A.    When?

5        Q.    I would like to introduce some exhibits.

6   da Fonseca 1.

7               (da Fonseca Exhibit 1, Transcript of

8               September 22, 2015, was so marked for

9               identification, as of this date.)

10       Q.    Ms. Venina, do you recognize this

11  document as a copy of the testimony you gave to the

12  CPI on September 22, 2015?

13       A.    Yes.

14       Q.    Okay.  You can put that away.  Do you

15  recognize this as being a copy of the testimony

16  that you gave on February 11, 2015?  It doesn't

17  have page numbers, but your deposition, among

18  others, appears over here if you want to take a

19  look at it.

20              MR. BERMAN:  Objection to the form.

21              (da Fonseca Exhibit 2, Transcript of

22              February 3, 2015, was so marked for

23              identification, as of this date.)

24       Q.    Sorry.  It looks like the date of the

25  deposition is February 3.  The transcript is

```
 1                    da Fonseca - Confidential
 2     February 11.
 3                    MR. BERMAN:  Objection to form.
 4                    MR. COOPER:  Objection also to the
 5            communications between Ms. da Fonseca and
 6            her attorney.
 7            A.   Yes.
 8            Q.   Okay.  You can put that away.
 9                    (da Fonseca Exhibit 3, Transcript of
10            February 5, 2015, was so marked for
11            identification, as of this date.)
12            Q.   Ms. da Fonseca, do you recognize this as
13     being a copy of the deposition you gave on
14     February 18, 2015?
15                    MR. COOPER:  Objection.  The date is
16            different.  February 5.
17                    MS. GILMORE:  February 18, 2015.  I see.
18            I'm sorry.  The transcript is February 5,
19            2015.
20            A.   Yes.
21            Q.   We can put that away.
22                    (da Fonseca Exhibit 4, Transcript of
23            February 6, 2015, was so marked for
24            identification, as of this date.)
25            Q.   Ms. da Fonseca, do you recognize this as
```

```
 1                    da Fonseca - Confidential
 2   a transcript of the testimony you gave on
 3   February 6, 2015?
 4                    MR. BERMAN:  Objection to form.
 5        A.   Yes.
 6        Q.   You can put that away.
 7             (da Fonseca Exhibit 5, Transcript of
 8        February 10, 2015, was so marked for
 9        identification, as of this date.)
10        Q.   Ms. da Fonseca, do you recognize this as
11   a copy of the deposition you gave on February 10,
12   2015?
13                    MR. BERMAN:  Objection to form.
14        Q.   This was Exhibit 5.
15        A.   Yes.
16        Q.   And the prior one was Exhibit 4.
17             (da Fonseca Exhibit 6, Transcript of
18        February 12, 2015, was so marked for
19        identification, as of this date.)
20        Q.   Ms. da Fonseca, do you recognize
21   da Fonseca Exhibit 6 as a copy of the deposition
22   you gave on February 12, 2015?  I believe your
23   deposition is at the end.
24        A.   Yes.
25        Q.   You can put that away.  Ms. da Fonseca,
```

Page 18

1                    da Fonseca - Confidential

2    are you currently employed at Petrobras?

3         A.   Yes.

4         Q.   What is your position?

5         A.   Senior geologist.

6         Q.   Who do you report to?

7         A.   Corporate finance executive director

8    manager officer.

9         Q.   Does he or she have a name?

10        A.   Zacarias, I'm not sure of that person's

11   complete name.

12        Q.   Did you at any point during your

13   employment at Petrobras hold any executive

14   positions?

15             MR. COOPER:  Objection to form.

16        A.   Yes, I did.

17        Q.   Which ones?

18        A.   A corporate supply executive manager.

19        Q.   In which department?

20        A.   Supply.

21        Q.   When did you hold that position?

22        A.   From second half of 2005 through October

23   2009.

24        Q.   Did there come a time during your

25   employment at Petrobras when you detected or

Page 19

1                    da Fonseca - Confidential

2      learned of irregularities or nonconformities?

3                    MR. COOPER:  Objection to form.

4           A.   Yes.

5           Q.   Let's start with the first irregularity

6      that you encountered.  Can you describe that for

7      me.

8                    MR. COOPER:  Objection to form.

9           A.   It was within the communications

10     division.  I was executive manager of corporate

11     supply.  So connected to me that was a general

12     management division, and that general management

13     division was connected to the communications

14     division.  The irregularity detected was connected

15     to payment of various different services that were

16     not provided.  Payments that were made above the

17     ceiling allowed by the division manager, completely

18     irregular and noncompliance with the company's

19     procedures.

20          Q.   Can you describe this irregular

21     services?

22                    MR. COOPER:  Objection to form.

23                    MR. BERMAN:  I join.

24          A.   There were general communication

25     services, promotions, publishing of events, gifts,

1              da Fonseca - Confidential

2    anything that affects the supply division's

3    communication.

4         Q.   How did you learn of these

5    irregularities?

6         A.   The general manager communicated to me

7    after I requested him to hold auditing in the

8    communication division.

9         Q.   Who was the general manager you are

10   referring to?

11        A.   Jose Roberto Kaschel.  I'm not really

12   sure how to spell it, but I think it is

13   K-a-s-c-h-o.  Kascho.

14        Q.   Why did Jose Roberto Kaschel come to you

15   with these irregularities?

16             MR. COOPER:  Objection to form.

17        A.   Because these were very serious

18   irregularities that involved not only the supply

19   division but Petrobras as a whole.

20        Q.   And why did you think they were serious?

21        A.   Because there was a whole scheme created

22   for cost provision, to allocate costs so that they

23   would not be detected.

24        Q.   And what was the time period for this?

25        A.   It was September 2008 and the final

Page 21

```
 1              da Fonseca - Confidential
 2  report was submitted to the board or the committee
 3  who investigated the case in April of 2009.
 4         Q.   Who was involved in these
 5  irregularities?
 6              MR. COOPER:  Objection to form.
 7         A.   The division manager.
 8         Q.   What was his name?
 9         A.   Geovane de Morais, a few subordinates of
10  the group that is internal to Petrobras as well as
11  contractors and through Geovane's testimony persons
12  who provided services.
13         Q.   Okay.  Let's go over each of them.  You
14  said a few subordinates were also involved.  Can
15  you name them, please, and state their position.
16         A.   I don't remember the names, but what
17  called attention is that a contracted subordinate
18  was issuing receipts on the corporate system, but
19  he had already been dismissed.
20              MS. LEVI:  Objection.  Former employee,
21         right?
22              THE INTERPRETER:  No, it was a
23         contractor.  So the interpreter stands by
24         her interpretation.
25         Q.   Which contractors or persons who
```

1              da Fonseca - Confidential

2    provided services were involved in the

3    irregularities?

4              MR. COOPER:  Objection to form.  You

5         should ask her what she means by

6         contractors.

7         Q.   Do you understand my question?

8         A.   In this case when she asked me about the

9    persons who were involved, these were contractors

10   that were providing services directly to Petrobras.

11   They were not in the area of construction, they

12   were in the area of communications.

13        Q.   And do you recall their names?

14        A.   On the final report there is a list.

15   These people connected to marketing and there were

16   hundreds, and these were companies that were

17   providing services.

18        Q.   What was the date of that final report?

19        A.   April 20, '09.

20        Q.   We will get back to that final report

21   soon, but can you tell me what you did once you

22   learned of these irregularities?

23        A.    Initially I contacted the supply

24   manager, Paulo Roberto Costa, and I informed him of

25   what was going on, and secondly, I submitted a

1                    da Fonseca - Confidential

2   document, an e-mail actually, reporting what had

3   happened.

4          Q.    To whom did you submit that e-mail?

5          A.    Paulo Roberto Costa.

6          Q.    Mr. Costa was at the time an executive

7   of Petrobras?

8          A.    Supply manager for Petrobras.

9          Q.    Was he on --

10               MR. MARTINI:  Executive officer.

11               MS. LEVI:  The head officer of the

12          supply division?

13               THE INTERPRETER:  Supply head officer

14          for that division.  Okay.  The interpreter

15          will stand corrected.

16          Q.    Was he an executive?

17          A.    Yes.

18          Q.    Was he on the executive board at

19   Petrobras?

20          A.    Yes.

21          Q.    Describe for me the contact, what you

22   said to Mr. Costa when you first approached him

23   initially?

24          A.    I told him that there were

25   irregularities in the communications division and

Page 24

1                    da Fonseca - Confidential

2    that I thought an auditing should be performed to

3    clarify what was going on and to punish the

4    individuals and companies that were involved.

5         Q.    What did Mr. Costa say in response?

6         A.    Very loudly and also angry, he asked me

7    if I wanted to destroy everybody.  He pointed his

8    finger to the then president Lula, his picture was

9    on the wall, and then right after that he pointed

10   his fingers at the office of the CEO, Sergio

11   Gabrielli.

12        Q.    Why do you think he pointed to Lula and

13   Gabrielli's portraits or offices and said do you

14   want to destroy everybody?

15             MR. COOPER:  Objection to form.

16             MR. BERMAN:  Objection to form.

17        A.    Because supposedly they would be

18   involved in the case.

19        Q.    Were they involved in the case?

20             MR. COOPER:  Objection to form.

21             MR. BERMAN:  Objection to form.

22        A.    In case of president Lula, I cannot say

23   for sure, but the CEO Gabrielli summoned me up into

24   his office twice, once when I dismissed Geovane

25   from the division because he was being

1            da Fonseca - Confidential

2    investigated, because besides myself and Gabrielli,

3    that second time in the meeting also the Petrobras

4    communications executive manager was also present

5    because he wanted to see if the division of that

6    executive would absorb part of the costs.

7            Q.   Okay.  Let's go to the first, first you

8    were summoned by Gabrielli in his office.  Can you

9    describe for me what happened at that time?

10           A.   He called me into his office.  It was

11   about 7 p.m.  His cabinet chief was present at that

12   time.

13           Q.   What was the name of his cabinet chief?

14           A.   His nickname is bacalhau, which means

15   codfish, an assistant.  I can look up the names

16   later because there are so many.  At that time he

17   asked me if I could keep Geovane in the division,

18   in other words, not to dismiss him.  I said no, and

19   he got startled or surprised.  I said because he

20   couldn't be investigated if he was head of a

21   division because he could try to manipulate or hide

22   the realities.

23           Q.   So Mr. Gabrielli did not want you to

24   investigate or get rid of Mr. Morais?

25                MR. COOPER:  Objection to form.

Page 26

                    da Fonseca - Confidential

1

2        A.    He did not say that clearly.

3        Q.    Was it the implication?

4              MR. COOPER:  Objection to form.

5        A.    I cannot judge that.

6        Q.    Who else was at that meeting?

7        A.    May I ask my attorney the names if he

8    remembers?

9        Q.    You can give me the names in the break.

10   Do you recall if Ms. Foster was present at that

11   meeting?

12       A.    She was not.

13       Q.    What else did Gabrielli tell you at that

14   meeting?

15       A.    The main subject that he addressed was

16   connected to Geovane's dismissal.

17       Q.    And he did not want you to dismiss Mr.

18   Geovane?

19             MR. COOPER:  Objection to form.  Asked

20             and answered.

21             THE INTERPRETER:  I want to make very

22             clear that it doesn't mean dismissed.  He

23             was just removed from his position, so the

24             interpreter will stand corrected.  At that

25             time.

Page 27

1              da Fonseca - Confidential

2         Q.    Did Gabrielli tell you to conduct an

3    investigation into Mr. Geovane de Morais's illegal

4    or illicit actions?

5         A.    No.  No, what happened is that when I

6    spoke with the former officer Paulo Roberto Costa,

7    since there were so many divisions involved, he

8    requested me to create a document on behalf of

9    Gabrielli.

10              THE INTERPRETER:  The interpreter stands

11              corrected.  To Gabrielli.  Requested to do

12              an investigation in the realm of the

13              president since the interpreter has to

14              clarify.  President or CEO, since there were

15              a lot of divisions involved because the word

16              "president" and "CEO" in Portuguese can be

17              the same word.

18         A.    This was not usual.  Usually the person

19    who made or made the document for the president or

20    CEO, there is a question by the interpreter, was

21    the divisions, were the divisions.

22              MS. LEVI:  Division officer.

23              THE INTERPRETER:  Thank you.

24         Q.    Just to clarify, when you say the

25    president, do you mean Gabrielli?

Page 28

da Fonseca - Confidential

1

2     A.    Yes.   CEO.

3     Q.    What did you do in connection with

4  preparing this document that you were asked to do?

5     A.    I prepared it and I submitted it.

6     Q.    Did you conduct an investigation in

7  connection with the preparation of the report?

8           MR. COOPER:   Objection to form.

9     A.    They conducted a superficial

10  investigation and within the investigation group

11  there were individuals from the auditing division,

12  from the legal department, from the supply

13  division.  I think that is it.  Actually there must

14  be more, but I don't remember.  So as a result of

15  the final report, they requested an investigation,

16  actually not an investigation, but research into

17  the hiring or contracting procedures of small

18  services that fell into my division which restricts

19  a bit the scope.  I created the committee.

20           So I created this committee which

21  conducted investigations and heard witnesses

22  including Geovane, and at the end they issued a

23  report, and after receiving the report I dismissed

24  Geovane and I sent the report to the divisions in

25  charge of continuing the investigation of the

Page 29

1                da Fonseca - Confidential

2    companies.  The dismissal was based on two legal

3    opinions which said that even being off due to

4    health reasons you could be dismissed, but this

5    dismissal was not conducted.

6        Q.   Okay.  Let's go back first to the first

7    investigation.  You referred to that investigation

8    as a superficial one.  Two questions first.  Who is

9    they who conducted the superficial investigation?

10            MR. COOPER:  Objection to form.

11       A.   It was conducted by one of Gabrielli's

12   assistants.  He was the committee's coordinator.

13       Q.   Do you recall his or her name?

14       A.   No.

15       Q.   Would you be able to look during the

16   break to see if you can remember the name?

17       A.   Sure.

18       Q.   Anybody else other than this Gabrielli

19   assistant involved in the first superficial

20   investigation?

21            MR. COOPER:  Objection to form.

22       A.   No.  The person involved in the

23   investigation was Gabrielli's assistant.  Francisco

24   Pais from the supply division, he was the

25   officer -- supply division officer assistant.

Page 30

1              da Fonseca - Confidential

2        Q.   By that, do you mean Roberto Costa's

3   assistant?

4        A.   Correct.  There was a representative of

5   the legal department whose name I don't remember,

6   and also a representative of the auditing division

7   department.

8        Q.   Do you recall the representative from

9   the audit department's name?

10       A.   I already said that I did not.  No, I

11   did not.

12       Q.   Why do you refer to this investigation

13   as a superficial investigation?

14       A.   Due to the report's quality and by the

15   group of witnesses who testified, the testimony

16   provided was not in accordance with the report.

17       Q.   Can you explain that for me?

18       A.   During that committee two individuals

19   were heard.  One was the general manager, Jose

20   Roberto, and the other one was Augusto Nunez,

21   contracting manager.  I don't remember exactly if

22   Geovane was heard or not, but I believe he was not.

23       Q.   Why did you think hearing these two

24   witnesses was superficial?

25       A.   I think it is better that you ask again

1              da Fonseca - Confidential

2  because that question didn't make any sense to me.

3      Q.   Okay.  I will try.  You said that this

4  investigation that was called for by Gabrielli was

5  superficial and you said that the report quality

6  and the group of witnesses was superficial.  Why?

7              MR. COOPER:  Objection to form.

8      A.   Because it did not reflect exactly the

9  evidence that we had in our hands, so they were not

10 appropriately investigated by or during this

11 committee.

12     Q.   What was the evidence you had in your

13 hands that was not reflected in this investigation

14 conducted by Gabrielli?

15             MR. COOPER:  Objection to form.

16     A.   Various different payments made without

17 any products linked to them.

18     Q.   Anything else?

19     A.   Basically everything that occurred, they

20 basically stayed with that case, but they did not

21 investigate the facts.

22     Q.   You said subsequent to the superficial

23 investigation, you conducted your own

24 investigation.  Correct?

25             MR. COOPER:  Objection to form.

Page 32

1              da Fonseca - Confidential

2        A.    Correct.  I created a committee within

3   the scope of the executive board.  Within the scope

4   of my executive management.

5              THE INTERPRETER:  And the interpreter

6              would like to know that the titles of

7              positions are very different in Brazil and

8              in the U.S.  That is why she is asking for a

9              little bit of assistance from the attorneys

10             here.

11       Q.    Who are the members of the committee who

12   created it?

13       A.    They were managers from my executive

14   division.  The coordinator was the HR manager.

15   Budgeting manager.  Contracting manager.  Risk area

16   manager.  My assistant.  I think that is it.

17       Q.    Let's try and see if you can remember

18   the names.  The manager of your executive division,

19   do you have the name?

20       A.    HR manager Lucia.

21       Q.    Is Lucia still employed at Petrobras?

22       A.    She is retired.

23       Q.    Any other names you can remember?

24       A.    Well, there is Lucia, and there was, I

25   would have to see the flow chart.

1              da Fonseca - Confidential

2         Q.    Maybe you can look at the break and tell

3    us.

4         A.    It has been six years.

5         Q.    What was the time period of this again?

6         A.    2008-2009.

7         Q.    In connection with the investigation

8    that you conducted, you mentioned that you

9    interviewed Mr. Morais.  Is that correct?

10             MR. COOPER:  Objection to form.

11        A.    No.  The committee interviewed Geovane.

12   I was not part of the committee.  It is important

13   to clarify here that the committee was completely

14   independent and I did not take part in that

15   procedure.

16        Q.    Do you recall when Mr. Geovane was

17   interviewed by the independent committee?

18             MR. BERMAN:  Objection to form.

19             MR. COOPER:  I join the objection.

20        A.    It was the beginning of 2009 is the last

21   testimony.

22        Q.    How many times was Mr. Geovane

23   interviewed in connection with the independent

24   committee investigation?

25             MR. BERMAN:  Objection to form.

Page 34

1                 da Fonseca - Confidential

2                 MR. COOPER:  I join.

3         A.    There are many different attempts, but

4    only one was successful.

5         Q.    And what did Mr. Geovane say in

6    connection with that interview?

7                 MR. BERMAN:  Objection.  Foundation.

8                 MR. COOPER:  Same objection.

9         A.    He said that the officers and

10   individuals from the officers cabinet that would

11   request services, he said that he made payments

12   that were above the threshold of his own authority.

13   He said that he didn't know, but that he had signed

14   a document that specified what the ceiling or the

15   threshold of his authority was.  This testimony was

16   recorded and somehow it leaked into the press.  And

17   he talks about the involvement of politicians.

18   That was not in the report, but that was in the

19   recording.

20        Q.    Did you listen to that recording?

21                 MR. COOPER:  Objection to form.

22        A.    Some time ago.

23        Q.    Can you explain to me what was the

24   involvement of the politicians that Mr. Morais

25   talked about in the recorded interview?

Page 35

1           da Fonseca - Confidential

2           MR. BERMAN:  Objection to form.

3           MR. COOPER:  I join the objection.

4      A.   He said that these requests of services

5 that were not provided were coming -- some of which

6 were not provided were coming from politicians that

7 would then pass them on to officers divisions,

8 cabinets.

9           Can I have a break, please?

10     Q.   Sure.

11          THE VIDEOGRAPHER:  The time is 10:38

12          a.m.  This completes tape number 1.  We are

13          going off the record.

14          (Recess taken)

15          THE VIDEOGRAPHER:  This marks the

16          beginning of videotape number 2.  The time

17          is 10:54 a.m.  We are back on the record.

18          MR. KEHOE:  There are some counsel

19          joined on our conference call.  Could they

20          please identify who they are.

21          MR. MIARMI:  Michael Miarmi of Lieff

22          Cabraser Heimann & Bernstein, counsel for

23          plaintiffs in the Janus action and the Dodge

24          and Cox action.

25          MR. KEHOE:  Anybody else on the call?

1           da Fonseca - Confidential

2           MR. HUMPHRIES:  Scott Humphries, Gibbs &

3      Bruns, counsel for plaintiffs in the WGI

4      Emerging Markets Fund action.

5           MR. KEHOE:  Anyone else?

6           MR. SALTZMAN:  Joshua Saltzman, Kaplan

7      Fox, for Ohio Public Employees Retirement

8      System.

9           MR. KEHOE:  Anyone else?  Okay.  If you

10     can put your lines on mute, that would be

11     helpful, and we are going to go ahead and

12     proceed.

13          MR. COOPER:  We are going to have a

14     stipulation that any objection by any

15     defendant is an objection as to all

16     defendants joining that objection.

17          MS. GILMORE:  That's fine.  We have

18     already agreed to that.

19          MR. COOPER:  I just wanted it on the

20     record.  Great.

21 BY MS. GILMORE:

22     Q.   Ms. da Fonseca, you testified that as

23 part of the independent commission's interview into

24 Mr. Geovane Morais' conduct in the area of

25 communications, Mr. Morais talked about the

Page 37

1                 da Fonseca - Confidential
2  involvement of politicians.  Do you have the name
3  of the politicians that Mr. Morais said were
4  involved?
5                 MR. BERMAN:  Objection.
6        A.    There were many.  Initially he mentioned
7  in terms of numbers more than 20 politicians
8  involved.  He mentioned two names.  I remember two
9  names of the ones mentioned.
10                THE INTERPRETER:  Interpreter corrects
11            herself on the record.
12       A.    One was the then governor of the state
13 of Bahia, Mr. Jacques Wagner, and he also mentioned
14 the name of Lula, president of Brazil at the time,
15 but there are other names in that recording that
16 can be heard.
17       Q.    Let's go to the first name you remember,
18 which is the governor of Bahia, Jacques Wagner.
19 What was his involvement as Mr. Morais said in the
20 illicit conduct?
21                MR. BERMAN:  Objection.
22                MR. COOPER:  Objection to form.
23       A.    He spoke about all of them in a general
24 manner, but just as a reminder, Geovane himself is
25 from the state of Bahia, and Jacques Wagner was

1                  da Fonseca - Confidential

2    then governor of Bahia, and the coordinator of the

3    first committee was Gabrielli's assistant, who as a

4    matter of fact is also from Bahia, Rosemberg

5    Evangelista Pinto, was also from Bahia, and as a

6    matter of fact, Rosemberg after one or two years, I

7    don't remember exactly how long after he was

8    elected representative of the state of Bahia.

9                  MR. COOPER:  Objection.  The witness

10           seems to be looking at a document that

11           others do not have copies of.  What is she

12           looking at?

13                  MS. GILMORE:  We will be introducing

14           that later today.

15                  MR. COOPER:  Can you identify what she

16           is looking at?

17                  THE WITNESS:  The first committee report

18           internal investigation.

19                  MR. BERMAN:  Do you have copies of what

20           the witness is looking at?

21                  MS. GILMORE:  We will have copies.

22                  MR. COOPER:  But she is looking at it.

23    Q.    Yu can put it to the side for now.

24                  MR. BERMAN:  I object to the last line

25           of testimony.  It is not clear whether the

1             da Fonseca - Confidential

2        witness was testifying from her recollection

3        or reading documents.

4             MS. GILMORE:  How about we just clear it

5        up now.

6        Q.   Ms. Venina, were you testifying based on

7   this document and did you give answers to the last

8   question based on this document or based on what

9   you already know?

10            MR. COOPER:  Objection.

11       A.   This last question was about the

12   politicians involved, and as I mentioned before,

13   that is not in the report.  That is on Geovane's

14   witness recordings.

15       Q.   Can you explain for me why the testimony

16   of Mr. Geovane was not reflected in the internal

17   written reports prepared by Petrobras?

18            MR. BERMAN:  Objection.

19       A.   As I mentioned before, the committee is

20   completely independent.  They were all very nervous

21   and they did not want to be part of the committee

22   because they were concerned that they would be

23   later punished.  I believe that they thought that

24   this subject was not part of the auditing's scope,

25   but in my opinion the main reason is fear of

Page 40

1              da Fonseca - Confidential

2    retaliation.

3         Q.   Which is what happened to you, correct?

4              MR. COOPER:  Objection to form.

5         A.   Very correct.

6         Q.   Can you tell me if you recall the names

7    of the people, courageous people like you, who

8    wanted to uncover the irregularities of Petrobras

9    so that they can be fixed?

10             MR. BERMAN:  Objection to form.

11        A.   Lucia from HR.

12        Q.   Is Lucia still employed at Petrobras?

13        A.   She is retired.  Jose Augusto Nunez, who

14   is also retired.  And Mais, who is my assistant who

15   is also still working at Petrobras.  And the risk

16   manager at that time whose name I don't remember

17   and the performance manager.  Both of them are

18   still working at Petrobras.

19        Q.   Do you remember the name of the

20   performance manager?

21        A.   No.  During my deposition, if I do

22   remember, I will trace it back.

23        Q.   Anybody else that you remember that

24   wanted to expose the illicit conduct of Petrobras?

25             MR. COOPER:  Objection to form.

Page 41

1              da Fonseca - Confidential

2         MR. BERMAN:  Objection to form.

3    A.    Yes, but not related to the issue of

4    communications.

5    Q.    Who else who was not related to the

6    issue of communications?

7    A.    Fernando de Castro Sa.  He was the legal

8    department's manager who supported, who gave

9    support to my division, which was the supply,

10   corporate supply management.

11   Q.    What was the illicit conduct that Mr.

12   De Castro Sa had uncovered?

13        MR. COOPER:  Objection.

14        MR. BERMAN:  Objection.

15        THE INTERPRETER:  If the witness

16        understands a question, can she go ahead and

17        answer or does she always --

18        MS. GILMORE:  She can answer if she

19        understands.

20   A.    Fernando de Castro Sa was the first

21   person at Petrobras to denounce the contractors,

22   construction contractors cartel.

23   Q.    Do you remember what year that was?

24   A.    2009.

25   Q.    We will go into more detail about that

Page 42

1                da Fonseca - Confidential

2      later.

3                Who else other than Mr. De Castro Sa was

4      trying to expose illicit conduct at Petrobras?

5                MR. BERMAN:  Objection to form.

6           A.   There is an attorney who was part of the

7      legal department who refused to give his legal

8      opinion related to Pasadena.  He has also gone

9      through harassment and he was put off his position

10     for a while under health, he was off due to health

11     reasons, and when he came back, he could not take

12     the pressure, so he asked to be dismissed.

13          Q.   Do you remember the name of this

14     attorney?

15          A.   No, but this has been publicized.  It is

16     also in the newspapers.  There is another Petrobras

17     employee who used to work at the engineering

18     division.  We met during a program that we went

19     through together, and that case had to do with

20     individuals who were persecuted.  He was retired by

21     Petrobras and then he was rehired back again.  Now

22     he no longer works for the company.  I do not

23     remember his name.

24          Q.   And you said you met at a program for

25     individuals who were persecuted.  Persecuted by

1                    da Fonseca - Confidential

2    Petrobras?

3          A.   Yes.  It was actually a TV program that

4    addressed the subject.

5          Q.   If you remember more names of people

6    that were harassed and persecuted by Petrobras, can

7    you let me know.  Is that a yes?

8          A.   I also have e-mails of more individuals

9    that after this, they also came and alleged that

10   they were also persecuted.

11              MS. GILMORE:  Counsel, I request

12         immediate production of those e-mails.

13         Q.   Let me know if there is anything else

14   that you can remember with respect to the people

15   that were harassed by Petrobras.  I believe in one

16   of the testimonies you gave, you mentioned that the

17   Gabrielli chief of staff Mr. Armando Tripodi gave

18   orders to restrict the scope of the investigation

19   into the wrongdoings of the communications

20   department.  Is that correct?

21              MR. COOPER:  Objection to form.

22         Misstates testimony.

23              MR. BERMAN:  Objection to form.

24   A.   Yes.

25   Q.   Can you explain or describe that

Page 44

1                    da Fonseca - Confidential

2     testimony, please.

3          A.    Armando Tripodi, who as I mentioned

4     whose nickname was bacalhau, came to my office.  He

5     used to do this on a regular basis and always very

6     concerned about the investigation that was being

7     conducted into my division.  More than once I told

8     him that the case was in the hands of the committee

9     and that the committee had not -- was not completed

10    totally, so they had left this trace behind them

11    and the witness said of the president again,

12    president, CEO, it is a little confusing to the

13    interpreter, female president or female CEO.

14         Q.    Can you explain that.

15         A.    I didn't say that.  I didn't say that.

16               THE INTERPRETER:  The interpreter stands

17         corrected.

18         A.    So he would come to my office concerned

19    about the results.  I would always say that it was

20    an impartial committee and that the committee would

21    investigate and that whatever would be done will be

22    as a result of what had been investigated.  That it

23    was no use for him to keep coming into my office.

24         Q.    I recall that on several occasions you

25    testified that Mr. Tripodi harassed you and tried

Page 45

1                    da Fonseca - Confidential

2    to scare you and said be careful who you are

3    messing with.  Is that correct?

4                    MR. COOPER:  Objection to form.

5         A.   Yes.

6                    MR. COOPER:  Today?

7                    MS. GILMORE:  No.

8         Q.   In the past.

9         A.   In the past.

10        Q.   Can you explain for me some of these

11   interactions where he scared you or threatened you?

12        A.   Within the company everybody was

13   concerned or preoccupied of going against the

14   hierarchy, but with time and with the conduction of

15   investigations until they came towards the end,

16   this would be even clearer, and they would always

17   say that we are touching on too big a fish.

18        Q.   Who is "they" in they would always say

19   you are touching too big a fish?

20        A.   Armando Tripodi, Francisco Pais, who

21   were the officers' assistant, individuals who would

22   represent the officers of the company.

23        Q.   Do you remember the names of these

24   individuals other than the ones you just named?

25        A.   Not in this specific case.

Page 46

1              da Fonseca - Confidential

2        Q.    You said the individuals were acting or

3   threatening people on behalf of the officers of the

4   company.  Can you name the officers of the company?

5              MR. BERMAN:  Objection to form.

6        A.    Paulo Roberto Costa, Barbassa from the

7   finance department, Estrella from the exploring and

8   production division, Graca Foster, who at the time

9   was the gas and energy officer, Renato Duque, who

10  at the time was services officer.  I have them all,

11  right?

12       Q.    What about Gabrielli?

13       A.    Sergio Gabrielli.

14       Q.    How do you know that the people who were

15  harassing or threatening you were acting on behalf

16  of these officers you just named?

17             MR. BERMAN:  Objection.

18             MR. COOPER:  Objection.

19       A.    My first meeting, for example, with

20  Gabrielli, Armando Tripodi was also in attendance,

21  and every time would address the subject he would

22  represent Gabrielli.  The same thing would happen

23  with Francisco Pais, who was Paulo Roberto's, the

24  officers' assistant.

25       Q.    Anyone you specifically remember other

1                da Fonseca - Confidential

2    than the ones you just named?

3         A.   I had various different meetings with

4    Gerson, who was the manager for the auditing

5    division that whom I sent the final report to.   I

6    do not know, however, what he did with that report.

7    I also had meeting with Nilton Maia, who was the

8    executive officer for the executive division at

9    those days.  He was the one who issued the opinions

10   so that Geovane could be dismissed.  And I also

11   sent him the final report because there were

12   measures that would need to be taken by his

13   division.  Only those.

14              MS. LEVI:  Maia is the head of legal,

15         not executive manager.

16              THE WITNESS:  Is he?  Thank you very

17         much.

18         Q.   Can you give me some examples of how you

19   were harassed by Mr. Gerson, the manager of the

20   auditing division?

21              MR. COOPER:  Objection.

22         A.   All of them always used the same speech.

23   The persons involved are individuals who

24   hierarchy-wise were much above us, and we have to

25   be careful treating the subject, and they would

Page 48

1              da Fonseca - Confidential

2    always act in a way to make investigations more

3    difficult.

4              According to Geovane, the three times

5    that he refused to provide testimony were due to

6    individuals at cabinet who would pressure him, so

7    he would not speak.

8         Q.   Can you give me the names of those

9    individuals in the cabinet who pressured Mr. Morais

10   not to speak?

11             MR. COOPER:  Objection.  Lack of

12        foundation.

13             MR. BERMAN:  Objection to form.

14        A.   According to what he himself mentioned

15   during the committee was Armando Tripodi,

16   Rosemberg.  That is all I remember.

17        Q.   Armando Tripodi and Rosemberg were

18   connected and appointed by Gabrielli to conduct

19   that superficial investigation that you mentioned

20   earlier?

21             MR. COOPER:  Objection to form.

22        A.   No, Rosemberg coordinated the committee

23   and Armando Tripodi was the one who addressed the

24   issue outside the committee.

25        Q.   And who appointed Mr. Rosemberg to

Page 49

```
 1              da Fonseca - Confidential
 2    coordinate the committee?
 3         A.   Gabrielli did.
 4         Q.   Do you know why he was appointed by
 5    Gabrielli?
 6              MR. COOPER:  Objection.
 7         A.   Usually because Gabrielli trusted him.
 8         Q.   To hide the information?
 9              MR. COOPER:  Objection to form.
10              MR. BERMAN:  Objection to form.
11         A.   To do whatever he thought was necessary.
12         Q.   Which was to conduct a superficial
13    investigation?
14              MR. COOPER:  Objection to form.
15         A.   That is a good conclusion.
16         Q.   Let's go back now to the interview of
17    Mr. Morais that was conducted as far as the
18    internal independent investigation that you set up.
19    You mentioned in that interview Mr. Morais had
20    brought up the name of about 20 politicians.  Do
21    you recall their specific connections to the
22    wrongdoings of Petrobras?
23              MR. BERMAN:  Objection.  Foundation.
24         A.   What called attention was that a vast
25    majority of them were from the Labor Party or
```

1             da Fonseca - Confidential

2    Workers Party and from this date of Bahia.

3        Q.   What was their connection with the

4    illicit acts of Petrobras?

5             MR. COOPER:  Objection.

6             MR. BERMAN:  Objection.

7        A.   The division had a budget of

8    approximately 30 million Brazilian reais.  They

9    spent within the time period of nine months

10   approximately 140 million Brazilian reais.

11   Approximately 40 percent of these expenditures had

12   no products connected to them.  So we can infer

13   that these 40 percent ended up somewhere.

14       Q.   Do you know where?

15            MR. COOPER:  Objection.

16       A.   Not exactly.

17       Q.   Do you recall in part of Mr. Morais's

18   interview he testified on the recording that

19   Petrobras' budgets were sponsoring the events which

20   was considered illegal skyrocketed to $1.2 billion

21   since 2003?

22            MR. BERMAN:  Objection to form.

23            MR. COOPER:  Objection.

24       A.   Correct.  This budget is Petrobras' as a

25   whole.

1                    da Fonseca - Confidential

2        Q.    And you recall that Mr. Morais testified

3    to that effect in his deposition that was

4    videotaped?

5                    MR. COOPER:  Objection.

6                    MR. BERMAN:  Objection.

7        A.    This information is available to the

8    public.

9        Q.    And you said that you have listened to

10   this video in the past, correct?

11       A.    Yes.

12       Q.    Now let's go back to the investigation

13   that you have conducted, they have conducted on

14   your behalf.  Tell me what happened and how was it

15   finalized, whether or not it was put in that

16   report.

17       A.    The investigation started in October,

18   no, actually the investigation initially took two

19   months at the scope of the cabinet.  It started

20   around, I'm not sure exactly, but November/December

21   2008, the investigation into my division, and it

22   was concluded in April 2009.  All the measures that

23   were up to me to take were taken, but none of them

24   had any results such as dismissing Geovane, and I

25   don't know of companies that were sued in that

Page 52

1              da Fonseca - Confidential

2    case.  They might have been, but I'm not aware of

3    them.

4         Q.    Why weren't the measures that you had

5    conducted and had taken in connection with this

6    independent investigation, why were they ignored or

7    not followed through?

8              MR. COOPER:  Objection to form.

9         A.    Geovane's dismissal was an important

10   issue to me.  I found out that Geovane had not been

11   dismissed two months later when I went to research

12   my employees and saw that Geovane was still

13   working.

14        Q.    Were you surprised?

15        A.    Completely so.

16        Q.    Why wasn't he dismissed as he was

17   certainly found to have been involved in the

18   illicit conduct?

19             MR. COOPER:  Objection.

20        A.    Even though I was the person in charge

21   of that employee, no explanation whatsoever was

22   provided to me.  What I was told at that time that

23   the CEO had asked the legal department for a third

24   legal opinion to keep Geovane in the company, but

25   I'm not aware or I don't know about this legal

Page 53

1              da Fonseca - Confidential

2   opinion.

3        Q.   By the CEO, you mean Gabrielli at the

4   time?

5        A.   Yes.

6        Q.   Do you know who in the legal department

7   issued the opinion to keep Mr. Morais employed at

8   Petrobras?

9              MR. COOPER:  Objection.

10       A.   At that time they were saying that it

11  was the same person Nilton Maia, who had written

12  the two other opinions that were favorable.

13       Q.   Nilton Maia you said was head of the

14  legal department?

15       A.   Yes.

16       Q.   What were the two opinions that Nilton

17  Maia has written that were favorable?

18       A.   First, that he could be dismissed due to

19  the facts investigated.  Since he was off due to

20  health reasons, I asked for a professional opinion

21  to find out if he could be dismissed even though he

22  was off due to health reasons, and the two opinions

23  were yes.

24       Q.   Still he was not dismissed, correct?

25       A.   No.  He was off during -- he was due to

1              da Fonseca - Confidential

2   health reasons, and there is a certain period of

3   time that he can be off due to that reason, so when

4   that time period had been completed, he was

5   dismissed in 2013.

6          Q.   Or supposedly dismissed, correct?

7              MR. BERMAN:  Objection.

8              MR. COOPER:  Objection.

9          A.   He was.

10         Q.   I just want to clarify.  You had

11   mentioned that you have not seen the third legal

12   opinion which went the other way by Nilton Maia

13   where he decided to keep -- on orders by Gabrielli

14   to keep Mr. Morais employed?

15         A.   Correct.  I did not see the third

16   opinion.

17         Q.   Did you request to see it?

18         A.   Before that, they had taken me from the

19   executive officer's position.

20         Q.   What do you mean by that?

21         A.   There were two problems that are not

22   connected to this but that had happened at the same

23   time period.  Technically they are not connected to

24   this.  One of them was the communications issue and

25   the other one was the problem with the builders at

1              da Fonseca - Confidential

2    the northeast refinery.  Since I refused to change

3    a technical opinion that noted that the northeast

4    refinery was not feasible, so the position of

5    executive officer was taken away from me and I was

6    sent to Singapore, and then for about two and a

7    half years I did not have any access to any

8    documentation or any other procedures for the

9    company.

