# EXHIBIT D

| | |
|---|---|
| **From:** | CN=Venina Velosa da Fonseca/OU=RJ/O=Petrobras |
| **Sent:** | Friday, September 19, 2008 12:32 PM |
| **To:** | CN=Francisco Pais/OU=RJ/O=Petrobras@Petrobras |
| **Cc:** | CN=Paulo Cezar Amaro Aquino/OU=BRA/O=Petrobras@Petrobras |
| **Subject:** | Enc: CAFOR cost in phase FEL 2 and the bidding process |

Dear Wilson,

Only last night I learned about these figures. When I signed the DE agenda, this was not mentioned. I ask you to include this information next time the DIP is sent to the DE. Budget comparisons, in my opinion, should be based in the estimate of Engenharia and the ABAST estimate, in this case, estimates for FEL 2 of RNEST. There are severe deviations and I am very concerned about it. Today at the meeting with Barusco we will discuss this issue.

Venina Velosa da Fonseca
Executive Manager
Corporate Downstream
venina@petrobras.com.br
(21) 3224.2062 – (814.2062)

---- Forwarded by Venina Velosa da Fonseca/RJ/Petrobras on 9/19/2008 9:20 a.m. ----

Paulo Cesar Silva/BRA/Petrobras
AB-CR/RNE/EM
18/09/2008 19:33
Corporate

To
Wilson Guilherme Ramalho da Silva/UN-RIO/Petrobras@Petrobras
cc
Venina Velosa da Fonseca/RJ/Petrobras@Petrobras
Francisco Pais/RJ/Petrobras@Petrobras
Dewton Silva Carvalho/RJ/Petrobras@Petrobras
Subject
CAFOR cost in phase FEL 2 and bidding process

PBRCG-P_01708191

CAFOR
1-EPC Contract:

Phase FEL 2

## Commercially Sensitive

Value offered at the bidding process for services and material: R$ 966.103 million, at the foreign exchange rate 1 US$=R$ 1.63 (8/15/08), which is equivalent to US$ 592.7 million, that corresponds to 272.72% of the budget **Commercially Sensitive** .

**Commercially Sensitive**

**Commercially Sensitive**

## Commercially Sensitive

Paulo Cesar Silva
AB-CR/RNE

paulo_cesar@petrobras.com.br



**MERRILL**CORPORATION

1345 Avenue of the Americas
17th Floor
New York, NY 10105
212.620.5600
**merrillcorp.com**

State of New York     )
          )   ss:
County of New York    )

### Certificate of Accuracy

This is to certify that the attached

**PBRCG-P_01708191 - PBRCG-P_01708191_00002**

originally written in the Portuguese language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: June 13, 2016

Jesús López
Sr. Project Manager, Legal Translations
Merrill Brink International

Sworn to and signed before
me, this _____13th_____ day of
June   2016

Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

Merrill is an Equal Employment Opportunity
and Affirmative Action Employer

| **From:** | CN=Venina Velosa da Fonseca/OU=RJ/O=Petrobras |
|---|---|
| **Sent:** | Friday, September 19, 2008 12:32 PM |
| **To:** | CN=Francisco Pais/OU=RJ/O=Petrobras@Petrobras |
| **Cc:** | CN=Paulo Cezar Amaro Aquino/OU=BRA/O=Petrobras@Petrobras |
| **Subject:** | Enc: custo CAFOR na fase FEL 2 e na licitação |

Prezado Wilson,

somente ontem a noite tomei conhecimento destes números. Quando assinei a pauta da DE isto não foi citado. Peço que da próxima vez estas informaçoes sejam incluídas no DIP que vai para a DE. As comparações dos orçamentos, na minha opinião devem ser feitas com a estimativa da Engenharia e com a estimativa do ABAST, no caso em questão , estimativas de FEL 2 da RNEST. Os desvios são grandes e isto me preocupa muito. Hoje na reunião com o Barusco abordaremos esta questão.

Venina Velosa da Fonseca
Gerente Executiva
Abastecimento Corporativo
venina@petrobras.com.br
(21) 3224.2062 - (814.2062)

----- Repassado por Venina Velosa da Fonseca/RJ/Petrobras em 19/09/2008 09:20 -----

Paulo Cesar Silva/BRA/Petrobras
AB-CR/RNE/EM
18/09/2008 19:33
Corporativo

Para
Wilson Guilherme Ramalho da Silva/UN-RIO/Petrobras@Petrobras
cc
Venina Velosa da Fonseca/RJ/Petrobras@Petrobras
Francisco Pais/RJ/Petrobras@Petrobras
Dewton Silva Carvalho/RJ/Petrobras@Petrobras
Assunto
custo CAFOR na fase FEL 2 e na licitação

CAFOR
1- Contrato de EPC:

Fase FEL 2

**Commercially Sensitive**

Commercially Sensitive

Valor ofertado na licitação de serviços e materiais :R$966,103 milhões, à taxa de cambio de 1 US$=R$1,63(15/08/08) , o que equivale a US$592,7 milhões,  que corresponde a 272,72% do valor orçado **Commercially Sensitive** .

**Commercially Sensitive**

**Commercially Sensitive**

**Commercially Sensitive**

Paulo Cesar Silva
AB-CR/RNE

paulo_cesar@petrobras.com.br