# EXHIBIT E

| | |
|---|---|
| From: | CN=Venina Velosa da Fonseca/OU=SG/O=Petrobras |
| Sent: | Wednesday, October 5, 2011 5:02 AM |
| To: | veninavelosa@terra.com.br |
| Subject: | Enc: RNEST |

----- Forwarded by Venina Velosa da Fonseca/SG/Petrobras on 10/05/2011 01:02 PM -----

Enc: RNEST

Venina Velosa da Fonseca
AB-CR
to:
castrosa
11/13/2008 12:46 AMCorporate

Cc:
fernandocs37

Dear Paulo Cesar,

Please deploy DABAST recommendations

Venina Velosa da Fonseca
Executive Manager
Corporate Downstream
venina@petrobras.com.br
(21) 322.42062 – (814.2062)


---- Forwarded by Venina Velosa da Fonseca/RJ/Petrobras on 11/12/2008 2:34 p.m. -----

Francisco Pais/RJ/Petrobras
DABAST
11/12/2008 1:46 p.m.
Corporate

To
 Venina Velosa da Fonseca/RJ/Petrobras@Petrobras
 cc
 AB-CR RNE/BR/Petrobras@Petrobras
 Paulo Roberto Costa/RJ/Petrobras@Petrobras
Subject
Re: RNEST

Venina,

Regarding items 1 and 2, and the execution of the Contract and AS promptly, Petrobras will not be required to comply with the terms in that document if the DE recommends relevant changes to the project (scope, prices, and terms) should the scenario after the opening of the other bidding processes identified in item 5 below recommends to do so.

That is, in this case, we may call Alusa and negotiate by means of Amendment the reduction to the scope, prices, terms, to adjust the CAFOR project to the new scenario set forth by DE (if this is the case).

We understand that considering this hypothetical situation, Alusa would not oppose to the changes needed because this is an unpredicted and unpredictable situation for Petrobras; the important thing for Alusa is to maintain the contract and this is viable legally speaking.

In Alusa's letter dated 11/10, the company appears in favor to optimizations during the executive project that give rise to cost reductions in the final project.

Thus, the Executive Officer recommends:

a) request a final spontaneous discount to Alusa, with deadline to this date, to later, with articulations with Engenharia, request the execution of the Contract and the respective AS.

b) deploy other suggestions below (3, 4, 5, and 6) with articulations with Engenharia and other involved areas, in order to have appropriate measures adopted.

---------------------------------------------------
Francisco Pais
Assistant to the Executive Officer
Downstream Executive Office – DABAST
Route: 814-7660
Phone: (21) 3224-7660
Key: BA34
email: fpais@petrobras.com.br


Venina Velosa da Fonseca/RJ/Petrobras
AB-CR
11/12/2008 8:37 a.m.
Corporate

To
Paulo Roberto Costa/RJ/Petrobras@Petrobras
Francisco Pais/RJ/Petrobras@Petrobras
AB-CR RNE/BlUPetrobras@Petrobras
Subject
RNEST




Dear DABAST,
Considering the information received regarding the need to execute the CAFOR Contract and aiming to have a global view of the volume of investment required for full deployment of Refinaria do Nordeste, which allows us to promote optimization of projected investments in approximately US$ 14.7 billion, we recommend:

Confidential                                                                                                   PBRCG_00349742

1) Schedule the signature of the CAFOR contract for 12/5, due date of the proposal, without prejudice to the current deadline to deliver CAFOR in February 2011 (term that is result of the deployment term of ETA),
2) Maintain the suspension for issuance of ASs of CAFOR contract, in order to ensure that although in force, it is not effective, until there is certainty about the result of other bidding processes and consequently of the investment value, under the terms in item 6;
3) Adjust the schedule of Refinery Deployment by the 11/12, due to the current deadline to start CAFOR (February/2011);
4) Adjust all partial deadlines of other contracts under bidding process by means of letters to be issued by 11/13, for purposes of minimizing the influence of non-extendable deadlines on prices to be proposed by the bidders;
5) Adopt the single date of 11/28 to open the bidding processes, which today is set to the following dates:
Anticipation of civil work on 11/21;
Tanks on 11/26;
UDA and ETA on 11/13;
CGA on 11/14;
HDT and Buildings on 11/18;
Interconnections, ETDI and CGE on 11/19;
UCR and Ducts on 11/21.
6) Update the investment profile according to proposals that are effectively received, recalculating corporate project indications to close the Decision-Support Pack – FEL 3.

The proposal above aims to subsidize the decision to continue with the project with sure and safe information from the Market. We wait for your approval to proceed with deployment for above-mentioned measures.

Venina Velosa da Fonseca
Executive Manager
Corporate Downstream
venina@petrobras.com.br
(21) 32242062 – (814.2062)



1345 Avenue of the Americas
17th Floor
New York, NY 10105
212.620.5600
merrillcorp.com

State of New York      )
                       )      ss:
County of New York     )

## Certificate of Accuracy

This is to certify that the attached

**PBRCG_00349740 - PBRCG_00349743**

originally written in the Portuguese language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: June 13, 2016

Jesús López
Sr. Project Manager, Legal Translations
Merrill Brink International

Sworn to and signed before
me, this ____13th____ day of
____June    2016____

Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

Merrill is an Equal Employment Opportunity
and Affirmative Action Employer

| | |
|---|---|
| **From:** | CN=Venina Velosa da Fonseca/OU=SG/O=Petrobras |
| **Sent:** | Wednesday, October 5, 2011 5:02 AM |
| **To:** | veninavelosa@terra.com.br |
| **Subject:** | Enc: RNEST |

----- Forwarded by Venina Velosa da Fonseca/SG/Petrobras on 10/05/2011 01:02 PM -----


Enc: RNEST


Venina Velosa da Fonseca
AB-CR
to:
castrosa
11/13/2008 12:46 AMCorporate




Cc:
fernandocs37








Prezado Paulo Cesar,

favor implementar o recomendado pelo DABAST.

