# EXHIBIT F



CONFIDENTIAL

DRAFT

**AUDIT REPORT:** R-13229/2011

**UNIT:** IMPLEMENTATION OF UNDERTAKINGS FOR RENEST (ENGINEERING/IERENEST)

**AREA:** CONTRACTING OF SERVICES

**TYPE OF AUDIT:** SCHEDULED (Item **229** of the Annual Plan of Internal Audit Activities/2011)

**TEAM:** PAULO ROBERTO DE OLIVEIRA CERQUEIRA
IGOR LEONARDO PEREIRA FERNANDES
GILBERTO JOSÉ QUEIROZ GANTOIS

MANAGEMENT REPORT

**PURPOSE**

To assess the internal control procedures used in bidding procedures and in managing and auditing the services of third-party contractors in activities related to Implementation of Undertakings for UO-RNEST, in accordance with the legislation in force and internal rules.

**INTRODUCTION**

Refinaria Abreu e Lima S.A. (RNEST) is being built in an area of 6.3 km$^2$ in the Port and Industrial Complex of Suape, municipality of Ipojuca in Pernambuco, with an estimated investment of R$ 25.5 billion, whose main objective is the production of diesel oil, mainly for supplying the North and Northeastern regions. Every day 230,000 barrels of heavy oil from the Marlim Field in the Campos Basin (or Carabobo, in Venezuela) will be processed, generating nearly 70% diesel oil (25,000 barrels) with sulfur content that is compatible with the European standard.

During the project's peak, between August 2011 and February 2012, nearly 25,000 direct and 150,000 indirect jobs will be created. For operation, which is to begin between 2012 and 2013, 1,500 direct employees will be needed, and tax generation will be on the order of R$ 2.5 billion per year, which is 20% of the GDP of the State of Pernambuco.

All contracts involved in the undertaking are in the Federal Government's Growth Acceleration Program [Programa de Aceleração do Crescimento – PAC].

**SCOPE OF THE EXAMS**

Six service contracts were selected from three divisions of the undertaking (Table 1), totaling R$ 10.7 billion, which is 44.3% of the total value of the contracts in force in March 2011, with billing of R$ 4.2 billion, 39.3% of the total disbursement in the same period, for which financial and tax aspects were analyzed. In relation to management and inspection, the exams were limited only to the first four contracts.

1

 **PETROBRAS**

CONFIDENTIAL

**DRAFT**

**AUDIT R-13229/2011**

| Table I – Contracts Selected for Testing | | | | | | |
|---|---|---|---|---|---|---|
| **Legal Contract** | **SAP Contract** | **Provider** | **Start** | **End** | **Department** | **Amount of Contract R$** |
| 8500.0000060.09.2 | 4600307105 | Consórcio CNCC | 2/05/2010 | 12/30/2013 | IEDACR | 3,411,000,000.00 |
| 8500.0000056.09.2 | 4600307284 | Consórcio RNEST - CONEST | 2/09/2010 | 5/04/2013 | IEHDT | 3,190,646,503.15 |
| 8500.0000065.10.2 | 4600308906 | Consórcio Ipojuca-Interlig | 3/10/2010 | 7/31/2013 | IEINTER | 2,694,950,143.93 |
| 8500.0000034.09.2 | 4600297526 | Consórcio Enfil/Veólia | 3/30/2009 | 6/26/2011 | IEHDT | 774,000,000.00 |
| 8500.0000094.11.2 | 4600326782 | Consórcio Alusa-CBM | 1/17/2011 | 8/03/2014 | IEDACR | 651,760,449.82 |
| 8500.0000066.10.2 | 4600313022 | Confab Montagens Ltda | 7/05/2010 | 7/15/2012 | IEINTER | 34,606,536.12 |
| **Total Selected** | | | | | | **10,756,963,633.02** |
| **Total in Force at the Undertaking** | | | | | | **24,260,743,442.44** |

**CONCLUSION**

The examination of management of the contracts showed that IERENEST has a good system of contractual management, although there are some areas for improvement, mainly regarding the analysis of the Statement of Price Formation [Demonstrativo de Formação de Preços – DFP], still in the bidding phase, in relation to the adequacy of rates and contributions, and the composition of the BDI.[1]

The need was identified to streamline the criteria for using the Project Analytical Structure [Estrutural Analítica do Projeto – EAP], seeking adequate and proportional distribution of events that define the first payments, in order to avoid unnecessary advances of funds to contractors.

There is also a need to improve the management and inspection of contracts in regards to complying with legal and/or agreed-to obligations.

Regarding the contracting of small services, it was found that the normative procedures are not being fulfilled with due rigor.

Below are the facts on which the opinion of the audit team is based, as stated in this conclusion, which should show the extent of the analysis of the other contracts in the unit.

We emphasize the need to keep the documents regarding the resolution of pending items separate in order to facilitate the work of the auditors in the *in loco* monitoring.

Salvador, June 21, 2011

**Severino Gonçalves de Oliveira**
**Special, Financial and Services Audits**
**Bahia Core Team**

---

[1] BDI: Indirect Benefits and Expenses [Beneficios e Despesas Indiretas].

2

PBRCG_00349570

 **PETROBRAS**

**CONFIDENTIAL**

**DRAFT**

**AUDIT R-13229/2011**

**HIGHLIGHTS**

1.     **BUDGET FOR PIS [Employees' Profit-Sharing Program] AND COFINS [Tax for Social Security Financing] WITHOUT EVIDENCE OF DEDUCTION OF RECOVERABLE CREDITS**

**COMMENTS**

In contract 4600313022 signed with CONFAB Montagens Ltda., whose purpose is to build LPG storage units at RNEST, in the amount of R$ 34,606,536.12, in the price formation it was seen that PIS and COFINS were levied under the non-cumulative system, with rates adding up to 9.25%, but without considering the deduction of R$ 1,259,688.19 in reference to recoverable credits detailed in the contractor's DFP.

**RECOMMENDATIONS**

a)   For future contracts, revise the DFP form in order to require that bidders provide a breakdown of the acquisition cost for equipment and materials to be used, notably the IPI [Excise Tax] and/or ICMS [Value-Added Tax on Sales and Services], indirect costs and taxes levied on resale.

Have a formal meeting with LEGAL to analyze the case, and subsequently, if pertinent:
- With the contractors, determine the value of the recoverable credits in reference to their acquisitions of equipment and materials for use, resold to Petrobras, in order to calculate the contributions owed;

- Revise the cited contracts in order to deduct the amounts of PIS and COFINS not owed;

- Extend contractual price review to the other IERENEST contracts in order to deduct the amount of taxes improperly included.

b)   Discount from the contractor the R$ 1,259,688.19 referring to recoverable credits not deducted from the price, furthermore considering the incidence of the contract price adjustment index.

**ACTION/COMMENTS FROM THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

2.     **DISPROPORTIONALITY OF THE PERCENTAGES OF THE FIRST MEASUREMENT OF MOBILIZATION IN RELATION TO A SIMILAR CONTRACT, CONSÓRCIO RNEST-CONEST, CONTRACT 4600307284**

**COMMENTS**

3

 **PETROBRAS**

CONFIDENTIAL

DRAFT

**AUDIT R-13229/2011**

In the tender documents in Annex III-A (Criteria for Measuring EAP Stages), Petrobras defined a generic analytical structure comprising four levels: Phase, Sub-Phase, Grouping and Stages, with the last being broken down by the contractor from definition of 95% for Mobilization and 5% for Demobilization, with allotment of stages and weights, for subsequent approval by Petrobras.

It was seen that the type, characteristics of physical execution and chronology of the indicated contract are similar to these same elements in contract 4600307105 (Consórcio CNCC), as shown in Table III:

| Table III – Chronology of contracting and start of services | | |
|---|---|---|
| Event | RNEST-CONEST | CNCC |
| Presentation of Proposal | 5/08/2009 | 5/05/2009 |
| Report from the Bidding Committee | 8/05/2009 | 9/10/2009 |
| Contract Signature | 12/10/2009 | 12/22/2009 |
| Authorization for Service (AS) | 2/09/2010 | 2/05/2010 |

While these contracts also present similar values, in the first assessment of both, a large discrepancy was found between the percentages and the amounts paid, as shown in Table IV.

| Table IV – Comparison of contractual amounts | | | | |
|---|---|---|---|---|
| Activity | RNEST-CONEST | | CNCC | |
| | R$ | % | R$ | % |
| Contract | 3,190,646,503.15 | | 3,411,000,000.00 | |
| Implementation (Mobilization + Demobilization) | 250,051,720.25 | | 272,743,560.00 | |
| Mobilization | 237,549,134.24 | 95% | 259,106,382.00 | 95% |
| Demobilization | 12,502,586.01 | 5% | 13,637,178.00 | 5% |
| First assessment (Mobilization) | 99,498,197.30 | 41.89% | 1,189,303.16 | 0.46% |

As one can see, although the value for mobilization in the RNEST-CONEST contract is less than that of Consórcio CNCC, the amount of its first assessment on mobilization was 8.266% higher than the assessment in the Consortium's contract.

