# EXHIBIT G

**Testimony of Geovane de Moraes - Former manager of the Petrobras Supply Communications Area - to the Internal Committee for Determination of Irregularities in Supply Communications.**

4:35 – 15:40

**GEOVANE:** ...or then you were closing something with her and there was an order from above and you were doing something else. You were going from formal things to informal things. There were informal things, and the informality got to the point where, at times, there were external pressures from the lobbyist, for example: doing the IndyCar Series. Then, to my surprise... IndyCar Series, who authorized doing IndyCar Series? Who sent orders to do IndyCar Series? Then, it seemed like, in my mind, I wanted to do IndyCar Series and I decided one day that I was going to do IndyCar Series. The proposal from the guy was 13 million eight hundred thousand dollars, okay? The guy was emailing me for three years pressuring me, calling me a son of a bitch, a cuckold, things like that. Calling me a son of a bitch, a cuckold, a scoundrel, that Paulo Roberto had already authorized it and I didn't want to do it. But this isn't a little pressure, no, this was pressure, my friend, pressure. To the point that one day I ran to Carmen... Carmen even called Silas and said that this guy is really rude and that I'm not going to do anything for this guy.

**CIA:** Who was that guy?

**GEOVANE:** Ricardo Milani, he was a lobbyist that was representing.

**GEOVANE:** So what's the outcome of what I did? That has to be the sponsorship, I did a DIP (*Documento Intero do Sistema Petrobas* - Internal Petrobras System Document) for Santa Rosa, Wilson Santa Rosa. I copied everyone and Wilson Santa Rosa along with Eliane, about the sponsorship; completely denies it. He tells me the following: there is no IndyCar Series because we sponsor motor sports when we have our technology. IndyCar Series is marketing for ethanol and that's not such and such and he refuses. I create a two-page DIP and his refusal, of Eliane and Cláudio Thompson, which also comes to two or three pages, justifying such and such because there is no, etc., etc. Silas was the one who drafted the DIP, he was the one who drafted the DIP, about alcohol, he was the one for alcohol. He came with orders from the board that approved his marketing plan for 2006, 2007, and his marketing plan on alcohol had included the issue of IndyCar Series. He drafted the DIP so I could go to constitutional communications. Santa Rosa refused it? He refused it. Cláudio Thompson wrote... So the guy continued to pressure, to pressure, he went to Brazil and talked with important people there and then the pressure came back to Paulo Roberto day and night, day and night.

**CIA:** But did he say his name or on behalf of whom? Because, for example, I say that for the following reason: if this Ricardo Milani calls me and I tell him to bug off. Say, "buddy, I don't know you, don't call me anymore," but maybe he would be representing other interests.

**GEOVANE:** Right, exactly.

**GEOVANE:** If other people could have given the name of the company, they didn't. You see? I... I, so much so that he came up, he was saying, he was calling there, he was talking with Paulo Roberto and such...

**CIA:** Do you know which company it is?

**GEOVANE:** He is... the... the name... Foster.

**GEOVANE:** So then after a lot of pressure... Carmen has a meeting, she called Silas... he wanted to come into the meeting but Carmen wouldn't let him, he was waiting outside. Silas sat down, I sat down, and we called Claudio Thompson, Carmen, and there was one other person. I don't recall now who it was. Then Thompson said, look, here's what I see as the alternative for that. Silas, since you're already in demand to do deals abroad, what I see as an exit is for you is to take action with the relationship. You invite the potential customers, the guys who are going to buy, the likely purchaser of Brazilian ethanol, you do... I'll help you with that but I can't sponsor and such and such. In terms of the relationship, I help you but SUPPLY takes on the cost. It can't be... it can't be...

**CIA:** Institutional communication?

**GEOVANE:** And so SUPPLY the cost. Very well. That doesn't have a budgetary allocation, that doesn't have a budgetary allocation. See, and again the project is 13 million eight hundred thousand dollars. Then we, okay, then Carmen said okay, we're going to do the following within the context of that proposal. We're going to do a pilot experience and then we evaluate that pilot experience. Then Carmen provided guidance abroad and you do the invitation 40, 60 days in advance, right? And then you give all the guidelines, Silvana was the one who led that first pilot experience; Silvana led it, Silvana went to Chicago, etc., with the alcohol people and did the first trial for the pilot experience. There were 15 days left before the trial...

