# EXHIBIT H

**Testimony of Geovane de Moraes - Former manager of the Petrobras Supply Communications Area - to the Internal Committee for Determination of Irregularities in Supply Communications.**

26:00-28:00

**GEOVANE:** For example, there are two examples here that I think are important for you to know: the first is the following: 1 - Carnival - Carnival the goal was to hide the ox itself so that no one would see the ox. It wasn't interesting for anyone to show up with a contract of R$ 4, 5, 3 million saying that an independent "friend" from the samba school was going to do the party, the box and such. Right, that would be the institutional crisis and even on the day that I had to be paying the journalist from Folha de São Paulo, paying PUC [political party - Partido Universitário Cristão], PUC wanting to see Beto Mansur - Representatives from the PP [political party - Partido Popular], who was invited by Paulo, which would show that relationship in order to be able to disclose, because of all of that, we had to stay...

**CIA:** *Quick interjection - Why was the Brazilian President interested in sponsoring Carnival?*

**GEOVANE:** Pressure from the bookies, Nilo, the president of Portela, went to talk with the 12 presidents and they pressured Lula a lot, and he had the political issues as well, Sergio Cabral's election, Sergio Cabral was also there, so they pressured Lula and Lula was forced to release. So the interest was in hiding the ox itself, no one was interested in showing that... that was the first point. The second point, for example, that example emphasized the commitments to the Governor of Rio Grande do Norte, it was a lot of talking, all meetings, we had meetings and talked and such, etc. but... if we understood or rather we... I never considered for being able all that ... Carnival for example, I'm not aware... the focus was very much on operations on what was going to be done.



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: June 22, 2016

To whom it may concern:

This is to certify that the attached translation from Portuguese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- PBRCG_01584635 - 2600-2800

Austin Lowe, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Austin Lowe