# EXHIBIT I

201

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


In Re PETROBRAS SECURITIES LITIGATION     Case No.
                                                  14 cv 9662

This Document Applies to: All Cases



March 9, 2016
9:57 a.m.


     Continued videotaped deposition of VENINA

VELOSA da FONSECA, taken by Plaintiffs, pursuant

to Adjournment, held at the offices of Pomerantz

LLP, 600 Third Avenue, New York, New York, before

Joseph R. Danyo, a Shorthand Reporter and Notary

Public within and for the State of New York.

```
1

2    sA P P E A R A N C E S :

3        POMERANTZ LLP
             Attorneys for Lead Plaintiff
4            600 Third Avenue
             New York, New York 10016
5
         By:   JOHN A. KEHOE, ESQ.
6              EMMA GILMORE, ESQ.
               MARCELA LEVI, ESQ.
7              ATILA CONDINI, ESQ.
               HUI CHANG, ESQ.
8

9
         KAPLAN FOX & KILSHEIMER LLP
10           Attorneys for Plaintiff Ohio Public
               Employees Retirement System
11           805 Third Avenue
             New York, New York 10022
12
         By:   MATT McCAHILL, ESQ.
13               (Via Teleconference)

14

15       KESSLER TOPAZ MELTZER CHECK LLP
             Attorneys for Plaintiffs Dimensional,
16             Aberdeen, Abbey Funds, Skagen, Danske,
               Delaware and Russell Plaintiffs
17           280 King of Prussia Road
             Radnor, Pennsylvania 19087
18
         By:   MARGARET E. ONASCH, ESQ.
19

20
         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
21           Attorneys for Plaintiffs in Janus and
               Dodge and Cox action
22           250 Hudson Street
             8th Floor
23           New York, New York 10013

24       By:   DOUGLAS L. CUTHBERTSON, ESQ.

25
```

1

2    A P P E A R A N C E S : (Continued)

3

         CLEARY GOTTLIEB STEEN & HAMILTON LLP
4            Attorneys for the Petrobras Defendants
             One Liberty Plaza
5            New York, New York 10006-1470

6        By:   ROGER A. COOPER, ESQ.
               KATHERINE CURRIE, ESQ.
7              PEDRO MARTINI, ESQ.

8

9        SKADDEN ARPS SLATE MEAGHER & FLOM LLP
             Attorneys for the Underwriter Defendants
10           1440 New York Avenue, N.W.
             Washington, D.C. 20005
11
         By:   JENNIFER L. SPAZIANO, ESQ.
12

13

         KING & SPALDING LLP
14           Attorneys for Defendant PWC
             1185 Avenue of the Americas
15           New York, New York 10036-4003

16       By:   ISRAEL DAHAN, ESQ.
               LAUREN WEBB MITCHELL, ESQ.
17               (Via Teleconference, Afternoon Session
                  Only)
18

19

         MATTOS MURIEL KESTENER
20           Attorneys for the Witness
             Alameda Santos
21           1940-1 Andar
             01418-200-Sao Paulo, Brazil
22
         By:   UBIRATAN MATTOS, ESQ.
23

24

25

```
 1

 2   A P P E A R A N C E S : (Continued)

 3
     Also Present:
 4
         MIKAEL PAJARI,
 5       PEDRO BARROSO,
             Petrobras
 6
         ZILDA BUZACK,
 7         Portuguese Interpreter

 8       NICHOLAS GUZMAN,
           Videographer
 9
                     ~oOo~
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                  da Fonseca - Confidential

2                    THE VIDEOGRAPHER:  Good morning.  This

3             is the continuation of the videotaped

4             deposition of Venina Velosa da Fonseca on

5             March 9, 2016.  The time is 9:57 a.m. and we

6             are back on the record.

7    Z I L D A   B U Z A C K,  was duly sworn to

8    interpret the questions from English to Portuguese

9    and the answers from Portuguese to English:

10   VENINA VELOSA da FONSECA, having been previously

11   duly sworn, was examined and testified further as

12   follows:

13                  THE INTERPRETER:  The interpreter is

14            only interpreting the answers and not the

15            questions unless she is requested to do so.

16            Correct?

17                  MS. GILMORE:  We are fine with that.

18                  MR. COOPER:  We are fine with that.  It

19            is up to the witness.

20                  THE WITNESS:  I would like you to

21            translate the questions.

22                  THE INTERPRETER:  Okay.  The interpreter

23            will translate the questions and the

24            answers.

25   EXAMINATION BY MR. COOPER:

1                  da Fonseca - Confidential

2          Q.    Good morning, Ms. da Fonseca.  My name

3     is Roger Cooper and I am counsel for Petrobras in

4     this litigation.  I am going to ask you some

5     questions today.  Do you understand that this

6     deposition today is a continuation of the

7     deposition, your deposition, that began on

8     February 16?

9          A.    Yes.

10         Q.    And you understand that you are under

11    oath to tell the truth today?

12         A.    I do understand.

13         Q.    So I am going to ask you some questions.

14    If you do not understand the question that I ask

15    you, I request that you ask me for clarification.

16    Is that fair?

17         A.    Yes.

18         Q.    And if you do not ask for clarification

19    of a question, I am going to assume that you

20    understood the question.  Is that okay?

21         A.    Okay.

22         Q.    Is there any reason that you cannot

23    testify truthfully here today?

24         A.    No.

25         Q.    Did you do anything since February 16 to

1                    da Fonseca - Confidential

2       prepare for your deposition today?

3            A.    No.

4            Q.    Did you speak with anyone about the

5       testimony that you gave on February 16?

6            A.    Not the content, only what happened.

7       That is all I spoke about.

8            Q.    And with whom did you speak about

9       regarding what happened at the deposition?

10           A.    Family members and managers.

11                 MS. LEVI:   Objection.  She said not what

12                 happened, that it happened.

13                 THE INTERPRETER:   The interpreter did

14                 not hear that.  The interpreter will ask the

15                 witness to speak up.

16           Q.    Did you have any discussions with any of

17      the lawyers for the plaintiffs in this action

18      regarding the testimony that you gave on

19      February 16?

20           A.    No.

21           Q.    Let's go back to the testimony that you

22      did give on February 16.  At any point prior to the

23      day of that deposition did you speak with any of

24      the lawyers representing the plaintiffs in the U.S.

25      litigation about your testimony?

208

1                    da Fonseca - Confidential

2          A.   No.  I was just called by Petrobras'

3    attorneys to speak about the content of the

4    testimony that was provided.

5          MR. MARTINI:  Could the translator or

6          the witness clarify if it was the content of

7          the testimony or the content of the

8          litigation in the action.

9          THE WITNESS:  Both.

10         Q.   Right.  But my question though was,

11   setting that aside, did you have any communications

12   with any lawyers for the plaintiffs prior to your

13   deposition on February 16?

14         MS. GILMORE:  Objection.  Asked and

15         answered.

16         A.   I already answered this question.

17         Q.   And your answer is no?

18         A.   For the accusing, for --

19         MS. LEVI:  Plaintiffs.

20         A.   For the plaintiffs' lawyers, no.  For

21   Petrobras' attorneys, yes.

22         Q.   Setting aside lawyers, did you speak

23   with anyone else here, including meetings or phone

24   calls, who had an affiliation or a relationship

25   with the plaintiffs in this litigation prior to

1                    da Fonseca - Confidential

2    February 16?

3                    MS. GILMORE:   Objection to form.

4          A.    Could you rephrase the question.

5          Q.    Right.  I think you answered previously

6    whether, a question whether you spoke to any

7    lawyers representing the plaintiffs prior to your

8    testimony on February 16, and I am asking you

9    whether you spoke to anyone, any non-lawyer

10   affiliated with the plaintiffs in connection with

11   your deposition on February 16?

12                   MS. GILMORE:   Objection to form.

13         A.    No, not that I know of.

14         Q.    And one more question to make sure I

15   haven't missed anything.  Apart from the one

16   communication that you mentioned, did you speak

17   with anyone else regarding your deposition that

18   happened on February 16 prior to the date of the

19   deposition?

20         A.    Besides the individuals that I mentioned

21   on my previous answer, which was family members and

22   managers, no.

23         Q.    Did you provide anyone with any

24   documents related to this litigation prior to your

25   deposition on February 16?

1                    da Fonseca - Confidential

2          A.    Yes.

3          Q.    Who did you provide them to?

4          A.    To the attorney, to the prosecutors,

5    individuals were called to provide testimony who

6    were directly connected to the case.  This is after

7    I found out that I was going to provide testimony.

8          Q.    Do you mean after you found out that you

9    were going to provide testimony in the U.S.

10   litigation?

11         A.    Yes.

12         Q.    How did it come about that you provided

13   documents -- strike that.  When you said the

14   prosecutors, do you mean Brazilian prosecutors or

15   prosecutors somewhere else?

16         A.    Brazilian.

17         Q.    How did it come about that you provided

18   documents to the prosecutors related to this

19   litigation after you learned that you were going to

20   be deposed in this case?

21              MS. GILMORE:   Objection to form.

22         A.    I said that I provided documents before

23   I found out about this litigation, but this month I

24   was called to provide testimony in Rio de Janeiro

25   at the finance police department.

211

1        da Fonseca - Confidential

2            THE INTERPRETER:  The interpreter heard

3        the word, the interpreter does not want to

4        add words that are not said because then --

5        but thank you very much.

6        Q.   Okay.  You mentioned that you gave some

7   documents to your lawyer.  Who are you referring

8   to?

9        A.   Ubiratan Mattos and a few attorneys from

10  his office who were dealing with my case.

11       Q.   And when you refer to your case, what

12  are you referring to?

13       A.   My labor suit against Petrobras for

14  harassment and for reducing my salary and also the

15  communication with Petrobras' ombudsman for the

16  same reasons.

17       Q.   Do you know if your counsel provided any

18  documents from your labor lawsuit to the lawyers

19  representing the plaintiffs in the U.S. litigation?

20           MS. GILMORE:  Objection to form.  I also

21       advise you not to disclose any

22       attorney-client privilege between Mr.

23       Ubiratan and you.

24       A.   I accept it.

25       Q.   I don't understand your answer.

1                    da Fonseca - Confidential

2          A.    I'm not going to answer.

3          Q.    Is it because you believe doing so would

4    disclose privileged information?

5          A.    No.

6          Q.    So what is the reason why you are not

7    answering my question?

8               MS. GILMORE:  If there is something that

9          you think would disclose attorney-client

10         privilege, you shouldn't respond.  If you

11         think you can provide information without

12         disclosing attorney-client privilege, you

13         can respond.

14         A.    The answer is no.

15         Q.    Going back to February 16, the first day

16   of your deposition, do you recall that during the

17   day we took several breaks?  Is that right?

18         A.    Yes.

19         Q.    At any time on any of those breaks did

20   you discuss with counsel for the plaintiffs your

21   testimony that you were giving on February 16?

22              MS. GILMORE:  Objection to form.

23         A.    No.

24         Q.    Did you have any discussions with

25   counsel for the plaintiffs on breaks on

1              da Fonseca - Confidential

2     February 16?

3              MS. GILMORE:  Objection to form.

4         Relevance.

5         A.   No conversations about the case, just

6     about informal matters such as it is cold today, it

7     is raining, what a beautiful view, things of that

8     nature.

9         Q.   Do you have an understanding of what

10    this U.S. litigation that you are testifying in

11    today is about?

12        A.   Yes, I do.

13        Q.   What is that understanding?

14        A.   I read the documentation, and this suit

15    is an investors suit who were misled or who are

16    alleged to have been misled by the company because

17    the company did not provide realistic information

18    as to its financial situation and the way it would

19    approve the projects, and now the company says that

20    it did not know what was going on.

21        Q.   Other than from reading -- strike that.

22    When you said you read the documentation, what

23    documentation were you referring to?

24        A.   One part was provided by Petrobras

25    itself when I was notified, newspapers and at the

214

```
1                da Fonseca - Confidential
2    meeting when I was summoned by them and they said
3    what issues were being addressed during the suit.
4                MS. LEVI:  They the lawyers, the
5           defendants' lawyers in the U.S.
6           A.   You yourself was the one who told me
7    about it.
8                THE INTERPRETER:  The interpreter is
9           saying exactly what is being said.
10               MR. COOPER:  Let's be clear then.  When
11          we discuss the translation, we should not be
12          having any impact upon the testimony.
13               MS. LEVI:  Sorry.
14               THE INTERPRETER:  May I ask her to
15          intervene when I notice you haven't
16          translated correctly?
17               MR. COOPER:  Absolutely.
18               THE INTERPRETER:  So please continue.
19          Q.   Do you believe that your testimony, the
20   testimony you gave on February 16 and the testimony
21   you are giving today, will assist the plaintiffs in
22   this action?
23               MS. GILMORE:  Objection to form.
24          A.   The attorneys have to answer that, not
25   myself.  I am just going to tell the truth.
```

1               da Fonseca - Confidential

2          Q.   Do you want your testimony in this

3    deposition to be helpful to the plaintiffs?

4               MS. GILMORE:  Objection to form.

5          A.   I am here to answer your questions and

6    to tell the truth.  I'm not interested in whom that

7    is going to provide assistance to.

8               MR. KEHOE:  Roger, could we take a

9               30-second break to lower the shades?

10              MR. COOPER:  Off the record.

11              THE VIDEOGRAPHER:  The time is 10:18

12              a.m.  We are going off the record.

13              (Recess taken)

14              THE VIDEOGRAPHER:  This is the

15              continuation of tape number 1.  The time is

16              10:19 a.m.  Back on the record.

17   BY MR. COOPER:

18         Q.   Let's focus on your work history at

19   Petrobras in the downstream area.  When did you

20   begin working in the downstream area of Petrobras?

21         A.   2004.

22         Q.   How did that come about?

23         A.   I was invited by the officer Paulo

24   Roberto Costa to be his assistant.

25         Q.   Did you know Paulo Roberto Costa at that

da Fonseca - Confidential

1                 da Fonseca - Confidential

2     time?

3          A.   Yes, I did.

4          Q.   How did you know him?

5          A.   Before working at the downstream

6     division, I worked at GASPETRO.  I was natural gas

7     manager, and he was business manager, and then I

8     started to work at the gas and energy division.  He

9     was a logistics manager, and I was gas invoicing

10    manager.

11              MR. MARTINI:  In order to clarify the

12              record, please clarify if the translation is

13              manager or officer, business manager or

14              business officer for GASPETRO.

15              THE INTERPRETER:  He was a business

16              officer, but the interpreter heard the word

17              "manager" before.

18         Q.   How long did you work at GASPETRO?

19         A.   Between GASPETRO and gas e energia,

20    well, I started to work at GASPETRO in August 2000,

21    and then I went to the gas and energy division, and

22    it was four years during that period.

23         Q.   When did you first meet Paulo Roberto

24    Costa?

25         A.   It is when I started to work for

217

1              da Fonseca - Confidential

2     GASPETRO, but I was not working directly with him.

3         Q.   Do you remember what year that was?

4         A.   2000.

5         Q.   Now going to your time in the downstream

6     division of Petrobras, I believe you said that your

7     first position was as assistant to Paulo Roberto

8     Costa, is that correct?

9         A.   At downstream?

10        Q.   Yes.

11        A.   Yes.

12        Q.   Okay.  What were your responsibilities

13    as the assistant to Paulo Roberto Costa?

14             MS. GILMORE:  Objection to the form.

15             Where?

16        A.   To provide assistance to Paulo Roberto

17    Costa.

18        Q.   Can you say more about what you did in

19    providing assistance to Paulo Roberto Costa?

20        A.   I was an advisor to the officer.

21        Q.   For how long were you in the position of

22    assistant to Paulo Roberto Costa?

23        A.   Four to five months.

24        Q.   Was that because you were then promoted?

25        A.   I started to occupy the position of

1                    da Fonseca - Confidential

2      general manager for planning.

3           Q.    Do you remember what year you became the

4      general manager of planning?

5           A.    2004.

6           Q.    How did it come about that you became

7      the general manager of planning?

8           A.    Before the planning division, I was a

9      manager.  I had been a manager at different

10     divisions outside downstream.  I implemented

11     various different projects of restructuring

12     including structuring and planning.  These projects

13     gained a lot of visibility at the company so they

14     ended up changing the structure of many different

15     areas of the company, and with that my expertise

16     was recognized by all within the company and then

17     opportunities for managing changes had occurred.

18          Q.    Did Paulo Roberto Costa promote you from

19     assistant to general manager of planning?

20          A.    All officers of Petrobras are the ones

21     who promote general managers, and the executive

22     board is the one who promotes executive managers.

23     Those were the rules in those days for the company.

24          Q.    So is the answer to my question yes?

25                MS. GILMORE:  Objection.  Asked and

219

                    da Fonseca - Confidential

1                   answered.

2        A.   As I mentioned, all officers would

3   appoint the general managers for their area.  He

4   was an officer, I was general manager, so that is

5   how it happened.

6        Q.   So the answer is yes?

7             MS. GILMORE:  Objection.  Asked and

8             answered two times.

9        Q.   I just want to make sure the record is

10  clear.  So your answer is that yes, that Mr. Costa

11  did promote you to the position of general manager

12  of planning?

13            MS. GILMORE:  Objection.  Misstates the

14            testimony.  Asked and answered.

15       A.   Yes, according to the norms of the

16  company and also upon recognizing my expertise.

17       Q.   In the position of general manager of

18  planning, what were your responsibilities?

19       A.   Management.  Actually not management.

20  That is an executive part.  It was strategic

21  planning, budgeting, competitive intelligence,

22  project portfolio management.  Strategic planning

23  and performance.

24       Q.   Did you have any responsibility for

220

1                    da Fonseca - Confidential

2    drafting contracts?

3              MS. GILMORE:  Objection to form.

4         A.   When you say drafting, you are talking

5    about the technical aspect or the formal aspect of

6    it?

7         Q.   Why don't I just ask you more generally,

8    what role, if any, did you play in drafting

9    contracts in your position as general manager?

10             MS. GILMORE:  Objection to form.

11        A.   Well, depending upon the technical

12   contents and depending upon what will be contracted

13   and how I would utilize the contract and if I would

14   have any indirect responsibility over the contract,

15   you can suggest changes through experts involved

16   within the process.

17        Q.   You made reference to indirect

18   responsibility over a contract.  I just want to

19   understand.  Is there another area, a division of

20   the company that has as its principal

21   responsibility the contracting process?

22             MS. GILMORE:  Objection to form.

23        A.   Petrobras has regulations when it comes

24   to the contracting process and within this process

25   it requires to create multidisciplinary

1              da Fonseca - Confidential

2    commissions, and depending upon the object of that

3    contract, many areas will be involved, but the

4    contracting party is the one who coordinates the

5    process.

6         Q.   Is there a particular division that

7    under Petrobras' regulations has the job of being

8    the contracting party that coordinates the process?

9              MS. GILMORE:  Objection to form.

10        A.   As I mentioned before, the contracting

11   party is present at the whole company.  It is

12   really going to depend upon the contracted object.

13        Q.   Good.  I just want to go through a

14   little more about your responsibilities as general

15   manager of planning.  At any time as general

16   manager of planning were you involved in

17   negotiating any contracts?

18             MS. GILMORE:  Objection to form.

19        A.   Usually that is done by the expertise

20   divisions under the direction of the general

21   managers.

22        Q.   How long were you in the position of

23   general manager of planning?

24        A.   I think it was approximately two years.

25        Q.   So do you think until approximately

```
 1                  da Fonseca - Confidential
 2   2006?  Is that what you remember?
 3         A.   I believe so.  I really don't have the
 4   date here, so I don't remember exactly.
 5         Q.   But did you then --
 6         A.   I'm not sure.  2005 or 2006.
 7         Q.   But did you have a new position after
 8   being general manager of planning?  Did you have a
 9   new position within downstream?
10         A.   I occupied various different positions.
11         Q.   In downstream following your position as
12   general manager?
13         A.   I occupied many different positions
14   after the planning general managing position.
15         Q.   What was the next position that you
16   held?
17         A.   Executive manager.
18         Q.   Can you explain to me what the executive
19   manager does?  What is that role?
20         A.   Besides the planning general management,
21   it used to coordinate the corporate managing
22   management division, human resources, health
23   environment and safety and risk division.  The risk
24   division.
25         Q.   As general manager of planning did you
```

223

1                    da Fonseca - Confidential

2    continue to work with Paulo Roberto Costa?

3          A.   As a planning general manager, I worked

4    with Paulo Mauricio.  I worked directly with Paulo

5    Mauricio, who was executive manager, and later as

6    general executive manager I worked directly with

7    Paulo Roberto Costa.

8          Q.   And for how long or until when -- strike

9    that.  You said you had several positions.  Was

10   there a position that you held after executive

11   manager in the downstream area?

12         A.   I was Petrobras biotrade general

13   manager, and I was president officer of PSPL.

14         Q.   But those positions were no longer in

15   the downstream division of Petrobras, correct?

16         A.   That is wrong.

17         Q.   All right.  I stand clarified.  Thank

18   you.  For how long were you the executive manager

19   in the downstream?

20         A.   Until October 2009 when I was demoted

21   because I refused to change the economic study that

22   would allow for the full performance of the plans

23   at the northeast refinery.

24              MR. COOPER:  Move to strike as

25              non-responsive.

224

```
 1                    da Fonseca - Confidential
 2              MS. GILMORE:  Completely responsive.
 3         Q.   Let me focus your attention.  During the
 4    time when you were executive manager in the
 5    downstream division and specifically in connection
 6    with the RNEST refinery project, what role, if any,
 7    did you personally have in negotiating construction
 8    contracts for the refinery project?
 9              MS. GILMORE:  Objection to form.
10         A.   In relation to your remarks about
11    focusing my attention, if you ask objective
12    questions, you will have objective answers.  When
13    it comes to the role during negotiations of
14    refinery constructions, it was only one time that I
15    was involved within a contracting process.  It was
16    regarding bidding for a power house at the
17    refinery, and Alusa was the contracting company.
18              The officer was alerted about the
19    proposal that was submitted because it was much
20    above the initial proposal and it was an
21    aggravating factor because this proposal followed a
22    contracting model used by Petrobras, and that was
23    not -- it was not the international model that was
24    claimed, and I wrote to Paulo Roberto Costa asking
25    to postpone the process so that we could verify at
```

225

```
1              da Fonseca - Confidential
2    the opening of additional processes so that we
3    could see if what was being presented was
4    compatible with additional proposals within the
5    market.
6              He said to go ahead, but asked me to
7    speak with Alusa, which I did.
8              THE INTERPRETER:  Actually, no, by the
9         interpreter, she will correct herself.
10             A.   What I did, however, was to submit a
11   list of items that could not be postponed reminding
12   that these non-postponable items were the ones made
13   possible to follow up the contract and to make sure
14   that other events specified within contracts would
15   be abided by.
16             Then initially the company submitted a
17   proposal, I think that was within the time frame of
18   two days, and it submitted a proposal with a price
19   that was higher than the one that it had submitted
20   before, and then dealing with the company
21   subsequently it gave a discount again within the
22   contract.  I think it was of one million, I'm not
23   sure.
24             MS. LEVI:  She said dealing with the
25        director himself.
```

1              da Fonseca - Confidential

2              MR. MARTINI:  Executive officer.

3              THE INTERPRETER:  Thank you.

4         A.   This was put within the report of the

5    commission created to check on the northeast

6    refinery.  That was noted as a non-compliance on my

7    part because the price was already set within a

8    tender that was established already, but since the

9    officer requested me to talk with Alusa, I tried

10   not to mention the proposal itself, but I tried to

11   clarify that those items should be on a planning

12   addendum on their part.

13             As far as I remember, this is the only

14   time.  I don't know any contracting companies, and

15   I never dealt directly with any of them, and that

16   was the engineering division responsibility, and

17   since we were the ones responsible for budgeting

18   and for the performing, in other words, we would

19   receive the refinery upon its completion, so the

20   intention was to commit more not to the

21   negotiations but with the implementation process.

22        Q.   Is the same true for the bidding process

23   or the process of companies bidding for a contract?

24   Did you play any role in the bidding process?

25        A.   As I mentioned, the only time that I was

227

1                    da Fonseca - Confidential

2       requested to hold a meeting, it was the power house

3       tender.  The people in my division took part as a

4       part of the commission in my area in regards to the

5       structuring.

6                    MR. MARTINI:  Could we clarify.

7           A.   Individuals who worked within my

8       executive division participated within these

9       meetings.  In other words, bidding commissions.

10          Q.   But my question was whether you

11      personally had participated in any bidding

12      commission?

13          A.   No.

14          Q.   Okay.  Last time on February 16 you

15      testified about the communications area of

16      downstream.  Do you remember that testimony?

17          A.   Yes, I do.

18          Q.   Can you describe what the communications

19      area of downstream is.

20          A.   All executive boards in those days had a

21      communication managing division that was under the

22      corporate general management, and that was under

23      the executive management.  They dealt with social

24      responsibility projects and promoted events related

25      to the communications area.  Actually, to the

228

```
1              da Fonseca - Confidential
2    downstream division.
3              MR. MARTINI:  For purposes of clarifying
4         the record, could you please clarify if in
5         the beginning of the answer it is executive
6         boards or executive managements that had
7         communication managing divisions.
8              THE WITNESS:  Executive managers, yes,
9         but it is all the officer division that had
10        a communication management division that was
11        within this general managing division.
12        Q.   What do you mean by social
13   responsibility projects?
14        A.    Within the downstream division, we have
15   the executive refining management division, and
16   these refineries, they do construction, so they
17   have many different environmental licensing
18   procedures, because somehow these refinery projects
19   may impact neighboring areas, so the licensing
20   agency that allows for operations, many times these
21   are created, and they require offsetting or
22   mitigating measures for these processes.
23             That is when the social responsibility
24   projects or processes are created, so that is the
25   true meaning of this project, to repair, to
```

229

1                    da Fonseca - Confidential

2       mitigate any damages that may occur within the

3       downstream division.

4            Q.   So I understand, could you give me some

5       examples of what kind of projects you are talking

6       about?

7            A.   Let's assume that a refinery is

8       expanding, and this expansion will be placed in one

9       area within the refinery, but that somehow affects

10      the community.  It may be air pollution or noise or

11      even to eliminate employment, so an agreement with

12      environmental agencies or with these affected

13      areas, so projects are created to reduce, they can

14      be education projects where they are going to be

15      trained for other types of activities or even to

16      form cooperative groups, associations.  It depends

17      on the community where the project is located.

18                 These projects can be cultural projects.

19      They can also be physical activity-related projects

20      in order to take away children, adolescents and

21      other individuals from inactivity.

22           Q.   You also said that communications plays

23      a role or one of its jobs is to promote events

24      related to the downstream division.  Can you just

25      so I understand what kind of events you are talking

230

```
 1                  da Fonseca - Confidential
 2    about, can you give me some examples of the types
 3    of events that the communications area would
 4    promote.
 5         A.   I am going to give you three types of
 6    examples.  Internal for Petrobras, examples
 7    connected to Petrobras projects and events required
 8    by the officers of Petrobras or the CEO himself.
 9              Internal examples are celebrations for
10    the amount of time that employees are in the
11    company.  These events also can be celebrations for
12    the end of the year to celebrate what happened
13    within the previous year.  They can be events for
14    visiting refineries or other locations so that
15    families can visit those locations.  Examples also
16    connected to projects.  We had many different
17    opening celebrations for the northeast refinery.
18              Actually an interesting fact is that
19    within one of these celebrations, the President of
20    Brazil and officers for Petrobras were present and
21    there was a podium, a tractor and support
22    activities.  One million reais were spent after the
23    problems were discovered.
24              As a last example, it would be officers
25    requiring events for financing projects such as
```

231

1              da Fonseca - Confidential

2    carnival, which everybody knows it is very

3    well-known worldwide.

4              So Petrobras within its contracting

5    would invite members of the downstream division to

6    take part in these events as a way of building

7    client relationships.  It would also invite high

8    management and their families and it also would

9    invite a group of employees to attend.  We received

10   very different complaints and suits for deviating

11   those funds for these processes in those days, but

12   this year it still continues to provide these types

13   of events.  Incentives, not events.

14             MR. MARTINI:  Maybe clarify for the

15             translation, I believe the witness said

16             Petrobras.  In the translation it is saying

17             so Petrobras within its contract would

18             invite members of the downstream division

19             just to clarify.

20             THE WITNESS:  Petrobras through

21             agreement would provide these incentives.

22        Q.   I want to make sure I understand one

23   thing you said.  You said you received very

24   different complaints and suits for deviating those

25   funds for these processes.  When you say suits,

1                    da Fonseca - Confidential

2      what are you referring to?

3                    THE INTERPRETER:  The interpreter would

4           like to say the word in Portuguese could be

5           "suits" or "measures."  So these are not

6           legal suits, they are measures, actions, so

7           the interpreter will stand corrected on the

8           record.

9           Q.   I think you also said there was a third

10     category.  Maybe these two blended together, but

11     the events requested by officers or the President,

12     that is what you are referring to there?  I just

13     wanted to be clear.

14          A.   Yes.

15          Q.   Now you also testified the last time we

16     spoke about Mr. Geovane de Morais, right, who was

17     in the communications area of downstream in 2008.

18     Do you recall that testimony?

19          A.   That I mentioned Geovane, yes, I do.

20          Q.   Good.

21          A.   Before your next question, can we have a

22     break?  I need to go to the ladies' room.

23          Q.   Sure.

24                   THE VIDEOGRAPHER:  The time is 11:09

25          a.m.  We are going off the record.

233

1              da Fonseca - Confidential

2              (Recess taken)

3              THE VIDEOGRAPHER:  This begins tape

4       number 2.  The time is 11:28 a.m.  We are

5       back on the record.

6    BY MR. COOPER:

7         Q.   Ms. da Fonseca, so we were about to

8    speak about Geovane de Morais.  Can you tell me

9    what his position was in 2008?

10        A.   Downstream division communications

11   manager.

12        Q.   Do you know how long he was in the

13   position of communications -- I'm sorry.  Strike

14   that.  How long -- when did he start in the

15   position of communications manager in the

16   downstream division?

17        A.   I think it was in 2004.

18        Q.   And who was his direct supervisor in

19   2008?

20        A.   I had two direct supervisors, two

21   general managers.  Carmen was the first one and

22   retired, and the second was Jose Roberto Kaschel.

23             MR. MARTINI:  It is he had two direct

24       supervisors, not I had two.  Just

25       clarifying.

234

```
 1                 da Fonseca - Confidential
 2                 THE INTERPRETER:  Yes.
 3         Q.   Do you recall when Carmen retired?
 4         A.   I think it was at the end of the first
 5    half of the year 2008.
 6         Q.   And to whom did Carmen and then later
 7    Mr. Kaschel report to within the downstream
 8    division?
 9         A.   Theoretically within the flow chart,
10    they were subordinated to me.
11         Q.   Just so I understand, subordinated, you
12    mean to say they reported to you?
13         A.   Only theoretically.
14                 MR. MARTINI:  Apologies.  Theoretically,
15         yes.  That is the answer.
16                 THE INTERPRETER:  Okay.
17         Q.   What do you mean by theoretically?
18         A.   Because this communication division
19    provided services to all other executive
20    managements, and also to the CEO and officers, so
21    they many times address issues directly with
22    whomever would inquire.
23         Q.   And do you mean to say that that is the
24    case for Geovane de Morais or Carmen and Mr.
25    Kaschel?
```

235

1                    da Fonseca - Confidential

2          A.    It was like that for Geovane de Morais

3    and for Carmen.

4          Q.    What about for Mr. Kaschel?

5          A.    No.

6          Q.    How was it different for Mr. Kaschel?

7                MS. GILMORE:  Objection to form.

8          A.    He started to occupy the general

9    management position when there were a lot of

10   inquiries about the way the processes were going,

11   so this limited communication and the processes

12   that were conducted within the communications

13   division.

14         Q.    When you referred that I think your

15   testimony was there were a lot of inquiries, but

16   the line is missing from the screen.  Into the

17   processes.  I wanted to ask you what inquiries you

18   remember, but I wanted to ask you specifically what

19   you remember, but prior to the first CIA that was

20   commenced into the communications area and Mr.

21   de Morais.

22               MS. GILMORE:  Objection to form.

23         A.    In those days there was an ongoing

24   project for cost optimizing within the downstream

25   division, so drives were built for each process

236

1                    da Fonseca - Confidential

2      that would allow for inquiries regarding cost.  For

3      example, overtime.  I had two refineries with

4      similar processing capacity and similar profile.

5      However, overtime costs in one could be much more

6      than the other, and when you compared both, there

7      were inquiries as to the reason why one would spend

8      so much more than the other.

9                    The same occurred within the

10     communications division.  However, the difficulties

11     within the communications department was related to

12     drivers mapping.  Why?  Because of the process in

13     which corruption or deviation occurred.  The cost

14     centers that they spent were not within the

15     communications management, but if they in any event

16     would forget to perform this manicuring in one

17     event or this makeup in one event, the cost which

18     is much more than another project that had much

19     more complexity and much more infrastructure, so

20     therefore there was questioning or inquiry phase.

21          Q.    Were you personally involved in the

22     inquiry phase that you just described?

23          A.    Myself as an executive manager, I try to

24     align.  I would follow up with the continuous

25     activities of all the projects on a weekly basis,

237

1                  da Fonseca - Confidential

2    but when -- however, when a problem was detected

3    and when there was evidence that something was

4    happening that was not according to policies and

5    procedures, first, it was reviewed or analyzed

6    within the management where it occurred, and if the

7    manager thought that that issue should be taken up

8    to the general management meeting, it was taken up

9    to the general management, and if during the

10   general managers meeting the issue was deemed

11   serious enough to be taken up to the executive

12   management, it was then taken up to the executive

13   management, so therefore I would be involved when

14   the issue would require me to do so.

15        Q.   I am going to show you what I have now

16   marked as da Fonseca Exhibit 20, and so for the

17   record, it is Bates stamped PBRCG-P underscore

18   01738124 through 125.

19             (da Fonseca Exhibit 20, Document bearing

20             Bates numbers PBRCG-P underscore 01738124

21             through 125, was so marked for

22             identification, as of this date.)

23             MS. GILMORE:  For the record, plaintiffs

24             object to the translation to the extent they

25             haven't had a chance to review it and

238

```
 1              da Fonseca - Confidential

 2         determine its accuracy.

 3         Q.   Please take a moment to look at what has

 4    been marked as Exhibit 20 and let me know when you

 5    have finished.  This is a certified translation.

 6              MS. GILMORE:  This is the first time I

 7         see it, and I would like to have time to

 8         review it, so at this point we object to the

 9         translation to the extent it doesn't

10         accurately reflect the Portuguese.

11              MR. COOPER:  Duly noted, but I don't

12         think we have any agreement that we are

13         sharing translations in advance, nor do we

14         have an obligation to do so.

15         A.   As I read here, what is written in

16    Portuguese is not what is translated.  May I speak

17    in Portuguese?  Here in the Portuguese version it

18    says that before I transmit the guidance or the

19    guidelines, I wanted to speak with the officer.

20    Does it say here that I wanted to submit the

21    guidelines to the officer?  Is that what it says?