10         Q.   Who ordered you to be punished and sent

11   to Singapore?

12              MR. COOPER:  Objection to form.

13         A.   The executive board.

14         Q.   Who are the members of the executive

15   board that ordered you to be punished and sent to

16   Singapore?

17              MR. COOPER:  Objection.

18         A.   Officers and the CEO.

19         Q.   Can you name them, please?

20         A.   Estrella, Paulo Roberto, Barbassa,

21   Graca, Renato duke, and Sergio Gabrielli.

22         Q.   Graca, you mean Graca Foster?

23         A.   Yes.

24         Q.   Estrella, what was his position?

25         A.   At that time she was gas and energy head

Page 56

                     da Fonseca - Confidential

1    of department.

2         Q.    What about Estrella?

3         A.    Production and exploration head of

4    department.  Barbassa was CFO, and Paulo Roberto

5    was head of the supply division.

6         Q.    We will come back to this topic, but I

7    want to go back to the communications

8    irregularities that you had identified.  At one

9    point I understand that you had testified that you

10   approached Ms. Foster about the irregularities.  Is

11   that correct?

12                MR. BERMAN:  Objection to form.

13        A.    Correct.

14        Q.    Can you explain to me what happened?

15                MR. BERMAN:  Objection to form.

16        A.    One day before sending the final

17   document, which was a document that has a whole

18   history of what had happened with the

19   communications division, I contacted Graca, because

20   there was a procedure which was a standard

21   procedure within the company which was to be

22   submitted to the auditing division and to the legal

23   department, and the supply division was requesting

24   me to send this to the communications division, and

1              da Fonseca - Confidential

2    I was opposed to it because this was not a

3    procedure that was in effect, so I contacted Graca

4    to ask for her opinion of the draft that I wanted

5    to submit to the legal department and to the

6    auditing division.

7         Q.   Why did you go to Graca for help or

8    advice?

9         A.   Because I was not getting any support

10   within my division, and I thought that through her,

11   I would be able to really get the support that I

12   needed to verify and to investigate what was going

13   on.

14        Q.   Can you pinpoint this efforts to contact

15   Graca, the timeline, when did you start trying to

16   approach Graca with evidence of irregularities in

17   the communications department?

18        A.   I was at Graca's office one day before

19   in the beginning of April.  On 9th of April was

20   when the document was submitted.  I don't remember

21   the exact date.

22        Q.   This was 2009, correct?

23        A.   Yes.  April 3rd when the document was

24   submitted --

25             MR. BERMAN:  I thought I saw the witness

Page 58

1              da Fonseca - Confidential

2         look at the document just before she gave

3         that answer, so I just want the record clear

4         that that answer was not based on memory.

5         It was based on reading a document.

6         Q.   That is based on your own recollection,

7    correct?

8              MR. BERMAN:  The April 3rd comment, I

9         just saw her look at the document in making

10        that.  I don't think the witness should have

11        it down here in front of her when nobody

12        else is looking at it.

13             MS. GILMORE:  She doesn't.

14             MR. BERMAN:  She just looked at it then.

15        Q.   The question I gave you was when was the

16   first time that you approached Ms. Graca Foster to

17   inform her of evidence of irregularities in the

18   communication department, and independent of a

19   document that you apparently were looking at, you

20   testified it was sometime in April 2009, correct?

21        A.   Correct.

22             MR. BERMAN:  The witness just looked at

23        a document.  Nobody else in this room has a

24        document.  It is not clear in any of this

25        testimony whether she is doing it based on a

1              da Fonseca - Confidential

2      document that nobody has seen.  It is very

3      unfair.

4              MR. COOPER:  Can we mark this document

5      as an exhibit so it is in the record?

6              MS. GILMORE:  You were going to get it

7      anyway.

8              MR. BERMAN:  No, but she just looked at

9      the document.  She moved the document.  It

10     is very confusing.

11             MS. GILMORE:  Counsel, she already

12     testified independent of the document of the

13     date.  Okay?

14             MR. BERMAN:  How do you know?

15             MS. GILMORE:  Because I asked her and

16     that is what she testified.

17             MR. BERMAN:  But she just looked at a

18     document.

19             MS. GILMORE:  Let's stop interfering

20     with the deposition.  Let's take a quick

21     break.

22             THE VIDEOGRAPHER:  The time is 11:39

23     a.m.  We are going off the record.

24             (Recess taken)

25             THE VIDEOGRAPHER:  The time is 12:02

Page 60

```
 1              da Fonseca - Confidential
 2       p.m.  We are back on the record.
 3            MS. GILMORE:  Before we broke, counsel
 4       for defendants asked to see a document that
 5       the witness glanced at, so I am going to
 6       introduce this as an exhibit.  da Fonseca
 7       Exhibit 7.
 8            (da Fonseca Exhibit 7, Document, was so
 9       marked for identification, as of this date.)
10            MS. GILMORE:  At the moment I have no
11       questions of the document.  I just want to
12       make clear with the witness.  She has
13       already testified, but I want to make clear
14       again that none of the witness's answers to
15       any of the questions were based on her
16       reading that document.
17  BY MS. GILMORE:
18       Q.   Correct?
19       A.   Correct.
20            MR. BERMAN:  Objection.
21            MR. COOPER:  I will let our objections
22       stand.  I think the record, we made clear
23       what happened during the prior session, so
24       my objection to that question stands as
25       well.
```

Page 61

1                    da Fonseca - Confidential

2                    MS. GILMORE:  Sure.  The record makes

3            that very clear.

4            Q.   Ms. da Fonseca, before we broke you were

5     telling me that you had tried to approach Ms. Graca

6     Foster with evidence of illicit conduct in the

7     communications division.  Can you describe your

8     first interaction with Ms. Graca about this?

9            A.   I sent an e-mail to Graca saying that I

10    had some materials I wanted to show her.  On that

11    e-mail message I wasn't specific, and I did not

12    send such material by e-mail.  So the day after I

13    went to Graca's office with that material, which

14    was actually Exhibit 104, which was a document that

15    had been submitted to the auditing department, I

16    wanted her support actually on that she could

17    clarify something because Paulo Roberto Costa had,

18    from the cabinet had asked me to send it to the

19    communications division, but that was not the

20    procedure adopted by the company, which was to send

21    first to the legal department and to the auditing

22    department since they were not part of the

23    committee.

24                    I contacted Graca because I was not

25    having the support of the officer Paulo Roberto

Page 62

1                    da Fonseca - Confidential

2    Costa.  She didn't give any replies, so I decided

3    the day after to submit the document to the

4    auditing department and to the division of the --

5    the executive legal division.

6          Q.    Let's go first to the e-mail you first

7    sent to Ms. Graca Foster.  Do you recall what the

8    e-mail said?

9          A.    I wanted to show her a document.  It was

10   a very succinct sentence, and on the e-mail I asked

11   if she wanted me to send the document.  I ended up

12   then setting up an appointment with her secretary

13   and to bring the documents in person.

14         Q.    To Ms. Foster?

15         A.    Correct.

16         Q.    Did you bring the documents to Ms.

17   Foster?

18         A.    Correct.

19         Q.    Did you give her -- did you personally

20   give Ms. Foster the documents?

21         A.    Correct.

22         Q.    When was that, if you recall

23   specifically, the date?

24         A.    1st or 2nd of April.

25         Q.    And did you say anything to Ms. Foster

Page 63

1                    da Fonseca - Confidential
2   at the time you gave her the documents?
3          A.   I explained to her everything that had
4   happened in a summed up way and she answered that
5   she had knowledge of it because the officer Paulo
6   Roberto Costa had mentioned it during the executive
7   board meeting.
8          Q.   She had knowledge of the irregularities
9   in the communications division of Petrobras?
10         A.   Yes.
11         Q.   Were you at the meeting where the
12  executive -- where Mr. Costa presented the evidence
13  of irregularities to the executive board?
14         A.   I was not present at the meeting.
15         Q.   Do you recall when that meeting
16  occurred?
17              MR. COOPER:  Objection.
18         A.   No.
19         Q.   Do you recall who was present at that
20  meeting, if you know?
21              MR. COOPER:  Objection.
22              MR. BERMAN:  Objection.
23         A.   No.
24         Q.   What else did Ms. Foster tell you other
25  than that she already had knowledge of the illicit

Page 64

1                  da Fonseca - Confidential

2    irregularities in the communications division?

3          A.   She told me to look for another place

4    outside of where I was, which is among the

5    officers, and to look for another place to work.

6    She suggested me to go work for TBG, which is a

7    transporter of gas between Brazil and Bolivia,

8    which was connected to the area where she was

9    working at that time.

10         Q.   Did Ms. Graca tell you that the right

11   thing to do according to company's policies is to

12   send the documentation to the legal and audit

13   department?

14              MR. COOPER:  Objection.

15         A.   No.

16         Q.   Why do you think she didn't want you to

17   send the documents to the legal and audit

18   department?

19              MR. COOPER:  Objection to form.

20         A.   I believe that she was going to speak

21   with the officer Paulo Roberto before.

22         Q.   Why did she want to speak with Mr.

23   Paulo Roberto before, if you know?

24              MR. BERMAN:  Objection.

25              MR. COOPER:  Objection.

Page 65

1                    da Fonseca - Confidential

2         A.    I don't know.  All I know is that she

3    did that.  I saw on an interview that she gave.  I

4    saw it afterwards that that is what she did.

5         Q.    Why do you think she suggested to you to

6    look for another job in another department?

7              MR. COOPER:  Objection.

8         Q.    If you know.

9         A.    Because I was bothering them.

10        Q.    You were bothering them with the

11   evidence you uncovered of wrongdoing?

12             THE INTERPRETER:  Interpreter will

13             change the word.

14        A.    Because I was disturbing them.

15        Q.    In what way were you disturbing them?

16             MR. COOPER:  Objection.

17        A.    Because I was recording and also sending

18   through e-mail, et cetera, irregularities about the

19   company and documents and this was disturbing the

20   executive board.

21        Q.    This was disturbing president Gabrielli?

22             MR. COOPER:  Objection.

23             MR. BERMAN:  Objection.

24        A.    The CEO and the executive board.

25        Q.    What did you do next?

Page 66

1                    da Fonseca - Confidential

2          A.    I sent the documentation, and on the

3    same day before sending the documentation, I

4    requested the dismissal of Geovane.  I did in that

5    case what I had to do, and after that a few

6    suppliers continued to contact Petrobras because we

7    suspended all payments in order to review what was

8    supposed to be actually paid.  And this was a long

9    process because the suppliers were submitting

10   various different cases to us.  The officer

11   contacted the company that was signing the highest

12   quantity of small contracts by e-mail.

13         Q.    Who was the officer that you just

14   mentioned?

15         A.    Paulo Roberto Costa.

16         Q.    Do you know who the contractors were?

17         A.    It is contained in the report.  It is

18   the exact company whose name I don't remember.

19         Q.    In the report that you prepared to send

20   to the audit and legal department?

21               MR. COOPER:  Objection to form.

22         A.    The report that was prepared by the

23   committee.  These e-mails were e-mails charging for

24   services that were provided, and they made clear

25   that it was usual to provide services without

Page 67

1                   da Fonseca - Confidential

2    having any written agreements or to split up

3    services in order to avoid all the approval red

4    tapes.

5         Q.   Can you explain what that means?

6         A.   One example is let's say a contract with

7    100, so it was divided with then installments

8    within smaller contracts of 10,000, because 10,000

9    had to be approved by a higher rank --

10             THE INTERPRETER:  Correcting.

11        A.   -- 100,000 had to be approved by a

12   higher ranking department.  So the officer sent me

13   this e-mail so that I would make that payment.

14        Q.   Do you recall if the suppliers -- you

15   don't recall the name of the suppliers right now,

16   but do you recall if those suppliers are members of

17   a cartel?

18             MR. BERMAN:  Objection.

19        A.   No.  A cartel is a group of companies

20   that agree on a certain fixed price for a type of

21   service.  That cartel that I mentioned initially

22   was a cartel of the building contractors.  Now we

23   are talking about the communications department.

24        Q.   The illicit conduct in the

25   communications department that you have been

Page 68

1                    da Fonseca - Confidential

2        describing, is that connected to the Abreu Lima

3        refinery or not?

4                    MR. BERMAN:  Objection.

5                    MR. COOPER:  Objection.

6            A.    I will give you an example.  Let's say,

7        I will give you an example of a few events that

8        were celebrated together by the CEO of Petrobras

9        and the CEO of Republica.

10                   MS. LEVI:  No.  The president.

11           A.    President of Republica.  The President

12       of Brazil.  And in that case the communications

13       department was the one who organized the whole

14       event, and this event such as others was also

15       overbilled.  This is the connection.

16           Q.    Can you give me examples of some of

17       these events.

18           A.    This event that I just mentioned, it was

19       to open earth works, so what happened is that the

20       cost for the company was 1 million Brazilian reais,

21       which is not supposed to be.  It was not supposed

22       to be because all you have is a podium for the

23       infrastructure.  That was too much.

24           Q.    Do you recall who at Petrobras ordered

25       that Petrobras sponsor this inappropriate event?

Page 69

1                da Fonseca - Confidential

2                MR. COOPER:  Objection.

3                MR. BERMAN:  Objection.

4        A.    In that case it was the supply division

5    head Paulo Roberto Costa and the CEO Gabrielli, but

6    there are various other different events such as

7    the celebration of St. John, which should cost less

8    than 10,000, and it would cost 100 in the state of

9    Bahia.

10        Q.    Any other examples of events?

11        A.    The spreadsheet attached to the report

12   mentions hundreds of examples.  These are events

13   that have to do with celebrations, and then after

14   that they have to be analyzed, but then you don't

15   find any evidence anymore.

16        Q.    What do you mean by that?

17        A.    It is not what I mean, it is what is

18   written on the final report that 40 percent of what

19   was paid have no connection to services.

20        Q.    Why did Petrobras agree to sponsor these

21   inappropriate events?

22                MR. COOPER:  Objection.

23                MR. BERMAN:  Objection to form.

24        A.    I would say that the relationship

25   between the executive board and the majority

Page 70

1              da Fonseca - Confidential

2    shareholder which causes all these problems, that

3    is what causes all the problems.  The officer was

4    only occupying that position when he was -- he had

5    the support of a certain political party and they

6    wanted the counterparts.

7         Q.   By the majority shareholder, who do you

8    mean?

9         A.   The government.

10        Q.   Of Brazil?

11        A.   Yes.

12        Q.   Can you explain for me in more detail

13   this relationship between the executive board and

14   the majority shareholder?

15             MR. COOPER:  Objection.

16        A.   Most officers, I am going to give you

17   the example of Paulo Roberto Costa.  He was

18   appointed with the support of a political party.

19   So they would appoint Paulo Roberto Costa to that

20   position as an officer, and Paulo Roberto Costa

21   would pay bribes to that party.  If he didn't pay

22   the bribes, he wouldn't occupy that position, which

23   of course does not justify the payment of the

24   bribes.

25        Q.   Who else other than Costa that you know?

1                   da Fonseca - Confidential

2        A.    What I know is what was mentioned inside

3    the company.  The head of the international

4    division, actually I forgot to mention in the

5    beginning Nestor Cervero.  He, for example, had the

6    support of a political party PMDB.

7        Q.    What does that stand for?

8        A.    Brazilian Democratic Movement Party.

9    Renato Duque was by the Workers Party.

10       Q.    What was Renato Duque's position in the

11   company?

12       A.    Head of the services division.

13       Q.    Who else?

14             MR. BERMAN:  Objection to form.

15       A.    Officer Estrella, also by the Workers

16   Party.  That is all I know.

17       Q.    What was officer Estrella's position?

18       A.    Head of the exploration and production

19   division.

20       Q.    What about Gabrielli?

21       A.    CEO.

22             MR. COOPER:  Objection to form.

23       A.    Supported by the Labor Party, appointed

24   by the Brazilian presidency.

25       Q.    Who was the president who appointed

Page 72

1                 da Fonseca - Confidential

2   Gabrielli?

3        A.   The board of directors is the one who

4   makes all the approvals.  The interpreter has to

5   clarify one position.  The interpreter heard the

6   government.  By the government, so the president.

7   In that case Gabrielli, which whose connection was

8   the president at that time Luis Inacio Lula da

9   Silva.

10       Q.   And you had mentioned that your

11  knowledge about the quid pro quo between the

12  executives at Petrobras and the government with the

13  exchanging of the bribes was mentioned inside the

14  company.  Who inside the company was mentioning

15  these names?

16            MR. COOPER:  Objection to form.

17            MR. BERMAN:  Objection to form.

18       A.   What names?

19       Q.   The names of the executives that were

20  receiving bribes and were appointed by the

21  government.  You said you know these names because

22  they were mentioned inside the company.  So my

23  question is by whom were they mentioned inside the

24  company?

25            MR. COOPER:  Objection to form.

1              da Fonseca - Confidential

2         Misstates testimony.

3              MR. BERMAN:  Objection.

4         A.   Within the company it wasn't mentioned

5    that it was done through bribes or that there was a

6    whole corruption process.  What would happen is

7    that the overbilling many times was explained such

8    as local content.  What would happen is that upon

9    reviewing those variables, we would never get to an

10   amount that could technically explain.

11        Q.   Who knew about the overbilling of the

12   company?

13        A.   The officers and the board, and I am

14   talking specifically about the construction, the

15   projects, construction projects.  They were

16   overpriced and overbilled, and even with that,

17   which made those projects actually unfeasible, and

18   even with that, investigations were not requested.

19   But what you asked me was who knew.  The whole

20   executive board knew.

21        Q.   What about the board of directors?

22             MR. COOPER:  Objection.

23        A.   In my division the ones who would attend

24   the board of directors meetings were the officers,

25   but we would prepare the presentations that he

Page 74

1                    da Fonseca - Confidential

2    would present, and within those presentations the

3    unfeasibility was right there or related to the

4    amount of these projects.

5         Q.    So the presentations of overbilling were

6    made to the board of directors as well as to the

7    board of executive officers?

8                    MR. COOPER:  Objection.

9                    MR. BERMAN:  Objection to form.

10        A.    Correct.  Yes, but at that time you

11   wouldn't call it overbilling, you would just see

12   that there was a part of the budget that could not

13   technically be explained.

14        Q.    Were you present at the meetings where

15   the board of directors and the board of executive

16   officers were made aware of these parts that could

17   never be explained?

18                    MR. BERMAN:  Objection to form.

19        A.    I attended a few meetings of the

20   executive board.

21        Q.    Do you recall what year or in which

22   years?

23        A.    2009.

24        Q.    And what about -- how do you know that

25   the board of directors was aware of these payments,

Page 75

```
 1                   da Fonseca - Confidential
 2   overpayments, that could not be explained?
 3                   MR. COOPER:  Objection.
 4        A.    Because there was a presentation about
 5   this to them in a meeting that I attended.
 6        Q.    The board of directors meeting?
 7        A.    Correct.  Also the documentation that I
 8   would submit on a regular basis to the officer
 9   Paulo Roberto Costa.
10        Q.    Did Paulo Roberto Costa have an
11   obligation to send presentations that he received
12   to the board of executive officers and to the board
13   of directors of Petrobras?
14                   MR. COOPER:  Objection to form.
15        A.    I believe that anything that is of great
16   interest to the company that has a great impact on
17   the investments and on the cash of the company
18   should be discussed, and in the case of the
19   northeast refinery, which was a project that was
20   under my coordination in those days, this was among
21   a set of projects that was under a government
22   program called PAC or growth acceleration program,
23   and they would follow up on those projects and how
24   they were doing on a monthly basis.  So let me
25   explain how this following up would happen.
```

```
 1                  da Fonseca - Confidential
 2          Q.    Before you go there, can you clarify who
 3     "they" is who was monitoring this program on a
 4     monthly basis?
 5          A.    The government.
 6          Q.    Who at the government?
 7          A.    Conducted by the house.  Civil house.
 8          Q.    Do you know the names or no?
 9          A.    I remember Dilma Rousseff when she used
10     to be a minister.  She had a group that was
11     connected to her that would do this following up.
12     And why do I know that?  Because in each division
13     there was a person in charge of the program and
14     within the supply division that person was
15     connected to me.  That person was in charge of
16     collecting all the information for the whole
17     program, not only of the refinery, would
18     consolidate the information internally and would
19     present it to the officers and the CEO, and there
20     was one coordinator among all coordinators of the
21     PAC program who was connected to the government, to
22     the CEO.
23                  THE INTERPRETER:  The interpreter will
24            stand corrected.
25          A.    Who would communicate with civil house,
```

1            da Fonseca - Confidential

2    chief of staff.  So in other words, projects were

3    followed up very closely.

4            Q.   Who was the person who was making

5    monthly presentations to the officers and the CEO?

6            A.   This happened about six or seven years

7    ago.  So, you know, under my division there are

8    12,000 individuals, so I get confused with numbers.

9            Q.   Did you see the presentations that were

10   made to the officers and the CEO about the progress

11   of the projects?

12           MR. COOPER:  Objection.

13           A.   Yes.

14           Q.   How did you come about seeing them?

15           A.   Since I was the person who is the PAC

16   person was in charge, so, you know, just like the

17   other, since I was an officer, you know, among

18   others, you know, that were invited to be part of

19   projects, I was invited to come to meetings where

20   Paulo Roberto Costa was present.

21           Q.   What about meetings where Gabrielli was

22   present?

23           MR. COOPER:  Objection.

24           A.   Regarding PAC program?

25           Q.   Yes.

Page 78

1                    da Fonseca - Confidential

2          A.    I went on a few.  I wouldn't go on a

3    monthly basis.  And the biggest concern was to

4    demonstrate that it was within the time limit.

5          Q.    What was the time limit?

6          A.    So each project had a physical advance,

7    and so and the meetings were to follow up that

8    physical advance.  Progress.  When the chief of

9    staff had any questions, they would contact each

10   officer, each head, each division that followed up

11   with the PAC program.  I mentioned PAC just to give

12   you an example that everybody was aware of what was

13   going on because there were documentations, there

14   were presentations and even the government would

15   attend or participate.

16         Q.    Do you know who from the government

17   would attend these presentations?

18               MR. COOPER:  Objection.

19         A.    No.  They would not attend those

20   meetings.  They would receive the documentation.

21         Q.    Who from the government, if you recall

22   the names?

23               MR. COOPER:  Objection.

24               MR. BERMAN:  Objection to form.

25         A.    I believe that at that time it was

1              da Fonseca - Confidential

2    Berenice, but I'm not sure.

3         Q.   Do you remember which political party he

4    or she was affiliated with?

5         A.    Labor Party.

6         Q.   A few minutes ago we talked about an

7    e-mail you sent to Ms. Foster about the

8    irregularities in the communications division.  I

9    want to enter da Fonseca Exhibit 8.

10              MR. BERMAN:  Objection to form.

11              Mischaracterizes the witness's testimony.

12              MR. COOPER:  There are two documents

13              here actually.  There is an e-mail and then

14              there's something that is underneath it.

15              MS. GILMORE:  That is the documents you

16              wanted sent to --

17              MR. COOPER:  But this e-mail does not

18              have any attachments.  There is no

19              indication that there is anything attached

20              to it.

21              MS. GILMORE:  There is none.  They are

22              two separate documents.

23              MR. COOPER:  It is misleading as it is.

24              MS. GILMORE:  Sure.  So we will do 8 and

25              9.

Page 80

```
1              da Fonseca - Confidential
2              (da Fonseca Exhibit 8, One-page e-mail,
3         was so marked for identification, as of this
4         date.)
5              (da Fonseca Exhibit 9, DIP document, was
6         so marked for identification, as of this
7         date.)
8              MR. COOPER:  I don't think this is a
9         copy that we produced.  Where does it come
10        from?
11             MR. KEHOE:  You have a copy in front of
12        you.
13             MR. COOPER:  What is the source of it?
14             MR. KEHOE:  I believe it is from the
15        public records.
16             MR. BERMAN:  What does that mean?
17             MS. GILMORE:  The Brazilian police.
18             MR. KEHOE:  I'm told that we have a copy
19        that you produced as well.
20             MR. COOPER:  Yes, but I'm not asking
21        that.  I am asking about the copy in front
22        of us.
23             MS. GILMORE:  From her labor complaint,
24        I am told.
25             MR. KEHOE:  Why don't we ask the witness
```

Page 81

1          da Fonseca - Confidential

2          about this and see if the witness recognizes

3          it.  Maybe the witness can testify to it.

4               MS. GILMORE:  I am happy to stop this if

5          you have an issue and try to interfere with

6          the deposition.  We can introduce the same

7          exact copy with your production if you

8          produced it.

9               MR. COOPER:  I don't think we are trying

10         to interfere.  I think we are trying to

11         understand the source of the document.

12              MS. GILMORE:  I can represent to you

13         that this is a document --

14              MR. COOPER:  You are representing that

15         it comes from her labor dispute filings, is

16         that correct?

17              MS. GILMORE:  Yes.

18              MR. COOPER:  That is from the public

19         record?

20              MS. GILMORE:  Yes.

21              MR. COOPER:  Okay.

22         Q.   Ms. Venina, do you recognize the e-mail

23    and is that an e-mail that you sent on April 3,

24    2009 to Ms. Graca?

25         A.   Yes.

Page 82

1                    da Fonseca - Confidential

2          Q.    Can you explain that e-mail for me,

3     please?

4          A.    Before sending the document to the

5     auditing division, whereas I reported the whole

6     history of the problem that I encountered with the

7     communications division, I showed this document to

8     Graca in order to verify if the procedure that I

9     thought was the correct one was exactly the one

10    that should occur within the company.

11                    I discussed.  I didn't only show the

12    documents, but I had a talk with her, and she said

13    that she was aware of it because she had been

14    present at the executive board where it had been

15    discussed, and I did not receive any guidance from

16    her regarding that.

17         Q.    Is the document marked as Exhibit 9 the

18    document you were -- one of the documents you were

19    seeking to show Ms. Foster?

20         A.    Correct.  However, there were many

21    different attachments that are not here, but yes,

22    that is it exactly.  I do recognize the document.

23                    MR. COOPER:  I just want to correct

24         something on the translation.  The English

25         translation on the subject line and

Page 83

1              da Fonseca - Confidential

2         elsewhere refers to accounting.  The

3         Portuguese word is auditoria, which is

4         auditing, so it is a reply to the GP

5         auditing as opposed to accounting.

6         Q.   Ms. da Fonseca, was the DIP document

7    AB-CR 104/2009 sent to the auditing department?

8         A.   Yes.  There is a problem with the

9    translation.  It is written auditing.  It should be

10   correct.

11             MS. LEVI:  The translation is auditing.

12        Auditing is auditing and accounting is

13        accounting.  The translation is correct.

14             MR. MARTINI:  The translation is saying

15        accounting where it is auditoria, which is

16        auditing.

17        Q.   Can you look on page 8, is that the

18   list, a complete list of the attachments to this

19   DIP report?

20        A.   Correct.

21        Q.   Did you give this attachment as well to

22   Ms. Graca Foster?

23        A.   Yes.

24        Q.   Do you remember was it April?

25        A.   Not the first one.  The first one, no.

Page 84

1                  da Fonseca - Confidential

2      Sure, because the first one was the legal opinion,

3      but that I'm not sure, but of the internal

4      committee, yes.

5           Q.   Do you recall why the CGU was requesting

6      information with respect to the activities in the

7      communications department?

8                MR. BERMAN:  Objection to form.

9           A.   Major or larger communications events

10     projects are monitored by the communications

11     division of the government.

12          Q.   And can you just explain what the CGU is

13     or what does it stand for?

14                MR. COOPER:  The witness has to -- if

15           the witness knows, she has to answer.

16          A.   Federal controlling --

17                MS. LEVI:  Controller general.

18          A.   Controller general.  Actually I would

19     like to make an observation.  The documents

20     attached to what you are referring to here are on

21     page 7.

22          Q.   Okay.

23          A.   Because there are various different

24     documents and they were submitted to Graca

25     da Fonseca.  The documents that you referred to are

1                da Fonseca - Confidential

2    the ones for the division responsible for Geovane's

3    dismissal.

4        Q.   Why was the CGU at that time interested

5    in the information in what was happening at the

6    communications department at Petrobras in 2009?

7             MR. COOPER:  Objection to form.

8        A.   They did audits on this case, and when

9    they find any inconsistencies, they ask questions,

10   but relationship with CGU is with the auditing

11   division.  Auditing is the one who follows up with

12   the whole case.

13       Q.   Do you know how the CGU became aware of

14   inconsistencies at Petrobras' communication

15   department in 2009?

16       A.   I believe that it was during normal

17   following up procedures that they conducted.

18       Q.   Have you seen any of the documents

19   prepared by CGU about these inconsistencies?

20            MR. COOPER:  Objection.

21       A.   No.

22       Q.   Do you know who, if anybody, at

23   Petrobras has these documents, if any, prepared by

24   CGU about the inconsistencies?

25            MR. COOPER:  Objection.

Page 86

1              da Fonseca - Confidential

2        A.    The contact division was the auditing

3    division.

4        Q.    Who was the head of the auditing

5    division at the time again?

6        A.    Gerson.

7        Q.    Is he still employed at Petrobras?

8        A.    He is retired.

9        Q.    Do you know who took his place?

10       A.    No.

11             MS. GILMORE:   I think we should break

12        for lunch.

13             THE VIDEOGRAPHER:   The time is 12:55

14        p.m.  We are going off the record.

15             (Lunch recess:   12:55 p.m.)

16

17

18

19

20

21

22

23

24

25

Page 87

1              da Fonseca - Confidential

2                 Afternoon Session

3                    1:29 p.m.

4         THE VIDEOGRAPHER:  This marks the

5     beginning of videotape number 3.  The time

6     is 1:58 p.m.

7   VENINA VELOSA DA FONSECA, having been previously

8   duly sworn, was examined and testified further as

9   follows:

10  EXAMINATION (Continued)

11  BY MS. GILMORE:

12        Q.   Ms. da Fonseca, I have a quick follow-up

13  two questions on the communications department

14  testimony you gave.  You testified that you sent

15  the report that was generated by the independent

16  investigation committee to the audit and the legal

17  department.  Is that correct?

18        A.   Yes.

19        Q.   Was it also sent to the board of

20  executive officers?

21        A.   The report?

22        Q.   Yes.

23        A.   I sent the report to Roberto Paulo Costa

24  and all the executives that were on that division

25  connected to Roberto Paulo Costa at that time.

1                 da Fonseca - Confidential

2        Q.    Did those executives include Gabrielli?

3        A.    No.

4        Q.    Do you know if Gabrielli received a copy

5   of the internal investigation reports prepared by

6   the investigation committee that you had put

7   together?

8        A.    I sent the report to the auditing

9   division.  There is a regulation that says that

10  they have to present the contents of the reports to

11  their superiors, and that case would be the board

12  of directors.  I'm not sure if they did that or

13  not.

14       Q.    Is the regulation that you just talked

15  about something Petrobras has in writing?

16            MR. COOPER:  Objection to form.

17       A.    I wouldn't know.

18       Q.    Is it just common practice that the

19  audit department would send the information they

20  have to the board of directors?

21            MR. COOPER:  Objection to form.

22       A.    No, because the auditing division is

23  connected to the board.  It is not connected to the

24  CEO of Petrobras.  This reality was in those days.

25  Now there is a lot of restructuring going on, so I

Page 89

1                    da Fonseca - Confidential
2      don't know what they did with it.
3           Q.    Just so I understand your testimony, at
4      that time the audit committee was supposed to send
5      information to the board of directors or the board
6      of executive officers or both?
7                    MR. COOPER:  Objection to form.
8           A.    Board of directors.
9           Q.    Do you recall at the time who was on the
10     board of directors of Petrobras?
11          A.    I know that Dilma was.  The CEO
12     Gabrielli, ABR's president, who was Mr. Lima, and I
13     don't remember, there was one from the Brazilian
14     central bank, but I don't remember.
15          Q.    Let's now turn to the Abreu and Lima
16     refinery.  Can you describe for me the
17     irregularities you encountered when you were
18     employed at Petrobras in connection with the Abreu
19     de Lima refinery, and if you can, can you walk us
20     from the beginning so it is easy to understand what
21     happened?
22                   MR. COOPER:  Objection to form.
23          A.    Petrobras had signed an agreement with
24     Venezuela, and in those days Venezuela was
25     represented by Pedavesa.  This agreement had been

1                    da Fonseca - Confidential

2    an agreement between governments and 14 memorandums

3    of understanding had been signed, one of which

4    being the northeast refinery construction and the

5    main item on that acquisition would be the

6    counterpart would be oil production in Venezuela,

7    and the only memorandum that actually went ahead

8    was the one for the northeast refinery.

9                    On a more strategic level, it was

10   defined how the partnership would be the percentage

11   of investment and within Petrobras the ones in

12   charge of that relationship were the CEO Gabrielli

13   and Paulo Roberto Costa and an oil specializing

14   consulting company had been hired.  There was a

15   need to have more refinement in Brazil because it

16   was more demand than supply in the market, so a

17   project was created to update the refineries, the

18   current refineries and then they reached their

19   refining capacity, so the construction of an

20   additional refinery was indicated, recommended.

21                    Within my division were the technical

22   studies that were held or executed.  In order to

23   have the economic valuation, we would get cost

24   information from the engineering department and we

25   would adopt the variables that were indicated in

1                 da Fonseca - Confidential

2    the strategic plans for the company.  What happens

3    that the refinery started with an indication of

4    possibility of funds of $2 billion, and during

5    phase 3 were the more advanced phase which was

6    October 2009.  It had an estimated cost of

7    $13 billion, and what happened during that time

8    period or what really called attention about this

9    project was the price that had been inflated.

10               In the beginning Petrobras hadn't built

11   a refinery for more than 30 years, so there is no

12   experience because within the specialized personnel

13   that had done it, they were all retired, so my

14   division with the legal division that supported,

15   gave support to the corporate, in that case the

16   head was Fernando de Sa.  We recommended a change

17   in the contractual model that Petrobras used to

18   adopt a more modern model that was more in

19   accordance with international standards.

20               There was a study that showed that when

21   it comes to planning, Petrobras had a good ranking

22   within the industry, within the oil industry, but

23   when it came to implementing, when it went to that

24   phase, it was one of the worst ones.  So, in other

25   words, it was a history of bad performance within

1                 da Fonseca - Confidential

2    the area.  Within this group of experts there was

3    then intense arguing in the engineering department

4    that was in charge of the relationship with the

5    building companies did not accept this new model,

6    so after intense discussions internally we decided

7    to take that proposal to Sergio Gabrielli.

8                 THE INTERPRETER:  The interpreter would

9           like to say that the first word when the

10          interpreter said arguing, intense arguing,

11          it was intense discussions instead of

12          arguing.

13          A.   And that meeting Mr. Renato Duque, head

14   of the service department, had attended, Paulo

15   Roberto Costa, Sergio Gabrielli and Fernando Sa.

16   The presentation made it clear that in order to

17   change the planning process, a change in the

18   contractual models should be inserted.  Actually

19   the presentation made it clear that in order for us

20   to follow up with the project's construction

21   appropriately, we would have to change the

22   contractual models.  This happened in July 2009.

23               This after almost one year of

24   discussions regarding the whole process.  Before

25   that, the plan for acceleration of the refinery had

Page 93

1                   da Fonseca - Confidential

2    been proposed.  The request came from Mr. Paulo

3    Roberto Costa, the officer.  He requested it to me

4    or he requested me.  It was very clear in the

5    document that this was his request, and in this

6    document there were different premises for the plan

7    to work out.

8                   I think if I'm not mistaken, this plan

9    is from 2007.  One of the premises would be the

10   change in the contractual model which I just

11   mentioned.  Also acceleration of the detailing

12   projects and a few measures or actions also in the

13   area of equipment purchasing.  The projects as well

14   as equipment, the equipment were under the service

15   division areas.  I'm sorry.  Service division

16   responsibility.

17                  Another premise would be to constitute a

18   company in order to allocate all the costs during

19   all the phases of the project and capture all the

20   costs as well.  This last premise was under my

21   responsibilities.  So when this agenda had been

22   submitted, we had a presentation for the officers,

23   and that same presentation was also made at the

24   board of directors meeting.

25                  So in other words, the executive board

Page 94

```
 1              da Fonseca - Confidential
 2   and the board of directors were both aware of what
 3   needed to be done in order for the project to be
 4   successful.
 5              About two or three months after that
 6   presentation, another presentation was made to the
 7   executive board and the board of directors with at
 8   that time with a company formed with the proposal
 9   for forming, for contracting that company and also
10   we showed how the other premises were being dealt
11   with throughout the project.
12              MR. COOPER:  I'm going to object soon as
13         non-responsive.  This is kind of a monologue
14         unrelated to a question.
15              MS. GILMORE:  She can finish her answer.
16              MR. COOPER:  I am going to make my
17         objection.
18         Q.   Go ahead.
19         A.   What called attention after this was the
20   bidding for the power house, because the prices
21   came much above the estimates, so I requested in
22   writing Mr. Paulo Roberto Costa not to authorize
23   the services and to wait for other bids to be
24   submitted so that we could find out if that was
25   really the market price.  This might have been
```

1                da Fonseca - Confidential

2     towards the end of 2008.

3                During that period of time I had various

4     different meetings with the officer Mr. Paulo

5     Roberto.  I called his attention in writing at

6     various different times about the price escalation.

7     There is a system that calculated this prices for

8     bidding.  Every time we asked how did they come up

9     with those estimates, they would answer that the

10    system would do it.

11               So after meetings and after persisting

12    with the engineering department and the center of

13    research to review the basis for what the system

14    would come up with, they found out that there is a

15    major difference in the results.

16               MS. LEVI:  Outdated.

17         A.    This took about six months out of this

18    process of identifying the variables and I had the

19    answer that the system was in fact outdated in

20    September of 2009 and the division responsible for

21    calculating these prices, those prices, was the one

22    connected to engineering.  What does that mean?  It

23    means that when they calculated the project in the

24    identification phase when they said the project was

25    worth $2 billion, it could have been 3, 4, in other

1                 da Fonseca - Confidential

2    words, during the identification we would stress

3    that it was not a feasible project.  Regarding the

4    price escalation, we would review different

5    variables, exchange rate, steel prices,

6    international market heating, local markets, and

7    then we started to add one more variable which was

8    the system.