Venina Velosa da Fonseca
Gerente Executiva
Abastecimento Corporativo
venina@petrobras.com.br
(21) 3224.2062 - (814.2062)

----- Repassado por Venina Velosa da Fonseca/RJ/Petrobras em 12/11/2008 14:34 -----

Confidential
PBRCG_00349740

Francisco Pais/RJ/Petrobras
DABAST
12/11/2008 13:46
Corporativo

Para
Venina Velosa da Fonseca/RJ/Petrobras@Petrobras
cc
AB-CR RNE/BR/Petrobras@Petrobras
Paulo Roberto Costa/RJ/Petrobras@Petrobras
Assunto
Re: RNEST

Venina,

Com relação aos ítens 1 e 2, a questão de assinarmos o Contrato e a AS imediatamente não vai obrigar a Petrobras
a cumprir o estabelecido naquele instrumento na hipótese da DE recomendar alterações
relevantes no projeto(escopo,preços e prazos) caso o cenário que ficar consignado após a abertura das demais licitações indicadas no ítem 5 abaixo assim o recomendar;

Ou seja, nessa hipótese, poderemos convocar a Alusa e negociar mediante Aditivo redução no escopo,nos preços,prazos,enfim
adequar o projeto da CAFOR ao novo cenário a ser determinado pela DE(se isso ocorrer);

entendemos que diante dessa situação hipotética ,a Alusa não iria se opor às alterações necessárias por se tratar de situação imprevista e imprevisível
nesse momento para a Petrobras;o importante para a empresa Alusa seria manter o contrato e isso seria viável juridicamente.

Na própria carta da Alusa de 10/11 aquela empresa se coloca favorável a otimizações durante o projeto executivo que resultem em redução de custos para o projeto final;

Assim,o Diretor está recomendando:

a) solicitar um último desconto espontâneo junto a Alusa,com prazo até hoje, para posteriormente ,em articulação com a Engenharia, solicitar que o Contrato e a respectiva AS sejam assinados;

b)implementar as demais sugestões abaixo indicadas(3,4,5 e 6)  em articulação com a Engenharia e demais áreas envolvidas,a fim de que sejam tomadas  as providências cabíveis;

--------------------------------------------------------------
Francisco Pais
Assistente de Diretor
Diretoria de Abastecimento-DABAST
Rota:814-7660
Telefone: (21) 3224-7660
Chave:BA34
e-mail:  fpais@petrobras.com.br


Venina Velosa da Fonseca/RJ/Petrobras
AB-CR
12/11/2008 08:37
Corporativo

Para
Paulo Roberto Costa/RJ/Petrobras@Petrobras
cc
Francisco Pais/RJ/Petrobras@Petrobras
AB-CR RNE/BR/Petrobras@Petrobras
Assunto
RNEST


Prezado DABAST,
Considerando a informação recebida quanto à necessidade de assinatura do Contrato da CAFOR e visando obter uma visão global do volume de investimentos requeridos para a implantação plena da Refinaria do Nordeste, que nos permita promover a otimização dos investimentos ora projetados em cerca de USD 14,7 bi, recomendamos:

PBRCG_00349742

1) Agendar a assinatura do contrato da CAFOR para 05/12, data limite do vencimento da proposta, sem prejuízo do prazo atual de entrega da CAFOR em Fev/2011 (prazo este decorrente do prazo de implantação da ETA);
2) Manter suspensa a emissão de ASs do contrato da CAFOR, de forma que o mesmo, ainda que vigente, não tenha eficácia, até que haja certeza quanto ao resultado das demais licitações e consequentemente do valor do investimento, na forma do item 6;
3) Adequar o cronograma de Implantação da Refinaria até o dia 12/11, em função do prazo atual da partida da CAFOR (Fev/2011);
4) Ajustar todos os prazos parciais dos demais contratos ora em licitação através de cartas circulares a serem emitidas até o dia 13/11, com objetivo de minimizar a influência dos prazos improrrogáveis sobre os preços a serem ofertados pelas proponentes;
5) Adotar a data única de 28/11 para abertura das licitações, que hoje se encontram com as seguintes datas:
Antecipação de obras civis em 21/11;
Tanques em 26/11;
UDA e ETA em 13/11;
CGA em 14/11;
HDT e Edificações em 18/11;
Interligações, ETDI e CGE em 19/11;
UCR e Dutos em 21/11.
6) Atualizar o perfil de investimento com base nas propostas efetivamente recebidas, recalculando os indicadores empresariais do projeto para o fechamento do Pacote de Suporte à Decisão - FEL 3.
A proposição acima visa subsidiar a decisão de continuidade do projeto com informações líquidas e certas do Mercado. Aguardamos sua aprovação para procedermos à implementação das medidas acima propostas.

Venina Velosa da Fonseca
Gerente Executiva
Abastecimento Corporativo
venina@petrobras.com.br
(21) 3224.2062 - (814.2062)

Confidential
PBRCG_00349743