Due to the above, the understanding of the auditing team is that the breakdown of EAP in mobilization in the RNEST-CONEST contract did not adequately comply with item 3 in Annex XIV – physical-financial equilibrium – and, consequently, it may have allowed an advance in revenues to the contractor.

**RECOMMENDATIONS**

For future contracts, review the analysis criteria for EAP breakdowns from the contractors in order to avoid distributions that might not be compatible with services percentages.

**ACTION/COMMENTS FROM THE UNIT**

PBRCG_00349572

 PETROBRAS

CONFIDENTIAL

DRAFT

AUDIT R-13229/2011

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

3.  **INCORRECT PERCENTAGE USED IN SOCIAL AND LABOR CHARGES, CONTRACT 4600307284, CONSÓRCIO RNEST-CONEST, R$9.7 MILLION**

**COMMENTS**

Sub-item 1.2 of the DFP of this contract is in regard to indirect labor in a system of being paid monthly for Project and Supply activities, with a rate of 136.68% for the social and labor charges, which is the identical percentage considered for indirect labor in the system of hourly pay in the same DFP.

In sub-items 1.3 of the DFP for civil construction and electromechanical assembly, for the same functions and type of labor (monthly), 91.45% was considered for social and labor charges, which percentage is compatible with the percentages used in the IERENEST contracts and with SINAPI, the cost system maintained by Caixa Econômica Federal.

On this matter, the TCU issued report TC 009.842/2010-1, pointing out a similar irregularity within the scope of ENGINEERING/IEABAST/IERL. As the matter is being defended by Petrobras with that entity, the pertinence of this matter will be subject to the ruling on the merit of the appeal filed.

In this case, the adjustment of social and labor charges for indirect labor from 136.68% to 91.45% shows a direct reduction of R$ 7,688,299.18, which is the final amount to recover of R$ 9,799,236.25, in light of the incidence of the BDI reported in the DFP (27.4565%).

**RECOMMENDATIONS**

a)  In future bids, analyze the correct application of social and labor charges prior to entering into contracts;

b)  Monitor the ruling on the appeal by the TCU for report TC 009.842/2010-1 and adopt the actions arising therefrom, including, if pertinent, recovery of the indicated amount of R$ 9,799,236.25.

**ACTION/COMMENTS FROM THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

4.  **ELEVATED PERCENTAGES FOR INSURANCE AND PROFIT IN PRICE FORMATION IN CONTRACTS**

PBRCG_00349573

 **PETROBRAS**

CONFIDENTIAL

DRAFT

**AUDIT R-13229/2011**

**COMMENTS**

a) **Contract 4600297526, Consórcio Enfil-Veólia**
The purpose of the contract is to build the facilities for the Water Treatment Station – [Estação de Tratamento de Água – ETA] for RNEST. In the DFP, the contractor entered the parcels of R$ 1,068,088.46 for insurance, and R$ 11,695,968.08 for contingencies, equal to 5.46% of the direct cost of services, despite the Engineering Cost Estimate Manual[2] providing the guidance of using an average rate of contingencies and insurance on the order of 2.15%.

The Brazilian Association of Builders – ASBRACO, in a study that it published, estimated that the percentage for basic insurance coverage and contingencies would oscillate around 0.6%, while the Secretary of Government and Strategic Management of the State of São Paulo uses an insurance rate of 0.50% for contracting with public state administrative entities.

Although there is the understanding that price formation is free in private initiative, the inclusion of indirect costs, such as insurance, at levels so much higher than those recommended by the Engineering Cost Estimate Manual and those normally used in projects for Public Administration might suggest a practice of transfer of disguised profit.

b) **Contract 4600326782, Consórcio Alusa-CBM**
The purpose of the contract is to build part of the portfolio of RNEST sulfur units, valued at R$ 651,760,449.82. In the DFP, the contractor budgeted its profit at 12%, including on the project parcel, fully subcontracted for R$ 14,732,892.82.

The Secretary of Government and Strategic Management of the State of São Paulo, based on studies done by the Foundation Institute of Economic Research [Fundação Instituto de Pesquisas Econômicas – FIPE), the Brazilian Association of Builders [Associação Brasiliense de Construtores – ABRASCO], and the National Department of Transport Infrastructure [Departamento Nacional de Infraestrutura de Transporte – DNIT], in the Highway Cost System – SICRO-23 (2003), for contracting with Public Administrative entities, uses a profit margin of 7.2%, which percentage is obtained by taking the arithmetic average of the profit/sales ratio from the financial and accounting statements of the 309 largest civil construction companies (data obtained from the magazine Conjuntura Econômica of the Getúlio Vargas Foundation – FGV).

Among the 14 largest builders classified by Revista Exame in 2004, the average profit margin was seen to be 7%, with 60% of those companies presenting percentages lower than or equal to 6%, which is compatible with the Engineering Cost Estimate Manual, which provides guidelines on the use of the average rate of profit on the order of 6.90%.

The 12% profit margin in the cited contract, nearly 70% above the market reference, may be considered excessive by auditing agencies.

Based on the considerations presented, it may be stated that a profit margin between 7% and 8.5% would be perfectly adequate for the amounts currently used in the civil construction market, as "Mendes Bastos" states in "Um aspecto polemico dos orçamentos de obras públicas," [A polemical aspect of budgets for public works] – magazine of the Audit Court of Brazil, pp. 25-26.

---

[2] Version E, of 4/11/2011.

 PETROBRAS

CONFIDENTIAL

DRAFT

**AUDIT R-13229/2011**

**RECOMMENDATIONS**

Establish a routine so that in future contracts the bidding committees evaluate the percentages used in the BDI, using as a reference the average limits indicated in the Engineering Cost Estimate Manual, and those used in the civil construction market.

**ACTION/COMMENTS ON THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

5.     **LACK OF DETAIL IN THE PARCELS THAT FORM THE PRICES PRESENTED IN THE DFPs**

**COMMENTS**

From the standardized DFP from ENGINEERING, a document that includes the Bid Tender, the following guidelines are provided for compliance by the bidders:

*"2. The bidding company must present the DFP in accordance with the itemization indicated in the cost charts. The statement must contain a detail of all amounts that go into price formation.*

*"3. A DFP that is presented without a breakdown in the required sections, and that is different from the model provided, will not be accepted and will be in breach of the bidding process, and may cause the bidder to be disqualified.*

*"Items with generic descriptions such as "money" or "subcontracted services" will not be accepted, except where indicated. In this last case, Petrobras may request the price breakdown of such items."*

In contrast with the above, various cost components were found in the DFPs in the contracts analyzed that are not in compliance with such determinations, such as, for example:

a)   Social charges: in all contracts analyzed, there is no breakdown of this component;
b)   Contract 4600326782 (Consórcio Alusa-CBM); subcontracting of Detailed Design (sub-item 2.2 of the DFP – Project), R$ 14,732,892.82;
c)   Contract 4600307284 (Consórcio RNEST-CONEST): Specialized engineering services (sub-item 2.2 of the DFP -  Design), R$ 4,622,111.76; and
d)   Contract 4600297526 (Consórcio Enfil-Veólia): Detailed Design and Diligence/Inspection (sub-item 2.2 of the DFP – Design), R$ 19,491,406.73;
      Additional Supply Expenses (sub-item 2.3 of the DFP – Design), R$ 9,105,130.00.

**RECOMMENDATIONS**

Version 1 – JUNE 2011

PBRCG_00349575



CONFIDENTIAL

DRAFT

**AUDIT R-13229/2011**

Establish a routine for timely analysis of the DFPs while still in the bidding process, and require the winning bidder to adequately break down the elements that comprise its price as required in the Tender, specifically in the DFP form sent to the bidders.

**ACTION/COMMENTS FROM THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

6.      **FAILURE TO PRESENT ANNOTATION OF TECHNICAL RESPONSIBILITY [ANOTAÇÃO DE RESPONSABILIDADE TÉCNICA – ART]**

**COMMENTS**

For legal purposes, the ART defines the technical managers responsible for engineering, architecture and agronomy (Law 6496/1977, Article 2). In the contracts analyzed, non-conforming items were seen in that document:

a)   **ART of the Basic Design for the undertaking**

ARTS for basic designs were not presented for all contracts analyzed, which is in violation of Article 7 of CONFEA Resolution 361/1991[3] and Article 127 of Law 12.309/2010.[4]

b)   **ART for the Team (for the Engineering discipline)**

The ARTs for the Team in contract 4600307105 were not presented (Consórcio CNCC) for the Mechanical Engineering Discipline, in violation of Article 25 of CONFEA Resolution 218/1973,[5] together with Article 6(b) of Law 5194/1966,[6] with respect to the possible assumption of responsibilities by professionals without the required training.

c)   **ART for the Engineering and Environmental Safety documents – SMS**

---

[3] "Article 7 – The creators of the basic design, whether they are contracted or are part of the technical team of the contracting entity, must provide an Annotation of Technical Responsibility – ART, instituted by Federal Law No. 6496, of 12/07/1977.