**CIA:** In Chicago?

**GEOVANE:** It wasn't in Chicago; the first trial was in Indianapolis. So, in the first pilot experience, with ten or fifteen days to go, either Carmen or we ourselves remembered to notify Nilo, who's the executive manager. Silas went to Japan for that, he was in Japan negotiating ethanol. He went from Japan to Indianapolis and then on Friday, between Thursday and Friday he calls Nilo about changing his ticket from Japan to Indianapolis. Nilo was on a political study project with Pereira and Silas, it probably would have been Pereira... such and such... told Gabriel to pay everything in installments and Pereira was appointed instead of Nilo. Nilo was stumbling, and Nilo does not stumble; he said that he wasn't going to change the ticket and said "I'm not going to approve it." Then Nilo, on Friday at 5pm, sends Carmen an email copying me, saying "Carmen, I suggest you cancel the initiative because this proposal, that's all... I think it's

really expensive." That's Friday and the trial was going to be on Sunday and everyone on the list that Silas had prepared had been invited, right? There's no way to cancel that, unfortunately there's no way to cancel it. Then over the weekend... Silas met with Paulo Roberto... Paulo Roberto said follow his orders, he's your boss and you have to obey, but he's not going to remain such and such. When he left, the natural question was who would go up and who would come down, etc., the staff... and then, now that Nilo was no longer there and he was the obstacle, we're going to finish the trials that you had that year, that was it. There were 5 or 6 trials that IndyCar Series did. And then there was the very delicate question that Paulo had to be careful with, because he says I don't have any knowledge, I didn't approve it, but a journalist went there at the request of Paulo, he personally asked the journalist, Ricardo [Lakerman] and the worst thing is that I'm with the guy's badge there, in that search for evidence I picked up, I've got the guy's badge. Paulo asked for him in Paraná, he met with the guy at a... farm... and asked the guy even talked about the event that Silas would conduct there.

**CIA:** If I'm not mistaken, Ricardo Lakerman is from News Day...

**GEOVANE:** From News Day. News Day is a company that Paulo recommended to consult on biofuels, so that was Ricardo Lakerman... and they're friends from the gas period, right? The guy from IndyCar Series was from gas... Ricardo, I don't know, and he asked and the guy was the invitation.

**CIA:** So, just to understand, we did five trials then? Were there others done apart from Indianapolis?

**GEOVANE:** There were, there were.

**CIA:** I had understood that there were two.

**GEOVANE:** No, there were three in which the press participated, there were three.

**CIA:** IndyCar Series?

**CIA:** It was Miami, wasn't it? I think it was Indianapolis, Miami...

**GEOVANE:** Indianapolis, Miami. Actually, there were five, three with press. Lakerman went to do... to do...

**CIA:** So we have activity in five trials?

**GEOVANE:** In five trials

**GEOVANE:** Three had press, and the others had a stand, they brought guests...

**GEOVANE:** Exactly.

**CIA:** You had a presence there?

**GEOVANE:** Exactly.

**CIA:** So, just for me to clarify, because I had understood that we had done two trials, right? That there was the cancellation after, right...

**GEOVANE:** No then it's, even the cancellation after... yes... yes

**CIA:** Miami and what else?

**GEOVANE:** Look, the cancellation didn't happen, you see? The cancellation didn't happen.

**CIA:** ... That was changing of Silas's ticket? The rest happened?

**GEOVANE:** The rest happened, Nilo's email was ultimately overridden... the proposal was valid and the minutes are there and such..

**CIA:** And how many races were there in all?

**GEOVANE:** 13... maybe five...

**CIA:** 13? Planned races?

**GEOVANE:** 13 million was for 13...

**GEOVANE:** 13 million eight hundred thousand...

**CIA:** Three trials were held... so it was five?

**GEOVANE:** Five.

**CIA:** And institutional communications participated then?

**GEOVANE:** So let me get there. And institutional communications, then Claudio Thompson.. did see Lucia? When those minutes came out, Carmen did the minutes, Thomson was there and then we raised the issue of setting up institutional communication. Thompson was there and he still promised to take it to the politicians inside the box – Tony Canaan, Helio Castro Neves and another Brazilian that was also in IndyCar Series. Then they talked about ethanol, then Thompson promised, "I even get the drivers talking about ethanol," etc., then there's a report on the relationship, etc., commercial, it's not classified as a sponsorship initiative, as exposure of the brand because the product didn't belong to Petrobras, it buys and sells, that was why he didn't want to sponsor, the product didn't belong to Petrobras, but it buys and sells. That's to illustrate the following to you that the CI [Institutional Communications] contracting requests were going from formal to informal, okay, they were going from formal to informal, you see? Another example that I want to give you is the following...



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: June 22, 2016

To whom it may concern:

This is to certify that the attached translation from Portuguese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- PBRCG_01584637 - 435-1540

Austin Lowe, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Austin Lowe