22              MR. COOPER:  It says first for the

23         record, the witness is commenting on the

24         translation of the e-mail, which is on the

25         Bates numbered page ending in 124, and I
```

239

1                  da Fonseca - Confidential

2            will say for the record that the issue is

3            the translation of I think the sentence, but

4            I would like to talk with you before giving

5            you guidance and the sentence does say

6            speaking before.

7                  THE WITNESS:  Here is it the officer?

8            Here is it the officer?  That makes all the

9            difference.

10           Q.   I think the question is whether the

11      translation should have the word "you" in it?  Is

12      that the question?

13           A.   When you show me this document, I am

14      certifying to the whole document, and here I see

15      that there is a very serious mistake on the

16      translation.  I'm not conveying any guidelines to

17      the officer.

18           Q.   To make this easier, if you see a

19      translation issue in a part of the document that I

20      ask you about or that I direct you to, then we

21      would all appreciate it if you point out the

22      translation discrepancy or issue, but it is

23      absolutely clear that you are not conceding to the

24      accuracy of the translation of the entire document

25      that I show you simply because it is put before

1                    da Fonseca - Confidential

2       you.  We don't expect you to go through and check

3       the translation.  That would take us all day.

4              A.   In this case it is a very serious

5       mistake.  A company of the size and structuring of

6       Petrobras, I receive orders from the ones above me,

7       I do not give any orders to the ones above me, and

8       that makes all the difference within a document of

9       this nature.

10             I don't know if this whole document is

11      going to be taken to court.  How can I certify to a

12      document that I know already that is not correct?

13             Q.   I don't want to ask you about the e-mail

14      right now anyway, I want to ask you about the

15      document attached to it.  I think your objection to

16      the translation is duly noted.  If you want to say

17      anything more on the record?

18             MS. GILMORE:  Yes, her objection should

19         be duly noted, and if you want to forego the

20         e-mail.

21             MR. COOPER:  We may come back to it, but

22         for right now.

23             MS. GILMORE:  Let's forget about the

24         e-mail and focus on the other part that you

25         want to ask her about.

241

1                    da Fonseca - Confidential

2          Q.   I direct your attention to the

3    attachment which has at the top the word "Note."

4    12/3/2008.  So my first question is do you

5    recognize the attachment titled "Note" at the top

6    as a document that Mr. Kaschel forwarded to you on

7    December 3rd, 2008?

8          A.   Yes, I do.

9          Q.   So you made reference to inquiries into

10   certain communications issues in previous answers.

11   Do you recall personally being involved in any

12   inquiries into issues in the communications area

13   prior to receiving this note from Mr. Kaschel on

14   December 3rd, 2008?

15              MS. GILMORE:   Objection to form.

16         A.   As I said before, we used to hold weekly

17   meetings on all management levels, so if there were

18   any problems that happened on a lower level that

19   needed an upper level review, that would happen.

20   And if you note here, the first sentence on the

21   document where it says required controls to the PEC

22   objectives, which is the project that I referred to

23   previously, so during my meetings before this

24   document we discussed the difficulty of controls

25   within the communications division and difficulty

1              da Fonseca - Confidential

2    of obtaining information, and up until that time I

3    had no knowledge in a structured manner of

4    systematic issues in that area because the

5    information or data was not reliable.

6          Q.   So you referred to meetings that you had

7    before this document.  When did those meetings

8    happen?

9          A.   On a weekly basis.

10         Q.   But when specifically, what date did

11   those meetings start when you had discussions of

12   the difficulty of controls within the

13   communications division and the difficulty of

14   obtaining certain information?

15              MS. GILMORE:  If you remember.

16         A.   Can you see the date below the note?

17   2008.  You are asking me about dates of weekly

18   meetings that happened eight years ago.  Is that

19   what you are doing?

20         Q.   I am asking you what your recollection

21   is of when the meetings you are referring to began.

22   When did they start?

23              MS. GILMORE:  Objection to form.

24              If you remember.

25         A.   Weekly meetings happened according to

243

1                    da Fonseca - Confidential

2    the management models adopted by the downstream

3    division, they happened every week.

4         Q.    I understand that, but do you remember

5    when the first meeting happened that you discussed,

6    at which you discussed the difficulty of controls

7    within the communications division and the

8    difficulty of obtaining the information you

9    referred to previously?

10        A.    No.

11             MS. GILMORE:   Objection to form.  Asked

12             and answered.

13        Q.    Let's look at the note that Mr. Kaschel

14   sent to you.  You already referred to the goals of

15   PEC and the difficulties he refers to.

16             I direct your attention to the latter

17   part of the first paragraph, and he refers to ZPQS

18   contracting of small services.  Do you know what

19   that refers to?

20             MS. GILMORE:   Objection to the form.

21        A.    These are small amount contracts and the

22   company is the one who defines the amounts that

23   need to be in order for it to be defined as ZPQS.

24   And payments for these contracts were made

25   through -- on SAP, and there was a problem with

244

1                    da Fonseca - Confidential

2     this payment system, because the payment threshold

3     did not match the amounts for contracting those

4     small services.

5          Q.   Were there procedures in place at this

6     time at the company that related to small amount

7     contracts, the ZPQS, that were different from the

8     procedures that governed the process for larger

9     contracts?

10               MS. GILMORE:   Objection to form.

11          A.   As I said before, I'm not expert in this

12    contracting area and usually those large contracts

13    were construction contracts, and as far as I know

14    the small service threshold were applied to the

15    whole company.   But again, I could be mistaken

16    because I was not the -- the construction

17    contracting area was not my area.

18          Q.   Do you know whether the small payment

19    contracts required competitive bidding?   Strike

20    that.   Were there bidding procedures that applied

21    to the small payment contracts, if you know?

22          A.   The problem here is what is a small

23    contract?   The small contract can be a subdivision

24    of a large contract.   In order for it not to veer

25    off of the communication area, let's say if I am

245

                    da Fonseca - Confidential

1    going to have to hold -- I'm sorry -- let's say I
2    am holding an event to host the president at the
3    northeast refinery.  I can draw up a contract for
4    the event, so I can have a different contract to
5    hire the tractor or to hire the podium or to hire
6    music or helicopter or the food or coffee or a car
7    that will transport the president.
8            So what happened is that an event that
9    could cost 200,000 could cost 20 installments of
10   10,000, and the biggest problem is that an event
11   that probably would cost 200,000 ended up costing
12   1 million.
13           I remember my previous testimony that I
14   mentioned an e-mail that was sent to the officer
15   Paulo Roberto Costa.  He refers very clearly to the
16   big contract turning into various different small
17   contracts, so there is a replacement.  So the
18   problem here is not if I need to have a bidding for
19   a competitive process or not, the biggest problem
20   is to turn a larger contract that can be bid in
21   small contracts that make it impossible to do a
22   bidding.
23           MR. MARTINI:  Can we clarify.  If it is
24              impossible to do a bidding or unnecessary to
25

1            da Fonseca - Confidential

2        do a bidding?  The translation.

3            THE WITNESS:  According to policies, it

4        may be unnecessary.  In reality, if it is

5        let's say coffee in a small town in

6        Pernambuco, and then you are going to have

7        thousands of ladies who make the coffee and

8        then that bidding is going to be impossible.

9        Q.   At the time though, am I correct that

10   the rules governing ZPQS did not permit this kind

11   of subdividing of contracts into smaller pieces?

12   Is that right?

13            MS. GILMORE:  Objection to form.

14        A.   You are not correct.  It is not the

15   small contract that does not allow for a

16   subdivision, it is the large contract that cannot

17   be subdivided.

18        Q.   Thank you for the question, but there

19   are rules, the rules you are referring to that

20   relate to large contracts that prohibit the

21   subdivision of contracts into smaller contracts.

22   Is that right?

23            MS. GILMORE:  Objection to form.

24        A.   We have a contracting manual at

25   Petrobras.  They may have been changed nowadays,

247

```
 1                  da Fonseca - Confidential

 2    but these manuals have always existed, and that

 3    large contracts we need to bid and that they would

 4    unnecessarily be competitive and that small

 5    contracts were allowed in order to expedite the

 6    procedures, and the divisions would adopt the best

 7    practices and in that case to get three or four

 8    proposals.

 9                  MR. MARTINI:  Just one correction.  For

10           the record, it is stated that would

11           unnecessarily be competitive.  Can the

12           translator please clarify if it was

13           necessarily be competitive.

14                  THE INTERPRETER:  The interpreter said

15           necessarily.

16           Q.   Let me direct your attention to the note

17    Exhibit 20 in front of you.  Two-thirds of the way

18    down there is an item 5 where Mr. Kaschel writes

19    "There is evidence in the assessment carried out a

20    failure to comply with internal legal standards

21    with respect to contracting," and I want to direct

22    your attention then to the first bullet point.  He

23    says various payments for small services carried

24    out by the same company with very short intervals

25    between bordering on the maximum limit for ZPQS
```

248

1              da Fonseca - Confidential

2      characterized by the issue of a series of invoices

3      in order to avoid the need for contracting of

4      another type.

5              My question is do you believe that Mr.

6      Kaschel here is pointing out this issue of

7      subdividing contracts that you are discussing right

8      now?

9         A.   He says here preliminarily, because up

10     until that time there were no investigations

11     conducted.  He says that the review was

12     superficial, but that would make believe in the

13     subdivision of a large contract.

14             MS. LEVI:  Led him to believe.

15             THE INTERPRETER:  Led him to believe.

16        Q.   In bullet point 2, he also says payments

17     for small services made to suppliers who today

18     continue to maintain a contract with, and then

19     AB-CR/GC/CI.  First, I want to ask you what do

20     those letters at the end stand for?

21        A.   Well, here suppliers had a larger

22     service contract and at the same time they were

23     receiving payments for small services that may have

24     been carried out or not.  As you can see here, on

25     the last sentence, they had not done the research

1              da Fonseca - Confidential

2      of counterparties and justifications.

3          Q.    First, where in this note does Mr.

4      Kaschel raise any issue of whether the services had

5      actually been performed or not, a question of

6      whether they had been performed or not, as

7      consideration for payments paid?

8              MS. GILMORE:   Objection to form.   And I

9              recommend that you take time to review this

10             document if you haven't had time to review

11             it since he is asking you questions about

12             the whole document.

13             MR. COOPER:   She has all the time she

14             wants to review the document, but no

15             speaking objections.

16             MS. GILMORE:   I don't believe so, but

17             she should be the judge of that.

18         A.    What is the question then?

19             THE INTERPRETER:   May the interpreter

20             read the question again.

21             (Record read)

22         A.    Here in item 3 it says that expenditures

23     were much above of what they were paying.   When you

24     do a budgeting, you do the budgeting with forecasts

25     of what is going to be spent.   If what you

1              da Fonseca - Confidential

2    predicted or forecasted would cost 28.8 million,

3    how can you spend 133 million?  What explained this

4    if the expected working product was 30?  So there

5    is a gap of 100 million which equals three times

6    the forecasted amount and within only eight months,

7    whereas the economy was extremely stable, low

8    inflation levels, which is evidence even though it

9    hadn't been raised yet that the product should not

10   be part of that management's portfolio.

11        Q.   So it is your testimony that in

12   paragraph 3 Mr. Kaschel identifies as a reason for

13   costs exceeding budget that services for which

14   payment was made had not been performed?

15             MS. GILMORE:  Objection.  Asked and

16        answered.

17        A.   Look, fortunately within a work

18   environment, we have more than one note to evaluate

19   and over which to make decisions.  Here the

20   decision to be made was are we going to investigate

21   or are we not going to investigate, but this note

22   already contains enough elements in order to start

23   an investigation, a high difference between what

24   was budgeted and what was realized.

25             Services that could be part of a large

251

1           da Fonseca - Confidential

2    contract being subdivided into small contracts, you

3    have providers or suppliers receiving through ZPQS,

4    why not through small contracts.

5           THE WITNESS:  No.

6           THE INTERPRETER:  Interpreter stands

7        corrected.

8        A.   Why not through the contract that they

9    had.  So there was a failure in the system, so the

10   system would allow payments to be realized,

11   payments that were above the threshold of the

12   management that was performing those contracts or

13   services.

14           In other words, this note sums up

15   elements that more than require an investigation

16   unless you do not want to investigate, and later

17   were proved the existence of all these contents

18   described within this note was the report created

19   by the second commission, which was a commission

20   that I myself implemented that was very different

21   from the one created by the division by the CEO

22   Gabrielli's cabinet.

23           That report is evidence of someone who

24   does not want to investigate responsibilities.

25   Different from my division's report who evidenced

1                 da Fonseca - Confidential

2    that evidenced more than 40 percent or 60 percent,

3    I'm not really sure, but that number is not going

4    to make a difference in the conclusion that

5    payments were made without evidencing appropriately

6    services provided.

7                 If we link the report with this note, if

8    you link the report's content with the note, you

9    have evidence that the difference in budget of what

10   was forecasted and what was provided is really the

11   lack of services and of overbilling.

12             MR. COOPER:  Move to strike as

13          non-responsive.

14             MS. GILMORE:  Absolutely responsive.

15             MR. COOPER:  Non-responsive.

16             MS. GILMORE:  Because you don't like the

17          response, but it is responsive.

18             MR. COOPER:  I have no issue with what

19          happened in the investigations that

20          occurred, but my question was about this

21          note, it is not about, not yet about the

22          subsequent investigations.

23        Q.   My question was focused on paragraph 3,

24   and I asked -- you referred to it, paragraph 3 in

25   the note that is Exhibit 20 refers to costs

253

```
 1              da Fonseca - Confidential

 2   exceeding budget, and I asked you is it your view

 3   that in paragraph 3 Mr. Kaschel identified one of

 4   the reasons that costs exceeded budget was because

 5   services were not provided in exchange for payment.

 6              MS. GILMORE:  Objection.  Asked and

 7         answered.

 8         A.   I would like to ask you a question

 9   because I do not quite understand one sentence in

10   the middle of your question and the interpreter

11   would like to say she hasn't had a chance to

12   interpret the question yet.  You said that you are

13   not familiar with the second commission's report?

14         Q.   No.  I am quite familiar with it.  So we

15   will get to it.  I'm not asking you what happened

16   in the first CIA or the second CIA, I am simply

17   asking about what is contained in the note and what

18   was known at the time that this note was prepared.

19              MS. GILMORE:  Objection.  Asked and

20         answered.

21         A.   I believe that I have to answer the

22   questions with all the depth of knowledge that I

23   have of facts and documentation, and if I do that,

24   it is to make my answers more clear, and if you say

25   you do not answer my question as it was posed, to
```

```
 1               da Fonseca - Confidential
 2    me it seems I should not answer with all the depth
 3    and documentation that I have knowledge of.  I am
 4    very sorry.  Upon doing that, I feel harassed with
 5    the answers that I have here to provide.
 6          Q.    Let me go back and read my question.  I
 7    am going to go back to one of your previous answers
 8    which was the start of the question that I am
 9    trying to get an answer to, and you in testifying
10    about your understanding of the second bullet point
11    under item 5 said that here suppliers had a larger
12    services contract and at the same time they were
13    receiving payments for small services that may have
14    been carried out or not, and all I asked you was is
15    there anything in this memo that Mr. Kaschel wrote
16    that provides evidence that at this time he
17    believed that some services may not have been
18    carried out for payments made.
19          MS. GILMORE:  Objection.  Asked and
20          answered several times.  Calls for
21          speculation.  Continuing to harass the
22          witness.
23          MR. COOPER:  I'm not harassing the
24          witness.
25          MS. GILMORE:  She said you were.
```

255

1                    da Fonseca - Confidential

2                    MR. COOPER:  I ask as everyone here is

3          my witness, am I harassing the witness?

4                    MS. GILMORE:  The witness said you were.

5          Q.   Are you able to answer my question?

6          A.   Which one?

7          Q.   The one I just asked.

8          A.   If you are talking about the question as

9    per if this document has any evidence regarding

10   payments that were made without services being

11   provided, is that your question?

12         Q.   That is a fair summary of the question,

13   and if you can answer that question, yes.

14                   MS. GILMORE:  Objection.  Asked and

15         answered.

16         A.   You want me to read the whole text,

17   because I already answered that question?

18         Q.   I believe you referred me to paragraph

19   3.

20         A.   I maintain my answer.

21         Q.   I believe you referred me to paragraph 3

22   in your answer and I would just ask is there any

23   specific line in paragraph 3 that you believe

24   provides the evidence you just referred to?

25         A.   I spoke about costs realized and costs

256

```
1              da Fonseca - Confidential

2     forecasted.  I spoke about all the details in my

3     previous answer.

4          Q.   Okay.  Is it fair you have nothing more

5     to add to your previous answer?

6          A.   No.

7          Q.   All right.  Let's set that exhibit

8     aside.

9              MR. KEHOE:  Could we go off the record

10            for a moment.

11             MR. COOPER:  Yes.  Off the record.

12             THE VIDEOGRAPHER:  The time is 12:30

13            p.m.  We are off the record.

14             (Recess taken)

15             THE VIDEOGRAPHER:  This is the

16            continuation of tape number 2.  The time is

17            12:42 p.m.  We are back on the record.

18    BY MR. COOPER:

19         Q.   So we were looking at Exhibit 20 and a

20    note dated December 3, 2008 attached to an e-mail

21    to you of December 3rd, 2008.  Do you recall that

22    there was a DIP authorizing a CIA investigation

23    commission to look into the issues identified by

24    Mr. Kaschel that issued on December 5th of 2008?

25         A.   There were two DIPs.  I don't remember
```

257

1                    da Fonseca - Confidential

2     their exact dates.  One was submitted to GAPRE,

3     which was the CEO's cabinet, and there was another

4     one.  The one that I started.  Which one are you

5     referring to?

6          Q.   I show you a document that was marked on

7     February 16 in the first day of your deposition.  I

8     was not trying to test your memory too much.  It is

9     the first page of da Fonseca Exhibit 7 that I was

10    referring to.

11             MS. GILMORE:  You can go ahead and flip

12         through it.  Do you have the Portuguese?

13             MR. COOPER:  This is how it was marked

14         the last time.

15         Q.   Do you see?  As of this date of December

16    2008 had you ever participated in a CIA as a member

17    of a commission as of this date?

18         A.   No.

19         Q.   What, if any, was your prior experience

20    with CIAs like the one that was set up on

21    December 5, 2008?

22             MS. GILMORE:  Objection to form.

23             MR. COOPER:  Let me rephrase the

24         question.  Strike that.

25         Q.   So what, if any, experience did you have

258

```
 1              da Fonseca - Confidential

 2    as of December 2008 with internal investigation

 3    commissions?

 4         A.    I remember there might have been two,

 5    one of which was when I was executive manager.  It

 6    was in the area of human resources where an

 7    investigation commission was formed.  A few

 8    irregularities were detected.  It was exactly for

 9    the division of a large contract into small

10    contracts.

11              After it was detected, an investigation

12    commission was initiated where the investigated

13    employee had the right to defend him or herself.  I

14    would like to remind you that it was one contract

15    subdivided into three receipts.  Invoices.  Thank

16    you.  And this employee was terminated.  The

17    manager was demoted, and later in order to have a

18    more encompassing work an auditing was performed of

19    the whole human resource division.  In other words,

20    there was suspicion.  An investigation commission

21    was created.  The commission detected

22    irregularities.  An investigation commission was

23    initiated.  The employee was given the right to

24    defend him or herself.  Unfortunately he did not

25    have any success and he was terminated, and a
```

259

```
 1                 da Fonseca - Confidential
 2    broader investigation was conducted within the
 3    division in order to improve the issue within the
 4    division which was different from the experience
 5    that I had within the communications division.
 6                 I also had contact with some of these
 7    investigations as an executive manager where these
 8    issues were reported within executive meetings.
 9    Unfortunately what employees were saying at that
10    time today has been confirmed.  When it is at a
11    lower level of the company, things are done the way
12    they should be done.  When you involve individuals
13    who have more influence, the rules are not as
14    strong anymore.
15         Q.   Look at the CIA report da Fonseca 7 and
16    let's go to page 3 of the Portuguese page ending in
17    Bates 0004.  Do you recall testifying on
18    February 16 that you did not believe that Geovane
19    de Morais had been heard as a witness during the
20    first CIA investigation?  Do you remember that?
21                 MS. GILMORE:  Objection to form.  Take
22            your time to look at this page.  I haven't
23            had a chance to look at it.  Counsel, where
24            is the translation of this in English?
25                 MR. COOPER:  The English translation is
```

260

```
1                 da Fonseca - Confidential
2            on 6577.
3                 MS. GILMORE:  I have this cover page,
4            6577.
5                 MR. COOPER:  It is the second page, at
6            the top of the second page of actual text.
7            It says on the 15th of December.
8                 MS. GILMORE:  Okay.
9            A.   What are you talking about?  This part
10   here?
11           Q.   The question I asked was do you recall
12   your testimony on February 16 that you did not
13   believe that Mr. Geovane de Morais was heard as a
14   witness in this investigation?
15           A.   I do remember.
16           Q.   Right, and do you see at the top of the
17   page I just directed you to, the document says that
18   on the 15th of December at 10 a.m. the commission
19   heard Mr. Geovane de Morais.  Do you see that?
20                MS. GILMORE:  Objection to form.
21           A.   Yes, I do.
22           Q.   So does that refresh your recollection
23   that in fact Mr. de Morais was interviewed in
24   connection with this investigation?
25           A.   I continue to say and retrace what I
```

261

1                     da Fonseca - Confidential

2     said previously.  One, because first, where is the

3     testimony?  The second commission requested the

4     report and requested Rosemberg, the coordinator for

5     the second commission, I personally submitted it,

6     and they refused to submit it to the second

7     commission who was doing the investigation.  I have

8     never seen the testimony.  The commission was

9     requested to do so, so I have to continue to say

10    that I do not believe that he has testified.

11         Q.   But your basis is for saying that he was

12    not, that he did not testify the fact that you have

13    never seen it?  Is that correct?

14              MS. GILMORE:   Objection to form.

15         A.   I didn't say that he didn't testify, I

16    said that I believe that he has not testified

17    because I did not see any evidence that he did in

18    fact testify and the refusal by the first

19    commission to provide documents regarding the

20    investigation make no sense to me.  Makes no sense

21    to me.  Made, makes.  The interpreter heard in the

22    present tense.  But if you have the testimony, I

23    would like to see it so that I can correct what I

24    said.

25         Q.   My question is but what you have just

1                    da Fonseca - Confidential

2      said in your previous answer, is that your only

3      basis for saying that you do not believe that Mr.

4      Geovane de Morais testified in connection with the

5      first CIA?

6                    MS. GILMORE:  Objection.  Asked and

7              answered.  Misstates the testimony.

8                    THE INTERPRETER:  Can you repeat the

9              question, please.

10             Q.   My question is -- strike that.  Is your

11     only basis for saying that you do not believe that

12     Mr. Geovane de Morais testified in connection with

13     the first CIA what you just said in your previous

14     answer?

15                   MS. GILMORE:  Objection, asked and

16             answered.

17             A.   Yes.

18             Q.   At what point in this chronology was Mr.

19     Geovane de Morais suspended from his position?

20             A.   When it was decided, the date I don't

21     know exactly, but it was when it was decided that a

22     deeper investigation was required regarding the

23     issues, his suspension was necessary, so that there

24     wouldn't be any evidence destruction.  What I am

25     saying here is his suspension from his management

263

 1               da Fonseca - Confidential

 2    position and access to systems.

 3          Q.   I am going to hand you what has been

 4    marked as da Fonseca Exhibit 21, and it is a copy

 5    of what I think is a copy of the second CIA report

 6    and you can identify it for me.

 7               (da Fonseca Exhibit 21, Second CIA

 8               report, was so marked for identification, as

 9               of this date.)

10               MS. GILMORE:  Plaintiffs object to the

11               translation to the extent they haven't had a

12               chance to review it and determine its

13               accuracy.

14          Q.   My question is just going to be do you

15    recognize this as the report of the second internal

16    investigation commission into the communications

17    area.

18               MS. GILMORE:  I just want to have an

19               objection that this is not a complete

20               report, complete document.  It says the last

21               page here is page 31 of 80.  I assume.

22               MR. COOPER:  This is only the report.

23               We don't include all the annexes.  The

24               annexes have all the pagination all the way

25               to the end.

264

1          da Fonseca - Confidential

2          MS. GILMORE:  Well, I am looking at a

3          part that says page 31 of 80, so to me

4          something is missing.

5          MR. COOPER:  You'll see on page 31 you

6          have the signatures, so it is the report

7          without the annexes.  You see the report

8          with the conclusion block.

9          MS. GILMORE:  Was this produced,

10          Counsel?  I don't see Bates numbers as well.

11          MR. COOPER:  Yes.

12          MR. MARTINI:  It was produced.

13          MR. COOPER:  It is an issue of printing.

14          MR. KEHOE:  You can't print them out.

15          Right?  It has been an ongoing problem.

16          MR. COOPER:  Can we go off the record.

17          MR. KEHOE:  We can deal with that,

18          Roger, at a later time, but it has been an

19          ongoing problem.

20          Q.   Have you had a chance to read the

21  document?  Is this the report of the internal

22  investigation commission into Mr. Geovane de Morais

23  in the communications area downstream in 2009?

24          A.   The 31 pages that I see belong to the

25  report.

265

```
 1                    da Fonseca - Confidential

 2          Q.    Is this the report of the commission

 3    that you authorized?

 4          A.    It is one part of the commission report.

 5          Q.    What was your opinion of the work that

 6    this internal investigation commission did?

 7                MS. GILMORE:   Objection to form.

 8          Q.    Of the quality of the work.

 9                MS. GILMORE:   Same objection.

10          A.    Considering the circumstances and the

11    environment as well as the pressure that this

12    process would cause to all persons involved with

13    it, I believe it is a good report.

14          Q.    Can you go to 3 of the English -- go to

15    page 3 of the document.  The fourth paragraph, in

16    the fourth paragraph down, the report writes that

17    or makes reference to the recommendation in the

18    first internal audit commission to deepen the

19    examination of documentation related to the

20    contracting processes performed by I think that is

21    Mr. de Morais.  Do you see that?

22                MS. GILMORE:   Take your time to review

23          this.

24          A.    It is good to read with eyes of

25    individuals who want to see the real meaning of
```

266

```
 1              da Fonseca - Confidential
 2   what is written.  Here it says to deepen the
 3   analysis of the documentation, and since they had
 4   already done a first investigation, documentation,
 5   by documentation, they could also have done.
 6              What happened during the process is that
 7   they reduced the scope of what was to be analyzed
 8   or they tried to reduce the scope of what had to be
 9   analyzed.  Now if you go to the next paragraph,
10   what was usual for Petrobras was to repeat the
11   object of the first commission, my document.  My
12   superior was commanding me to examine the
13   documentation, but I increased the scope.
14              Besides the documentation, I requested a
15   verification of the counterparts.  The effective
16   receipt of contractual objects and their respective
17   payments.  Contracting processes do not involve
18   payments.  This was made so that we would veer off
19   of the investigation between what was forecast and
20   what was realized, and at that time for that reason
21   I suffered a lot of pressure.
22        Q.   Do you remember that the reason that the
23   first commission gave for not analyzing or
24   deepening the examination of the documentation was
25   because it could not be analyzed within the time
```

267

1                    da Fonseca - Confidential

2    period that it had to complete this work?  Do you

3    remember that?

4              MS. GILMORE:  Objection to form.

5         A.    I do remember, but I also remember that

6    they were the ones who established the time frame

7    and I believe that at least 90 percent of

8    Petrobras' commissions are postponed.

9         Q.    Right, so the first commission was given

10   ten days to complete its work.  Is that right?  Do

11   you remember that?

12             MS. GILMORE:  Objection to form.

13             Misstates the testimony.

14        A.    The commission and the CEO's cabinet

15   were the ones who established the time frame.  No

16   one from outside.

17        Q.    But do you remember that they were given

18   ten days to do their work?

19             MS. GILMORE:  Objection to form.

20             Misstates the testimony.

21        A.    I don't recall.

22        Q.    Go to page 7 of the document you have in

23   front of you, Exhibit 21.  Near the bottom of the

24   page, second to last paragraph, it says "Another

25   item worthy of note is the price of the contracted

268

1                 da Fonseca - Confidential

2    services.  The scope of this work did not cover

3    analysis of the reasonableness of the prices."  Do

4    you see that?

5              MS. GILMORE:  Take your time to review

6         the content.

7              MR. COOPER:  She knows she can look at

8         the document as closely as she wants.  We

9         don't need you to be speaking.

10             Q.   My question -- I wanted you to look at

11   that statement, and my question is do you now

12   recall, does this refresh your recollection that

13   the commission did not do an analysis of the prices

14   and the reasonableness of the prices that were paid

15   on the ZPQS transactions?

16             MS. GILMORE:  Objection to form.

17        Misstates the document.

18             A.   I do recall this specific point

19   regarding price and contracted service.  The

20   difficulty here is comparison.  It is like asking

21   how much does the set of table and chairs cost, and

22   the issue here is how much that table nail or chair

23   nail costs and there are millions of types of

24   nails.  So the option here why do small services

25   are done?  Exactly to prevent this type of

269

```
 1                da Fonseca - Confidential
 2      analysis.  And the group decided not to do it
 3      because at that time the wrong price for a small
 4      nail would have been enough not to issue that
 5      report.  The difference between spent and realized
 6      showed that the set had an inconsistent price
 7      because additional products did not appear in order
 8      to have more payments made.  Quite to the contrary,
 9      the products were not found and the commission was
10      so proactive and really wanted to investigate what
11      was going on that it provided the investigated
12      party the chance to show the products, and in no
13      time during the investigation it said that the
14      price was correct.  So I think that sometimes it is
15      better to miss the price for the nail than catch
16      the -- than actually not catch the thief.
17                MR. MARTINI:  For purpose of
18           clarification, it is said --
19                THE INTERPRETER:  Nail is usually screw.
20                MR. MARTINI:  Right, on the sentence
21           before the last one it is stated and in no
22           time during the investigation it said that
23           the price was correct.  I believe the
24           witness said he says that the price was
25           correct.  At no time he.  Just changing it
```

270

```
1                da Fonseca - Confidential
2           to he, so we can clarify.
3                MS. GILMORE:  Who is the he?
4                THE WITNESS:  He, Geovane.
5                THE INTERPRETER:  Thank you.
6           Q.   The last time when you testified you
7    made reference to an audio recording of Mr.
8    Geovane de Morais' testimony in connection with the
9    second CIA.  Do you remember that testimony?
10          A.   Yes.
11          Q.   And you testified that you have listened
12   to that testimony.  Is that right?
13          A.   Correct.
14          Q.   When specifically did you first listen
15   to the testimony?
16          A.   I don't remember exactly, but it was the
17   time when the facts occurred.  Oh, no, maybe it was
18   later when I returned.  No, it was at that time.
19          Q.   I'm sorry, at which time?
20          A.   No, it was the time when the facts
21   happened.  2008, 2009.  End of 2008, beginning of
22   2009 or the first half of 2009.
23          Q.   Who made the recording available to you?
24          A.   One of the individuals who were part of
25   the commission.
```

271

1              da Fonseca - Confidential

2         Q.   Which one?

3         A.   Do I have to answer because at that time

4    I said that I wouldn't tell anyone that he had

5    showed it to me.

6         Q.   I mean yes, you do.  This is

7    confidential.  This is a transcript under seal with

8    the court.

9         A.   It was Franca, a risk manager.  I don't

10   remember his first name.

11        Q.   You testified last time that you were

12   asked why sort of about this testimony and you

13   testified about your view of why certain

14   information that you believed was in the recording

15   was not in the report, and you said that I believe

16   that the committee thought that this subject was

17   not part of the auditing scope, but in my opinion

18   the main reason is fear of retaliation.

19              My question is did anyone on the

20   commission ever tell you that their reason for not

21   including certain information was fear of

22   retaliation?

23        A.   They had already gone.  In order for me

24   to create this commission, I had resorted to

25   various different individuals, and they all refused

272

```
 1              da Fonseca - Confidential

 2    in fear of retaliation.  And since this recording

 3    mentioned individuals, politicians, officers, I

 4    believe that that was the reason.

 5         Q.   Anything else?

 6         A.   No.

 7              MR. COOPER:  Why don't we take a break

 8         for lunch here?

 9              THE VIDEOGRAPHER:  The time is 1:25 p.m.

10              (Lunch recess:  1:25 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              da Fonseca - Confidential

2                 Afternoon Session

3                     2:13 p.m.

4              THE VIDEOGRAPHER:  This begins tape

5         number 3.  The time is 2:13 p.m.  We are

6         back on the record.

7    VENINA VELOSA da FONSECA, having been previously

8    duly sworn, was examined and testified further as

9    follows:

10   EXAMINATION BY MR. DAHAN:

11        Q.   Hi, Ms. da Fonseca.  My name is Israel

12   Dahan.  I am from the law firm of King & Spalding,

13   and I represent defendant PricewaterhouseCoopers

14   Auditores Independentes in this case.  I am just

15   going to ask you a few questions, and then counsel

16   for Petrobras defendants will continue.

17            Do you have a degree or license in

18   accounting?

19        A.   No.

20        Q.   And to make it easy on the court

21   reporter, I will refer to PricewaterhouseCoopers as

22   PWC Brazil.  Is that okay?

23        A.   Okay.

24        Q.   During your employment at Petrobras did

25   you ever work in the financial reporting department
```

274

```
 1              da Fonseca - Confidential
 2   of Petrobras?
 3              MR. KEHOE:  Objection, vague.
 4        A.   I worked at Petrobras Singapore for two
 5   years and during that time there was a finance
 6   division at the company.  This was between mid 2012
 7   through the end of 2014.
 8        Q.   And that was in Singapore but not
 9   Brazil?
10        A.   Singapore.
11        Q.   Did you ever work -- during your time at
12   Petrobras did you ever work in the internal
13   auditing department at Petrobras?
14        A.   No.
15        Q.   Do you know when PWC Brazil became the
16   outside auditors for Petrobras?
17        A.   No.
18        Q.   Do you have any knowledge of any
19   communications between PWC Brazil and Petrobras'
20   internal auditing department?
21        A.   No.
22        Q.   Do you have any personal -- did you ever
23   have any communications with anyone at PWC Brazil
24   while you were at Petrobras?
25        A.   If I'm not mistaken, it occurred I think
```

1                da Fonseca - Confidential

2     towards the end of 2013.  That is when an external

3     or outside auditing occurred in Singapore.  And at

4     that time we pointed out a few issues at the

5     commercial division.  The finance officer contacted

6     PWC to find out how that would be recorded within

7     the report.

8          Q.   Do you know who at PWC Brazil was

9     contacted?

10         A.   I don't recall.

11              MR. DAHAN:  I have no further questions.

12         Thank you.

13              THE VIDEOGRAPHER:  The time is 2:18 p.m.

14         We are off the record.

15              (Recess taken)

16              THE VIDEOGRAPHER:  This is the

17         continuation of tape number 3.  The time is

18         2:19 p.m.  We are back on the record.

19              MR. COOPER:  Just for the record, so it

20         is clear, Cleary is now asking questions

21         again after counsel for

22         PricewaterhouseCoopers did.

23     EXAMINATION (Continued)

24     BY MR. COOPER:

25         Q.   So we are going to mark another exhibit

1                    da Fonseca - Confidential

2       or actually this one has already been marked.  It

3       was marked during the previous day of your

4       deposition.  It is da Fonseca Exhibit 9.  I will

5       hand a copy of that to you.  Let me know when you

6       have had a chance to look over the document.

7            A.   Okay.

8            Q.   Before we talk about that document, one

9       question left over from before lunch, you answered

10      some questions about an audio recording of Mr.

11      Geovane de Morais' testimony that he gave in

12      connection with the second CIA, and you had said

13      that you listened to that recording.  When was the

14      last time you listened to it?

15           A.   Last year when it was published in

16      newspapers, but I didn't hear everything.

17           Q.   What do you mean that you didn't hear

18      everything?

19           A.   I don't have the patience of listening,

20      for listening to testimony for hours.

21           Q.   What do you mean that the audio was

22      published in newspapers?  Do you mean online or

23      what do you mean by that?

24           A.   Online.

25           Q.   And so last year, you mean in 2015?

277

1                       da Fonseca - Confidential

2          A.    '15.

3          Q.    Okay.  Let's go to this document here.

4    Do you recognize what this document is?

5          A.    Yes.

6          Q.    Did you prepare the document?

7          A.    Yes.

8          Q.    Can you explain what it is?

9          A.    This document portrays the full history

10   of the issue that occurred in the communications

11   division.  It mentions the key events.  It

12   demonstrates the termination of the employee on

13   that date, Geovane, and it states that we are

14   available to provide assistance to any measures

15   that would be taken after the creation of this

16   document.

17         Q.    Who was the document prepared for?

18         A.    It was prepared to the auditing

19   division.

20         Q.    Did you also provide a copy of this

21   document to Ms. Graca Foster?

22         A.    Correct.

23         Q.    Why did you do that?

24         A.    Because I was directed to provide it to

25   areas such as communications, the communications

278

1                 da Fonseca - Confidential

2    division, which I didn't think was appropriate to

3    address the issues here, and officer Paulo Roberto

4    was the one who was providing me with these orders.

5    Either from him in person or through his assistant

6    Francisco Pais, and I contacted Graca because she

7    was on the same level.  She was also an officer and

8    that she could maybe do something different.

9         Q.   Do you consider this document to be an

10   accurate account of the facts that you knew at the

11   time regarding the Geovane de Morais situation?

12              MS. GILMORE:  Objection to form.

13        A.   This document is accurate according to

14   facts known by members of the commission, because

15   the commission was the one who provided assistance

16   in creating this document.  This document, I

17   created this document and it was based on what was

18   reported and I believe that it was accurate based

19   on knowledge from those days or on those days.

20        Q.   You can set that aside for now.  You

21   just referred a little while ago to the termination

22   of Mr. Geovane de Morais in connection with the

23   CIAs that were conducted.  Is it your understanding

24   that the conduct that Mr. Geovane de Morais was

25   discovered to have been engaged in in the

279

1            da Fonseca - Confidential

2    communications area, is it your recollection that

3    that conduct stopped after it was discovered?

4            MS. GILMORE:  Objection to form.  The

5            conduct of Mr. Morais himself or generally?

6            MR. COOPER:  I think she can answer.

7            Are you representing the witness?

8            MR. KEHOE:  I want to be able to

9            understand your question so I can object.

10           MR. COOPER:  You can object, but I mean

11           if you are representing here, you are making

12           speaking objections on behalf of the

13           witness.

14           MS. GILMORE:  You guys have made those

15           all along.

16           MR. COOPER:  We have a client in this

17           case and we are protecting the record.  She

18           has a lawyer here today if he wants to

19           object on her behalf.

20           MS. GILMORE:  Objection to form.

21           MR. COOPER:  Very good.

22      A.   I always think that the best answer is

23    the one based on facts and information, and at that

24    time various different measures were taken in order

25    for this procedure to be halted.  Unfortunately, I

280

1              da Fonseca - Confidential

2    left the executive management position without

3    having a chance to check if these measures were

4    effective or not.  What makes me believe that these

5    measures might have not been effective is the fact

6    that Armando Tripodi, who at the time was

7    president --

8              MR. MARTINI:  Chief of staff.

9         A.   Chief of staff, thank you, of the

10   cabinet, CEO cabinet, thank you, who was part of

11   these small contracts that were mentioned either

12   directly or through relatives, he continued as

13   chief of staff for the cabinet, and actually in an

14   absurd or weird manner actually he became executive

15   manager for the social responsibility projects that

16   I mentioned previously, and these procedures were

17   immersed in this whole process of small services.

18             He continued to work as an executive

19   manager.  It was announced by Petrobras that all

20   executive managers were going through a process of

21   conformity review, and he continued as an executive

22   until the day that he was caught in the first days

23   of March.  And on the coercive arrest, he went to

24   testify about possible bribes or benefits that he

25   might have received.

281

1          da Fonseca - Confidential

2          MR. MARTINI:  Just to clarify for

3          purposes of translation, it is coercive

4          conduct, not necessarily arrested.

5          MR. MATTOS:  He was arrested.

6          MR. MARTINI:  I am just trying to

7          clarify.

8          MS. GILMORE:  You can clarify.

9          A.   What I can say about these processes

10   that continued or not but occurred between 2008 and

11   2009 is what the facts demonstrate.  Persons that

12   benefited from that scheme continued within the

13   company for another six years and now it was

14   discovered, and what is even more serious working

15   in the same type of processes that occurred in

16   2008.  That is what I can speak of regarding

17   continuing or not -- continuation or not of that

18   scheme.

19          Q.   So first, let me break this down.

20   First, as of the time that you left Brazil or left

21   your position in the downstream in Brazil in

22   October 2009, were you aware of any facts that

23   would indicate, that indicated to you that the

24   conduct that Geovane de Morais had been engaged in

25   had not come to an end?

282