9                 We would also consider the variables

10   that had to do with the scope of the project which

11   could go up or down, but even with the system,

12   there was still an amount that we could not trace

13   back.  As of April/May 2009 I started to persist

14   even more with the officer about that price

15   escalation.  I received an e-mail from the officer

16   Paulo Roberto Costa that was forwarding an e-mail

17   from Duque where he would say that construction was

18   his job, and what we were pointing out at that time

19   would be evaluated or reviewed if that were the

20   case, and then the officers subsequently on another

21   meeting asked us to focus on the economic

22   evaluation.

23                 There were various different discussions

24   about the subject with the officer.  Just to remind

25   you that at that time the division did not have

1               da Fonseca - Confidential

2    many ongoing projects and the one who really would

3    decide in those regards was the officer Mr. Renato

4    Duque.

5               I went to the officer -- I went to the

6    office of Officer Paulo Roberto to find out why he

7    had forwarded that e-mail from Renato Duque and he

8    told me to just follow the orders given that my

9    division should focus on the economic evaluation.

10              I am going to open up a parentheses.  I

11   went out to lunch.  When I went out to lunch, when

12   I came back, Mr. Paulo Roberto Costa had had a

13   meeting in my absence with all the other executives

14   saying that I had asked to be dismissed.  I behaved

15   as if I didn't knew about that because he didn't

16   tell me about it directly, and I then came to the

17   conclusion that I should expedite the phase 3

18   studies because that would be the point where it

19   would be decided if the project would be wholly

20   implemented.

21              When we performed that evaluation, the

22   project was budgeted at $13 billion with a current

23   net value of minus 2.5 -- net present value of

24   minus $2.5 billion, and we had already invested

25   something around 1.5 or $2 billion and there was

Page 98

1                    da Fonseca - Confidential

2     another amount that was also compromised.  After

3     that, a study was concluded, was completed.  We had

4     another presentation to the executive board.

5                    MR. MARTINI:  Objection.  For a matter

6          of clarification, it is stated that there

7          was another amount that was also

8          compromised.  Just to make sure if it means

9          committed and not compromised.

10                   THE WITNESS:  Committed.

11                   THE INTERPRETER:  Thank you for the

12         clarification.

13         A.    There was then another presentation to

14    the executive board.  I prepared the document to be

15    submitted with all that information, all the other

16    projects that were bid before that one.  I would

17    prepare an intermediate economic evaluation where

18    it was clear that the project was not profitable.

19                   What did that mean?  That during the

20    life of the project or the existence of the

21    project, it would not give us any profits.

22    Actually quite to the contrary.  Just losses.  Just

23    to make it clear, just to make clear that this

24    non-feasibility of the project was also contained

25    in the bidding not only during the phase changes.

Page 99

```
 1              da Fonseca - Confidential
 2   I was called to make -- I was called then to make
 3   those economic variables more flexible.  The ones
 4   that were part of the study.
 5              Since I refused to do so, that was in
 6   October 2009, since I refused to do so, they
 7   dismissed me from the position of executive --
 8   corporate executive.  This phase was approved in
 9   the middle of November 2009.
10              MR. BERMAN:  Move to strike as
11         non-responsive to the question.
12              MR. COOPER:  I join in that and renew my
13         objection earlier.
14         Q.   Let's go back.  I have some questions
15   about the answer to the question.  Let's go to in
16   2007 you testified that you had proposed a model
17   that was similar to an international model to be
18   adopted.  Can you describe that model for me and
19   who that proposal was made to?
20         A.   One of the biggest challenges for the
21   project was the size of the refinery and the amount
22   of suppliers within the refinery that interacted,
23   and one of the changes in model was that the
24   planning for contractors should be much more
25   detailed than they were and there was some aspects
```

1                    da Fonseca - Confidential

2      that could not be postponed such as let's say if I

3      had to install something.  So let's say if that

4      installation had to do with another one, that one

5      would have to be done before the other

6      installation.  That seems obvious but that is one

7      of the things they give reason to other amendments.

8                    There was also a significant change that

9      had to do with rain because there is a measurement,

10     there is a rain measurement adopted that could be

11     the basis to calculate payments accounting for days

12     that there were no operations due to rain but they

13     used to adopt the construction model, dry model.

14     In other words, they had a set amount for in case

15     of rain, but rain did not always impact the project

16     in the same way and there were consortiums, you

17     know, there were not people in charge of these

18     consortiums, so there was not a single point of

19     responsibility of someone who we could contact in

20     case there was a problem.  This is not my

21     specialty, but I did attend a few meetings where

22     this model was proposed, but it was not adopted.

23          Q.   The proposal that you had suggested

24     would have cut costs for Petrobras.  Isn't that

25     true?

Page 101

1               da Fonseca - Confidential

2        A.    Yes.

3              MR. COOPER:  Objection to form.

4        Q.    It would have also resulted in less

5    amendments to the contracts.  Is that correct?

6              MR. COOPER:  Objection to form.

7        A.    Correct.

8        Q.    Yet despite Petrobras refused to adopt

9    this proposal.  Is that correct?

10             MR. COOPER:  Objection to form.

11       A.    Correct.

12       Q.    Why did Petrobras refuse to adopt this

13   proposal?

14             MR. COOPER:  Objection to form.

15             MR. BERMAN:  Objection.

16       A.    One of the issues raised is that the

17   contractors did not work in that way though we

18   should follow the way they worked.

19       Q.    Who are the contractors, if you

20   remember?

21             MR. COOPER:  Objection to form.

22       A.    The members of the cartel who were the

23   largest building companies in Brazil.  If I start

24   mentioning names, I may be making mistakes because

25   I did not have a direct relationship with them.

Page 102

```
 1                   da Fonseca - Confidential
 2          Q.    So in other words, the proposal you were
 3   making would have benefited Petrobras, but it would
 4   not have benefited the cartel companies?
 5               MR. COOPER:  Objection.
 6               MR. BERMAN:  Objection to form.
 7          A.    Correct.
 8          Q.    Because the proposal was not followed,
 9   was rejected by practices, that rejection had the
10   result of harming Petrobras from benefitting the
11   contractors?
12               MR. BERMAN:  Objection.
13               MR. COOPER:  Objection to form.
14          A.    I agree with what you said first that
15   they really caused losses to Petrobras and I do
16   agree that in some way they benefited the
17   contractors but maybe they were not the only ones
18   who were benefited such as we saw right now.
19          Q.    Who else do you think would have
20   benefited?
21               MR. BERMAN:  Objection.  Calls for a
22               conclusion.
23               MR. COOPER:  Objection.
24          A.    Politicians.
25          Q.    Why do you say that?
```

1              da Fonseca - Confidential

2              MR. BERMAN:  Objection.  Calls for a

3         conclusion.

4         A.   I found out after Paulo Roberto Costa's

5    plea bargain.  There was a suspicion after Fernando

6    Sa filed a complaint regarding the cartel and

7    instead of the officer at that time Nilton Maia,

8    his superior, request an investigation of the

9    cartel, they requested an investigation of

10   Fernando.

11             After this investigation, he had no

12   access to the report but he was demoted.  This was

13   very close to the meeting we had about that

14   contract, the meeting with the officers and the

15   CEO.  They knew that by demoting Fernando I would

16   lose my main point of support within the company

17   and Fernando was transferred to an office where for

18   a few months he just didn't do anything.  He was

19   hospitalized for times and then he went back to a

20   position that was not a legal position.  Only after

21   I was demoted from the executive, my executive

22   position.

23        Q.   And this was --

24             MR. BERMAN:  Objection.  Move to strike

25        as non-responsive.

Page 104

1            da Fonseca - Confidential

2            MR. COOPER:  I join.

3       Q.    This punishment that you and Mr.

4  Fernando Sa received on behalf of Petrobras was in

5  response to you and Mr. Sa trying to flag problems

6  including the existence of a cartel?

7            MR. BERMAN:  Objection.

8            MR. COOPER:  Objection to form.

9       A.    Fernando Sa was due to pointing out the

10 existence of the cartel and myself because I would

11 always point out that the refinery would result in

12 losses in my economic review.

13      Q.    Yes.  I am going to cover Mr. de Castro

14 Sa in more detail, but first I want to mark Exhibit

15 10.  I am told it was already introduced as Exhibit

16 7.  Sorry.  It is a new exhibit.

17            (da Fonseca Exhibit 10, Translation

18            documents, was so marked for identification,

19            as of this date.)

20            MR. BERMAN:  Are these your internal

21            translations that are part of the exhibits?

22            MS. GILMORE:  Yes, these are our

23            internal translations.

24            MR. COOPER:  We reserve our rights to

25            make any objections to any of the

Page 105

 1                 da Fonseca - Confidential

 2           translations, parts that may come up.  We

 3           are not agreeing that this is a translation

 4           that we have no issues with.

 5                 MR. BERMAN:  I join with what Mr. Cooper

 6           just said.

 7                 MS. GILMORE:  I understand.  Your

 8           position is noted.

 9           Q.   Ms. da Fonseca, is this a document which

10    includes attachments that you in this e-mail states

11    we are forwarding a declaration statement you made

12    on September 4, 2014 regarding RNEST, which is

13    Abreu Lima?

14           A.   Yes.

15           Q.   I want to direct your attention to

16    attachment 7, please.  Is this a presentation that

17    you called it would be real if we do it

18    differently?

19           A.   Yes.

20           Q.   This presentation was made on June 19,

21    2008?

22           A.   Yes.

23           Q.   It says subject presentation made to the

24    president.  What does that mean?

25           A.   That is a presentation I mentioned

Page 106

1                    da Fonseca - Confidential

2    previously about the contracting model and this

3    presentation was during a meeting between myself,

4    Paulo Roberto Costa, Mr. Duque and Fernando Sa and

5    Sergio Gabrielli.

6         Q.   Once again you said Petrobras rejected

7    the model that you had proposed?

8              MR. COOPER:  Objection to form.

9         A.   Yes.  That's correct.

10        Q.   Did anyone else at Petrobras, did any

11   members of the executive board other than Paulo

12   Roberto Costa, Duque and Sergio Gabrielli receive

13   this presentation, if you know?

14        A.   I personally did not send it to anyone.

15        Q.   You testified that you made a

16   presentation to the board of directors of Petrobras

17   in about July 2009.  Is that correct?

18        A.   Yes.

19        Q.   Do you recall what day in July 2009 you

20   made that presentation?

21        A.   It was in July, but the exact date I

22   don't remember.

23             MS. GILMORE:  Exhibit 11, please.

24             (da Fonseca Exhibit 11, Board

25             presentation of July 2009, was so marked for

Page 107

1              da Fonseca - Confidential

2         identification, as of this date.)

3         Q.   Ms. da Fonseca, is that the presentation

4    you say was presented to the board in July 2009?

5         A.   Yes.

6         Q.   Does this presentation show the lack of

7    viability, economic viability of the RNEST project

8    at the time?

9         A.   Yes.

10        Q.   Can you tell me where in the

11   presentation you see that?

12        A.   On page 17.

13        Q.   Can you walk us, please, through what

14   shows a lack of viability of the project, please.

15        A.   An evaluation was conducted using

16   various different scenarios with variables that

17   Petrobras used to adopt.  The base scenario which

18   was the scenario that was used as a reference

19   because it contained all the variables that you

20   could expect.  It would be here on this quadrant.

21   You see here that there is an amount of minus

22   $33 billion.

23        Q.   2.3.

24        A.   I'm sorry.  2.3.  A more conservative

25   scenario and then it would be $3 billion negative.

Page 108

1                    da Fonseca - Confidential

2    If we were very aggressive in our proposal of

3    changes, such as taxes, it would still come to

4    negative results, so in every possible scenario it

5    was a bad thing.  This is only this page.  If we go

6    through all the pages we are going to see the same

7    thing.

8         Q.    For example?

9               MR. COOPER:  Objection to form.

10        A.    They evaluated that as a company we

11   could think of the refinery as a consortium company

12   or a company owned by Petrobras.  Even with that,

13   actually I am looking for it would always be bad.

14   For example, on page 21, in order to have an amount

15   that would be zero, in other words, without any

16   profits or losses, we would have to have savings or

17   economy -- savings of 22 percent, and whereas with

18   the power house they were 300 to 400 percent more

19   than what we had forecasted.

20        Q.    Which power house are you referring to?

21        A.    I am using page 21, the power house was

22   an example that I provided.

23        Q.    Do you recall who would be a contractor

24   for the power house?

25               MR. COOPER:  Objection to form.

Page 109

1              da Fonseca - Confidential

2        A.    Alusa.

3        Q.    Alusa is a cartel member, correct?

4              MR. BERMAN:  Objection to form.

5        A.    Correct.

6        Q.    Did Petrobras grant to Alusa the power

7   house project?

8              MR. COOPER:  Objection to form.

9        A.    Yes, it did.

10        Q.    You mentioned you made this presentation

11   to the board of directors of Petrobras, correct?

12        A.    Yes.

13        Q.    Can you name for me who from the board

14   of directors was present when you made this

15   presentation?

16        A.    The same people.  Paulo Roberto,

17   Barbassa, Estrella, Sergio Gabrielli, Graca.  I'm

18   not sure if Cervero was there or not at that time

19   and Duque.

20        Q.    I'm sorry.  You meant board of executive

21   officers or board of directors?

22        A.    They were from the executive board and

23   for the board of directors the presentation was

24   made in December.  I was no longer in the position

25   of executive.  Showing also that the project was

Page 110

1                   da Fonseca - Confidential

2      slightly negative and the challenges in order to be

3      able to obtain that amount.  That was after the

4      initial study presented by me had been changed.

5           Q.   Speaking of changes to the presentation,

6      I believe you testified that you were asked to

7      remove negative information from the report showing

8      the negative VPL value.  Is that correct?

9                   MR. COOPER:  Objection to form.

10          A.   Correct.

11          Q.   Can you explain to me what happened?

12          A.   I conducted a study which is contained

13     in this presentation which have variables that come

14     up to these results.  After I left, a study was

15     conducted where they changed a few variables.  I

16     don't know which ones because I didn't have access

17     to that study and the base scenario that initially

18     had minus 2.33 negative billion went almost to

19     zero.  This was six weeks after I left.  In other

20     words, the market had not changed.

21          Q.   Do you know who ordered that these

22     numbers be altered?

23                  MR. COOPER:  Objection to form.

24                  MR. BERMAN:  I join.

25          A.   Paulo Roberto Costa.

Page 111

da Fonseca - Confidential

1

2      Q.   How do you know that?

3      A.   Because Francisco Pais, his assistant,

4  told me directly.

5      Q.   Do you know if the board was aware that

6  these numbers have been doctored?

7           MR. COOPER:  Objection to the form.

8           MR. BERMAN:  Objection to form.

9      A.   They saw the presentation in July where

10  the present net value were presented at minus 2.33.

11  In November, they saw that amount being transformed

12  to zero.  This was after the executive board

13  demoted me from my position, so I do think that

14  they did know.  This number doesn't just change if

15  there is not a reason behind it.

16      Q.   And by the board knowing about this

17  sudden change, are you referring to the board of

18  executive officers and the board of directors?

19           MR. BERMAN:  Objection.

20           MR. COOPER:  Objection.

21      A.   Correct.

22      Q.   Let's go to Exhibit 11.  Can you take a

23  look, please, at attachment number 16.  Let me know

24  after you have a chance to review it, I have a few

25  questions to ask you.  The one before this package.

                    da Fonseca - Confidential
1
I'm sorry.  Exhibit 10.  Attachment 16.  Take your
2
time and just let me know when you are ready.  Are
3
you ready?
4
5          A.   Yes.
6          Q.   Can you describe this e-mail exchange
7   for me, please.
8               MR. BERMAN:  Objection to form.
9          A.   This e-mail is being sent by the general
10  secretary of the executive board to the officers
11  assistant Paulo Roberto Costa.  The assistant's
12  name is Francisco Pais.  The documents that I would
13  send to the executive board I would explicitly
14  include the economic valuation.  For example, I
15  would say what had been performed, what we had
16  assumed and how that bid would impact the economic
17  value.  I would give the result.  The result as
18  minus something or other.
19               I will give you an example.  Let's say I
20  have X or I have 10.  I have spent 5 and I
21  committed myself to 6 and now I want to spend 2.
22  So the result is minus $3 billion.  In other words,
23  if you add and you subtract and you do all the
24  calculations, the result is minus 3.  One of the
25  officers replied they didn't feel comfortable to

1            da Fonseca - Confidential

2    approve a project with something so explicit that I

3    had to change.

4            Q.    Who is "they" didn't feel comfortable?

5            MR. COOPER:  Objection to form.

6            A.    The executive board and Francisco Paes

7    was the one who would convey that information to me

8    and they wanted me to remove all the information.

9            Q.    For example, which information?

10           A.    All that information, what was the

11   investment and what was the impact and the present

12   value.  All they wanted me to say was the amount

13   was within the budget.

14           Q.    Why did they want you to remove it?

15           MR. BERMAN:  Objection.

16           A.    Because they were approving projects

17   that were hurting the soul of the company or the

18   profits for the company.  We are talking here about

19   March 2009.  I did not agree to remove them.  I

20   told Pais they know how to calculate.  They can

21   take out the calculations, but the result is going

22   to go.

23           Q.    Did the result go?

24           MR. COOPER:  Objection to form.

25           MR. BERMAN:  Objection.

Page 114

1               da Fonseca - Confidential

2         A.   Yes, they were.

3         Q.   Can you tell me who Mr. Fujikawa is?

4         A.   It was the CEO's general secretary at

5    that time, and if you note here, the officer here

6    was Renato Duque because his assistant is the one

7    who is sending to Pais, you know, I am put in with

8    all the other managers.  You can see here, when

9    Pais is sending it, he puts me in the same group as

10   all the other subordinates.

11        Q.   There is an e-mail here as part of this

12   package directly from Mr. Fujikawa on behalf of

13   Gabrielli that specifically asks for a new draft.

14   Is that correct?

15        A.   Yes.

16        Q.   So the orders to remove the material

17   come from Gabrielli?

18             MR. COOPER:  Objection to form.

19        A.   Yes.  He and the officers, Paulo Roberto

20   and Renato Duque.

21             MS. GILMORE:  Let's take a quick break.

22             THE VIDEOGRAPHER:  The time is 3:10 p.m.

23        We are going off the record.

24             (Recess taken)

25             THE VIDEOGRAPHER:  The time is 3:40 p.m.

Page 115

                    da Fonseca - Confidential

1          this begins tape number 4.  We are back on

2          the record.

3  BY MS. GILMORE:

4          Q.   Ms. da Fonseca, I just want to go back

5  to the time that you testified you were pressured

6  by Petrobras to change or remove numbers that did

7  not show a negative viability with respect to the

8  RNEST refinery.  Can you provide examples of

9  specific conversations where this pressure was

10 exerted on you?

11              MR. BERMAN:  Objection.

12         A.   When this happened, in my office, this

13 requirement coming from the executive board

14 cabinet, Francisco Pais was assistant of Paulo

15 Roberto Costa.  He came with documents that had

16 been already submitted to the executive board.  I

17 believe the same documents mentioned by the

18 secretary on his e-mail.  They had changes in them

19 and they were edited and completely different with

20 changes proposed.

21         Q.   What were the differences that were

22 changed?

23              MR. COOPER:  Objection to form.

24         A.   My document I had explained very clearly

25

Page 116

1                da Fonseca - Confidential

2    that it was for the feasible due to the negative

3    amount so he didn't want to make it clear, so he

4    changed the text so that it would be very implicit.

5          Q.   Do you have an example of what he was

6    proposing to change?

7          A.   I have this amended document.  What he

8    wanted basically was for me to remove the negative

9    VPL.

10         Q.   Do you have the document with the

11   proposed changes that Mr. Pais wanted you to make?

12         A.   Yes, I do.

13              MS. GILMORE:   Counsel, we request

14         production of that document immediately.  I

15         don't think we have it.

16         Q.   Can you tell me what else occurred

17   during that conversation with Mr. Pais?

18         A.   It was always to imply that I was in the

19   way of the project.

20         Q.   How?

21         A.   I was producing evidence.  I was making

22   it difficult to be approved, that I was not

23   flexible enough for the adjustments that they

24   wanted to make.  I don't know if that happened by

25   chance, but I do know that when I left, he was the

1                  da Fonseca - Confidential

2    one who replaced me.

3        Q.   Was it the only instance where Mr. Pais

4    came to you to pressure you to change the numbers?

5             MR. COOPER:  Objection to form.

6        A.   No.

7        Q.   Can you describe the other instances

8    when he did that?

9        A.   Every time there is a document that

10   needed to be submitted to the executive board, I

11   would suffer pressure by them.  I even sent a text

12   within documents because I was being so pressured

13   to change things that I was in charge and

14   responsible for the area where I operated.  It

15   seemed strange what was happening in the other

16   division which was the engineering division.

17       Q.   What was happening there?

18       A.   These price estimates that were very

19   high above and then they were accepted and the way

20   they were in favor or defended the building

21   companies.  We even asked the legal department to

22   have attorneys for the supply division, supply

23   department, but that was not -- that was denied.

24            The opinion by Fernando and also by the

25   legal department that supported, gave support to

Page 118

1                    da Fonseca - Confidential

2    the service division also were conflictive and the

3    legal department head requested the opinions to be

4    issued only by the service division.  This whole

5    thing made it seem very strange what was happening

6    at the engineering department.

7          Q.   Can you tell me -- first, you said the

8    legal department head requested only the legal

9    opinion from the engineering department.  Who was

10   the legal department head that made that request?

11              MR. COOPER:  Objection to form.

12         A.   Who was he?

13         Q.   Who was the legal department head that

14   requested --

15         A.   Nilton Maia.

16         Q.   In connection with the increased prices

17   that Petrobras was paying to contractors, can you

18   tell me if you are aware of bribes at the time?

19         A.   No.

20         Q.   When did you first become aware of

21   bribes that were being paid to executives at

22   Petrobras?

23              MR. COOPER:  Objection to form.

24              MR. BERMAN:  Objection.

25         A.   With the plea bargain of Paulo Roberto

1            da Fonseca - Confidential

2    Costa.

3         Q.   Can you tell me what was Alusa's

4    involvement in the construction of one of the units

5    at Abreu Lima?

6         A.   Alusa at the time when I was there she

7    was the bidding for the power house.

8         Q.   Alusa you said was a cartel member?

9         A.   Yes.

10            MS. GILMORE:  I would like to introduce

11         Exhibit 12.

12            (da Fonseca Exhibit 12, e-mail, was so

13         marked for identification, as of this date.)

14         Q.   Ms. da Fonseca, can you describe for me

15    the content of this e-mail?

16         A.    In this case it is CAFOR price estimate.

17    As I said before, there is a big discrepancy

18    between what was offered in the bidding documents

19    by the companies and the estimated amount that

20    Petrobras had estimated as the amount for the

21    contract.  That would be equivalent as I said it

22    was 300, but actually 273 percent more.

23            MR. BERMAN:  I assume this is another

24         internal translation we have in front of us?

25            MS. GILMORE:  Yes.

Page 120

1                   da Fonseca - Confidential

2              MR. BERMAN:  We are not accepting that

3         this is an accurate translation in any way,

4         and so I guess you are just using it for

5         purposes of the deposition.

6              MS. GILMORE:  Right.

7              MR. BERMAN:  Okay.

8         Q.   Ms. da Fonseca, was CAFOR a big contract

9    made as part of the other Abreu Lima refinery?

10        A.   Yes.

11        Q.   How big was it?

12             MR. BERMAN:  Objection to form.  Vague.

13             MR. COOPER:  I join.

14        A.   I'm not an expert.  That is not my area

15   of expertise, but it is a huge contract.  It is one

16   of the largest contracts.

17        Q.   CAFOR was one of the largest contracts

18   in connection with the Abreu Lima refinery?

19             MR. COOPER:  Objection.

20        A.   Yes.

21        Q.   Let's go to Exhibit 13.

22             (da Fonseca Exhibit 13, e-mails, was so

23         marked for identification, as of this date.)

24             MR. COOPER:  To the extent it is not

25         clear, I think it should be on the record,

1          da Fonseca - Confidential

2          but we will just have a standing objection

3          or reservation of rights as to all

4          translations of documents.  Is that fair?

5               MS. GILMORE:  Sure.

6               MR. KEHOE:  Let the record also reflect

7          the witness has the Portuguese version.

8               MR. COOPER:  I understand, but the

9          record is going to be in English here, and

10         if then something comes from the English

11         document or these are later used on summary

12         judgment or trial, I just want to be clear

13         we haven't waived any right to object to the

14         translation by having these used as exhibits

15         in this deposition.

16         Q.   Ms. da Fonseca, in response to my

17    questions, you have been looking at the Portuguese

18    versions of the documents that you received or the

19    English versions?

20         A.   Both.

21         Q.   For each?

22         A.   No problem with the translation, I

23    think.

24         Q.   Let me know when you are ready.

25         A.   Okay.

1           da Fonseca - Confidential

2           Q.   Let's go to the e-mail at the bottom of

3    the second page where you sent an e-mail, "Dear

4    DABAST," and you set forth four points.  Can you

5    explain to me the first two points in this e-mail,

6    please?

7           A.   This e-mail addresses the agreement's

8    signature for the power house.

9           Q.   I think we are looking at different

10   documents.  May I see the copy you are looking at?

11   On the back.

12          A.    It is the power house signature.  I

13   requested that the signature for the power house

14   should be on December 5th.  The date we would have

15   other bidding envelopes already so we would know if

16   the bid price was fair or not and the second item

17   is that they asked for service authorization and

18   asked to be submitted but I asked to suspend that

19   permission until we would know for sure if the

20   amount in the agreement would be matched or similar

21   to the other bidding amounts.  These are the first

22   and second items.

23          Q.   Why did you want to request a suspension

24   to wait for other bids?

25          A.   Because 272 percent above the amount

Page 123

1              da Fonseca - Confidential

2    estimated was too much.

3         Q.   What happened in response to your

4    e-mail?

5         A.   Pais sent it to me, cc to the officer.

6    He refuses items 1 and 2, and he asked actually

7    virtually I think what is most important, so he

8    refused it in writing.

9         Q.   And he told you to go ahead and proceed

10   with the Alusa agreement even though it was

11   270 percent more than the internal budget at

12   Petrobras?

13             MR. COOPER:  Objection to form.

14        A.   Correct.

15        Q.   Who else knew about this?

16        A.   All members of the executive board,

17   because this project was at the executive board's

18   level.  It was submitted for their approval.

19        Q.   Do you know that the executive board

20   knew about the 270 percent price increase granted

21   by Alusa?

22             MR. COOPER:  Objection to form.

23             MR. BERMAN:  Objection to form.

24        A.   I don't think so because here I speak

25   with -- I sent an e-mail to Wilson Guilherme, who

Page 124

```
 1                  da Fonseca - Confidential
 2    was the refinery's manager, requesting that the
 3    information was inside DIP, but I don't remember
 4    that document.
 5         Q.   Do you know whether the information was
 6    added to the DIP as you requested?
 7         A.   No.
 8         Q.   You don't know or it was not added?
 9         A.   No, it was not.
10         Q.   It was not added?
11         A.   No.
12              MR. BERMAN:  Objection.
13         A.   It was not.
14         Q.   Do you know why it wasn't added?
15              MR. BERMAN:  Objection.
16         A.   Usually when you go into changing any
17    documents to be submitted to the executive board,
18    they have to be maintained in the agenda and that
19    was not the case.  I remember the middle of the
20    meeting which was not inside Petrobras, but outside
21    I had called the office of Paulo Roberto Costa
22    about this information.
23         Q.   Can you describe the conversation?
24         A.   He was in the middle of a meeting, so it
25    was a quick discussion.  I asked if he knew.  He
```

Page 125

1                    da Fonseca - Confidential

2   said he did because Wilson Guilherme had conveyed

3   that information directly to him that no needs

4   would change, that this would not change the

5   procedure in the meeting.

6          Q.   Meaning that the 272 percent overcharge

7   would not be reflected in the DIP?

8               MR. COOPER:  Objection to form.

9          A.   Correct.  I really do not remember what

10  number was in the document.

11         Q.   Do you know the DIP number that was

12  presented to the board?

13         A.   No.

14              MR. COOPER:  Objection.

15         A.   No.

16         Q.   Why did Mr. Costa want Alusa to win the

17  contract for CAFOR?

18              MR. BERMAN:  Objection.

19         Q.   If you know.

20         A.   I don't know.  In those days, I didn't

21  know.

22         Q.   What about now?

23         A.   Cartel.

24         Q.   Was there a time when you were employed

25  as an executive at Petrobras when you learned of

Page 126

```
 1                 da Fonseca - Confidential
 2   the existence of the cartel?
 3                 MR. COOPER:  Objection to form.
 4        A.    I remember when Fernando Sa found out
 5   about the cartel, and there was an investigation
 6   conducted and the Petrobras attorneys had a meeting
 7   with the cartel's attorneys before the amendment
 8   was ready about provisions that would generate more
 9   amendments.
10                 At that time in mid 2009 that I found
11   out about the cartel.  Fernando Sa would request an
12   investigation to find out their level of operations
13   because at that time we didn't know that it was the
14   way it is today.
15        Q.    And how did you become aware of the
16   existence of the cartel?
17                 MR. COOPER:  Objection to form.
18        Q.    Did Mr. Sa approach you?  How did that
19   happen?
20        A.    Due to RNEST, we had meetings almost
21   every day and the challenges we were having with
22   the changes in the contract with the legal
23   department, so in these meetings within the legal
24   department made Fernando Sa suspicious about the
25   existence of a cartel, so he reviewed documents at
```

Page 127

1                      da Fonseca - Confidential

2      the request of Nilton Maia and these documents were

3      evidence of the existence of a cartel, so there was

4      a suspicion in 2009 and then auditing was

5      requested, but as I said before, he was the one who

6      was investigated and both of us were demoted from

7      the positions that we occupied and I found out

8      about what happened like everybody else through the

9      media, through the plea bargain in the media.

10           Q.   What were the documents that showed the

11     evidence of the cartel?

12                MR. BERMAN:  Objection.

13                MR. COOPER:  Objection.

14           A.   Fernando Sa was the one who conducted

15     these researches, so he would be the most

16     appropriate person to provide that kind of

17     information.

18           Q.   I understand you testified that you have

19     seen some of these documents.  Is that correct?

20           A.   Yes.

21           Q.   Can you tell me which of these documents

22     that showed the existence of the cartel you have

23     seen?

24           A.   As I mentioned before, it was a meeting

25     the cartel attorneys had with Petrobras attorneys

Page 128

1              da Fonseca - Confidential

2     to discuss clauses or provisions within the

3     contract that would result in possible amendments.

4     I had access to that document.

5          Q.   Was it just one document you have seen

6     or more?

7          A.   No, I saw the whole study, but I did not

8     dedicate time to studying it.

9              MS. GILMORE:   Counsel, we request

10            immediate production of the studies

11            da Fonseca testified to seeing.  I don't

12            believe Petrobras produced it.

13         Q.   Do you recall who were the Petrobras

14    lawyers that participated in the meetings with the

15    cartel to discuss how to approach the amendments?

16         A.   Usually it was the service division

17    attorneys.  In that case the manager was Marina.

18         Q.   Anybody else you recall from the legal

19    department?

20         A.   No.

21         Q.   Was anybody else aware of the existence

22    of the cartel in 2009?

23             MR. BERMAN:  Objection.

24         Q.   Let's start with the members of the

25    executive board.

1              da Fonseca - Confidential

2              MR. COOPER:  Objection to form.

3              MR. BERMAN:  Objection.

4      A.    Renato Duque without a doubt.  He

5  participated directly within the demotion of

6  Fernando Sa.  After I left, when Fernando went back

7  to having normal regular activities within the

8  company, I was told that he had been secluded

9  within an office because he had served the wrong

10  God or sir or boss.

11              MR. MARTINI:  Objection.  Just to

12        clarify, if it was Ms. Velosa or if it was

13        Fernando Sa who heard from Renato Duque that

14        phrase.

15      A.    Fernando Sa did.

16      Q.    I believe you testified and correct me

17  if I am wrong that Mr. Sa collected evidence of the

18  cartel.  Is that correct?

19              MR. COOPER:  Objection to form.

20      A.    Correct.

21      Q.    Who was this evidence presented to?

22              MR. COOPER:  Objection to form.

23      A.    Nilton Maia, who is the head of the

24  legal department.

25      Q.    Anybody else that you know of who

Page 130

```
1                    da Fonseca - Confidential
2    received the documents that Mr. Sa collected?
3         A.   I know because I received information
4    from him that Duque was also aware of this
5    document.
6         Q.   By document, you mean a study?
7         A.   Yes.
8              MR. COOPER:  Objection to form.
9         A.   Yes, a large one.
10        Q.   Do you know if the audit department
11   received the study that was put together by Mr. Sa?
12             MR. COOPER:  Objection.
13        A.   No, because the study had been requested
14   by Nilton Maia, and it was delivered to him.
15        Q.   Were you present at any of the meetings
16   between Abemi lawyers and Petrobras lawyers?
17        A.   No.
18             MR. COOPER:  Objection to form.
19        Q.   Do you know if Mr. de Castro Sa was
20   present at those meetings?
21        A.   No, I don't know.
22        Q.   Can you explain how the amendments that
23   the Abemi and Petrobras lawyers agreed upon were
24   harmful to Petrobras?
25             MR. COOPER:  Objection to form.
```

1                    da Fonseca - Confidential

2                    MR. BERMAN:  Objection to form.

3          A.    For the reasons that I mentioned when we

4     were in favor of the international contract model,

5     they did not want the items that gave flexibility

6     to building companies to be negotiated.

7          Q.    Do you recall -- you already testified

8     that Alusa had won the contract for CAFOR.  Do you

9     know whether Andrade Gutierrez was one of the

10    contractors that won any contracts in connection

11    with the Abreu Lima refinery?

12                    MR. COOPER:  Objection.

13         A.    I do not remember which project they

14    were involved.

15         Q.    But do you recall whether they were

16    involved?

17         A.    I don't remember.

18         Q.    Is there a document at Petrobras that

19    would show which contractors won contracts in

20    connection with the Abreu Lima refinery?

21                    MR. COOPER:  Objection.

22         A.    Yes, there are.

23         Q.    If I wanted to get a copy of the

24    document, where would I go?

25         A.    You have to ask for a report made by the

1               da Fonseca - Confidential

2      auditing department when contracting at the

3      northeast refinery.  You are going to see there who

4      is the winner because it was first bid and then a

5      second bid.  You are going to see the connection

6      among the proposal presentations.

7               Q.   Do you recall whether many of the cartel

8      members were awarded contracts in connection with

9      the Abreu Lima refinery?

10               MR. COOPER:  Objection.

11               MR. BERMAN:  Objection.

12               A.   You were insisting with the same

13      question.  I was not the person in charge of the

14      relationship with the building companies, but I

15      witnessed Queiroz Galvao, Galvao Engenharia and

16      Odebrecht.  There are so many companies I am going

17      to make mistakes that I am going to give you a

18      list.  A detailed list.

19               MS. GILMORE:  Counsel, we request the

20               list that reflects which contract companies

21               have won the bidding in connection with the

22               Abreu Lima refinery.  It was not produced.

23               We ask that it be produced immediately.

24               MR. COOPER:  For all your requests, put

25               them in writing in a letter after this

```
 1              da Fonseca - Confidential
 2         deposition.  We will consider them.
 3              MS. GILMORE:  Okay.
 4         Q.   Ms. da Fonseca, you described or you
 5    testified that you have received threats or some
 6    other forms of harassment when you were employed at
 7    Petrobras.  Can you describe for me those threats?
 8              MR. COOPER:  Objection.
 9              MR. BERMAN:  Objection.
10         Q.   We can take a break if you would like.
11         A.   Yes.
12              THE VIDEOGRAPHER:  The time is 4:19 p.m.
13         We are going off the record.
14              (Recess taken)
15              THE VIDEOGRAPHER:  The time is 4:35 p.m.
16         We are back on the record.
17              MR. COOPER:  Also so we don't forget at
18         the end as we do with all of these, we are
19         going to designate the transcript
20         confidential under the protective order, and
21         we don't need to mention it again at the end
22         of the deposition.
23              MR. BERMAN:  All pages should be marked
24         as confidential.
25              MR. COOPER:  Yes.
```

Page 134

1              da Fonseca - Confidential

2              MS. GILMORE:  That's fine with us.

3    BY MS. GILMORE:

4         Q.   Can you explain to me what types of

5    threats you have encountered when you were employed

6    at Petrobras?

7         A.   Besides the constant harassment inside

8    Petrobras, I received various different phone calls

9    during the time period when we are reviewing the

10   communication division case.  I was also threatened

11   in a neighborhood in Rio called Catete.  The threat

12   was actually not with an axe, but with a weapon.

13   It was clear through the phone calls and through

14   the threat that I received in Catete that I was on

15   the wrong side, and they said that with a weapon

16   right against my head.  A gun.

17        Q.   I want to go over every single threat

18   you received.  Let's start with the first

19   threatening phone call that you received if you

20   remember.

21        A.   I would not like to go there.  I would

22   not like to describe all of them.  This happened

23   between October of 2008 and March 2009 as soon as

24   the report was completed and I delivered the

25   report, I took the measures that I needed to take

1                    da Fonseca - Confidential

2    and one of the reasons was to see if these threats

3    would stop.  I linked these threats with what

4    happened with the communications division.

5         Q.   Can you tell me why you can't or you

6    can't describe for me each type of threat, each

7    threat that you suffered?

8         A.   Because every time I talk about, I feel

9    like I am reliving the whole thing.

10        Q.   How does that make you feel?

11             MR. BERMAN:  Objection.

12        A.   Bad because I thought that when you

13   defend the interests of a company that you would be

14   recognized for it.  What happened is that I really

15   lost my professional life and that brought a lot of

16   imbalances in my personal life.  That is all.

17        Q.   Can you describe a few types of

18   imbalances that you have suffered as a result of

19   the threats from Petrobras?

20             MR. COOPER:  Objection to form.

21        A.   Yes.  After I came back to Brazil from

22   Singapore, I already still in Singapore, the thing

23   was that my daughter and I were diagnosed with

24   depression and I was treated for it in 2014 and

25   2015.

Page 136

1            da Fonseca - Confidential

2       Q.   What happened to your marriage as a

3  result of the harassment and threats you received

4  from Petrobras?

5            MR. COOPER:  Objection to form.

6       A.   My husband, actually I met my husband

7  when I was still working for Petrobras.  He had

8  various different agreements with various different

9  divisions of Petrobras including the division where

10 I was working, so one of the threats or

11 retaliations or punishments that they tried to do

12 was say that he was contracted due to the fact that

13 I was working in the executive -- on the executive

14 of the company and what happened is that when we

15 made the relationship public, the contract was

16 discontinued before I married him.