[4] Article 127 - §4 The basic design must include an annotation of technical responsibility for budget spreadsheets, as stated in Article 6(IX) of Law No. 8666 of 1993, including any alterations, which must be compatible with the project and the costs of the reference system, according to the terms of this article."

[5] Article 25 – No professional may perform activities other than those for which they are fit, due to their studies, in each case only considering the disciplines that contribute to professional graduation, except others that are added in post-graduate courses, in the same area of study.

[6] Article 6 – Illegal exercise of the profession of engineer, architect or an agricultural engineer:
  b) A professional who assumes activities other than those attributes listed in his registration.

[7] PCMAT – Program for Labor Conditions and Environment in the Construction Industry;
  PPRA – Environmental Risk Prevention Program;
  PDRE – Waste and Effluents Management Plan;

8

PBRCG_00349576



CONFIDENTIAL

DRAFT

**AUDIT R-13229/2011**

For contracts 4600307105 (Consórcio CNCC) and 4600297526 (Consórcio Enfil-Veólia), the ARTS for issuance of SMS documents were not presented (PCMAT, PPRA, PDRE and PROERGO),[7] which is in violation of Articles 1, §2 and 4, §1 of CONFEA Resolution No. 437/1999.

Failure to observe the legal requirement of the ART, in addition to violating Articles 1 and 3 of CONFEA Resolution No. 425/1998, may result in paralysis of the work or service (CONFEA Resolution 229/1975). This allows assessment of fines by CREA, and it makes assignment of liabilities difficult in the legal sphere in the event of an undesirable occurrence.

**RECOMMENDATIONS**

Provide the missing documents and establish a routine for analysis in order to handle the legal requirements and to monitor regularizations, applying, when fitting, the respective contractual penalty.

**ACTION/COMMENTS FROM THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

7.     **FAILURE TO PRESENT LEGAL DOCUMENTATION IN REFERENCE TO INDUSTRIAL SAFETY, THE ENVIRONMENT AND OCCUPATIONAL HEALTH [SEGURANÇA INDUSTRIAL, MEIO AMBIENTE E SAÚDE OCUPACIONAL – SMS]**

**COMMENTS**

a) **Subcontractors**
All contractual obligations must be extended to the subcontractors, as determined in sub-item 8.2.10 and item 13.4 (or 13.3) of the contracts. A failure to do so in various SMS documents from subcontractors was verified in the files, without evidence of inspection activities for regularization. These examples include, but are not limited to the following:

-    Contract 4600308906 (Consórcio Ipojuca-Interlig): PPRA, PCMSO;[8] and
-    Contract 4600307105 (Consórcio CNCC): PCMAT, PCMSO

b) **Environmental licenses**
No evidence of issuance of specific environmental licenses was presented for operation of systems such as the Sewer Treatment Station (ETE) and the Water and Oil Separator (SAO) at the worksite, violating sub-item 4.9.19 of Annex I of Contract 4600307284 (Consórcio RNEST-CONEST).

---

PROERGO – Ergonomic Program (or Report on Ergonomic Evaluation).
[8] PCMSO – Occupational Health Medical Control Program

9

PBRCG_00349577

 PETROBRAS

CONFIDENTIAL

DRAFT

**AUDIT R-13229/2011**

**RECOMMENDATIONS**

Provide the missing documents and establish a routine for analysis in order to fulfill legal requirements and to monitor solutions, applying, when fitting, the respective contractual penalty.

**ACTION/COMMENTS FROM THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

**8.    MEDICAL-DENTAL HEALTH PLAN WITHOUT COVERAGE FOR EMPLOYEES AT SUBCONTRACTED COMPANIES**

**COMMENTS**

Only the contracted consortia presented medical-hospital-dental health plans for their employees, while sub-item 8.2.24 of the contracts determines that this obligation must include the subcontractors' employees. Failure to comply with this obligation, in addition to failing to comply with what was agreed to, is a financial loss for Petrobras, because the costs of these plans are embedded in the contracted price.

**RECOMMENDATIONS**

Demand that contractors present the missing health plans and establish a routine for analysis in order to fulfill contractual requirements, including what is claimed here, and monitor the resolutions, when fitting applying the respective contractual penalty.

**ACTION/COMMENTS FROM THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

**9.    FAILURE TO ISSUE A TERM OF FINAL RECEIPT [TERMO DE RECEBIMENTO DEFINITIVO – TRD] FOR CONTRACTS CLOSED BY DECEMBER 2010, AND WITH AN OPEN BALANCE, R$ 90.4 MILLION**

**COMMENTS**

The Contractual Procedures Manual [Manual de Procedimentos Contratuais – MPC], in sub-item 5.5.4.4, determines that delivery of the contractual object must be done by means of a TRD, which, once signed by the parties, definitively ends the contractual relationship, and it starts the warranty period established in Article 618 of the Brazilian Civil Code.

The fact that the contractual instrument remains active in the SAP with an open balance is not only in violation of the company's rules and procedures, but it also makes the payment system vulnerable, given the possibility of making additions in the system, regardless of the contractual period having expired, making measurement in the contract possible.

10

PBRCG_00349578

 **PETROBRAS**

**CONFIDENTIAL**

**DRAFT**

**AUDIT R-13229/2011**

Various contracts closed from May 2008 until December 2010 remained registered as active due to the failure to issue a TRD, and with an open amount totaling R$ 90.4 million, as shown in Table V.

| Table V – Contracts without TRD and with an open balance | | | | |
|---|---|---|---|---|
| Contract | Provider | Start | End | Balance R$ |
| 4600279302 | EPT Engenharia e Pesquisas | 6/23/2008 | 10/30/200 [sic] | 419,561.00 |
| 4600288626 | Genpro Engenharia S.A. | 12/03/2008 | 3/19/200 [sic] | 4,202,504.41 |
| 4600242271 | Consórcio Refinaria Abreu e Lima | 8/09/2007 | 1/29/200 [sic] | 65,655,379.31 |
| 4600279168 | BCL Construtora Ltda. | 7/10/2008 | 2/04/200 [sic] | 7,277,463.00 |
| 4600290587 | BCL Construtora Ltda. | 7/10/2008 | 6/01/200 [sic] | 2,243,365.06 |
| 4600287684 | Cegelec Ltda. | 10/27/2008 | 1/19/201 [sic] | 8,179,753.02 |
| Others | | | | 2,410,370.63 |
| Total | | | | 90,388,396.43 |

The issuance and signature of a TRD are of fundamental importance in protecting Petrobras against possible judicial or extra judicial claims for rights or credits referring to contracts, in addition to the fact that issuance and monitoring are one of the requirements for certification of the Company's internal controls (Sarbanes Oxley Law – USA).

**RECOMMENDATIONS**

Expedite regularization of the TRDs already assigned in the SAP, and implement controls for their timely issuance, or adopt pertinent measures to regularize any pending contractual items.

**ACTION/COMMENTS FROM THE UNIT**

IERENEST Management, along with Contract Management, are already taking steps to normalize the issuance and confirmation of TRDs for contracts closed in the System, and they are seeking to regularize and thus correct pending contractual items, if there are any.

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

10. **FRAGILITY IN THE CONTRACTING PROCESS WITH WAIVER OF BID DUE TO AMOUNT (ZPQS REQUEST)**

**COMMENTS**

To characterize contracting with waiver of bid due to amount, it is necessary that all services be sporadic, with demand that is not ongoing, and without being split up into more than one process, in order to prevent any company from being favored, in order to maintain transparency in contracting, and to observe jurisdiction and limits.