```
 1              da Fonseca - Confidential
 2        A.    Actually, I don't have any evidence that
 3   Geovane continued to be at the forefront of these
 4   procedures.  We received a few documents submitted
 5   by officer Paulo Roberto Costa requiring us to
 6   address the issues of the suppliers, which is in
 7   the document charging for payments and also through
 8   newspapers there was a great internal commotion
 9   also reporting against samba groups.  That was in
10   2009 after I left the executive management
11   position.
12        Q.    So my question was as of the time up
13   until October 2009 were you aware of any facts
14   indicating that the conduct that Geovane de Morais
15   had engaged in was continuing, and let's say by
16   anyone?
17              MS. GILMORE:  Objection.  Asked and
18        answered.
19        A.    The answer is yes.
20        Q.    So it is your --
21        A.    Not by Geovane.
22        Q.    So let me make sure I understand.  So
23   you believe that there are facts that you were
24   aware of before October 2009 that indicated to you
25    that there were continuing irregularities in the
```

283

1              da Fonseca - Confidential

2    communications area involving ZPQS payments?

3         A.    Yes, and I have evidence as the officer

4    asking for payment from the main company that was

5    involved in this scheme.  Just a minute.  I am

6    going to tell you here.  This report.

7         Q.    Which document are you referring to?

8         A.    Page 26 of 80.  It demonstrates here the

9    number.  That is the one.  The number of sequential

10   invoices issued.  In other words, you have a small

11   contract of small services and you keep issuing

12   invoices and I pay you.  The e-mail that I was

13   referring to was the one that issued the highest

14   number of sequential invoices.  So for the main

15   suspicion, they were requesting the payments that

16   had stopped to be continued.

17        Q.    Wasn't it the case that once the

18   investigation began, that all payments that were in

19   the system that hadn't yet been paid out to service

20   providers were suspended?

21        A.    Of course.  Sure.

22        Q.    And do you have evidence that those

23   payments were then released following the

24   investigation of Mr. de Morais?

25              MS. GILMORE:  Objection to form.

1              da Fonseca - Confidential

2         A.    It was not done because I refused to do

3    it.  I suspended all payments, and even knowing

4    that payments were suspended and officer Paulo

5    Roberto Costa requested payment to the main company

6    of invoice issuing.

7              MS. LEVI:  Leading.

8         A.    Leading invoice-issuing company.

9              MS. GILMORE:  Can you clarify that?

10   Issued to whom?

11        Q.    Let me make sure I understand.  While

12   you were still in your position as executive

13   manager under Paulo Roberto Costa, did you release

14   those payments?

15             MS. GILMORE:  Objection to form.

16        A.    I did not release those payments, but I

17   do not know what was done afterwards.

18        Q.    Are you aware of any facts showing that

19   anyone else released the payments that you are

20   describing while you were still the executive

21   manager of downstream?

22             MS. GILMORE:  Objection to form.

23        A.    I do not have facts related directly to

24   that occurrence, but you cannot close your eyes

25   related to what I mentioned regarding Armando

285

```
 1                  da Fonseca - Confidential
 2   Tripodi.  Where does the bribery -- where do the
 3   bribes that he received come from?
 4        Q.   What bribes are you referring to in the
 5   answer you just gave?
 6        A.   He was caught.  He is in jail because he
 7   received bribes inappropriately.  He works in the
 8   social responsibility division that at the time was
 9   under the responsibility of the communications
10   management division.  These are the facts as I
11   know.
12        Q.   Prior to the Lava Jato investigation and
13   Mr. Costa's testimony in particular, were you aware
14   of any facts showing that Mr. Tripodi received
15   bribes?
16             MS. GILMORE:  Objection to form.
17        A.   What we saw before the Lava Jato
18   investigation, according to this 2008 report, is
19   that a member of his family received various
20   different payments.  And it must be in the
21   attachment that should have been part of this
22   report, because a spreadsheet was created, and
23   there there was this financing of Trioeletrico,
24   which is part of a group.
25             THE INTERPRETER:  Parentheses by the
```

286

1              da Fonseca - Confidential

2         interpreter, a carnival group.

3              MR. KEHOE:  We reiterate our request for

4         the annexes to all CIAs in a form that we

5         can print.

6              MR. COOPER:  Okay.  We produced them to

7         you.  I think we are working on a process

8         for identifying where they are, but it is

9         our view that you have them and you have had

10        them for a long time.  Since October.

11             MR. KEHOE:  We dispute that, but in any

12        event.

13        Q.   So are you saying, I just want to

14   understand your testimony, are you saying in

15   response to my question, that back in 2008 you

16   believed that Mr. Tripodi and his family had

17   received bribe payments?

18        A.   What I am saying is that back in 2008

19   various different payments were made to a member of

20   his family.  Not all counterparts could be

21   approved.

22             MR. MARTINI:  Could be verified.

23             THE INTERPRETER:  Proved.

24        A.   That is what I am saying.

25        Q.   And in 2008 when you observed this

287

1          da Fonseca - Confidential

2   information, did you believe that this was evidence

3   of bribery payments being made?

4          MS. GILMORE:  Objection to form.  Asked

5              and answered.

6          A.   I left in 2009.  This liability left by

7   the communications division was only dealt with two

8   or three months later.  I spoke with the different

9   areas of Petrobras that were responsible to

10  investigate persons and companies that were part of

11  the scheme.  In other words, the legal department

12  and the auditing department were both aware of what

13  had happened.

14          With the tools that the executive

15  management had, we had no way of providing evidence

16  of that, but I believe discretion should be

17  directed to the auditing department, because if

18  there was anything, it is going to be demonstrated.

19          Q.   Let me mark as Exhibit 22, da Fonseca

20  Exhibit 22, which is a transcript of testimony that

21  you gave.

22          (da Fonseca Exhibit 22, Transcript, was

23              so marked for identification, as of this

24              date.)

25          Q.   The Portuguese is in the back.  This is

1            da Fonseca - Confidential

2    testimony that you gave in a criminal action

3    5083376-05.

4            MS. GILMORE:  Objection here.  It

5        doesn't appear to be the whole document.

6            MR. COOPER:  It is the segment, partial

7        translation.

8            MS. GILMORE:  I object to it, the fact

9        that it doesn't appear to be a whole

10       document.

11           MR. KEHOE:  We had agreed that we would

12       be providing full English translations or at

13       least meeting and conferring by 4 p.m. the

14       business day in advance to give an

15       indication so opposing counsel would be able

16       to look at this document and understand if

17       there were questions opposing counsel would

18       like to ask, so if this is an incomplete

19       document and there are additional pages that

20       we don't have an English version of, we

21       object to its use.

22           MS. CURRIE:  The only part that isn't

23       translated.

24           MR. KEHOE:  I am looking at page 18.  It

25       looks like there is more going on here.  If

```
 1                 da Fonseca - Confidential

 2          there is, I object to the fact that --

 3              MS. CURRIE:  It is another witness.

 4              MR. KEHOE:  Okay.

 5              MR. MARTINI:  You can check in the

 6          Portuguese version, the name of the other

 7          witness is written.

 8              MR. KEHOE:  I appreciate that

 9          clarification.

10          Q.   I am just going to find the Portuguese

11   page to direct you to.  It is page 5.

12              MS. GILMORE:  Where is page 5?

13              MR. COOPER:  You have to count them.  If

14          you go to page 5 of the English, it is at

15          the bottom, and there is a question by the

16          federal Attorney General's Office.

17          Q.   Let me read the question and then you

18   can see if you can find it.

19              MS. GILMORE:  Counsel is asking the

20          deponent a specific question on a document

21          that spans several pages that she has not

22          had a chance to review.

23              MR. COOPER:  It is enough speaking

24          objections.  You are not representing this

25          witness.
```

290

```
 1              da Fonseca - Confidential

 2              MS. GILMORE:  It is my objection, it is

 3         going to stay on the record.

 4         Q.   So the question to you from the federal

 5  Attorney General's Office was during that time that

 6  you worked there, and if you look up, he is

 7  referring to the time you worked under Paulo

 8  Roberto Costa did you learn of any undue advantage

 9  to any director to any employee of Petrobras and

10  your answer was no.  Was that an accurate -- was

11  that accurate testimony?

12              MS. GILMORE:  Objection to form.

13         A.   Yes.

14         Q.   So when I asked you if in 2008, 2009 did

15  you learn of any facts showing that Mr. Tripodi had

16  received bribe payments, is the answer no?

17              MS. GILMORE:  Objection to form.

18         A.   No.  What I said is that we checked the

19  inconsistencies.  We submitted the documentation to

20  the area in charge, which in that case would be the

21  auditing division and legal department.  The

22  documentation so that they could review all the

23  benefits that both companies and individuals

24  received.  That was my answer.  There is no

25  contradiction.
```

291

1             da Fonseca - Confidential

2        Q.   Did you believe at the time in 2008 and

3    2009 that based on that information, Mr. Tripodi

4    had received bribes?

5             MS. GILMORE:  Objection to form.  Asked

6        and answered.

7        A.   I came here to provide testimony about

8    facts, documents and data.  I'm not here to provide

9    an opinion.

10       Q.   You provided many opinions here today.

11   My question is did this information that you have

12   described cause you to learn in 2008 or 2009 that

13   Mr. Tripodi had received bribes?

14            MS. GILMORE:  Objection to form.  Asked

15       and answered.

16       A.   I already answered.  I didn't have

17   tools, as I mentioned before, to prove that the

18   absence of products and the overpricing.  This

19   should have been done by Petrobras through their

20   auditing and legal departments, and I'm not aware

21   if that was done or not.

22            MS. LEVI:  She actually said I didn't

23       have the tools to prove that the product and

24       overpricing transformed into bribes.

25            THE INTERPRETER:  Thank you very much.

292

```
 1              da Fonseca - Confidential

 2          The interpreter will stand corrected.

 3          Q.   And did you have any discussions with

 4   anyone at Petrobras during this time period about

 5   the information you have described with respect to

 6   Mr. Tripodi?  That is a yes or no question.  I just

 7   want to know.

 8          A.   I am going to answer the way that I find

 9   more appropriate.  I submitted a document

10   containing this report plus the attachments where

11   this information was described to all divisions'

12   executive managers, and this document subsequently

13   was also submitted to Paulo Roberto Costa, the

14   auditing department and the legal department.

15          Q.   When you say that you submitted a

16   document containing this report, can you just be

17   more specific, what document you are referring to?

18          A.   Petrobras internal document.  It is an

19   internal official document.

20          Q.   Is it the document we looked at a little

21   while ago?

22          A.   No.  It is a different document before

23   that one.

24          Q.   Okay.  I'm sorry if I misunderstood.

25   Did you attach to this document the CIA reports and
```

293

1                   da Fonseca - Confidential

2    the annexes?  Is that what you are describing?

3         A.   And the spreadsheet containing all the

4    illegal contracts that were made.

5         Q.   And was that spreadsheet one of the

6    annexes to the second CIA?

7         A.   Yes.

8         Q.   So it is included among the annexes to

9    the CIA?

10        A.   Yes.

11        Q.   In the DIP that you just described by

12   which you submitted these documents, did you write

13   in that document -- strike that.  In the DIP that

14   you just described did you use the word "bribe"?

15             MS. GILMORE:  Objection to form.

16        A.   In all the documents that I wrote, I

17   wrote the words that I could demonstrate through

18   data, facts and documentation.  I did everything

19   that I could do under the limits of my position.

20   Petrobras works in this way.  Executive management

21   and officers rely on divisions such as the legal

22   department and the auditing department, and as a

23   matter of fact, the auditing department is directly

24   under the board of directors, and the legal

25   department executive manager reports directly to

294

1                da Fonseca - Confidential

2     the company's CEO.

3                At that time it wasn't my role to define

4     bribe in my document.  My role at that time was to

5     convey all the information necessary for a serious

6     and correct company who has responsibilities

7     towards its employees and stakeholders needed in

8     order to take the appropriate measures.

9         Q.   So was the answer no, that the document

10    you prepared did not use the word "bribe"?

11              MS. GILMORE:  Objection to form.  Asked

12         and answered.

13        A.   I already answered your question.

14        Q.   My question was did the DIP that you

15    described by which you submitted the CIAs to audit

16    and legal, did it use the word "bribe"?  Did it or

17    did it not?

18              MS. GILMORE:  Objection to form.  Asked

19         and answered.

20              You can answer any way you wish.

21              MR. COOPER:  Stop the speaking

22         objections.  It is not even your client.

23              MS. GILMORE:  The objection stands.

24        A.   I already answered your question.

25        Q.   Are you able to answer it yes or no?

295

1           da Fonseca - Confidential

2           MS. GILMORE:  Objection to form.  Asked

3       and answered.

4       A.   Is there a predefined formatting for my

5   questions to be answered here?

6       Q.   The question is simple.  Does it include

7   a word or not, and I am asking you do you remember

8   if a particular word was in the report or not?

9           MS. GILMORE:  Objection to form.  Asked

10      and answered.

11          MR. COOPER:  Stop it.  It is not.

12      A.   I am going to go back on the text and

13  reread my answer.  My answer continues being the

14  same.

15          MR. COOPER:  All right.  Well, the

16          record will show the witness refuses to

17          answer my question and we will move on.

18          MS. GILMORE:  Objection to form and to

19          the commentary.

20          THE VIDEOGRAPHER:  The time is 3:02 p.m.

21          We are off the record.

22          (Recess taken)

23          THE VIDEOGRAPHER:  This begins tape

24          number 4.  The time is 3:20 p.m.  We are

25          back on the record.

296

1                    da Fonseca - Confidential

2      BY MR. COOPER:

3           Q.   I am going to show you another document,

4      and this document was also previously marked at

5      your deposition, the first deposition day in

6      February.  It was previously marked as da Fonseca

7      Exhibit 11.  We are now moving on to some questions

8      about the RNEST refinery project.  I believe that

9      you testified previously about this document.  I

10     believe this was a presentation for either the

11     executive board or the board of directors of

12     Petrobras or both, but can you just explain what

13     this document is.

14          A.   It shows the history and the current

15     situation of the refinery economic evaluation, what

16     influenced the price escalation, what was done to

17     minimize it and the forecast at that time for the

18     project's result and what is going to happen when

19     the project is ready regarding ROI.

20          Q.   Who, if you know, drafted this document?

21          A.   Usually these documents are written by

22     more than one management or more than one hand.

23     The planning manager's coordination and the

24     portfolio division is responsible for the

25     calculation of the economic evaluation or return,

297

1                    da Fonseca - Confidential

2     reminding you that the portfolio division works

3     based on Petrobras' promises and with costs

4     provided by the engineering department, taxes

5     coming from the tax division, so the main

6     responsibility in that case is the consolidation of

7     information or data.

8          Q.   And what role, if any, did you

9     individually play or have, if any, in the

10    preparation of this document?

11         A.   I am in charge if this presentation is

12    according to what was requested or what is

13    necessary to demonstrate.  I was not involved in

14    the direct calculation of what is contained as no

15    executive does that.

16         Q.   Did you review the contents of this

17    document before it was finalized?

18         A.   The CEO's cabinet was the one who

19    revised the presentations that went to the

20    officers, and the officer himself would review

21    anything that went to the board of directors.

22              MR. MARTINI:  May we just clarify if it

23              is stated the CEO's cabinet or the officer

24              cabinet in general?  I believe I heard

25              the --

298

```
 1              da Fonseca - Confidential
 2              THE INTERPRETER:  The officers cabinet.
 3         Thank you.  The interpreter had heard but
 4         okay.  The interpreter will stand corrected.
 5         Q.   And did you approve of the contents of
 6    this document?
 7         A.   I approved the formatting and the
 8    validation of what was purporting to demonstrate.
 9    I'm not involved on calculations themselves.  For
10    that you have either managers or their general
11    manager.
12         Q.   I am going to hand you the transcript of
13    your deposition on February 16.
14              MS. GILMORE:  Are you entering this as
15         an exhibit?
16              MR. COOPER:  I don't think we need to as
17         an exhibit.
18              MS. GILMORE:  Fine.
19              MR. COOPER:  I think it is part of the
20         same transcript.
21         A.   Do you have it in Portuguese?
22         Q.   The transcript was only taken in
23    English.  If you could turn to page 106.
24              MS. GILMORE:  I object to the fact that
25         you are questioning the witness who speaks
```

299

```
 1              da Fonseca - Confidential
 2         Portuguese and has been testifying in
 3         Portuguese on a document that you only have
 4         an English version of.
 5              MR. COOPER:  It is the only transcript
 6         we have of her testimony.  It will be
 7         translated into Portuguese by the
 8         interpreter.
 9         Q.   Page 106 and page 107, I direct you to
10    line 15 on page 106, and Ms. Gilmore asked you,
11    "You testified that you made a presentation to the
12    board of directors of Petrobras in about July 2009.
13    Is that correct?"  You answered yes.  "Do you
14    recall what day in 2009 you made that
15    presentation?"  You said "It was in July, but the
16    exact date I don't remember."  And then she, Ms.
17    Gilmore, introduced Exhibit 11, which is the
18    document you have in front of you, and she asked
19    you --
20         A.   It is not this one.
21         Q.   "Ms. da Fonseca, is that the
22    presentation you say was presented to the board in
23    July 2009," and you said yes.
24         A.   It is not this presentation, is it?
25         Q.   You testified --
```

300

1                da Fonseca - Confidential

2          A.   I did this in July 2009, but I did the

3     other one in July 2009.  It is not this one.

4          Q.   Do you see it says Exhibit 11?  This is

5     the document that you were shown when Ms. Gilmore

6     questioned you on February 16.

7          A.   I'm not sure because I think that she

8     present me another one.  The one that is about the

9     contracts.

10         Q.   I don't believe so.  Then you go on, and

11    I will show you.

12              MS. GILMORE:  Maybe you can look at the

13              document and see.

14         Q.   It is stamped.  Then she goes on, "Does

15    this presentation show the lack of economic

16    viability of the RNEST project at the time," and

17    you said yes.  Then the question was "Can you tell

18    me where in the presentation you see that," and you

19    referred her to page 17 of this document.

20         A.   Yes.  I think it is.  Yes.

21         Q.   So this is, Exhibit 11 is the

22    presentation that you testified on February 16 that

23    you presented to the board of directors of

24    Petrobras.  Is that right?

25         A.   Yes.

301

```
 1                da Fonseca - Confidential

 2        Q.   Can you turn to slide 5 in Exhibit 11.

 3   My question is if you can just explain generally

 4   what this slide is showing.

 5        A.   It shows that the project and its

 6   various different phases increased drastically the

 7   investment, and then you have the various different

 8   technical variables here.  For example, the heating

 9   of the market which is a worldwide indicator,

10   exchange rate adjustments, changes in scope, so it

11   shows the impact on investments for all of these

12   variables.

13        Q.   When you said that the various different

14   technical variables, am I right, is it fair to say

15   that you mean that each of these factors that you

16   mentioned some examples between the revision of

17   FEL2 on the left and estimate actual 609 on the

18   right, that the factors that are listed there are

19   the factors that contributed to the increase in

20   cost?

21        A.   Yes.

22        Q.   What does scope change mean?

23        A.   In that case you can add more equipment,

24   let's say we decide to add five compressors.  In

25   order to reduce the investment, we decide instead
```

1               da Fonseca - Confidential

2     to put three compressors.  For example, here we

3     have two sulfur units that was included due to

4     environmental requirements which was not forecasted

5     within the initial proposal, so in other words, you

6     have the initial proposal and then you have added

7     equipment or investments that will impact the

8     investment's final results.

9          Q.   What does adjustment change mean?  The

10    translation is wrong.  It should be adjustment

11    exchange.

12         A.   Which one are you talking about?

13         Q.   Beginning with scope change.  It is the

14    third over.

15         A.   Exchange adjustment.

16              THE INTERPRETER:  Interpreter remembers

17         saying exchange adjustments.

18         A.   Because you have the initial exchange

19    when in the beginning of the proposal so you

20    calculate the project based on that exchange rate

21    when you have the contract, the amount changes.

22    That happens frequently.

23         Q.   And what about the next one, tax

24    variable gain?  It is the next one over.

25         A.   Management.

303

1              da Fonseca - Confidential

2              MR. MARTINI:  The next one.

3         A.   Profit fee variation?  Profit rate

4    variation.  Thank you.  I don't have the colors

5    here.  I'm not sure if it is red or green.  I'm not

6    sure if it is going up or down.  We have more than

7    one denomination of the gains of the contracted

8    party who will execute the project.

9         Q.   Can you turn to slide 15.  Can you

10   describe what this slide shows.

11        A.   Variations on the initial proposal for

12   the refinery.  What happens is that, for example,

13   we had production curve for the E&P with the Merlin

14   type oil which was heavy      **Commercially Sensitive**

20              Changes in regulations, so it changed

21   the quality of refined products of the diesel

22   quality.  So you see here that there is a change

23   from 50 ppms to 10 ppms, so there is a variation in

24   the scope of these two units of removal of sulfur

25   for this oil.  That is what this slide means.

304

```
1                    da Fonseca - Confidential
2           Q.    Can you turn to slide 22.  What is the
3     purpose of this slide?
4           A.    There were various different initiatives
5     to reduce the investment throughout the whole
6     process.  For example, in this first proposal it is
7     proposed here that PDVSA would not be one of the
8     partners.  The adopted model for partnership with
9     PDVSA and the relationship with PDVSA, this
10    relationship that was made by the officer and by
11    the CEO is that they would come up with   Commercially Sensitive


                                        In other
14    words, they would come up with an aggregated amount
15    that was smaller to the aggregated that they would
16    get from the products.
17              The second proposal refers to the
18    partnership model.  The partnership model was
19    coordinated by the finance department, and I'm not
20    sure that if what I just mentioned here of giving
21    less than the product gotten was impacting the loan
22    with BNDES.  I don't remember at this point.
23              Third, which was      Commercially Sensitive
                  , and actually they are saying the
25    following.  In order for Petrobras not to have any
```

1              da Fonseca - Confidential

2              **Commercially Sensitive**

                         that was not

4     committed.  And the last one is every and all tax

5     incentives are welcome.

6          Q.   Did you personally present, make this

7     presentation?

8          A.   No.

9          Q.   Do you know who made the presentation?

10         A.   Usually and I think it was the portfolio

11    division's manager or the division's general

12    manager.

13         Q.   Okay.  You can set that document aside.

14    I want to ask you a few questions about Mr.

15    Fernando de Castro Sa, who you testified previously

16    about on February 16.  You were asked by Ms.

17    Gilmore when you learned of the existence of the

18    cartel, that was language that she used, and you

19    said that Fernando Sa found about the cartel in

20    mid 2009 and that was when you found out about it

21    from him.

22              I want to understand specifically what

23    Mr. Sa told you, so when do you recall first

24    discussing what you have referred to as the cartel

25    with Mr. Sa?

306

1                    da Fonseca - Confidential

2          A.    It was during the first half of,

3    actually first half of 2009.  This is when we

4    discussed about the cartel more specifically.

5          Q.    Did Mr. Sa refer to what he was talking

6    about as a cartel?  Did he use that word?

7          A.    Yes, he did.

8          Q.    What specifically did he tell you that

9    in his view made what he was describing a cartel?

10         A.    At that time he was working at the legal

11   department and individuals from Petrobras' legal

12   department were meeting with the cartel's

13   attorneys, addressing specific provisions that

14   could possibly benefit providers, suppliers, not

15   providers, to the detriment of Petrobras.

16         Q.    Okay.  What did he tell you?  What do

17   you specifically remember him telling you about

18   these meetings that you just referenced?

19         A.    Venina, can you see this document right

20   here?  This is a meeting transcript signed by the

21   Petrobras lawyers and the lawyers for the cartel.

22   Do you see here that they are addressing provisions

23   that go against Petrobras?  Do you see here in the

24   meeting's transcription.

25               MS. LEVI:  The witness said amendment

307

1           da Fonseca - Confidential

2      provisions.

3           THE INTERPRETER:  Thank you.

4           MR. MARTINI:  Meeting minutes.

5           MS. LEVI:  Yes.

6      A.   Besides this document, there are various

7  different document references regarding this

8  matter.  I am going to bring the matter to my

9  executive manager.  I'm not going to be watching

10 all of these things with my eyes closed.  I am

11 going to do this today.

12      Q.   And you remember him using the word

13 "cartel," not "Abemi"?

14      A.   I don't remember because to me it meant

15 the same thing, so right now I wouldn't be able to

16 remember.

17      Q.   So you are not sure sitting here today

18 whether he used the word "Abemi" or "cartel," is

19 that right?

20           MR. KEHOE:  Objection to form.

21      A.   I am saying that he could have used the

22 word "Abemi" or "cartel."  What I am saying is

23 these two words were not different one from the

24 other.  Within the context they meant the same

25 thing.  I think what is most important is what

308

                    da Fonseca - Confidential

1
2    happened later, which is he did investigate and he
3    was able to provide evidence for the cartel's
4    existence back in 2009.
5         Q.   You said that he showed you, put a
6    document in front of you.  Did you review that
7    document?
8         A.   Yes.
9         Q.   What do you remember about the content
10   of the document?
11        A.   What I just said.
12        Q.   Well, your testimony was that it was a
13   meeting transcript signed by the Petrobras lawyers
14   and the lawyers for the cartel and then you said he
15   said do you see here that they are addressing
16   provisions that go against Petrobras.  What
17   provisions were identified in the document that you
18   reviewed?
19        A.   He spoke of contractual provisions in a
20   general manner.
21        Q.   But do you remember from reviewing the
22   document that you said you looked at what
23   provisions were described in the document that he
24   showed you?
25        A.   What I remember is that these were

309

1                        da Fonseca - Confidential

2      provisions that gave more opening to contractual

3      amendments.

4            Q.    But do you remember anything more

5      specific about these provisions you are referring

6      to?

7                  MS. GILMORE:   Objection to form.

8            A.    No, I don't remember.

9            Q.    Do you remember how these provisions in

10     your view gave more opening to contractual

11     amendments?

12           A.    What happens is that at that time I had

13     extensive discussions about the contractual models

14     adopted by Petrobras because it was a contractual

15     model that allowed for amendment claims.  Planning

16     was very superficial.  Contractors, planning was

17     very superficial; and since there were hundreds of

18     companies contracted on the same site, planning

19     would require details enough to prevent amendments

20     such as the non-postponable items I just mentioned

21     before.

22           Q.    So I understand you are saying that in

23     your view, this sort of new contractual model may

24     have produced certain results but that was not

25     adopted and the provisions that Abemi was talking

310

```
 1                  da Fonseca - Confidential
 2    about were not the provisions of this new
 3    contractual model.  But apart from that, is there
 4    anything specific that you remember about the
 5    provisions being discussed in the document Mr. Sa
 6    had about Abemi that would give rise to amendments?
 7         A.    Because since he was a law expert and he
 8    had also been trained internationally, he noticed
 9    that the way in which the contracts were written
10    was giving space for contracting companies to have
11    claims.
12         Q.    So is that something that he told you?
13         A.    Yes, he did tell me that.
14         Q.    Okay.  Setting aside what he told you, I
15    just want to understand what you remember from
16    reviewing the document that he showed you about the
17    contractual provisions that you have claimed the
18    document showed Abemi members were negotiating with
19    Petrobras.  Do you remember anything specific to
20    those provisions that are the basis for your view
21    that they gave rise to amendments?
22         A.    I am going to answer for the fourth
23    time.  If you read builder contracts, you know that
24    they are very specific.  When it comes to
25    construction, the language in my opinion is very
```

311

```
 1              da Fonseca - Confidential

 2   difficult, and also there is the legal aspect.  In

 3   other words, the way you play with words, in order

 4   to get assistance to understand confusing

 5   provisions or contracts, I always would ask for an

 6   attorney's assistance and I suggest you do the

 7   same.

 8        Q.   So am I correct then that your answer

 9   with respect to the document Mr. Sa showed you is

10   that you do not recall what about the provisions?

11        A.   No, no, no.  I told you exactly what he

12   told me, and that was your question, and then you

13   asked me in what way the provisions had been

14   changed, and I told you that the provisions with

15   the language was being changed in order to enable

16   amendments claims, and at that time there was just

17   a suspicion, and that led him to create a document

18   to prove that what he was saying was correct.

19              That is what he did.  He did prove that

20   there was a cartel and that provisions were being

21   changed in order to enable the claims, enable

22   claims of amendments and what he received after the

23   conclusion of this brilliant work was an invitation

24   to leave the legal department.  If you look at this

25   today, what you see is we do not want to lose the
```

312

```
 1                    da Fonseca - Confidential
 2      opportunity for making these billions of dollars
 3      get out of here.  He was locked inside an office.
 4      From this office, he ended up being admitted to the
 5      hospital because he had two heart attacks, and
 6      today he is doing better, and I recommend you ask
 7      for his testimony so that he can provide you
 8      information about the beginning of the cartel.  He
 9      is the only person who was present during all of
10      this in 2008-2009.
11                    MR. MARTINI:  Witnessed.
12           A.   And for sure you will be able to answer
13      your questions about all the details pertaining to
14      the provisions.
15                    MR. COOPER:  I strike as non-responsive.
16                    MS. GILMORE:  It is responsive.
17           Q.   I want to address what you remember Mr.
18      Sa telling you and what you remember about the
19      documents, if you reviewed more than one, that you
20      reviewed that he provided to you.  I want you to
21      set aside everything that he told you and what I am
22      asking you is do you have a recollection sitting
23      here today of what you read in the document he gave
24      you, if anything, that leads you to believe that
25      there were provisions being negotiated by Abemi and
```

1                    da Fonseca - Confidential

2    the company that enabled amendment claims?

3              MS. GILMORE:   Objection to form.

4         A.   I recommend that the minutes that he

5    showed me be brought to the session.  Do you have

6    them?

7         Q.   We don't have them here.  I am asking

8    you what you recall about it sitting here today.

9         A.   I already answered it.

10        Q.   Is there anything that you recall that

11   you haven't already told me --

12        A.   No.

13        Q.   -- about the document Mr. Sa provided

14   you?

15        A.   No, this is information that he gathered

16   to provide evidence of the cartel's existence that

17   was provided to the executive manager.  They

18   created a commission to investigate Fernando Sa and

19   the commission's report was not provided to him

20   when he was suspended.  He resorted to the Supreme

21   Court in order to have access to this report and

22   the final report deleted testimony of key

23   individuals.  That I hadn't mentioned before.

24        Q.   So what is the basis for your belief

25   that Mr. Sa was investigated?

314

```
 1              da Fonseca - Confidential

 2        A.    After they found out, they wanted to

 3   terminate Fernando and they created this commission

 4   in order to try and do so.

 5        Q.    How do you know that?

 6        A.    You asked me about the basis in which I

 7   believed, correct?  If you think that a renowned

 8   attorney that is very knowledgeable about all the

 9   steps of the process with the best work evaluations

10   by Petrobras.

11              MS. LEVI:  Performance evaluations.

12              THE INTERPRETER:  Okay.  It was work

13        evaluations.

14        A.    And he was the most qualified

15   professional in the whole legal department and then

16   this attorney files a report.  The same attorney is

17   invited to write a report in order to provide

18   evidence of what he was saying.  At the moment when

19   he delivers that report, the report was not

20   questioned, and immediately a commission was

21   created to evaluate his performance, and the

22   subject was exactly opening of amendments for

23   Petrobras' contracts.

24              I would expect to be complimented in

25   writing and not an investigation.  I cannot imagine
```

315

                    da Fonseca - Confidential

1

2    the reason why except to terminate, and this is a

3    practice of the company, and when I came back to

4    work, they also formed a commission to terminate me

5    and I didn't even have time to say hi, how are you.

6    The person who suspended me was the same person

7    that I suspended from the HR department when I

8    found out that they were not working appropriately.

9    That is the way they work.

10        Q.   So what you have just described with

11   respect to Mr. Sa, were you personally involved in

12   the events that you just described?

13        A.   I was involved, because the whole legal

14   department was involved.  Various different

15   managers that were under me were invited to provide

16   testimony during the process, the procedures.  It

17   was impossible for me not to be involved.

18        Q.   And again I want to go back to my

19   question.  So why do you believe that there was an

20   investigation of Mr. Sa's conduct?  Strike that.

21   On what basis do you believe that there was an

22   investigation undertaken into Mr. Sa's conduct?

23        A.   I have already answered that question.

24        Q.   Have you ever seen a copy of the report?

25        A.   If I saw a copy of which report?

316

1                    da Fonseca - Confidential

2          Q.    The report that resulted from the

3    investigation that you believe happened.

4          A.    Yes, I have seen it, yes.

5          Q.    When did you see it?

6          A.    I think it was last year.  It was shown

7    to me by the retired attorney who was able to

8    request that.

9          Q.    So you are not aware then that the only

10   investigation that was carried out with respect to

11   Mr. Sa was into the Abemi obligations that he

12   presented to Mr. Nilton Maia, is that right?

13              MS. GILMORE:  Objection to form.

14         A.    No.

15              MR. MARTINI:  Allegations.

16         A.    This investigation was specifically

17   about him, but he was invited to provide testimony

18   on different procedures.

19         Q.    But your testimony remains that Mr. Sa

20   was investigated and that you have actually seen

21   the report from that investigation?

22         A.    Correct.

23         Q.    Okay.  Look back at the transcript of

24   your testimony from February 16.  Do you have that

25   in front of you?  On page 67 near the bottom, Ms.

1               da Fonseca - Confidential

2    Gilmore asked you a question about if you recall

3    certain suppliers being members of a cartel and you

4    replied no, a cartel is a group of companies that

5    agree on a certain fixed price for a type of

6    service.

7               MS. GILMORE:  Objection to form and the

8               fact that the witness should be reading for

9               content.  I don't know where this is coming

10              from.

11              MR. COOPER:  No more speaking

12              objections.

13    A.    What is your question?

14    Q.    First, do you want to translate back?

15              THE INTERPRETER:  Translate back --

16              MR. COOPER:  I just read her testimony.

17    Do we need to translate it or not?

18    A.    No.

19    Q.    Do you remember giving that testimony?

20    A.    Yes.

21    Q.    Did Mr. Sa describe to you any facts

22    suggesting that were part of Abemi were agreeing on

23    a certain fixed price for a type of service?

24        A.    I have this information.  You want me to

25    speak about what I knew in 2008 and 2009 or now?

318

1                    da Fonseca - Confidential

2          Q.    In 2008 and 2009.

3          A.    If he said that that group of companies

4    was a cartel that fixed a price for a certain

5    service, correct.

6          Q.    So I am asking you, using your

7    definition, I will state it differently then.  What

8    did Mr. Sa describe to you about the companies in

9    Abemi that showed that they were agreeing on a

10   certain fixed price for a type of service?

11         A.    What happens is that as biddings were

12   happening and where as bidding results became

13   visible to everyone and sometimes these biddings

14   were halted and new biddings were initiated, and so

15   it was clear on the spreadsheet that these set of

16   biddings were agreed upon.  Why?  We would discuss.

17   The first on bidding 1, the first, the second or

18   the third, and when we would have a new bidding,

19   they would give a 5 percent discount on each

20   proposal and continue with the first, the second

21   and the third.

22               This happened on various different

23   biddings.  I referred to this document on my last

24   deposition.  It is clear evidence that the cartel

25   was agreeing on the price.

319

1                    da Fonseca - Confidential

2              So the issue of agreement of prices by

3    the cartel was not only information provided by

4    Fernando, there were evidences that we would detect

5    as the project was being implemented.

6        Q.   What you just described to me, that is

7    information that you were aware of in 2008 and

8    2009?

9        A.   No, not on the same totality, because at

10   that time there were few contracts so there were

11   not as many evidences as there were after this

12   report was completed.

13       Q.   When did you become aware of the

14   information that you just described to me in the

15   previous answer?

16       A.   It might have been last year.

17       Q.   And you referred to a spreadsheet.  What

18   document is that that you are referring to?

19       A.   It is the report that I referred to

20   during the auditing, but the manager in my division

21   who would follow up the project, and he would

22   always submit for the officer's information, and he

23   would copy me as well who was the first, the second

24   and the third.

25              MR. MARTINI:  Clarifying for the record,

320

```
 1              da Fonseca - Confidential
 2         officers not in the plural.  Officer's
 3         information.  I think the witness said it
 4         would be forwarded to the director, so
 5         officer's as the possessive.
 6         Q.   With respect to what you just described
 7    about a cartel fixing prices, is there anything
 8    that Mr. Sa told you that would lead you to believe
 9    that there was a price fixing cartel?  And this is
10    back in 2008 and 2009.
11         A.   I don't remember.
12         Q.   Can you look at page 101 in your
13    transcript.  Actually page 100.  Actually strike
14    that.  You can set that aside.
15              MR. COOPER:  Let's mark a different
16         document.  We are going to mark as Exhibit
17         23 a document Bates stamped PBRCG 01227093
18         through 098.
19              (da Fonseca Exhibit 23, Document bearing
20         Bates numbers PBRCG 01227093 through 098,
21         was so marked for identification, as of this
22         date.)
23              MS. GILMORE:  Plaintiffs object to the
24         translation.
25         Q.   Do you recognize what this document is?
```

321