17           The contracts that he had with other

18 different departments were discontinued.  He came

19 to Singapore with me.  He was not able to stay

20 there.  So we ended up separating, and I stayed

21 there alone with my two daughters during three

22 years, give or take.

23      Q.   The threatening phone calls you

24 received, can you just give me some examples of

25 what they were saying?

Page 137

1                  da Fonseca - Confidential

2        A.    You know, what you are doing?  You know

3   that you were trampling with big people?  You have

4   two daughters.  You had better be concerned about

5   that.

6        Q.    How did you feel when you were receiving

7   these calls?

8              MR. COOPER:  Objection to form.

9              MR. BERMAN:  Objection.

10       A.    I felt that they wanted me to stop with

11  the internal complaints that I was filing

12  especially because they knew that I was going to

13  dismiss Geovane.  When you consider the

14  communications case financially, it is much smaller

15  than the contractors case, the builders case, but

16  if that had been investigated, that practice within

17  Petrobras could have ended.  They knew the

18  importance of the case.

19       Q.    What would have ended if they knew about

20  the internal complaints in the communications

21  department?  You said it would have ended?  What?

22             MR. COOPER:  Objection.

23             MR. BERMAN:  Objection to form.

24       A.    The bad practices of approvals, the

25  diversions, overbilling, whatever you want to say.

Page 138

1                  da Fonseca - Confidential

2        Q.   Do you know if Petrobras wanted those

3   practices to end?

4             MR. COOPER:  Objection to form.

5             MR. BERMAN:  Objection.

6        A.   All I know is that besides the

7   communications case and the RNEST while I had a

8   position as an executive, this would continue.

9        Q.   Were you scared when you received those

10  threats?

11            MR. BERMAN:  Objection.

12            MR. COOPER:  Objection.

13       A.   Totally because it would not only

14  threaten me, it threatened me, it would also

15  threaten my daughters.

16       Q.   Can you describe for me the time when

17  you had a gun pointed at your head?

18            MR. BERMAN:  Objection.

19       A.    It was nighttime around 9 to 9:30 p.m.,

20  it was a female friend whose house I used to go to.

21  It was one of the few people that I had any

22  relationships with because I almost never went out

23  in the evenings.  The street was somewhat dark.  I

24  was inside the car with my husband.  As soon as I

25  left her home, they stopped the car.

Page 139

1                    da Fonseca - Confidential

2                    Interesting thing they came directly

3       towards me and he was driving the car, not me, and

4       as I described, I got out of the car and as they

5       were pointing the gun at me, they said you are on

6       the wrong side, and that was it.

7            Q.   How many of them were there?

8            MR. COOPER:  Objection.

9            A.   It might have been five, but one

10      threatened me.

11           Q.   And what made you interpret that threat

12      as having to do with Petrobras?

13           A.   Because what would you think?  You know

14      what you are doing.  You know you are on the wrong

15      side.  You know you are touching upon important

16      people.

17           Q.   What time was this threat made?  The

18      month?

19           A.   It was always at night.  The phone

20      calls.  This was about 9:30 p.m.  No, this was at

21      9:30.  The phone calls I don't remember because

22      there were many.  They were always at night or

23      evenings after I would come home from work.

24           Q.   Do you remember which months these

25      threats were made?

Page 140

1               da Fonseca - Confidential

2          A.   No.  I remember that it was during this

3     time period.

4          Q.   By that, which time period again?

5          A.   October/November 2008 until March of

6     2009, and I don't remember after this when it was.

7          Q.   Did you tell anybody about these

8     threats?

9               MR. COOPER:  Objection.

10         A.   Yes, I did.

11         Q.   Who?

12         A.   At the company I told Fernando and this

13    female friend of mine she saw how I felt after

14    that, but I didn't want to talk about it because I

15    didn't want my daughters to find out but I think

16    they ended up finding out.

17         Q.   How?

18         A.   I was late at night speaking with

19    someone over the phone and my eldest daughter ended

20    up listening to it.

21         Q.   When you had the gun pointed at your

22    head, did anybody rob you?

23         A.   No.  There was a robbery at the same

24    spot and actually they took the car on that robbery

25    and I filed a complaint about it.

Page 141

1              da Fonseca - Confidential

2         Q.    But when you were threatened?

3         A.    No.

4         Q.    Can you give --

5         A.    No.

6         Q.    Nobody tried to rob you at the time?

7         A.    No.

8         Q.    They just threatened you?

9         A.    Yes.

10        Q.    Can you tell me about the instance when

11   I believe your secretary or assistant was found

12   dead?  Do you recall testifying as to that?

13              MR. COOPER:  Objection as to form.

14        A.    I was already in Singapore.  She was my

15   assistant, Rita, her name.  That is when I found

16   out that she died.

17        Q.    What happened to Rita?

18        A.    She was coming home and she was shot.

19        Q.    Do you know?

20              MR. BERMAN:  Objection.

21        A.    No.

22        Q.    Did she have information about the

23   irregularities at Petrobras?

24              MR. BERMAN:  Objection.

25              MR. COOPER:  Objection to form.

Page 142

1           da Fonseca - Confidential

2      A.   Yes, she did.

3      Q.   Do you remember when she was killed?

4      A.   I was in Singapore already.  I don't
5    remember.

6      Q.   You don't remember if it is 2009 or 10?

7      A.   No.  Well, I went to Singapore in 2010,
8    but I don't remember.

9      Q.   Do you remember who killed Rita?  Do you
10   know who killed Rita?

11           MR. COOPER:  Objection.

12     A.   No.  I did not follow up after that.

13     Q.   Tell me about the time that you were
14   exiled in Singapore.  What happened?

15           MR. COOPER:  Objection to form.

16     A.   I went to Singapore in 2010.  In the
17   beginning I started to go to the Petrobras office
18   there on a regular basis and then after ten to 12
19   days they took away my phone and then they took
20   away my computer and I asked the office manager
21   what was going on and she said Paulo Roberto said
22   that I wasn't there to work, that since I had been
23   wanting to study something I just look for
24   something to study there.

25     Q.   Was that true?  Was it true that you

Page 143

1                  da Fonseca - Confidential

2     went to Singapore of your own volition?

3                  MR. COOPER:  Objection to form.

4          A.   No, what happens is that during two

5     periods, different periods that I worked with him,

6     I asked him for leave so that I could study, but

7     not at that time.

8          Q.   Why were you sent to Singapore?

9                  MR. COOPER:  Objection.

10         A.   I am going to repeat Duque's words to

11    me.  Leave her there.  Leave her there for ten

12    years preferably for her whole life so she stops to

13    be a hinder to us.

14         Q.   Did Duque say these words to you?

15         A.   He spoke that at a party, and I

16    contacted Paulo Roberto and said that I would not

17    stay there for that period of time and that same

18    evening Renato Duque called me and said that he had

19    been drinking a bit and had exaggerated his words.

20         Q.   Do you believe that?

21         A.   No.

22         Q.   And who else participated in the

23    decision to exile you to Singapore?

24                 MR. COOPER:  Objection.

25                 MR. BERMAN:  Objection.

Page 144

1                    da Fonseca - Confidential

2          A.    All the members of the executive board.

3          Q.    Can you name them again for me.

4          A.    Graca Foster, Renato Duque, Zelada,

5     Gabrielli, Estrella, Barbassa, Paulo Roberto.

6          Q.    You testified when you arrived in

7     Singapore in October 2010 Petrobras took away your

8     phone and your computer?

9          A.    It was in January of 2010.

10         Q.    I'm sorry.  January 2010.  What did you

11    do upon arrival?

12         A.    I went to look for a course.  I could

13    not get into the office anymore.

14         Q.    What do you mean you couldn't get into

15    the office?

16         A.    Because the office's general manager

17    told me that I wasn't to go anymore.

18         Q.    Did he tell you why?

19         A.    Because Paulo Roberto didn't want me to

20    have contact with the business anymore.  In other

21    words, he didn't want me to get any more

22    information.

23         Q.    Why do you think they wanted you away

24    from Petrobras?

25               MR. COOPER:  Objection.

Page 145

da Fonseca - Confidential

1

2     A.    Because I was one of the few people who

3     besides filing complaints I would record them.

4     Q.    Record them meaning have a video or

5     audio recording?

6     A.    No, by e-mails, documents,

7     presentations.  I was one of the few people.

8     Q.    And you testified that you kept copies

9     of all these documents?

10    A.    Yes.

11    Q.    So how long were you exiled to Singapore

12    for?

13          MR. COOPER:  Objection.

14    A.    The first time was two years and two

15    months, and then they transferred me back to

16    Brazil.  I was at an office for five months not

17    doing anything, and then I went back to Singapore

18    and stayed another two and a half years because

19    Cosenza, the officer at that time because he said

20    that I wasn't really welcome within Petrobras'

21    board and that happened in 2012.  They sent me back

22    to Singapore to be office manager.  They had a

23    trading office which was not my expertise at all.

24    Absolutely not.

25    Q.    Let's talk about the time when you were

Page 146

1                      da Fonseca - Confidential
2      back in Brazil after your first exile.  What did
3      you do at Petrobras then?
4                      MR. COOPER:  Objection to form.
5          A.    I went back to Brazil.  I was put into
6      the position of head of marketing and business.  I
7      contacted at that time the executive manager was
8      Raimundo Brendao.  He showed me an office which was
9      on the side, executive side, and I never again
10     received any instructions regarding work.
11          Q.    So Petrobras kept you in an office for
12     about six months with no work?
13                     MR. COOPER:  Objection.
14          A.    Correct.
15          Q.    How did you feel?
16                     MR. COOPER:  Objection.
17                     MR. BERMAN:  Objection.
18          A.    Like a person who had done something
19     very wrong.
20          Q.    You felt punished?
21                     MR. COOPER:  Objection.
22                     MR. BERMAN:  Objection.
23          A.    Of course.
24          Q.    What happened after the six months that
25     you were in an office at Petrobras with no

Page 147

1              da Fonseca - Confidential

2    assignment?

3         A.   Cosenza told me that I could not stay at

4    Petrobras' headquarters.  They tried to get me to a

5    company that was not part of the system.  I was

6    hesitant because I would have to get a leave of

7    absence from Petrobras.  I was concerned that they

8    would create a situation where I would not be able

9    to go back later on.  I remember that I went to

10   Cosenza's office.  At that time he was an officer.

11   He said I wasn't welcome.  He said the union was

12   against my working at headquarters.  I asked why.

13   He answered that this had happened during the time

14   when he was not yet an officer.  To make a story

15   short, what happened is that I went back to

16   Singapore because I couldn't stay in an office

17   without doing anything anymore.

18        Q.   When you returned back to Brazil, what

19   was your position again?  I'm sorry.  To Singapore

20   for the second time.

21        A.   I was office general manager.

22        Q.   Can you describe generally what your

23   responsibilities were in that position?

24        A.   The office was in charge of oil trading

25   and other different fuels.  Petrobras used to

1            da Fonseca - Confidential

2    export oil to China and had other clients.  We had

3    a large business involving fuel oil in bunkers,

4    which is ship fuel.

5            Q.   How long were you exiled to Singapore

6    the second time for?

7                 MR. COOPER:  Objection.

8                 MR. BERMAN:  Objection.

9            A.   Two and a half years.

10           Q.   And then what happened?

11           A.   I found a series of noncompliances

12   there.

13           Q.   We are going to get into that later

14   today.  Can you tell me whether at some point you

15   learned that you were no longer or you were demoted

16   from your position at Petrobras?

17           A.   In Singapore?

18           Q.   Yes.

19                MR. BERMAN:  Objection.

20           A.   I found out through the media.

21           Q.   Can you tell me what happened?

22           A.   They created a committee to investigate

23   RNEST, and the goal was clearly to investigate

24   agreements signed by RNEST.  I went to provide

25   testimony to this committee, and I questioned why I

```
 1                da Fonseca - Confidential
 2   was being summed up, and they mentioned, they
 3   answered that they wanted to find out about RNEST's
 4   history and I provided testimony that focused
 5   mostly on economic evaluation which was my
 6   specialty and they actually pointed out that there
 7   were noncompliances in the area of service
 8   contracting.
 9                Petrobras had a practice and still does
10   which is joint signatures on documents.  I will
11   give you an example.  Let's say that the service
12   division is going to contract a company.  The
13   business division that is going to receive the
14   asset will sign jointly because it owns the budget
15   so the document contained information about
16   economic evaluation which I already mentioned here
17   and the contracting process or procedures
18   themselves, so, you know, since I saw some
19   inconsistencies I added a new paragraph saying that
20   each one was responsible for their own division
21   even though that was within the bylaws or the basic
22   planning documentation of Petrobras.  Remove
23   bylaws.  By nature.  I was demoted because I signed
24   DIPs jointly with Barusco that were about
25   contractors and I had to write about economic
```

Page 150

1                  da Fonseca - Confidential

2   evaluations.  They also mentioned that the park

3   was -- the refinery anticipation plan had been sent

4   by me.  As far as I remember, that was it.

5                  MS. GILMORE:  Exhibit 14.

6                  (da Fonseca Exhibit 14, RNEST final

7          committee report, was so marked for

8          identification, as of this date.)

9          Q.   Ms. da Fonseca --

10                 MR. BERMAN:  Has this document been

11         produced?

12                 MS. GILMORE:  They were required to.

13                 MR. COOPER:  This has been produced.

14                 MR. BERMAN:  Okay.

15         Q.   Ms. da Fonseca, do you recognize this

16   document?

17         A.   It is the RNEST final -- RNEST final

18   committee report.

19         Q.   Do they include findings as they apply

20   to you?

21         A.   There are non-compliances here listed.

22         Q.   What kind of non-compliances?

23                 MR. COOPER:  Objection to form.

24         A.   One second, please.  The refinery

25   anticipation plan.  They said that I did not send

1                    da Fonseca - Confidential

2    the strategy for contracting services and

3    equipment.  Just to remind you that the PAR was

4    requested by Paulo Roberto which is written here.

5    He mentions that I did not send the contract

6    strategy for equipment and services, but that was

7    not under my responsibility.  That I jointly was

8    responsible with Barusco for the signing of bidding

9    procedure documents, and I think that was it.

10          Q.   So do you believe that Petrobras'

11   attempt to blame misconduct on you is wrong?

12               MR. COOPER:  Objection to form.

13          A.   Yes, I think they were completely wrong.

14          Q.   Explain why?

15          A.   As I mentioned, these procedures that

16   they mention they were not under my responsibility.

17   I'm not the one who is saying it.  The basic

18   organization plan says what my responsibilities are

19   and aren't.  All executive managers who had bidding

20   with the engineering department signed documents.

21   What I had to do according to the PAR I abided by

22   which was to create the company.

23               So I think they did that in an attempt

24   really to get me away, to intimidate me, so that I

25   would not be involved in the investigation of those

1                    da Fonseca - Confidential

2    facts.  If you read the whole report you are going

3    to see that they do not mention anything about

4    economic evaluation.

5         Q.   What should they have mentioned?

6         MR. COOPER:  Objection.

7         A.   Yes, that was what was asked during the

8    testimony that none of these things were

9    questioning me, none of these things were

10   questioned during my testimony.

11        Q.   Which things to clarify for the record?

12        A.   Service contracting.  This was not

13   addressed.  The focus was basically the economic

14   evaluation.

15        Q.   But did you want to give information and

16   aid in the preparation of this report or in the

17   preparation of this report so that it would

18   accurately reflect information?

19        MR. COOPER:  Objection to form.

20        A.   Definitely.

21        Q.   And Petrobras didn't permit you to

22   testify or provide information with respect to the

23   irregularities that you had found?

24        MR. COOPER:  Objection.

25        A.   Let me see.  The objectives are here.

```
1                da Fonseca - Confidential
```
The problems at contracting usually happen with the
amends to contracts and this report only addressed
contracting, not the amends.  Why?

```
5        Q.   Can you tell me in terms of the
```
amendments what should have been reflected?

```
7             MR. COOPER:  Objection to form.
```

```
8        A.   It is in the amendments that you see the
```
amounts in the contracts go up.  Let's say a
project starts at 100 and it ends at 300.

```
11       Q.   If you know, do you know how much these
```
amendments contributed, if you can give me a dollar
or an amount in reais?

```
14            MR. COOPER:  Objection to form.
```
```
15       Foundation.
```
```
16       A.   I only was part of it in the beginning
```
of the process which was at contracting, partly at
contracting and these amendments were generated
after that.  I was part of one contract which was
earth work and the amendments were negotiated by
the engineering division and many times we were not
aware of them.

```
23       Q.   The amendments that contributed to --
```
the amendments contributed to Petrobras paying more
on contracts?

Page 154

```
 1              da Fonseca - Confidential

 2              MR. COOPER:  Objection.

 3              MR. BERMAN:  Objection.

 4        A.    Most of them, yes.  Some of them are

 5   deadlines.

 6        Q.    Were a lot --

 7        A.    But most of them were.

 8        Q.    Were these amendments the result of

 9   Petrobras' relationship with the cartel?

10              MR. COOPER:  Objection.

11              MR. BERMAN:  Objection.

12        A.    It may be.

13        Q.    With respect to Alusa, did Petrobras pay

14   more as a result of Petrobras' insistence that it

15   contract the CAFOR project to Alusa?

16              MR. COOPER:  Objection.

17              MR. BERMAN:  Objection.

18        A.    I did not follow up when it comes to

19   execution, but upon signing, signing, the amounts

20   were much higher than what was forecasted.

21        Q.    How much higher if you remember?

22              MR. COOPER:  Objection.

23        A.    272 percent.

24        Q.    Do you know how much in terms of money

25   that means?
```

Page 155

```
1                da Fonseca - Confidential

2          A.    900 million, so 200 of 900, something

3     like that.

4          Q.    Ms. da Fonseca, do you know why officer

5     Costa left in 2012?

6                MR. COOPER:  Objection.

7                MR. BERMAN:  Objection.

8          A.    That is one question that I made to him.

9     There were two comments about his leaving, that he

10    was competing with Graca Foster about being CEO and

11    that Foster did not want him at the company

12    anymore, and the other comment was that they had

13    found out about something that he had done.  The

14    day he left I asked to go to his office, because I

15    wanted to know the reasons.  I wanted to understand

16    a bit more about that situation.  I knew that there

17    was something to do with what we are talking about

18    here today, but I wasn't sure.

19               I went to his office, but Paulo Roberto

20    at that moment was not there.  He refused to tell

21    me why he was leaving, and I left in the same way

22    that I went in, with a question mark, but I believe

23    that, if the reason was Graca, he would have told

24    me.

25               MR. BERMAN:  Objection.  Move to strike
```

Page 156

1              da Fonseca - Confidential

2         as non-responsive.

3         Q.   Do you believe that the reason he left

4    was because Graca found out -- because Graca found

5    out about something he did?

6              MR. COOPER:  Objection.

7              MR. BERMAN:  Objection.  Leading.

8         A.   I'm not sure if it was Graca or if they

9    already had anything about this investigation.  I

10   do not know.

11        Q.   Did Costa want to leave?

12             MR. COOPER:  Objection.

13        Q.   Or was he fired?

14             MR. BERMAN:  Objection.

15        A.   No, he was fired, and he was actually

16   angry because, besides being demoted from his

17   position as an officer, he said that they asked him

18   to ask to leave.

19        Q.   So basically they fired him but asked

20   limb to resign?  Is that what you are trying to

21   say?

22             MR. COOPER:  Objection.

23        A.   Yes.

24        Q.   When was he demoted?

25             MR. COOPER:  Objection.

Page 157

1                    da Fonseca - Confidential

2          A.    I think it was February of 2012 because

3    I was working at Petrobras at that time.

4          Q.    Do you know why he was demoted?

5          A.    No.

6          Q.    Are you aware of his involvement with

7    what is called the sand castle operation?

8                MR. COOPER:  Objection.

9          A.    I'm not aware, but I heard something

10   about it.  I wasn't sure, but we would hear things

11   about it.

12         Q.    What would you hear?

13               MR. BERMAN:  Objection.

14         A.    That there were problems with earth

15   works contracts.  It was being investigated at that

16   time, but I don't know why the investigation seemed

17   to me that it was interrupted.

18         Q.    Do you know who interrupted it?

19         A.    No.

20         Q.    Are you aware that during the time Mr.

21   Costa was involved in a distribution of money to

22   mayors?

23               MR. COOPER:  Objection.

24         A.    Like any other employee, I heard that

25   within the hallways of the company.

Page 158

1              da Fonseca - Confidential

2        Q.    Who was talking about that?

3              MR. COOPER:  Objection.

4        A.    Employees generally.

5        Q.    Any examples?

6        A.    No, not specifically.

7        Q.    Was there a time that Mr. Duque left

8   Petrobras?

9        A.    Yes.

10       Q.    Do you know when?

11       A.    I think it was around that same time.

12   Sometime after.

13       Q.    Around 2012?

14       A.    Yes.

15       Q.    Do you know why Mr. Duque left

16   Petrobras?

17             MR. COOPER:  Objection.

18       A.    No.

19       Q.    Do you know if he was fired?

20             MR. COOPER:  Objection.

21       A.    I don't know.  Maybe.  I don't know.

22       Q.    Are you aware that Mr. Zelada left

23   Petrobras in 2012?

24       A.    I'm not sure or I don't remember if it

25   was in the first half of the year, but I do

Page 159

1                    da Fonseca - Confidential

2       remember that Graca replaced Zelada.

3            Q.   Do you know why?

4            A.   No, but that was unusual.

5            Q.   Why was it unusual?

6                 MR. COOPER:  Objection.

7            A.   A CEO replacing an officer for such a

8       long time.

9            Q.   Who was that CEO that replaced the

10      officer?

11           A.   Graca Foster replacing an international

12      division officer.  I had never heard of that.

13           Q.   Who took Zelada's place?

14           A.   Graca did.

15           Q.   Do you know why Gabrielli left in 2012?

16           A.   According to what we heard, he did not

17      have a good relationship with Dilma, and Dilma had

18      a good relationship with Graca.

19           Q.   You talked about some irregularities in

20      the earth work contracts.  Can you describe those

21      for me, please.

22           A.   What happened is that the engineering

23      division created a report speaking about the

24      progress of the earth works contract saying that

25      everything was okay and individuals who were

Page 160

                    da Fonseca - Confidential

1  working in my division were following up with the

2  budget and they said that what had been reported

3  was completely wrong, so I asked for a complete

4  report with photographs and documents with

5  information about why the contract was not going

6  the way it should.

7          That was then.  There was evidence that

8  whatever had been paid had not been delivered or if

9  it was delivered, it was not a good job and had to

10 be redone.  This report was then sent to officer

11 Paulo Roberto Costa.  I sent it to Paulo Roberto as

12 well as to Paulo Barusco by e-mail.  Pedro Barusco,

13 not Paulo.  And nothing had been done.

14         Q.   What did your e-mail say?

15         A.   The e-mail had the report attached that

16 showed the photos and documentation to show that

17 the work had not been done.

18         Q.   Do you recall the dates when you sent

19 that e-mail to Costa and Barusco?

20         A.   I think it was 2007, but I don't

21 remember exactly.

22         Q.   Do you recall the contractors performing

23 the supposed services related to earth work

24 contract?

Page 161

1                    da Fonseca - Confidential

2          A.    I was not in charge of that

3    relationship.  I was not a contract manager so I

4    didn't have a way to do it directly.  That is why I

5    informed the officer and the head of the

6    engineering division.

7          Q.    Did you also inform Mr. Cosenza?

8          A.    Also.

9          Q.    Can you clarify for the record who Mr.

10   Cosenza was?

11         A.    I informed Mr. Cosenza because at the

12   time he was going to receive the refinery because

13   at that time he was the head of the refining

14   division.

15         Q.    And what, if anything, did Mr. Cosenza

16   say in response?

17         A.    He did not respond.

18         Q.    Was it unusual?

19         A.    When there was a problem, yes.

20         Q.    Why do you think he didn't respond?

21              MR. COOPER:  Objection.

22         A.    It might have been because he did not

23   want to get involved with the case.

24         Q.    Do you know who else from engineering

25   was involved in the earth works contract?

1                da Fonseca - Confidential

2          A.   No.

3          Q.   Do you know if the board of directors --

4    board of executive officers at the time was

5    informed about the problems with the earth works

6    contracts?

7                MR. COOPER:  Objection.

8          A.   They had to approve the amendments, but

9    I do not believe that they had received the report.

10         Q.   Can you describe for me the amendments

11   that you said the board had to approve with respect

12   to the earth works contract?

13         A.   When there is an amendment that goes

14   back to the executive board.  What happened in that

15   case is that a few amendments were negotiated with

16   the contractor but they did not, they were not

17   submitted, not as far as I know.

18         Q.   Submitted to whom?

19         A.   To the executive board.

20         Q.   And do you recall which contractor that

21   was?

22               MR. COOPER:  Objection.

23         A.   It might have been Odebrecht, but I'm

24   not sure.

25         Q.   Is there a document that would show who

Page 163

                    da Fonseca - Confidential
1
2    the contractors were with respect to the earth
3    works contracts?
4         A.   Yes.  The document that I already
5    informed you about.
6         Q.   And you have a copy of that document?
7         A.   I believe so.
8              MS. GILMORE:  Let's take a quick break.
9              THE VIDEOGRAPHER:  The time is 5:38 p.m.
10        We are going off the record.
11             (Recess taken)
12             THE VIDEOGRAPHER:  This marks the
13        beginning of videotape number 5.  The time
14        is 5:58 p.m.  We are back on the record.
15   BY MS. GILMORE:
16        Q.   Ms. da Fonseca, other than the
17   irregularities that you testified about in
18   connection with the communications department and
19   the Abreu Lima refinery, during your employment at
20   Petrobras, did you become aware of any other
21   irregularities?
22        A.   When I was in Singapore, I discovered
23   and I reported some irregularities regarding
24   business logistics and trading .
25        Q.   Before we go to Singapore, I just want

Page 164

1                da Fonseca - Confidential

2     to stay right for you with Brazil.  In terms of

3     Brazil, were there any other irregularities that

4     you encountered while you were in Brazil?

5          A.   No.

6          Q.   Have you encountered any irregularities

7     with respect to SBM?

8          A.   No.

9          Q.   Okay.  Let's mark this as Exhibit 15.

10               (da Fonseca Exhibit 15, e-mail dated

11               December 3, 2008 from Ms. da Fonseca to

12               Paulo Roberto Costa at Petrobras, was so

13               marked for identification, as of this date.)

14          Q.   Ms. da Fonseca, do you recognize this

15     document as an e-mail you sent on December 3 to

16     Paulo Roberto Costa at Petrobras?

17          A.   December, I don't think it was December.

18     I think it was before.  No, it was December.

19          Q.   December 3, 2008?

20          A.   Yes.

21          Q.   Can you explain this document, please.

22          A.   This e-mail addresses irregularities in

23     the communications division.  It describes evidence

24     regarding irregularities found and proposes

25     auditing based on the procedures regulations of the

Page 165

1                    da Fonseca - Confidential

2     company.

3            Q.    And the irregularities are described

4     where in this document?

5                    MR. COOPER:  Objection.

6            A.    Right here.  Number 5 on the note.

7            Q.    Who is Jose Roberto Kaschel Vieira?

8            A.    He was the head of the division

9     connected to the communications division.

10                   MR. BERMAN:  Just to preserve the

11                   record, we reserve the right to object to

12                   anything in this document.  I assume it is

13                   an internal translation, so we reserve the

14                   right to object to anything in this

15                   translation.

16                   MS. GILMORE:  That's fine.

17           Q.    Can you tell us why did Mr. Kaschel send

18    you this note?

19           A.    He was a general manager, and in our

20    views these irregularities were serious, so they

21    should be addressed by the appropriate divisions of

22    the company.

23           Q.    Do you remember what Mr. Costa replied

24    to you about this?

25           A.    Yes, I do remember.

Page 166

1                    da Fonseca - Confidential

2           Q.   What did he say?

3           A.   He told me to speak to Geovane to tell

4    him to stop what he was doing and that was it.

5           Q.   Did Geovane stop what he was doing?

6                MR. COOPER:  Objection.

7           Q.   If you know.

8           A.   What happened is that he was demoted.

9    So he stopped that.

10          Q.   Okay.  Let's go to the next one.

11   Exhibit 16.

12               (da Fonseca Exhibit 16, e-mail dated

13               December 12, 2008, was so marked for

14               identification, as of this date.)

15          Q.   Ms. da Fonseca, do you remember

16   receiving this e-mail from the watchdog on

17   December 12, 2008?

18          A.   Yes, I do.

19          Q.   Do you know who the watchdog is?

20          A.   No.

21          Q.   Is this the first time you received this

22   kind of e-mails?

23          A.   I received two.  This one and another

24   one.  I don't remember exactly, but I think it was

25   around that same time, and I think it was

Page 167

1                    da Fonseca - Confidential

2    addressing the same subject, but the other one

3    contains an accusation against me which this one

4    doesn't.  Actually it was 2007.  It stated that I

5    had married at that time and that the ceremony had

6    been paid by Petrobras, but this one is more

7    specifically addressing the officers and the

8    lobbyists who were involved.

9         Q.   Were you surprised by what the watchdog

10   was describing in this e-mail?

11                  MR. BERMAN:  Objection.

12        A.   I usually do not pay much attention to

13   anything that is anonymous.  Usually because when

14   it comes, it has no evidence, it talks about

15   things, but there is no evidence.  I haven't read

16   that since those days, but reading now again I can

17   see that they knew what they were talking about.

18   Definitely we talked, discussed this in our

19   executive meeting.  He sent it to all the executive

20   board members, sent to the officers, even to

21   Transpetro's CEO, but I only remember the

22   discussion regarding the e-mail.

23        Q.   Do you know if any investigation was

24   conducted to verify the accusations in this e-mail?

25        A.   I don't know.

Page 168

                    da Fonseca - Confidential

1

2          Q.    I want to go over each of these names

3     just to know who they are and whether they are

4     still employed at Petrobras.  So let's start with

5     the first one.  Nederluc?  Do you know who that is?

6          A.    I don't recall.

7          Q.    Venina, that is you.  Do you know who

8     Agenor is?

9          A.    Agenor was Transpetro's officer.

10         Q.    Do you know if he is still employed at

11    Transpetro?

12         A.    No.

13         Q.    Who is R.C. Torres?

14         A.    I don't know.

15         Q.    What about DABAST?

16         A.    That was Paulo Roberto Costa.  DABAST

17    means supply officer.

18         Q.    What about Sergio Quintao?

19         A.    I don't remember if he was an assistant.

20    He sounds familiar, but I don't recall.

21         Q.    Do you know if he is still employed at

22    Petrobras?

23         A.    I believe he was a CFO of PNBV.  Today

24    he is living in China.  I think he was.  I'm not

25    sure.

Page 169

1              da Fonseca - Confidential

2         Q.   What is PNBV?

3         A.   Petrobras Netherlands.

4         Q.   What about Djalma Souza?

5         A.   He was general, head of the

6    petrochemical division or is it a company?  Yes.

7    He was head of petrochemical.

8         Q.   What about Claudete Leao?

9         A.   She was Paulo Roberto's secretary.

10        Q.   I'm sorry.  Is Mr. Souza still at

11   Petrobras?

12        A.   No.  Retired.

13        Q.   What about Claudete Leao?

14        A.   She still works for Petrobras.  She is

15   the former secretary for the officer.

16        Q.   What about Salles?  Do you know who

17   Salles is?

18        A.   I don't recall, but that name is

19   familiar to me as well.

20        Q.   What about Aguiar?

21        A.   I don't know.

22        Q.   Sheila at Transpetro?

23        A.   I don't know either.

24        Q.   Claudio Campos?

25        A.   He was manager of Transpetro, and then

Page 170

                da Fonseca - Confidential

1    he was manager of Petrobras, and I believe today he

2    is still at Petrobras.

3         Q.   What about Latge?

4         A.   I think he was the assistant of some

5    officer.

6         Q.   Do you know if he is still employed at

7    Petrobras?

8         A.   No.

9         Q.   Carlos Rosa?

10        A.   I don't know who that person is.

11        Q.   Ana Vitoria?

12        A.   Ana Vitoria was my assistant during a

13   period of time, and then she went to work for

14   environment, and she still works at Petrobras.

15        Q.   What about Sergio Machado?

16        A.   He was CEO of Transpetro for many years,

17   but he is no longer there.

18        Q.   Who is on top Norberto Andrade Camargo?

19        A.   It is the first name of a few building

20   contractors.

21        Q.   From Camargo?

22        A.   Camargo Correa.

23        Q.   You forwarded this e-mail from the

24   watchdog to Jose Carlos Cosenza, Paulo Cezar Amaro

Page 171

1                    da Fonseca - Confidential

2    Aquino and Francisco Pais.  Who is Paulo Cezar

3    Amaro Aquino?

4             A.   He was executive manager of

5    petrochemical.

6             Q.   Why did you forward this e-mail to them?

7             A.   I think because they were not cc'd.

8             Q.   Other than these people that you

9    forwarded the e-mail to, do you recall forwarding

10   this e-mail to anybody else?

11            A.   I don't remember.

12            Q.   Okay.  We can put that away.  Exhibit

13   17.

14                    (da Fonseca Exhibit 17, e-mail dated

15             January 16, 2009 from Ms. da Fonseca to

16             Paulo Roberto Costa, was so marked for

17             identification, as of this date.)

18            Q.   Ms. da Fonseca, do you recognize this as

19   an e-mail you sent on January 16, 2009 to Paulo

20   Roberto Costa?

21            A.   Yes.

22            Q.   I want to ask you a few questions about

23   some of the language that you use in this e-mail.

24   Let's go on page 2, the last paragraph on the

25   bottom.  I am looking at the English.  "The last

1                    da Fonseca - Confidential

2    time I have experienced difficult moments.  I daily

3    encounter situations that create a great moral

4    conflict."  Something to that effect.

5                    MR. COOPER:  Objection to the

6         translation.

7                    MR. BERMAN:  Where are you reading?

8                    MS. GILMORE:  The English, second page

9         on the bottom.

10                    MR. COOPER:  Which paragraph?

11                    MS. GILMORE:  The last one.

12        Q.    Can you tell me what you said?  Because

13    they are objecting to the English translation, can

14    you tell me what you wrote in Portuguese if you can

15    say it in English or you can tell her.

16        A.    Here I was mentioning more specifically

17    the communications division issue.  With that

18    specific issue they wanted everything to be done

19    going against company procedures.  That is not what

20    I did.  This e-mail was in the middle of January

21    2009 so it was close to the time of sending the

22    e-mail about the communications issue.  The

23    investigation hadn't been completed yet, but we

24    knew that there was a lot of wrongdoing.  So this

25    paragraph is about that.

Page 173

1            da Fonseca - Confidential

2      Q.    Who called you a coward?

3            MR. COOPER:  Objection.

4      A.    Paulo Roberto did.

5      Q.    Who told you to abandon the boat?

6      A.    Paulo Roberto Costa.

7      Q.    And what was the other expression that

8  he used?

9      A.    To pressure me.  Paulo Roberto Costa.

10     Q.    You also wrote towards the end that,

11 when you worked at ABAST, you grew to perfectly

12 understand the political context of our business.

13 Can you explain that for me, please.

14     A.    I meant that I knew that officers were

15 appointed by the government or individuals within

16 the government, but that there is a limit to

17 anything.

18     Q.    And you knew at the time that the

19 appointees, the executives that are appointed by

20 the government were giving money away to the

21 government from Petrobras' pocket?

22     A.    No, not giving bribes away, but adopting

23 practices and measures that went against the best

24 interests of the company.

25     Q.    And can you describe -- you refer to

Page 174

                    da Fonseca - Confidential

1   this as a risky situation?

2              MR. COOPER:  Objection.

3      A.   Because I thought that whatever had to

4   be done had to be done according to the company's

5   procedures, and what they wanted to do was to hide

6   dirt under the rug, in that case, related to the

7   communications division.

8      Q.   Did Mr. Costa respond to your e-mail?

9      A.   He did not respond.  He called me.

10     Q.   What did he say if you remember at the

11  time?

12     A.   I do remember.  He said that I didn't

13  have the appropriate profile to occupy my position,

14  that I was overly skilled technically, but not

15  flexible enough.

16     Q.   Did you send this e-mail to anybody

17  else?

18     A.   I don't recall.

19     Q.   You can put that away.

20             MS. GILMORE:  One has an official

21             translation.  Exhibit 18.

22             (da Fonseca Exhibit 18, e-mail dated

23             October 7, 2011 from Ms. da Fonseca to Ms.

24             Graca Foster, was so marked for

Page 175

1            da Fonseca - Confidential

2        identification, as of this date.)

3        Q.   Ms. da Fonseca, do you recognize this

4    e-mail as an e-mail you sent in October, October 7,

5    2011 to Ms. Graca Foster?

6        A.   Yes.

7        Q.   Why did you send that e-mail to Graca

8    Foster?

9        A.   Because my assignment if Singapore was

10   almost completed.  I was not able to communicate

11   with Paulo Roberto at Petrobras, so one more time I

12   went to ask for help.

13       Q.   You said one more time.  Did you go to

14   ask Ms. Graca Foster for help before you sent that

15   e-mail?

16       A.   When I mentioned about the

17   communications issue.

18       Q.   Was it just one e-mail that I showed you

19   or there were more e-mails?

20       A.   No, just that one.

21       Q.   Tell me what you were trying to

22   accomplish by sending Ms. Foster this e-mail?

23       A.   As I mentioned, my assignment in

24   Singapore was close to an end and I didn't have any

25   information as to if I was going back, where I was

Page 176

                    da Fonseca - Confidential

1

2   going back to, so the e-mail was an attempt to find

3   out if she could help me and I was afraid to go

4   back and find the same environment that I had

5   before I left which were of threats.  I was

6   concerned about the information that I had and I

7   felt that I had to share that in one way or

8   another.  That is why I contacted her.

9       Q.    What information did you have that you

10  were concerned about?

11      A.    Everything that we address here today

12  such as persisting with the documents, e-mails and

13  the notes that seemed that some things were wrong.

14      Q.    And you wrote here that you are almost

15  alone at the company.  Can you explain what you

16  meant by that?

17      A.    The same situation that I am nowadays.

18  The division that I was connected to wouldn't give

19  me any support or information for two years.  I had

20  been demoted.  That is why I really felt alone.