PBRCG_00349579



**CONFIDENTIAL**

**DRAFT**

**AUDIT R-13229/2011**

Of the 58 processes analyzed, 49 were in violation of the requirements defined in PG-04-SL/CONT-005, such as, for example:

**a) Failure to estimate the value of contracted services**
Identified and presented at the unit were 36 Purchase Orders for Small Services (R$ 442,000) without an estimate for value of the services to be contracted, in violation of sub-item 7.1 of rule PG-04-SL/CONT-005 – Price Inquiry (Small Services)[9] and in sub-item 2.2, section 'd' of the Regulation approved by Decree 2745/98.[10]

**b) Splitting up services extrapolating out the authority limit**
Two Purchase Orders were found that had been issued in the same month, in which the split-up of services was shown, and diversion to the authority limit of the issuing department, as shown in the table below:

| Table VI – Split-Up of Services | | | | |
|---|---|---|---|---|
| Request No. | Date Created | Department | Provider | R$ |
| 4503496097 | 8/05/2010 | ENG IERENEST/IEOCV | IPE Construções e | 57,753.23 |
| 4503540066 | 8/31/2010 | | Incorporações | 57,753.23 |

**c) Continued-demand services**
The ENGINEERING/IERENEST/IEOCV Department hired MPM Aluguel de Ar Ltda. for the services of leasing, installation and maintenance of air conditioning (14 processes totaling R$ 92,540.00) and Nossflora Ltda., for the services of planting and maintaining grass (2 processes adding up to R$ 81,183.02), using the prerogative of contracting with waiver due to value, in which, despite the services being of continuous demand, one (Nossaflora Ltda.) had a projected execution in 180 days, extendable for an equal period, which characterizes the split-up of services, even though the total value of the requests was within the authority limit of those who provided authorization.

| Table VII – Continued-Demand Services Characterized as Small Services | | | | |
|---|---|---|---|---|
| Request No. | Date Created | Department | Provider | R$ |
| 4503579172 | 9/24/2010 | ENG IERENEST/IEOCV | MPM ALUGUEL DE | 7,760.00 |
| 4503579400 | | ENG IERENEST/IEOCV | AR LTDA. | 960.00 |
| 4503579400 | | ENG IERENEST/IEOCV | | 160.00 |
| 4503627290 | 10/22/2010 | ENG IERENEST/IEOCV | | 7,760.00 |
| 4503627291 | | ENG IERENEST/IEOCV | | 3,400.00 |
| 4503627281 | | ENG IERENEST/IEOCV | | 1,120.00 |
| 4503682667 | 11/24/2010 | ENG IERENEST/IEOCV | | 13,380.00 |

---

[9] 7.1.1 – Prior to requesting a proposal, it is necessary to have an estimate of the value of the services, which will allow, among other items: (…/…)

[10] 2.2 Waiver of a bid will depend on an explanation of reasons from the head of the administrative unit interested in contracting for the project, service or purchase, with the following described in detail:
  d) Justification for the contracting price and its adequacy in the market, and the cost estimate from PETROBRAS.

12

PBRCG_00349580



**CONFIDENTIAL**

**DRAFT**

**AUDIT R-13229/2011**

| 4503682667 | | ENG IERENEST/IEOCV | | 980.00 |
|---|---|---|---|---|
| 4503735784 | 12/23/2010 | ENG IERENEST/IEOCV | | 13,940.00 |
| 4503735784 | | ENG IERENEST/IEOCV | | 2,240.00 |
| 4503785919 | 1/25/2011 | ENG IERENEST/IEOCV | | 16,450.00 |
| 4503785919 | | ENG IERENEST/IEOCV | | 3,910.00 |
| 4503837709 | 2/24/2011 | ENG IERENEST/IEOCV | | 17,920.00 |
| 4503837709 | | ENG IERENEST/IEOCV | | 2,560.00 |
| 4503825951 | 2/16/2011 | ENG IERENEST/IEOCV | NOSSAFLORA LTDA. | 47,055.09 |
| 4503863047 | 3/14/2011 | ENG IERENEST/IEOCV | | 34,127.93 |

i)    **Need to implant a SAP tool called rotation of suppliers (ZPQS requests)**

Corporate tool that makes the processes of contracting more transparent, also complying with the requirements of the Sarbanes-Oxley Law (SOX).

The purpose of using such a tool is to have an integrated process in just one system; the possibility of evaluating the performance of suppliers both during the quotation phase as well as in the execution phase and receipt of the asset, increasing its qualification, thus stimulating the provider's commitment to the quality of service provided and having information about the work of other providers.

**RECOMMENDATIONS**

a)   Follow corporate guidelines and rules for contracting without a bid procedure, using a Contract Letter for situations in which conventional contracting is not justified.

b)   Create a working group to make implementation of the Rotation of Suppliers viable in the SAP system.

**ACTION/COMMENTS FROM THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

**11.    PAYMENTS IMPROPERLY INCLUDED AS REQUESTS FOR REIMBURSEMENT NOT ESTIMATED (ZRNE REQUEST), R$ 1.5 MILLION**

**COMMENTS**

According to DIP LEGAL/CIRCULAR – 03/2010 dated March 31, 2010, in order for an expense to be reimbursable, it must be classifiable as an accessory, meaning it must not be a natural input in the provision of the service.

13

PBRCG_00349581

 **PETROBRAS**

CONFIDENTIAL

**DRAFT**

**AUDIT R-13229/2011**

In an analysis of unestimated reimbursements (ZRNE Requests), it was shown that some payments were made against that guidance, thus they were made irregularly:

a) **Repayment of undue discount in measurement, R$ 1.4 million**

Due to a failure to audit contract 4600290601 (Consórcio Refinaria Abreu e Lima), undue discounts were applied to the measurements of the contractor, which were reimbursed by ENGINEERING/IERENEST/IEOCV through purchase orders 4503517987 (R$ 737,952.65) and 4503518000 (R$ 743,713.12).

b) **Complement to measurement, R$ 161,000**

Due to a failure in the SAP system, measurement 19 of contract 4600259588 (Chemtech Serviços de Engenharia) did not calculate the adjustment due. The unit issued request 4502642041 as an unestimated reimbursement to be repaid to the supplier, however this is in regard to an additional measurement, that is, a natural input to the contract.

**RECOMMENDATIONS**

Instruct the managers and contract auditors to correctly use corporate tools to make payments.

**ACTION/COMMENTS FROM THE UNIT**

**PERIOD FOR IMPLEMENTATION OF THE ACTION**

PBRCG_00349582



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: May 6, 2016

To whom it may concern:

This is to certify that the attached translation from Portuguese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- PBRCG_00349569.pdf / Implementation of Undertakings For Renest

David Wettenstein, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of David Wettenstein

Accurate Translation Services 24/7



CONFIDENCIAL

MINUTA

**RELATÓRIO DE AUDITORIA:** R-13229/2011

| | |
|---|---|
| **UNIDADE:** | **IMPLEMENTAÇÃO DE EMPREENDIMENTOS PARA RENEST (ENGENHARIA/IERENEST)** |
| **ÁREA:** | **CONTRATAÇÃO DE SERVIÇOS** |
| **TIPO DA AUDITORIA:** | **PROGRAMADA** (Item **229** do Plano Anual de Atividades de Auditoria Interna /2011) |
| **EQUIPE:** | **PAULO ROBERTO DE OLIVEIRA CERQUEIRA** **IGOR LEONARDO PEREIRA FERNANDES** **GILBERTO JOSÉ QUEIROZ GANTOIS** |

RELATÓRIO GERENCIAL

**OBJETIVO**

Avaliar os procedimentos de controle interno aplicados nos processos licitatórios e no gerenciamento e fiscalização dos serviços contratados de terceiros para as atividades da Implementação de Empreendimentos para UO-RNEST, consoante a legislação vigente e normas internas.

**INTRODUÇÃO**

A Refinaria Abreu e Lima S/A (RNEST) está sendo implantada em uma área de 6,3 km$^2$ no Complexo Portuário e Industrial de Suape**,** município de Ipojuca, em Pernambuco, com investimento estimado em R$ 25,5 bilhões, tendo como objetivo principal a produção de óleo diesel para abastecimento, principalmente, das regiões Norte e Nordeste. Serão processados diariamente 230 mil barris de petróleo pesado oriundos do Campo Marlim, Bacia de Campos (ou Carabobo, da Venezuela), gerando cerca de 70% de óleo diesel (26 mil barris), com teor de enxofre compatível com o padrão europeu.

Durante o pico da obra, entre agosto/2011 e fevereiro/2012, serão gerados cerca de 25 mil empregos diretos e 150 mil indiretos. Para a sua operação, a ser iniciada entre 2012 e 2013, serão necessários 1.500 empregados diretos, e a geração de impostos será da ordem de R$ 2,5 bilhões por ano, 20% do PIB do Estado de Pernambuco.

Todos os contratos do empreendimento constam do Programa de Aceleração do Crescimento – PAC do Governo Federal.

**ABRANGÊNCIA DOS EXAMES**

Foram selecionados seis contratos de serviços de três gerências do empreendimento, (Quadro I), totalizando R$ 10,7 bilhões, 44,3% do valor total dos contratos vigentes em março/2011, com faturamento de R$ 4,2 bilhões, 39,3% do desembolso total no mesmo período, para os quais foram analisados os aspectos financeiros e tributários. Em relação ao gerenciamento e fiscalização, os exames limitaram-se apenas aos quatro primeiros contratos.