```
 1                    da Fonseca - Confidential
 2         A.    Why isn't it signed?
 3              MS. GILMORE:  There is an exhibit here.
 4              MR. COOPER:  What we extracted doesn't
 5         have a signature.
 6         A.    We always sign each and every document.
 7              MS. GILMORE:  Counsel, is there an
 8         exhibit to this?  It shows there is an
 9         exhibit.  Have you produced it?  Is this the
10         exhibit?
11              MR. MARTINI:  Yes.
12         Q.    In the system it is signed.  It is just
13    when you print it out.
14         A.    I cannot state if the document is
15    correct or not.  In order for me to recognize the
16    document, I need my signature in it.
17         Q.    Okay.
18              MS. GILMORE:  Let the record reflect
19         that the document that has been introduced
20         is not signed.
21              MR. COOPER:  Duly noted.
22         Q.    Do you recognize what this is?
23         A.    It is a Petrobras internal document for
24    downstream, for the downstream in-service officer
25    in order to hire or contract the power house.
```

1                    da Fonseca - Confidential

2          Q.   Right, and this is for the bidding

3     process for the power house that you testified

4     about previously, correct?

5          A.   If it is about this document, I don't

6     know, but the hiring of the power house is part of

7     Petrobras' procedures.

8          Q.   Is this a document that is necessary in

9     order to get executive board approval to go forward

10    with a bidding on certain contracts including one

11    like the power house?

12         A.   Correct.

13         Q.   Were documents like this one documents

14    that you regularly were involved in preparing for

15    the executive board?

16         A.   What happens with these documents that

17    are sent to officers that every budgeting for every

18    project, be it a refinery or a small construction

19    project within a refinery, this is under the

20    responsibility of the business division, and that

21    is what happened in this case.  But the whole

22    bidding process was under the engineering

23    department's responsibility.  How can you with a

24    document such as this one in hand ask you?  You

25    have responsibility over this bidding because you

323

1                da Fonseca - Confidential

2     signed the document in case you had signed it.  We

3     have this sharing of responsibilities within the

4     basic flow chart for the company.

5                Item 11 contains my area, my division

6     was responsible to provide information.  If there

7     is or not budgeting concessions, but if you see

8     item 12, which is the conclusion, it says that each

9     division is responsible for the information

10    regarding their area of operation.  This was one of

11    the first, if not the first contracted project of a

12    large size, because as it matured and as projects

13    were approved, when we started to calculate

14    investment amounts, the NPV started to get

15    calculated.

16         Q.   Let's go to paragraph 11 that you said

17    your division did work on.  When it says there is a

18    sufficient budget allocation that exists, what is

19    that referring to?

20         A.   That this investment was within the

21    budget for that year and that this investment was

22    approved by the officers and by the board of

23    directors.

24         Q.   How did you determine whether a project

25    or how did you determine, if you remember, whether

324

```
 1                    da Fonseca - Confidential
 2      this project was within the budget that existed at
 3      the time?
 4            A.    Because the budget is calculated for
 5      each project and on a yearly basis.
 6            Q.    And this project that we are looking at
 7      for the power house, that was an RNEST project,
 8      correct?
 9            A.    It is part of the RNEST project.
10            Q.    I am handing you what has been marked as
11      da Fonseca Exhibit 24, PBRCG underscore 01226966
12      through 77.
13                    (da Fonseca Exhibit 24, Document bearing
14            Bates numbers PBRCG underscore 01226966
15            through 77, was so marked for
16            identification, as of this date.)
17                    MS. GILMORE:  Plaintiffs object to the
18            translation and also the fact that this
19            document doesn't have the exhibits.
20            Incomplete document.
21            Q.    I just want to ask a clarifying
22      question.  You testified earlier that the budget is
23      calculated for each project and on a yearly basis.
24      When you use the word "project" there, are you
25      referring to the entire refinery and/or individual
```

325

1                      da Fonseca - Confidential

2     parts of the refinery like the power house that we

3     are talking about here?

4          A.    The whole refinery.

5          Q.    As part of that budget though, are there

6     individual budget components?

7          A.    The entire refinery, and the detailing

8     are under the responsibility of the divisions.

9          Q.    So do you recognize what the document is

10    that I have marked as Exhibit 24?

11         A.    Again, without a signature.

12         MS. GILMORE:   Also let the record

13         reflect that the document has a redacted

14         portion.

15         Q.    All right, that's fine, but do you

16    recognize what the document is?

17         A.    I recognize this type of document for

18    projects of this nature.

19         Q.    What is it?

20         A.    It is a contracting authorization.  You

21    need to ask authorization to the officers for the

22    bidding and you need to require the officers to

23    contract bringing the project's results.

24         MR. MARTINI:   Bidding's results.

25         Q.    Is this document specifically seeking

326

1               da Fonseca - Confidential

2    authorization to sign a contract with Alusa for the

3    power house project?

4         A.   Yes.

5         Q.   And is this a document that you remember

6    reviewing before it went to the executive board?

7              MS. GILMORE:   Objection to form.

8         A.   I review the parts under my

9    responsibility.  I check that there was a budget.

10   As you can see on item 13, actually item 12, I am

11   responsible for the area of my operations and my

12   area of responsibility is to inform if there is a

13   budget or not.  I do not inquire anything about the

14   engineering division's processes because I am under

15   no conditions to do that.  I have no information,

16   and this is not a process that is under my

17   division's responsibility.

18        Q.   Let's look at paragraph 5.  It is

19   underneath the heading that says "Explanation."  Do

20   you see that?

21        A.   This information here is from the

22   engineering department.

23        Q.   Right, and do you see that this sets

24   out, first it says that it recommends consideration

25   of the proposal from Alusa.  It says it is in the

327

da Fonseca - Confidential

1

2   interest of Petrobras, and it fits within the range

3   of the Petrobras estimate which varied from a

4   minimum of 919,973,030.5 reais to a maximum of

5   1,285,871,394.97 reais, and it gives an average

6   which I won't read because it is a long number, but

7   it says that the Alusa proposal bid which the

8   recommendation is to accept is 9.82 percent below

9   the average estimated amount for providing the

10   services.  Do you see that?

11        A.   Yes, I did.  I would like to answer you

12   with the presentation that talks about, oh, it is

13   right here.  You asked me two questions about price

14   escalation.  I am going to answer giving the reason

15   why this estimate is within what is contained on --

16   do you have the presentation?

17        Q.   I don't know what document you are

18   referring to.  My only question is do you see that

19   and you said yes, I did.  I think I am going to ask

20   another question.

21        A.   We are going to have time for that.

22   This price escalation that goes from 2.3 to 13, the

23   greatest part of this increment is exactly because

24   the system that calculated the price basis was not

25   updated.  The system is called Commercially Sensitive  and only one

1              da Fonseca - Confidential

2    engineering management had access to that

3    information.

4                    **Commercially Sensitive**

9              MS. GILMORE:  I just want the record to

10             reflect that the witness was referring for

11             da Fonseca Exhibit 11 at slide 5.

12        Q.   Let's go back to the document marked

13   Exhibit 24 and paragraph 5.  I just want to clarify

14   one thing that you have said previously in your

15   testimony.  You had said that and it may have been

16   just unclear, but you had highlighted the fact that

17   your understanding that the Alusa bid was

18   272 percent over a certain internal price.

19             Am I right that it was 272 percent over

20   the initial budget amount that was the basis for

21   the submission of the document we have marked as

22   Exhibit 23?

23        A.   Yes.

24        Q.   So it was not 272 percent over the

25   company's internal estimate for the project?

329

                    da Fonseca - Confidential

1

2        A.   No.  I don't remember if it was the

3    first bid, if there was a second bid.  I would have

4    to read it better in order to see if there is any

5    mentioning.

6        Q.   But my question was I think you said no,

7    the 272 percent was not over the company's internal

8    estimate for the power house.

9        A.   I remember this overprice.  I remember

10   calling the officer requesting that this project

11   would not be approved.  On my last testimony I

12   showed documents here where my conversation with

13   this officer was made clear, and I stand by it.

14       Q.   And --

15       A.   It is not my area of specialty.  It has

16   been eight or nine years and I don't remember this

17   overprice was there.

18            MR. MARTINI:  Just clarify the

19       translation.

20       A.   There was a bid after that.

21            MR. MARTINI:  Does not remember if there

22       was no -- that there was no overprice,

23       right?  Clarifying the translation how it

24       was said.

25            MS. LEVI:  No, that is not what she

330

```
 1                da Fonseca - Confidential
 2        said.
 3             MR. MARTINI:  What did she say, if you
 4        can clarify what you said?
 5             MR. COOPER:  The translation doesn't
 6        make any sense right now.
 7             MS. GILMORE:  Can you restate the
 8        answer.
 9        A.   I do not remember that there was no
10   overpricing.
11             MR. MARTINI:  She does not remember that
12        there was no overpricing.
13             That is what you stated right now,
14        right?
15             THE WITNESS:  Correct.
16             MR. MARTINI:  We just wanted to correct
17        the record.
18        Q.   You can put that aside.  I want to ask
19   you other questions about some testimony.  There is
20   no question pending right now.
21        A.   May I read the document before you ask
22   the next question?
23        Q.   Well, the next question is not going to
24   be about the document, and if you want to review it
25   on break, that's fine, but I have no more questions
```

331

```
 1                da Fonseca - Confidential

 2    about the document that you have in front of you.

 3          A.   Okay.  Go on.

 4          Q.   The last time Ms. Gilmore asked you some

 5    questions about individuals that you said, you

 6    testified that you believed had been harassed by

 7    the company.  Do you recall that testimony?

 8          A.   Yes.

 9          Q.   You mentioned an attorney in connection

10    with the Pasadena refinery purchased.  Do you

11    remember that?

12          A.   Yes.

13          Q.   At any time have you spoken personally

14    with this attorney?

15          A.   No.

16          Q.   How do you know the information that you

17    gave in your testimony on February 16 about that

18    attorney?

19          A.   Besides in every hall of Petrobras, all

20    employees and providers knowing it, it was broadly

21    forecast by the media and individuals from the

22    legal department close to his wife who still worked

23    at the legal department spoke about that.

24          Q.   Broadcast is the word?

25          A.   Broadcast.
```

1                    da Fonseca - Confidential

2          Q.    Broadcast, do you mean on television?

3    What are you referring to?

4          A.    Newspapers.

5          Q.    Previously you also mentioned an

6    employee from the engineering division, and I

7    believe you said that he was on a television

8    program with you, is that right?  What was his

9    name?

10         A.    I don't remember.

11         Q.    Have you ever spoken with him apart from

12   the television program?

13         A.    No.

14         Q.    You also described some telephone calls

15   that you received that you believed were harassing

16   calls.  In any of those calls did the caller ever

17   mention Petrobras by name?

18         A.    They mentioned that I was touching upon

19   large individuals.  Since in my work I did not have

20   relationships with external individuals, either

21   suppliers or politicians, and since definitely

22   these individuals were not from my family, I came

23   to the conclusion that these individuals were

24   individuals from Petrobras and when Duque demoted

25   me and he wished me a long life in Singapore

333

1               da Fonseca - Confidential

2    celebrating with a good whiskey, I believe that I

3    was really correct.

4          Q.   In these calls did any caller ever use

5    the word "Petrobras"?

6          A.   I already answered that question.

7          Q.   You didn't.  Did they use the word

8    "Petrobras" or not?

9          MS. GILMORE:  Objection to form.

10         A.   The attitude towards me within Petrobras

11   also reinforced the same.  I heard a word from the

12   officer Cosenza saying you are not wanted in this

13   management, you cannot work here at headquarters.

14   Go to Singapore.  It is the best place we can offer

15   you.  And believe me, I thank goodness I was not

16   sent to China, because my daughters are very

17   allergic to pollution.  They would not fare well

18   over there.

19              In other words, a person who was not

20   treated well within Petrobras was requested to

21   change documents to be submitted to officers, a

22   person who proposed many changes to models so that

23   we could keep up with project constructions, and

24   the fact that I was removed when the refinery was

25   going into the full operations phase and many

334

1              da Fonseca - Confidential

2    different conversations with the officer where he

3    would clearly demonstrate that I was not on the

4    right side and the fact that I mentioned officers,

5    this project was almost 3 billion negative.  Is

6    that exactly what we are going to approve?

7              I was removed from my position and sent

8    to Singapore, and I still thank goodness I can be

9    here talking about this.

10        Q.   So I understand that is the conclusion

11   you want to draw about these calls, but I need to

12   go back because are you unable to answer my

13   question as to whether you remember anyone in the

14   calls that you received in 2008 and 2009 that you

15   consider harassing, whether any one of those calls

16   used the word "Petrobras"?

17             MS. GILMORE:  Objection to form.

18        A.   People are not such idiots.  There were

19   many people involved in this process.  So that

20   people could be suspicious if it was Petrobras or

21   not.  They would be sure.  That is how these things

22   are done.

23        Q.   So is your answer you are not able to

24   answer my question?

25             MS. GILMORE:  Objection to form.  Asked

335

```
 1              da Fonseca - Confidential

 2         and answered.

 3         A.    I answered your question in five

 4    different ways at least.

 5         Q.    Do you understand that someone either

 6    uses a word or does not, and my question is was the

 7    word used?

 8              MS. GILMORE:  Objection to form.

 9         A.    To use a word I understand, you can use

10    a word by saying the word or inferring that that is

11    the word.

12         Q.    My question is did anyone in the calls

13    that you received in 2008 and 2009 that you

14    consider harassing say the word "Petrobras"?

15              MS. GILMORE:  Objection to form.

16         A.    I have already answered your question.

17         Q.    The record will make clear you have not,

18    but evidently you cannot say yes because you have

19    not said yes.

20              MS. GILMORE:  Objection to the

21         commentary.

22              MR. COOPER:  Let's take a break.

23              THE VIDEOGRAPHER:  This concludes tape

24         number 3.  The time is 4:59 p.m.  We are

25         going off the record.
```

336

```
 1                 da Fonseca - Confidential

 2                 (Recess taken)

 3                 THE VIDEOGRAPHER:  This begins tape

 4            number 5.  The time is 5:22 p.m.  We are

 5            back on the record.

 6    BY MR. COOPER:

 7        Q.   Ms. da Fonseca, I am going to mark

 8    another document as da Fonseca Exhibit 25.  I'm not

 9    going to ask you questions about it, and we do not

10    have a translation.  I want to just ask you one or

11    two questions about it, but we have the Portuguese.

12    Just take a look at it.

13                 (da Fonseca Exhibit 25, Document, was so

14            marked for identification, as of this date.)

15        Q.   You provided some testimony during the

16    previous period before the break about an internal

17    DIP that you prepared forwarding the CIAs related

18    to Geovane de Morais and some other documents to a

19    number of people internal to Petrobras, and my

20    question is I just want to know is this the DIP

21    that you are referring to or that you referred to

22    in the testimony you gave?

23                 MS. GILMORE:  I just want to make an

24            objection here.  What is the AB-CR?  Is that

25            something that you produced to us?
```

337

```
 1                da Fonseca - Confidential
 2                MS. CURRIE:  Yes, we did produce it, but
 3           for whatever reason, the version that is
 4           printed doesn't have the Bates stamp on it.
 5                MR. COOPER:  We can follow up with the
 6           Bates number.
 7                MR. MARTINI:  That just corresponds to
 8           the AB-CR up here.
 9                MS. GILMORE:  Also it is not signed, and
10           it looks like it is supposed to have
11           exhibits that are not here.
12                THE WITNESS:  Yes.
13           Q.   Okay.  Then you can set that aside.
14      That was the only question I had.  I am going to
15      hand you what has been marked as da Fonseca Exhibit
16      26.
17                (Da Fonseca Exhibit 26, Testimony of
18           September 4, 2014 in connection with
19           internal Petrobras investigation regarding
20           RNEST, was so marked for identification, as
21           of this date.)
22           Q.   I ask you to take a look at it and then
23      tell me if you recognize the document.
24           A.   Yes.
25           Q.   What is the document?
```

338

1                da Fonseca - Confidential

2          A.   It is my declaration term at the CIA

3     that dealt with RNEST contracting.

4          Q.   Does it reflect the testimony that you

5     gave on September 4, 2014 in connection with the

6     internal investigation that Petrobras undertook

7     regarding RNEST?

8          A.   Yes.

9               MS. GILMORE:  I just want an objection

10              to this document.  It refers to a number of

11              attachments that are not here.

12         Q.   Did you have a chance to review this

13    declaration prior to when you signed it?

14         A.   Yes, I did.

15         Q.   Did you provide any comments to the

16    draft that you reviewed?

17         A.   Yes, I did.

18         Q.   And were you satisfied that the copy

19    that you signed was truthful and accurate?

20              MS. GILMORE:  Objection to form.

21         A.   This last one?

22         Q.   The final one that you signed.

23         A.   Yes.

24         Q.   I just want to turn your attention to

25    page 3 of 6, and in the fourth paragraph down

339

1                    da Fonseca - Confidential

2      there is a paragraph that is about the form of

3      contracting that was used, and specifically about

4      the international standard that had been proposed,

5      and in the third sentence it is written "The

6      deponent commented that a decision was made by the

7      services area not to adopt the international

8      standard because these modifications were probably

9      impacting the price.  There was a meeting between

10     the project management teams at which this was

11     communicated by engineering."  Was that a true

12     statement?

13          A.   Correct.

14               MR. COOPER:  I don't think we have any

15          further questions right now.  I don't know

16          if you want to take a quick break.

17               MS. GILMORE:  I will just start now so

18          that we can finish soon.

19               MR. COOPER:  I do reserve my right to

20          just ask any follow-up questions based upon

21          the questions that you ask.

22               MS. GILMORE:  Okay.

23     EXAMINATION BY MS. GILMORE:

24          Q.   Ms. da Fonseca, I just wanted to clarify

25     a few parts of your testimony.  One is you

340

1                   da Fonseca - Confidential

2     previously testified today that you communicated

3     with PWC at the end of 2013 about an external

4     outside audit that was done in Singapore.  Is that

5     correct?

6          A.   The finance officer is the one who made

7     the communication who was responsible for this

8     area, but I was privy to what was going on.

9          Q.   Do you recall the name of the finance

10    officer?

11         A.   Fernando Kamache.

12         Q.   Is he still employed at Petrobras if you

13    know?

14         A.   Today, he is Transpetro's finance

15    officer.

16         Q.   Transpetro is a subsidiary of Petrobras?

17         A.   Yes, it is.

18         Q.   Can you tell me in connection with that

19    testimony about PWC, you said that there were a few

20    issues in the commercial division.  Can you

21    describe for me those issues.

22         A.   These are the ones that I already

23    described on my last deposition.  We started to

24    find a lot of problems in the business area such as

25    the banking division.  Bunker division.

341

1              da Fonseca - Confidential

2              THE INTERPRETER:  The interpreter will

3         stand corrected.

4         A.   Which is fuel used in ships and in other

5    areas such as a loss of oil.  After each quarter,

6    documentation was exchanged and we did not want to

7    fail to inform because that would affect the

8    balance sheet.

9         Q.   Is your testimony that PWC received the

10   documentation that showed problems, the problems

11   you just testified to?

12        A.   I believe so, but at a certain point I

13   stopped following up with these procedures.

14        Q.   What is the reason for your belief that

15   PWC received the documentation showing those

16   problems?

17        A.   Because Fernando mentioned it to me.

18   Oh, now I remember.  What was said at the time is

19   that this was not material compared to the whole

20   Petrobras balance sheet.

21        Q.   Who said that to you?

22        A.   Someone from Petrobras.  I don't know

23   who the individual in charge is from Petrobras, but

24   that person discussed about this with PWC.  PWC

25   knew.

342

```
 1                da Fonseca - Confidential

 2        Q.   What was the timeline of that?

 3        A.   2013, because in 2014 I was no longer

 4   there.

 5        Q.   Do you recall when in 2013 these issues

 6   were discussed?

 7        A.   It was at the end of the year.  It was

 8   the end of the closing of the fiscal year.  I did

 9   not go back to that documentation, so I could be

10   making a mistake, but I remember specifically about

11   the materiality issue.

12        Q.   These issues involving the commercial

13   division, did they include evidence of overpricing?

14             MR. COOPER:  Objection.

15        A.   Completely.

16        Q.   Can you describe that for me, please.

17        A.   I need a certain amount of bunker to

18   fill up Petrobras' ships.  We had traders in

19   Singapore and traders in Brazil who were able to

20   buy these fuels directly in the market for

21   Petrobras.

22             What they did is they put up a company

23   named Seaview.  It would buy at market value and

24   would sell to Petrobras at an overprice.  That was

25   confirmed during the whole period that it was
```

343

1                   da Fonseca - Confidential

2    analyzed except for one deal whereas one trader was

3    not there.  Their Yahoo, their e-mails, were clear.

4    They would discuss who would get the price or

5    premium resulting from overpricing.

6         Q.   And PWC received this documentation?

7              MS. MITCHELL:  Objection.

8         A.   I'm not sure if at that time.  I really

9    do not know which documentation was provided.

10        Q.   Was there a report done on this type of

11   evidence that summarizes the results?

12        A.   Definitely there is documentation but I

13   would have to search.  However, you are going to

14   have to go directly to the officer because I no

15   longer have access to my e-mail messages.

16        Q.   If I wanted to get that documentation,

17   what should I ask for to receive it?  What type of

18   document should I ask for?

19        A.   e-mails and the letter.  There is a

20   letter that is sent at the completion of the

21   auditing operations that attest that everything is

22   okay.

23             MS. LEVI:  A comfort letter.

24             MS. MITCHELL:  Objection to form.  I

25   heard someone say comfort letter.  I'm not

344

1              da Fonseca - Confidential

2         sure if that is the questioner.  If so, that

3         is an objection to form.

4              MS. LEVI:  A clarification on

5         translation.

6              THE INTERPRETER:  Comfort letter we will

7         accept.

8         Q.   Who provided the letter that attested

9    that everything is okay?

10             MR. COOPER:  Objection.

11        A.   The finance officer in that case for

12   Petrobras Singapore.

13        Q.   What was his name again?

14        A.   Fernando Kamache.

15             THE INTERPRETER:  The interpreter gave a

16        wrong spelling for that name.

17        Q.   The few issues that you testified to in

18   the commercial division, did they also include

19   evidence of a cartel?

20        A.   It is another type of cartel.

21        Q.   Can you describe that for me, please.

22        A.   It was an agreement.  In that case of an

23   agreement, it was an agreement of the companies

24   were acting in that field because they had to buy

25   them at market prices and sell for higher price.

345

1                       da Fonseca - Confidential

2          But it is the same type of operation.

3               Q.    This would be, this evidence of cartel

4     would be documented somewhere?

5               MR. COOPER:  Objection to form.

6               A.    Yes.  There were different documents

7     that were produced, presentations given to the

8     executive manager, the internal report, Singapore

9     employee testimony, a very important document, this

10    employee used to work at the bunker division.  This

11    process has been very well documented.

12              Q.    Who is the employee that you said used

13    to work in the bunker division?

14              A.    He is a natural of Singapore who is no

15    longer working at PSPL.  San, Son.

16              Q.    You testified that this process has been

17    very well documented.  Who received the evidence?

18              MR. COOPER:  Objection.

19              A.    Executive manager, officer, in that case

20    Graca as CEO, the legal department and everyone

21    else who needed to be privy as to what was going

22    on.

23              Q.    Can you clarify for me again the time

24    when all the executives, the legal department and

25    other departments received this evidence?

346

1               da Fonseca - Confidential

2          A.   This process began in October 2012.  It

3     might have gone up until the first half of 2013

4     because first we formed our commission and then a

5     process commission and then an auditing commission

6     and then another commission to verify the penalties

7     incurred, but I'm not sure in that case, in the

8     case of communication if the companies were sued.

9               MS. LEVI:  "As in the case of

10              communication."  Objection to the

11              translation.  "I'm not sure in that case as

12              in the case of communication."

13         A.   I'm not sure, but I don't think so,

14    because we were directed to continue to negotiate

15    with Seaview by writing.

16         Q.   Who directed you to continue to

17    negotiate with that company Seaview by writing?

18         A.   The executive manager at that time.  It

19    was Raimundo Brandao.

20         Q.   Is Raimundo still at Petrobras?

21         A.   Retired.

22         Q.   Do you know if PWC received the

23    documentation that showed the existence of the

24    cartel as well?

25              MR. COOPER:  Objection.

347

```
 1              da Fonseca - Confidential
 2              MS. SPAZIANO:  Can I confirm that one
 3         objection by one counsel is an objection by
 4         all counsel?
 5              MS. GILMORE:  That's fine.
 6         A.   I don't know which documentation was
 7    shown.  However PWC Singapore would do the auditing
 8    and then Petrobras' auditing department conducted
 9    the auditing.  I'm not sure if that was recorded in
10    any way.
11         Q.   You testified to the existence of some
12    e-mails between Petrobras and PWC on which you were
13    copied.  Is that correct?
14         A.   No.
15              MS. MITCHELL:  Objection to form.
16         A.   I'm not sure if I was copied or if I
17    read a printed version of it.  I have to check.
18         Q.   Who from Petrobras again was involved in
19    this communications with PWC?
20         A.   Fernando Kamache.
21              MS. MITCHELL:  Objection to form.
22         Q.   Anyone else you know?
23         A.   There were employees who were from
24    Singapore because the PSPL manager was from
25    Singapore and the controller was also from
```

348

1            da Fonseca - Confidential

2      Singapore.

3            Q.   You also testified earlier that you were

4      suspended from Petrobras after you brought to the

5      attention of executives and others certain illicit

6      conduct, and you testified that the person who

7      suspended you was from the HR department and this

8      person was the one that you -- for whom you

9      recommended suspension previously in connection

10     with misconduct.  Can you tell me the name of this

11     person?

12           MR. COOPER:  Objection to form.

13           A.   Today he is an executive manager in the

14     engineering division at corporate.

15           Q.   What is his name?

16           A.   I don't recall that person's name, but

17     it is not difficult to find, because it is in the

18     flow chart.

19           Q.   Can you give me the person's current

20     position, the exact position, if you know?

21           A.   He is executive manager of the

22     engineering officers department, which is a

23     corporate division.  There is an acronym, but I

24     would have to go into a website in order to see it.

25           Q.   You testified today and previously that

349

1                    da Fonseca - Confidential

2    you have met other persons who were harassed at

3    Petrobras for trying to bring, trying to expose

4    illicit conduct and you testified to a TV program.

5    Can you tell me more about that TV program.  If I

6    wanted to access it, where would I go?

7                    MR. COOPER:  Objection to form.

8        A.    This program is a program that is found

9    online.  The name is Conexao Reporter.  When was it

10   broadcast?  It was recorded in November, and I

11   think it was published in December.

12       Q.    Of which year?

13       A.    The reporter's name is Roberto Cabrini.

14       Q.    Which year you said?  November 2015?

15       A.    '15.

16       Q.    I just want to clarify with respect to

17   your testimony about Mr. de Castro Sa.  When did

18   you learn from Mr. de Castro Sa the existence of

19   the cartel?

20                   MR. COOPER:  Objection to form.

21       A.    Exactly with the words "cartel" was

22   between 2008 and 2009.  The end of 2008 going into

23   2009.

24       Q.    And did Mr. Sa show you documents

25   reflecting the existence of the cartel in 2008 and

```
1                    da Fonseca - Confidential

2     2009?

3          A.   Yes.

4               MR. COOPER:  Objection.

5               MS. GILMORE:  Let's take a quick break.

6               THE VIDEOGRAPHER:  The time is 5:49 p.m.

7          We are off the record.

8               (Recess taken)

9               THE VIDEOGRAPHER:  This is the

10         continuation of tape number 5.  The time is

11         6:02 p.m.  We are back on the record.

12    BY MS. GILMORE:

13         Q.   I want to show you what has been marked

14    as Exhibit 27.  Please take time to look at it.

15              (da Fonseca Exhibit 27, Labor complaint

16         filed against Petrobras on December 18,

17         2014, was so marked for identification, as

18         of this date.)

19         Q.   Do you recognize this as a copy of the

20    labor complaint that you filed against Petrobras on

21    December 18, 2014?

22         A.   Yes.

23         Q.   And it has Ata de Audiencia.  Do you see

24    that towards the end?

25         A.   Yes.
```

351

1                    da Fonseca - Confidential

2          Q.   And --

3               MR. COOPER:  Is there a translation of

4          this page?

5               MS. GILMORE:  Yes.  At the end of the

6          first big document.  It is an attachment.

7          Q.   This Ata de Audiencia shows several

8    depositions were given in connection with your

9    labor lawsuit.  Is that correct?

10         A.   Yes.

11         Q.   Did you testify in connection with your

12   labor complaint?

13         A.   Yes.

14         Q.   Does this reflect the testimony you gave

15   in connection with the labor complaint?

16         A.   Yes.

17         Q.   Then do you see after your testimony, it

18   says that Mr. Fernando de Castro Sa testified on

19   your behalf?

20         A.   Yes.

21         Q.   Mr. de Castro Sa was accompanied by

22   Petrobras lawyers during that time?

23               MR. COOPER:  Objection to form.

24         A.   Yes.

25         Q.   If you look at the last page, which is

352

1                   da Fonseca - Confidential

2      federal judiciary labor court certification, do you

3      see that?

4           A.   Yes.

5           Q.   Does that document reflect that at the

6      time Mr. Castro Sa gave his testimony, lawyers for

7      Petrobras who represented him were present?

8                   MR. COOPER:  Objection to form.

9           A.   Yes.

10          Q.   Okay.  You can put that away.

11                  (da Fonseca Exhibit 28, Document with

12                  first page bearing Bates number

13                  01832059-00004, was so marked for

14                  identification, as of this date.)

15          Q.   Showing you what has been marked as

16     Exhibit 28, please take a minute to look at it.

17          A.   Yes.

18          Q.   Can you take a look at the first page

19     Bates number 01832059-00004 and tell me what this

20     document is.

21                  MR. COOPER:  We will make objections to

22                  the translation of these documents.  The

23                  same objection we make.

24          Q.   The first, the e-mail from July 23, 2009

25     starts "Director."

353

1                    da Fonseca - Confidential

2          A.   It is an e-mail from Pedro Barusco

3    copying the former officer -- no.  To the officer

4    Renato Duque copying Sergio Arantes who was

5    responsible to forecast investment costs which was

6    responsible for the system that I referred to

7    previously.  Barusco had to answer to the country's

8    accounting court, and he is hesitant to send these

9    information through electronic means.  He actually

10   consulted with the legal department.

11         Q.   What does Mr. Barusco tell Mr. Duque in

12   this e-mail?

13         MR. COOPER:  Objection to form.  It is

14         clear this witness is not on this e-mail and

15         doesn't appear to get any of it.

16         A.   He says it is dangerous to provide

17   information electronically.

18         Q.   To whom?

19         MR. COOPER:  Objection.

20         A.   To agencies.  Here it mentions them in a

21   more general way, but here he mentioned.

22   Information to the external control agencies.

23         Q.   Do you know, were you aware that the TCU

24   was requesting magnetic copies of certain documents

25   in connection with the Abreu e Lima, implement is

354

```
 1                  da Fonseca - Confidential

 2      of the Abreu e Lima refinery in 2009?

 3              MR. COOPER:  Objection.

 4          A.   No.  All individuals copied on this DIP

 5      besides the CEO's cabinet was the engineering

 6      department.  I was not copied and the divisions

 7      responsible for performing and following up with

 8      projects.  I don't remember actually.

 9          Q.   Okay.  You can put that away.

10              MS. LEVI:  "I was not copied and the

11              divisions responsible for performing the

12              projects were the ones copied."

13          Q.   I hand you what has been marked as

14      Exhibit 29.  Please take time to look at this

15      document.

16              (da Fonseca Exhibit 29, e-mail, was so

17              marked for identification, as of this date.)

18              MR. COOPER:  Is there a translation?

19              MS. GILMORE:  We don't have a

20              translation of this.

21              MR. COOPER:  The only document we didn't

22              have a translation for, we just asked her to

23              identify it, so if you are going to ask her

24              about content, I am going to object.

25              Hold on.  We need to look at this.  We
```

1           da Fonseca - Confidential

2      might conclude this document is privileged.

3      We don't have an English translation.

4           Can we go off the record.

5           MS. GILMORE:  Sure.

6           THE VIDEOGRAPHER:  The time is 6:14 p.m.

7      We are going off the record.

8           (Recess taken)

9           THE VIDEOGRAPHER:  This is the

10     continuation of tape number 5.  The time is

11     6:41 p.m.  We are back on the record.

12          MR. COOPER:  We have analyzed the

13     document and the attachment that were marked

14     as Exhibit 29 and concluded that they are

15     privileged, so we are going to claw them

16     back under the terms of the protective

17     order.  The separate attachment though, to

18     the extent you want to mark it as a separate

19     exhibit, we will object, but we will allow

20     you to ask the witness questions about it on

21     the condition that there is agreement that

22     we are not waiving any privilege in allowing

23     you to do so.

24          MS. GILMORE:  First of all, plaintiffs

25     object to the designation of the police

356

1                da Fonseca - Confidential

2           investigation report as being privileged,

3           and in fact they would have been required to

4           produce it in response to plaintiffs'

5           document request, but why don't we introduce

6           it as two separate documents then.

7                So let's have Exhibit 29 as the e-mail,

8           and then let's do the police report as

9           Exhibit 30.

10               (da Fonseca Exhibit 30, Police report

11          dated February 3, 2011, was so marked for

12          identification, as of this date.)

13   BY MS. GILMORE:

14        Q.   I will give you the English translation

15   for the police report.  Ms. da Fonseca, since

16   counsel for Petrobras is designating the e-mail

17   confidential, I'm not going to ask you at this

18   point questions about it, although we reserve our

19   rights in the future to ask questions about that

20   document.

21               So let's focus your attention right now

22   on da Fonseca Exhibit 30.  Have you seen this

23   document before?

24        A.   No.

25        Q.   What is it?

357

1                    da Fonseca - Confidential

2               MR. COOPER:  Objection to form.

3               MS. SPAZIANO:  Is there a translation

4          for others at the table?

5               MR. KEHOE:  Yes.

6          A.   It is a police investigation that deals

7    with overpricing at the northeast refinery.  It was

8    initially reviewed by the country's accounting

9    court, and it was submitted to Pernambuco so that

10   the investigation could proceed.

11         Q.   What is the date of this police report?

12         A.   2011.  February 3, 2011.

13         Q.   If I direct you to the second page where

14   it says ordinance portaria, can you tell me what it

15   says under resolve?

16              MR. COOPER:  Objection to form.  Are you

17         asking her to read what it says or can she

18         interpret it?

19              MS. GILMORE:  If she understands the

20         question, she can answer it.

21              MR. COOPER:  I object.

22         A.   The federal police, the chief of federal

23   police of the finance police department is starting

24   an investigation regarding overpricing issues at

25   the refinery's construction operations.  As far as

358

1                    da Fonseca - Confidential

2        I understand, Petrobras has a margin of acceptance

3        of the overprice forecasted for the whole

4        construction, and here he questions individual

5        costs.  It is not the first time that I see this.

6            Q.    What do you mean by that?

7            MR. COOPER:  Objection to form.

8            A.    Because these questioning we end up

9        going to the same points.  We talked about the

10       table and the screw today, and here at EarthWorks,

11       which is another large refinery contract, the same

12       type of questioning occurred.  I cannot tell you

13       for sure, however, that it went to the same police

14       department.  There were unit prices that went much

15       above the forecast, and that is usually what

16       happens here.

17           Q.    The information, the ordinance, ordering

18       to open a police investigation in order to point

19       criminal accountability or signs of irregularity in

20       connection with construction work at Abreu e Lima

21       refinery, were those the types of irregularities

22       that you had encountered and tried to bring to the

23       attention of the executive board of Petrobras in

24       2008 and 2009?

25           MR. COOPER:  Objection to the form.