21      Q.    You also wrote instead of the great

22  pride I felt for my company, I am now ashamed.  Can

23  you tell me what you meant by that?

24      A.    My first job ever in my life was at

25  Petrobras and everything that I have and have ever

                    da Fonseca - Confidential

1        had comes from the salary that I was paid at

2        Petrobras.  The role of the company as having

3        social responsibility was always a source of pride

4        to Brazilian citizens and I found out that the

5        board was really able to hurt this company that had

6        a role that was a good company and nowadays the

7        employees are ashamed of the company.

8              Q.   And by the board, you mean the board of

9        executive officers and the board of directors?

10              MR. COOPER:  Objection.

11             A.   Both.

12             Q.   And you wrote, I am evaluating some

13       alternatives despite the risks to me and my

14       daughters.  What did you mean by that?

15             A.   At that time I already wanted to report.

16       I wanted to give it to hands outside of Petrobras,

17       but I was afraid.  I became afraid.

18             Q.   Who did you give it to?

19             A.   To someone who could use that

20       information and investigate appropriately.  At that

21       time we didn't have Moro, the prosecutor.

22             Q.   Why were you afraid to give this

23       information to somebody outside the company who

24       could properly investigate it?

1                  da Fonseca - Confidential

2            MR. COOPER:  Objection.

3        A.    Because I already had this information.

4  In some way it had already gone around the company,

5  and nothing had been done.

6        Q.    You also said that you would like to

7  show Ms. Foster part of the documents and you know

8  that she was aware of part of them.  What did you

9  mean by that?

10        A.    She was aware of part of the

11  documentation such as the case with the

12  communications division.  I didn't know to what

13  point.  All I knew is what she knew that the board

14  was involved in all the other problems, but I

15  wasn't sure if she had full knowledge of the

16  issues.

17        Q.    How did you know that she knew that the

18  board was involved in all the problems?

19            MR. COOPER:  Objection to form.

20        A.    Because all the documents were submitted

21  to the board, the executive board, and they ended

22  up being approved.

23        Q.    And these are the documents that you

24  testified about earlier today?

25        A.    Correct.

Page 179

1              da Fonseca - Confidential

2         Q.   Did Ms. Graca Foster respond to the

3    e-mail?

4         A.   No.

5         Q.   Were you surprised that she didn't

6    respond?

7         A.   No.

8         Q.   Why not?

9         A.   Because she had not responded to the one

10   about communications, but I made the attempt even

11   though I didn't think I would have any success.

12        Q.   Was this the last time you contacted Ms.

13   Foster?

14        A.   No.

15        Q.   When else did you contact her?

16        A.   When she was CEO.  I think it was

17   November.  You know, when everything that I already

18   described occurred when I was demoted from my

19   position and I wrote a report about everything that

20   I had found out during my assignment in Singapore,

21   the executive managers connected to me were already

22   aware of them, but I didn't know if she really knew

23   about what was going on.

24        Q.   Did you send this report to Ms. Graca

25   Foster?

Page 180

1              da Fonseca - Confidential

2         A.   Yes, I did.

3         Q.   What was the date when you sent the

4    report?  Do you recall?

5         A.   Either November or December of 2014.  I

6    think it was November.

7         Q.   We can put that away.  Exhibit 19.

8              (da Fonseca Exhibit 19, e-mail dated

9              November 21, 2014 from Ms. da Fonseca to Ms.

10             Graca Silva Foster, was so marked for

11             identification, as of this date.)

12             MR. COOPER:  How much time have we been

13             on?

14             THE VIDEOGRAPHER:  Six hours and 26

15             minutes.

16        Q.   Is that an e-mail that you sent on

17   November 21, 2014 to Ms. Graca Silva Foster?

18        A.   It was one of the e-mails.

19        Q.   You sent her more than one e-mail on

20   that date?

21        A.   Oh, no.  November, I think.

22        Q.   Why did you send her this e-mail?

23        A.   Because I wasn't sure if she agreed or

24   if she was aware that I had been demoted from my

25   position.

Page 181

1              da Fonseca - Confidential

2         Q.    And you wrote to her that you have

3    witnesses of your action against, of actions

4    against illegal acts.  Can you explain who are

5    these witnesses?

6         A.    Here I mention RNEST, the documents that

7    I had submitted informing of the unfeasibility and

8    here, when I mention witnesses, I was speaking

9    about persons who were working directly with me.

10        Q.    And who were they?

11        A.    Fernando de Castro Sa, Wilson Guilherme,

12   who was project manager.  I think these are the key

13   individuals.

14        Q.    We can put that away.  Earlier today you

15   testified about other people who suffered

16   harassment from Petrobras when they tried to expose

17   the illicit acts that were happening at Petrobras

18   and you gave a few names, and I wanted to go back

19   to make sure those are all the names that you can

20   recall or if you have more, to let me know.

21             MR. BERMAN:  Objection.

22        Mischaracterizes the testimony.

23        Q.    I believe you mentioned Alusa from HR.

24        A.    Not Alusa.

25        Q.    Can you tell me again who these people

Page 182

1                  da Fonseca - Confidential

2     are?

3                  MR. BERMAN:  Objection.  Asked and

4          answered.

5          A.    Fernando Sa.  I spoke about an attorney,

6     I don't remember whom, who refused to provide a

7     legal opinion about the purchase of Pasadena.

8          Q.    Can you tell me the circumstances if you

9     know of this attorney's refusal to give a legal

10    opinion on Pasadena?

11         A.    The purchase of Pasadena was very

12    problematic, and generally speaking he did not

13    agree with the premises of those negotiations.  He

14    refused, and then he was pressured.  He got into a

15    state of depression, so he was on leave of absence

16    for a while, and then he himself asked to be

17    dismissed because he couldn't take the pressure.

18         Q.    Do you know who pressured him?

19                MR. COOPER:  Objection.

20         A.    No.

21         Q.    How do you know that this attorney

22    refused to give a legal opinion on Pasadena?

23         A.    Because the attorneys would mention

24    about it.  This case was well-known among them.

25         Q.    Do you recall what year this was?

1                da Fonseca - Confidential

2          A.   2006?  The purchase of Pasadena, I'm not

3     sure.

4          Q.   But the discussions about the attorney's

5     refusal to give a legal opinion?

6          A.   It was around the same time.

7          Q.   2006?

8          A.   I don't recall.

9          Q.   Do you know if this person's name is

10    Tales Miranda?

11         A.   Correct.

12         Q.   Is Mr. Miranda still employed at

13    Petrobras?  I think you said no.

14         A.   No.

15         Q.   How was he harassed?

16              MR. COOPER:  Objection to form.

17         Q.   If you know.

18         A.   I think, well, I don't know.

19         Q.   Do you know if there was an internal

20    commission at Petrobras to investigate any

21    wrongdoing with respect to Pasadena?

22         A.   I don't know, because they are not open

23    about their investigations.

24         Q.   What do you mean by that?

25         A.   They might be forming committees right

Page 184

1               da Fonseca - Confidential
2    now and the employees are not aware of them.
3          Q.    Who else was harassed at Petrobras?
4          MR. COOPER:  Objection.
5          MR. BERMAN:  Objection.
6          A.    I had mentioned Fernando Sa.  Now Tales,
7    and I have e-mails from different individuals with
8    whom I didn't have a relationship, but saying that
9    they were harassed because they did not agree with
10   those practices.
11         Q.    Can you describe those e-mails for me?
12         A.    e-mails from people who did not agree.
13   One I remember was an operator from Bahia and they
14   mention a lot of issues related to safety in the
15   workplace.  The e-mails that got the to me were the
16   ones of individuals who did not agree and when they
17   reported, they were harassed.
18         Q.    Do you recall the specific
19   irregularities that different employees were
20   conveying?
21         A.    No.
22         Q.    Do you have copies of the e-mails you
23   received from them?
24         A.    Yes, I do.
25         MS. GILMORE:  We request production of

1              da Fonseca - Confidential

2        those e-mails as well.  Let's take a break.

3            THE VIDEOGRAPHER:  The time is 6:47 p.m.

4        We are going off the record.

5            (Recess taken)

6            THE VIDEOGRAPHER:  This marks the

7        beginning of videotape number 6.  The time

8        is 7:03 p.m.  We are back on the record.

9            MS. GILMORE:  I just wanted to make

10       clear on the record that Ms. da Fonseca's

11       deposition has been going on for many hours

12       now, and for the first time at 6:47 p.m.

13       defense counsel has informed us that they

14       would like to cross the witness.  At this

15       point, I am done with examining Ms.

16       da Fonseca.

17           MR. COOPER:  That is not true.  We spoke

18       with Mr. Kehoe from the beginning.  In fact,

19       there was a comment to the witness when Mr.

20       Kehoe said it would be nice if we are going

21       to be out of here by 5 o'clock, but it

22       depends on how many questions Mr. Cooper has

23       for the witness.

24           There has been an understanding

25       throughout this deposition that defendants

```
 1            da Fonseca - Confidential
 2       would have questions for this witness, and
 3       we do have questions, and we are going to
 4       ask those questions of the witness.
 5            MR. KEHOE:  Mr. Cooper, for the record,
 6       you never indicated to me that you had an
 7       intention to depose the witness at all.  You
 8       never indicated that.  So if you can point
 9       me to any point where you did, by letter, by
10       e-mail or any other form, but you didn't,
11       and at no point today did you indicate that
12       you wanted time to depose the witness.  I
13       just want to make that clear.
14            MR. COOPER:  That's fine, but this is a
15       witness who is a company employee.  The
16       company has brought this witness here, paid
17       for this witness to come and sit for the
18       deposition from a notice that you sent to
19       the company, and the company, like in any
20       other situation, defendants have some
21       questions they want to ask the witness.
22            MR. KEHOE:  We have no objection.
23            MR. COOPER:  Okay.  No objection.  Okay.
24       Then we have no dispute with you.
25            MR. MATTOS:  My client is not going to
```

1            da Fonseca - Confidential

2       stay.  She is not going to be

3       cross-examined, and she is exhausted and --

4            MR. COOPER:  The company's view, I just

5       want to convey to you that the company's

6       view is the company wants you to stay to

7       answer some additional questions from

8       defendants, from defense counsel, as part of

9       this deposition.

10           THE WITNESS:  Can you find another time

11      to do it because now I am very tired?

12           MR. MATTOS:  She is not going to stay.

13           THE WITNESS:  I have been here for ten

14      hours.

15           MR. COOPER:  Off the record.

16           THE VIDEOGRAPHER:  The time is 7:05 p.m.

17      We are going off the record.

18           (Recess taken)

19           THE VIDEOGRAPHER:  The time is 7:09 p.m.

20      Back on the record.

21           MR. COOPER:  So defense counsel we have

22      consulted, and we are fine to continue the

23      deposition tomorrow morning, understanding

24      that you are tired and probably hungry, and

25      you have been going for a long time, but we

1              da Fonseca - Confidential

2         need an understanding that you are going to

3         come back tomorrow, and if you don't

4         reappear --

5              MR. MATTOS:  She is not coming back

6         tomorrow morning because I am leaving

7         tomorrow at 6.

8              MR. COOPER:  The proposal was from your

9         client.

10             MR. MATTOS:  I have other business.  I

11        was not aware she would be cross-examined,

12        and I have a flight tomorrow morning by 6:30

13        in the morning, and I have to be in Brazil

14        the day after tomorrow, so I cannot stay,

15        and without me, she will not stay.

16             MR. COOPER:  Then we are going to have

17        to do it tonight.

18             MR. MATTOS:  No.  You should have told

19        us that you would continue with

20        cross-examination.

21             MR. COOPER:  We have no obligation to

22        reveal to you what we intend to do.  A lot

23        of what we decided to do is based upon the

24        testimony given here, and I'm not going to

25        argue any further about it.

1          da Fonseca - Confidential

2          If we can't reach an agreement when we

3     are going to ask our questions of Ms.

4     da Fonseca, we will have no choice but to go

5     to the judge and raise this issue and have

6     the judge decide on a solution, because we

7     are entitled to this.

8          MR. MATTOS:  That is fair.  I think that

9     is the right way to proceed.  What I am

10    telling you is that she is not going to

11    stay.  She is leaving now.  She will rest,

12    she will have dinner, and I am leaving

13    tomorrow morning, so there is no possibility

14    for her to be deposed tomorrow.  She is not

15    refusing to be deposed but not tomorrow.

16          MR. COOPER:  If we can't resolve this, I

17    think we can get on the phone right now and

18    explain the situation that we are facing and

19    see what the judge says.

20          MR. MATTOS:  No.

21          MR. COOPER:  We can.

22          MR. MATTOS:  No.

23          MR. COOPER:  Can we come up with a

24    solution to this problem, or otherwise we

25    will have no choice but to call him and see

1                da Fonseca - Confidential

2           if he has a solution for us.

3                MR. MATTOS:  She is not going to stay.

4                MR. COOPER:  What is your solution of

5           when she is going to give testimony?

6                MR. MATTOS:  Next week, the following

7           week, some other date.

8                MR. KEHOE:  Plaintiffs would be

9           available on some other date.

10               MR. BERMAN:  Unless we have an agreement

11          from the witness and witness's counsel, then

12          there is no point in your agreement.  It is

13          a question of whether the witness and

14          witness's counsel are going to agree.

15               MR. MATTOS:  The question is she will

16          not let's say give deposition without her

17          counsel, and I cannot stay here tomorrow.

18               MR. COOPER:  Okay.  When is the first

19          time that you can come back to complete this

20          deposition?

21               THE WITNESS:  I need to go back and see

22          because I have to see my house.  I have two

23          kids.

24               MR. COOPER:  I understand.  I think we

25          need to have a commitment now as to when

1          da Fonseca - Confidential

2      this deposition is going to be continued and

3      completed.

4          THE WITNESS:  You have my commitment I

5      will do it some other time.  Need to

6      arrange.

7          MR. BERMAN:  No.  We need a date.

8          THE WITNESS:  I don't have a date now.

9      I have to arrange a lot of things to be

10     here.  I have two kids.

11         MR. COOPER:  I understand.  Everyone is

12     here.

13         THE WITNESS:  Now we have a lot of

14     people to take care of them.  I have my

15     private life, no?  And I think you need to

16     be more flexible.  I am committed to do it

17     again another day, but I need to go back and

18     arrange things in my house.

19         MR. BERMAN:  Can we get a range?

20         MR. KEHOE:  Would you be able to do it

21     before April 29, which is discovery cutoff?

22         THE WITNESS:  Of course.

23         MR. COOPER:  We are not going away with

24     something that open-ended.

25         MR. KEHOE:  That is the discovery cutoff

Page 192

```
 1              da Fonseca - Confidential
 2        date in this case.  I'm just letting you
 3        know that.
 4              MR. BERMAN:  I have to have a commitment
 5        from her counsel.
 6              MR. MATTOS:  Any date before April 29 is
 7        fine with us.
 8              MR. COOPER:  But that is too open-ended
 9        for us.  We need a commitment from you and
10        Ms. da Fonseca that we are going to get this
11        done in the next few weeks, and we are going
12        to look for a date on your schedules when
13        that works so this doesn't drag on, and that
14        is what we need now.
15              I understand that you need to go back
16        home and figure out the situation with your
17        kids.  I'm not trying to make that overly
18        difficult.
19              MR. MATTOS:  We said we will come back.
20              MR. COOPER:  But I want to make sure we
21        can do this in the next few weeks.
22              MR. MATTOS:  Before April 29.
23              MR. COOPER:  No, in the next few weeks.
24              MR. MATTOS:  Before April 29th.
25              MR. COOPER:  April 29th is two months
```

Page 193

```
 1              da Fonseca - Confidential
 2         from now.
 3              MR. MATTOS:  Not next week.  Maybe the
 4         following week.
 5              THE WITNESS:  We can arrange a time, but
 6         maybe end of March the deadline, but I
 7         think --
 8              MR. MATTOS:  I will be in London from
 9         the 12th to the 19th of March, so I will not
10         be available this week and another week I
11         will be unavailable.
12              MR. COOPER:  Can we look to aim to do
13         the deposition not next week but the week
14         after that and see if that will be possible
15         in your schedules?
16              MR. MATTOS:  Upon --
17              THE WITNESS:  The last week of March is
18         our deadline, and I am going back and
19         arrange things and will let him know.
20              MR. COOPER:  Right, but before Mr.
21         Mattos goes to London.
22              You are going to London from the 12th to
23         the 19th?
24              MR. MATTOS:  Before.
25              MR. COOPER:  Before.  Okay?  Between now
```

Page 194

        da Fonseca - Confidential
1
2     and the 12th of March?
3         MR. MATTOS:  What I can do is fly from
4     New York.  I can rearrange my schedule and
5     have the deposition let's say by the 10th of
6     March.  Okay?
7         MR. COOPER:  All right.  Can we go off
8     the record for a moment before we reach
9     agreement on that?
10        THE VIDEOGRAPHER:  The time is 7:15 p.m.
11        (Recess taken)
12        THE VIDEOGRAPHER:  The time is 7:20 p.m.
13     Back on the record.
14        MR. COOPER:  Let me just state then that
15     we agree, so the parties have an agreement
16     including the witness, Ms. da Fonseca and
17     her counsel, Mr. Mattos, we have an
18     agreement that we will continue this
19     deposition, and we need to agree on a date,
20     but it will be sometime before the 12th of
21     March, and we will figure out that date as
22     soon as we can after you return to Brazil,
23     Ms. da Fonseca.
24         Just so everybody understands that means
25     this deposition is still open, and we think

1          da Fonseca - Confidential

2      it is inappropriate for you to discuss your

3      testimony between now and when you return

4      with counsel for the plaintiffs.

5          The other thing just to remind you so we

6      have designated this transcript confidential

7      under the protective order.  That order

8      applies to you.  Discussing the testimony

9      that you have given here today with anyone,

10      it is confidential subject to an order by

11      the court, and you would be in violation of

12      that order if you discuss that testimony

13      with anyone.

14          THE WITNESS:  Including you?

15          MR. COOPER:  Including me, right.

16      Actually not true.  Anyone, people who heard

17      your testimony that doesn't apply to.

18          MR. KEHOE:  It applies to not discussing

19      this deposition with defense counsel.

20          MR. COOPER:  That is probably right, but

21      she is an employee of the company.

22          MR. KEHOE:  I understand she is an

23      employee of the company, but I would expect

24      you would not seek to examine her before her

25      return to New York on issues that were

Page 196

1             da Fonseca - Confidential

2       discussed at this deposition, examine her

3       outside of this deposition.

4             MR. COOPER:  I'm not going to make any

5       representations about that on this record.

6       I am going to stand by what I said.

7             MR. KEHOE:  We will find out during the

8       day of her deposition.

9             THE WITNESS:  Yes, I understand.

10            THE VIDEOGRAPHER:  This marks the end of

11      today's deposition.  The time is 7:22 p.m.

12      We are going off the record.

13            (Time noted:  7:22 p.m.)

14                              _____

15

16  Subscribed and sworn to

17  before me this____day of_____, 2016.

18  _____

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T I O N

3

4              I, Joseph R. Danyo, a Shorthand

5      Reporter and Notary Public, within and for the

6      State of New York, do hereby certify:

7              That I reported the proceedings in the

8      within entitled matter, and that the within

9      transcript is a true record of such proceedings.

10             I further certify that I am not related,

11     by blood or marriage, to any of the parties in this

12     matter and that I am in no way interested in the

13     outcome of this matter.

14             IN WITNESS WHEREOF, I have hereunto

15     set my hand this       day of                    ,

16     2016.

17

18

19                            JOSEPH R. DANYO

20

21

22

23

24

25

1
2                        I N D E X
3   Witness                                        Page
4   VENINA VELOSA DA FONSECA                          5
5
6
7                      E X H I B I T S
8   da Fonseca                                     Page
9        Exhibit 1   Transcript of September 22,    15
                     2015
10
         Exhibit 2   Transcript of February 3, 2015   15
11
         Exhibit 3   Transcript of February 5, 2015   16
12
         Exhibit 4   Transcript of February 6, 2015   16
13
         Exhibit 5   Transcript of February 10, 2015  17
14
         Exhibit 6   Transcript of February 12, 2015  17
15
         Exhibit 7   Document                        60
16
         Exhibit 8   One-page e-mail                 80
17
         Exhibit 9   DIP document                    80
18
        Exhibit 10   Translation documents          104
19
        Exhibit 11   Board presentation of July 2009 106
20
        Exhibit 12   e-mail                         119
21
        Exhibit 13   e-mails                        120
22
        Exhibit 14   RNEST final committee report   150
23
        Exhibit 15   e-mail dated December 3, 2008  164
24                   from Ms. da Fonseca to Paulo
                     Roberto Costa at Petrobras
25

```
 1
 2        Exhibit 16  e-mail dated December 12, 2008    166
 3        Exhibit 17  e-mail dated January 16, 2009     171
                      from Ms. da Fonseca to Paulo
 4                    Roberto Costa
 5        Exhibit 18  e-mail dated October 7, 2011      174
                      from Ms. da Fonseca to Ms.
 6                    Graca Foster
 7        Exhibit 19  e-mail dated November 21, 2014    180
                      from Ms. da Fonseca to Ms.
 8                    Graca Silva Foster
 9
10                    INFORMATION REQUESTED
11                         Page  Line
12                          43    11
                           116    13
13                         128     9
                           132    19
14                         184    25
15                        ~oOo~
16
17
18
19
20
21
22
23
24
25
```

**A**

abandon 173:5
ABAST 173:11
Abbey 2:16
Abemi 130:16,23
Aberdeen 2:16
abided 151:21
ability 6:13
able 29:15 57:11 110:3
136:19 147:8 175:10
177:6 191:20
Abreu 68:2 89:15,18
105:13 119:5 120:9
120:18 131:11,20
132:9,22 163:19
ABR's 89:12
absence 97:13 147:7
182:15
Absolutely 145:24
absorb 25:6
AB-CR 83:7
acceleration 75:22
92:25 93:11
accept 92:5
accepted 117:19
accepting 120:2
access 55:7 103:12
110:16 128:4
accomplish 175:22
accounting 83:2,5,12
83:13,15 100:11
accurate 8:21 120:3
accurately 152:18
accusation 167:3
accusations 167:24
acquisition 90:5
act 48:2
acting 46:2,15
action 3:9,15 6:4 35:23
35:24 36:4 181:3
actions 27:4 93:12
181:3
activities 84:6 129:7
acts 50:4 181:4,17
add 96:7 112:23
added 124:6,8,10,14
149:19
additional 90:20 187:7
address 46:21 176:11
addressed 26:15 43:4
48:23 152:13 153:3
165:21
addresses 122:7 164:22
addressing 167:2,7
adjustments 116:23
administer 5:16
adopt 90:25 91:18
100:13 101:8,12

107:17
adopted 61:20 99:18
100:10,22
adopting 173:22
advance 78:6,8
advanced 91:5
advice 57:8
affiliated 79:4
afraid 176:3 177:18,18
177:23
Afternoon 87:2
agenda 93:21 124:18
Agenor 168:8,9
aggressive 108:2
ago 34:22 77:7 79:6
agree 67:20 69:20
102:14,16 113:19
182:13 184:9,12,16
190:14 194:15,19
agreed 36:18 130:23
180:23
agreeing 105:3
agreement 89:23,25
90:2 122:20 123:10
189:2 190:10,12
194:9,15,18
agreements 67:2 136:8
148:24
agreement's 122:7
Aguiar 169:20
ahead 36:11 41:16 90:7
94:18 123:9
aid 152:16
aim 193:12
alleged 43:9
allocate 20:22 93:18
allowed 19:17
altered 110:22
alternatives 177:14
Alusa 109:2,3,6 119:6,8
123:10,21 125:16
131:8 154:13,15
181:23,24
Alusa's 119:3
Amaro 170:25 171:3
amended 116:7
amendment 126:7
162:13
amendments 100:7
101:5 126:9 128:3,15
130:22 153:6,8,12,18
153:20,23,24 154:8
162:8,10,15
amends 153:3,4
Americas 4:8
amount 73:10 74:4
96:12 98:2,7 99:21
100:14 107:21 108:14
110:3 111:11 113:12

116:3 119:19,20
122:20,25 153:13
amounts 14:13 122:21
153:9 154:19
Ana 170:12,13
analyzed 69:14
Andrade 131:9 170:19
angry 24:6 156:16
anonymous 167:13
answer 6:17 41:17,18
58:3,4 84:15 94:15
95:9,19 99:15 187:7
answered 26:20 63:4
147:13 149:3 182:4
answers 5:20 39:7
60:14
anticipation 150:3,25
anybody 29:18 35:25
40:23 85:22 128:18
128:21 129:25 140:7
140:22 171:10 174:17
anymore 69:15 144:13
144:17,20 147:17
155:12
anyway 59:7
apparently 58:19
appears 15:18
applies 1:6 195:8,18
apply 150:19 195:17
appoint 70:19
appointed 48:18,25
49:4 70:18 71:23,25
72:20 173:15,19
appointees 173:19
appointment 62:12
approach 57:16 61:5
126:18 128:15
approached 23:22
56:11 58:16
appropriate 127:16
165:21 174:14
appropriately 7:24
31:10 92:21 177:21
approval 9:19 67:3
123:18
approvals 72:4 137:24
approve 113:2 162:8
162:11
approved 67:9,11 99:8
116:22 178:22
approving 113:16
approximately 6:23
50:8,10,11
April 21:3 22:19 51:22
57:19,19,23 58:8,20
62:24 81:23 83:24
191:21 192:6,22,24
192:25
April/May 96:13

Aquino 171:2,3
area 12:7 22:11,12
32:15 36:24 64:8
92:2 93:13 117:14
120:14 149:7
areas 93:15
argue 188:25
arguing 92:3,10,10,12
Armando 43:17 44:3
45:20 46:20 48:15,17
48:23
ARPS 4:3
arrange 191:6,9,18
193:5,19
arrival 144:11
arrived 144:6
ashamed 176:22 177:8
asked 22:8 24:6 25:17
26:19 28:4 42:12
52:23 53:20 59:15
60:4 61:18 62:10
73:19 95:8 96:21
97:14 110:6 117:21
122:17,18,18 123:6
124:25 142:20 143:6
147:12 152:7 155:14
156:17,19 160:4
182:3,16
asking 32:8 80:20,21
asks 11:14 114:13
aspects 99:25
asset 149:14
assignment 147:2
175:9,23 179:20
assistance 32:9
assistant 25:15 29:19
29:23,25 30:3 32:16
38:3 40:14 45:21
46:24 111:3 112:11
114:6 115:15 141:11
141:15 168:19 170:5
170:13
assistants 29:12
assistant's 112:11
assume 119:23 165:12
assumed 112:16
ATILA 2:7
attached 69:11 79:19
84:20 160:16
attachment 83:21
105:16 111:23 112:2
attachments 79:18
82:21 83:18 105:10
attempt 151:11,23
176:2 179:10
attempts 34:3
attend 23:23 78:15,17
78:19 100:21
attendance 46:20

attended 74:19 75:5
92:14
attention 21:17 49:24
91:8 94:19 95:5
105:15 167:12
attorney 16:6 26:7 42:6
42:14 182:5,21
attorneys 2:3,10,16,22
3:3,8,14,20 4:3,8 32:9
117:22 126:6,7
127:25,25 128:17
182:23
attorney's 7:16 182:9
183:4
audio 145:5
audit 30:9 64:12,17
66:20 87:16 88:19
89:4 130:10
auditing 20:7 24:2
28:11 30:6 47:4,20
56:23 57:6 61:15,21
62:4 82:5 83:4,5,7,9
83:11,12,12,16 85:10
85:11 86:2,4 88:8,22
127:4 132:2 164:25
auditing's 39:24
auditoria 83:3,15
audits 85:8
Augusto 30:20 40:13
Aura 3:3
authority 34:12,15
authorization 122:17
authorize 94:22
available 51:7 190:9
193:10
Avenue 1:14 2:4,11 3:4
4:8 5:8
avoid 67:3
awarded 132:8
aware 52:2,25 74:16,25
78:12 82:13 85:13
94:2 111:5 118:18,20
126:15 128:21 130:4
153:22 157:6,9,20
158:22 163:20 178:8
178:10 179:22 180:24
184:2 188:11
axe 134:12
a.m 1:9 5:6 35:12,17
59:23

**B**

B 5:18 198:7
bacalhau 25:14 44:4
back 9:8 22:20 29:6
35:17 40:22 42:11,21
49:16 51:12 56:7,8
60:2 96:13 97:12
99:14 103:19 115:2,5

122:11 129:6 133:16
135:21 145:15,17,21
146:2,5 147:9,15,18
162:14 163:14 175:25
176:2,4 181:18 185:8
187:20 188:3,5
190:19,21 191:17
192:15,19 193:18
194:13
**bad** 91:25 108:5,13
135:12 137:24
**Bahia** 37:13,18,25 38:2
38:4,5,8 50:2 69:9
184:13
**bank** 89:14
**Barbassa** 46:6 55:20
56:5 109:17 144:5
**bargain** 7:20 103:5
118:25 127:9
**Barusco** 149:24 151:8
160:13,13,20
**base** 107:17 110:17
**based** 29:2 39:6,8,8
58:4,5,6,25 60:15
164:25 188:23
**basic** 149:21 151:17
**basically** 31:19,20
116:8 152:13 156:19
**basis** 44:5 75:8,24 76:4
78:3 95:13 100:11
142:18
**beginning** 33:20 35:16
57:19 71:5 87:5
89:20 91:10 142:17
153:16 163:13 185:7
185:18
**begins** 115:2
**behalf** 27:8 46:3,15
51:14 104:4 114:12
**behaved** 97:14
**believe** 13:13 17:22
30:22 39:23 43:15
64:20 75:15 78:25
80:14 85:16 110:6
115:18 128:12 129:16
141:11 143:20 151:10
155:22 156:3 162:9
163:7 168:23 170:2
181:23
**benefited** 102:3,4,16,18
102:20
**benefitting** 102:10
**Berenice** 79:2
**BERMAN** 4:5 15:20
16:3 17:4,13 19:23
24:16,21 33:18,25
34:7 35:2 37:5,21
38:19,24 39:18 40:10
41:2,14 42:5 43:23

46:5,17 48:13 49:10
49:23 50:6,22 51:6
54:7 56:13,16 57:25
58:8,14,22 59:8,14,17
60:20 63:22 64:24
65:23 67:18 68:4
69:3,23 71:14 72:17
73:3 74:9,18 78:24
79:10 80:16 84:8
99:10 101:15 102:6
102:12,21 103:2,24
104:7,20 105:5 109:4
110:24 111:8,19
112:8 113:15,25
115:12 118:24 119:23
120:2,7,12 123:23
124:12,15 125:18
127:12 128:23 129:3
131:2 132:11 133:9
133:23 135:11 137:9
137:23 138:5,11,18
141:20,24 143:25
146:17,22 148:8,19
150:10,14 154:3,11
154:17 155:7,25
156:7,14 157:13
165:10 167:11 172:7
181:21 182:3 184:5
190:10 191:7,19
192:4
**Bernstein** 3:14 35:22
**best** 6:13 8:5 173:23
**better** 30:25 137:4
**bid** 98:16 112:16
122:16 132:4,5
**bidding** 94:20 95:8
98:25 119:7,18
122:15,21 132:21
151:8,19
**bids** 94:23 122:24
**big** 45:17,19 119:17
120:8,11 137:3
**biggest** 78:3 99:20
**billion** 50:20 91:4,7
95:25 97:22,24,25
107:22,25 110:18
112:22
**bit** 28:19 32:9 143:19
155:16
**blame** 151:11
**blood** 197:11
**board** 9:19,20,21 21:2
23:18 32:3 55:13,15
63:7,13 65:20,24
69:25 70:13 72:3
73:13,20,21,24 74:6,7
74:15,15,20,25 75:6
75:12,12 82:14 87:19
88:11,20,23 89:5,5,8

89:10 93:24,25 94:2,7
94:7 98:4,14 106:11
106:16,24 107:4
109:11,13,20,21,22
109:23 111:5,12,16
111:17,18 112:10,13
113:6 115:14,17
117:10 123:16,19
124:17 125:12 128:25
144:2 145:21 162:3,4
162:11,14,19 167:20
177:6,9,9,10 178:13
178:18,21,21 198:19
**board's** 123:17
**boat** 173:5
**Bolivia** 64:7
**boss** 129:10
**bothering** 65:9,10
**bottom** 122:2 171:25
172:9
**Brazil** 7:16,19 32:7
37:14 64:7 68:12
70:10 90:15 101:23
135:21 145:16 146:2
146:5 147:18 164:2,3
164:4 188:13 194:22
**Brazilian** 50:8,10 68:20
71:8,24 80:17 89:13
177:5
**break** 6:14,17 10:20
26:9 29:16 33:2 35:9
59:21 86:11 114:21
133:10 163:8 185:2
**Brendao** 146:8
**bribes** 70:21,22,24
72:13,20 73:5 118:18
118:21 173:22
**bring** 9:13 62:13,16
**Broadway** 2:23
**broke** 60:3 61:4
**brought** 14:20 49:20
135:15 186:16
**BRUCE** 3:6
**Bruns** 3:8 36:3
**budget** 50:7,24 74:12
113:13 123:11 149:14
160:3
**budgeted** 97:22
**Budgeting** 32:15
**budgets** 50:19
**builders** 54:25 137:15
**building** 67:22 92:5
101:23 117:20 131:6
132:14 170:20
**built** 91:10
**bunkers** 148:3
**business** 12:8 144:20
146:6 148:3 149:13
163:24 173:12 188:10

**BUZACK** 4:15
**bylaws** 149:21,23

———————————
**C**
———————————
**C** 1:2 2:2 3:2 4:2 5:18
197:2,2
**cabinet** 25:11,13 34:10
48:6,9 51:19 61:18
115:15
**cabinets** 35:8
**Cabraser** 3:14 35:22
**CAFOR** 119:16 120:8
120:17 125:17 131:8
154:15
**calculate** 100:11
113:20
**calculated** 95:7,23
**calculating** 95:21
**calculations** 112:24
113:21
**California** 2:24
**call** 35:19,25 74:11
134:19 189:25
**called** 21:17 25:10 31:4
49:24 75:22 91:8
94:19 95:5 99:2,2
105:17 124:21 134:11
143:18 157:7 173:2
174:10
**calls** 102:21 103:2
134:8,13 136:23
137:7 139:20,21
**Camargo** 170:19,22,23
**Campos** 169:24
**capacity** 90:19
**Capital** 3:3
**capture** 93:19
**car** 138:24,25 139:3,4
140:24
**care** 191:14
**careful** 45:2 47:25
**Carlos** 170:10,25
**cartel** 41:22 67:17,19
67:21,22 101:22
102:4 103:6,9 104:6
104:10 109:3 119:8
125:23 126:2,5,11,16
126:25 127:3,11,22
127:25 128:15,22
129:18 132:7 154:9
**cartel's** 126:7
**case** 1:5 10:15,17,18,24
11:17 14:10 21:3
22:8 24:18,19,22
31:20 42:19 44:8
45:25 52:2 66:5
68:12 69:4 72:7
75:18 85:8,12 88:11
91:15 96:20 100:14

100:20 119:16 124:19
128:17 134:10 137:14
137:15,15,18 138:7
161:23 162:15 174:7
178:11 182:24 192:2
**cases** 1:6 66:10
**cash** 75:17
**castle** 157:7
**Castro** 41:7,12,20 42:3
104:13 130:19 181:11
**Catete** 134:11,14
**caused** 102:15
**causes** 70:2,3
**cc** 123:5
**cc'd** 171:7
**ceiling** 19:17 34:14
**celebrated** 68:8
**celebration** 69:7
**celebrations** 69:13
**center** 95:12
**central** 2:22 89:14
**CEO** 24:10,23 27:14,16
27:20 28:2 44:12,13
52:23 53:3 55:18
65:24 68:8,9 69:5
71:21 76:19,22 77:5
77:10 88:24 89:11
90:12 103:15 155:10
159:7,9 167:21
170:17 179:16
**CEO's** 114:4
**ceremony** 167:5
**certain** 54:2 67:20 70:5
**certainly** 52:17
**certify** 197:6,10
**Cervero** 71:5 109:18
**cetera** 65:18
**Cezar** 170:25 171:2
**CFO** 56:5 168:23
**CGU** 84:5,12 85:4,10
85:13,19,24
**chairperson** 13:13
**challenges** 99:20 110:2
126:21
**chance** 111:24 116:25
**change** 55:2 65:13
91:16 92:17,17,21
93:10 100:8 111:14
111:17 113:3 115:7
116:6 117:4,13 125:4
125:4
**changed** 110:4,15,20
115:23 116:4
**changes** 98:25 99:23
108:3 110:5 115:19
115:21 116:11 126:22
**changing** 124:16
**charge** 28:25 52:20
76:13,15 77:16 90:12

92:4 100:17 117:13
132:13 147:24 161:2
charging 66:23
chart 32:25
CHECK 2:15
chief 25:11,13 43:17
77:2 78:8
China 148:2 168:24
choice 189:4,25
circumstances 182:8
citizens 177:5
civil 76:7,25
clarification 98:6,12
clarify 6:8,12,13 8:10
24:3 27:14,24 33:13
54:10 61:17 72:5
76:2 129:12 152:11
161:9
Claudete 169:8,13
Claudio 169:24
clauses 128:2
clear 26:22 38:25 39:4
58:3,24 60:12,13,22
61:3 66:24 92:16,19
93:4 98:18,23,23
116:3 120:25 121:12
134:13 185:10 186:13
clearer 45:16
clearly 26:2 115:25
148:23
CLEARY 3:20
client 186:25 188:9
clients 148:2
close 103:13 172:21
175:24
closely 77:3
codfish 25:15
CODY 2:25
collected 129:17 130:2
collecting 76:16
come 18:24 20:14
44:18 56:7 77:14,19
80:9 95:8,14 105:2
108:3 110:13 114:17
139:23 186:17 188:3
189:23 190:19 192:19
comes 81:15 91:21
121:10 154:18 167:14
177:2
comfortable 112:25
113:4
coming 35:5,6 44:23
115:14 141:18 188:5
comment 58:8 155:12
185:19
comments 155:9
commission 183:20
commission's 36:23
commitment 190:25