Confidential                                                                                   PBRCG_00349569

 **PETROBRAS**

CONFIDENCIAL

**MINUTA**

**AUDITORIA R-13229/2011**

| Quadro I - Contratos selecionados para teste | | | | | | |
|---|---|---|---|---|---|---|
| Contrato Jurídico | Contrato SAP | Fornecedor | Início | Término | Gerência | Valor do Contrato R$ |
| 8500.0000060.09.2 | 4600307105 | Consórcio CNCC | 05/02/2010 | 30/12/2013 | IEDACR | 3.411.000.000,00 |
| 8500.0000056.09.2 | 4600307284 | Consórcio RNEST- CONEST | 09/02/2010 | 04/05/2013 | IEHDT | 3.190.646.503,15 |
| 8500.0000065.10.2 | 4600308906 | Consórcio Ipojuca-Interlig | 10/03/2010 | 31/07/2013 | IEINTER | 2.694.950.143,93 |
| 8500.0000034.09.2 | 4600297526 | Consórcio Enfil/Veólia | 30/03/2009 | 26/06/2011 | IEHDT | 774.000.000,00 |
| 8500.0000094.11.2 | 4600326782 | Consórcio Alusa-CBM | 17/01/2011 | 03/08/2014 | IEDACR | 651.760.449,82 |
| 8500.0000066.10.2 | 4600313022 | Confab Montagens Ltda | 05/07/2010 | 15/07/2012 | IEINTER | 34.606.536,12 |
| Total selecionado | | | | | | 10.756.963.633,02 |
| Total vigente no Empreendimento | | | | | | 24.260.743.442,44 |

CONCLUSÃO

O exame da gestão dos contratos revelou que a IERENEST detem um bom sistema de gestão contratual, embora existam alguns pontos para melhoria, principalmente quanto à análise do Demonstrativo de Formação de Preços – DFP, ainda na fase licitatória, no tocante à adequação de tributos e contribuições e à composição do BDI[1].

Foi identificada a necessidade de aprimoramento dos critérios para desdobramento da Estrutura Analítica de Projeto – EAP objetivando a adequada e proporcional distribuição de eventos que definem os primeiros pagamentos, de forma a evitar antecipações desnecessárias de recursos para as contratadas.

Há necessidade, também, de melhoria no gerenciamento e fiscalização dos contratos, no que se refere ao cumprimento das obrigações legais e/ou pactuadas.

No que concerne à contratação de pequenos serviços, foi constatado que os procedimentos normativos não vêm sendo cumpridos com o devido rigor.

Adiante, constam os fatos que embasam a opinião da equipe de auditoria expressa nesta conclusão, os quais deverão balizar a extensão da análise aos demais contratos da unidade.

Enfatizamos a necessidade de serem mantidos, em separado, os documentos relativos à regularização das pendências, a fim de facilitar o trabalho dos auditores no acompanhamento *in loco.*

Salvador, 21 de junho de 2011

**Severino Gonçalves de Oliveira**
**Auditoria Especiais, Financeira e de Serviços**
**Núcleo Bahia**

---
[1] BDI: Benefícios e Despesas Indiretas

Confidential                                                                                  PBRCG_00349570



CONFIDENCIAL

**MINUTA**

**AUDITORIA R-13229/2011**

DESTAQUES

1    ORÇAMENTAÇÃO DO PIS E DA COFINS SEM EVIDÊNCIA DE DEDUÇÃO DOS CRÉDITOS RECUPERÁVEIS

**COMENTÁRIOS**

No contrato 4600313022, firmado com a CONFAB Montagens Ltda., cujo objeto é a implantação das esferas de armazenamento de GLP da RNEST, no valor de R$ 34.606.536,12, foi observada na formação de seu preço a incidência do PIS e COFINS no regime não cumulativo, com alíquotas somadas de 9,25%, mas sem considerar a dedução de R$ 1.259.688,19 referentes a créditos recuperáveis detalhados no próprio DFP da contratada.

**RECOMENDAÇÕES**

a)   Para as próximas contratações, revisar o formulário do DFP de forma a exigir das proponentes o detalhamento do custo de aquisição dos equipamentos e materiais de aplicação, com destaque do IPI e/ou ICMS, custos indiretos e impostos incidentes na revenda.

Formalizar consulta ao JURÍDICO para análise do caso e posteriormente, caso pertinente:

- apurar com as contratadas o valor dos créditos recuperáveis referentes às suas aquisições de equipamentos e materiais de aplicação revendidos à Petrobras, para cálculo das contribuições devidas;

- revisar os contratos citados para dedução dos valores apurados como indevidos de PIS e COFINS;

- estender a revisão dos preços contratuais aos demais contratos da IERENEST, visando à dedução do valor dos tributos incluídos indevidamente.

b)   Descontar da contratada os R$ 1.259.688,19 referentes a créditos recuperáveis não deduzidos de seu preço, considerando, ainda, a incidência do índice de reajuste contratual de preços.

AÇÃO/COMENTÁRIOS DA UNIDADE


PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO


2    DESPROPORCIONALIDADE DOS PERCENTUAIS DA PRIMEIRA MEDIÇÃO DE MOBILIZAÇÃO EM RELAÇÃO A CONTRATO SEMELHANTE, CONSÓRCIO RNEST-CONEST, CONTRATO 4600307284,

**COMENTÁRIOS**

Confidential          PBRCG_00349571



CONFIDENCIAL

**MINUTA**

**AUDITORIA R-13229/2011**

A Petrobras definiu no edital, através do anexo III-A (Critério de Medição EAP Etapas), uma estrutura analítica genérica composta de quatro níveis: Fase, Subfase, Agrupamento e Etapas, sendo que a última é desdobrada pela contratada a partir da definição de 95% para a Mobilização e 5% para a Desmobilização, com atribuição de etapas e pesos, para posterior aprovação pela Petrobras.

Foi observado que a natureza, características de execução física e cronologia do contrato titulado guardam semelhança com esses mesmos elementos do contrato 4600307105 (Consórcio CNCC), conforme apresentado no Quadro III:

| Quadro III – Cronologia da contratação e início dos serviços | | |
|---|---|---|
| Evento | RNEST-CONEST | CNCC |
| Apresentação da proposta | 08/05/2009 | 05/05/2009 |
| Relatório da Comissão de Licitação | 05/08/2009 | 10/09/2009 |
| Assinatura do Contrato | 10/12/2009 | 22/12/2009 |
| Autorização de Serviço (AS) | 09/02/2010 | 05/02/2010 |

Embora esses contratos também apresentem valores semelhantes, foi constatada, na primeira medição de ambos, grande discrepância entre os percentuais e valores pagos, conforme detalha o Quadro IV.

| Quadro IV – Comparativo de valores contratuais | | | | |
|---|---|---|---|---|
| Atividade | RNEST-CONEST | | CNCC | |
| | R$ | % | R$ | % |
| Contrato | 3.190.646.503,15 | | 3.411.000.000,00 | |
| Implantação (Mobilização + Desmobilização) | 250.051.720,25 | | 272.743.560,00 | |
| Mobilização | 237.549.134,24 | 95% | 259.106.382,00 | 95% |
| Desmobilização | 12.502.586,01 | 5% | 13.637.178,00 | 5% |
| Primeira medição (Mobilização) | 99.498.197,30 | 41,89% | 1.189.303,16 | 0,46% |

Como se vê, mesmo sendo o valor da mobilização do contrato RNEST-CONEST inferior ao do Consórcio CNCC, o valor da sua primeira medição da mobilização foi 8.266% superior à medição correspondente no contrato do Consórcio.

Pelo exposto, o entendimento da equipe de auditoria é que o desdobramento da EAP da mobilização do contrato RNEST-CONEST não atendeu adequadamente ao disposto no item 3 do anexo XIV - equilíbrio físico-financeiro - e, consequentemente, pode ter permitido antecipação de receita para a contratada.

RECOMENDAÇÕES

Para as próximas contratações, rever o critério de análise para os desdobramentos das EAP das contratadas, com o objetivo de evitar possíveis distribuições incompatíveis de percentuais de serviços.

AÇÃO/COMENTÁRIOS DA UNIDADE

Confidential                                                                                     PBRCG_00349572

 **PETROBRAS**

**CONFIDENCIAL**

**MINUTA**

**AUDITORIA R-13229/2011**

PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO

3   INCORREÇÃO NO PERCENTUAL ADOTADO NOS ENCARGOS SOCIAIS E TRABALHISTAS, CONTRATO 4600307284, CONSÓRCIO RNEST-CONEST, R$ 9,7 MILHÕES

COMENTÁRIOS

O subitem 1.2 do DFP desse contrato relaciona a mão de obra indireta em regime mensalista para as atividades de Projeto e Fornecimento com a incidência de 136,68% para os encargos sociais e trabalhistas, idêntico percentual considerado para a mão de obra indireta em regime horista no mesmo DFP.