```
 1              da Fonseca - Confidential
 2         Foundation.
 3         A.   In my first deposition I mentioned a
 4    report made about the EarthWorks, and it addresses
 5    the same issue.
 6         Q.   Can you clarify what issue, please.
 7              MR. COOPER:  Objection to form.
 8         A.   Unitary prices very much above what was
 9    forecast.  When it comes to EarthWorks, there was
10    an increase, but not very significant when it comes
11    to the whole contract, but on a few unitary prices
12    it went much above what was forecast.
13         Q.   Are you aware that the police was
14    seeking the testimony of Mr. Flavio Fernando Casa
15    Nova Da Motta in connection with the irregularities
16    shown at the Abreu e Lima refinery in 2011?
17              MR. COOPER:  Objection to form.
18         A.   No.
19         Q.   Are you aware that the police were
20    seeking the testimony of Ivo Tasso Bahia Baer in
21    connection with criminal activity regarding the
22    Abreu e Lima refinery?
23              MR. COOPER:  Objection.
24         A.   No.
25         Q.   Okay.  You can put that aside.  I am
```

360

```
 1                da Fonseca - Confidential
 2    going to give you what has been previously marked
 3    as Exhibit 14.  Please take a minute to look at the
 4    document.  What is this document?
 5          A.   It is an internal commission report who
 6    investigated the northeast refinery contracts.
 7          Q.   And if you go to section 8.9 of that
 8    report, do you see the name of Omar Antonio
 9    Kristoschek Filho listed as a person responsible
10    for a violation listed in item 6A?
11          A.   Yes.
12          Q.   If you go to the police report I
13    produced to you, da Fonseca Exhibit 30 at page 4,
14    item number 8, do you see the same name Omar
15    Antonio Kristoschek Filho is the same person that
16    police was criminally investigating in 2011?
17               MR. COOPER:  Objection to form.
18          A.   Yes.
19          Q.   Let's go back to the CIA section number
20    8.10.  Do you see the name Luis Carlos Queiroz de
21    Oliveira as Petrobras indicated is responsible for
22    certain violations in connection with the Abreu e
23    Lima refinery?
24               MR. COOPER:  Objection to form.
25          A.   Yes.
```

361

1                      da Fonseca - Confidential

2           Q.    If you go back to the police report, do

3      you see Mr. Luis Carlos Queiroz de Oliveira as

4      number 7 listed as a person who was criminally

5      investigated by the police in 2011?

6                      MR. COOPER:  Objection.

7           A.    Yes.

8           Q.    And the last one, which is 8.11 in

9      Petrobras' CIA, lists Ricardo Luiz Ferreira Pinto

10     Tavora Maia as a person responsible for certain

11     violations in connection with the Abreu e Lima

12     refinery, correct?

13          A.    Correct.

14          Q.    If you look at the police report, do you

15     see number 9, Mr. Ricardo Luiz Ferreira Pinto

16     Tavora Maia being a person, the same person who was

17     criminally investigated by the police in connection

18     with illicit acts at the Abreu e Lima refinery in

19     2011?

20                     MR. COOPER:  Objection to form.

21          A.    Correct.

22          Q.    You can put that away.  In 2011 or any

23     time afterwards were you aware that the police was

24     criminally investigating certain employees at

25     Petrobras in connection with illicit conduct at the

1              da Fonseca - Confidential

2     Abreu e Lima refinery?

3              MR. COOPER:  Objection to form.

4         A.   No.

5         Q.   Ms. da Fonseca, I show you what has been

6     marked as Exhibit 31.

7              (da Fonseca Exhibit 31, Document, was so

8              marked for identification, as of this date.)

9              MR. COOPER:  Is there a translation?

10             MS. GILMORE:  I don't believe we have

11             one.  Let's take a two-minute break.

12             THE VIDEOGRAPHER:  The time is 6:56 p.m.

13             We are off the record.

14             (Recess taken)

15             THE VIDEOGRAPHER:  This is the

16             continuation of tape number 5.  The time is

17             6:58 p.m.  We are back on the record.

18    BY MS. GILMORE:

19        Q.   Ms. da Fonseca, we can put that away.

20    We don't have a translation at this time.  I show

21    you what has been previously marked as da Fonseca

22    Exhibit 11, and I am showing you what is marked now

23    as Exhibit 32.

24             (da Fonseca Exhibit 32, e-mail and

25             presentation, was so marked for

363

1              da Fonseca - Confidential

2          identification, as of this date.)

3     Q.   You can keep that next to you.  Let me

4  know when you have had a chance to look at them.

5     A.   Okay.

6     Q.   Ms. da Fonseca, the e-mail that attaches

7  this presentation states that this presentation

8  were sent to Ms. Graca Foster, correct?

9          MR. COOPER:  This is Exhibit 32?

10         MS. GILMORE:  Yes.

11         MR. COOPER:  Objection to form.  This

12         witness is not on this e-mail at all.

13    A.   Do I have this?

14    Q.   Ms. da Fonseca, have you seen these

15  presentations before?

16    A.   Part of the presentation, yes.  I don't

17  remember the whole thing.  There were various

18  different presentations in July.  They were all

19  about the same subject matter.

20    Q.   If you look at page 11 of the

21  presentation dated September 3, 2009.  I'm sorry,

22  page 12.

23    A.   Page 12 is not like that.

24    Q.   You are looking at the July.  I am

25  asking you to look at the presentation dated

364

1                        da Fonseca - Confidential

2       September 3, 2009.  Page 12.  Can you tell me and

3       then if you look, compare that to the July 3

4       presentation on page 17.  July 2nd, sorry, which is

5       Exhibit 11.  Can you tell me what, if anything, is

6       different between these two parts of the Abreu e

7       Lima presentation?

8                        MR. COOPER:  Objection to form.

9               A.   In this one scenarios are less worse in

10      only two months.  On the baseline scenario we lost

11      $700 million of a DPL of minus --

12                       MR. MARTINI:  NPV.

13              A.   NPV.  We go into minus $3 billion

14      negative.

15              Q.   Do you know why you lost $700 million in

16      two months?

17                       MR. COOPER:  Objection to form.

18              A.   I don't have this information now.  It

19      may have been bids that were open, and the prices

20      were much above what was forecast.  Just one

21      moment.  Here if you look at market heating, which

22      would be based on a rate that we call IPA, there

23      was an increase of 25 percent between the two

24      presentations, and if you multiply that, you will

25      find that scenario difference.  In other words,

1                da Fonseca - Confidential

2    1.3 billion, 1.1 billion from July through

3    September.

4         Q.   Which scenario are you describing right

5    now?

6         A.   I am looking at the price escalation,

7    and when you see the market heating in July, it is

8    not clear, but it is $1.2 billion, and if you see

9    the same indicator here in yellow, 2.3.  You can

10   obtain this information when you open the bidding

11   packages.

12        Q.   What do you mean by that?

13        A.   That is why I believe, as I mentioned

14   before, that there may have been an opening of

15   bidding packages that were much above the prices

16   forecasted.  We are talking about an index or a

17   rate of elevation of 25 percent for the

18   construction cost of the refinery.

19        Q.   And anything else that you see that is

20   different between the presentation dated July 2 and

21   the one dated September 3 in terms of the NPV

22   value?

23             MR. COOPER:  Objection to form.

24        A.   The exchange rate also influenced it.

25   However and we can observe exactly what we observed

```
 1                 da Fonseca - Confidential
 2    before, which was the system that calculated
 3    investments.  What was calculated of being
 4    approximately 4 billion would then cost 8 instead
 5    if the system would have reflected market values.
 6    In other words, the project would be very negative
 7    on the second phase.
 8         Q.   Can you look at scenario number 3 and
 9    tell me what the difference is in the presentations
10    made on July 2nd and the one made on September 3rd.
11              MR. COOPER:  I object.
12         Q.   I am comparing page 12 on September 3rd
13    with page 17 on July 2nd.
14              MR. COOPER:  We have given you a lot of
15              leeway on these documents, but we did not
16              ask any questions on slide 17 in Exhibit 11,
17              and sorry, I will let her answer this
18              question, but I think it is outside the
19              scope of what we did.  It should be recross
20              or whatever we are going to call it based
21              upon the questions we asked, and it is
22              getting late.  We can find out how close we
23              are to seven hours.
24              She can answer, but I am going to put my
25              objection down that this is I think sort of
```

```
1              da Fonseca - Confidential
2         new, a new area that you asked her about
3         this slide 17 on February 16, and we did
4         not.  I don't think you should get a chance
5         to ask her in detail about it again today.
6              MS. GILMORE:  I believe it is completely
7         within the scope, so we will just leave it
8         at that.
9              MR. COOPER:  I disagree.
10        Q.   Can you tell me if there is any
11   difference between scenario 3 on page 12 of the
12   September 3 presentation versus scenario 3 of page
13   17 of the July 7 presentation?
14        A.   The NPV in July is at minus 3, which is
15   a conservative scenario, **Commercially Sensitive**

17        Q.   I am asking about scenario 3.
18             MR. COOPER:  Objection to form.
19        A.   The aggressive one?
20        Q.   Yes.
21        A.   It gets worse.  Minus 1 to minus 1.9,
22   which means that if any premises that we expected
23   in everything that was extremely entrepreneurial
24   had happened and if we were not surprised by any
25   market variations, in other words, if we had this
```

368

1                     da Fonseca - Confidential

2                     **Commercially Sensitive**

7           Q.   And do you see in scenario 3 that the

8    number 344 which appears to be a positive NPV

9    value?

10          A.   This amount would be if we didn't have

11   any partners because when we do this analysis, we

12   look at the system as a whole.  It is the issue of

13   unitary prices and total prices, so this one would

14   be an optimization with all the refineries, and

15   this one even though it is a scenario planned out

16   as positive, up to September/October of 2008, the

17   thing was PDVSA was a pleasure working with you,

18   but I am going to be alone.

19               MR. MARTINI:  2009.

20          A.   No, until September or October of 2009.

21               THE WITNESS:  Thank you.

22          A.   What I said is that it was not

23   considered not to have a partnership with PDVSA,

24   quite to the contrary, and they knew that this

25   would incur a better result for the company.

369

1                    da Fonseca - Confidential

2          Q.   Was there any time in 2009 that Abreu e

3    Lima had a positive NPV value?

4               MR. COOPER:  Objection to form.

5          A.   No.

6          Q.   Was there any time in 2010 that Abreu e

7    Lima had a positive NPV value?

8               MR. COOPER:  Objection, no foundation at

9          all.

10         A.   I was no longer there, and I did not

11   have access to information, but based on reports

12   that we know today, that all of us know today, it

13   never had a positive scenario.

14         Q.   Which reports are you referring to?

15              MR. COOPER:  Objection.

16         A.   Internal Petrobras reports that leaked

17   into the press.  There are a few that are actually

18   very detailed auditing reports.  I don't know how

19   they were.

20         Q.   Can you describe those reports for me?

21              MR. COOPER:  Objection.

22         A.   Those were evaluations that the auditing

23   department itself conducted that showed all this

24   economic inefficiency of the refinery in 2012.

25         Q.   Do you know how many reports there are

370

1                    da Fonseca - Confidential

2      from 2012?

3                    MR. COOPER:  Objection.

4           A.   As far as I know, one.  No, actually two

5      or three.

6           Q.   Have you seen those reports?

7           A.   Yes.

8           Q.   When?

9           A.   2015.

10          Q.   In what context did you see them in

11     2015?

12          A.   During the Lava Jato suit.

13          Q.   How did you come about to see them?

14          A.   News on newspapers.

15          Q.   Can you describe for me what this 2012

16     reports from the audit department showing negative

17     VPLs showed?

18                   MR. COOPER:  Objection to form.

19          Q.    In detail.

20          A.   Those were reports that reflected

21     contracting and the results of this whole process.

22     They are very detailed.  The article is very

23     detailed.

24          Q.   And they showed the negative NPV with

25     respect to Abreu e Lima?

371

```
1              da Fonseca - Confidential

2              MR. COOPER:  Objection.

3       A.   Yes, it does.  They do.  I also had

4   access to this report, at least one of them.  In

5   one of my testimony, I don't remember which, I went

6   to the division responsible for following up the

7   refinery's construction and I did not have part of

8   the documents that we denominate DIP and that I had

9   signed in those days and with this documentation

10  one of these reports came with.

11      Q.   What is this report you are referring

12  to?

13      A.   It is one of these reports from the

14  auditing department that mentioned the price

15  escalation for the northeast refinery, but I said

16  in my last testimony that the division responsible

17  to follow up with these projects, they issued

18  monthly reports which were submitted to the

19  executive manager and to the officer, so they could

20  follow up the price escalation on a monthly basis.

21      Q.   The second auditing report from the

22  audit department that showed the price escalation

23  in the Abreu e Lima refinery was dated when?

24             MR. COOPER:  Objection to form.  This is

25             so far outside the scope of what we asked
```

1               da Fonseca - Confidential

2          her about.  I object to this whole line of

3          questioning.

4          A.   I believe that it was in 2012.

5          Q.   Ms. da Fonseca, are you aware that

6     Petrobras eventually took almost a 12 billion

7     dollar impairment in connection with the Abreu e

8     Lima refinery?

9               MR. COOPER:  Objection.

10         A.   No.

11         Q.   Were you involved at all in any

12    impairment evaluations in connection with the Abreu

13    e Lima refinery?

14         A.   No.

15              MS. GILMORE:  Let's take a two-minute

16         break.

17              THE VIDEOGRAPHER:  The time is 7:26 p.m.

18         We are off the record.

19              (Recess taken)

20              THE VIDEOGRAPHER:  This begins tape

21         number 6.  The time is 7:33 p.m.  We are

22         back on the record.

23    BY MS. GILMORE:

24         Q.   Ms. da Fonseca, you testified earlier

25    today that there were certain communications

373

1                      da Fonseca - Confidential

2      between Petrobras and PWC around -- in 2013 with

3      respect to an external outside audit.  Can you tell

4      me if you know which PWC entity was involved?

5             A.     Initially it was PWC Singapore, but I

6      know that the auditing department at Petrobras

7      Brazil contacted PWC Singapore.

8                    THE INTERPRETER:   No.  The interpreter

9             corrects herself.

10            A.   I know that PWC in Brazil was contacted

11     by PWC Singapore.

12            Q.   What year was this again?

13            A.   2013.

14            Q.   Do you know the people at PWC Singapore

15     that contacted the people at PWC Brazil and vice

16     versa or vice versa?

17                   MS. MITCHELL:  Objection to form.

18                   MR. COOPER:  Objection.

19            A.   I'm not familiar, because during these

20     procedures I was not the one who dealt with them,

21     but since the balance sheet required signature, and

22     there were issues of diversion as I spoke about

23     before, and this matter was addressed by both

24     parties, Brazil and Singapore.

25            Q.   In a summary way, what were the issues

1                    da Fonseca - Confidential

2     of diversion that you spoke about before?

3                    MS. MITCHELL:  Objection.

4          A.    Since a few diversions had been detected

5     in the business department, and there is a question

6     within this document if you know of anything that

7     happened within the company that was not expected,

8     and that created a bad feeling between the finance

9     officer and PWC.  If you want more details really,

10    you would have to get them directly from them.

11    There are a lot of individuals, a lot of

12    information, and I have not concentrated on this

13    issue for the last two years.

14         Q.    Ms. da Fonseca, do you remember that you

15    gave testimony on December 19, 2014 to the

16    Brazilian federal prosecutors?

17         A.    Yes.

18         Q.    And do you believe that the testimony

19    that you gave on December 19, 2014 to the Brazilian

20    federal prosecutors was truthful and accurate?

21                   MR. COOPER:  Objection.

22         A.    Yes.

23         Q.    And do you stand by that testimony

24    today?

25         A.    Completely.

375

da Fonseca - Confidential

1                                    da Fonseca - Confidential

2                   MS. GILMORE:  No further questions from

3      me.

4                   MR. COOPER:  Lauren, do you want to go?

5      I have one question at the end, but go

6      ahead.

7                   MS. MITCHELL:  Sure.

8    EXAMINATION BY MS. MITCHELL:

9          Q.   Good evening, Ms. da Fonseca.  I am

10   Lauren Mitchell.  I represent

11   PricewaterhouseCoopers Auditores Independentes from

12   the firm of King & Spalding.  Earlier you were

13   asked about PWC Brazil, and you mentioned a

14   communication by a Petrobras officer who pointed

15   out a few issues about the commercial division.

16          Ms. da Fonseca, you didn't communicate

17   with anyone from PWC Brazil, did you?

18        A.   No.

19        Q.   And Ms. da Fonseca, you have no

20   knowledge of what PWC Brazil did in the course of

21   its audit, do you?

22        A.   What I know is that it was said that

23   this issue was not material compared to the entire

24   Petrobras balance sheet, but I really do not have

25   any additional information besides this

376

1           da Fonseca - Confidential

2    information.

3           Q.   When you say it was said that the issue

4    was not material, no one from PWC Brazil spoke to

5    you about the issue, correct?

6           A.   Fernando Kamache was the direct contact

7    about this subject matter at PWC Singapore.  So if

8    anybody spoke anything, it was with him.

9           MS. MITCHELL:  Thank you.  I have no

10          further questions.

11   BY MR. COOPER:

12          Q.   I just have one more question, and then

13   one thing for the record, Ms. da Fonseca.  You

14   answered some questions about the document marked

15   as Exhibit 30, which was a police investigation

16   document.  Do you recall?  Was the testimony that

17   you gave about the contents of this document based

18   exclusively on your reading of the document here

19   tonight for the first time?

20          A.   No.  It was not only on this document,

21   it was based on the whole process that I went

22   through during the implementation of the refinery.

23          Q.   I understand that you gave some other

24   testimony.  I just wanted to clarify.  You saw this

25   document marked as Exhibit 30 for the first time

1              da Fonseca - Confidential

2    tonight, correct?

3         A.   Correct.

4         Q.   You had not seen it at any other time,

5    right?

6         A.   Correct.

7              MR. COOPER:  Lastly, I just wanted to

8         put our objection on the record that we do

9         have an objection to a translation, and I

10        think the parties disagreed, but testimony

11        earlier today includes a translation, and

12        the phrase is "opportunity of making," and

13        we object to that, and we reserve our rights

14        to challenge that translation later at the

15        appropriate time.

16             MS. GILMORE:  It is noted on the record.

17             MR. COOPER:  It is marked confidential

18        under the protective order, as was day one

19        of this deposition.  I guess just to make

20        clear we have clawed back what was marked as

21        Exhibit 29, and we will follow the

22        procedures we need to do.  I just want to

23        make sure it's not part of the exhibits to

24        the deposition itself.

25             MS. GILMORE:  Yes.  It is not at this

378

1            da Fonseca - Confidential

2        point.

3            THE VIDEOGRAPHER:  This concludes tape

4        number 6.  It also concludes today's

5        deposition.  The time now is 7:42 p.m.  We

6        are off the record.

7            (Time noted:  7:42 p.m.)

8

9

10  Subscribed and sworn to

11  before me this    day of      , 2016.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

379

1

2                        C E R T I F I C A T I O N

3

4            I, Joseph R. Danyo, a Shorthand

5   Reporter and Notary Public, within and for the

6   State of New York, do hereby certify:

7            That I reported the proceedings in the

8   within entitled matter, and that the within

9   transcript is a true record of such proceedings.

10           I further certify that I am not related,

11  by blood or marriage, to any of the parties in this

12  matter and that I am in no way interested in the

13  outcome of this matter.

14           IN WITNESS WHEREOF, I have hereunto

15  set my hand this 10th day of March, 2016.

16

17

18

19                              JOSEPH R. DANYO

20

21

22

23

24

25

380

1

2                          I N D E X

3   Witness                                        Page

4   VENINA VELOSA da FONSECA                        205

5

6

7                        E X H I B I T S

8   da Fonseca                                     Page

9     Exhibit 20   Document bearing Bates numbers    237
                   PBRCG-P underscore 01738124
10                 through 125

11    Exhibit 21   Second CIA report                 263

12    Exhibit 22   Transcript                        287

13    Exhibit 23   Document bearing Bates numbers    320
                   PBRCG 01227093 through 098
14
      Exhibit 24   Document bearing Bates numbers    324
15                 PBRCG underscore 01226966
                   through 77
16
      Exhibit 25   Document                          336
17
      Exhibit 26   Testimony of September 4, 2014    337
18                 in connection with internal
                   Petrobras investigation
19                 regarding RNEST

20    Exhibit 27   Labor complaint filed against     350
                   Petrobras on December 18, 2014
21
      Exhibit 28   Document with first page          352
22                 bearing Bates number
                   01832059-00004
23
      Exhibit 29   e-mail                            354
24
      Exhibit 30   Police report dated February 3,   356
25                 2011

381

1

2       Exhibit 31   Document                    362

3       Exhibit 32   e-mail and presentation    362

4                          ~oOo~

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

382