191:4 192:4,9
committed 98:9,10
112:21 191:16
committee 7:22,23
12:25 13:8,12 21:2
28:19,20 30:18 31:11
32:2,11 33:11,12,13
33:17,24 38:3,17
39:19,21 44:8,9,20,20
48:15,22,24 49:2
61:23 66:23 84:4
87:16 88:6 89:4
148:22,25 150:7,18
198:22
committees 13:23,24
14:3 183:25
committee's 29:12
common 88:18
communicate 76:25
175:10
communicated 20:6
communication 12:6
19:24 20:3,8 58:18
85:14 134:10
communications 16:5
19:9,13 22:12 23:25
25:4 36:25 41:4,6
43:19 54:24 56:8,20
56:25 57:17 61:7,19
63:9 64:2 67:23,25
68:12 79:8 82:7 84:7
84:9,10 85:6 87:13
135:4 137:14,20
138:7 163:18 164:23
165:9 172:17,22
174:8 175:17 178:12
179:10
companies 10:8,10
12:21 22:16 24:4
29:2 51:25 67:19
92:5 101:23 102:4
117:21 119:19 131:6
132:14,16,20
company 10:18 42:22
45:12,22 46:4,4 52:24
55:9 56:22 61:20
65:19 66:11,18 68:20
71:3,11 72:14,14,22
72:24 73:4,12 75:16
75:17 82:10 90:14
91:2 93:18 94:8,9
103:16 108:10,11,12
113:17,18 129:8
135:13 136:14 140:12
147:5 149:12 151:22
155:11 157:25 165:2
165:22 169:6 172:19
173:24 176:15,22
177:3,6,7,8,24 178:4

186:15,16,19,19
187:6 195:21,23
company's 19:18 64:11
174:5 187:4,5
competing 155:10
complaint 80:23 103:6
140:25
complaints 137:11,20
145:3
complete 18:11 83:18
160:4 190:19
completed 44:9 54:4
98:3 134:24 172:23
175:10 191:3
completely 8:22 19:17
33:13 39:20 52:15
115:20 151:13 160:4
completes 35:12
comprised 13:2
compromised 98:2,8,9
computer 9:7 142:20
144:8
concern 78:3
concerned 39:22 44:6
44:18 45:13 137:4
147:7 176:6,10
concluded 51:22 98:3
conclusion 49:15 97:17
102:22 103:3
CONDINI 2:7
conduct 27:2 28:6
36:24 37:20 40:24
41:11 42:4 48:18
49:12 52:18 61:6
67:24
conducted 28:9,21 29:5
29:9,11 31:14,23 33:8
44:7 49:17 51:13,13
52:5 76:7 85:17
107:15 110:12,15
126:6 127:14 167:24
conduction 45:14
conference 35:19
confidential 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1

68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1,20,24 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1,6,10 196:1
conflict 172:4
conflictive 118:2
confused 77:8
confusing 44:12 59:10
connected 19:11,13,14
22:15 26:16 48:18
50:12 54:22,23 64:8
68:2 76:11,15,21
87:25 88:23,23 95:22
165:9 176:18 179:21
connection 7:9 9:5
10:22,23 11:5,17,19
12:20 13:16,20 15:3
28:3,7 33:7,23 34:6
50:3 52:5 68:18
69:19 72:7 89:18
118:16 120:18 131:10
131:20 132:5,8,21

163:18
connections 49:21
conservative 107:24
consider 96:9 133:2
137:13
considered 50:20
consolidate 76:18
consortium 108:11
consortiums 100:16,18
constant 134:7
constitute 93:17
construction 11:12
12:21 22:11 41:22
73:14,15 90:4,19
92:20 96:17 100:13
119:4
consulted 187:22
consulting 90:14
contact 23:21 57:14
66:6 78:9 86:2
100:19 144:20 179:15
contacted 22:23 56:20
57:3 61:24 66:11
143:16 146:7 176:8
179:12
contained 9:7 66:17
98:24 107:19 110:12
149:15
contains 167:3
content 73:8 119:15
contents 88:10
context 173:12
continue 138:8 187:22
188:19 194:18
continued 3:2 4:2 66:6
87:10 191:2
continuing 28:25
contract 67:6 103:14
119:21 120:8,15
125:17 126:22 128:3
131:4,8 132:20
136:15 149:12 151:5
153:19 154:15 159:24
160:6,25 161:3,25
162:12
contracted 21:17
136:12
contracting 28:17
30:21 32:15 94:9
106:2 132:2 149:8,17
151:2 152:12 153:2,4
153:17,18
contractor 21:23
108:23 162:16,20
contractors 10:4,6,24
21:11,25 22:6,9 41:21
41:22 66:16 67:22
99:24 101:17,19
102:11,17 118:17

131:10,19 137:15
149:25 160:23 163:2
170:21
**contracts** 66:12 67:8
101:5 120:16,17
131:10,19 132:8
136:17 153:3,9,25
157:15 159:20 162:6
163:3
**contractual** 91:17
92:18,22 93:10
**contrary** 98:22
**contributed** 153:12,23
153:24
**Controller** 84:17,18
**controlling** 84:16
**conversation** 116:17
124:23
**conversations** 115:10
**convey** 113:7 187:5
**conveyed** 125:2
**conveying** 184:20
**Cooper** 3:22 11:7 12:5
12:13 16:4,15 18:15
19:3,8,22 20:16 21:6
22:4 24:15,20 25:25
26:4,19 28:8 29:10,21
31:7,15,25 33:10,19
34:2,8,21 35:3 36:13
36:19 37:22 38:9,15
38:22 39:10 40:4,25
41:13 43:21 45:4,6
46:18 47:21 48:11,21
49:6,9,14 50:5,15,23
51:5 52:8,19 53:9
54:8 55:12,17 59:4
60:21 63:17,21 64:14
64:19,25 65:7,16,22
66:21 68:5 69:2,22
70:15 71:22 72:16,25
73:22 74:8 75:3,14
77:12,23 78:18,23
79:12,17,23 80:8,13
80:20 81:9,14,18,21
82:23 84:14 85:7,20
85:25 88:16,21 89:7
89:22 94:12,16 99:12
101:3,6,10,14,21
102:5,13,23 104:2,8
104:24 105:5 106:8
108:9,25 109:8 110:9
110:23 111:7,20
113:5,24 114:18
115:24 117:5 118:11
118:23 120:13,19,24
121:8 123:13,22
125:8,14 126:3,17
127:13 129:2,19,22
130:8,12,18,25

131:12,21 132:10,24
133:8,17,25 135:20
136:5 137:8,22 138:4
138:12 139:8 140:9
141:13,25 142:11,15
143:3,9,24 144:25
145:13 146:4,13,16
146:21 148:7 150:13
150:23 151:12 152:6
152:19,24 153:7,14
154:2,10,16,22 155:6
156:6,12,22,25 157:8
157:23 158:3,17,20
159:6 161:21 162:7
162:22 165:5 166:6
172:5,10 173:3 174:3
177:11 178:2,19
180:12 182:19 183:16
184:4 185:17,22
186:5,14,23 187:4,15
187:21 188:8,16,21
189:16,21,23 190:4
190:18,24 191:11,23
192:8,20,23,25
193:12,20,25 194:7
194:14 195:15,20
196:4
**coordinate** 49:2
**coordinated** 48:22
**coordination** 75:20
**coordinator** 29:12
32:14 38:2 76:20
**coordinators** 76:20
**copies** 9:5,9 38:11,19
38:21 145:8 184:22
**copy** 15:11,15 16:13
17:11,21 80:9,11,18
80:21 81:7 88:4
122:10 131:23 163:6
**corporate** 18:7,18
19:10 21:18 41:10
91:15 99:8
**Correa** 170:23
**correct** 7:19 30:4 31:24
32:2 33:9 40:3,5
43:20 45:5 50:24
51:10 53:24 54:6,15
56:12,14 57:22 58:7
58:20,21 60:18,19
62:15,18,21 74:10
75:7 81:16 82:9,20,23
83:10,13,20 87:17
101:5,7,9,11 102:7
106:9,17 109:3,5,11
110:8,10 111:21
114:14 123:14 125:9
127:19 129:16,18,20
146:14 178:25 183:11
**corrected** 23:15 26:24

27:11 44:17 76:24
**Correcting** 67:10
**corrects** 37:10
**corruption** 73:6
**Cosenza** 145:19 147:3
161:7,10,11,15
170:25
**Cosenza's** 147:10
**cost** 20:22 68:20 69:7,8
90:23 91:6
**Costa** 7:21 22:24 23:5,6
23:22 24:5 27:6 46:6
61:17 62:2 63:6,12
66:15 69:5 70:17,19
70:20,25 75:9,10
77:20 87:23,25 90:13
92:15 93:3 94:22
96:16 97:12 106:4,12
110:25 112:11 115:16
119:2 124:21 125:16
155:5 156:11 157:21
160:12,20 164:12,16
165:23 168:16 171:16
171:20 173:6,9 174:9
198:24 199:4
**Costa's** 30:2 103:4
**costs** 20:22 25:6 93:18
93:20 100:24
**counsel** 5:13 35:18,22
36:3 43:11 59:11
60:3 116:13 128:9
132:19 185:13 187:8
187:21 190:11,14,17
192:5 194:17 195:4
195:19
**counterpart** 90:6
**counterparts** 70:6
**courageous** 40:7
**course** 70:23 144:12
146:23 191:22
**court** 1:3 5:11,15
195:11
**cover** 104:13
**coward** 173:2
**Cox** 3:15 35:24
**CPI** 12:22,23 13:17
15:12
**create** 27:8 147:8
151:22 172:3
**created** 7:22 20:21
28:19,20 32:2,12
90:17 148:22 159:23
**cross** 185:14
**cross-examination**
188:20
**cross-examined** 187:3
188:11
**Curitiba** 7:3,11 8:8,14
10:14

**current** 90:18 97:22
**currently** 18:2
**CURRIE** 3:23
**cut** 100:24
**cutoff** 191:21,25

---

**D**

**D** 1:2 5:18 198:2
**da** 1:12 5:1,13,21 6:1,2
6:6 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1,6,7,21 16:1,5,9
16:12,22,25 17:1,7,10
17:17,20,21,25 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1,22 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1,6,8
61:1,4 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1,8
73:1 74:1 75:1 76:1
77:1 78:1 79:1,9 80:1
80:2,5 81:1 82:1 83:1
83:6 84:1,25 85:1
86:1 87:1,7,12 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1 100:1
101:1 102:1 103:1
104:1,17 105:1,9
106:1,24 107:1,3
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1,5 116:1
117:1 118:1 119:1,12
119:14 120:1,8,22
121:1,16 122:1 123:1
124:1 125:1 126:1
127:1 128:1,11 129:1
130:1 131:1 132:1
133:1,4 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1,6,9
150:15 151:1 152:1
153:1 154:1 155:1,4
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1,16 164:1

164:10,11,14 165:1
166:1,12,15 167:1
168:1 169:1 170:1
171:1,14,15,18 172:1
173:1 174:1,23,24
175:1,3 176:1 177:1
178:1 179:1 180:1,8,9
181:1 182:1 183:1
184:1 185:1,10,16
186:1 187:1 188:1
189:1,4 190:1 191:1
192:1,10 193:1 194:1
194:16,23 195:1
196:1 198:4,8,24
199:3,5,7
**DABAST** 122:4 168:15
168:16
**DAHAN** 4:10
**daily** 172:2
**Danske** 2:16
**Danyo** 1:14 5:15,22
197:4,19
**dark** 138:23
**date** 5:5 8:15 14:23
15:9,23,24 16:11,15
16:24 17:9,19 22:18
50:2 57:21 59:13
60:9 62:23 80:4,7
104:19 106:21 107:2
119:13 120:23 122:14
150:8 164:13 166:14
171:17 175:2 180:3
180:11,20 190:7,9
191:7,8 192:2,6,12
194:19,21
**dated** 164:10 166:12
171:14 174:23 180:8
198:23 199:2,3,5,7
**dates** 14:5 160:19
**daughter** 135:23
140:19
**daughters** 136:21
137:4 138:15 140:15
177:15
**day** 56:17 57:18 61:12
62:3 66:3 106:19
126:21 155:14 188:14
191:17 196:8,17
197:15
**days** 47:9 75:20 88:24
89:24 100:11 125:20
142:19 167:16
**de** 21:9 27:3 41:7,12,20
42:3 89:19 91:16
104:13 130:19 181:11
**dead** 141:12
**deadline** 193:6,18
**deadlines** 154:5
**dealt** 94:10

**Dear** 122:3
**December** 7:12 8:16,24
  11:6 12:19 109:24
  122:14 164:11,15,17
  164:17,18,19 166:13
  166:17 180:5 198:23
  199:2
**decide** 97:3 189:6
**decided** 8:5 54:13 62:2
  92:6 97:19 188:23
**decision** 143:23
**declaration** 105:11
**declarations** 13:20 14:8
**dedicate** 128:8
**defend** 135:13
**defendant** 4:8 36:15
**defendants** 3:20 4:3
  36:16 60:4 185:25
  186:20 187:8
**defended** 117:20
**defense** 185:13 187:8
  187:21 195:19
**define** 12:23
**defined** 90:10
**Definitely** 152:20
  167:18
**Delaware** 2:17
**delivered** 130:14
  134:24 160:9,10
**demand** 90:16
**Democratic** 71:8
**demonstrate** 78:4
**demoted** 103:12,21
  111:13 127:6 148:15
  149:23 156:16,24
  157:4 166:8 176:20
  179:18 180:24
**demoting** 103:15
**demotion** 129:5
**denied** 117:23
**denounce** 41:21
**department** 12:8 18:19
  28:12 30:5,7 42:7
  43:20 46:7 52:23
  53:6,14 56:2,5,24
  57:5,17 58:18 61:15
  61:21,22 62:4 64:13
  64:18 65:6 66:20
  67:12,23,25 68:13
  83:7 84:7 85:6,15
  87:13,17 88:19 90:24
  92:3,14 95:12 117:21
  117:23,25 118:3,6,8,9
  118:10,13 126:23,24
  128:19 129:24 130:10
  132:2 137:21 151:20
  163:18
**departments** 136:18
**department's** 30:9 41:8

**depends** 185:22
**deponent** 5:12
**depose** 186:7,12
**deposed** 189:14,15
**deposition** 1:11 5:7
  13:3 15:17,25 16:13
  17:11,21,23 40:21
  51:3 59:20 81:6
  120:5 121:15 133:2
  133:22 185:11,25
  186:18 187:9,23
  190:16,20 191:2
  193:13 194:5,19,25
  195:19 196:2,3,8,11
**depositions** 14:14
**depression** 135:24
  182:15
**describe** 9:15 12:3 19:6
  19:20 23:21 25:9
  43:25 61:7 89:16
  99:18 112:6 117:7
  119:14 124:23 133:7
  134:22 135:6,17
  138:16 147:22 159:20
  162:10 173:25 184:11
**described** 11:16 133:4
  139:4 165:3 179:18
**describes** 164:23
**describing** 68:2 167:10
**designate** 133:19
**designated** 195:6
**despite** 101:8 177:14
**destroy** 24:7,14
**detail** 41:25 70:12
  104:14
**detailed** 99:25 132:18
**detailing** 93:11
**detected** 18:25 19:14
  20:23
**diagnosed** 135:23
**died** 141:16
**Diego** 2:24
**difference** 95:15
**differences** 115:22
**different** 16:16 19:15
  31:16 32:7 34:3 47:3
  66:10 69:6 82:21
  84:23 93:6 95:4,6
  96:4,23 107:16
  115:20 122:9 134:8
  136:8,8,18 143:5
  147:25 184:7,19
**differently** 105:18
**difficult** 48:3 116:22
  172:2 192:18
**Dilma** 76:9 89:11
  159:17,17
**Dimensional** 2:16
**dinner** 189:12

**DIP** 80:5 83:6,19 124:3
  124:6 125:7,11
  198:17
**DIPs** 149:24
**direct** 101:25 105:15
**directly** 22:10 97:16
  111:4 114:12 125:3
  129:5 139:2 161:4
  181:9
**director** 18:7
**directors** 9:21 72:3
  73:21,24 74:6,15,25
  75:6,13 88:12,20 89:5
  89:8,10 93:24 94:2,7
  106:16 109:11,14,21
  109:23 111:18 162:3
  177:10
**dirt** 174:7
**discontinued** 136:16,18
**discovered** 163:22
**discovery** 191:21,25
**discrepancy** 119:17
**discuss** 128:2,15 195:2
  195:12
**discussed** 75:18 82:11
  82:15 167:18 196:2
**discussing** 195:8,18
**discussion** 124:25
  167:22
**discussions** 92:6,11,24
  96:23 183:4
**dismiss** 25:18 26:17
  137:13
**dismissal** 26:16 29:2,5
  52:9 66:4 85:3
**dismissed** 21:19 24:24
  26:22 28:23 29:4
  42:12 47:10 52:11,16
  53:18,21,24 54:5,6
  97:14 99:7 182:17
**dismissing** 51:24
**dispute** 81:15 186:24
**distribution** 157:21
**District** 1:3,3 5:11,11
  7:16
**disturbing** 65:14,15,19
  65:21
**diversions** 137:25
**divided** 67:7
**division** 19:10,12,13,14
  19:17 20:8,19 21:7
  23:12,14,25 24:25
  25:5,17,21 27:22
  28:11,13,18 29:24,25
  30:6 32:14,18 41:9
  42:18 44:7 46:8 47:5
  47:8,13,20 50:7 51:21
  56:6,20,23,24,25 57:6
  57:10 61:7,19 62:4,5

**63**:9 64:2 69:4 71:4
  71:12,19 73:23 76:12
  76:14 77:7 78:10
  79:8 82:5,7 84:11
  85:2,11 86:2,3,5
  87:24 88:9,22 90:21
  91:14,14 93:15,15
  95:20 96:25 97:9
  117:16,16,22 118:2,4
  128:16 134:10 135:4
  136:9 149:12,13,20
  153:21 159:12,23
  160:2 161:6,14
  164:23 165:8,9 169:6
  172:17 174:8 176:18
  178:12
**divisions** 27:7,15,21,21
  28:24 35:7 136:9
  165:21
**division's** 20:2
**Djalma** 169:4
**doctored** 111:6
**document** 1:6 15:11
  23:2 27:8,19 28:4
  34:14 38:10 39:7,8
  56:18,18 57:20,23
  58:2,5,9,19,23,24
  59:2,4,9,9,12,18 60:4
  60:8,11,16 61:14 62:3
  62:9,11 80:5 81:11,13
  82:4,7,17,18,22 83:6
  93:5,6 98:14 105:9
  115:25 116:7,10,14
  117:9 121:11 124:4
  125:10 128:4,5 130:5
  130:6 131:18,24
  149:15 150:10,16
  162:25 163:4,6
  164:15,21 165:4,12
  198:15,17
**documentation** 7:15
  55:8 64:12 66:2,3
  75:7 78:20 149:22
  160:17 178:11
**documentations** 78:13
**documents** 9:5,8,9,10
  9:16,18 10:22,25 11:4
  11:8,9,11 13:16 39:3
  62:13,16,20 63:2
  64:17 65:19 79:12,15
  79:22 82:12,18 84:19
  84:24,25 85:18,23
  104:18 112:12 115:16
  115:18 117:12 119:18
  121:4,18 122:10
  124:17 126:25 127:2
  127:10,19,21 130:2
  145:6,9 149:10 151:9
  151:20 160:5 176:12

**178**:7,20,23 181:6
  198:18
**Dodge** 3:15 35:23
**doing** 58:25 75:24
  137:2 139:14 145:17
  147:17 166:4,5
**dollar** 153:12
**DONA** 3:6
**doubt** 129:4
**DOWD** 2:21
**draft** 57:4 114:13
**drag** 192:13
**drinking** 143:19
**driving** 139:3
**dry** 100:13
**due** 13:13 29:3 30:14
  42:10 48:5 53:18,19
  53:22,25 54:3 100:12
  104:9 116:2 126:20
  136:12
**duke** 55:21
**duly** 5:18,21 87:8
**Duque** 46:9 71:9 92:13
  96:17 97:4,7 106:4,12
  109:19 114:6,20
  129:4,13 130:4
  143:14,18 144:4
  158:7,15
**Duque's** 71:10 143:10

                **E**

**E** 1:2 2:2,2,19 3:2,2 4:2
  4:2 197:2 198:2,7
**earlier** 48:20 99:13
  178:24 181:14
**earth** 68:19 153:20
  157:14 159:20,24
  160:24 161:25 162:5
  162:12 163:2
**easy** 89:20
**economic** 90:23 96:21
  97:9 98:17 99:3
  104:12 107:7 112:14
  112:16 149:5,16,25
  152:4,13
**economy** 108:17
**edited** 115:20
**effect** 51:3 57:3 172:4
**efforts** 57:14
**eight** 8:2
**either** 169:23 180:5
**eldest** 140:19
**elected** 38:8
**Emerging** 3:8 36:4
**Emma** 2:6 6:3
**employed** 18:2 32:21
  40:12 53:7 54:14
  86:7 89:18 125:24
  133:6 134:5 168:4,10

168:21 170:7 183:12
**employee** 21:20 42:17
  52:21 157:24 186:15
  195:21,23
**employees** 2:11 36:7
  52:12 158:4 177:8
  184:2,19
**employment** 18:13,25
  163:19
**encounter** 172:3
**encountered** 19:6 82:6
  89:17 134:5 164:4,6
**ended** 50:13 62:11
  136:20 137:17,19,21
  140:16,19 178:21
**ends** 153:10
**energy** 46:9 55:25
**Engenharia** 132:15
**engineering** 42:17
  90:24 92:3 95:12,22
  117:16 118:6,9
  151:20 153:21 159:22
  161:6,24
**English** 5:19,20 6:19
  82:24 121:9,10,19
  171:25 172:8,13,15
**enter** 79:9
**entitled** 189:7 197:8
**envelopes** 122:15
**environment** 170:15
  176:4
**equipment** 93:13,14,14
  151:3,6
**equivalent** 119:21
**escalation** 95:6 96:4,15
**especially** 137:12
**ESQ** 2:5,6,6,7,7,8,13
  2:19,19,25 3:6,11,17
  3:22,23,23 4:5,10,10
**estimate** 119:16
**estimated** 91:6 119:19
  119:20 123:2
**estimates** 94:21 95:9
  117:18
**Estrella** 46:7 55:20,24
  56:3 71:15 109:17
  144:5
**Estrella's** 71:17
**et** 65:18
**evaluated** 96:19 108:10
**evaluating** 177:13
**evaluation** 96:22 97:9
  97:21 98:17 107:15
  149:5,16 152:4,14
**evaluations** 150:2
**Evangelista** 38:5
**evening** 143:18
**evenings** 138:23 139:23
**event** 68:14,14,18,25

**events** 19:25 50:19 68:7
  68:17 69:6,10,12,21
  84:9
**everybody** 24:7,14
  45:12 78:12 127:8
  194:24
**evidence** 31:9,12 57:16
  58:17 61:6 63:12
  65:11 69:15 116:21
  127:3,11 129:17,21
  160:8 164:23 167:14
  167:15
**exact** 57:21 66:18 81:7
  106:21
**exactly** 11:23 30:21
  31:8 38:7 50:16
  51:20 82:9,22 160:22
  166:24
**exaggerated** 143:19
**EXAMINATION** 5:25
  87:10
**examine** 195:24 196:2
**examined** 5:23 87:8
**examining** 185:15
**example** 46:19 67:6
  68:6,7 70:17 71:5
  78:12 108:8,14,22
  112:14,19 113:9
  116:5 149:11
**examples** 47:18 68:16
  69:10,12 115:9
  136:24 158:5
**exchange** 96:5 112:6
**exchanged** 9:17,24
**exchanging** 72:13
**executed** 90:22
**execution** 154:19
**executive** 9:19,21 18:7
  18:13,18 19:10 23:6
  23:10,16,18 25:4,6
  32:3,4,13,18 47:8,8
  47:15 54:19 55:5,13
  55:14 62:5 63:6,12,13
  65:20,24 69:25 70:13
  73:20 74:7,15,20
  75:12 82:14 87:20
  89:6 93:25 94:7 98:4
  98:14 99:7,8 103:21
  103:21 106:11 109:20
  109:22,25 111:12,18
  112:10,13 113:6
  115:14,17 117:10
  123:16,17,19 124:17
  125:25 128:25 136:13
  136:13 138:8 144:2
  146:7,9 151:19 162:4
  162:14,19 167:19,19
  171:4 177:10 178:21
  179:21

**executives** 72:12,19
  87:24 88:2 97:13
  118:21 173:19
**exerted** 115:11
**exhausted** 187:3
**exhibit** 15:7,21 16:9,22
  17:7,14,16,17,21 59:5
  60:6,7,8 61:14 79:9
  80:2,5 82:17 104:14
  104:15,16,17 106:23
  106:24 111:22 112:2
  119:11,12 120:21,22
  150:5,6 164:9,10
  166:11,12 171:12,14
  174:22,23 180:7,8
  198:9,10,11,12,13,14
  198:15,16,17,18,19
  198:20,21,22,23
  199:2,3,5,7
**exhibits** 15:5 104:21
  121:14
**exile** 143:23 146:2
**exiled** 142:14 145:11
  148:5
**existence** 98:20 104:6
  104:10 126:2,16,25
  127:3,22 128:21
**expect** 107:20 195:23
**expedite** 97:17
**expenditures** 50:11
**experience** 91:12
**experienced** 172:2
**expert** 120:14
**expertise** 120:15
  145:23
**experts** 92:2
**explain** 30:17 34:23
  39:15 43:25 44:14
  45:10 56:15 67:5
  70:12 73:10 75:25
  82:2 84:12 110:11
  122:5 130:22 134:4
  151:14 164:21 173:13
  176:15 181:4 189:18
**explained** 63:3 73:7
  74:13,17 75:2 115:25
**explanation** 52:21
**explicit** 113:2
**explicitly** 112:13
**exploration** 56:4 71:18
**exploring** 46:7
**export** 148:2
**expose** 40:24 42:4
  181:16
**expression** 173:7
**extent** 120:24
**e-mail** 23:2,4 61:9,11
  61:12 62:6,8,10 65:18
  66:12 67:13 79:7,13

79:17 80:2 81:22,23
  82:2 96:15,16 97:7
  105:10 112:6,9
  114:11 115:19 119:12
  119:15 122:2,3,5,7
  123:4,25 160:13,15
  160:16,20 164:10,15
  164:22 166:12,16
  167:10,22,24 170:24
  171:6,9,10,14,19,23
  172:20,22 174:9,17
  174:23 175:4,4,7,15
  175:18,22 176:2
  179:3 180:8,16,19,22
  186:10 198:16,20,23
  199:2,3,5,7
**e-mails** 9:17 43:8,12
  66:23,23 120:22
  145:6 166:22 175:19
  176:12 180:18 184:7
  184:11,12,15,22
  185:2 198:21

---

**F**

**F** 1:2 197:2
**facing** 189:18
**fact** 13:13 38:4,6 95:19
  136:12 185:18
**facts** 8:11 31:21 53:19
  152:2
**fair** 121:4 122:16 189:8
**familiar** 168:20 169:19
**far** 49:17 150:4 162:17
**favor** 117:20 131:4
**favorable** 53:12,17
**fear** 39:25
**feasible** 55:4 96:3
  116:2
**February** 1:8 5:5 10:5
  15:16,22,25 16:2,10
  16:14,16,17,18,23
  17:3,8,11,18,22 157:2
  198:10,11,12,13,14
**Federal** 7:16 84:16
**feel** 112:25 113:4 135:8
  135:10 137:6 146:15
**fell** 28:18
**felt** 137:10 140:13
  146:20 176:7,20,22
**female** 44:13,13 138:20
  140:13
**Fernando** 41:7,20
  91:16 92:15 103:5,10
  103:15,17 104:4,9
  106:4 117:24 126:4
  126:11,24 127:14
  129:6,6,13,15 140:12
  181:11 182:5 184:6
**Fifth** 3:4

**figure** 192:16 194:21
**filed** 5:10 103:6 140:25
**filing** 137:11 145:3
**filings** 81:15
**final** 7:25 20:25 22:14
  22:18,20 28:15 47:5
  47:11 56:17 69:18
  150:6,17,17 198:22
**finalized** 51:15
**finance** 18:7 46:7
**financially** 137:14
**find** 8:6 53:21 69:15
  85:9 94:24 97:6
  126:12 140:15 149:3
  176:2,4 187:10 196:7
**finding** 140:16
**findings** 150:19
**fine** 36:17 134:2 165:16
  186:14 187:22 192:7
**finger** 24:8
**fingers** 24:10
**finish** 94:15
**fired** 156:13,15,19
  158:19
**first** 5:21 7:2,3,8,10
  12:19,24 19:5 23:22
  25:7,7 29:6,6,8,19
  37:17 38:3,17 41:20
  46:19 53:18 58:16
  61:8,21 62:6,6 83:25
  83:25 84:2 92:9
  102:14 104:14 118:7
  118:20 122:5,21
  132:4 134:18 145:14
  146:2 158:25 166:21
  168:5 170:20 176:24
  185:12 190:18
**fish** 45:17,19
**five** 10:4,17,22 12:20
  139:9 145:16
**fixed** 40:9 67:20
**flag** 104:5
**flexibility** 131:5
**flexible** 99:3 116:23
  174:16 191:16
**flight** 188:12
**FLOM** 4:3
**Floor** 3:16
**flow** 32:25
**fly** 194:3
**focus** 96:21 97:9
  152:13
**focused** 149:4
**follow** 75:23 78:7 92:20
  97:8 101:18 142:12
  154:18
**followed** 52:7 77:3
  78:10 102:8
**following** 75:25 76:11

85:17 160:2 190:6
193:4
**follows** 5:24 85:11 87:9
**follow-up** 87:12
**Fonseca** 1:12 5:1,13,21
6:1,2,6 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1,6,7,21 16:1
16:5,9,12,22,25 17:1
17:7,10,17,20,21,25
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1,22
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1,6
60:8 61:1,4 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1,9
80:1,2,5 81:1 82:1
83:1,6 84:1,25 85:1
86:1 87:1,7,12 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1 100:1
101:1 102:1 103:1
104:1,17 105:1,9
106:1,24 107:1,3
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1,5 116:1
117:1 118:1 119:1,12
119:14 120:1,8,22
121:1,16 122:1 123:1
124:1 125:1 126:1
127:1 128:1,11 129:1
130:1 131:1 132:1
133:1,4 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1,6,9
150:15 151:1 152:1
153:1 154:1 155:1,4
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1,16 164:1
164:10,11,14 165:1
166:1,12,15 167:1
168:1 169:1 170:1
171:1,14,15,18 172:1

173:1 174:1,23,24
175:1,3 176:1 177:1
178:1 179:1 180:1,8,9
181:1 182:1 183:1
184:1 185:1,16 186:1
187:1 188:1 189:1,4
190:1 191:1 192:1,10
193:1 194:1,16,23
195:1 196:1 198:4,8
198:24 199:3,5,7
**Fonseca's** 185:10
**forecasted** 108:19
154:20
**forefront** 8:9
**forget** 133:17
**forgot** 71:4
**form** 11:7 12:5,13
15:20 16:3 17:4,13
18:15 19:3,8,22 20:16
21:6 22:4 24:15,16,20
24:21 25:25 26:4,19
28:8 29:10,21 31:7,15
31:25 33:10,18,25
34:21 35:2 37:22
40:4,10,25 41:2 42:5
43:21,23 45:4 46:5
48:13,21 49:9,10,14
50:22 52:8 55:12
56:13,16 64:19 66:21
69:23 71:14,22 72:16
72:17,25 74:9,18
84:8 85:7 88:16,21
89:7,22 101:3,6,10,14
101:21 102:6,13
104:8 106:8 108:9,25
109:4,8 110:9,23
111:7,8 112:8 113:5
113:24 114:18 115:24
117:5 118:11,23
120:12 123:13,22,23
125:8 126:3,17 129:2
129:19,22 130:8,18
130:25 131:2 135:20
136:5 137:8,23 138:4
141:13,25 142:15
143:3 146:4 150:23
151:12 152:19 153:7
153:14 178:19 183:16
186:10
**formed** 94:8
**former** 21:20 27:6
169:15
**forming** 94:9 183:25
**forms** 133:6
**forth** 122:4
**forward** 171:6
**forwarded** 97:7 170:24
171:9

**forwarding** 96:16
105:11 171:9
**Foster** 26:10 46:8
55:22 56:11 58:16
61:6 62:7,14,17,20,25
63:24 79:7 82:19
83:22 144:4 155:10
155:11 159:11 174:25
175:5,8,14,22 178:7
179:2,13,25 180:10
180:17 199:6,8
**FOTI** 3:3
**found** 52:10,17 95:14
103:4 126:4,10 127:7
141:11,15 148:11,20
152:23 155:13 156:4
156:4 164:24 177:5
179:20
**foundation** 34:7 48:12
49:23 153:15
**four** 122:4
**Fox** 2:10 36:7
**Francisco** 29:23 45:20
46:23 111:3 112:12
113:6 115:15 171:2
**friend** 138:20 140:13
**front** 58:11 80:11,21
119:24
**fuel** 148:3,4
**fuels** 147:25
**Fujikawa** 114:3,12
**full** 178:15
**Fund** 3:9 36:4
**funds** 2:16 91:4
**further** 87:8 188:25
197:10

---

**G**

**Gabriel** 11:21
**Gabrielli** 24:11,23 25:2
25:8,23 26:13 27:2,9
27:11,25 29:18 31:4
31:14 43:17 46:12,13
46:20,22 48:18 49:3,5
49:7 53:3 54:13
55:21 65:21 69:5
71:20 72:2,7 77:21
88:2,4 89:12 90:12
92:7,15 106:5,12
109:17 114:13,17
144:5 159:15
**Gabrielli's** 24:13 29:11
29:23 38:3
**Galvao** 132:15,15
**gas** 46:9 55:25 64:7
**GELLER** 2:21
**general** 19:11,12,24
20:6,9 30:19 37:23
84:17,18 112:9 114:4

144:16 147:21 165:19
169:5
**generally** 147:22 158:4
182:12
**generate** 126:8
**generated** 87:15 153:18
**geologist** 18:5
**Geovane** 21:9 24:24
25:17 26:18 27:3
28:22,24 30:22 33:11
33:16,22 34:5 36:24
37:24 39:16 47:10
48:4 51:24 52:10,12
52:24 66:4 137:13
166:3,5
**Geovane's** 21:11 26:16
39:13 52:9 85:2
**Gerson** 47:4,19 86:6
**getting** 57:9
**Getulio** 11:22
**Gibbs** 3:8 36:2
**gifts** 19:25
**Gilmore** 2:6 5:25 6:3
7:7 16:17 36:17,21
38:13,21 39:4 41:18
43:11 45:7 58:13
59:6,11,15,19 60:3,10
60:17 61:2 79:15,21
79:24 80:17,23 81:4
81:12,17,20 86:11
87:11 94:15 104:22
105:7 106:23 114:21
115:4 116:13 119:10
119:25 120:6 121:5
128:9 132:19 133:3
134:2,3 150:5,12
163:8,15 165:16
172:8,11 174:21
184:25 185:9
**give** 6:21 9:4 10:21
13:7,16,19 14:2 15:2
26:9 39:7 42:7 47:18
48:8 62:2,19,20 68:6
68:7,16 70:16 78:11
83:21 98:21 100:7
112:17,19 132:17
136:22,24 141:4
149:11 152:15 153:12
176:18 177:17,19,23
182:9,22 183:5 190:5
190:16
**given** 7:25 10:13 13:3
97:8 188:24 195:9
**giving** 173:20,22
**glanced** 60:5
**go** 6:14 12:15 14:12
21:13 25:7 29:6
36:11 37:17 41:16,25
49:16 51:12 56:8

57:7 62:6 64:6 76:2
78:2 94:18 96:11
99:14,15 108:5
111:22 113:22,23
115:5 120:21 122:2
123:9 124:16 131:24
134:17,21 138:20
142:17 144:17 147:9
153:9 155:14 163:25
166:10 168:2 171:24
175:13 176:3 181:18
189:4 190:21 191:17
192:15 194:7
**goal** 148:23
**God** 129:10
**goes** 162:13 193:21
**going** 8:12 22:25 24:3
35:13 36:11,13 45:13
57:12 59:6,23 60:5
64:20 70:16 78:13
86:14 88:25 94:12,16
97:10 104:13 108:6
113:21 114:23 121:9
132:3,5,16,17 133:13
133:19 137:12 142:21
143:10 148:13 149:12
149:13 152:2 160:6
161:12 163:10 172:19
175:25 176:2 179:23
185:4,11,20 186:3,25
187:2,12,17,25 188:2
188:16,24 189:3,10
190:3,5,14 191:2,23
192:10,11 193:18,22
196:4,6,12
**good** 6:2 49:15 91:21
159:17,18 160:10
177:7
**GOTTLIEB** 3:20
**government** 70:9 72:6
72:6,12,21 75:21 76:5
76:6,21 78:14,16,21
84:11 173:15,16,20
173:21
**governments** 90:2
**governor** 37:12,18 38:2
**GP** 83:4
**Graca** 46:8 55:21,22,22
56:20 57:3,7,15,16
58:16 61:5,8,9,24
62:7 64:10 81:24
82:8 83:22 84:24
109:17 144:4 155:10
155:23 156:4,4,8
159:2,11,14,18
174:25 175:5,7,14
179:2,24 180:10,17
199:6,8
**Graca's** 57:18 61:13

grant 109:6
granted 123:20
great 36:20 75:15,16
    172:3 176:21
grew 173:11
ground 6:10
group 21:10 28:10
    30:15 31:6 67:19
    76:10 92:2 114:9
growth 75:22
guess 120:4
guidance 82:15
Guilherme 123:25
    125:2 181:11
gun 134:16 138:17
    139:5 140:21
Gutierrez 131:9

—————————
          H
—————————
H 2:13 198:7
half 18:22 55:7 145:18
    148:9 158:25
hallways 157:25
HAMILTON 3:20
hand 197:15
hands 31:9,13 44:8
    177:17
happen 46:22 73:6,8
    75:25 126:19 153:2
happened 8:3 23:25:9
    27:5 40:3 51:14
    54:22 56:15,19 60:23
    63:4 68:19 77:6
    89:21 91:7 92:22
    110:11 115:13 116:24
    123:3 127:8 134:22
    135:4,14 136:2,14
    141:17 142:14 145:21
    146:24 147:13,15
    148:10,21 159:22
    162:14 166:8
happening 85:5 117:15
    117:17 118:5 181:17
happens 91:2 143:4
happy 81:4
harassed 43:6,15 44:25
    47:19 183:15 184:3,9
    184:17
harassing 46:15
harassment 14:19 42:9
    133:6 134:7 136:3
    181:16
harmful 130:24
harming 102:10
head 23:11,13 25:20
    47:14 53:13 55:25
    56:4,6 69:5 71:3,12
    71:18 78:10 86:4
    91:16 92:13 118:3,8