Nos subitens 1.3 do DFP de construção civil e de montagem eletromecânica, para as mesmas funções e tipo de mão de obra (mensalista), foram considerados 91,45% para os encargos sociais e trabalhistas, percentual compatível com os adotados nos contratos da IERENEST e com o SINAPI, sistema de custos mantido pela Caixa Econômica Federal.

Sobre essa matéria, o TCU emitiu o relatório TC 009.842/2010-1, apontando irregularidade similar no âmbito da ENGENHARIA/IEABAST/IERL. Como o assunto está sendo defendido pela Petrobras junto àquele Colegiado, a pertinência da presente ocorrência ficará adstrita ao julgamento do mérito do recurso impetrado.

No caso em lide, o ajuste dos encargos sociais e trabalhistas da mão de obra indireta de 136,68% para 91,45% indica a redução direta de R$ 7.688.299,18, o que representa o valor final a recuperar de R$ 9.799.236,25, em face da incidência do BDI informado no DFP (27,4565%).

RECOMENDAÇÕES

a) Nas próximas licitações, analisar a correta aplicação dos encargos sociais e trabalhistas antes de efetivar as contratações;

b) Acompanhar o julgamento do recurso ao TCU para o relatório TC 009.842/2010-1 e adotar as ações decorrentes, inclusive, se pertinente, a recuperação do valor apontado, R$ 9.799.236,25.

AÇÃO/COMENTÁRIOS DA UNIDADE

PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO

4   PERCENTUAIS ELEVADOS DE SEGURO E LUCRO NA FORMAÇÃO DE PREÇO DE CONTRATOS

Confidential                                                                                      PBRCG_00349573

 **PETROBRAS**

CONFIDENCIAL

## MINUTA

**AUDITORIA R-13229/2011**

COMENTÁRIOS

**a) Contrato 4600297526, Consórcio Enfil-Veólia**

O contrato tem como objeto a implantação das instalações da Estação de Tratamento de Água – ETA para a RNEST. No DFP, a contratada lançou as parcelas de R$ 1.068.088,46 para seguros e R$ 11.695.968,08 para contingências, equivalentes a 5,46% do custo direto dos serviços, apesar de a Cartilha de Estimativa de Custos na Engenharia[2] orientar a adoção de taxa média de contingências e seguros da ordem de 2,15%.

A Associação Brasiliense de Construtores - ASBRACO estimou, em estudo por ela publicado, que o percentual para cobertura básica de seguro e contingências oscilaria em torno de 0,6%, enquanto que a Secretaria de Governo e Gestão Estratégica do Estado de São Paulo adota, para a contratação com órgãos da administração pública estadual, uma taxa de seguro de 0,50%.

Embora exista o entendimento de que a formação de preços seja livre na iniciativa privada, a inclusão de custos indiretos, tal como seguro, em patamares tão superiores aos recomendados pela Cartilha de Estimativa de Custos na Engenharia e aos normalmente praticados nas obras para a Administração Pública pode sugerir possível prática de transferência de lucro disfarçada.

**b) Contrato 4600326782, Consórcio Alusa-CBM**

O contrato tem como objeto a implantação de parte das unidades da carteira de enxofre da RNEST, com valor de R$ 651.760.449,82. No DFP, a contratada orçou seu lucro em 12%, inclusive sobre a parcela de projeto, integralmente subcontratada por R$ 14.732.892,82.

A Secretaria de Governo e Gestão Estratégica do Estado de São Paulo, com base em estudos da Fundação Instituto de Pesquisas Econômicas - FIPE, a Associação Brasiliense de Construtores – ASBRACO e o Departamento Nacional de Infraestrutura de Transporte - DNIT, no Sistema de Custos Rodoviários - SICRO-23 (2003), adota, para a contratação com órgãos da Administração Pública, margem de lucro de 7,2%, percentual obtido a partir da média aritmética das relações lucro/vendas da demonstração de resultados financeiros e contábeis das 309 maiores empresas de construção civil (dados obtidos na revista Conjuntura Econômica da Fundação Getúlio Vargas - FGV).

Dentre as 14 maiores construtoras classificadas pela Revista Exame em 2004, foi observada a média de margem de lucro de 7%, sendo que 60% dessas empresas apresentaram percentuais inferiores ou iguais a 6%, percentual compatível com a Cartilha de Estimativa de Custos na Engenharia, que orienta a adoção de taxa média de lucro da ordem de 6,90%.

A margem de lucro de 12% no contrato citado, cerca de 70% acima do referencial de mercado, pode vir a ser considerada como excessiva pelos órgãos de fiscalização.

Com base nas considerações apresentadas, pode-se admitir que margem de lucro entre 7% e 8,5% estaria perfeitamente adequada aos valores atualmente praticados no mercado da construção civil, conforme cita "Mendes Bastos" em "Um aspecto polêmico dos orçamentos de obras públicas" - Revista do Tribunal de Contas da União, p.25-26.

---

[2] Revisão E, de 11/04/2011.

Confidential          PBRCG_00349574

 **PETROBRAS**

CONFIDENCIAL

## MINUTA

**AUDITORIA R-13229/2011**

### RECOMENDAÇÕES

Estabelecer rotina para que, nas próximas contratações, as comissões de licitação avaliem os percentuais aplicados no BDI, tendo como referencial os limites médios indicados na Cartilha de Estimativa de Custos na Engenharia e os praticados no mercado da construção civil.

### AÇÃO/COMENTÁRIOS DA UNIDADE

### PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO

5   FALTA DE DETALHAMENTO NAS PARCELAS FORMADORAS DE PREÇO APRESENTADAS NOS DFPs

### COMENTÁRIOS

Do DFP padronizado da ENGENHARIA, documento que compõe o Edital de Licitação, constam as seguintes orientações para atendimento pelas licitantes:

*"2 - A empresa proponente deverá apresentar o DFP em conformidade com a itemização indicada nos quadros de custos. O demonstrativo deverá conter o detalhamento de todos os insumos que concorram para a formação do preço.*

*"3 - O DFP apresentado sem o detalhamento nas partes requeridas e diferente do modelo fornecido não será aceito e estará em Desconformidade com o processo licitatório, podendo ocasionar a desqualificação do proponente.*

*"Não serão aceitos itens com descrição genérica do tipo "verba" ou "serviços subempreitados", exceto onde indicados. Nesta última hipótese, a Petrobras poderá solicitar a composição de preços de tais itens."*

Em contraste às determinações acima, foram identificados diversos componentes dos custos nos DFPs dos contratos analisados que estão em desacordo com tais determinações, como, por exemplo:

a) encargos sociais: em todos os contratos analisados, não há detalhamento dessa composição;

b) contrato 4600326782 (Consórcio Alusa-CBM): subcontratação do Projeto de Detalhamento (subitem 2.2 do DFP - Projeto), R$ 14.732.892,82;

c) contrato 4600307284 (Consórcio RNEST-CONEST): Serviços de engenharia especializada (subitem 2.2 do DFP - Projeto), R$ 4.622.111,76; e

d) contrato 4600297526 (Consórcio Enfil-Veólia): Projeto Detalhado e Diligenciamento/Inspeção (subitem 2.2 do DFP - Projeto), R$ 19.491.406,73;
Despesas Adicionais de Suprimento (subitem 2.3 do DFP - Projeto), R$ 9.105.130,00.

### RECOMENDAÇÕES

Confidential                                                                    PBRCG_00349575

 **PETROBRAS**

CONFIDENCIAL

# MINUTA

**AUDITORIA R-13229/2011**

Estabelecer rotina para análise tempestiva dos DFPs, ainda no processo licitatório e exigir da proponente vencedora o adequado detalhamento dos elementos que compõem seu preço, conforme exige o Edital, especificamente no formulário do DFP enviado às licitantes.

**AÇÃO/COMENTÁRIOS DA UNIDADE**

**PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO**

6   **FALTA DE APRESENTAÇÃO DA ANOTAÇÃO DE RESPONSABILIDADE TÉCNICA - ART**

**COMENTÁRIOS**

A ART define, para os efeitos legais, os responsáveis técnicos pelo empreendimento de engenharia, arquitetura e agronomia (Lei 6.496/1977, art. 2º). Nos contratos analisados, foram observadas não conformidades nesse documento:

**a)   ART do Projeto Básico do empreendimento**

Não foram apresentadas as ARTs referentes aos projetos básicos de todos os contratos analisados, o que contraria o disposto no art. 7º da Resolução CONFEA 361/1991[3] e no art. 127º da Lei 12.309/2010[4].