```
 1       MARCH 9, 2016 - VENINI VELOSA da FONSECA

 2                    I wish to make the following changes for

 3    The following reasons:

 4    PAGE   LINE

 5                    CHANGE:

 6    REASON:

 7                    CHANGE:

 8    REASON:

 9                    CHANGE:

10    REASON:

11                    CHANGE:

12    REASON:

13                    CHANGE:

14    REASON:

15                    CHANGE:

16    REASON:

17                    CHANGE:

18    REASON:

19                    CHANGE:

20    REASON:

21                    CHANGE:

22    REASON:

23                    CHANGE:

24    REASON:

25    Hudson Reporting & Video, Inc.      1-800-310-1769
```

## A

**a.m** 201:9 205:5 215:12 215:16 232:25 233:4 260:18
**AB-CR** 336:24 337:8
**AB-CR/GC/CI** 248:19
**Abbey** 202:16
**Abemi** 307:13,18,22 309:25 310:6,18 312:25 316:11 317:22 318:9
**Aberdeen** 202:16
**abided** 225:15
**able** 255:5 279:8 288:15 294:25 307:15 308:3 312:12 316:7 334:23 342:19
**Abreu** 353:25 354:2 358:20 359:16,22 360:22 361:11,18 362:2 364:6 369:2,6 370:25 371:23 372:7,12
**absence** 291:18
**absolutely** 214:17 239:23 252:14
**absurd** 280:14
**accept** 211:24 327:8 344:7
**acceptance** 358:2
**access** 263:2 313:21 328:2 343:15 349:6 369:11 371:4
**accompanied** 351:21
**account** 278:10
**accountability** 358:19
**accounting** 273:18 353:8 357:8
**accuracy** 238:2 239:24 263:13
**accurate** 278:10,13,18 290:10,11 338:19 374:20
**accurately** 238:10
**accusing** 208:18
**acidic** 303:14
**acronym** 348:23
**acting** 344:24

**action** 202:21 207:17 208:8 214:22 288:2
**actions** 232:6
**activities** 229:15 230:22 236:25
**activity** 359:21
**activity-related** 229:19
**acts** 361:18
**actual** 260:6 301:17
**add** 211:4 256:5 301:23 301:24
**added** 302:6
**addendum** 226:12
**additional** 225:2,4 269:7 288:19 375:25
**address** 234:21 278:3 282:6 312:17
**addressed** 214:3 373:23
**addresses** 359:4
**addressing** 306:13,22 308:15
**Adjournment** 201:13
**adjust** 328:5
**adjustment** 302:9,10,15
**adjustments** 301:10 302:17
**admitted** 312:4
**adolescents** 229:20
**adopt** 247:6 339:7
**adopted** 243:2 304:8 309:14,25
**advance** 238:13 288:14
**advantage** 290:8
**advise** 211:21
**advisor** 217:20
**affect** 341:7
**affiliated** 209:10
**affiliation** 208:24
**Afternoon** 203:17 273:2
**agencies** 229:12 353:20 353:22
**agency** 228:20
**aggravating** 224:21
**aggregated** 304:14,15
**aggressive** 367:19
**ago** 242:18 278:21 292:21

**agree** 317:5
**agreed** 288:11 318:16
**agreeing** 317:22 318:9 318:25
**agreement** 229:11 231:21 238:12 319:2 344:22,23,23 355:21
**ahead** 225:6 257:11 375:6
**air** 229:10
**Alameda** 203:20
**alerted** 224:18
**align** 236:24
**Allegations** 316:15
**alleged** 213:16
**allergic** 333:17
**allocation** 323:18
**allow** 223:22 236:2 246:15 251:10 355:19
**allowed** 247:5 309:15
**allowing** 355:22
**allows** 228:20
**Alusa** 224:17 225:7 226:9 326:2,25 327:7 328:17
**amendment** 306:25 309:15 313:2
**amendments** 309:3,11 309:19 310:6,21 311:16 311:22 314:22
**Americas** 203:14
**amount** 230:10 243:21 244:6 250:6 302:21 304:14 305:3 327:9 328:7,20 342:17 368:10
**amounts** 243:22 244:3 323:14
**analysis** 266:3 268:3,13 269:2 368:11
**analyzed** 237:5 266:7,9 266:25 343:2 355:12
**analyzing** 266:23
**and/or** 324:25
**Andar** 203:21
**annexes** 263:23,24 264:7 286:4 293:2,6,8
**announced** 280:19

**answer** 208:17 209:21 211:25 212:2,14 214:24 215:5 218:24 219:7,11 228:5 234:15 253:21,25 254:2,9 255:5,13,20,22 256:3,5 262:2,14 271:3 279:6,22 282:19 285:5 290:10,16,24 292:8 294:9,20,25 295:13,13 295:17 310:22 311:8 312:12 319:15 327:11 327:14 330:8 334:12,23 334:24 353:7 357:20 366:17,24
**answered** 208:15,16 209:5 219:2,9,15 243:12 250:16 253:7,20 254:20 255:15,17 262:7 262:16 276:9 282:18 287:5 291:6,15,16 294:12,13,19,24 295:3 295:5,10 299:13 313:9 315:23 333:6 335:2,3 335:16 376:14
**answering** 212:7
**answers** 205:9,14,24 224:12 241:10 253:24 254:5,7
**Antonio** 360:8,15
**anybody** 376:8
**anymore** 259:14
**anyway** 240:14
**apart** 209:15 310:3 332:11
**Apologies** 234:14
**appear** 269:7 288:5,9 353:15
**appears** 368:8
**applied** 244:14,20
**Applies** 201:6
**appoint** 219:4
**appreciate** 239:21 289:8
**appropriate** 278:2 292:9 294:8 377:15
**appropriately** 252:5 315:8
**approval** 322:9

New York
Connecticut

Hudson Reporting & Video
Nationwide 1-800-310-1769

New Jersey
Pennsylvania

approve 213:19 298:5
    334:6
approved 286:21 298:7
    323:13,22 329:11
approximately 221:24
    221:25 366:4
Arantes 353:4
area 215:19,20 219:4
    220:19 223:11 227:4,15
    227:19,25 229:9 230:3
    232:17 235:20 241:12
    242:4 244:12,17,17,25
    258:6 263:17 264:23
    279:2 283:2 290:20
    323:5,10 326:11,12
    329:15 339:7 340:8,24
    367:2
areas 218:15 221:3
    228:19 229:13 277:25
    287:9 341:5
Armando 280:6 284:25
ARPS 203:9
arrest 280:23
arrested 281:4,5
article 370:22
aside 208:11,22 256:8
    278:20 305:13 310:14
    312:21 320:14 330:18
    337:13 359:25
asked 208:14 218:25
    219:8,15 225:6 243:11
    250:15 252:24 253:2,6
    253:19 254:14,19 255:7
    255:14 260:11 262:6,15
    271:12 282:17 287:4
    290:14 291:5,14 294:11
    294:18 295:2,9 299:10
    299:18 305:16 311:13
    314:6 317:2 327:13
    331:4 334:25 354:22
    366:21 367:2 371:25
    375:13
asking 209:8 224:24
    242:17,20 249:11
    253:15,17 268:20
    275:20 283:4 289:19
    295:7 312:22 313:7

318:6 357:17 363:25
    367:17
aspect 220:5,5 311:2
assessment 247:19
assist 214:21
assistance 215:7 217:16
    217:19 277:14 278:15
    311:4,6
assistant 215:24 217:7
    217:13,22 218:19 278:5
associations 229:16
assume 206:19 229:7
    263:21
Ata 350:23 351:7
ATILA 202:7
attach 292:25
attached 240:15 256:20
attaches 363:6
attachment 241:3,5
    285:21 351:6 355:13,17
attachments 292:10
    338:11
attacks 312:5
attend 231:9
attention 224:3,11 241:2
    243:16 247:16,22
    338:24 348:5 356:21
    358:23
attest 343:21
attested 344:8
attitude 333:10
attorney 210:4 289:16
    290:5 314:8,16,16
    316:7 331:9,14,18
attorney's 311:6
attorney-client 211:22
    212:9,12
attorneys 202:3,10,15,21
    203:4,9,14,20 208:3,21
    211:9 214:24 306:13
Audiencia 350:23 351:7
audio 270:7 276:10,21
audit 265:18 294:15
    340:4 370:16 371:22
    373:3 375:21
auditing 258:18 271:17
    274:13,20 275:3 277:18

287:12,17 290:21
    291:20 292:14 293:22
    293:23 319:20 343:21
    346:5 347:7,8,9 369:18
    369:22 371:14,21 373:6
Auditores 273:14 375:11
auditors 274:16
August 216:20
authorization 325:20,21
    326:2
authorized 265:3
authorizing 256:22
available 270:23 277:14
Avenue 201:14 202:4,11
    203:10,14
average 327:5,9
avoid 248:3
aware 281:22 282:13,24
    284:18 285:13 287:12
    291:20 316:9 319:7,13
    353:23 359:13,19
    361:23 372:5

### B

B 205:7 380:7
back 205:6 207:21
    212:15 215:16 233:5
    240:21 254:6,7 256:17
    273:6 275:18 286:15,18
    287:25 295:12,25 308:4
    315:3,18 316:23 317:14
    317:15 320:10 328:12
    334:12 336:5 342:9
    350:11 355:11,16
    360:19 361:2 362:17
    372:22 377:20
bad 374:8
Baer 359:20
Bahia 359:20
balance 341:8,20 373:21
    375:24
banking 340:25
BARROSO 204:5
Barusco 353:2,7,11
based 278:17,18 279:23
    291:3 297:3 302:20
    339:20 364:22 366:20

369:11 376:17,21
baseline 364:10
basic 323:4
basis 236:25 242:9
    261:11 262:3,11 310:20
    313:24 314:6 315:21
    324:5,23 327:24 328:20
    371:20
Bates 237:17,20 238:25
    259:17 264:10 320:17
    320:20 324:14 337:4,6
    352:12,19 380:9,13,14
    380:22
bearing 237:19 320:19
    324:13 352:12 380:9,13
    380:14,22
beautiful 213:7
began 206:7 242:21
    283:18 346:2
beginning 228:5 270:21
    302:13,19 312:8
begins 233:3 273:4
    295:23 336:3 372:20
behalf 279:12,19 351:19
belief 313:24 341:14
believe 212:3 214:19
    217:6 222:3 231:15
    248:5,12,14,15 249:16
    253:21 255:18,21,23
    259:18 260:13 261:10
    261:16 262:3,11 265:13
    267:7 269:23 271:15
    272:4 278:18 280:4
    282:23 287:2,16 291:2
    296:8,10 297:24 300:10
    312:24 315:19,21 316:3
    320:8 332:7 333:2,15
    341:12 362:10 365:13
    367:6 372:4 374:18
believed 254:17 271:14
    286:16 314:7 331:6
    332:15
belong 264:24
benefit 306:14
benefited 281:12
benefits 280:24 290:23
BERNSTEIN 202:20

**best** 247:6 279:22 314:9 333:14
**better** 269:15 312:6 329:4 368:25
**bid** 245:21 247:3 327:7 328:17 329:3,3,20
**bidding** 224:16 226:22 226:23,24 227:9,11 244:19,20 245:19,23,25 246:2,8 318:12,17,18 322:2,10,22,25 325:22 365:10,15
**Bidding's** 325:24
**biddings** 318:11,13,14 318:16,23
**bids** 364:19
**big** 245:17 351:6
**biggest** 245:11,20
**billion** 334:5 364:13 365:2,2,8 366:4 367:16 368:3,5 372:6
**billions** 312:2
**biotrade** 223:12
**blended** 232:10
**block** 264:8
**blood** 379:11
**BNDES** 304:22
**board** 218:22 293:24 296:11,11 297:21 299:12,22 300:23 322:9 322:15 323:22 326:6 358:23
**boards** 227:20 228:6
**bordering** 247:25
**bottleneck** 303:18
**bottom** 267:23 289:15 316:25
**Brandao** 346:19
**Brazil** 203:21 230:20 273:22 274:9,15,19,23 275:8 281:20,21 342:19 373:7,10,15,24 375:13 375:17,20 376:4
**Brazilian** 210:14,16 374:16,19
**break** 215:9 232:22 272:7 281:19 330:25

335:22 336:16 339:16 350:5 362:11 372:16
**breaks** 212:17,19,25
**bribe** 286:17 290:16 293:14 294:4,10,16
**bribery** 285:2 287:3
**bribes** 280:24 285:3,4,7 285:15 291:4,13,24
**brilliant** 311:23
**bring** 307:8 349:3 358:22
**bringing** 325:23
**broadcast** 331:24,25 332:2 349:10
**broader** 259:2
**broadly** 331:20
**brought** 313:5 348:4
**budget** 250:13 252:9 253:2,4 323:18,21 324:2,4,22 325:5,6 326:9,13 328:20
**budgeted** 250:24
**budgeting** 219:22 226:17 249:24,24 322:17 323:7
**builder** 310:23
**building** 231:6
**built** 235:25
**bullet** 247:22 248:16 254:10
**bunker** 340:25 342:17 345:10,13
**business** 216:7,13,14,15 288:14 322:20 340:24 374:5
**buy** 342:20,23 344:24
**BUZACK** 204:6

**C**
**C** 201:2 202:2 203:2 204:2 205:7 379:2,2
**cabinet** 251:22 257:3 267:14 280:10,10,13 297:18,23,24 298:2 354:5
**CABRASER** 202:20
**Cabrini** 349:13
**calculate** 302:20 323:13

**calculated** 323:15 324:4 324:23 327:24 366:2,3
**calculation** 296:25 297:14
**calculations** 298:9
**call** 364:22 366:20
**called** 208:2 210:5,24 327:25
**caller** 332:16 333:4
**calling** 329:10
**calls** 208:24 254:20 332:14,16,16 333:4 334:11,14,15 335:12
**capacity** 236:4
**car** 245:7
**Carlos** 360:20 361:3
**Carmen** 233:21 234:3,6 234:24 235:3
**carnival** 231:2 286:2
**carried** 247:19,23 248:24 254:14,18 316:10
**cartel** 305:18,19,24 306:4,6,9,21 307:13,18 307:22 308:14 311:20 312:8 317:3,4 318:4,24 319:3 320:7,9 344:19 344:20 345:3 346:24 349:19,21,25
**cartel's** 306:12 308:3 313:16
**Casa** 359:14
**case** 201:5 210:6,20 211:10,11 213:5 234:24 240:4 247:7 273:14 279:17 283:17 290:20 297:6 301:23 322:21 323:2 344:11,22 345:19 346:7,8,9,11,12
**Cases** 201:6
**Castro** 305:15 349:17,18 351:18,21 352:6
**catch** 269:15,16
**category** 232:10
**caught** 280:22 285:6
**cause** 265:12 291:12
**celebrate** 230:12
**celebrating** 333:2

**celebrations** 230:9,11,17 230:19
**centers** 236:14
**CEO** 230:8 234:20 251:21 280:10 294:2 304:11 345:20
**CEO's** 257:3 267:14 297:18,23 354:5
**certain** 241:10 242:14 271:13,21 309:24 317:3 317:5,23 318:4,10 322:10 328:18 341:12 342:17 348:5 353:24 360:22 361:10,24 372:25
**certification** 352:2
**certified** 238:5
**certify** 240:11 379:6,10
**certifying** 239:14
**chair** 268:22
**chairs** 268:21
**challenge** 377:14
**chance** 237:25 253:11 259:23 263:12 264:20 269:12 276:6 280:3 289:22 338:12 363:4 367:4
**CHANG** 202:7
**change** 223:21 301:22 302:9,13 303:22 333:21 382:5,7,9,11,13,15,17 382:19,21,23
**changed** 246:25 303:20 311:14,15,21
**changes** 218:17 220:15 301:10 302:21 303:20 333:22 382:2
**changing** 218:14 269:25
**characterized** 248:2
**charge** 290:20 297:11 341:23
**charging** 282:7
**chart** 234:9 323:4 348:18
**check** 202:15 226:5 240:2 280:3 289:5 326:9 347:17
**checked** 290:18

chief 280:8,9,13 357:22
children 229:20
China 333:16
chronology 262:18
CIA 235:19 253:16,16
  256:22 257:16 259:15
  259:20 262:5,13 263:5
  263:7 270:9 276:12
  292:25 293:6,9 338:2
  360:19 361:9 380:11
CIAs 257:20 278:23
  286:4 294:15 336:17
circumstances 265:10
claimed 224:24 310:17
claims 309:15 310:11
  311:16,21,22 313:2
clarification 206:15,18
  269:18 289:9 344:4
clarified 223:17
clarify 208:6 216:11,12
  226:11 227:6 228:4
  231:14,19 245:24
  247:12 270:2 281:2,7,8
  284:9 297:22 328:13
  329:18 330:4 339:24
  345:23 349:16 359:6
  376:24
clarifying 228:3 233:25
  319:25 324:21 329:23
claw 355:15
clawed 377:20
clear 214:10 219:11
  232:13 239:23 253:24
  275:20 318:15,24
  329:13 335:17 343:3
  353:14 365:8 377:20
clearly 245:16 334:3
Cleary 203:3 275:20
client 231:7 279:16
  294:22
close 284:24 331:22
  366:22
closed 307:10
closely 268:8
closing 342:8
coercive 280:23 281:3
coffee 245:7 246:5,7

cold 213:6
colors 303:4
come 210:12,17 215:22
  218:6 240:21 281:25
  285:3 304:11,14 370:13
comes 220:23 224:13
  310:24 359:9,10
comfort 343:23,25 344:6
coming 297:5 317:9
commanding 266:12
commenced 235:20
commentary 295:19
  335:21
commented 339:6
commenting 238:23
comments 338:15
commercial 275:5
  340:20 342:12 344:18
  375:15
commission 226:5 227:4
  227:12 251:19,19
  256:23 257:17 258:7,12
  258:20,21,22 260:18
  261:3,5,7,8,19 263:16
  264:22 265:2,4,6,18
  266:11,23 267:9,14
  268:13 269:9 270:25
  271:20,24 278:14,15
  313:18 314:3,20 315:4
  346:4,5,5,6 360:5
commission's 253:13
  313:19
commissions 221:2
  227:9 258:3 267:8
commit 226:20
committed 305:4
committee 271:16
commotion 282:8
communicate 375:16
communicated 339:11
  340:2
communication 209:16
  211:15 227:21 228:7,10
  234:18 235:11 244:25
  340:7 346:8,10,12
  375:14
communications 208:11

227:15,18,25 229:22
  230:3 232:17 233:10,13
  233:15 235:12,20
  236:10,11,15 241:10,12
  241:25 242:13 243:7
  259:5 263:16 264:23
  274:19,23 277:10,25,25
  279:2 283:2 285:9
  287:7 347:19 372:25
community 229:10,17
companies 226:14,23
  287:10 290:23 309:18
  310:10 317:4 318:3,8
  344:23 346:8
company 213:16,17,19
  218:13,15,16,23 219:17
  220:20 221:11 224:17
  225:16,20 230:11 240:5
  243:22 244:6,15 247:24
  259:11 274:6 281:13
  283:4 284:5,8 294:6
  313:2 315:3 323:4
  331:7 342:22 346:17
  368:25 374:7
company's 294:2 328:25
  329:7
compare 364:3
compared 236:6 304:12
  341:19 375:23
comparing 366:12
comparison 268:20
compatible 225:4
competitive 219:22
  244:19 245:20 247:4,11
  247:13
complaint 350:15,20
  351:12,15 380:20
complaints 231:10,24
complete 263:19,20
  267:2,10
completed 319:12
completely 224:2 342:15
  367:6 374:25
completion 226:19
  343:20
complexity 236:19
complimented 314:24

comply 247:20
components 325:6
compressors 301:24
  302:2
conceding 239:23
concentrated 374:12
concessions 323:7
conclude 355:2
concluded 355:14
concludes 335:23 378:3
  378:4
conclusion 252:4 264:8
  311:23 323:8 332:23
  334:10
CONDINI 202:7
condition 355:21
conditions 326:15
conduct 278:24 279:3,5
  281:4,24 282:14 315:20
  315:22 348:6 349:4
  361:25
conducted 235:12
  248:11 259:2 278:23
  347:8 369:23
Conexao 349:9
conferring 288:13
confidential 205:1 206:1
  207:1 208:1 209:1
  210:1 211:1 212:1
  213:1 214:1 215:1
  216:1 217:1 218:1
  219:1 220:1 221:1
  222:1 223:1 224:1
  225:1 226:1 227:1
  228:1 229:1 230:1
  231:1 232:1 233:1
  234:1 235:1 236:1
  237:1 238:1 239:1
  240:1 241:1 242:1
  243:1 244:1 245:1
  246:1 247:1 248:1
  249:1 250:1 251:1
  252:1 253:1 254:1
  255:1 256:1 257:1
  258:1 259:1 260:1
  261:1 262:1 263:1
  264:1 265:1 266:1

267:1 268:1 269:1
270:1 271:1,7 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1,17
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1 373:1 374:1
375:1 376:1 377:1,17
378:1
**confirm** 347:2
**confirmed** 259:10
342:25
**conformity** 280:21
**confusing** 311:4
**connected** 210:6 230:7
230:16
**connection** 209:10 224:5
260:24 262:4,12 270:8

276:12 278:22 331:9
337:18 338:5 340:18
348:9 351:8,11,15
353:25 358:20 359:15
359:21 360:22 361:11
361:17,25 372:7,12
380:18
**conservative** 367:15
**consider** 278:9 334:15
335:14
**consideration** 249:7
326:24
**considered** 368:23
**Considering** 265:10
**consolidation** 297:6
**construction** 224:7
228:16 244:13,16
310:25 322:18 357:25
358:4,20 365:18 371:7
**constructions** 224:14
333:23
**consulted** 353:10
**contact** 259:6 376:6
**contacted** 275:5,9 278:6
373:7,10,15
**contained** 253:17 297:14
327:15
**containing** 292:10,16
293:3
**contains** 250:22 323:5
**content** 207:6 208:3,6,7
252:8 268:6 308:9
317:9 354:24
**contents** 220:12 251:17
297:16 298:5 376:17
**context** 307:24 370:10
**continuation** 205:3
206:6 215:15 256:16
275:17 281:17 350:10
355:10 362:16
**continue** 214:18 223:2
248:18 260:25 261:9
273:16 318:20 346:14
346:16
**continued** 201:11 203:2
204:2 275:23 280:12,18
280:21 281:10,12 282:3

283:16
**continues** 231:12 295:13
**continuing** 254:21
281:17 282:15,25
**continuous** 236:24
**contract** 220:13,14,18
221:3 225:13,22 226:23
231:17 244:23,23,24
245:4,5,17,21 246:15
246:16 248:13,18,22
251:2,8 254:12 258:9
258:14 283:11 302:21
321:25 325:23 326:2
358:11 359:11
**contracted** 220:12
221:12 267:25 268:19
303:7 309:18 323:11
**contracting** 220:21,24
221:4,8,10 224:15,17
224:22 226:14 231:4
243:18 244:3,12,17
246:24 247:21 248:3
265:20 266:17 310:10
325:20 338:3 339:3
370:21
**Contractors** 309:16
**contracts** 220:2,9 221:17
224:8 225:14 243:21,24
244:7,9,12,13,19,21
245:18,22 246:11,20,21
246:21 247:3,5 248:7
251:2,4,12 258:10
280:11 293:4 300:9
310:9,23 311:5 314:23
319:10 322:10 360:6
**contractual** 266:16
308:19 309:2,10,13,14
309:23 310:3,17
**contradiction** 290:25
**contrary** 269:8 368:24
**contributed** 301:19
**control** 353:22
**controller** 347:25
**controls** 241:21,24
242:12 243:6
**conversation** 329:12
**conversations** 213:5

334:2
**convey** 294:5
**conveying** 239:16
**Cooper** 203:6 205:18,25
206:3 214:10,17 215:10
215:17 223:24 233:6
238:11,22 240:21
249:13 252:12,15,18
254:23 255:2 256:11,18
257:13,23 259:25 260:5
263:22 264:5,11,13,16
268:7 272:7 275:19,24
279:6,10,16,21 286:6
288:6 289:13,23 294:21
295:11,15 296:2 298:16
298:19 299:5 312:15
317:11,16 320:15 321:4
321:21 330:5 335:22
336:6 337:5 339:14,19
342:14 344:10 345:5,18
346:25 348:12 349:7,20
350:4 351:3,23 352:8
352:21 353:13,19 354:3
354:18,21 355:12 357:2
357:16,21 358:7,25
359:7,17,23 360:17,24
361:6,20 362:3,9 363:9
363:11 364:8,17 365:23
366:11,14 367:9,18
369:4,8,15,21 370:3,18
371:2,24 372:9 373:18
374:21 375:4 376:11
377:7,17
**cooperative** 229:16
**coordinate** 222:21
**coordinated** 304:19
**coordinates** 221:4,8
**coordination** 296:23
**coordinator** 261:4
**copied** 347:13,16 354:4,6
354:10,12
**copies** 353:24
**copy** 263:4,5 276:5
277:20 315:24,25
319:23 338:18 350:19
**copying** 353:3,4
**corporate** 222:21 227:22

348:14,23
**correct** 205:16 217:8
    223:15 225:9 240:12
    246:9,14 261:13,23
    269:14,23,25 270:13
    277:22 294:6 299:13
    311:8,18 314:7 316:22
    318:5 321:15 322:4,12
    324:8 330:15,16 333:3
    339:13 340:5 347:13
    351:9 361:12,13,21
    363:8 376:5 377:2,3,6
**corrected** 232:7 251:7
    292:2 298:4 341:3
**correction** 247:9
**correctly** 214:16
**corrects** 373:9
**corresponds** 337:7
**corruption** 236:13
**Cosenza** 333:12
**cost** 235:24 236:2,13,17
    245:10,10,12 250:2
    268:21 301:20 365:18
    366:4
**Costa** 215:24,25 216:24
    217:8,13,17,19,22
    218:18 219:11 223:2,7
    224:24 245:16 282:5
    284:5,13 290:8 292:13
**Costa's** 285:13
**costing** 245:12
**costs** 236:5 250:13
    252:25 253:4 255:25,25
    268:23 297:3 353:5
    358:5
**counsel** 206:3 211:17
    212:20,25 259:23
    264:10 273:15 275:21
    288:15,17 289:19 321:7
    347:3,4 356:16
**count** 289:13
**counterparties** 249:2
**counterparts** 266:15
    286:20
**country's** 353:7 357:8
**course** 283:21 375:20
**court** 201:3 240:11 271:8

273:20 313:21 352:2
    353:8 357:9
**cover** 260:3 268:2
**Cox** 202:21
**create** 220:25 271:24
    311:17
**created** 226:5 228:21,24
    229:13 251:18,21
    258:21 278:17 285:22
    313:18 314:3,21 374:8
**creating** 278:16
**creation** 277:15
**criminal** 288:2 358:19
    359:21
**criminally** 360:16 361:4
    361:17,24
**cultural** 229:18
**current** 296:14 348:19
**CURRIE** 203:6 288:22
    289:3 337:2
**curve** 303:13
**cut** 305:3
**CUTHBERTSON**
    202:24

**D**

**D** 201:2 205:7 380:2
**D.C** 203:10
**da** 201:12 205:1,4,10
    206:1,2 207:1 208:1
    209:1 210:1 211:1
    212:1 213:1 214:1
    215:1 216:1 217:1
    218:1 219:1 220:1
    221:1 222:1 223:1
    224:1 225:1 226:1
    227:1 228:1 229:1
    230:1 231:1 232:1
    233:1,7 234:1 235:1
    236:1 237:1,16,19
    238:1 239:1 240:1
    241:1 242:1 243:1
    244:1 245:1 246:1
    247:1 248:1 249:1
    250:1 251:1 252:1
    253:1 254:1 255:1
    256:1 257:1,9 258:1

259:1,15 260:1 261:1
    262:1 263:1,4,7 264:1
    265:1 266:1 267:1
    268:1 269:1 270:1
    271:1 272:1 273:1,7,11
    274:1 275:1 276:1,4
    277:1 278:1 279:1
    280:1 281:1 282:1
    283:1 284:1 285:1
    286:1 287:1,19,22
    288:1 289:1 290:1
    291:1 292:1 293:1
    294:1 295:1 296:1,6
    297:1 298:1 299:1,21
    300:1 301:1 302:1
    303:1 304:1 305:1
    306:1 307:1 308:1
    309:1 310:1 311:1
    312:1 313:1 314:1
    315:1 316:1 317:1
    318:1 319:1 320:1,19
    321:1 322:1 323:1
    324:1,11,13 325:1
    326:1 327:1 328:1,11
    329:1 330:1 331:1
    332:1 333:1 334:1
    335:1 336:1,7,8,13
    337:1,15,17 338:1
    339:1,24 340:1 341:1
    342:1 343:1 344:1
    345:1 346:1 347:1
    348:1 349:1 350:1,15
    351:1 352:1,11 353:1
    354:1,16 355:1 356:1
    356:10,15,22 357:1
    358:1 359:1,15 360:1
    360:13 361:1 362:1,5,7
    362:19,21,24 363:1,6
    363:14 364:1 365:1
    366:1 367:1 368:1
    369:1 370:1 371:1
    372:1,5,24 373:1 374:1
    374:14 375:1,9,16,19
    376:1,13 377:1 378:1
    380:4,8 382:1
**Dahan** 203:16 273:10,12
    275:11

**damages** 229:2
**dangerous** 353:16
**Danske** 202:16
**Danyo** 201:15 379:4,19
**data** 242:5 291:8 293:18
    297:7
**date** 209:18 222:4
    237:22 242:10,16
    257:15,17 262:20 263:9
    277:13 287:24 299:16
    320:22 324:16 336:14
    337:21 350:18 352:14
    354:17 356:12 357:11
    362:8 363:2
**dated** 256:20 356:11
    363:21,25 365:20,21
    371:23 380:24
**dates** 242:17 257:2
**daughters** 333:16
**day** 207:23 212:15,17
    240:3 257:7 276:3
    280:22 288:14 296:5
    299:14 377:18 378:11
    379:15
**days** 218:23 225:18
    227:20 231:11 235:23
    267:10,18 278:19,19
    280:22 371:9
**de** 210:24 232:16 233:8
    234:24 235:2,21 259:19
    260:13,19,23 262:4,12
    262:19 264:22 265:21
    270:8 276:11 278:11,22
    278:24 281:24 282:14
    283:24 305:15 336:18
    349:17,18 350:23 351:7
    351:18,21 360:20 361:3
**deal** 264:17 343:2
**dealing** 211:10 225:20
    225:24
**deals** 357:6
**dealt** 226:15 227:23
    287:7 338:3 373:20
**December** 241:7,14
    256:20,21,24 257:15,21
    258:2 260:7,18 349:11
    350:16,21 374:15,19

380:20
**decide** 301:24,25
**decided** 262:20,21 269:2
**decision** 250:20 339:6
**decisions** 250:19
**declaration** 338:2,13
**decline** 303:15
**deemed** 237:10
**deepen** 265:18 266:2
**deepening** 266:24
**deeper** 262:22
**defend** 258:13,24
**defendant** 203:14 273:13
**defendants** 203:4,9
    273:16
**defendants'** 214:5
**define** 294:3
**defined** 243:23
**defines** 243:22
**definitely** 332:21 343:12
**definition** 318:7
**degree** 273:17
**Delaware** 202:16
**deleted** 313:22
**delivers** 314:19
**demonstrate** 281:11
    293:17 297:13 298:8
    334:3
**demonstrated** 287:18
**demonstrates** 277:12
    283:8
**demoted** 223:20 258:17
    332:24
**denominate** 371:8
**denomination** 303:7
**department** 210:25
    236:11 273:25 274:13
    274:20 287:11,12,17
    290:21 292:14,14
    293:22,22,23,25 297:4
    304:19 306:11,12
    311:24 314:15 315:7,14
    326:22 331:22,23
    345:20,24 347:8 348:7
    348:22 353:10 354:6
    357:23 358:14 369:23
    370:16 371:14,22 373:6

374:5
**department's** 322:23
**departments** 291:20
    345:25
**depend** 221:12
**depending** 220:11,12
    221:2
**depends** 229:16
**deponent** 289:20 339:6
**deposed** 210:20
**deposition** 201:11 205:4
    206:6,7,7 207:2,9,23
    208:13 209:11,17,19,25
    212:16 215:3 257:7
    276:4 296:5,5 298:13
    318:24 340:23 359:3
    377:19,24 378:5
**depositions** 351:8
**depth** 253:22 254:2
**describe** 227:18 303:10
    317:21 318:8 340:21
    342:16 344:21 369:20
    370:15
**described** 236:22 251:18
    291:12 292:5,11 293:11
    293:14 294:15 308:23
    315:10,12 319:6,14
    320:6 332:14 340:23
**describing** 284:20 293:2
    306:9 365:4
**designating** 356:16
**designation** 355:25
**destruction** 262:24
**detail** 367:5 370:19
**detailed** 369:18 370:22
    370:23
**detailing** 325:7
**details** 256:2 309:19
    312:13 374:9
**detect** 319:4
**detected** 237:2 258:8,11
    258:21 374:4
**determine** 238:2 263:12
    323:24,25
**detriment** 306:15
**deviating** 231:10,24
**deviation** 236:13

**diesel** 303:21
**difference** 239:9 240:8
    250:23 252:4,9 269:5
    364:25 366:9 367:11
**different** 218:9,11,14
    222:10,13 228:17
    230:16 231:10,24 235:6
    244:7 245:5,17 251:20
    251:25 259:4 271:25
    278:8 279:24 285:20
    286:19 287:8 292:22
    301:6,7,13 304:4 307:7
    307:23 315:14 316:18
    318:22 320:15 334:2
    335:4 345:6 363:18
    364:6 365:20
**differently** 318:7
**difficult** 311:2 348:17
**difficulties** 236:10
    243:15
**difficulty** 241:24,25
    242:12,13 243:6,8
    268:20
**Dimensional** 202:15
**DIP** 256:22 293:11,13
    294:14 336:17,20 354:4
    371:8
**DIPs** 256:25
**direct** 233:18,20,23
    239:20 241:2 243:16
    247:16,21 289:11
    297:14 299:9 357:13
    376:6
**directed** 260:17 277:24
    287:17 346:14,16
**direction** 221:20
**directly** 210:6 217:2
    223:4,6 226:15 234:21
    280:12 284:23 293:23
    293:25 342:20 343:14
    374:10
**director** 225:25 290:9
    320:4 352:25
**directors** 293:24 296:11
    297:21 299:12 300:23
    323:23
**disagree** 367:9

**disagreed** 377:10
**disclose** 211:21 212:4,9
**disclosing** 212:12
**discount** 225:21 318:19
**discovered** 230:23
    278:25 279:3 281:14
**discoveries** 303:17
**discrepancy** 239:22
**discretion** 287:16
**discuss** 212:20 214:11
    318:16 343:4
**discussed** 241:24 243:5,6
    306:4 310:5 341:24
    342:6
**discussing** 248:7 305:24
**discussions** 207:16
    212:24 242:11 292:3
    309:13
**dispute** 286:11
**DISTRICT** 201:3,3
**diversion** 373:22 374:2
**diversions** 374:4
**division** 216:6,8,21 217:6
    218:8 220:19 221:6
    222:22,23,24 223:15
    224:5 226:16 227:3,8
    227:21 228:2,9,10,11
    228:14,15 229:3,24
    231:5,18 233:10,16
    234:8,18 235:13,25
    236:10 241:25 242:13
    243:3,7 251:21 258:9
    258:19 259:3,4,5 274:6
    275:5 277:11,19 278:2
    285:8,10 287:7 290:21
    296:24 297:2,5 319:20
    322:20 323:5,9,17
    332:6 340:20,25,25
    342:13 344:18 345:10
    345:13 348:14,23 371:6
    371:16 375:15
**division's** 251:25 305:11
    305:11 326:14,17
**divisions** 218:10 221:20
    228:7 247:6 293:21
    325:8 354:6,11
**divisions'** 292:11

document 201:6 237:19
  239:13,14,19,24 240:8
  240:10,12,15 241:6,21
  241:24 242:7 249:10,12
  249:14 255:9 257:6
  260:17 263:20 264:21
  265:15 266:11 267:22
  268:8,17 276:6,8 277:3
  277:4,6,9,16,17,21
  278:9,13,16,16,17
  282:7 283:7 288:5,10
  288:16,19 289:20 292:9
  292:12,16,17,18,19,20
  292:22,25 293:13 294:4
  294:9 296:3,4,9,13,20
  297:10,17 298:6 299:3
  299:18 300:5,13,19
  305:13 306:19 307:6,7
  308:6,7,10,17,22,23
  310:5,16,18 311:9,17
  312:23 313:13 318:23
  319:18 320:16,17,19,25
  321:6,14,16,19,23
  322:5,8,24 323:2
  324:13,19,20 325:9,13
  325:16,17,25 326:5
  327:17 328:12,21
  330:21,24 331:2 336:8
  336:13 337:23,25
  338:10 343:18 345:9
  351:6 352:5,11,20
  354:15,21 355:2,13
  356:5,20,23 360:4,4
  362:7 374:6 376:14,16
  376:17,18,20,25 380:9
  380:13,14,16,21 381:2
documentation 213:14
  213:22,23 253:23 254:3
  265:19 266:3,4,5,13,14
  266:24 290:19,22
  293:18 341:6,10,15
  342:9 343:6,9,12,16
  346:23 347:6 371:9
documented 345:4,11,17
documents 209:24
  210:13,18,22 211:7,18
  261:19 282:4 291:8

293:12,16 296:21
  312:19 322:13,13,16
  329:12 333:21 336:18
  345:6 349:24 352:22
  353:24 356:6 366:15
  371:8
Dodge 202:21
doing 212:3 242:19
  254:4 261:7 312:6
dollar 372:7
dollars 312:2
DOUGLAS 202:24
downstream 215:19,20
  216:5 217:5,9 218:10
  222:9,11 223:11,15,19
  224:5 227:16,19 228:2
  228:14 229:3,24 231:5
  231:18 232:17 233:10
  233:16 234:7 235:24
  243:2 264:23 281:21
  284:21 321:24,24
DPL 364:11
draft 338:16
drafted 296:20
drafting 220:2,4,8
drastically 301:6
draw 245:4 334:11
dream 368:2
drivers 236:12
drives 235:25
due 302:3
duly 205:7,11 238:11
  240:16,19 273:8 321:21
Duque 332:24 353:4,11

— E —
e 201:2 202:2,2,18 203:2
  203:2 204:2,2 216:19
  353:25 354:2 358:20
  359:16,22 360:22
  361:11,18 362:2 364:6
  369:2,6 370:25 371:23
  372:7,13 379:2 380:2,7
e-mail 238:24 240:13,20
  240:24 245:15 256:20
  283:12 343:15 352:24
  353:2,12,14 354:16

356:7,16 362:24 363:6
  363:12 380:23 381:3
e-mails 343:3,19 347:12
E&P 303:13
earlier 324:22 348:3
  372:24 375:12 377:11
EarthWorks 358:10
  359:4,9
easier 239:18
easy 273:20
economic 223:21 296:15
  296:25 300:15 369:24
economy 250:7
education 229:14
effective 266:15 280:4,5
efforts 368:4
eight 242:18 250:6
  329:16
either 278:5 280:11
  296:10 298:10 332:20
  335:5
electronic 353:9
electronically 353:17
elements 250:22 251:15
elevation 365:17
eliminate 229:11
EMMA 202:6
employed 340:12
employee 258:13,16,23
  277:12 290:9 332:6
  345:9,10,12
employees 202:10
  230:10 231:9 259:9
  294:7 331:20 347:23
  361:24
employment 229:11
  273:24
enable 311:15,21,21
enabled 313:2
encompassing 258:18
encountered 358:22
ended 218:14 245:12
  312:4
energia 216:19
energy 216:8,21
engaged 278:25 281:24
  282:15

engineering 226:16
  297:4 322:22 326:14,22
  328:2 332:6 339:11
  348:14,22 354:5
English 205:8,9 259:24
  259:25 265:14 288:12
  288:20 289:14 298:23
  299:4 355:3 356:14
entering 298:14
entire 239:24 324:25
  325:7 375:23
entitled 379:8
entity 373:4
entrepreneurial 367:23
environment 222:23
  250:18 265:11
environmental 228:17
  229:12 302:4
equals 250:5
equipment 301:23 302:7
escalation 296:16 327:14
  327:22 365:6 371:15,20
  371:22
ESQ 202:5,6,6,7,7,12,18
  202:24 203:6,6,7,11,16
  203:16,22
established 226:8 267:6
  267:15
estimate 301:17 327:3,15
  328:25 329:8
estimated 327:9
evaluate 250:18 314:21
evaluation 296:15,25
evaluations 314:9,11,13
  369:22 372:12
evening 375:9
event 236:15,17,17 245:3
  245:5,9,11 286:12
events 225:14 227:24
  229:23,25 230:3,7,11
  230:13,25 231:6,13,13
  232:11 277:11 315:12
eventually 372:6
everybody 231:2
evidence 237:3 247:19
  250:8 251:23 252:9
  254:16 255:9,24 261:17

262:24 282:2 283:3,22
287:2,15 308:3 313:16
314:18 318:24 342:13
343:11 344:19 345:3,17
345:25
**evidenced** 251:25 252:2
**evidences** 319:4,11
**evidencing** 252:5
**evidently** 335:18
**exact** 257:2 299:16
348:20
**exactly** 214:9 222:4
258:8 262:21 268:25
270:16 311:11 314:22
327:23 334:6 349:21
365:25
**examination** 205:25
265:19 266:24 273:10
275:23 339:23 375:8
**examine** 266:12
**examined** 205:11 273:8
**example** 230:24 236:3
301:8 302:2 303:12
304:6
**examples** 229:5 230:2,6
230:6,9,15 301:16
**exceeded** 253:4
**exceeding** 250:13 253:2
**exchange** 253:5 301:10
302:11,15,17,18,20
365:24
**exchanged** 341:6
**exclusively** 376:18
**execute** 303:8
**executive** 218:21,22
219:21 222:17,18 223:5
223:6,10,18 224:4
226:2 227:8,20,23
228:5,6,8,15 234:19
236:23 237:11,12 258:5
259:7,8 280:2,14,18,20
280:21 282:10 284:12
284:20 287:14 292:12
293:20,25 296:11
297:15 307:9 313:17
322:9,15 326:6 345:8
345:19 346:18 348:13

348:21 358:23 371:19
**executives** 345:24 348:5
**exhibit** 237:16,19 238:4
247:17 252:25 256:7,19
257:9 263:4,7 267:23
275:25 276:4 287:19,20
287:22 296:7 298:15,17
299:17 300:4,21 301:2
320:16,19 321:3,8,9,10
324:11,13 325:10
328:11,13,22 336:8,13
337:15,17 350:14,15
352:11,16 354:14,16
355:14,19 356:7,9,10
356:22 360:3,13 362:6
362:7,22,23,24 363:9
364:5 366:16 376:15,25
377:21 380:9,11,12,13
380:14,16,17,20,21,23
380:24 381:2,3
**exhibits** 324:19 337:11
377:23
**existed** 247:2 324:2
**existence** 251:17 305:17
308:4 313:16 346:23
347:11 349:18,25
**exists** 323:18
**expanding** 229:8
**expansion** 229:8
**expect** 240:2 314:24
**expected** 250:4 367:22
374:7
**expedite** 247:5
**expenditures** 249:22
**experience** 257:19,25
259:4
**expert** 244:11 310:7
**expertise** 218:15 219:17
221:19
**experts** 220:15
**explain** 222:18 277:8
296:12 301:3
**explained** 250:3
**Explanation** 326:19
**expose** 349:3
**extensive** 309:13
**extent** 237:24 238:9

263:11 355:18
**external** 275:2 332:20
340:3 353:22 373:3
**extract** 304:13
**extracted** 321:4
**extremely** 250:7 367:23
**eyes** 265:24 284:24
307:10