118:10,13 129:23
    134:16 138:17 140:22
    146:6 161:5,13 165:8
    169:5,7
headquarters 147:4,12
health 29:4 42:10,10
    53:20,22 54:2
hear 157:10,12
heard 28:21 30:19,22
    37:16 72:5 129:13
    157:9,24 159:12,16
    195:16
hearing 30:23
heating 96:6
Heimann 3:14 35:22
held 1:13 5:7 90:22
help 8:10 57:7 175:12
    175:14 176:3
helpful 36:11
Henry 4:16 5:3
hereunto 197:14
hesitant 147:6
hide 25:21 49:8 174:6
hierarchy 45:14
hierarchy-wise 47:24
high 117:19
higher 67:9,12 154:20
    154:21
highest 66:11
hinder 143:13
hired 90:14
hiring 28:17
history 56:19 82:6
    91:25 149:4
hold 18:13,21 20:7
home 138:25 139:23
    141:18 192:16
hospitalized 103:19
hours 180:14 185:11
    187:14
house 76:7,7,25 94:20
    108:18,20,21,24
    109:7 119:7 122:8,12
    122:13 138:20 190:22
    191:18
Houston 3:10
HR 32:14,20 40:11
    181:23
Hudson 3:15 5:4
huge 120:15
Humphries 3:11 36:2,2
hundreds 22:16 69:12
hungry 187:24
hurt 177:6
hurting 113:17
husband 136:6,6
    138:24

—————————
          I
—————————
identification 15:9,23
    16:11,24 17:9,19 60:9
    80:3,6 95:24 96:2
    104:18 107:2 119:13
    120:23 150:8 164:13
    166:14 171:17 175:2
    180:11
identified 56:9
identify 35:20 38:15
identifying 95:18
ignored 52:6
illegal 27:3 50:20 181:4
illicit 27:4 37:20 40:24
    41:11 42:4 50:4
    52:18 61:6 63:25
    67:24 181:17
imbalances 135:16,18
immediate 43:12
    128:10
immediately 116:14
    132:23
impact 75:16 100:15
    112:16 113:11
impartial 44:20
implemented 97:20
implementing 91:23
implication 26:3
implicit 116:4
imply 116:18
importance 137:18
important 33:12 52:9
    123:7 139:15
Inacio 72:8
inappropriate 68:25
    69:21 195:2
include 88:2 112:14
    150:19
includes 105:10
including 28:22 104:6
    136:9 194:16 195:14
    195:15
inconsistencies 85:9,14
    85:19,24 149:19
increase 123:20
increased 118:16
increasing 11:13
independent 33:14,17
    33:23 36:23 39:20
    49:18 52:6 58:18
    59:12 87:15
indicate 186:11
indicated 90:20,25
    186:6,8
indication 79:19 91:3
indicted 10:8
individuals 24:4 28:11
    30:18 34:10 42:20,25
    43:8 45:21,24 46:2
    47:23 48:6,9 77:8

159:25 173:15 181:13
    184:7,16
industry 91:22,22
infer 50:12
inflated 91:9
inform 58:17 161:7
information 7:14 8:2,4
    8:10 9:23 13:14 49:8
    51:7 76:16,18 84:6
    85:5 88:19 89:5
    90:24 98:15 110:7
    113:7,8,9,10 124:3,5
    124:22 125:3 127:17
    130:3 141:22 144:22
    149:15 152:15,18,22
    160:6 175:25 176:6,9
    176:19 177:21,24
    178:3 199:10
informed 22:24 161:5
    161:11 162:5 163:5
    185:13
informing 181:7
infrastructure 68:23
initial 110:4
initially 22:23 23:23
    37:6 51:18 67:21
    110:17
inquiry 12:25
inserted 92:18
inside 7:22 9:17 71:2
    72:13,14,22,23 124:3
    124:20 134:7 138:24
insistence 154:14
insisting 132:12
install 100:3
installation 100:4,6
installments 67:7
instance 117:3 141:10
instances 117:7
instructions 146:10
intend 188:22
intense 92:3,6,10,11
intention 186:7
interacted 99:22
interaction 61:8
interactions 45:11
interest 75:16
interested 85:4 197:12
Interesting 139:2
interests 135:13 173:24
interfere 81:5,10
interfering 59:19
intermediate 98:17
internal 7:22 13:22,24
    14:3 21:10 38:18
    39:16 49:18 84:3
    88:5 104:20,23
    119:24 123:11 137:11
    137:20 165:13 183:19

internally 76:18 92:6
international 71:3
    91:19 96:6 99:17
    131:4 159:11
interpret 5:19 6:7 7:5
    139:11
interpretation 21:24
interpreted 14:10
interpreter 4:15 5:17
    5:22 6:5,5,7,8 7:4,4
    7:18,19 11:14 21:22
    21:23 23:13,14 26:21
    26:24 27:10,10,13,20
    27:23 32:5,5 37:10,10
    41:15 44:13,16,16
    65:12,12 67:10 72:4,5
    76:23,23 92:8,8,10
    98:11
interrupted 157:17,18
interview 8:14 34:6,25
    36:23 49:16,19 50:18
    65:3
interviewed 33:9,11,17
    33:23
intimidate 151:24
introduce 15:5 60:6
    81:6 119:10
introduced 104:15
introducing 38:13
invested 97:24
investigate 25:24 31:21
    44:21 57:12 148:22
    148:23 177:21,25
    183:20
investigated 21:3 25:2
    25:20 31:10 44:22
    53:19 127:6 137:16
    157:15
investigation 8:9 11:12
    27:3,12 28:6,10,10,15
    28:16,25 29:7,7,9,20
    29:23 30:12,13 31:4
    31:13,23,24 33:7,24
    38:18 43:18 44:6
    48:19 49:13,18 51:12
    51:17,18,21 52:6
    87:16 88:5,6 103:8,9
    103:11 126:5,12
    151:25 156:9 157:16
    167:23 172:23
investigations 28:21
    45:15 48:2 73:18
    183:23
investment 90:11
    113:11
investments 75:17
invited 77:18,19
involved 10:18 20:18
    21:4,14 22:2,9 24:4

24:18,19 27:7,15
29:19,22 37:4,8 39:12
47:23 52:17 131:14
131:16 151:25 157:21
161:23,25 167:8
178:14,18
**involvement** 34:17,24
37:2,19 119:4 157:6
**involving** 148:3
**irregular** 19:18,20
**irregularities** 12:12
19:2 20:5,15,18 21:5
22:3,22 23:25 40:8
56:9,11 57:16 58:17
63:8,13 64:2 65:18
79:8 89:17 141:23
152:23 159:19 163:17
163:21,23 164:3,6,22
164:24 165:3,20
184:19
**irregularity** 19:5,14
**ISRAEL** 4:10
**issue** 41:3,6 48:24
52:10 54:24 81:5
172:17,18,22 175:17
189:5
**issued** 28:22 47:9 53:7
118:4
**issues** 101:16 105:4
178:16 184:14 195:25
**issuing** 21:18
**item** 90:5 122:16
**items** 122:22 123:6
131:5

**J**

**Jacques** 37:13,18,25
**January** 144:9,10
171:15,19 172:20
199:3
**Janus** 3:14 35:23
**JEREMY** 2:6 4:5
**job** 65:6 96:18 160:10
176:24
**Joe** 5:15
**John** 2:5 69:7
**join** 19:23 33:19 34:2
35:3 99:12 104:2
105:5 110:24 120:13
**joined** 35:19
**joining** 36:16
**joint** 149:10
**jointly** 149:14,24 151:7
**Jose** 20:11,14 30:19
40:13 165:7 170:25
**Joseph** 1:14 5:22 197:4
197:19
**Joshua** 2:13 36:6
**JR** 2:19

**judge** 26:5 189:5,6,19
**judgment** 121:12
**July** 92:22 106:17,19
106:21,25 107:4
111:9 198:19
**June** 105:20
**justify** 70:23

**K**

**K** 5:18
**KAHN** 3:3
**Kaplan** 2:10 36:6
**Kaschel** 20:11,14 165:7
165:17
**Kascho** 20:13
**KATHERINE** 3:23
**keep** 25:17 44:23 52:24
53:7 54:13,14
**Kehoe** 2:5 35:18,25
36:5,9 80:11,14,18,25
121:6 185:18,20
186:5,22 190:8
191:20,25 195:18,22
196:7
**kept** 9:7 145:8 146:11
**KESSLER** 2:15
**key** 181:12
**kids** 190:23 191:10
192:17
**killed** 142:3,9,10
**KILSHEIMER** 2:10
**kind** 11:4 14:18 94:13
127:16 150:22 166:22
**King** 2:17 4:7
**knew** 8:7 73:11,19,20
97:15 103:15 123:15
123:20 124:25 137:12
137:17,19 155:16
167:17 172:24 173:14
173:18 178:13,13,17
179:22
**know** 6:15 8:13 11:23
13:10 32:6 34:13
39:9 43:7,13 46:14
47:6 49:4 50:14
51:25 52:25 53:6
59:14 63:20 64:23
65:2,2,8 66:16 70:25
71:2,16 72:21 74:24
76:8,12 77:7,16,17,18
78:16 85:13,22 86:9
88:4,17 89:2,11
100:17 106:13 110:16
110:21 111:2,5,14,23
112:3 113:20 114:7
116:24,25 121:24
122:15,19 123:19
124:5,8,14 125:11,19
125:20,21 126:13

129:25 130:3,10,19
130:21 131:9 137:2,2
138:2,6 139:13,14,15
141:19 142:10 149:18
153:11,11 154:24
155:4,15 156:10
157:4,16,18 158:10
158:15,19,21,21
159:3,15 161:24
162:3,17 166:7,19
167:23,25 168:3,5,7
168:10,14,21 169:16
169:21,23 170:7,11
178:7,12,17 179:17
179:22 181:20 182:9
182:18,21 183:9,17
183:18,19,22 192:3
193:19
**knowing** 111:16
**knowledge** 63:5,8,25
72:11 178:15
**knows** 84:15
**K-a-s-c-h-o** 20:13

**L**

**L** 1:2 5:18
**labor** 14:16,18,20 15:3
49:25 71:23 79:5
80:23 81:15
**lack** 48:11 107:6,14
**language** 171:23
**large** 130:9 148:3
**larger** 84:9
**largest** 101:23 120:16
120:17
**late** 140:18
**Latge** 170:4
**LAUREN** 4:10
**lawyers** 128:14 130:16
130:16,23
**Lead** 2:3
**Leading** 156:7
**leaked** 34:16
**Leao** 169:8,13
**learn** 20:4
**learned** 19:2 22:22
125:25 148:15
**leave** 143:6,11,11 147:6
156:11,18 182:15
**leaving** 155:9,21 188:6
189:11,12
**left** 44:10 110:14,19
116:25 129:6 138:25
155:5,14,21 156:3
158:7,15,22 159:15
176:5
**legal** 28:12 29:2 30:5
41:7 42:7,7 47:14
52:23,24,25 53:6,14

54:11 56:23 57:5
61:21 62:5 64:12,17
66:20 84:2 87:16
91:14 103:20 117:21
117:25 118:3,8,8,10
118:13 126:22,23
128:18 129:24 182:7
182:9,22 183:5
**LeJEUNE** 2:25
**letter** 132:25 186:9
**letting** 192:2
**let's** 12:15 19:5 21:13
25:7 29:6 32:17
37:17 49:16 51:12
59:19,20 62:6 67:6
68:6 89:15 99:14,15
100:2,3 111:22
112:19 114:21 120:21
122:2 128:24 134:18
145:25 149:11 153:9
163:8 164:9 166:10
168:4 171:24 185:2
190:16 194:5
**level** 90:9 123:18
126:12
**LEVI** 2:7 21:20 23:11
27:22 47:14 68:10
83:11 84:17 95:16
**Liberty** 3:21
**LIEBERMAN** 2:6
**Lieff** 3:14 35:21
**life** 98:20 135:15,16
143:12 176:24 191:15
**Lima** 68:2 89:12,15,19
105:13 119:5 120:9
120:18 131:11,20
132:9,22 163:19
**limb** 156:20
**limit** 78:4,5 173:16
**line** 38:24 82:25 199:11
**lines** 36:10
**linked** 31:17 135:3
**list** 22:14 83:18,18
132:18,18,20
**listed** 150:21
**listen** 34:20
**listened** 51:9
**listening** 140:20
**Litigation** 1:5 5:10
**little** 32:9 44:12
**living** 168:24
**LLC** 3:3
**LLP** 1:13 2:3,10,15,21
3:14,20 4:3,7 5:7
**lobbyists** 167:8
**local** 73:8 96:6
**located** 5:8
**logistics** 12:8 163:24
**London** 193:8,21,22

**long** 38:7 66:8 145:11
148:5 159:8 187:25
**longer** 42:22 109:24
148:15 170:18
**look** 10:20 15:19 25:15
29:15 33:2 58:2,9
64:3,5 65:6 83:17
111:23 142:23 144:12
192:12 193:12
**looked** 58:14,22 59:8
59:17
**looking** 38:10,12,16,20
38:22 58:12,19
108:13 121:17 122:9
122:10 171:25
**looks** 15:24
**lose** 103:16
**losses** 98:22 102:15
104:12 108:16
**lost** 135:15
**lot** 27:15 88:25 135:15
154:6 172:24 184:14
188:22 191:9,13
**loudly** 24:6
**Louisiana** 3:9
**Lucia** 32:20,21,24
40:11,12
**Luis** 72:8
**Lula** 24:8,12,22 37:14
72:8
**lunch** 86:12,15 97:11
97:11

**M**

**Machado** 170:16
**Maia** 47:7,14 53:11,13
53:17 54:12 103:7
118:15 127:2 129:23
130:14
**main** 26:15 39:25 90:5
103:16
**maintained** 124:18
**Mais** 40:14
**major** 84:9 95:15
**majority** 49:25 69:25
70:7,14
**making** 58:9 77:4
101:24 102:3 116:21
**management** 19:12,12
32:4 41:10
**manager** 18:8,18 19:10
19:17 20:6,9 21:7
22:24 23:8 25:4
30:19,21 32:14,15,15
32:16,18,20 40:16,17
40:20 41:8 47:4,15,19
124:2 128:17 142:20
144:16 145:22 146:7
147:21 161:3 165:19

169:25 170:2 171:4
181:12
**managers** 32:13 114:8
151:19 179:21
**manipulate** 25:21
**manner** 37:24
**MARCELA** 2:7
**March** 113:19 134:23
140:5 193:6,9,17
194:2,6,21
**MARGARET** 2:19
**Marina** 128:17
**mark** 59:4 104:14
155:22 164:9
**marked** 15:8,22 16:10
16:23 17:8,18 60:9
80:3,6 82:17 104:18
106:25 119:13 120:23
133:23 150:7 164:13
166:13 171:16 174:25
180:10
**market** 90:16 94:25
96:6 110:20
**marketing** 12:7 22:15
146:6
**markets** 3:9 36:4 96:6
**marks** 35:15 87:4
163:12 185:6 196:10
**marriage** 136:2 197:11
**married** 136:16 167:5
**Marte** 4:16 5:3
**MARTINI** 3:23 23:10
83:14 98:5 129:11
**matched** 122:20
**material** 61:12,13
114:16
**materials** 61:10
**matter** 5:9 38:4,6 98:5
197:8,12,13
**Mattos** 4:14 186:25
187:12 188:5,10,18
189:8,20,22 190:3,6
190:15 192:6,19,22
192:24 193:3,8,16,21
193:24 194:3,17
**mayors** 157:22
**MEAGHER** 4:3
**mean** 10:7 12:11,11
26:22 27:25 30:2
53:3 54:20 55:22
69:16,17 70:8 80:16
95:22 98:19 105:24
130:6 144:14 177:9
177:15 178:9 183:24
**meaning** 125:6 145:4
**means** 8:6 22:5 25:14
67:5 95:23 98:8
154:25 168:17 194:24
**meant** 109:20 173:14

176:16,23
**measurement** 100:9,10
**measures** 47:12 51:22
52:4 93:12 134:25
173:23
**media** 127:9,9 148:20
**meeting** 25:3 26:6,11
26:14 46:19 47:7
63:7,11,14,15,20 75:5
75:6 92:13 93:24
96:21 97:13 103:13
103:14 106:3 124:20
124:24 125:5 126:6
127:24 167:19
**meetings** 47:3 73:24
74:14,19 77:19,21
78:7,20 95:4,11
100:21 126:20,23
128:14 130:15,20
**MELTZER** 2:15
**member** 109:3 119:8
**members** 32:11 55:14
67:16 101:22 106:11
123:16 128:24 132:8
144:2 167:20
**memorandum** 90:7
**memorandums** 90:2
**memory** 58:4
**mention** 71:4 133:21
151:16 152:3 181:6,8
182:23 184:14
**mentioned** 9:4 12:16
33:8 37:6,8,9,13
39:12,19 43:16 44:3
48:14,19 49:19 54:11
63:6 66:14 67:21
68:18 71:2 72:10,13
72:22,23 73:4 78:11
93:11 105:25 109:10
115:18 127:24 131:3
149:2,16 150:2
151:15 152:5 175:16
175:23 181:23 184:6
**mentioning** 72:14
101:24 172:16
**mentions** 69:12 151:5
**MESKELIS** 2:8
**message** 61:11
**messing** 45:3
**met** 42:18,24 136:6
**Miarmi** 3:17 35:21,21
**Michael** 3:17 35:21
**mid** 126:10
**middle** 99:9 124:19,24
172:20
**million** 50:8,10 68:20
155:2
**mine** 140:13
**minister** 76:10

**minus** 97:23,24 107:21
110:18 111:10 112:18
112:22,24
**minutes** 79:6 180:15
**Miranda** 183:10,12
**Mischaracterizes**
79:11 181:22
**misconduct** 151:11
**misleading** 79:23
**Misstates** 43:22 73:2
**mistaken** 93:8
**mistakes** 101:24 132:17
**MITCHELL** 4:10
**model** 91:17,18 92:5
93:10 99:16,17,18,23
100:13,13,22 106:2,7
131:4
**models** 92:18,22
**modern** 91:18
**moment** 60:10 155:20
194:8
**moments** 172:2
**money** 154:24 157:21
173:20
**monitored** 84:10
**monitoring** 76:3
**monologue** 94:13
**month** 139:18
**monthly** 75:24 76:4
77:5 78:3
**months** 50:9 51:19
52:11 94:5 95:17
103:18 139:24 145:15
145:16 146:12,24
172:25
**Morais** 21:9 25:24 33:9
34:24 36:24,25 37:3
37:19 48:9 49:17,19
51:2 53:7 54:14
**Morais's** 27:3 50:17
**moral** 172:3
**morning** 6:2 187:23
188:6,12,13 189:13
**Moro** 177:22
**Move** 99:10 103:24
155:25
**moved** 59:9
**Movement** 71:8
**mute** 36:10

_____

**N**

**N** 1:2,2 2:2 3:2 4:2
197:2 198:2
**name** 5:3 6:3 10:16
18:9,11 21:8,15 25:13
29:13,16 30:5,9 32:19
37:2,14,17 40:16,19
42:13,23 46:4 49:20
55:19 66:18 67:15

109:13 112:12 141:15
144:3 169:18 170:20
183:9
**named** 45:24 46:16
47:2
**names** 10:10 21:16
22:13 25:15 26:7,9
32:18,23 37:8,9,15
40:6 43:5 45:23 48:8
72:15,18,19,21 76:8
78:22 101:24 168:2
181:18,19
**nature** 149:23
**necessary** 49:11
**Nederluc** 168:5
**need** 6:14 47:12 90:15
133:21 188:2 190:21
190:25 191:5,7,15,17
192:9,14,15 194:19
**needed** 6:9 57:12 94:3
117:10 134:25
**needs** 14:9 125:3
**negative** 107:25 108:4
110:2,7,8,18 115:8
116:2,8
**neglected** 8:4
**negotiated** 131:6
153:20 162:15
**negotiations** 182:13
**neighborhood** 134:11
**nervous** 39:20
**Nestor** 71:5
**net** 97:23,23 111:10
**Netherlands** 169:3
**never** 73:9 74:17
138:22 146:9 159:12
186:6,8
**new** 1:3,14,14,16 2:4,4
2:12,12 3:5,5,16,16
3:21,21 4:4,4,9,9 5:8
5:8,12 92:5 104:16
114:13 149:19 194:4
195:25 197:6
**newspapers** 13:22
42:16
**nice** 185:20
**nickname** 25:14 44:4
**night** 139:19,22 140:18
**nighttime** 138:19
**Nilton** 47:7 53:11,13,16
54:12 103:7 118:15
127:2 129:23 130:14
**nine** 50:9
**NNIP** 2:22
**noncompliance** 19:18
**noncompliances**
148:11 149:7
**nonconformities** 19:2
**nonconformity** 12:12

**non-compliances**
150:21,22
**non-feasibility** 98:24
**non-responsive** 94:13
99:11 103:25 156:2
**Norberto** 170:19
**normal** 85:16 129:7
**northeast** 11:21 55:2,3
75:19 90:4,8 132:3
**Notary** 1:15 5:23 197:5
**note** 114:5 165:6,18
**noted** 5:13 55:3 105:8
196:13
**notes** 176:13
**notice** 1:12 186:18
**November** 14:7 99:9
111:11 179:17 180:5
180:6,9,17,21 199:7
**November/December**
51:20
**nowadays** 176:17 177:7
**number** 10:16 35:12,16
87:5 111:14,23 115:2
125:10,11 163:13
165:6 185:7
**numbers** 10:17,19
15:17 37:7 77:8
110:22 111:6 115:7
117:4
**Nunez** 30:20 40:13

_____

**O**

**O** 1:2 197:2
**oath** 5:16 8:18
**object** 38:24 94:12
121:13 165:11,14
**objecting** 172:13
**objection** 11:7 12:5,13
15:20 16:3,4,15 17:4
17:13 18:15 19:3,8,22
20:16 21:6,20 22:4
24:15,16,20,21 25:25
26:4,19 28:8 29:10,21
31:7,15,25 33:10,18
33:19,25 34:7,8,21
35:2,3 36:14,15,16
37:5,21,22 38:9 39:10
39:18 40:4,10,25 41:2
41:13,14 42:5 43:21
43:23 45:4 46:5,17,18
47:21 48:11,13,21
49:6,9,10,14,23 50:5
50:6,15,22,23 51:5,6
52:8,19 53:9 54:7,8
55:12,17 56:13,16
60:20,24 63:17,21,22
64:14,19,24,25 65:7
65:16,22,23 66:21
67:18 68:4,5 69:2,3

69:22,23 70:15 71:14
71:22 72:16,17,25
73:3,22 74:8,9,18
75:3,14 77:12,23
78:18,23,24 79:10
84:8 85:7,20,25 88:16
88:21 89:7,22 94:17
98:5 99:13 101:3,6,10
101:14,15,21 102:5,6
102:12,13,21,23
103:2,24 104:7,8
106:8 108:9,25 109:4
109:8 110:9,23 111:7
111:8,19,20 112:8
113:5,15,24,25
114:18 115:12,24
117:5 118:11,23,24
120:12,19 121:2
123:13,22,23 124:12
124:15 125:8,14,18
126:3,17 127:12,13
128:23 129:2,3,11,19
129:22 130:8,12,18
130:25 131:2,12,21
132:10,11 133:8,9
135:11,20 136:5
137:8,9,22,23 138:4,5
138:11,12,18 139:8
140:9 141:13,20,24
141:25 142:11,15
143:3,9,24,25 144:25
145:13 146:4,13,16
146:17,21,22 148:7,8
148:19 150:23 151:12
152:6,19,24 153:7,14
154:2,3,10,11,16,17
154:22 155:6,7,25
156:6,7,12,14,22,25
157:8,13,23 158:3,17
158:20 159:6 161:21
162:7,22 165:5 166:6
167:11 172:5 173:3
174:3 177:11 178:2
178:19 181:21 182:3
182:19 183:16 184:4
184:5 186:22,23
**objections** 60:21
104:25
**objectives** 152:25
**obligation** 75:11
188:21
**observation** 84:19
**obtain** 110:3
**obvious** 100:6
**occasions** 44:24
**occupied** 127:7
**occupy** 70:22 174:14
**occupying** 70:4
**occur** 82:10

**occurred** 7:21 31:19
63:16 116:16 179:18
**October** 14:6 18:22
51:17 91:6 99:6
134:23 144:7 174:24
175:4,4 199:5
**October/November**
140:5
**Odebrecht** 132:16
162:23
**offered** 119:18
**office** 7:16,18 24:10,24
25:8,10 44:4,18,23
57:18 61:13 97:6
103:17 115:13 124:21
129:9 142:17,20
144:13,15 145:16,22
145:23 146:8,11,25
147:10,16,21,24
155:14,19
**officer** 18:8 23:10,11
23:13 27:6,22 29:25
29:25 46:9,10 47:8
55:5 61:25 63:5
64:21 66:10,13 67:12
70:3,20 71:15,17 75:8
77:17 78:10 93:3
95:4 96:14,15,24 97:3
97:5,6 103:7 114:5
123:5 145:19 147:10
147:14 155:4 156:17
159:7,10,12 160:11
161:5 168:9,17
169:15 170:6
**officers** 9:17 34:9,10
35:7 45:21,22 46:3,4
46:16,24 55:18 64:5
70:16 73:13,24 74:7
74:16 75:12 76:19
77:5,10 87:20 89:6
93:22 96:20 103:14
109:21 111:18 112:10
112:25 114:19 162:4
167:7,20 173:14
177:10
**officer's** 54:19
**offices** 1:13 24:13
**office's** 8:8 144:16
**official** 174:21
**Oh** 180:21
**Ohio** 2:10 36:7
**oil** 90:6,13 91:22
147:24 148:2,3
**okay** 6:10,17,18 15:14
16:8 21:13 23:14
25:7 29:6 31:3 36:9
59:13 81:21 84:22
120:7 121:25 133:3
150:14 159:25 164:9

166:10 171:12 186:23
186:23 190:18 193:25
194:6
**ONASCH** 2:19
**once** 22:21 24:24 44:7
106:6
**ones** 11:24 18:17 37:9
45:24 47:2 73:23
85:2 90:11 91:24
99:3 102:17 110:16
184:16
**One-page** 80:2 198:16
**ongoing** 97:2
**oOo** 4:18 199:15
**open** 68:19 97:10
183:22 194:25
**open-ended** 191:24
192:8
**operated** 117:14
**operation** 157:7
**operations** 100:12
126:12
**operator** 184:13
**opinion** 39:25 42:8
52:24 53:2,7,20 54:12
54:16 55:3 57:4 84:2
117:24 118:9 182:7
182:10,22 183:5
**opinions** 29:3 47:9
53:12,16,22 118:3
**opposed** 57:2 83:5
**order** 66:7 67:3 82:8
90:22 92:16,19 93:18
94:3 108:14 110:2
133:20 195:7,7,10,12
**ordered** 55:10,15 68:24
110:21
**orders** 43:18 54:13
97:8 114:16
**organization** 151:18
**organized** 68:13
**outcome** 197:13
**outdated** 95:16,19
**outside** 48:24 64:4
124:20 177:17,24
196:3
**overbilled** 68:15 73:16
**overbilling** 73:7,11
74:5,11 137:25
**overcharge** 125:6
**overly** 174:15 192:17
**overpayments** 75:2
**overpriced** 73:16
**owned** 108:12
**owns** 149:14
**o'clock** 185:21

_____
**P**
**P** 2:2,2 3:2,2 4:2,2

**PAC** 75:22 76:21 77:15
77:24 78:11,11
**package** 111:25 114:12
**Paes** 113:6
**page** 15:17 83:17 84:21
107:12 108:5,14,21
122:3 171:24 172:8
198:3,8 199:11
**pages** 108:6 133:23
**paid** 66:8 69:19 118:21
160:9 167:6 177:2
186:16
**Pais** 29:24 45:20 46:23
111:3 112:12 113:20
114:7,9 115:15
116:11,17 117:3
123:5 171:2
**PAR** 151:3,21
**paragraph** 149:19
171:24 172:10,25
**Parana** 11:22
**parentheses** 97:10
**park** 150:2
**parliamentary** 12:25
13:8
**part** 8:4 11:8,10,15
25:6 33:12,14 36:23
39:21,24 42:6 50:17
61:22 74:12 77:18
99:4 104:21 114:11
120:9 147:5 153:16
153:19 178:7,8,10
187:8
**participate** 78:15
**participated** 128:14
129:5 143:22
**parties** 194:15 197:11
**partly** 9:14 153:17
**partnership** 90:10
**parts** 74:16 105:2
**party** 49:25 50:2 70:5
70:18,21 71:6,8,9,16
71:23 79:3,5 143:15
**Pasadena** 42:8 182:7
182:10,11,22 183:2
183:21
**pass** 35:7
**Passos** 11:21
**Paulo** 22:24 23:5 27:6
46:6,23 55:20 56:5
61:17,25 63:5 64:21
64:23 66:15 69:5
70:17,19,20 75:9,10
77:20 87:23,25 90:13
92:14 93:2 94:22
95:4 96:16 97:6,12
103:4 106:4,11
109:16 110:25 112:11
114:19 115:15 118:25

124:21 142:21 143:16
144:5,19 151:4
155:19 160:12,12,13
160:14 164:12,16
168:16 169:9 170:25
171:2,16,19 173:4,6,9
175:11 198:24 199:3
**pay** 70:21,21 154:13
167:12
**paying** 118:17 153:24
**payment** 19:15 67:13
70:23
**payments** 19:16 31:16
34:11 66:7 74:25
100:11
**Pedavesa** 89:25
**Pedro** 3:23 160:13
**pending** 6:16
**Pennsylvania** 2:18
**people** 22:15 40:7,7
43:5,14 46:3,14
100:17 109:16 137:3
138:21 139:16 145:2
145:7 171:8 181:15
181:25 184:12 191:14
195:16
**percent** 50:11,13 69:18
108:17,18 119:22
122:25 123:11,20
125:6 154:23
**percentage** 90:10
**perfectly** 173:11
**performance** 40:17,20
91:25
**performed** 24:2 97:21
112:15
**performing** 160:23
**period** 9:24 20:24 33:5
50:9 54:2,4,23 91:8
95:3 134:9 140:3,4
143:17 170:14
**periods** 143:5,5
**permission** 122:19
**permit** 152:21
**persecuted** 42:20,25,25
43:6,10
**persist** 96:13
**persisting** 95:11 176:12
**person** 27:18 29:22
41:21 52:20 53:11
62:13 76:13,14,15
77:4,15,16 127:16
132:13 146:18 170:11
**personal** 135:16
**personally** 62:19
106:14
**personnel** 91:12
**persons** 21:11,25 22:9
47:23 181:9

person's 18:10 183:9
Petrobras 1:5 3:20 5:9
6:22 7:9,23 9:18 10:9
13:21,24 14:3,17,21
18:2,13,25 20:19
21:10 22:10 23:7,8,19
25:3 32:21 39:17
40:8,12,15,18,24
41:21 42:4,16,21 43:2
43:6,15 49:22 50:4,19
50:24 53:8 63:9 66:6
68:8,24,25 69:20
72:12 75:13 85:6,14
85:23 86:7 88:15,24
89:10,18,23 90:11
91:10,17,21 100:24
101:8,12 102:3,10,15
104:4 106:6,10,16
107:17 108:12 109:6
109:11 115:7 118:17
118:22 119:20 123:12
124:20 125:25 126:6
127:25 128:12,13
130:16,23,24 131:18
133:7 134:6,8 135:19
136:4,7,9 137:17
138:2 139:12 141:23
142:17 144:7,24
145:20 146:3,11,25
147:4,7,25 148:16
149:9,22 151:10
152:21 153:24 154:9
154:13,14 157:3
158:8,16,23 163:20
164:12,16 167:6
168:4,22 169:3,11,14
170:2,3,8,15 173:21
175:11 176:25 177:3
177:17 181:16,17
183:13,20 184:3
198:24
petrochemical 169:6,7
171:5
phase 91:5,5,24 95:24
97:17 98:25 99:8
phases 93:19
phone 134:8,13,19
136:23 139:19,21
140:19 142:19 144:8
189:17
photographs 160:5
photos 160:17
phrase 129:14
physical 78:6,8
picture 24:8
pinpoint 57:14
Pinto 38:5
place 8:15 64:3,5 86:9
159:13

Plaintiff 2:3,10
plaintiffs 1:12 2:16,17
2:22,22 3:8,14 6:3
35:23 36:3 190:8
195:4
plan 92:25 93:6,8 150:3
150:25 151:18
planning 91:21 92:17
99:24 149:22
plans 91:2
Plaza 3:21
plea 7:20 103:5 118:25
127:9
please 6:12 21:15 35:9
35:20 44:2 55:19
82:3 105:16 106:23
107:13,14 111:23
112:7 122:6 150:24
159:21 164:21 173:13
PMDB 71:6
PNBV 168:23 169:2
pocket 173:21
podium 68:22
point 18:12 56:10
97:18 100:18 103:16
104:11 148:14 178:13
185:15 186:8,9,11
190:12
pointed 24:7,9,12
138:17 140:21 149:6
pointing 96:18 104:9
139:5
points 122:4,5
police 9:10,11 80:17
policies 64:11
political 70:5,18 71:6
79:3 173:12
politicians 34:17,24
35:6 37:2,3,7 39:12
49:20 102:24
Pomerantz 1:13 2:3 5:7
portraits 24:13
Portuguese 4:15 5:19
5:20 27:16 83:3
121:7,17 172:14
position 18:4,21 21:15
26:23 42:9 54:19
55:4,24 70:4,20,22
71:10,17 72:5 99:7
103:20,20,22 105:8
109:24 111:13 138:8
146:6 147:19,23
148:16 156:17 174:14
179:19 180:25
positions 18:14 32:7
127:7
possibility 91:4 189:13
possible 108:4 128:3
193:14

postponed 100:2
power 94:20 108:18,20
108:21,24 109:6
119:7 122:8,12,13
practice 88:18 137:16
149:9
practices 102:9 137:24
138:3 173:23 184:10
preferably 143:12
premise 93:17,20
premises 93:6,9 94:10
182:13
preoccupied 45:13
preparation 28:7
152:16,17
prepare 73:25 98:17
prepared 28:5 39:17
66:19,22 85:19,23
88:5 98:14
preparing 28:4
present 4:13 10:22 25:4
25:11 26:10 63:14,19
74:2,14 76:19 77:20
77:22 82:14 88:10
97:23 109:14 111:10
113:11 130:15,20
presentation 75:4
92:16,19 93:22,23
94:6,6 98:4,13 105:16
105:20,23,25 106:3
106:13,16,20,25
107:3,6,11 109:10,15
109:23 110:5,13
111:9 198:19
presentations 9:20
73:25 74:2,5 75:11
77:5,9 78:14,17 132:6
145:7
presented 11:5 63:12
107:4 110:4 111:10
125:12 129:21
preserve 165:10
presidency 71:24
president 24:8,22
27:13,14,16,19,25
37:14 44:11,12,13
65:21 68:10,11,11
71:25 72:6,8 89:12
105:24
press 34:16
pressure 42:12 48:6
115:10 117:4,11
173:9 182:17
pressured 48:9 115:6
117:12 182:14,18
previously 87:7 106:2
price 67:20 91:9 94:25
95:6 96:4,14 117:18
119:16 122:16 123:20

prices 94:20 95:7,21,21
96:5 118:16
pride 176:22 177:4
prior 8:3 17:16 60:23
private 191:15
pro 72:11
probably 187:24
195:20
problem 11:15 54:25
82:6 83:8 100:20
121:22 161:19 189:24
problematic 182:12
problems 11:16,18,25
12:3,4,6,7,11 54:21
70:2,3 104:5 153:2
157:14 162:5 178:14
178:18
procedure 33:15 56:21
56:22 57:3 61:20
82:8 125:5 151:9
procedures 19:19
28:17 55:8 85:17
149:17 151:15 164:25
172:19 174:6
proceed 36:12 123:9
189:9
proceedings 197:7,9
process 66:9 73:6 92:17
92:24 95:18 149:17
153:17
produced 80:9,19 81:8
128:12 132:22,23
150:11,13
producing 116:21
production 43:12 46:8
56:4 71:18 81:7 90:6
116:14 128:10 184:25
products 31:17 50:12
professional 53:20
135:15
profile 174:14
profitable 98:18
profits 98:21 108:16
113:18
program 42:18,24 43:3
75:22,22 76:3,13,17
76:21 77:24 78:11
progress 77:10 78:8
159:24
project 75:19 78:6
90:17 91:9 93:19
94:3,11 95:23,24 96:3
96:10 97:19,22 98:18
98:20,21,24 99:21
100:15 107:7,14
109:7,25 113:2
116:19 123:17 131:13
153:10 154:15 181:12
projects 73:15,15,17

74:4 75:21,23 77:2,11
77:19 84:10 93:12,13
97:2 98:16 113:16
project's 92:20
promotions 19:25
properly 177:25
proposal 92:7 94:8
99:19 100:23 101:9
101:13 102:2,8 108:2
132:6 188:8
proposed 93:2 99:16
100:22 106:7 115:21
116:11
proposes 164:24
proposing 116:6
prosecution 7:18 8:8
10:3
prosecutor 177:22
prosecutors 11:2
protective 133:20
195:7
provide 7:13,15 48:5
66:25 115:9 127:16
148:24 152:22 182:6
provided 7:10,25 9:3
10:9 11:2 12:20
13:14 14:16 19:16
21:12 22:2 30:16
35:5,6 52:22 66:24
108:22 149:4
providing 22:10,17
provision 20:22
provisions 126:8 128:2
Prussia 2:17
public 1:15 2:10 5:23
13:15 36:7 51:8
80:15 81:18 136:15
197:5
publicized 42:15
publishing 19:25
punish 24:3
punished 39:23 55:10
55:15 146:20
punishment 104:3
punishments 136:11
purchase 182:7,11
183:2
purchasing 93:13
purposes 120:5
pursuant 1:12
put 15:14 16:8,21 17:6
17:25 36:10 38:23
42:9 51:15 88:6
114:7 130:11 132:24
146:5 171:12 174:20
180:7 181:14
puts 114:9
PWC 4:8
p.m 25:11 60:2 86:14

86:15 87:3,6 114:22
114:25 133:12,15
138:19 139:20 163:9
163:14 185:3,8,12
187:16,19 194:10,12
196:11,13