**b)   ART de Equipe (por disciplina de Engenharia)**

Ficaram pendentes de apresentação as ARTs de Equipe do contrato 4600307105 (Consórcio CNCC) para a disciplina de Engenharia Mecânica, contrariando o exigido no art. 25º da Resolução CONFEA 218/1973[5], cominado com o art. 6º, alínea 'b', da Lei 5.194/1966[6], no que diz respeito à possível assunção de responsabilidades por profissionais sem a formação requerida.

**c)   ART dos documentos de Engenharia de Segurança e de Meio Ambiente – SMS**

---

[3]  "Art. 7º - Os autores do projeto básico, sejam eles contratados ou pertencentes ao quadro técnico do órgão contratante, deverão providenciar a Anotação de Responsabilidade Técnica - ART, instituída pela Lei Federal nº 6.496, de 07/12/1977.

[4]  Art. 127º - §4º  Deverá constar do projeto básico a que se refere o art. 6º, inciso IX, da Lei nº 8.666, de 1993, inclusive de suas eventuais alterações, a anotação de responsabilidade técnica pelas planilhas orçamentárias, as quais deverão ser compatíveis com o projeto e os custos do sistema de referência, nos termos deste artigo."

[5]  Art. 25º - Nenhum profissional poderá desempenhar atividades além daquelas que lhe competem, pelas características de seu currículo escolar, consideradas em cada caso, apenas, as disciplinas que contribuem para a graduação profissional, salvo outras que lhe sejam acrescidas em curso de pós-graduação, na mesma modalidade.

[6]  Art. 6º - Exerce ilegalmente a profissão de engenheiro, arquiteto ou engenheiro-agrônomo:
     b) o profissional que se incumbir de atividades estranhas às atribuições discriminadas em seu registro;

[7]  PCMAT - Programa de Condições e Meio Ambiente do Trabalho na Indústria da Construção;
     PPRA - Programa de Prevenção de Riscos Ambientais;
     PDRE - Plano Diretor de Resíduos e Efluentes;

Confidential                                                  PBRCG_00349576

 **PETROBRAS**

CONFIDENCIAL

## MINUTA

**AUDITORIA R-13229/2011**

Para os contratos 4600307105 (Consórcio CNCC) e 4600297526 (Consórcio Enfil-Veólia), não foram apresentadas as ARTs para a emissão dos documentos de SMS (PCMAT, PPRA, PDRE e PROERGO)[7], o que contraria os artigos 1°, §2°, e 4°, §1°, da Resolução CONFEA n° 437/1999.

A inobservância da exigência legal da ART, além de contrariar os artigos 1° e 3° da Resolução CONFEA n° 425/1998, pode implicar a paralisação da obra ou serviço (Resolução CONFEA 229/1975); permite aplicação de multas pelo CREA; e dificulta, no âmbito jurídico, a atribuição de responsabilidades em caso de ocorrência indesejável.

### RECOMENDAÇÕES

Providenciar os documentos faltantes e estabelecer rotina de análise para o atendimento às exigências legais e acompanhamento das regularizações, aplicando, quando cabível, a respectiva sanção contratual.

### AÇÃO/COMENTÁRIOS DA UNIDADE

### PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO

## 7   FALTA DE APRESENTAÇÃO DE DOCUMENTAÇÃO LEGAL REFERENTE À SEGURANÇA INDUSTRIAL, MEIO AMBIENTE E SAÚDE OCUPACIONAL - SMS

### COMENTÁRIOS

**a) Subcontratadas**

Todas as obrigações contratuais devem ser estendidas às subcontratadas, conforme determinam o subitem 8.2.10 e item 13.4 (ou 13.3) dos contratos. Foi verificada a falta em arquivo de diversos documentos de SMS de subcontratadas, sem evidências de ações da fiscalização para regularização. Seguem exemplos não exaustivos:

- contrato 4600308906 (Consórcio Ipojuca-Interlig): PPRA, PCMSO[8] ; e

- contrato 4600307105 (Consórcio CNCC): PCMAT, PCMSO

**b) Licenças Ambientais**

Não foram apresentadas evidências de emissão das licenças ambientais específicas para a operação de sistemas como Estação de Tratamento de Esgoto (ETE) e Separador de Água e Óleo (SAO) do canteiro de obras, descumprindo o determinado no subitem 4.9.19 do anexo I do contrato 4600307284 (Consórcio RNEST-CONEST).

---

PROERGO - Programa de Ergonomia (ou Laudo de Avaliação Ergonômica).
[8] PCMSO – Programa de Controle Médico de Saúde Operacional

Confidential                                                                                                    PBRCG_00349577

 **PETROBRAS**

**CONFIDENCIAL**

**MINUTA**

**AUDITORIA R-13229/2011**

### RECOMENDAÇÕES

Providenciar os documentos faltantes e estabelecer rotina de análise para o atendimento às exigências legais e acompanhamento das regularizações, aplicando, quando cabível, a respectiva sanção contratual.

### AÇÃO/COMENTÁRIOS DA UNIDADE

### PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO

**8   PLANO DE ASSISTÊNCIA MÉDICO-ODONTOLÓGICA SEM COBERTURA PARA EMPREGADOS DE EMPRESAS SUBCONTRATADAS**

### COMENTÁRIOS

Apenas os consórcios contratados apresentaram os planos de assistência médico-hospitalar-odontológica para seus empregados, embora o subitem 8.2.24 dos contratos determine que essa obrigação deva abranger os empregados das subcontratadas. A falta de atendimento a essa obrigação, além de se constituir em descumprimento do pactuado, representa perda financeira para a Petrobras, pois os custos desses planos estão embutidos no preço contratado.

### RECOMENDAÇÕES

Cobrar das contratadas a apresentação dos planos de saúde faltantes e estabelecer rotina de análise para o atendimento às exigências contratuais, incluída a aqui reclamada, e acompanhamento das regularizações, aplicando, quando cabível, a respectiva sanção contratual.

### AÇÃO/COMENTÁRIOS DA UNIDADE

### PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO

**9   FALTA DE EMISSÃO DO TERMO DE RECEBIMENTO DEFINITIVO (TRD) PARA CONTRATOS ENCERRADOS ATÉ DEZEMBRO/2010 E COM SALDO EM ABERTO, R$ 90,4 MILHÕES**

### COMENTÁRIOS

O Manual de Procedimentos Contratuais - MPC, no subitem 5.5.4.4, determina que a entrega do objeto contratual deva ser realizada por meio do TRD, que, uma vez firmado pelas partes, encerra definitivamente a relação contratual, bem como dá início ao prazo de garantia previsto no art. 618 do Código Civil Brasileiro.

O fato de o instrumento contratual permanecer ativo no SAP, com saldo em aberto, não só contraria as normas e procedimentos da empresa como, também, torna vulnerável o sistema de pagamento, haja vista a possibilidade de realização de aditivo no sistema, independentemente de ter sido expirado o prazo contratual, possibilitando medição no contrato.

Confidential                                                                                                PBRCG_00349578



CONFIDENCIAL
### MINUTA

**AUDITORIA R-13229/2011**

Diversos contratos encerrados de maio/2008 até dezembro/2010 permanecem registrados como ativos em decorrência da não emissão do TRD e com valor em aberto totalizando R$ 90,4 milhões, conforme exemplificado no Quadro V.

| Quadro V - Contratos sem TRD e com saldo em aberto | | | | |
|---|---|---|---|---|
| Contrato | Fornecedor | Início | Término | Saldo R$ |
| 4600279302 | EPT Engenharia e Pesquisas | 23/06/2008 | 30/10/200 | 419.561,00 |
| 4600288626 | Genpro Engenharia S/A | 03/12/2008 | 19/03/200 | 4.202.504,41 |
| 4600242271 | Consórcio Refinaria Abreu e Lima | 09/08/2007 | 29/01/200 | 65.655.379,31 |
| 4600279168 | BCL Construtora Ltda. | 10/07/2008 | 04/02/200 | 7.277.463,00 |
| 4600290587 | BCL Construtora Ltda. | 10/07/2008 | 01/06/200 | 2.243.365,06 |
| 4600287684 | Cegelec Ltda. | 27/10/2008 | 19/01/201 | 8.179.753,02 |
| Outros | | | | 2.410.370,63 |
| **Total** | | | | **90.388.396,43** |

A emissão e a assinatura do TRD são de fundamental importância para resguardar a Petrobras contra eventuais reclamações judiciais ou extrajudiciais de direitos ou créditos referentes às contratações, além de sua emissão e monitoramento representarem um dos requisitos da certificação dos controles internos da Companhia (Lei *Sarbanes Oxley* - EUA).