## F

**F** 201:2 379:2
**fact** 230:18 260:23
261:12,18 280:5 288:8
289:2 293:23 298:24
317:8 324:18 328:16
333:24 334:4 356:3
**factor** 224:21
**factors** 301:15,18,19
**facts** 253:23 270:17,20
278:10,14 279:23
281:11,22 282:13,23
284:18,23 285:10,14
290:15 291:8 293:18
317:21
**fail** 341:7
**failure** 247:20 251:9
**fair** 206:16 255:12 256:4
301:14
**familiar** 253:13,14
373:19
**families** 230:15 231:8
**family** 207:10 209:21
285:19 286:16,20
332:22
**far** 226:13 244:13 357:25
370:4 371:25
**fare** 333:17
**fear** 271:18,21 272:2
**February** 206:8,25 207:5
207:19,22 208:13 209:2
209:8,11,18,25 212:15
212:21 213:2 214:20
227:14 257:7 259:18
260:12 296:6 298:13
300:6,22 305:16 316:24
331:17 356:11 357:12
367:3 380:24

**federal** 289:16 290:4
352:2 357:22,22 374:16
374:20
**fee** 303:3
**feel** 254:4
**feeling** 374:8
**FEL2** 301:17
**Fernando** 305:15,19
313:18 314:3 319:4
340:11 341:17 344:14
347:20 351:18 359:14
376:6
**Ferreira** 361:9,15
**field** 344:24
**filed** 350:16,20 380:20
**files** 314:16
**Filho** 360:9,15
**fill** 342:18
**final** 302:8 313:22
338:22
**finalized** 297:17
**finance** 210:25 274:5
275:5 304:19 340:6,9
340:14 344:11 357:23
374:8
**financial** 213:18 273:25
**financing** 230:25 285:23
**find** 275:6 289:10,18
292:8 340:24 348:17
364:25 366:22
**fine** 205:17,18 298:18
325:15 330:25 347:5
**finish** 339:18
**finished** 238:5
**firm** 273:12 375:12
**first** 212:15 216:23 217:7
233:21 234:4 235:19
237:5 238:6,22 241:4
241:20 243:5,17 247:22
248:19 249:3 253:16
257:7,9 259:20 261:2
261:18 262:5,13 265:18
266:4,11,23 267:9
270:14,22 271:10
280:22 281:19,20 296:5
304:6 305:23 306:2,3
317:14 318:17,17,20

319:23 323:11,11
326:24 329:3 346:3,4
351:6 352:12,18,24
355:24 358:5 359:3
376:19,25 380:21
**fiscal** 342:8
**fits** 327:2
**five** 217:23 301:24 335:3
**fixed** 317:5,23 318:4,10
**fixing** 320:7,9
**Flavio** 359:14
**flip** 257:11
**FLOM** 203:9
**Floor** 202:22
**flow** 234:9 323:4 348:18
**focus** 215:18 224:3
240:24 356:21
**focused** 252:23
**focusing** 224:11
**follow** 225:13 236:24
319:21 337:5 371:17,20
377:21
**follow-up** 339:20
**followed** 224:21
**following** 222:11 283:23
304:25 341:13 354:7
371:6 382:2,3
**follows** 205:12 273:9
**Fonseca** 201:12 205:1,4
205:10 206:1,2 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1,7 234:1
235:1 236:1 237:1,16
237:19 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1,9

258:1 259:1,15 260:1
261:1 262:1 263:1,4,7
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1,7,11 274:1 275:1
276:1,4 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1,19
287:22 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1,6 297:1 298:1
299:1,21 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1,19 321:1 322:1
323:1 324:1,11,13
325:1 326:1 327:1
328:1,11 329:1 330:1
331:1 332:1 333:1
334:1 335:1 336:1,7,8
336:13 337:1,15,17
338:1 339:1,24 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1,15 351:1 352:1
352:11 353:1 354:1,16
355:1 356:1,10,15,22
357:1 358:1 359:1
360:1,13 361:1 362:1,5
362:7,19,21,24 363:1,6
363:14 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1,5,24 373:1 374:1
374:14 375:1,9,16,19
376:1,13 377:1 378:1
380:4,8 382:1
**food** 245:7
**forecast** 266:19 296:17

303:15 331:21 353:5
358:15 359:9,12 364:20
**forecasted** 250:2,6
252:10 256:2 302:4
358:3 365:16
**forecasts** 249:24
**forefront** 282:3
**forego** 240:19
**forget** 236:16 240:23
**form** 209:3,12 210:21
211:20 212:22 213:3
214:23 215:4 217:14
220:3,10,22 221:9,18
224:9 229:16 235:7,22
241:15 242:23 243:11
243:20 244:10 246:13
246:23 249:8 257:22
259:21 260:20 261:14
265:7 267:4,12,19
268:16 278:12 279:4,20
283:25 284:15,22
285:16 286:4 287:4
290:12,17 291:5,14
293:15 294:11,18 295:2
295:9,18 307:20 309:7
313:3 316:13 317:7
326:7 333:9 334:17,25
335:8,15 338:20 339:2
343:24 344:3 345:5
347:15,21 348:12 349:7
349:20 351:23 352:8
353:13 357:2,16 358:7
358:25 359:7,17 360:17
360:24 361:20 362:3
363:11 364:8,17 365:23
367:18 369:4 370:18
371:24 373:17
**formal** 220:5
**formatting** 295:4 298:7
**formed** 258:7 315:4
346:4
**former** 353:3
**fortunately** 250:17
**forward** 322:9
**forwarded** 241:6 320:4
**forwarding** 336:17
**Foster** 277:21 363:8

**found** 210:7,8,23 269:9
305:19,20 314:2 315:8
328:4 349:8
**foundation** 359:2 369:8
**four** 216:22 217:23
247:7
**fourth** 265:15,16 310:22
338:25
**FOX** 202:9
**frame** 225:17 267:6,15
**Franca** 271:9
**Francisco** 278:6
**frequently** 302:22
**front** 247:17 267:23
299:18 308:6 316:25
331:2
**fuel** 341:4
**fuels** 342:20
**full** 223:22 277:9 288:12
333:25
**funds** 202:16 231:11,25
**further** 205:11 273:8
275:11 339:15 375:2
376:10 379:10
**future** 356:19

---

### G

**Gabrielli's** 251:22
**gain** 302:24
**gained** 218:13
**gains** 303:7
**gap** 250:5
**GAPRE** 257:2
**gas** 216:6,8,9,19,21
**GASPETRO** 216:6,14
216:18,19,20 217:2
**gathered** 313:15
**general** 218:2,4,7,19,21
219:4,5,12,18 220:9
221:14,15,20,23 222:8
222:12,14,20,25 223:3
223:6,12 227:22 228:11
233:21 235:8 237:8,9
237:10 297:24 298:10
305:11 308:20 353:21
**General's** 289:16 290:5
**generally** 220:7 279:5

301:3
**Geovane** 232:16,19
  233:8 234:24 235:2
  259:18 260:13,19 262:4
  262:12,19 264:22 270:4
  270:8 276:11 277:13
  278:11,22,24 281:24
  282:3,14,21 336:18
**getting** 366:22
**Gilmore** 202:6 205:17
  208:14 209:3,12 210:21
  211:20 212:8,22 213:3
  214:23 215:4 217:14
  218:25 219:8,14 220:3
  220:10,22 221:9,18
  224:2,9 235:7,22
  237:23 238:6 240:18,23
  241:15 242:15,23
  243:11,20 244:10
  246:13,23 249:8,16
  250:15 252:14,16 253:6
  253:19 254:19,25 255:4
  255:14 257:11,22
  259:21 260:3,8,20
  261:14 262:6,15 263:10
  263:18 264:2,9 265:7,9
  265:22 267:4,12,19
  268:5,16 270:3 278:12
  279:4,14,20 281:8
  282:17 283:25 284:9,15
  284:22 285:16 287:4
  288:4,8 289:12,19
  290:2,12,17 291:5,14
  293:15 294:11,18,23
  295:2,9,18 298:14,18
  298:24 299:10,17 300:5
  300:12 305:17 309:7
  312:16 313:3 316:13
  317:2,7 320:23 321:3,7
  321:18 324:17 325:12
  326:7 328:9 330:7
  331:4 333:9 334:17,25
  335:8,15,20 336:23
  337:9 338:9,20 339:17
  339:22,23 347:5 350:5
  350:12 351:5 354:19
  355:5,24 356:13 357:19

362:10,18 363:10 367:6
  372:15,23 375:2 377:16
  377:25
**give** 207:22 229:4 230:2
  230:5 240:7 288:14
  310:6 318:19 348:19
  356:14 360:2
**given** 258:23 267:9,17
  345:7 351:8 366:14
**gives** 327:5
**giving** 212:21 214:21
  239:4 304:20 310:10
  317:19 327:14
**go** 207:21 221:13 225:6
  232:22 240:2 254:6,7
  256:9 257:11 259:16
  264:16 265:14,14 266:9
  267:22 277:3 289:14
  295:12 300:10 306:23
  308:16 315:18 322:9
  323:16 328:12 331:3
  333:14 334:12 342:9
  343:14 348:24 349:6
  355:4 360:7,12,19
  361:2 364:13 375:4,5
**goals** 243:14
**goes** 300:14 327:22
**going** 206:4,13,19 210:7
  210:9,19 212:2,15
  213:20 214:25 215:7,12
  217:5 221:12 229:14
  230:5 232:25 235:10
  237:15 240:11 245:2
  246:6,8 249:25 250:20
  250:21 252:3 254:7
  263:3,14 269:11 273:15
  275:25 280:20 283:6
  287:18 288:25 289:10
  290:3 292:8 295:12
  296:3,18 298:12 303:6
  307:8,9,11 310:22
  320:16 327:14,19,21
  330:23 333:25 334:6
  335:25 336:7,9 337:14
  340:8 343:13 345:21
  349:22 354:23,24 355:7
  355:15 356:17 358:9

360:2 366:20,24 368:18
**good** 205:2 206:2 221:13
  232:20 265:13,24
  279:21 333:2 375:9
**goodness** 333:15 334:8
**gotten** 304:21
**GOTTLIEB** 203:3
**governed** 244:8
**governing** 246:10
**Graca** 277:21 278:6
  345:20 363:8
**great** 282:8
**greatest** 327:23
**green** 303:5
**group** 231:9 269:2
  285:24 286:2 317:4
  318:3
**groups** 229:16 282:9
**guess** 377:19
**guidance** 238:18 239:5
**guidelines** 238:19,21
  239:16
**guys** 279:14
**GUZMAN** 204:8

---

## H

**H** 380:7
**half** 234:5 270:22 306:2
  306:3 346:3
**hall** 331:19
**halted** 279:25 318:14
**HAMILTON** 203:3
**hand** 263:3 276:5 296:22
  298:12 322:24 337:15
  354:13 379:15
**handing** 324:10
**happen** 241:19 242:8
  296:18
**happened** 207:6,9,12,12
  209:18 219:6 230:12
  241:18 242:18,25 243:3
  243:5 245:9 252:19
  253:15 266:6 270:21
  287:13 308:2 316:3
  318:22 322:21 367:24
  374:7
**happening** 237:4 318:12

**happens** 302:22 303:12
  309:12 318:11 322:16
  358:16
**harass** 254:21
**harassed** 254:4 331:6
  349:2
**harassing** 254:23 255:3
  332:15 334:15 335:14
**harassment** 211:14
**heading** 326:19
**headquarters** 333:13
**health** 222:22
**hear** 207:14 276:16,17
**heard** 211:2 216:16
  259:19 260:13,19
  261:21 297:24 298:3
  333:11 343:25
**heart** 312:5
**heating** 301:8 364:21
  365:7
**heavier** 303:16,18
**heavy** 303:14
**HEIMANN** 202:20
**held** 201:13 222:16
  223:10
**helicopter** 245:7
**helpful** 215:3
**hereunto** 379:14
**hesitant** 353:8
**hi** 273:11 315:5
**high** 231:7 250:23
**higher** 225:19 344:25
**highest** 283:13
**highlighted** 328:16
**hire** 245:6,6,6 321:25
**hiring** 322:6
**history** 215:18 277:9
  296:14
**hold** 227:2 241:16 245:2
  354:25
**holding** 245:3
**hospital** 312:5
**host** 245:3
**hours** 276:20 366:23
**house** 224:16 227:2
  321:25 322:3,6,11
  324:7 325:2 326:3

329:8
**HR** 315:7 348:7
**Hudson** 201:25 202:22
  382:25
**HUI** 202:7
**human** 222:22 258:6,19
**hundreds** 309:17

**I**

**Icarus** 327:25
**identification** 237:22
  263:8 287:23 320:21
  324:16 336:14 337:20
  350:17 352:14 354:17
  356:12 362:8 363:2
**identified** 253:3 256:23
  308:17
**identifies** 250:12
**identify** 263:6 354:23
**identifying** 286:8
**idiots** 334:18
**illegal** 293:4
**illicit** 348:5 349:4 361:18
  361:25
**imagine** 314:25
**immediately** 314:20
**immersed** 280:17
**impact** 214:12 228:19
  301:11 302:7
**impacting** 304:21 339:9
**impairment** 372:7,12
**implement** 353:25
**implementation** 226:21
  368:2 376:22
**implemented** 218:10
  251:20 319:5
**important** 307:25 345:9
**impossible** 245:22,25
  246:8 315:17
**improve** 259:3
**in-service** 321:24
**inactivity** 229:21
**inappropriately** 285:7
**incentives** 231:13,21
  305:5
**include** 263:23 295:6
  342:13 344:18

**included** 293:8 302:3
  328:7
**includes** 377:11
**including** 208:23 218:12
  271:21 322:10
**incomplete** 288:18
  324:20
**inconsistencies** 290:19
**inconsistent** 269:6
**increase** 301:19 359:10
  364:23
**increased** 266:13 301:6
**increment** 327:23
**incur** 368:25
**incurred** 346:7
**Independentes** 273:14
  375:11
**index** 365:16
**indicate** 281:23
**indicated** 281:23 282:24
  360:21
**indicating** 282:14
**indication** 288:15
**indicator** 301:9 365:9
**indirect** 220:14,17
**individual** 324:25 325:6
  341:23 358:4
**individually** 297:9
**individuals** 209:20 210:5
  227:7 229:21 259:12
  265:25 270:24 271:25
  272:3 290:23 306:11
  313:23 331:5,21 332:19
  332:20,22,23,24 354:4
  374:11
**inefficiency** 369:24
**inferring** 335:10
**inflation** 250:8
**influence** 259:13
**influenced** 296:16
  365:24
**inform** 326:12 341:7
**informal** 213:6
**information** 212:4,11
  213:17 242:2,5,14
  243:8 271:14,21 279:23
  287:2 291:3,11 292:5

292:11 294:5 297:7
  312:8 313:15 317:24
  319:3,7,14,22 320:3
  323:6,9 326:15,21
  328:3 331:16 353:9,17
  353:22 358:17 364:18
  365:10 369:11 374:12
  375:25 376:2
**infrastructure** 236:19
**initial** 224:20 302:5,6,18
  303:11 328:20
**initially** 225:16 357:8
  373:5
**initiated** 258:12,23
  318:14
**initiatives** 304:4
**inquire** 234:22 326:13
**inquiries** 235:10,15,17
  236:2,7 241:9,12
**inquiry** 236:20,22
**inside** 312:3
**installments** 245:10
**intelligence** 219:22
**intention** 226:20
**interest** 327:2
**interested** 215:6 379:12
**interesting** 230:18
**internal** 230:6,9 247:20
  258:2 263:15 264:21
  265:6,18 274:12,20
  282:8 292:18,19 321:23
  328:5,18,25 329:7
  336:16,19 337:19 338:6
  345:8 360:5 369:16
  380:18
**international** 224:23
  339:4,7
**internationally** 310:8
**interpret** 205:8 253:12
  357:18
**interpreter** 204:7 205:13
  205:13,22,22 207:13,13
  207:14 211:2,2,3 214:8
  214:8,14,18 216:15,16
  225:8,9 226:3 232:3,3,7
  234:2,16 247:14,14
  248:15 249:19,19 251:6

251:6 253:10 261:21
  262:8 269:19 270:5
  285:25 286:2,23 291:25
  292:2 298:2,3,4 299:8
  302:16,16 307:3 314:12
  317:15 341:2,2 344:6
  344:15,15 373:8,8
**interpreting** 205:14
**intervals** 247:24
**intervene** 214:15
**interviewed** 260:23
**introduce** 356:5
**introduced** 299:17
  321:19
**investigate** 250:20,21
  251:16,24 269:10
  287:10 308:2 313:18
**investigated** 258:12
  269:11 313:25 316:20
  360:6 361:5,17
**investigating** 360:16
  361:24
**investigation** 250:23
  251:15 256:22 258:2,7
  258:11,20,22 259:2,20
  260:14,24 261:7,20
  262:22 263:16 264:22
  265:6 266:4,19 269:13
  269:22 283:18,24
  285:12,18 314:25
  315:20,22 316:3,10,16
  316:21 337:19 338:6
  356:2 357:6,10,24
  358:18 376:15 380:18
**investigations** 248:10
  252:19,22 259:7
**investment** 301:7,25
  304:5,23 323:14,20,21
  353:5
**investment's** 302:8
**investments** 301:11
  302:7 366:3
**investors** 213:15
**invitation** 311:23
**invite** 231:5,7,9,18
**invited** 215:23 314:17
  315:15 316:17

invoice 284:6
invoice-issuing 284:8
invoices 248:2 258:15
283:10,12,14
invoicing 216:9
involve 259:12 266:17
involved 220:15 221:3
221:16 224:15 236:21
237:13 241:11 265:12
283:5 297:13 298:9
315:11,13,14,17 322:14
334:19 347:18 372:11
373:4
involving 283:2 342:12
IPA 364:22
irregularities 258:8,22
282:25 358:21 359:15
irregularity 358:19
Israel 203:16 273:11
issue 237:7,10,14 239:2
239:19,22 248:2,6
249:4 252:18 259:3
264:13 268:22 269:4
277:10 319:2 342:11
359:5,6 368:12 374:13
375:23 376:3,5
issued 256:24 283:10,13
284:10 371:17
issues 214:3 234:21
241:10,12 242:4 256:23
259:8 262:23 275:4
278:3 282:6 340:20,21
342:5,12 344:17 357:24
373:22,25 375:15
issuing 283:11 284:6
item 247:18 249:22
254:11 267:25 323:5,8
326:10,10 360:10,14
items 225:11,12 226:11
309:20
Ivo 359:20

### J

jail 285:6
Janeiro 210:24
Janus 202:21
Jato 285:12,17 370:12

JENNIFER 203:11
job 221:7
jobs 229:23
JOHN 202:5
Jose 233:22
Joseph 201:15 379:4,19
judge 249:17
judiciary 352:2
July 299:12,15,23 300:2
300:3 328:4 352:24
363:18,24 364:3,4
365:2,7,20 366:10,13
367:13,14
justifications 249:2

### K

K 205:7
Kamache 340:11 344:14
347:20 376:6
KAPLAN 202:9
Kaschel 233:22 234:7,25
235:4,6 241:6,13
243:13 247:18 248:6
249:4 250:12 253:3
254:15 256:24
KATHERINE 203:6
keep 283:11 333:23
363:3
KEHOE 202:5 215:8
256:9 264:14,17 274:3
279:8 286:3,11 288:11
288:24 289:4,8 307:20
357:5
KESSLER 202:15
KESTENER 203:19
key 277:11 313:22
KILSHEIMER 202:9
kind 229:5,25 246:10
King 202:17 203:13
273:12 375:12
knew 278:10 317:25
341:25 368:24
know 209:13 211:17
213:20 215:25 216:4
226:14 233:12 238:4
240:10,12 243:18
244:13,18,21 262:21

274:15 275:8 276:5
284:17 285:11 292:7
296:20 305:9 310:23
314:5 317:9 322:6
327:17 331:16 336:20
339:15 340:13 341:22
343:9 346:22 347:6,22
348:20 353:23 363:4
364:15 369:12,12,18,25
370:4 373:4,6,10,14
374:6 375:22
knowing 284:3 331:20
knowledge 242:3 253:22
254:3 274:18 278:19
375:20
knowledgeable 314:8
known 253:18 278:14
knows 231:2 268:7
Kristoschek 360:9,15

### L

L 201:2 202:24 203:11
205:7
labor 211:13,18 350:15
350:20 351:9,12,15
352:2 380:20
lack 252:11 300:15
ladies 246:7
ladies' 232:22
language 305:18 310:25
311:15
large 244:12,24 246:16
246:20 247:3 248:13
250:25 258:9 323:12
332:19 358:11
larger 244:8 245:21
248:21 254:11
Lastly 377:7
late 366:22
Lauren 203:16 375:4,10
Lava 285:12,17 370:12
law 273:12 310:7
lawsuit 211:18 351:9
lawyer 211:7 279:18
lawyers 207:17,24
208:12,20,22 209:7
211:18 214:4,5 306:21

306:21 308:13,14
351:22 352:6
lead 202:3 320:8
Leading 284:7,8
leads 312:24
leaked 369:16
learn 290:8,15 291:12
349:18
learned 210:19 305:17
leave 311:24 367:7
led 248:14,15 311:17
leeway 366:15
left 276:9 280:2 281:20
281:20 282:10 287:6,6
301:17
legal 232:6 247:20
287:11 290:21 291:20
292:14 293:21,24
294:16 306:10,11 311:2
311:24 314:15 315:13
331:22,23 345:20,24
353:10
lesser 304:11
let's 207:21 214:10
215:18 229:7 240:23
243:13 244:25 245:2
246:5 256:7 259:16
277:3 282:15 301:24
320:15 323:16 326:18
328:12 335:22 350:5
356:7,8,21 360:19
362:11 372:15
letter 343:19,20,23,25
344:6,8
letters 248:20
level 241:18,19 259:11
278:7
levels 241:17 250:8
LEVI 202:6 207:11
208:19 214:4,13 225:24
248:14 284:7 291:22
306:25 307:5 314:11
329:25 343:23 344:4
346:9 354:10
liability 287:6
Liberty 203:4
license 273:17

licensing 228:17,19
LIEFF 202:20
life 332:25
lighter 303:15,15,17
Lima 353:25 354:2
    358:20 359:16,22
    360:23 361:11,18 362:2
    364:7 369:3,7 370:25
    371:23 372:8,13
limit 247:25
limited 235:11
limits 293:19
line 235:16 255:23
    299:10 372:2 382:4
link 252:7,8
list 225:11
listed 301:18 360:9,10
    361:4
listen 270:14
listened 270:11 276:13
    276:14
listening 276:19,20
lists 361:9
litigation 201:5 206:4
    207:25 208:8,25 209:24
    210:10,19,23 211:19
    213:10
little 221:14 278:21
    292:20
LLP 201:14 202:3,9,15
    202:20 203:3,9,13
loan 304:21
located 229:17
locations 230:14,15
locked 312:3
logistics 216:9
long 216:18 217:21
    221:22 223:8,18 233:12
    233:14 286:10 327:6
    332:25
longer 223:14 342:3
    343:15 345:15 369:10
look 238:3 243:13
    250:17 256:23 259:15
    259:22,23 268:7,10
    276:6 288:16 290:6
    300:12 311:24 316:23

320:12 326:18 336:12
337:22 350:14 351:25
352:16,18 354:14,25
360:3 361:14 363:4,20
363:25 364:3,21 366:8
368:12
looked 292:20 308:22
looking 256:19 264:2
    288:24 324:6 363:24
    365:6
looks 288:25 337:10
lose 311:25
loss 341:5 368:6
losses 305:2
lost 364:10,15
lot 218:13 235:9,15
    266:21 340:24 366:14
    374:11,11
low 250:7
lower 215:9 241:18
    259:11
Luis 360:20 361:3
Luiz 361:9,15
lunch 272:8,10 276:9

**M**

magnetic 353:24
Maia 316:12 361:10,16
main 271:18 283:4,14
    284:5 297:5
maintain 248:18 255:20
makeup 236:17
making 279:11 312:2
    342:10 377:12
management 219:20,20
    219:23 222:20,22
    227:22,23 228:10,15
    231:8 235:9 236:15
    237:6,8,9,12,13 241:17
    243:2 251:12 262:25
    280:2 282:10 285:10
    287:15 293:20 296:22
    302:25 328:2 333:13
    339:10
management's 250:10
managements 228:6
    234:20

manager 216:7,7,9,10,13
    216:13,17 218:2,4,7,9,9
    218:19 219:5,12,18
    220:9 221:15,16,23
    222:8,12,17,19,25
    223:3,5,6,11,13,18
    224:4 233:11,15 236:23
    237:7 258:5,17 259:7
    271:9 280:15,19 284:13
    284:21 293:25 298:11
    305:11,12 307:9 313:17
    319:20 345:8,19 346:18
    347:24 348:13,21
    371:19
manager's 296:23
managers 207:10 209:22
    218:21,22 219:4 221:21
    228:8 233:21 237:10
    280:20 292:12 298:10
    315:15
managing 218:17 222:14
    222:21 227:21 228:7,11
manicuring 236:16
manner 242:3 280:14
    308:20
manual 246:24
manuals 247:2
mapping 236:12
MARCELA 202:6
March 201:8 205:5
    280:23 379:15 382:1
MARGARET 202:18
margin 358:2
mark 275:25 287:19
    320:15,16 336:7 355:18
marked 237:16,21 238:4
    257:6,13 263:4,8 276:2
    276:3 287:23 296:4,6
    320:21 324:10,15
    325:10 328:12,21
    336:14 337:15,20
    350:13,17 352:13,15
    354:13,17 355:13
    356:11 360:2 362:6,8
    362:21,22,25 376:14,25
    377:17,20
market 225:5 301:9

342:20,23 344:25
364:21 365:7 366:5
367:25
marriage 379:11
MARTINI 203:7 208:5
    216:11 226:2 227:6
    228:3 231:14 233:23
    234:14 245:24 247:9
    264:12 269:17,20 280:8
    281:2,6 286:22 289:5
    297:22 303:2 307:4
    312:11 316:15 319:25
    321:11 325:24 329:18
    329:21 330:3,11,16
    337:7 364:12 368:19
match 244:3
material 341:19 375:23
    376:4
materiality 342:11
MATT 202:12
matter 293:23 307:8,8
    363:19 373:23 376:7
    379:8,12,13
matters 213:6
Mattos 203:19,22 211:9
    281:5
matured 323:12
Mauricio 223:4,5
maximum 247:25 327:4
McCAHILL 202:12
MEAGHER 203:9
mean 210:8,14 228:12
    234:12,17,23 271:6
    276:17,21,22,23,25
    279:10 301:15,22 302:9
    332:2 358:6 365:12
meaning 228:25 265:25
means 303:25 353:9
    367:22
meant 307:14,24
measures 228:22 232:5,6
    277:14 279:24 280:3,5
    294:8
media 331:21
meet 216:23
meeting 214:2 227:2
    237:8,10 243:5 288:13

306:12,20 307:4 308:13
339:9
**meeting's** 306:24
**meetings** 208:23 227:9
241:17,23 242:6,7,11
242:18,21,25 259:8
306:18
**MELTZER** 202:15
**member** 257:16 285:19
286:19
**members** 207:10 209:21
231:5,18 278:14 310:18
317:3
**memo** 254:15
**memory** 257:8
**mention** 226:10 332:17
**mentioned** 209:16,20
211:6 219:3 221:10
226:25 232:19 245:15
272:3 280:11,16 284:25
291:17 301:16 304:20
309:20 313:23 331:9
332:5,18 334:4 341:17
353:21 359:3 365:13
371:14 375:13
**mentioning** 329:5
**mentions** 277:11 353:20
**Merlin** 303:13
**messages** 343:15
**met** 349:2
**mid** 274:6 305:20
**middle** 253:10
**MIKAEL** 204:4
**million** 225:22 230:22
245:13 250:2,3,5
364:11,15
**millions** 268:23
**minimize** 296:17
**minimum** 327:4
**minus** 364:11,13 367:14
367:15,21,21 368:3,5
**minute** 283:5 352:16
360:3
**minutes** 307:4 313:4
**misconduct** 348:10
**misled** 213:15,16
**missed** 209:15

**missing** 235:16 264:4
**Misstates** 219:14 262:7
267:13,20 268:17
**mistake** 239:15 240:5
342:10
**mistaken** 244:15 274:25
**misunderstood** 292:24
**Mitchell** 203:16 343:7,24
347:15,21 373:17 374:3
375:7,8,10 376:9
**mitigate** 229:2
**mitigating** 228:22
**model** 224:22,23 304:8
304:18,18 309:15,23
310:3
**models** 243:2 309:13
333:22
**modifications** 339:8
**moment** 238:3 256:10
314:18 364:21
**month** 210:23
**monthly** 371:18,20
**months** 217:23 250:6
287:8 364:10,16
**Morais** 232:16 233:8
234:24 235:2,21 259:19
260:13,19,23 262:4,12
262:19 264:22 265:21
278:11,22,24 279:5
281:24 282:14 283:24
336:18
**Morais'** 270:8 276:11
**morning** 205:2 206:2
**Motta** 359:15
**move** 223:24 252:12
295:17
**moving** 296:7
**multidisciplinary** 220:25
**multiply** 364:24
**MURIEL** 203:19
**music** 245:7

---
**N**

**N** 201:2,2 202:2 203:2
204:2 379:2 380:2
**N.W** 203:10
**nail** 268:22,23 269:4,15

269:19
**nails** 268:24
**name** 206:2 271:10
273:11 289:6 332:9,17
340:9 344:13,16 348:10
348:15,16 349:9,13
360:8,14,20
**named** 342:23
**natural** 216:6 345:14
**nature** 213:8 240:9
325:18
**near** 267:23 316:25
**necessarily** 247:13,15
281:4
**necessary** 262:23 294:5
297:13 322:8
**need** 232:22 243:23
245:19 247:3 248:3
268:9 298:16 317:17
321:16 325:21,22
334:11 342:17 354:25
377:22
**needed** 241:19 294:7
345:21
**negative** 334:5 364:14
366:6 370:16,24
**negotiate** 346:14,17
**negotiated** 312:25
**negotiating** 221:17 224:7
310:18
**negotiations** 224:13
226:21
**neighboring** 228:19
**never** 226:15 261:8,13
369:13
**new** 201:3,14,14,16
202:4,4,11,11,23,23
203:5,5,10,10,15 222:7
222:9 309:23 310:2
318:14,18 367:2,2
379:6
**News** 370:14
**newspapers** 213:25
276:16,22 282:8 332:4
370:14
**NICHOLAS** 204:8
**Nilton** 316:12

**nine** 329:16
**noise** 229:10
**non-compliance** 226:6
**non-lawyer** 209:9
**non-postponable** 225:12
309:20
**non-responsive** 223:25
252:13,15 312:15
**norms** 219:16
**northeast** 223:23 226:5
230:17 245:4 357:7
360:6 371:15
**Notary** 201:15 379:5
**note** 241:3,5,13,20
242:16 243:13 247:16
249:3 250:18,21 251:14
251:18 252:7,8,21,25
253:17,18 256:20
267:25
**noted** 226:6 238:11
240:16,19 321:21
377:16 378:7
**notice** 214:15
**noticed** 310:8
**notified** 213:25
**Nova** 359:15
**November** 349:10,14
**nowadays** 246:25
**NPV** 323:14 364:12,13
365:21 367:14 368:8
369:3,7 370:24
**number** 215:15 233:4
252:3 256:16 273:5
275:17 283:9,9,14
295:24 327:6 335:24
336:4,19 337:6 338:10
350:10 352:12,19
355:10 360:14,19 361:4
361:15 362:16 366:8
368:8 372:21 378:4
380:22
**numbered** 238:25
**numbers** 237:20 264:10
320:20 324:14 380:9,13
380:14

---
**O**

**O** 201:2 379:2
**oath** 206:11
**object** 221:2,12 237:24
  238:8 263:10 266:11
  279:9,10,19 288:8,21
  289:2 298:24 320:23
  324:17 354:24 355:19
  355:25 357:21 366:11
  372:2 377:13
**objection** 207:11 208:14
  209:3,12 210:21 211:20
  212:22 213:3 214:23
  215:4 217:14 218:25
  219:8,14 220:3,10,22
  221:9,18 224:9 235:7
  235:22 240:15,18
  241:15 242:23 243:11
  243:20 244:10 246:13
  246:23 249:8 250:15
  253:6,19 254:19 255:14
  257:22 259:21 260:20
  261:14 262:6,15 263:19
  265:7,9 267:4,12,19
  268:16 274:3 278:12
  279:4,20 282:17 283:25
  284:15,22 285:16 287:4
  288:4 290:2,12,17
  291:5,14 293:15 294:11
  294:18,23 295:2,9,18
  307:20 309:7 313:3
  316:13 317:7 326:7
  333:9 334:17,25 335:8
  335:15,20 336:24 338:9
  338:20 342:14 343:7,24
  344:3,10 345:5,18
  346:10,25 347:3,3,15
  347:21 348:12 349:7,20
  350:4 351:23 352:8,23
  353:13,19 354:3 357:2
  357:16 358:7,25 359:7
  359:17,23 360:17,24
  361:6,20 362:3 363:11
  364:8,17 365:23 366:25
  367:18 369:4,8,15,21
  370:3,18 371:2,24
  372:9 373:17,18 374:3
  374:21 377:8,9
**objections** 249:15 279:12
  289:24 294:22 317:12
  352:21
**objective** 224:11,12
**objectives** 241:22
**objects** 266:16
**obligation** 238:14
**obligations** 316:11
**observe** 365:25
**observed** 286:25 365:25
**obtain** 365:10
**obtaining** 242:2,14 243:8
**occupied** 222:10,13
**occupy** 217:25 235:8
**occur** 229:2
**occurred** 218:17 236:9
  236:13 237:6 252:20
  270:17 274:25 275:3
  277:10 281:10,15
  358:12
**occurrence** 284:24
**October** 223:20 281:22
  282:13,24 286:10 346:2
  368:20
**offer** 333:14
**office** 211:10 289:16
  290:5 312:3,4
**officer** 215:23 216:13,14
  216:16 217:20 219:5
  223:13 224:18 226:2,9
  228:9 238:19,21 239:7
  239:8,17 245:15 275:5
  278:3,7 282:5 283:3
  284:4 297:20,23 304:10
  321:24 329:10,13
  333:12 334:2 340:6,10
  340:15 343:14 344:11
  345:19 353:3,3 371:19
  374:9 375:14
**officer's** 319:22 320:2,5
**officers** 218:20 219:3
  230:8,20,24 232:11
  234:20 272:3 293:21
  297:20 298:2 320:2
  322:17 323:22 325:21
  325:22 333:21 334:4
  348:22
**offices** 201:13
**official** 292:19
**offsetting** 228:21
**oh** 270:17 327:12 341:18
**Ohio** 202:10
**oil** 303:14,16,17,18,25
  304:12 341:5
**oils** 303:15
**okay** 205:22 206:20,21
  211:6 217:12 227:14
  234:16 256:4 260:8
  273:22,23 276:7 277:3
  286:6 289:4 292:24
  298:4 305:13 306:16
  310:14 314:12 316:23
  321:17 331:3 337:13
  339:22 343:22 344:9
  352:10 354:9 359:25
  363:5
**Oliveira** 360:21 361:3
**Omar** 360:8,14
**ombudsman** 211:15
**ONASCH** 202:18
**once** 283:17
**ones** 218:20 225:12
  226:17 240:6,7 267:6
  267:15 340:22 354:12
**ongoing** 235:23 264:15
  264:19
**online** 276:22,24 349:9
**oOo** 204:9 381:4
**open** 358:18 364:19
  365:10
**opening** 225:2 230:17
  309:2,10 314:22 365:14
**operation** 323:10 345:2
**operations** 228:20
  326:11 333:25 343:21
  357:25
**opinion** 265:5 271:17
  291:9 310:25
**opinions** 291:10
**opportunities** 218:17
**opportunity** 312:2
  377:12
**opposing** 288:15,17
**optimization** 368:14
**optimizing** 235:24
**option** 268:24
**order** 216:11 229:20
  243:23 244:24 247:5
  248:3 250:22 258:17
  259:3 269:7 271:23
  279:24 294:8 301:25
  304:25 311:3,15,21
  313:21 314:4,17 321:15
  321:25 322:9 329:4
  348:24 355:17 358:18
  377:18
**ordering** 358:17
**orders** 240:6,7 278:4
**ordinance** 357:14 358:17
**outcome** 379:13
**outside** 218:10 267:16
  274:16 275:3 340:4
  366:18 371:25 373:3
**overbilling** 252:11
**overprice** 329:9,17,22
  342:24 358:3
**overpricing** 291:18,24
  330:10,12 342:13 343:5
  357:7,24
**overtime** 236:3,5

**P**
**P** 202:2,2 203:2,2 204:2
  204:2
**p.m** 256:13,17 272:9,10
  273:3,5 275:13,18
  288:13 295:20,24
  335:24 336:4 350:6,11
  355:6,11 362:12,17
  372:17,21 378:5,7
**packages** 365:11,15
**page** 238:25 257:9
  259:16,16,22 260:3,5,6
  260:17 263:21,21 264:3
  264:5 265:15 267:22,24
  283:8 288:24 289:11,11
  289:12,14 298:23 299:9
  299:9,10 300:19 316:25
  320:12,13 338:25 351:4
  351:25 352:12,18
  357:13 360:13 363:20

363:22,23 364:2,4
366:12,13 367:11,12
380:3,8,21 382:4
**pages** 264:24 288:19
289:21
**pagination** 263:24
**paid** 249:7 268:14
283:19
**Pais** 278:6
**PAJARI** 204:4
**paragraph** 243:17
250:12 252:23,24 253:3
255:18,21,23 265:15,16
266:9 267:24 323:16
326:18 328:13 338:25
339:2
**Parentheses** 285:25
**part** 213:24 219:21
226:7,12 227:3,4 231:6
239:19 240:24 243:17
250:10,25 260:9 264:3
265:4 270:24 271:17
280:10 285:21,24
287:10 288:22 298:19
317:22 322:6 324:9
325:5 327:23 363:16
371:7 377:23
**partial** 288:6
**participated** 227:8,11
257:16
**particular** 221:6 285:13
295:8
**parties** 373:24 377:10
379:11
**partners** 304:8 368:11
**partnership** 304:8,18,18
368:23
**parts** 325:2 326:8 339:25
364:6
**party** 221:4,8,11 269:12
303:8
**Pasadena** 331:10
**patience** 276:19
**Paulo** 203:21 215:23,25
216:23 217:7,13,16,19
217:22 218:18 223:2,4
223:4,7 224:24 245:16

278:3 282:5 284:4,13
290:7 292:13
**pay** 283:12
**paying** 249:23
**payment** 244:2,2,18,21
250:14 253:5 283:4
284:5
**payments** 243:24 247:23
248:16,23 249:7 251:10
251:11 252:5 254:13,18
255:10 266:17,18 269:8
282:7 283:2,15,18,23
284:3,4,14,16,19
285:20 286:17,19 287:3
290:16
**PBRCG** 320:17,20
324:11,14 380:13,15
**PBRCG-P** 237:17,20
380:9
**PDVSA** 304:7,9,9 368:17
368:23
**PEC** 241:21 243:15
**Pedro** 203:7 204:5 353:2
**penalties** 346:6
**pending** 330:20
**Pennsylvania** 202:17
**people** 227:3 334:18,19
334:20 336:19 373:14
373:15
**percent** 252:2,2 267:7
304:24 305:3 318:19
327:8 328:18,19,24
329:7 364:23 365:17
**percentage** 304:12
**perform** 236:16
**performance** 219:24
223:22 314:11,21
**performed** 249:5,6
250:14 258:18 265:20
**performing** 226:18
251:12 354:7,11
**period** 216:22 267:2
292:4 336:16 342:25
**permit** 246:10
**Pernambuco** 246:6
357:9
**person** 278:5 312:9

315:6,6 333:19,22
341:24 348:6,8,11
360:9,15 361:4,10,16
361:16
**person's** 348:16,19
**personal** 274:22
**personally** 224:7 227:11
236:21 241:11 261:5
305:6 315:11 331:13
**persons** 265:12 281:11
287:10 349:2
**pertaining** 312:13
**Petrobras** 201:5 203:4
204:5 206:3 211:13
213:24 215:19,20 217:6
218:20 220:23 223:12
223:15 224:22 230:6,7
230:8,20 231:4,16,17
231:20 240:6 246:25
266:10 273:16,24 274:2
274:4,12,13,16,24
280:19 287:9 290:9
291:19 292:4,18 293:20
296:12 299:12 300:24
304:25 306:15,21,23
308:13,16 309:14
310:19 314:10 321:23
327:2,3 331:19 332:17
332:24 333:5,8,10,20
334:16,20 335:14
336:19 337:19 338:6
340:12,16 341:20,22,23
342:21,24 344:12
346:20 347:12,18 348:4
349:3 350:16,20 351:22
352:7 356:16 358:2,23
360:21 361:25 368:5
369:16 372:6 373:2,6
375:14,24 380:18,20
**Petrobras'** 208:2,21
211:15 221:7 267:8
274:19 297:3 306:11
314:23 322:7 342:18
347:8 361:9
**phase** 236:20,22 328:8
333:25 366:7
**phases** 301:6

**phone** 208:23
**phrase** 377:12
**physical** 229:19
**pieces** 246:11
**Pinto** 361:9,15
**place** 244:5 333:14
**placed** 229:8
**Plaintiff** 202:3,10
**plaintiffs** 201:12 202:15
202:16,21 207:17,24
208:12,19,25 209:7,10
211:19 212:20,25
214:21 215:3 237:23
263:10 320:23 324:17
355:24
**plaintiffs'** 208:20 356:4
**planned** 368:15
**planning** 218:2,4,7,8,12
218:19 219:13,19,22,23
221:15,16,23 222:8,14
222:20,25 223:3 226:11
296:23 309:15,16,18
**plans** 223:22
**play** 220:8 226:24 297:9
311:3
**plays** 229:22
**Plaza** 203:4
**please** 214:18 216:12
228:4 238:3 247:12
262:9 342:16 344:21
350:14 352:16 354:14
359:6 360:3
**pleasure** 368:17
**plural** 320:2
**plus** 292:10
**podium** 230:21 245:6
**point** 207:22 238:8
239:21 247:22 248:16
254:10 262:18 268:18
304:22 341:12 356:18
358:18 378:2
**pointed** 275:4 375:14
**pointing** 248:6
**points** 358:9
**police** 210:25 355:25
356:8,10,15 357:6,11
357:22,23,23 358:13,18

359:13,19 360:12,16
361:2,5,14,17,23
376:15 380:24
**policies** 237:4 246:3
**politicians** 272:3 332:21
**pollution** 229:10 333:17
**Pomerantz** 201:13 202:3
**portaria** 357:14
**portfolio** 219:23 250:10
296:24 297:2 305:10
**portion** 325:14
**portrays** 277:9
**Portuguese** 204:7 205:8
205:9 232:4 238:10,16
238:17,17 257:12
259:16 287:25 289:6,10
298:21 299:2,3,7
336:11
**posed** 253:25
**position** 217:7,21,25
219:12,18 220:9 221:22
222:7,9,11,14,15
223:10 233:9,13,15
235:9 262:19 263:2
280:2 281:21 282:11
284:12 293:19 334:7
348:20,20
**positions** 222:10,13
223:9,14
**positive** 368:8,16 369:3,7
369:13
**possessive** 320:5
**possible** 225:13 280:24
**possibly** 306:14
**postpone** 224:25
**postponed** 225:11 267:8
**power** 224:16 227:2
321:25 322:3,6,11
324:7 325:2 326:3
329:8
**ppms** 303:23,23
**practice** 315:3
**practices** 247:7
**predefined** 295:4
**predicted** 250:2
**preliminarily** 248:9
**premises** 367:22

**premium** 343:5
**preparation** 297:10
**prepare** 207:2 277:6
**prepared** 253:18 277:17
277:18 294:10 336:17
**preparing** 322:14
**presalt** 303:16
**present** 204:3 221:11
230:20 261:22 300:8
305:6 312:9 352:7
**presentation** 296:10
297:11 299:11,15,22,24
300:15,18,22 305:7,9
327:12,16 362:25 363:7
363:7,16,21,25 364:4,7
365:20 367:12,13 381:3
**presentations** 297:19
345:7 363:15,18 364:24
366:9
**presented** 225:3 299:22
300:23 316:12
**president** 223:13 230:19
232:11 245:3,8 280:7
**press** 369:17
**pressure** 265:11 266:21
**prevent** 268:25 309:19
**previous** 209:21 230:13
241:10 245:14 254:7
256:3,5 262:2,13 276:3
319:15 336:16
**previously** 205:10 209:5
241:23 243:9 261:2
273:7 280:16 296:4,6,9
305:15 322:4 328:14