**Q**

**quadrant** 107:20
**quality** 30:14 31:5
**quantity** 66:12
**Queiroz** 132:15
**question** 6:12,16,17
22:7 27:20 31:2 39:8
39:11 41:16 58:15
60:24 72:23 94:14
99:11,15 132:13
155:8,22 190:13,15
**questioned** 148:25
152:10
**questioning** 152:9
**questions** 5:19 7:5 29:8
60:11,15 78:9 85:9
87:13 99:14 111:25
121:17 171:22 185:22
186:2,3,4,21 187:7
189:3
**quick** 59:20 87:12
114:21 124:25 163:8
**quid** 72:11
**Quintao** 168:18
**quite** 98:22
**quo** 72:11

**R**

**R** 1:14 2:2,25 3:2 4:2
5:22 197:2,4,19
**Radnor** 2:18
**Raimundo** 146:8
**rain** 100:9,10,12,15,15
**raise** 189:5
**raised** 101:16
**range** 191:19
**rank** 67:9
**ranking** 67:12 91:21
**rate** 96:5
**reach** 189:2 194:8
**reached** 90:18
**read** 152:2 167:15
**reading** 39:3 58:5
60:16 167:16 172:7
**ready** 112:3,4 121:24
126:8
**reais** 50:8,10 68:20
153:13
**real** 105:17
**realities** 25:22
**reality** 88:24
**really** 20:11 57:11 91:8

94:25 97:2 102:15
125:9 135:14 145:20
151:24 176:20 177:6
179:22
**realm** 27:12
**reappear** 188:4
**rearrange** 194:4
**reason** 39:25 54:3
100:7 111:15 155:23
156:3
**reasons** 29:4 42:11
53:20,22 54:2 131:3
135:2 155:15
**recall** 8:15 10:10,15,15
10:19 11:19 14:5,23
22:13 26:10 29:13
30:8 33:16 40:6
44:24 49:21 50:17
51:2 62:7,22 63:15,19
67:14,15,16 68:24
74:21 78:21 84:5
89:9 106:19 108:23
128:13,18 131:7,15
132:7 141:12 160:19
160:23 162:20 168:6
168:20 169:18 171:9
174:19 180:4 181:20
182:25 183:8 184:18
**receipts** 21:18
**receive** 78:20 82:15
106:12 149:13 161:12
**received** 75:11 88:4
96:15 104:4 121:18
130:2,3,11 133:5
134:8,14,18,19 136:3
136:24 138:9 146:10
162:9 166:21,23
184:23
**receiving** 28:23 72:20
137:6 166:16
**recess** 35:14 59:24
86:15 114:24 133:14
163:11 185:5 187:18
194:11
**recognize** 15:10,15
16:12,25 17:10,20
81:22 82:22 150:15
164:14 171:18 175:3
**recognized** 135:14
**recognizes** 81:2
**recollection** 39:2 58:6
**recommended** 90:20
91:16
**record** 5:3,14 35:13,17
36:20 37:11 58:3
59:5,23 60:2,22 61:2
81:19 86:14 114:23
115:3 120:25 121:6,9
133:13,16 145:3,4

152:11 161:9 163:10
163:14 165:11 185:4
185:8,10 186:5
187:15,17,20 194:8
194:13 196:5,12
197:9
**recorded** 34:16,25
**recording** 34:19,20
37:15 50:18 65:17
145:5
**recordings** 39:14
**records** 80:15
**red** 67:3
**redone** 160:11
**refer** 30:12 173:25
**reference** 107:18
**referred** 29:7 84:25
**referring** 20:10 84:20
108:20 111:17
**refers** 83:2
**refinement** 90:15
**refineries** 11:12,13,19
11:20,23 12:2 90:17
90:18
**refinery** 11:21,22,22
55:2,4 68:3 75:19
76:17 89:16,19 90:4,8
90:20 91:3,11 92:25
99:21,22 104:11
108:11 115:9 120:9
120:18 131:11,20
132:3,9,22 150:3,24
161:12 163:19
**refinery's** 124:2
**refining** 90:19 161:13
**reflect** 31:8 121:6
152:18
**reflected** 31:13 39:16
125:7 153:6
**reflects** 132:20
**refusal** 182:9 183:5
**refuse** 101:12
**refused** 42:7 48:5 55:2
99:5,6 101:8 123:8
155:20 182:6,14,22
**refuses** 123:6
**refusing** 189:15
**regarding** 77:24 82:16
92:24 96:3 103:6
105:12 146:10 163:23
164:24 167:22
**regards** 97:3
**regular** 44:5 75:8 129:7
142:18
**regulation** 88:9,14
**regulations** 164:25
**rehired** 42:21
**rejected** 102:9 106:6
**rejection** 102:9

**related** 41:3,5 42:8
74:3 160:24 174:7
184:14 197:10
**relationship** 69:24
70:13 85:10 90:12
92:4 101:25 132:14
136:15 154:9 159:17
159:18 161:3 184:8
**relationships** 138:22
**reliving** 135:9
**remember** 9:22 12:9
21:16 28:14 29:16
30:5,21 32:17,23 37:8
37:17 38:7 40:16,19
40:22,23 41:23 42:13
42:23 43:5,14 45:23
46:25 48:16 57:20
66:18 76:9 79:3
83:24 89:13,14
101:20 106:22 124:3
124:19 125:9 126:4
131:13,17 134:20
139:21,24 140:2,6
142:3,5,6,8,9 147:9
150:4 154:21 158:24
159:2 160:22 165:23
165:25 166:15,24
167:21 168:19 171:11
174:11,13 182:6
184:13
**remembers** 26:8
**remind** 96:24 151:3
195:5
**reminder** 37:24
**remove** 110:7 113:8,14
113:19 114:16 115:7
116:8 149:22
**removed** 26:23
**Renato** 46:9 55:21 71:9
71:10 92:13 97:3,7
114:6,20 129:4,13
143:18 144:4
**renew** 99:12
**repeat** 11:14 143:10
**replaced** 117:2 159:2,9
**replacing** 159:7,11
**replied** 112:25 165:23
**replies** 62:2
**reply** 83:4
**report** 7:25 18:6 21:2
22:14,18,20 28:7,15
28:23,23,24 30:16
31:5 34:18 38:17
39:13 47:5,6,11 51:16
66:17,19,22 69:11,18
83:19 87:15,21,23
88:8 103:12 110:7
131:25 134:24,25
150:7,18 152:2,16,17

153:3 159:23 160:5
160:11,16 162:9
177:16 179:19,24
180:4 198:22
**reported** 82:5 160:3
163:23 184:17 197:7
**reporter** 1:15 5:15
197:5
**reporting** 5:4 23:2
**reports** 39:17 88:5,10
**report's** 30:14
**represent** 6:3 45:22
46:22 81:12
**representations** 196:5
**representative** 30:4,6,8
38:8
**representatives** 13:2
**represented** 89:25
**representing** 81:14
**Republica** 68:9,11
**request** 13:18 34:11
43:11 54:17 93:2,5
103:8 116:13 118:10
122:23 126:11 127:2
128:9 132:19 184:25
**requested** 20:7 27:8,11
28:15 66:4 73:18
93:3,4 94:21 103:9
118:3,8,14 122:13
124:6 127:5 130:13
151:4 199:10
**requesting** 56:24 84:5
124:2
**requests** 35:4 132:24
**required** 150:12
**requirement** 115:14
**research** 28:16 52:11
95:13
**researches** 127:15
**reservation** 121:3
**reserve** 104:24 165:11
165:13
**resign** 156:20
**resolve** 189:16
**respect** 6:22 8:14 43:14
84:6 115:8 152:22
154:13 162:11 163:2
164:7 183:21
**respond** 161:17,20
174:9,10 179:2,6
**responded** 179:9
**response** 24:5 104:5
121:16 123:3 161:16
**responsibilities** 93:21
147:23 151:18
**responsibility** 93:16
100:19 151:7,16
177:4
**responsible** 85:2 95:20

117:14 149:20 151:8
**rest** 189:11
**restrict** 43:18
**restricts** 28:18
**restroom** 6:15
**restructuring** 88:25
**result** 28:14 44:22
102:10 104:11 112:17
112:17,22,24 113:21
113:23 128:3 135:18
136:3 154:8,14
**resulted** 101:4
**results** 44:19 51:24
95:15 108:4 110:14
**retaliation** 40:2
**retaliations** 136:11
**retired** 32:22 40:13,14
42:20 86:8 91:13
169:12
**Retirement** 2:11 36:7
**return** 194:22 195:3,25
**returned** 147:18
**reveal** 188:22
**review** 66:7 95:13 96:4
104:12 111:24
**reviewed** 96:19 126:25
**reviewing** 73:9 134:9
**RICHARD** 2:19
**rid** 25:24
**right** 10:12,19 21:21
24:9 46:11 64:10
67:15 74:3 102:18
120:6 121:13 134:16
164:2 165:6,11,14
183:25 189:9,17
193:20 194:7 195:15
195:20
**rights** 104:24 121:3
**Rio** 134:11
**risk** 32:15 40:15
**risks** 177:14
**risky** 174:2
**Rita** 141:15,17 142:9
142:10
**RNEST** 105:12 107:7
115:9 126:20 138:7
148:23,24 150:6,17
150:17 181:6 198:22
**RNEST's** 149:3
**Road** 2:17
**rob** 140:22 141:6
**robbery** 140:23,24
**ROBBINS** 2:21
**Roberto** 7:21 20:11,14
22:24 23:5 27:6 30:2
30:20 46:6 55:20
56:5 61:17,25 63:6
64:21,23 66:15 69:5
70:17,19,20 75:9,10

77:20 87:23,25 90:13
92:15 93:3 94:22
95:5 96:16 97:6,12
103:4 106:4,12
109:16 110:25 112:11
114:19 115:16 118:25
124:21 142:21 143:16
144:5,19 151:4
155:19 160:12,12
164:12,16 165:7
168:16 171:16,20
173:4,6,9 175:11
198:24 199:4
**Roberto's** 46:23 169:9
**ROGER** 3:22
**role** 177:3,7
**room** 58:23
**Rosa** 170:10
**Rosemberg** 38:4,6
48:16,17,22,25
**Rousseff** 76:9
**RUDMAN** 2:21
**rug** 174:7
**rules** 6:10
**Russell** 2:17
**RUSSO** 2:19
**R.C** 168:13

---
**S**
---

**S** 2:2 3:2 4:2 198:7
**Sa** 41:7,12,20 42:3
91:16 92:15 103:6
104:4,5,9,14 106:4
126:4,11,18,24
127:14 129:6,13,15
129:17 130:2,11,19
181:11 182:5 184:6
**safety** 184:14
**salary** 177:2
**Salles** 169:16,17
**Saltzman** 2:13 36:6,6
**San** 2:24
**sand** 157:7
**savings** 108:16,17
**saw** 52:12 57:25 58:9
65:3,4 102:18 111:9
111:11 128:7 140:13
149:18
**saying** 53:10 61:9
83:14 97:14 136:25
149:19 151:17 159:24
184:8
**says** 88:9 105:23
151:18 189:19
**SBM** 164:7
**scare** 45:2
**scared** 45:11 138:9
**scenario** 107:17,18,25
108:4 110:17

**scenarios** 107:16
**schedule** 194:4
**schedules** 192:12
193:15
**scheme** 20:21
**scope** 28:19 32:3,3
39:24 43:18 51:19
96:10
**Scott** 3:11 36:2
**secluded** 129:8
**second** 9:25 11:14
18:22 25:3 122:3,16
122:22 132:5 147:20
148:6 150:24 172:8
**secondly** 22:25
**secretary** 62:12 112:10
114:4 115:19 141:11
169:9,15
**Securities** 1:5 5:10
**see** 16:17 25:5 29:16
32:17,25 54:15,17
60:4 74:11 77:9 81:2
107:11,21 108:6
114:8 122:10 132:3,5
135:2 152:3,25 153:8
167:17 189:19,25
190:21,22 193:14
**seeing** 77:14 128:11
**seek** 195:24
**seeking** 82:19
**seen** 54:11 59:2 85:18
127:19,23 128:5
**send** 56:25 61:12,18,20
62:11 64:12,17 66:19
75:11 88:19 89:4
106:14 112:13 150:25
151:5 165:17 174:17
175:7 179:24 180:22
**sending** 56:17 65:17
66:3 82:4 114:7,9
172:21 175:22
**Senior** 18:5
**sense** 31:2
**sent** 28:24 47:5,11 55:6
55:10,15 61:9 62:7
66:2 67:12 79:7,16
81:23 83:7 87:14,19
87:23 88:8 112:9
117:11 122:3 123:5
123:25 143:8 145:21
150:3 160:11,12,19
164:15 167:19,20
171:19 175:4,14
180:3,16,19 186:18
**sentence** 62:10
**separate** 79:22
**separating** 136:20
**September** 13:4 15:8
15:12 20:25 95:20

105:12 198:9
**Sergio** 24:10 46:13
55:21 92:7,15 106:5
106:12 109:17 168:18
170:16
**series** 7:14 148:11
**serious** 20:17,20
165:20
**served** 129:9
**service** 67:21 92:14
93:14,15 118:2,4
122:17 128:16 149:7
149:11 152:12
**services** 8:8 10:9 19:15
19:21,25 21:12 22:2
22:10,17 28:18 34:11
35:4 46:10 66:24,25
67:3 69:19 71:12
94:23 151:2,6 160:24
**session** 60:23 87:2
**set** 49:18 75:21 100:14
122:4 197:15
**setting** 62:12
**seven** 8:2 77:6
**share** 176:7
**shareholder** 70:2,7,14
**Sheila** 169:22
**ship** 148:4
**short** 147:15
**Shorthand** 1:15 197:4
**shot** 141:18
**show** 61:10 62:9 82:11
82:19 107:6 115:8
131:19 160:17 162:25
178:7
**showed** 82:7 91:20
94:10 127:10,22
146:8 160:17 175:18
**showing** 109:25 110:7
**shows** 107:14
**side** 38:23 134:15 139:6
139:15 146:9,9
**sign** 149:14
**signature** 122:8,12,13
**signatures** 149:10
**signed** 6:6 34:13 89:23
90:3 148:24 149:23
151:20
**significant** 100:8
**signing** 66:11 151:8
154:19,19
**Silva** 72:9 180:10,17
199:8
**similar** 99:17 122:20
**Singapore** 55:6,11,16
135:22,22 136:19
141:14 142:4,7,14,16
143:2,8,23 144:7
145:11,17,22 147:16

147:19 148:5,17
163:22,25 175:9,24
179:20
**single** 100:18 134:17
**sir** 129:10
**sit** 186:17
**situation** 147:8 155:16
174:2 176:17 186:20
189:18 192:16
**situations** 172:3
**six** 6:23,24,25 12:17
33:4 77:6 95:17
110:19 146:12,24
180:14
**size** 99:21
**SKADDEN** 4:3
**Skagen** 2:16
**skilled** 174:15
**skyrocketed** 50:20
**SLATE** 4:3
**slightly** 110:2
**small** 28:17 66:12
**smaller** 67:8 137:14
**social** 177:4
**solution** 189:6,24 190:2
190:4
**somebody** 177:24
**somewhat** 8:4,10
138:23
**soon** 22:21 94:12
134:23 138:24 194:22
**sorry** 15:24 16:18
93:15 104:16 107:24
109:20 112:2 144:10
147:19 169:10
**soul** 113:17
**sounds** 168:20
**source** 80:13 81:11
177:4
**Southern** 1:3 5:11
**Souza** 169:4,10
**SPALDING** 4:7
**speak** 14:10 48:7,10
64:20,22 123:24
166:3
**speaking** 110:5 140:18
159:23 181:8 182:12
**specialized** 91:12
**specializing** 90:13
**specialty** 100:21 149:6
**specific** 9:10 11:20
45:25 49:21 61:11
115:10 172:18 184:18
**specifically** 46:25 62:23
73:14 114:13 158:6
167:7 172:16
**specifics** 8:12 14:12
**specified** 34:14
**speech** 47:22

**spell** 20:12
**spend** 112:21
**spent** 50:9 112:20
**split** 67:2
**spoke** 27:6 37:23
143:15 182:5 185:17
**sponsor** 68:25 69:20
**sponsoring** 50:19
**spot** 140:24
**spreadsheet** 69:11
**Square** 4:4
**St** 69:7
**staff** 43:17 77:2 78:9
**stand** 8:23,24 23:15
26:24 60:22 71:7
76:24 84:13 196:6
**standard** 56:21
**standards** 91:19
**standing** 121:2
**stands** 21:23 27:10
44:16 60:24
**start** 19:5 57:15 101:23
128:24 134:18 168:4
**started** 51:17,19 91:3
96:7,13 142:17
**startled** 25:19
**starts** 153:10
**state** 1:16 21:15 37:12
37:25 38:8 69:8
182:15 194:14 197:6
**stated** 98:6 167:4
**statement** 105:11
**states** 1:3 2:22 5:11
105:10
**stay** 136:19 143:17
147:3,16 164:2 187:2
187:6,12 188:14,15
189:11 190:3,17
**stayed** 31:20 136:20
145:18
**steel** 96:5
**STEEN** 3:20
**stenographic** 5:14
**stipulation** 36:14
**stop** 59:19 81:4 135:3
137:10 166:4,5
**stopped** 138:25 166:9
**stops** 143:12
**story** 147:14
**strange** 117:15 118:5
**strategic** 90:9 91:2
**strategy** 151:2,6
**street** 3:15 138:23
**stress** 96:2
**strike** 99:10 103:24
155:25
**studies** 90:22 97:18
128:10
**study** 91:20 98:3 99:4

110:4,12,14,17 128:7
130:6,11,13 142:23
142:24 143:6
**studying** 128:8
**subject** 26:15 39:24
43:4 46:21 47:25
82:25 96:24 105:23
167:2 195:10
**submit** 23:4 57:5 62:3
75:8
**submitted** 9:18,20 21:2
22:25 28:5 56:23
57:20,24 61:15 84:24
93:22 94:24 98:15
115:17 117:10 122:18
123:18 124:17 162:17
162:18 178:20 181:7
**submitting** 66:9
**subordinate** 21:17
**subordinates** 21:9,14
114:10
**Subscribed** 196:16
**subsequent** 31:22
**subsequently** 96:20
**subtract** 112:23
**success** 179:11
**successful** 34:4 94:4
**succinct** 62:10
**sudden** 111:17
**sued** 51:25
**suffer** 117:11
**suffered** 135:7,18
181:15
**suggested** 64:6 65:5
100:23
**suit** 14:16,18,20 15:3
**Suite** 2:23 3:4,10
**summary** 121:11
**summed** 63:4 149:2
**summoned** 13:9,10,12
24:23 25:8
**superficial** 28:9 29:8,9
29:19 30:13,24 31:5,6
31:22 48:19 49:12
**superior** 103:8
**superiors** 8:2 88:11
**suppliers** 66:6,9 67:14
67:15,16 99:22
**supply** 18:18,20 19:11
20:2,18 22:23 23:8,12
23:13 28:12 29:24,25
41:9,10 56:6,24 69:4
76:14 90:16 117:22
117:22 168:17
**support** 41:9 57:9,11
61:16,25 70:5,18 71:6
91:15 103:16 117:25
176:19
**supported** 41:8 71:23

91:14 117:25
**supposed** 66:8 68:21,21
89:4 160:24
**supposedly** 24:17 54:6
**sure** 18:10 20:12 24:23
29:17 35:10 51:20
61:2 79:2,24 84:2,3
88:12 98:8 109:18
121:5 122:19 155:18
156:8 157:10 158:24
162:24 168:25 178:15
180:23 181:19 183:3
192:20
**surprised** 25:19 52:14
167:9 179:5
**suspend** 122:18
**suspended** 66:7
**suspension** 122:23
**suspicion** 103:5 127:4
**suspicious** 126:24
**SWICK** 3:3
**sworn** 5:18,22 87:8
196:16
**system** 2:11 21:18 36:8
95:7,10,13,19 96:8,11
147:5

**T**

**T** 1:2 197:2,2 198:7
**take** 8:15 15:18 33:14
42:11 51:23 59:20
92:7 111:22 112:2
113:21 114:21 133:10
134:25 136:22 163:8
182:17 185:2 191:14
**taken** 1:12 5:9 35:14
47:12 51:23 52:5
54:18 55:5 59:24
114:24 133:14 163:11
185:5 187:18 194:11
**Tales** 183:10 184:6
**talk** 82:12 135:8 140:14
145:25
**talked** 34:25 36:25 79:6
88:14 159:19 167:18
**talking** 67:23 73:14
113:18 155:17 158:2
167:17
**talks** 34:17 167:14
**tape** 35:12 115:2
**tapes** 67:4
**taxes** 108:3
**TBG** 64:6
**technical** 55:3 90:21
**technically** 54:23 73:10
74:13 174:15
**Teleconference** 2:13
3:12,18
**tell** 22:21 26:13 27:2

33:2 40:6 51:14
63:24 64:10 97:16
107:10 114:3 116:16
118:7,18 119:3
127:21 135:5 140:7
141:10 142:13 144:18
148:14,21 153:5
155:20 165:17 166:3
172:12,14,15 175:21
176:23 181:25 182:8
**telling** 61:5 189:10
**tells** 7:6
**ten** 142:18 143:11
187:13
**terms** 37:7 153:5
154:24 164:2
**testified** 5:23 7:23
30:15 36:22 44:25
50:18 51:2 56:10
58:20 59:12,16 60:13
87:8,14 99:16 106:15
110:6 115:6 127:18
128:11 129:16 131:7
133:5 144:6 145:8
163:17 178:24 181:15
**testify** 81:3 152:22
**testifying** 39:2,6 141:12
**testimonies** 10:5,23
11:3 12:16,17,20
13:20 14:11 15:2
43:16
**testimony** 6:21 7:2,8,10
7:13,24 8:17,20,23,25
9:3,6,25 10:13 11:5
12:17 13:7,17,19
14:15,24 15:11,15
17:2 21:11 30:15
33:21 34:15 38:25
39:15 43:22 44:2
48:5 58:25 73:2
79:11 87:14 89:3
148:25 149:4 152:8
152:10 181:22 188:24
190:5 195:3,8,12,17
**Texas** 3:10
**text** 116:4 117:11
**Thank** 27:23 47:16
98:11
**thing** 6:16 8:5 46:22
64:11 108:5,7 118:5
135:9,22 139:2 195:5
**things** 100:7 117:13
152:8,9,11 157:10
167:15 176:13 191:9
191:18 193:19
**think** 13:4 20:12,20
24:12 28:13 30:23,25
32:16 58:10 60:22
64:16 65:5 80:8 81:9

81:10 86:11 93:8
102:19 108:11 111:13
116:15 120:25 121:23
122:9 123:7,24
139:13 140:15 144:23
151:9,13,23 157:2
158:11 160:21 161:20
164:17,18 166:24,25
168:24 170:5 171:7
179:11,16 180:6,21
181:12 183:13,18
189:8,17 190:24
191:15 193:7 194:25
**thinks** 6:5
**third** 1:13 2:4,11 5:8
52:23 54:11,15
**thought** 8:9 24:2 39:23
49:11 57:10,25 82:9
135:12 174:4
**threat** 134:11,14,17
135:6,7 139:11,17
**threaten** 138:14,15
**threatened** 45:11
134:10 138:14 139:10
141:2,8
**threatening** 46:3,15
134:19 136:23
**threats** 133:5,7 134:5
135:2,3,19 136:3,10
138:10 139:25 140:8
176:5
**three** 14:4 48:4 94:5
136:21
**threshold** 34:12,15
**time** 5:6 6:11,14 7:20
8:7 9:24 11:11 18:24
20:24 23:6 25:3,9,12
25:16 26:25 33:5
34:22 35:11,16 37:14
40:16 45:14 46:8,10
46:21 50:9 52:22
53:4,10 54:3,4,23
55:25 58:16 59:22,25
63:2 64:9 72:8 74:10
78:4,5,25 85:4 86:5
86:13 87:5,25 89:4,9
91:7 94:8 95:3,8
96:18,25 103:7 107:8
109:18 112:3 114:5
114:22,25 115:6
117:9 118:18 119:6
125:24 126:10,13
128:8 133:12,15
134:9 135:8 138:16
139:17 140:3,4 141:6
142:13 143:7,17
145:14,19,25 146:7
147:10,13,20 148:6
157:3,16,20 158:7,11

159:8 161:12,13
162:4 163:9,13
166:21,25 167:5
170:14 172:2,21
173:18 174:12 175:11
175:13 177:16,22
179:12 180:12 183:6
185:3,7,12 186:12
187:10,16,19,25
190:9 191:5 193:5
194:10,12 196:11,13
**timeline** 57:15
**times** 4:4 6:24,25 33:22
48:4 73:7 95:6
103:19 153:21
**tired** 187:11,24
**titles** 32:6
**today** 6:11,21 8:13,25
9:13 14:13 38:14
45:6 126:14 148:14
155:18 168:23 170:2
176:11 178:24 181:14
186:11 195:9
**today's** 5:5 196:11
**told** 23:24 44:7 52:22
64:3 80:18,24 97:8
104:15 111:4 113:20
123:9 129:8 140:12
144:17 147:3 155:23
166:3 173:5 188:18
**tomorrow** 187:23
188:3,6,7,12,14
189:13,14,15 190:17
**tonight** 188:17
**top** 170:19
**TOPAZ** 2:15
**topic** 56:7
**Torres** 168:13
**totally** 44:10 138:13
**touching** 45:17,19
139:15
**trace** 40:22 44:10 96:12
**trading** 145:23 147:24
163:24
**trampling** 137:3
**transcript** 15:7,21,25
16:9,18,22 17:2,7,17
133:19 195:6 197:9
198:9,10,11,12,13,14
**transferred** 103:17
145:15
**transformed** 111:11
**translation** 82:24,25
83:9,11,13,14 104:17
105:3 119:24 120:3
121:14,22 165:13,15
172:6,13 174:22
198:18
**translations** 104:21,23

105:2 121:4
**Transpetro** 168:11
169:22,25 170:17
**Transpetro's** 167:21
168:9
**transporter** 64:7
**treated** 135:24
**treating** 47:25
**trial** 121:12
**tried** 44:25 61:5 136:11
141:6 147:4 181:16
**Tripodi** 43:17 44:3,25
45:20 46:20 48:15,17
48:23
**true** 100:25 142:25,25
185:17 195:16 197:9
**trusted** 49:7
**truthful** 8:20
**try** 6:13 25:21 31:3
32:17 81:5
**trying** 42:4 57:15 81:9
81:10 104:5 156:20
175:21 192:17
**turn** 89:15
**TV** 43:3
**twice** 24:24
**two** 12:15 14:6,8 29:2,8
30:18,23 37:8,8 38:6
51:18 52:11 53:12,16
53:22 54:21 55:6
79:12,22 87:13 94:5
122:5 136:21 137:4
143:4 145:14,14,18
148:9 155:9 166:23
176:19 190:22 191:10
192:25
**type** 67:20 135:6
**types** 9:10,15,15 12:3
134:4 135:17

_____
U
_____

**U** 5:18
**UBIRATAN** 4:14
**unavailable** 193:11
**uncover** 40:8
**uncovered** 41:12 65:11
**underneath** 79:14
**understand** 6:11,19
22:7 56:10 81:11
89:3,20 105:7 121:8
127:18 155:15 173:12
190:24 191:11 192:15
195:22 196:9
**understanding** 90:3
185:24 187:23 188:2
**understands** 41:16,19
194:24
**Underwriter** 4:3
**unfair** 59:3

**unfeasibility** 74:3
181:7
**unfeasible** 73:17
**union** 147:11
**United** 1:3 5:10
**units** 119:4
**unrelated** 94:14
**unusual** 159:4,5 161:18
**update** 90:17
**use** 44:23 171:23
177:20
**usual** 27:18 66:25
**usually** 27:18 49:7
124:16 128:16 153:2
167:12,13
**U.S** 32:8

_____
V
_____

**Vague** 120:12
**valuation** 90:23 112:14
**value** 97:23,23 110:8
111:10 112:17 113:12
**Vargas** 11:22
**variable** 96:7
**variables** 73:9 90:25
95:18 96:5,9 99:3
107:16,19 110:13,15
**various** 19:15 31:16
47:3 66:10 69:6
84:23 95:3,6 96:23
107:16 134:8 136:8,8
**vast** 49:24
**Velosa** 1:11 5:12,21
87:7 129:12 198:4
**Venezuela** 89:24,24
90:6
**Venina** 1:11 5:12,21
6:2 15:10 39:6 81:22
87:7 168:7 198:4
**verify** 57:12 82:8
167:24
**version** 121:7
**versions** 121:18,19
**viability** 107:7,7,14
115:8
**video** 5:4 51:10 145:4
**videographer** 4:17 5:2
5:4 35:11,15 59:22,25
86:13 87:4 114:22,25
133:12,15 163:9,12
180:14 185:3,6
187:16,19 194:10,12
196:10
**videotape** 35:16 87:5
163:13 185:7
**videotaped** 1:11 5:6
51:4
**Vieira** 165:7
**view** 187:4,6

**views** 165:20
**violation** 195:11
**virtually** 123:7
**Vitoria** 170:12,13
**volition** 143:2
**voluntary** 7:11
**VPL** 110:8 116:9

_____
W
_____

**W** 3:6
**Wagner** 37:13,18,25
**wait** 94:23 122:24
**waived** 121:13
**walk** 89:19 107:13
**wall** 24:9
**want** 7:17 14:13 15:18
24:14 25:23 26:17,21
39:21 54:10 56:8
58:3 60:11,13 64:16
64:22 79:9 82:23
104:14 105:15 112:21
113:14 115:5 116:3
121:12 122:23 125:16
131:5 134:17 137:25
140:14,15 144:19,21
152:15 155:11 156:11
161:23 163:25 168:2
171:22 186:13,21
187:5 192:20
**wanted** 7:15 8:13 24:7
25:5 36:19 40:8,24
57:4 61:10,16 62:9,11
70:6 79:16 113:8,12
116:8,11,24 131:23
137:10 138:2 144:23
149:3 155:15,15
172:18 174:6 177:16
177:17 181:18 185:9
186:12
**wanting** 142:23
**wants** 7:19 187:6
**wasn't** 52:16 61:11
73:4 124:14 142:22
144:17 145:20 147:11
155:18 157:10 178:15
180:23
**watchdog** 166:16,19
167:9 170:25
**way** 48:2 54:12 63:4
65:15 100:16 101:17
101:18 102:16 116:19
117:19 120:3 126:14
155:21 160:7 161:4
176:7 178:4 189:9
197:12
**weapon** 134:12,15
**WEBB** 4:10
**week** 190:6,7 193:3,4
193:10,10,13,13,17

**weeks** 110:19 192:11
192:21,23
**welcome** 145:20 147:11
**well-known** 182:24
**went** 12:15 42:18 52:11
54:12 61:13 78:2
90:7 91:23 97:5,5,11
97:11 103:19 110:18
129:6 138:22 142:7
142:16 143:2 144:12
145:17 146:5 147:9
147:15 148:24 155:19
155:22 170:14 173:23
175:12
**weren't** 52:4
**West** 2:23
**WGI** 3:8 36:3
**whatsoever** 52:21
**WHEREOF** 197:14
**wholly** 97:19
**Wilson** 123:25 125:2
181:11
**win** 125:16
**winner** 132:4
**witness** 5:16 7:6 10:3,4
11:14 38:9,17,20 39:2
39:14 41:15 44:11
47:16 57:25 58:10,22
60:5,12 80:25 81:2,3
84:14,15 98:10 121:7
185:14,19,23 186:2,4
186:7,12,15,16,17,21
187:10,13 190:11,13
190:21 191:4,8,13,22
193:5,17 194:16
195:14 196:9 197:14
198:3
**witnessed** 132:15
**witnesses** 28:21 30:15
30:24 31:6 181:3,5,8
**witness's** 60:14 79:11
190:11,14
**WLADIMIR** 2:8
**won** 131:8,10,19
132:21
**word** 27:15,17 65:13
83:3 92:9
**words** 25:18 77:2 91:25
93:25 96:2 100:14
102:2 108:15 110:20
112:22 143:10,14,19
144:21
**work** 42:17 64:5,6 93:7
101:17 139:23 142:22
146:10,12 153:20
159:20 160:18,24
170:14
**worked** 101:18 143:5
173:11

Workers 50:2 71:9,15
working 40:15,18
    52:13 64:9 136:7,10
    136:13 147:12 157:3
    160:2 181:9
workplace 184:15
works 42:22 68:19
    157:15 159:24 161:25
    162:5,12 163:3
    169:14 170:15 192:13
worst 91:24
worth 95:25
wouldn't 70:22 74:11
    78:2 88:17 176:18
write 149:25
writing 88:15 94:22
    95:5 123:8 132:25
written 7:24 39:17
    53:11,17 67:2 69:18
    83:9 151:4
wrong 129:9,17 134:15
    139:6,14 146:19
    151:11,13 160:4
    176:13
wrongdoing 65:11
    172:24 183:21
wrongdoings 43:19
    49:22
wrote 172:14 173:10
    176:14,21 177:13
    179:19 181:2
WSIB 2:22

            X
X 112:20 198:2,7

            Y
year 13:5 41:23 74:21
    92:23 158:25 182:25
years 8:3 33:4 38:6
    55:7 74:22 77:6
    91:11 136:22 143:12
    145:14,18 148:9
    170:17 176:19
York 1:3,14,14,16 2:4,4
    2:12,12 3:5,5,16,16
    3:21,21 4:4,4,9,9 5:8
    5:9,12 194:4 195:25
    197:6
Yu 38:23

            Z
Z 5:18,18
Zacarias 18:10
Zelada 144:4 158:22
    159:2
Zelada's 159:13
zero 108:15 110:19
    111:12

ZILDA 4:15

            $
$1.2 50:20
$13 91:7 97:22
$2 91:4 95:25 97:25
$2.5 97:24
$3 107:25 112:22
$33 107:22

            0
09 22:19

            1
1 15:6,7 35:12 68:20
    123:6 198:9
1st 62:24
1.5 97:25
1:29 87:3
1:58 87:6
10 17:8,11 104:15,17
    112:2,20 142:6
    198:13,18
10th 194:5
10,000 67:8,8 69:8
10:38 35:11
10:54 35:17
100 67:7 69:8 153:10
100,000 67:11
10006-1470 3:21
10013 3:16
10016 2:4
10022 2:12
10036 4:4
10036-4003 4:9
10110 3:5
104 61:14 198:18
104/2009 83:7
106 198:19
11 15:16 16:2 106:23
    106:24 111:22 198:19
    199:12
11:39 59:22
1100 3:9
116 199:12
1185 4:8
119 198:20
12 17:18,22 119:11,12
    142:18 166:13,17
    198:14,20 199:2
12th 193:9,22 194:2,20
12,000 77:8
12:02 59:25
12:55 86:13,15
120 198:21
128 199:13
13 120:21,22 198:21
    199:12
132 199:13

14 90:2 150:5,6 198:22
14-cv-9662 1:5
140 50:10
15 164:9,10 198:9,10
    198:23
150 198:22
16 1:8 5:5 111:23 112:2
    166:11,12 171:15,19
    198:11,12 199:2,3
164 198:23
166 199:2
17 107:12 171:13,14
    198:13,14 199:3
171 199:3
174 199:5
18 8:16,24 11:6 16:14
    16:17 174:22,23
    199:5
18th 9:2
180 199:7
1810 3:4
184 199:14
19 105:20 180:7,8
    199:7,13
19th 193:9,23
1900 2:23
19087 2:18

            2
2 15:21 35:16 112:21
    123:6 171:24 198:10
2nd 62:24
2.3 107:23,24
2.33 110:18 111:10
2.5 97:23
20 22:19 37:7 49:20
200 155:2
2002 9:8
2003 50:21
2005 18:22
2006 183:2,7
2007 93:9 99:16 160:21
    167:4
2008 20:25 51:21 95:2
    105:21 134:23 140:5
    164:11,19 166:13,17
    198:23 199:2
2008-2009 33:6
2009 18:23 21:3 33:20
    41:24 51:22 57:22
    58:20 74:23 81:24
    85:6,15 91:6 92:22
    95:20 96:13 99:6,9
    106:17,19,25 107:4
    113:19 126:10 127:4
    128:22 134:23 140:6
    142:6 171:15,19
    172:21 198:19 199:3
2010 142:7,16 144:7,9

144:10
2011 174:24 175:5
    199:5
2012 145:21 155:5
    157:2 158:13,23
    159:15
2013 54:5
2014 8:16,24 11:6 14:6
    105:12 135:24 180:5
    180:9,17 199:7
2015 10:5 13:6 14:7,25
    15:8,12,16,22 16:10
    16:14,17,19,23 17:3,8
    17:12,18,22 135:25
    198:9,10,11,12,13,14
2016 1:8 5:5 196:17
    197:16
21 108:14,21 180:9,17
    199:7
22 15:8,12 108:17
    198:9
25 199:14
250 3:15
26 180:14
270 123:11,20
272 122:25 125:6
    154:23
273 119:22
280 2:17
29 191:21 192:6,22
29th 192:24,25

            3
3 15:22,25 16:9 81:23
    87:5 91:5 95:25
    97:17 112:24 164:11
    164:15,19 198:10,11
    198:23
3rd 57:23 58:8
3:10 114:22
3:40 114:25
30 50:8 91:11
300 108:18 119:22
    153:10

            4
4 4:4 16:22 17:16 95:25
    105:12 115:2 198:12
4:19 133:12
4:35 133:15
40 50:11,13 69:18
400 108:18
43 199:12

            5
5 16:10,16,18 17:7,14
    112:20 163:13 165:6
    185:21 198:4,11,13
5th 122:14

5:38 163:9
5:58 163:14
500 3:4
5300 3:10

            6
6 16:23 17:3,17,21
    112:21 185:7 188:7
    198:12,14
6:30 188:12
6:47 185:3,12
60 198:15
600 1:13 2:4 5:8
655 2:23

            7
7 25:11 60:7,8 84:21
    104:15,16 174:24
    175:4 198:15 199:5
7:03 185:8
7:05 187:16
7:09 187:19
7:15 194:10
7:20 194:12
7:22 196:11,13
77002 3:10

            8
8 79:9,24 80:2 83:17
    198:16
8th 3:16
80 198:16,17
805 2:11

            9
9 79:25 80:5 82:17
    138:19 198:17 199:13
9th 57:19
9:23 1:9 5:6
9:30 138:19 139:20,21
900 155:2,2
92101 2:24