### RECOMENDAÇÕES

Diligenciar a regularização dos TRDs já assinados no SAP e implementar controle para sua emissão tempestiva ou a adoção das medidas pertinentes para a regularização de eventuais pendências contratuais.

### AÇÃO/COMENTÁRIOS DA UNIDADE

As Gerências da IERENEST junto às Gerências dos contratos já estão atuando para regularizar as emissões e confirmações dos TRDs de contratos encerrados junto ao Sistema, bem como buscando a regularização e assim sanar pendências contratuais, caso existam.

### PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO

10    **FRAGILIDADE NO PROCESSO DE CONTRATAÇÃO COM DISPENSA DE LICITAÇÃO POR VALOR (PEDIDO ZPQS)**

### COMENTÁRIOS

Para caracterizar contratação com dispensa de licitação por valor, é necessário que os serviços sejam esporádicos, de demanda não continuada e sem fracionamento em mais de um processo, de forma a impedir o favorecimento a qualquer empresa, a manter a transparência na contratação e a observar as alçadas e limites.

Confidential                                                                            PBRCG_00349579

 **PETROBRAS**

CONFIDENCIAL

## MINUTA

**AUDITORIA R-13229/2011**

Dos 58 processos analisados, 49 apresentaram não conformidades ante os requisitos definidos no PG-04-SL/CONT-005, como, por exemplo:

**a) Falta de estimativa do valor dos serviços contratados**

Foram identificados, e apresentados à unidade, 36 Pedidos de Compra para Pequenos Serviços (R$ 442 mil) sem a estimativa do valor dos serviços a serem contratados, contrariando o disposto no subitem 7.1 do normativo PG-04-SL/CONT-005 - Coleta de Preços (Pequenos Serviços)[9] e no subitem 2.2, alínea 'd', do Regulamento aprovado pelo Decreto 2.745/98[10].

**b) Fracionamento de serviços com extrapolação ao limite de competência**

Foram identificados dois Pedidos de Compra emitidos em um mesmo mês, em que restou evidenciado o fracionamento dos serviços e desvio ao limite de competência da gerência emissora, conforme apresenta o Quadro abaixo:

| Quadro VI – Fracionamento de Serviços | | | | |
|---|---|---|---|---|
| Nº do Pedido | Data de Criação | Gerência | Fornecedor | R$ |
| 4503496097 | 05/08/2010 | ENG IERENEST/IEOCV | IPE Construções e Incorporações | 57.753,23 |
| 4503540066 | 31/08/2010 | | | 57.753,23 |

**c) Serviços de demanda continuada**

A Gerência ENGENHARIA/IERENEST/IEOCV contratou a MPM Aluguel de Ar Ltda. para serviços de locação, instalação e manutenção de ar-condicionado (14 processos totalizando R$ 92.540,00) e a Nossaflora Ltda. para serviços de plantio e manutenção de grama (2 processos somando R$ 81.183,02), valendo-se da prerrogativa da contratação com dispensa por valor, em que pese os serviços serem de demanda continuada, um deles (Nossaflora Ltda.) com previsão de execução em 180 dias, prorrogáveis por igual período, o que caracteriza o fracionamento de serviços, mesmo estando o valor total dos pedidos dentro do limite de competência de quem os autorizou.

| Quadro VII – Serviços de Demanda Continuada Caracterizados como Pequenos Serviços | | | | |
|---|---|---|---|---|
| Nº do Pedido | Data de Criação | Gerência | Fornecedor | R$ |
| 4503579172 | 24/09/2010 | ENG IERENEST/IEOCV | MPM ALUGUEL DE AR LTDA. | 7.760,00 |
| 4503579400 | | ENG IERENEST/IEOCV | | 960,00 |
| 4503579400 | | ENG IERENEST/IEOCV | | 160,00 |
| 4503627290 | 22/10/2010 | ENG IERENEST/IEOCV | | 7.760,00 |
| 4503627291 | | ENG IERENEST/IEOCV | | 3.400,00 |
| 4503627281 | | ENG IERENEST/IEOCV | | 1.120,00 |
| 4503682667 | 24/11/2010 | ENG IERENEST/IEOCV | | 13.380,00 |

---

[9]   7.1.1 - Antes de solicitar proposta é imprescindível ter-se a estimativa do valor dos serviços o que possibilitará, entre outros aspectos: (.../...)

[10]   2.2 A dispensa de licitação dependerá de exposição de motivos do titular da unidade administrativa interessada na contratação da obra, serviço ou compra, em que sejam detalhadamente esclarecidos:
  d) a justificativa do preço de contratação e a sua adequação ao mercado e à estimativa de custo da PETROBRAS.

Confidential                                                                                   PBRCG_00349580

 **PETROBRAS**

CONFIDENCIAL

**MINUTA**

**AUDITORIA R-13229/2011**

| | | | | |
|---|---|---|---|---|
| 4503682667 | | ENG IERENEST/IEOCV | | 980,00 |
| 4503735784 | 23/12/2010 | ENG IERENEST/IEOCV | | 13.940,00 |
| 4503735784 | | ENG IERENEST/IEOCV | | 2.240,00 |
| 4503785919 | 25/01/2011 | ENG IERENEST/IEOCV | | 16.450,00 |
| 4503785919 | | ENG IERENEST/IEOCV | | 3.910,00 |
| 4503837709 | 24/02/2011 | ENG IERENEST/IEOCV | | 17.920,00 |
| 4503837709 | | ENG IERENEST/IEOCV | | 2.560,00 |
| 4503825951 | 16/02/2011 | ENG IERENEST/IEOCV | NOSSAFLORA LTDA. | 47.055,09 |
| 4503863047 | 14/03/2011 | ENG IERENEST/IEOCV | | 34.127,93 |

**i) Necessidade de implantação da ferramenta do SAP denominada rodízio de fornecedores (pedidos ZPQS)**

Ferramenta coorporativa que torna mais transparentes os processos de contratação, atendendo, inclusive, aos requisitos da Lei *Sarbanes-Oxley* (SOX).

Os objetivos da adoção de tal ferramenta são obter o processo integrado em um só sistema; a possibilidade de avaliar o desempenho dos fornecedores tanto na fase de cotação como na de execução e recebimento do bem, aumentando sua qualificação; estimular mais comprometimento do fornecedor com a qualidade do serviço prestado; e ter conhecimento do trabalho de outros fornecedores.

**RECOMENDAÇÕES**

a)  Seguir as orientações e normas coorporativas para realização de contratação com dispensa de licitação, valendo-se da utilização de Carta-contrato para as situações que não se justifique a contratação convencional.

b)  Criar grupo de trabalho para viabilizar a implantação do Rodízio de Fornecedores/SAP.

**AÇÃO/COMENTÁRIOS DA UNIDADE**

**PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO**

11   **PAGAMENTOS ENQUADRADOS INDEVIDAMENTE COMO PEDIDOS DE REEMBOLSOS NÃO ESTIMADOS (PEDIDO ZRNE), R$ 1,5 MILHÃO**

**COMENTÁRIOS**

Segundo o DIP JURÍDICO/CIRCULAR - 03/2010, de 31/03/2010, uma despesa, para ser reembolsável, deve ser classificável como acessória, ou seja, não deve configurar insumo natural da prestação do serviço.

Confidential                                                              PBRCG_00349581

 **PETROBRAS**

CONFIDENCIAL

## MINUTA

**AUDITORIA R-13229/2011**

Em análise de reembolso não estimados (Pedidos ZRNE), ficou evidenciado que alguns pagamentos foram feitos em contraste com aquela orientação, portanto, de forma irregular:

**a) Ressarcimento de desconto indevido na medição, R$ 1,4 milhão**

Por falha da fiscalização no contrato 4600290601 (Consórcio Refinaria Abreu e Lima), foram efetuados descontos indevidos nas medições da contratada, os quais foram reembolsados pela ENGENHARIA/IERENEST/IEOCV através dos pedidos de compra 4503517987 (R$ 737.952,65) e 4503518000 (R$ 743.713,12).

**b) Complemento de medição, R$ 161 mil**

Por falha no SAP, a medição 19 do contrato 4600259588 (Chemtech Serviços de Engenharia) não teve computado o reajuste devido. A unidade emitiu o pedido 4502642041 como reembolso não estimado para ressarcir o fornecedor, porém se trata de complemento de medição, ou seja, insumo natural do contrato.

RECOMENDAÇÕES

Orientar os gerentes e fiscais de contratos para a correta utilização das ferramentas corporativas para efetivação de pagamentos

AÇÃO/COMENTÁRIOS DA UNIDADE

PRAZO PARA IMPLEMENTAÇÃO DA AÇÃO

Confidential                                                                 PBRCG_00349582