332:5 340:2 348:9,25
353:7 360:2 362:21
**price** 225:18 226:7
267:25 268:19 269:3,6
269:14,15,23,24 296:16
317:5,23 318:4,10,25
320:9 327:13,22,24
328:18 339:9 343:4
344:25 365:6 371:14,20
371:22
**prices** 268:3,13,14 319:2
320:7 344:25 358:14
359:8,11 364:19 365:15

368:13,13
**PricewaterhouseCoop...**
273:13,21 275:22
375:11
**principal** 220:20
**print** 264:14 286:5
321:13
**printed** 337:4 347:17
**printing** 264:13
**prior** 207:22 208:12,25
209:7,18,24 235:19
241:13 257:19 285:12
338:13
**privilege** 211:22 212:10
212:12 355:22
**privileged** 212:4 355:2
355:15 356:2
**privy** 340:8 345:21
**proactive** 269:10
**probably** 245:12 339:8
**problem** 237:2 243:25
244:22 245:11,19,20
264:15,19
**problems** 230:23 241:18
340:24 341:10,10,16
**procedure** 279:25
**procedures** 228:18 237:5
244:5,8,20 247:6
280:16 282:4 315:16
316:18 322:7 341:13
373:20 377:22
**proceed** 357:10
**proceedings** 379:7,9
**process** 220:16,21,24,24
221:5,8 224:15,25
226:21,22,23,24 235:25
236:12 244:8 245:20
265:12 266:6 280:17,20
286:7 303:18 304:6
314:9 315:16 322:3,22
326:16 334:19 345:11
345:16 346:2,5 370:21
376:21
**processes** 225:2 228:22
228:24 231:11,25
235:10,11,17 265:20
266:17 281:9,15 326:14

**processing** 236:4
**produce** 337:2 356:4
**produced** 264:9,12 286:6
309:24 321:9 336:25
345:7 360:13
**product** 250:4,9 291:23
304:21
**production** 303:13
**products** 269:7,9,12
291:18 303:21 304:12
304:16
**professional** 314:15
**profile** 236:4
**Profit** 303:3,3
**profits** 305:2
**program** 332:8,12 349:4
349:5,8,8
**prohibit** 246:20
**project** 219:23 224:6,8
228:25 229:17 235:24
236:18 241:22 296:8,19
300:16 301:5 302:20
303:8 319:5,21 322:18
322:19 323:11,24 324:2
324:5,6,7,9,23,24 326:3
328:7,25 329:10 333:23
334:5 339:10 366:6
368:2
**project's** 296:18 325:23
**projects** 213:19 218:11
218:12 227:24 228:13
228:18,24 229:5,13,14
229:18,18,19 230:7,16
230:25 236:25 280:15
323:12 325:18 354:8,12
371:17
**promises** 297:3
**promote** 218:18,21
219:12 229:23 230:4
**promoted** 217:24 227:24
**promotes** 218:22
**proposal** 224:19,20,21
225:17,18 226:10 302:5
302:6,19 303:11 304:6
304:17 318:20 326:25
327:7
**proposals** 225:4 247:8

proposed 304:7 333:22
  339:4
prosecutors 210:4,14,14
  210:15,18 374:16,20
protecting 279:17
protective 355:16 377:18
prove 291:17,23 311:18
  311:19
proved 251:17 286:23
provide 209:23 210:3,5,7
  210:9,24 212:11 213:17
  215:7 217:16 231:12,21
  254:5 261:19 277:14,20
  277:24 291:7,8 308:3
  312:7 313:16 314:17
  315:15 316:17 323:6
  338:15 353:16
provided 208:4 210:12
  210:17,22 211:17
  213:24 234:19 252:6,10
  253:5 255:11 269:11
  278:15 291:10 297:4
  312:20 313:13,17,19
  319:3 336:15 343:9
  344:8
providers 251:3 283:20
  306:14,15 331:20
provides 254:16 255:24
providing 217:19 278:4
  287:15 288:12 327:9
provisions 306:13,22
  307:2 308:16,17,19,23
  309:2,5,9,25 310:2,5,17
  310:20 311:5,10,13,14
  311:20 312:14,25
Prussia 202:17
PSPL 223:13 345:15
  347:24
Public 201:16 202:10
  379:5
published 276:15,22
  349:11
purchased 331:10
purporting 298:8
purpose 269:17 304:3
purposes 228:3 281:3
pursuant 201:12

put 226:4 239:25 302:2
  308:5 330:18 342:22
  352:10 354:9 359:25
  361:22 362:19 366:24
  377:8
PWC 203:14 273:22
  274:15,19,23 275:6,8
  340:3,19 341:9,15,24
  341:24 343:6 346:22
  347:7,12,19 373:2,4,5,7
  373:10,11,14,15 374:9
  375:13,17,20 376:4,7

Q
qualified 314:14
quality 265:8 303:21,22
quarter 341:5
Queiroz 360:20 361:3
question 206:14,19,20
  208:10,16 209:4,6,14
  212:7 218:24 227:10
  232:21 239:10,12 241:4
  246:18 248:5 249:5,18
  249:20 252:20,23 253:8
  253:10,12,25 254:6,8
  255:5,8,11,12,13,17
  257:24 260:11 261:25
  262:9,10 263:14 268:10
  268:11 271:19 276:9
  279:9 282:12 286:15
  289:15,17,20 290:4
  291:11 292:6 294:13,14
  294:24 295:6,17 300:17
  301:3 311:12 315:19,23
  317:2,13 324:22 327:18
  327:20 329:6 330:20,22
  330:23 333:6 334:13,24
  335:3,6,12,16 336:20
  337:14 357:20 366:18
  374:5 375:5 376:12
questioned 300:6 314:20
questioner 344:2
questioning 236:20
  298:25 358:8,12 372:3
questions 205:8,15,21,23
  206:5,13 215:5 224:12
  249:11 253:22 273:15

275:11,20 276:10
  288:17 295:5 296:7
  305:14 312:13 327:13
  330:19,25 331:5 336:9
  336:11 339:15,20,21
  355:20 356:18,19 358:4
  366:16,21 375:2 376:10
  376:14
quick 339:16 350:5
quite 253:9,14 269:8
  368:24

R
R 201:15 202:2 203:2
  204:2 379:2,4,19
Radnor 202:17
Raimundo 346:19,20
raining 213:7
raise 249:4
raised 250:9
range 327:2
rate 301:10 302:20 303:3
  364:22 365:17,24
read 213:14,22 238:15
  249:20,21 254:6 255:16
  264:20 265:24 289:17
  310:23 312:23 317:16
  327:6 329:4 330:21
  347:17 357:17
reading 213:21 317:8
  376:18
ready 296:19
reais 230:22 327:4,5
real 265:25
realistic 213:17
reality 246:4
realized 250:24 251:10
  255:25 266:20 269:5
really 221:12 222:3
  252:3,10 269:10 333:3
  343:8 374:9 375:24
reason 206:22 212:6
  236:7 250:12 266:20,22
  271:18,20 272:4 315:2
  327:14 337:3 341:14
  382:6,8,10,12,14,16,18
  382:20,22,24

reasonableness 268:3,14
reasons 211:16 253:4
  382:3
recall 212:16 232:18
  234:3 241:11 256:21
  259:17 260:11 267:21
  268:12,18 275:10
  299:14 305:23 311:10
  313:8,10 317:2 331:7
  340:9 342:5 348:16
  376:16
receipt 266:16
receipts 258:15
receive 226:19 240:6
  343:17
received 231:9,23 280:25
  282:4 285:3,7,14,19
  286:17 290:16,24 291:4
  291:13 311:22 332:15
  334:14 335:13 341:9,15
  343:6 345:17,25 346:22
receiving 241:13 248:23
  251:3 254:13
recess 215:13 233:2
  256:14 272:10 275:15
  295:22 336:2 350:8
  355:8 362:14 372:19
recognize 241:5 263:15
  277:4 320:25 321:15,22
  325:9,16,17 337:23
  350:19
recognized 218:16
recognizing 219:17
recollection 242:20
  260:22 268:12 279:2
  312:22
recommend 249:9 312:6
  313:4
recommendation 265:17
  327:8
recommended 348:9
recommends 326:24
record 205:6 215:10,12
  215:16 216:12 219:10
  228:4 232:8,25 233:5
  237:17,23 238:23 239:2
  240:17 247:10 249:21

256:9,11,13,17 264:16
273:6 275:14,18,19
279:17 290:3 295:16,21
295:25 319:25 321:18
325:12 328:9 330:17
335:17,25 336:5 350:7
350:11 355:4,7,11
362:13,17 372:18,22
376:13 377:8,16 378:6
379:9
**recorded** 275:6 347:9
349:10
**recording** 270:7,23
271:14 272:2 276:10,13
**recross** 366:19
**red** 303:5
**redacted** 325:13
**reduce** 229:13 266:8
301:25 304:5
**reduced** 266:7
**reducing** 211:14
**reduction** 304:23
**refer** 211:11 273:21
306:5
**reference** 220:17 241:9
265:17 270:7
**referenced** 306:18
**references** 307:7
**referred** 235:14 241:22
242:6 243:9,14 252:24
255:18,21,24 278:21
300:19 305:24 318:23
319:17,19 336:21 353:6
**referring** 211:7,12
213:23 232:2,12 242:21
246:19 257:5,10 283:7
283:13 285:4 290:7
292:17 309:5 319:18
323:19 324:25 327:18
328:10 332:3 336:21
369:14 371:11
**refers** 243:15,17,19
245:16 252:25 304:17
338:10
**refined** 303:21
**refineries** 228:16 230:14
236:3 368:14

**refinery** 223:23 224:6,8
224:14,17 226:6,19
228:18 229:7,9 230:17
245:4 296:8,15 303:12
304:13 305:2 322:18,19
324:25 325:2,4,7
331:10 333:24 354:2
357:7 358:11,21 359:16
359:22 360:6,23 361:12
361:18 362:2 365:18
368:4 369:24 371:15,23
372:8,13 376:22
**refinery's** 357:25 371:7
**refining** 228:15
**reflect** 238:10 321:18
325:13 328:10 338:4
351:14 352:5
**reflected** 366:5 370:20
**reflecting** 349:25
**refresh** 260:22 268:12
**refusal** 261:18
**refused** 223:21 261:6
271:25 284:2
**refuses** 295:16
**regarding** 207:9,18
209:17 224:16 236:2
255:9 261:19 262:22
268:19 278:11 281:16
284:25 296:19 307:7
323:10 337:19 338:7
357:24 359:21 380:19
**regards** 227:4
**regularly** 322:14
**regulations** 220:23 221:7
303:20
**reinforced** 333:11
**reiterate** 286:3
**relate** 246:20
**related** 209:24 210:18
227:24 229:24 236:11
244:6 265:19 284:23,25
336:17 379:10
**relation** 224:10
**relationship** 208:24
304:9,10
**relationships** 231:7
332:20

**relatives** 280:12
**release** 284:13,16
**released** 283:23 284:19
**Relevance** 213:4
**reliable** 242:5
**rely** 293:21
**remains** 316:19
**remarks** 224:10
**remember** 217:3 218:3
222:2,4 226:13 227:16
235:18,19 242:15,24
243:4 245:14 256:25
258:4 259:20 260:15
266:22 267:3,5,5,11,17
270:9,16 271:10 295:7
299:16 304:22 306:17
307:12,14,16 308:9,21
308:25 309:4,8,9 310:4
310:15,19 312:17,18
317:19 320:11 323:25
326:5 329:2,9,9,16,21
330:9,11 331:11 332:10
334:13 341:18 342:10
354:8 363:17 371:5
374:14
**remembers** 302:16
**remind** 258:14
**reminding** 225:11 297:2
**removal** 303:24
**removed** 333:24 334:7
**Renato** 353:4
**renowned** 314:7
**repair** 228:25
**repeat** 262:8 266:10
**rephrase** 209:4 257:23
**replacement** 245:18
**replied** 317:4
**report** 226:4 234:7
251:18,23,25 252:7
253:13 259:15 261:4
263:5,8,15,20,22 264:6
264:7,21,25 265:2,4,13
265:16 269:5 271:15
275:7 283:6 285:18,22
292:10,16 295:8 313:19
313:21,22 314:16,17,19
314:19 315:24,25 316:2

316:21 319:12,19
343:10 345:8 356:2,8
356:10,15 357:11 359:4
360:5,8,12 361:2,14
371:4,11,21 380:11,24
**report's** 252:8
**reported** 234:12 259:8
278:18 379:7
**reporter** 201:15 273:21
349:9 379:5
**reporter's** 349:13
**reporting** 201:25 273:25
282:9 382:25
**reports** 292:25 293:25
369:11,14,16,18,20,25
370:6,16,20 371:10,13
371:18
**represent** 273:13 375:10
**represented** 352:7
**representing** 207:24
209:7 211:19 279:7,11
289:24
**request** 206:15 286:3
316:8 356:5
**requested** 205:15 226:9
227:2 232:11 261:3,4,9
266:14 284:5 297:12
333:20
**requesting** 283:15
329:10 353:24
**require** 228:21 237:14
251:15 309:19 325:22
**required** 230:7 241:21
244:19 262:22 356:3
373:21
**requirements** 302:4
**requires** 220:25
**requiring** 230:25 282:5
**reread** 295:13
**research** 248:25
**reserve** 339:19 356:18
377:13
**resolve** 357:15
**resorted** 271:24 313:20
**resource** 258:19
**resources** 222:22 258:6
**respect** 247:21 292:5

311:9 315:11 316:10
320:6 349:16 370:25
373:3
**respective** 266:16
**respond** 212:10,13
**response** 252:17 286:15
356:4
**responsibilities** 217:12
219:19 221:14 251:24
294:6 323:3
**responsibility** 219:25
220:14,18,21 226:16
227:24 228:13,23
280:15 285:8,9 297:6
322:20,23,25 325:8
326:9,12,17
**responsible** 226:17 287:9
296:24 323:6,9 326:11
340:7 353:5,6 354:7,11
360:9,21 361:10 371:6
371:16
**responsive** 224:2 252:14
252:17 312:16
**restate** 330:7
**restructuring** 218:11
**result** 296:18 368:25
**resulted** 316:2
**resulting** 343:5
**results** 302:8 309:24
318:12 325:23,24
343:11 370:21
**retaliation** 271:18,22
272:2
**retired** 233:22 234:3
316:7 346:21
**Retirement** 202:10
**retrace** 260:25
**return** 296:25
**returned** 270:18
**review** 237:25 238:8
241:19 248:11 249:9,10
249:14 263:12 265:22
268:5 280:21 289:22
290:22 297:16,20 308:6
326:8 330:24 338:12
**reviewed** 237:5 308:18
312:19,20 338:16 357:8

**reviewing** 308:21 310:16
326:6
**revised** 297:19
**revision** 301:16
**Ricardo** 361:9,15
**right** 208:10 209:5
212:17 223:17 232:16
240:14,22 246:12,22
248:7 256:7 258:13,23
260:16 264:15 267:9,10
269:20 270:12 295:15
300:24 301:14,18
306:19 307:15,19
316:12 322:2 325:15
326:23 327:13 328:19
329:23 330:6,13,14,20
332:8 334:4 339:15,19
356:21 365:4 377:5
**rights** 356:19 377:13
**Rio** 210:24
**rise** 310:6,21
**risk** 222:23,23 271:9
**RNEST** 224:6 296:8
300:16 324:7,9 337:20
338:3,7 380:19
**Road** 202:17
**Roberto** 215:24,25
216:23 217:7,13,16,19
217:22 218:18 223:2,7
224:24 233:22 245:16
278:3 282:5 284:5,13
290:8 292:13 349:13
**Roger** 203:6 206:3 215:8
264:18
**ROI** 296:19
**role** 220:8 222:19 224:6
224:13 226:24 229:23
294:3,4 297:8
**room** 232:22
**Rosemberg** 261:4
**rules** 218:23 246:10,19
246:19 259:13
**Russell** 202:16

―――――――――
**S**
―――――――――
**S** 202:2 203:2 204:2
380:7

**sA** 202:2 305:15,19,23
305:25 306:5 310:5
311:9 312:18 313:13,18
313:25 315:11 316:11
316:19 317:21 318:8
320:8 349:17,18,24
351:18,21 352:6
**Sa's** 315:20,22
**safety** 222:23
**salary** 211:14
**samba** 282:9
**San** 345:15
**Santos** 203:20
**SAP** 243:25
**satisfied** 338:18
**saw** 285:17 315:25
376:24
**saying** 214:9 231:16
259:9 261:11 262:3,11
262:25 286:13,14,18,24
302:17 304:24 307:21
307:22 309:22 311:18
314:18 333:12 335:10
**says** 213:19 238:18,21,22
241:21 247:23 248:9,11
248:16 249:22 260:7,17
263:20 264:3 266:2
267:24 269:24 300:4
323:8,17 326:19,24,25
327:7 351:18 353:16
357:14,15,17
**scenario** 364:10,25 365:4
366:8 367:11,12,15,17
368:7,15 369:13
**scenarios** 364:9
**scheme** 281:12,18 283:5
287:11
**scope** 266:7,8,13 268:2
271:17 301:10,22
302:13 303:24 366:19
367:7 371:25
**screen** 235:16
**screw** 269:19 358:10
**seal** 271:7
**search** 343:13
**Seaview** 342:23 346:15
346:17

**second** 233:22 251:19
253:13,16 254:10 260:5
260:6 261:3,5,6 263:5,7
263:15 267:24 270:9
276:12 293:6 304:17
318:17,20 319:23 329:3
357:13 366:7 371:21
380:11
**section** 360:7,19
**SECURITIES** 201:5
**see** 225:3 238:7 239:14
239:18 242:16 248:24
257:15 260:16,19
261:17,23 264:5,7,10
264:24 265:21,25 268:4
289:18 300:4,13,18
303:22 306:19,22,23
308:15 311:25 316:5
323:7 326:10,20,23
327:10,18 329:4 348:24
350:23 351:17 352:3
358:5 360:8,14,20
361:3,15 365:7,8,19
368:7 370:10,13
**seeking** 325:25 359:14
359:20
**seen** 261:8,13 315:24
316:4,20 356:22 363:14
370:6 377:4
**segment** 288:6
**sell** 342:24 344:25
**send** 353:8
**sense** 261:20,20 330:6
**sent** 243:14 245:15
322:17 333:16 334:7
343:20 363:8
**sentence** 239:3,5 241:20
248:25 253:9 269:20
339:5
**separate** 355:17,18 356:6
**September** 337:18 338:5
363:21 364:2 365:3,21
366:10,12 367:12,16
368:20 380:17
**September/October**
368:16
**sequential** 283:9,14

**Sergio** 353:4
**series** 248:2
**serious** 237:11 239:15
  240:4 281:14 294:5
  303:19
**service** 244:14 248:22
  268:19 283:19 317:6,23
  318:5,10
**services** 234:19 243:18
  244:4 247:23 248:17,23
  249:4 250:13,25 251:13
  252:6,11 253:5 254:12
  254:13,17 255:10 268:2
  268:24 280:17 283:11
  327:10 339:7
**session** 203:17 273:2
  313:5
**set** 226:7 256:7 257:20
  268:21 269:6 278:20
  305:13 312:21 318:15
  320:14 337:13 379:15
**sets** 326:23
**setting** 208:11,22 310:14
**seven** 366:23
**shades** 215:9
**sharing** 238:13 323:3
**sheet** 341:8,20 373:21
  375:24
**ships** 341:4 342:18
**short** 247:24
**Shorthand** 201:15 379:4
**show** 237:15 239:13,25
  257:6 269:12 295:16
  296:3 300:11,15 349:24
  350:13 362:5,20
**showed** 269:6 271:5
  308:5,24 310:16,18
  311:9 313:5 318:9
  329:12 341:10 346:23
  369:23 370:17,24
  371:22
**showing** 284:18 285:14
  290:15 301:4 341:15
  352:15 362:22 370:16
**shown** 300:5 316:6 347:7
  359:16
**shows** 296:14 301:5,11

303:10 321:8 351:7
**side** 334:4
**sign** 321:6 326:2
**signature** 321:5,16
  325:11 373:21
**signatures** 264:6
**signed** 306:20 308:13
  321:2,12,20 323:2,2
  337:9 338:13,19,22
  371:9
**significant** 359:10
**signs** 358:19
**similar** 236:4,4
**simple** 295:6
**simply** 239:25 253:16
**Singapore** 274:4,8,10
  275:3 332:25 333:14
  334:8 340:4 342:19
  344:12 345:8,14 347:7
  347:24,25 348:2 373:5
  373:7,11,14,24 376:7
**site** 309:18
**sitting** 307:17 312:22
  313:8
**situation** 213:18 278:11
  296:15
**six** 281:13
**size** 240:5 323:12
**SKADDEN** 203:9
**Skagen** 202:16
**SLATE** 203:9
**slide** 301:2,4 303:9,10,25
  304:2,3 328:11 366:16
  367:3
**small** 243:18,21 244:4,6
  244:14,18,21,22,23
  245:17,22 246:5,15
  247:4,23 248:17,23
  251:2,4 254:13 258:9
  268:24 269:3 280:11,17
  283:10,11 322:18
**smaller** 246:11,21
  304:15
**social** 227:23 228:12,23
  280:15 285:8
**Son** 345:15
**soon** 339:18

**sorry** 214:13 233:13
  245:2 254:4 270:19
  292:24 363:21 364:4
  366:17
**sort** 271:12 309:23
  366:25
**SOUTHERN** 201:3
**space** 310:10
**Spalding** 203:13 273:12
  375:12
**spans** 289:21
**SPAZIANO** 203:11
  347:2 357:3
**speak** 207:4,8,15,23
  208:3,22 209:16 225:7
  233:8 238:16,19 281:16
  317:25
**speaking** 239:6 249:15
  268:9 279:12 289:23
  294:21 317:11
**speaks** 298:25
**specialty** 329:15
**specific** 255:23 268:18
  289:20 292:17 306:13
  309:5 310:4,19,24
**specifically** 224:5 235:18
  242:10 270:14 305:22
  306:4,8,17 316:16
  325:25 339:3 342:10
**specified** 225:14
**speculation** 254:21
**spelling** 344:16
**spend** 236:7 250:3
**spent** 230:22 236:14
  249:25 269:5 368:4
**spoke** 207:7 209:6,9
  232:16 255:25 256:2
  287:8 308:19 331:23
  373:22 374:2 376:4,8
**spoken** 331:13 332:11
**spreadsheet** 285:22
  293:3,5 318:15 319:17
**stable** 250:7
**staff** 280:8,9,13
**stakeholders** 294:7
**stamp** 337:4
**stamped** 237:17 300:14

320:17
**stand** 223:17 232:7
  248:20 292:2 298:4
  329:13 341:3 374:23
**standard** 339:4,8
**standards** 247:20
**stands** 251:6 294:23
**start** 233:14 242:11,22
  250:22 254:8 339:17
**started** 216:8,20,25
  217:25 235:8 257:4
  323:13,14 340:23
**starting** 357:23
**starts** 352:25
**state** 201:16 318:7
  321:14 379:6
**stated** 247:10 269:21
  297:23 330:13
**statement** 268:11 339:12
**states** 201:3 277:13
  363:7
**stay** 290:3
**STEEN** 203:3
**steps** 314:9
**Stop** 294:21 295:11
**stopped** 279:3 283:16
  341:13
**strategic** 219:21,23
**Street** 202:22
**strike** 210:13 213:21
  223:8,24 233:13 244:19
  252:12 257:24 262:10
  293:13 312:15 315:20
  320:13
**strong** 259:14
**structure** 218:14
**structured** 242:3
**structuring** 218:12 227:5
  240:5
**study** 223:21
**subdivided** 246:17 251:2
  258:15
**subdividing** 246:11
  248:7
**subdivision** 244:23
  246:16,21 248:13
**subject** 271:16 314:22

363:19 376:7
**submission** 328:21
**submit** 225:10 238:20
261:6 319:22
**submitted** 224:19 225:16
225:18,19 257:2 261:5
282:4 290:19 292:9,13
292:15 293:12 294:15
333:21 357:9 371:18
**subordinated** 234:10,11
**Subscribed** 378:10
**subsequent** 252:22
**subsequently** 225:21
292:12
**subsidiary** 340:16
**success** 258:25
**sued** 346:8
**suffered** 266:21
**sufficient** 323:18
**suggest** 220:15 311:6
**suggesting** 317:22
**suit** 211:13 213:14,15
214:3 370:12
**suits** 231:10,24,25 232:5
232:6
**sulfur** 302:3 303:24
**summarizes** 343:11
**summary** 255:12 373:25
**summoned** 214:2
**sums** 251:14
**superficial** 248:12
309:16,17
**superior** 266:12
**supervisor** 233:18
**supervisors** 233:20,24
**suppliers** 248:17,21
251:3 254:11 282:6
306:14 317:3 332:21
**support** 230:21
**supposed** 337:10
**Supreme** 313:20
**sure** 209:14 219:10
222:6 225:13,23 231:22
232:23 252:3 282:22
283:21 284:11 300:7
303:5,6 304:20 307:17
312:12 334:21 343:8

344:2 346:7,11,13
347:9,16 355:5 358:13
375:7 377:23
**surpassed** 328:8
**surprised** 367:24
**suspended** 262:19
283:20 284:3,4 313:20
315:6,7 348:4,7
**suspension** 262:23,25
348:9
**suspicion** 258:20 283:15
311:17
**suspicious** 334:20
**sworn** 205:5,7,11 273:8
378:10
**system** 202:10 244:2
251:9,10 283:19 321:12
327:24,25 328:5 353:6
366:2,5 368:12
**systematic** 242:4
**systems** 263:2

**T**

**T** 201:2 379:2,2 380:7
**table** 268:21,22 357:4
358:10
**take** 215:8 229:20 231:6
238:3 240:3 249:9
259:21 265:22 268:5
272:7 294:8 335:22
336:12 337:22 339:16
350:5,14 352:16,18
354:14 360:3 362:11
372:15
**taken** 201:12 215:13
233:2 237:7,8,11,12
240:11 256:14 275:15
277:15 279:24 295:22
298:22 336:2 350:8
355:8 362:14 372:19
**talk** 226:9 239:4 276:8
**talked** 358:9
**talking** 220:4 229:5,25
255:8 260:9 302:12
306:5 309:25 325:3
334:9 365:16
**talks** 327:12

**tape** 215:15 233:3
256:16 273:4 275:17
295:23 335:23 336:3
350:10 355:10 362:16
372:20 378:3
**Tasso** 359:20
**Tavora** 361:10,16
**tax** 297:5 302:23 305:4
**taxes** 297:4
**TCU** 353:23
**teams** 339:10
**technical** 220:5,11 301:8
301:14
**Teleconference** 202:13
203:17
**telephone** 332:14
**television** 332:2,7,12
**tell** 206:11 214:25 215:6
233:8 271:4,20 283:6
300:17 306:8,16 310:13
337:23 340:18 348:10
349:5 352:19 353:11
357:14 358:12 364:2,5
366:9 367:10 373:3
**telling** 306:17 312:18
**ten** 267:10,18
**tender** 226:8 227:3
**tense** 261:22
**term** 338:2
**terminate** 314:3 315:2,4
**terminated** 258:16,25
**termination** 277:12
278:21
**terms** 355:16 365:21
**test** 257:8
**testified** 205:11 227:15
232:15 261:10,16 262:4
262:12 270:6,11 271:11
271:13 273:8 296:9
299:11,25 300:22
305:15 322:3 324:22
331:6 340:2 341:11
344:17 345:16 347:11
348:3,6,25 349:4
351:18 372:24
**testify** 206:23 261:12,15
261:18 280:24 351:11

**testifying** 213:10 254:9
259:17 299:2
**testimony** 207:5,18,21
207:25 208:4,7 209:8
210:5,7,9,24 212:21
214:12,19,20,20 215:2
219:15 227:16 232:18
235:15 245:14 250:11
260:12 261:3,8,22
262:7 267:13,20 270:8
270:9,12,15 271:12
276:11,20 285:13
286:14 287:20 288:2
290:11 291:7 299:6
308:12 312:7 313:22
315:16 316:17,19,24
317:16,19 328:15
329:11 330:19 331:7,17
336:15,22 337:17 338:4
339:25 340:19 341:9
345:9 349:17 351:14,17
352:6 359:14,20 371:5
371:16 374:15,18,23
376:16,24 377:10
380:17
**text** 255:16 260:6 295:12
**thank** 211:5 223:17
226:3 246:18 258:15
270:5 275:12 280:9,10
291:25 298:3 303:4
307:3 333:15 334:8
368:21 376:9
**theoretically** 234:9,13,14
234:17
**thief** 269:16
**thing** 231:23 307:15,25
328:14 363:17 368:17
376:13
**things** 213:7 259:11
307:10 334:21
**think** 209:5 212:9,11
221:24,25 225:17,22
232:9 233:17 234:4
235:14 238:12 239:3,10
240:15 263:5 265:20
269:14 274:25 278:2
279:6,22 286:7 298:16

298:19 300:7,20 305:10
307:25 314:7 316:6
320:3 327:19 329:6
339:14 346:13 349:11
366:18,25 367:4 377:10
**third** 201:14 202:4,11
232:9 302:14 304:23
318:18,21 319:24 339:5
**thought** 237:7 271:16
**thousands** 246:7
**three** 230:5 247:7 250:5
258:15 287:8 302:2
370:5
**threshold** 244:2,14
251:11
**time** 205:5 212:19
215:11,15 216:2 217:5
221:15 224:4,14 225:17
226:14,25 227:14
230:10 232:15,24 233:4
238:6,7 242:2 244:6
246:9 248:10,22 249:9
249:10,13 253:18
254:12,16 256:12,16
257:14 259:10,22
264:18 265:22 266:20
266:25 267:6,15 268:5
269:3,13,22,25 270:6
270:17,18,19,20 271:3
271:11 272:9 273:5
274:5,11 275:4,13,17
276:14 278:11 279:24
280:6 281:20 282:12
285:8 286:10 290:5,7
291:2 292:4 294:3,4
295:20,24 296:17
300:16 306:10 309:12
310:23 311:16 315:5
319:10 324:3 327:21
331:4,13 335:24 336:4
341:18 343:8 345:23
346:18 350:6,10,14
351:22 352:6 354:14
355:6,10 358:5 361:23
362:12,16,20 369:2,6
372:17,21 376:19,25
377:4,15 378:5,7

**timeline** 342:2
**times** 219:9 228:20
234:21 250:5 254:20
**titled** 241:5
**today** 206:5,6,11,23
207:2 213:6,11 214:21
248:17 259:10 279:18
291:10 307:11,17
311:25 312:6,23 313:8
340:2,14 348:13,25
358:10 367:5 369:12,12
372:25 374:24 377:11
**today's** 378:4
**told** 214:6 305:23 310:12
310:14 311:11,12,14
312:21 313:11 320:8
**tonight** 376:19 377:2
**tools** 287:14 291:17,23
**top** 241:3,5 260:6,16
**TOPAZ** 202:15
**total** 368:13
**totality** 319:9
**touching** 332:18
**town** 246:5
**tractor** 230:21 245:6
**trader** 343:2
**traders** 342:18,19
**trained** 229:15 310:8
**transactions** 268:15
**transcript** 271:7 287:20
287:22 298:12,20,22
299:5 306:20 308:13
316:23 320:13 379:9
380:12
**transcription** 306:24
**transformed** 291:24
**translate** 205:21,23
317:14,15,17
**translated** 214:16 238:16
288:23 299:7
**translation** 214:11
216:12 231:15,16
237:24 238:5,9,24
239:3,11,16,19,22,24
240:3,16 246:2 259:24
259:25 263:11 281:3
288:7 302:10 320:24

324:18 329:19,23 330:5
336:10 344:5 346:11
351:3 352:22 354:18,20
354:22 355:3 356:14
357:3 362:9,20 377:9
377:11,14
**translations** 238:13
288:12
**translator** 208:5 247:12
**transmit** 238:18
**Transpetro** 340:16
**Transpetro's** 340:14
**transport** 245:8
**treated** 333:20
**tried** 226:9,10 266:8
358:22
**Trioeletrico** 285:23
**Tripodi** 280:6 285:2,14
286:16 290:15 291:3,13
292:6
**true** 226:22 228:25
339:11 379:9
**truth** 206:11 214:25
215:6
**truthful** 338:19 374:20
**truthfully** 206:23
**try** 236:23 314:4
**trying** 254:9 257:8 281:6
349:3,3
**turn** 245:21 298:23
301:2 303:9 304:2
338:24
**turning** 245:17
**TV** 349:4,5
**two** 219:9 221:24 225:18
232:10 233:20,20,23,24
236:3 256:25 258:4
274:4 287:7 302:3
303:24 307:23 312:5
327:13 336:11 356:6
364:6,10,16,23 370:4
374:13
**two-minute** 362:11
372:15
**Two-thirds** 247:17
**type** 248:4 268:25
281:15 303:14 317:5,23

318:10 325:17 343:10
343:17 344:20 345:2
358:12
**types** 229:15 230:2,5
231:12 268:23 358:21

---

## U

**U** 205:7
**U.S** 207:24 210:9 211:19
213:10 214:5
**Ubiratan** 203:22 211:9
211:23
**unable** 334:12
**unclear** 328:16
**underneath** 326:19
**underscore** 237:17,20
324:11,14 380:9,15
**understand** 206:5,10,12
206:14 211:25 220:19
229:4,25 231:22 234:11
243:4 253:9 279:9
282:22 284:11 286:14
288:16 305:22 309:22
310:15 311:4 334:10
335:5,9 358:2 376:23
**understanding** 213:9,13
254:10 278:23 328:17
**understands** 357:19
**understood** 206:20
**undertaken** 315:22
**undertook** 338:6
**Underwriter** 203:9
**undue** 290:8
**Unfortunately** 258:24
259:9 279:25
**unit** 358:14
**unitary** 359:8,11 368:13
**UNITED** 201:3
**units** 302:3 303:24
**unnecessarily** 247:4,11
**unnecessary** 245:25
246:4
**updated** 327:25
**upper** 241:19
**use** 288:21 293:14
294:10,16 306:6 324:24
333:4,7 335:9,9

uses 335:6
usual 266:10
usually 221:19 244:12
  269:19 296:21 305:10
  358:15
utilize 220:13

**V**
vague 274:3
validation 298:8
value 342:23 365:22
  368:9 369:3,7
values 366:5
variable 302:24
variables 301:8,12,14
  328:5
variation 303:3,4,23
variations 303:11 367:25
varied 327:3
various 218:11 222:10
  245:17 247:23 271:25
  279:24 285:19 286:19
  301:6,7,13 304:4 307:6
  315:14 318:22 363:17
veer 244:24 266:18
Velosa 201:12 205:4,10
  273:7 380:4 382:1
Venina 201:11 205:4,10
  273:7 306:19 380:4
VENINI 382:1
verification 266:15
verified 286:22
verify 224:25 346:6
versa 373:16,16
version 238:17 288:20
  289:6 299:4 337:3
  347:17
versus 367:12
viability 300:16
vice 373:15,16
Video 201:25 382:25
Videographer 204:8
  205:2 215:11,14 232:24
  233:3 256:12,15 272:9
  273:4 275:13,16 295:20
  295:23 335:23 336:3
  350:6,9 355:6,9 362:12

362:15 372:17,20 378:3
videotaped 201:11 205:3
view 213:7 253:2 271:13
  286:9 306:9 309:10,23
  310:20
violation 360:10
violations 360:22 361:11
visibility 218:13
visible 318:13
visit 230:15
visiting 230:14
VPLs 370:17

**W**
waiving 355:22
want 211:3 215:2 219:10
  220:18 221:13 231:22
  240:13,14,16,19,25
  247:21 248:19 251:16
  251:24 255:16 263:18
  265:25 279:8 286:13
  292:7 305:14,22 310:15
  311:25 312:17,20
  315:18 317:14,24
  324:21 328:9,13 330:18
  330:24 334:11 336:10
  336:20,23 338:9,24
  339:16 341:6 349:16
  350:13 355:18 374:9
  375:4 377:22
wanted 232:13 235:17
  235:18 238:19,20
  268:10 269:10 314:2
  330:16 333:12 339:24
  343:16 349:6 376:24
  377:7
wants 249:14 268:8
  279:18
Washington 203:10
wasn't 283:17 294:3
watching 307:9
way 213:18 231:6 235:10
  247:17 259:11 263:24
  287:15 292:8 293:20
  294:20 310:9 311:3,13
  315:9 347:10 353:21
  373:25 379:12

ways 335:4
WEBB 203:16
website 348:24
week 243:3
weekly 236:25 241:16
  242:9,17,25
weird 280:14
welcome 305:5
well-known 231:3
went 216:21 280:23
  297:19,21 326:6 358:13
  358:14 359:12 371:5
  376:21
WHEREOF 379:14
whiskey 333:2
wife 331:22
wish 294:20 382:2
wished 332:25
witness 203:20 205:19
  205:20 207:15 208:6,9
  228:8 231:15,20 238:23
  239:7 246:3 251:5
  254:22,24 255:3,3,4
  259:19 260:14 269:24
  270:4 279:7,13 289:3,7
  289:25 295:16 298:25
  306:25 317:8 320:3
  328:10 330:15 337:12
  353:14 355:20 363:12
  368:21 379:14 380:3
Witnessed 312:11
word 211:3 216:16 232:4
  239:11 241:3 293:14
  294:10,16 295:7,8
  306:6 307:12,18,22
  324:24 331:24 333:5,7
  333:11 334:16 335:6,7
  335:9,10,10,11,14
words 211:4 226:18
  227:9 251:14 258:19
  283:10 287:11 293:17
  302:5 304:14 307:23
  311:3,3 333:19 349:21
  364:25 366:6 367:25
  368:3
work 215:18 216:8,18,20
  216:25 223:2 250:17

258:18 265:5,8 267:2
  267:10,18 268:2 273:25
  274:11,12 280:18
  311:23 314:9,12 315:4
  315:9 323:17 332:19
  333:13 345:10,13
  358:20
worked 216:6 223:3,4,6
  227:7 274:4 290:6,7
  331:22
working 215:20 216:5
  217:2 250:4 281:14
  286:7 306:10 315:8
  345:15 368:17
works 285:7 293:20
  297:2
world 368:2
worldwide 231:3 301:9
worse 364:9 367:21
worthy 267:25
wouldn't 262:24 271:4
  307:15 328:7
write 293:12 314:17
writes 247:18 265:16
writing 314:25 346:15
  346:17
written 238:15 266:2
  289:7 296:21 310:9
  339:5
wrong 223:16 269:3
  302:10 344:16
wrote 224:24 254:15
  293:16,17

**X**
X 380:2,7

**Y**
Yahoo 343:3
year 217:3 218:3 230:12
  230:13 231:12 234:5
  276:15,25 316:6 319:16
  323:21 342:7,8 349:12
  349:14 373:12
yearly 324:5,23
years 216:22 221:24
  242:18 274:5 281:13

329:16 374:13
**yellow** 365:9
**York** 201:3,14,14,16
202:4,4,11,11,23,23
203:5,5,10,15,15 379:6

---

**Z**

**Z** 205:7,7
**ZILDA** 204:6
**ZPQS** 243:17,23 244:7
246:10 247:25 251:3
268:15 283:2

---

**0**

**0004** 259:17
**01226966** 324:11,14
380:15
**01227093** 320:17,20
380:13
**01418-200-Sao** 203:21
**01738124** 237:18,20
380:9
**01832059-00004** 352:13
352:19 380:22
**098** 320:18,20 380:13

---

**1**

**1** 215:15 245:13 318:17
328:8 367:21
**1-800-310-1769** 201:25
382:25
**1,285,871,394.97** 327:5
**1.1** 365:2
**1.2** 365:8
**1.3** 365:2
**1.9** 367:21
**1:25** 272:9,10
**10** 260:18 303:23
**10,000** 245:11
**10:18** 215:11
**10:19** 215:16
**100** 250:5 320:13
**10006-1470** 203:5
**10013** 202:23
**10016** 202:4
**10022** 202:11
**10036-4003** 203:15

**101** 320:12
**106** 298:23 299:9,10
**107** 299:9
**10th** 379:15
**11** 296:7 299:17 300:4,21
301:2 323:5,16 328:11
362:22 363:20 364:5
366:16
**11:09** 232:24
**11:28** 233:4
**1185** 203:14
**12** 323:8 326:10 363:22
363:23 364:2 366:12
367:11 372:6
**12/3/2008** 241:4
**12:30** 256:12
**12:42** 256:17
**124** 238:25
**125** 237:18,21 380:10
**13** 326:10 327:22
**133** 250:3
**14** 360:3
**14-cv-9662** 201:5
**1440** 203:10
**15** 277:2 299:10 303:9
349:15
**15th** 260:7,18
**16** 206:8,25 207:5,19,22
208:13 209:2,8,11,18
209:25 212:15,21 213:2
214:20 227:14 257:7
259:18 260:12 298:13
300:6,22 305:16 316:24
331:17 367:3
**17** 300:19 364:4 366:13
366:16 367:3,13
**18** 288:24 350:16,21
380:20
**19** 374:15,19
**19087** 202:17
**1940-1** 203:21

---

**2**

**2** 233:4 248:16 256:16
365:20 368:3,5
**2.3** 327:22 328:6 365:9
**2:13** 273:3,5

**2:18** 275:13
**2:19** 275:18
**20** 237:16,19 238:4
245:10 247:17 252:25
256:19 380:9
**200,000** 245:10,12
**2000** 216:20 217:4
**20005** 203:10
**2004** 215:21 218:5
233:17
**2005** 222:6
**2006** 222:2,6
**2008** 232:17 233:9,19
234:5 241:7,14 242:17
256:20,21,24 257:16,21
258:2 270:21,21 281:10
281:16 285:18 286:15
286:18,25 290:14 291:2
291:12 317:25 318:2
319:7 320:10 334:14
335:13 349:22,22,25
358:24 368:16
**2008-2009** 312:10
**2009** 223:20 264:23
270:21,22,22 281:11,22
282:10,13,24 287:6
290:14 291:3,12 299:12
299:14,23 300:2,3
305:20 306:3 308:4
317:25 318:2 319:8
320:10 328:4 334:14
335:13 349:22,23 350:2
352:24 354:2 358:24
363:21 364:2 368:19,20
369:2
**2010** 369:6
**2011** 356:11 357:12,12
359:16 360:16 361:5,19
361:22 380:25
**2012** 274:6 346:2 369:24
370:2,15 372:4
**2013** 275:2 340:3 342:3,5
346:3 373:2,13
**2014** 274:7 337:18 338:5
342:3 350:17,21 374:15
374:19 380:17,20
**2015** 276:25 349:14

370:9,11
**2016** 201:8 205:5 378:11
379:15 382:1
**205** 380:4
**21** 263:4,7 267:23 380:11
**22** 287:19,20,22 304:2,24
305:3 380:12
**23** 320:17,19 328:22
352:24 380:13
**237** 380:9
**24** 324:11,13 325:10
328:13 380:14
**25** 336:8,13 364:23
365:17 380:16
**250** 202:22
**26** 283:8 337:16,17
380:17
**263** 380:11
**27** 350:14,15 380:20
**272** 328:18,19,24 329:7
**28** 352:11,16 380:21
**28.8** 250:2
**280** 202:17
**287** 380:12
**29** 354:14,16 355:14
356:7 377:21 380:23
**2nd** 364:4 366:10,13

---

**3**

**3** 249:22 250:12 252:23
252:24 253:3 255:19,21
255:23 256:20 259:16
265:14,15 273:5 275:17
334:5 335:24 338:25
356:11 357:12 363:21
364:2,3,13 365:21
366:8 367:11,12,12,14
367:17 368:7 380:24
**3.7** 367:16
**3:02** 295:20
**3:20** 295:24
**30** 250:4 356:9,10,22
360:13 376:15,25
380:24
**30-second** 215:9
**31** 263:21 264:3,5,24
362:6,7 381:2

---

**32** 362:23,24 363:9 381:3
**320** 380:13
**324** 380:14
**336** 380:16
**337** 380:17
**344** 368:8
**350** 380:20
**352** 380:21
**354** 380:23
**356** 380:24
**362** 381:2,3
**3rd** 241:7,14 256:21
  366:10,12

**4**
**4** 288:13 295:24 337:18
  338:5 360:13 366:4
  380:17
**4:59** 335:24
**40** 252:2

**5**
**5** 247:18 254:11 257:21
  289:11,12,14 301:2
  318:19 326:18 328:11
  328:13 336:4 350:10
  355:10 362:16
**5:22** 336:4
**5:49** 350:6
**50** 303:23
**5083376-05** 288:3
**5th** 256:24

**6**
**6** 338:25 372:21 378:4
**6:02** 350:11
**6:14** 355:6
**6:41** 355:11
**6:56** 362:12
**6:58** 362:17
**60** 252:2
**600** 201:14 202:4
**609** 301:17
**6577** 260:2,4
**67** 316:25
**6A** 360:10

**7**
**7** 257:9 259:15 267:22
  361:4 367:13
**7:26** 372:17
**7:33** 372:21
**7:42** 378:5,7
**700** 364:11,15
**77** 324:12,15 380:15

**8**
**8** 360:14 366:4
**8.10** 360:20
**8.11** 361:8
**8.9** 360:7
**80** 263:21 264:3 283:8
**805** 202:11
**8th** 202:22

**9**
**9** 201:8 205:5 276:4
  361:15 382:1
**9.82** 327:8
**9:57** 201:9 205:5
**90** 267:7
**919,973,030.5** 327:4

New York
Connecticut
Hudson Reporting & Video
Nationwide 1-800-310-1769
New Jersey
Pennsylvania