# EXHIBIT K

1

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------

In Re PETROBRAS SECURITIES LITIGATION       Case No.
                                            14-cv-9662
This Document Applies to: All Cases

---------------------------------------


                       April 18, 2016
                       10:40 a.m.


          Videotaped deposition of MAURO RODRIGUES

da CUNHA, taken by Plaintiffs, pursuant to Court

Order, held at the offices of Pomerantz LLP,

600 Third Avenue, New York, New York, before

Joseph R. Danyo, a Shorthand Reporter and Notary

Public within and for the State of New York.

```
 1

 2   A P P E A R A N C E S :

 3

         POMERANTZ LLP
 4          Attorneys for Lead Plaintiff
            600 Third Avenue
 5          New York, New York 10016

 6       By:   JEREMY A. LIEBERMAN, ESQ.
               MARC GORRIE, ESQ.
 7             ATILA CONDINI, ESQ.

 8

 9       KESSLER TOPAZ MELTZER CHECK LLP
            Attorneys for Plaintiffs Dimensional,
10             Aberdeen, Abbey Funds, Skagen, Danske,
               Delaware and Russell Plaintiffs
11          280 King of Prussia Road
            Radnor, Pennsylvania 19087
12
         By:   MATTHEW L. MUSTOKOFF, ESQ.
13             MARGARET E. ONASCH, ESQ.

14                     -and-

15       STRADLEY RONON STEVENS & YOUNG LLP
            2005 Market Street
16          Suite 2600
            Philadelphia, Pennsylvania 19103
17
         By:   KEITH DUTILL, ESQ.
18

19
         ROBBINS GELLER RUDMAN & DOWD LLP
20          Attorneys for Plaintiffs Central States NNIP
               and WSIB Plaintiffs
21          655 West Broadway
            Suite 1900
22          San Diego, California 92101

23       By:   CODY R. LeJEUNE, ESQ.

24

25
```

```
 1

 2   A P P E A R A N C E S :  (Continued)

 3

          KAHN SWICK & FOTI, LLC
 4            Attorneys for Aura Capital
              500 Fifth Avenue
 5            Suite 1810
              New York, New York 10110
 6
          By:   BRUCE W. DONA, ESQ.
 7

 8
          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
 9            Attorneys for Plaintiffs in Janus and
                 Dodge and Cox action
10            250 Hudson Street
              8th Floor
11            New York, New York 10013

12        By:   DOUGLAS L. CUTHBERTSON, ESQ.

13

14        CLEARY GOTTLIEB STEEN & HAMILTON LLP
              Attorneys for the Petrobras Defendants
15            One Liberty Plaza
              New York, New York 10006-1470
16
          By:   LEWIS J. LIMAN, ESQ.
17              DANIELA MYANAKI, ESQ.
                GREGORY WOLFE, ESQ.
18

19
          SKADDEN ARPS SLATE MEAGHER & FLOM LLP
20            Attorneys for the Underwriter Defendants
              1440 New York Avenue, N.W.
21            Washington, D.C. 20005

22        By:   DAVID E. CARNEY, ESQ.

23

24

25
```

1

2   A P P E A R A N C E S : (Continued)

3

         KING & SPALDING LLP
4            Attorneys for Defendant PWC
             1185 Avenue of the Americas
5            New York, New York 10036-4003

6        By:   ISRAEL DAHAN, ESQ.

7

8        GUSTAVO CONTRUCCI
             Attorney for the Witness
9            Rua Conselheiro Crispiniano
             Sao Paulo, Brazil
10

11
    Also Present:
12
         PEDRO BARROSO,
13           Petrobras

14       BRAULIO LICY GOMES DE MELLO

15       TAMAHARA FAGUNDES,
             Portuguese Interpreter
16
         HENRY MARTE,
17           Videographer

18                      ~oOo~

19

20

21

22

23

24

25

```
 1                    Cunha - Confidential

 2              THE VIDEOGRAPHER:  We are now on the

 3         record.  My name is Henry Marte.  I am a

 4         videographer for Hudson Reporting & Video.

 5         Today's date is April 18, 2016 and the time

 6         is 10:40 a.m.  This videotaped deposition is

 7         being held at 600 Third Avenue, New York,

 8         New York taken in the matter of In Re

 9         Petrobras Securities Litigation filed in the

10         United States District Court, Southern

11         District of New York.

12              The deponent is Mauro Rodrigues

13         da Cunha.  Counsel will be noted on the

14         stenographic record.  The court reporter is

15         Joe Danyo, who will now swear in the

16         interpreter and the witness.

17    T A M A H A R A   F A G U N D E S, was duly sworn

18    to interpret the questions from English to

19    Portuguese and the answers from Portuguese to

20    English:

21    M A U R O   R O D R I G U E S  da  C U N H A, having

22    been first duly sworn by Joseph R. Danyo, a Notary

23    Public, was examined and testified as follows:

24    EXAMINATION BY MR. MUSTOKOFF:

25              Q.   Good morning, Mr. Cunha.  My name is
```

6

1                     Cunha - Confidential

2   Matthew Mustokoff.  I am an attorney for certain

3   shareholders and investors in Petrobras depositary

4   shares and certain bonds.  My understanding is that

5   we are going to proceed in English today.  Is that

6   correct?

7         A.    To the extent that I can do it, yes.

8   When I need help, I will ask the lady on my side.

9         Q.    Great.  Thank you very much.

10             MR. MUSTOKOFF:  Just to put on the

11         record, counsel has reached an arrangement

12         whereby plaintiffs will have a total of five

13         and a half hours with the ability to reserve

14         time for rebuttal, and the defendants will

15         have a total of five hours.

16             MR. DAHAN:  An objection by one is an

17         objection for all?

18             MR. MUSTOKOFF:  That's fine.

19             MR. LIMAN:  I would note our further

20         agreement in order to get this done is we

21         will start the defendants' examination

22         around 6 or thereabouts, and we will have

23         about an hour of examination for today with

24         the rest to continue tomorrow.

25             I thank Mr. Cunha and his counsel for

```
1                    Cunha - Confidential

2          their accommodation.

3                MR. MUSTOKOFF:  Sure.

4          Q.   Mr. Cunha, where do you live?

5          A.   Brazil, Sao Paulo.

6          Q.   Where were you born?

7          A.   Philadelphia.

8          Q.   Philadelphia, Pennsylvania?

9          A.   Yes.

10         Q.   What is your profession?

11         A.   I am an economist consultant.

12         Q.   Where do you currently work?

13         A.   In Sao Paulo.

14         Q.   Did there come a time when you became a

15    member of Petrobras' board of directors?

16         A.   Yes.

17         Q.   When was that?

18         A.   It was in April 2013.

19         Q.   And can you describe the circumstances

20    surrounding your appointment to the board?

21         A.   Okay.  I am CEO of AMEC, an investor

22    organization which was concentrated in efforts from

23    minority shareholders to elect an independent

24    member to the board.  That effort started in 2011.

25    They launched my predecessor as a candidate, and he
```

```
 1                    Cunha - Confidential
 2   was not elected given difficulties in the proxy
 3   voting process.
 4               In 2012 I was then the candidate and was
 5   not elected for the same reason.  Certain
 6   regulatory improvements in Brazil allowed names
 7   nominated by minority shareholders to finally be
 8   included on proxy cards, and when that was done I
 9   was able to be elected in 2013.  When I was
10   elected, this group of shareholders also elected
11   two members to the council fiscal, and in 2014 I
12   was reelected, plus our group was able to elect
13   another independent director.
14        Q.   You mentioned the council fiscal.  What
15   is that?
16        A.   Council fiscal is a corporate body
17   within Brazilian corporations that is elected by
18   shareholders with the objective of overseeing
19   financials and how the legal and fiduciary duties
20   are performed.
21        Q.   During your tenure on the board of
22   directors, did you serve on any committees of the
23   board?
24        A.   Yes.  In the first year I served on the
25   audit committee.
```

```
 1                      Cunha - Confidential

 2          Q.   How long did you serve on the audit

 3   committee?

 4          A.   One year.

 5          Q.   Just one year?

 6          A.   Yes.

 7          Q.   What time frame did you serve on the

 8   audit committee?

 9          A.   From my initial election in April 2013.

10   I have to say that it had been a tradition of

11   Petrobras to include in the audit committee the

12   director occupying my seat, so in the past it had

13   been Mr. Fabio Barbosa and then replaced by Mr.

14   Josue Gomes da Silva and then replaced by me.

15               MR. LIMAN:  Objection and move to strike

16          everything after the first sentence, which

17          is not responsive to the question.  I just

18          ask you to respond to the question asked.

19          Q.   So when did you cease to be a member of

20   the audit committee?

21          A.   In the first board meeting after my

22   reelection in May 2014.

23          Q.   Why did you only serve on the Petrobras

24   audit committee for one year?

25               MR. LIMAN:  Objection to the extent that
```

1                     Cunha - Confidential

2            it calls for speculation.

3            Q.   You can answer the question.

4            A.   Okay.  In that meeting as opposed to

5    what happened in previous years the chairman

6    suggested a rotation among directors throughout the

7    many, the three committees of the board, and as a

8    result of that so-called rotation I would be

9    removed from the audit committee.

10            This was proposed by the chairman and

11    accepted by the majority of the board under protest

12    from the two independents and the board member

13    representing employees.

14            Q.   So there were some members of the board

15    that voted against your removal from the audit

16    committee?

17            A.   Yes.

18            Q.   Who voted against your removal?

19            A.   I did not vote.  I did not consider that

20    decision to be correct.  The internal bylaws also

21    allowed for a committee comprised of up to five

22    members, if I'm not mistaken, and I suggested that

23    I continue on the audit committee, so the whole

24    idea of making that vote was to meet out of order

25    and then I didn't vote.  Mr. Jaose Monforte voted

1                    Cunha - Confidential

2    against that decision, and Mr. Silvio Sinedino also

3    voted against it.

4                    MR. LIMAN:  Objection.  Move to strike

5            the first part of the answer.

6        Q.   I am going to show you, Mr. Cunha, what

7    has been premarked as Cunha 1.

8                    (Cunha Exhibit 1, Minutes of 72nd

9            meeting of audit committee dated

10           February 25, 2014, was so marked for

11           identification, as of this date.)

12       Q.   What I have handed you appear to be

13   minutes of the 72nd meeting of the audit committee

14   dated February 25, 2014.  I will represent this

15   document was produced by Petrobras.

16                   MR. LIMAN:  Matt, do you have copies of

17           the exhibit available for counsel?  We just

18           have courtesy copies of the translation.

19                   MR. MUSTOKOFF:  They are going around.

20       Q.   Sir, do you recognize this document?

21       A.   Yes, I do.

22       Q.   Do you recognize these to be the minutes

23   of the February 25th, 2014 audit committee?

24       A.   Yes.

25       Q.   Sir, if you see on the first page, is

12

1                    Cunha - Confidential

2     that a list of the attendees at the meeting?

3            A.   That's correct.

4            Q.   You were present, correct?

5            A.   Yes.

6            Q.   As well as Mr. Barbassa?

7            A.   Um-hum.

8            Q.   Now, if you turn the page, is it a fact

9     that representatives of PWC were also in

10    attendance?

11           A.   That's correct.

12           Q.   Now at the bottom of that page, sir,

13    there is a heading that reads "Agenda," and it

14    reads "At the beginning of the meeting board member

15    Sergio Quintella questioned board members if there

16    is any issue to be reported," and then it goes on

17    to say that board member Mauro Rodrigues da Cunha

18    questioned the committee if a technical note had

19    been issued about the refining park.  Do you see

20    that, sir?

21           A.   I do.

22           Q.   What was the refining park?  What is

23    this a reference to?

24                MR. CARNEY:  We object to the use of the

25                translation, and I reserve my rights as I

```
1                    Cunha - Confidential

2          have in the past.

3               MR. MUSTOKOFF:  Noted.

4               MR. LIMAN:  I object to the specific

5          question in the translation.  As I

6          understand it, the exhibit that has been

7          marked is the Portuguese, correct?

8               MR. MUSTOKOFF:  That's correct.  We have

9          provided counsel with English translations.

10         However, only the Portuguese version of the

11         document is being admitted.

12              MR. LIMAN:  I would just ask that you

13         ask the witness what the language says, so

14         that if he provides a translation, you have

15         got his translation and not your

16         translation.

17              MR. MUSTOKOFF:  That's fine.

18         Q.   Sir, did I correctly read the contents

19    of the minutes to you?

20         A.   Yes.  Well, in my understanding this

21    sentence makes reference to a request that was

22    previously done on a technical note.

23              THE WITNESS:  What would be the best

24         translation?

25              THE INTERPRETER:  Refining park.
```

1                    Cunha - Confidential

2          A.   Then on the refining park.  The total,

3     it is all-inclusive unit of refining plants owned

4     by Petrobras.

5          Q.   What was the issue that you were raising

6     with the audit committee, sir, in respect, in

7     connection with the refining park?

8          A.   Okay.  If we go back a few meetings, it

9     would surface that I was questioning their decision

10    to take all of the plants as a single

11    revenue-generating unit for accounting purposes for

12    the purposes of calculating the impairment test,

13    and I had made several questions on the technical

14    grounds for that and I was expecting that note,

15    which didn't arrive until that meeting, and to my

16    recollection never did.

17         Q.   You never received that document?

18         A.   I believe no, I have not received it.

19         Q.   I don't want to misstate your testimony,

20    but was there a concern you had regarding the

21    accounting for the refining park?

22              MR. LIMAN:  Objection to the form.

23         Q.   You can answer.

24         A.   Yes.  I had reason to believe that the

25    assets were registered at a number that was not

1                        Cunha - Confidential

2     consistent with the economic reality of the

3     company.  Therefore, I would expect, I was

4     expecting an impairment adjustment which didn't

5     happen.

6                   So I was questioning the assumptions

7     behind that test and trying to get to the bottom of

8     how we were about to publish financials in which

9     the assets were to my understanding so much

10    overvalued.

11         Q.   And what was the basis for your concern

12    that the assets were overvalued?

13         A.   Over the year in which I had been on the

14    board it became clear to me that some of the

15    investments were significantly above plan, above

16    budget, and it was very unlikely that those assets

17    would be able to generate economic profits over the

18    forthcoming years, and therefore I wanted to get a

19    better understanding of it.

20         Q.   Which assets are you referring to?

21         A.   The refining plant, notably the two new

22    ones, Abreu e Lima and COMPERJ, and specifically

23    Abreu e Lima, which to my recollection was already

24    undertaking an impairment test in that year.

25         Q.   Were your concerns based on your review

```
 1                    Cunha - Confidential

 2   of internal Petrobras documents?

 3        A.   It was based on that, plus a very large

 4   number of conversations with people at the company

 5   and my own conclusions and analysis of information

 6   that we had.

 7             MR. MUSTOKOFF:  I would like to show the

 8             witness the next exhibit which has been

 9             premarked as Cunha 2.

10             (Cunha Exhibit 2, Letter to the CVM, was

11             so marked for identification, as of this

12             date.)

13        Q.   Mr. Cunha, do you recognize this

14   document?

15        A.   Yes, I do.

16        Q.   What is it?

17             MR. LIMAN:  If you would just give us a

18             second to look at the document.  Thank you.

19        A.   I was initially requested the investor

20   relation director, Mr. Barbassa, to broadcast my

21   vote, and I cite the appropriate legal reason for

22   that.  I was disagreeing with the decision that

23   affects investors, and as I had received no

24   feedback over the seven days, I went directly to

25   the CVM and requested that the vote be publicized.
```

1                    Cunha - Confidential

2        Q.    When you say CVM, what is the CVM?

3        A.    It is a Brazilian securities regulator.

4        Q.    Is that similar to the Securities and

5   Exchange Commission in the United States?

6              MR. LIMAN:  Objection to the form.  Lack

7        of foundation.

8        A.    It is a regulator of capital markets.

9   It has different degrees of freedom than the SEC,

10  to my knowledge.

11       Q.    Does this letter to the CVM attach the

12  votes that you were just referring to a moment ago?

13       A.    Yes.

14       Q.    If you turn to the third page of the

15  document, there is a paragraph which I will read

16  and I ask for you to confirm that my reading

17  accurate reflects what you see in Portuguese.  The

18  document reads "To make this abundantly clear,

19  Article 6 of ICBM 481 establishes that the company

20  must make available to shareholders via the

21  electronic system on CVM's page on the worldwide

22  computer network any other information and

23  documents relevant for the exercise of the right to

24  vote at a meeting.  The company must promote the

25  immediate publication of the dissenting votes

```
 1                    Cunha - Confidential

 2  handed down by me, considering that its content is

 3  clearly relevant to the proper and conscious

 4  exercise of voting on the part of Petrobras

 5  shareholders."

 6             Do you see that?

 7       A.   Yes.

 8             THE WITNESS:  Do you agree with the

 9  translation?

10             MR. CONTRUCCI:  The first word is wrong.

11             THE WITNESS:  Yes, the first word is

12  wrong.

13             MR. CONTRUCCI:  Finally, lastly.

14             THE WITNESS:  Other than this, do you

15  agree?

16             THE INTERPRETER:  I agree.

17       Q.   These are your words, sir?

18       A.   Yes.

19             MR. LIMAN:  With the word "finally"

20  substituted for "abundantly"?

21             MR. MUSTOKOFF:  Yes, noted.

22       Q.   Was it important in your view for the

23  Petrobras shareholders to be informed of your

24  dissenting votes to the financial statements?

25       A.   Absolutely.
```

1                     Cunha - Confidential

2          Q.    Why?

3          A.    Well, first, this is the way CVM has

4     been ruling on such matters.  Regulation, as you

5     see, requires that it is publicized and the fact

6     that a director is voting against the financial

7     statements, and in the case of the second vote on

8     the pricing policy, I think it is very relevant on

9     the investor's decision to vote yes or no on the

10    financial statements that are submitted to the

11    shareholder meeting.

12         Q.    You asked the company to release your

13    votes, correct?

14         A.    Yes.

15         Q.    Did the company release your votes?

16         A.    No.  It released a summary of the first

17    vote.

18         Q.    Were you ever given an explanation from

19    the company as to why the full version of your

20    dissenting vote was not published?

21         A.    Not really.

22         Q.    If you turn to the next page, you will

23    see at the top it says "First Vote."

24         A.    Um-hum.

25         Q.    You say "I register my vote against the

```
1                   Cunha - Confidential

2     approval of the Petrobras financial reports."  In

3     Portuguese and in English.  Is that correct?

4                   MR. LIMAN:  Objection to form.

5          A.    That's correct.

6          Q.    Then you list several reasons for your

7     vote, correct?

8          A.    Yes.

9          Q.    The first point there, it says "Lack of

10    timely sending of the reports for analysis to the

11    members of the board.  I reiterate my understanding

12    that it is not possible to reach a view about the

13    proper rendering of accounts of a company so

14    complex on a presentation of a few minutes without

15    the material having been sent sometime before."

16                   MR. LIMAN:  Objection to the form and to

17              the translation.  Why don't you just ask the

18              witness what point 1 says?  You will have a

19              clean record that way.

20                   MR. MUSTOKOFF:  Lewis, when it is your

21              turn to ask questions, you can ask whatever

22              questions you would like, and I hadn't asked

23              a question yet, and I would appreciate that

24              you wait until I ask a question before you

25              object.
```

```
 1                  Cunha - Confidential

 2        Q.   Did I read that passage correctly?

 3             MR. LIMAN:  Objection to form.

 4             THE WITNESS:  Do you agree?

 5             THE INTERPRETER:  I agree.

 6        A.   Okay.  Yes.

 7             MR. LIMAN:  Objection.  It is not a

 8        proper answer for the witness to say to the

 9        interpreter do you agree.

10             MR. MUSTOKOFF:  Noted.

11        Q.   Sir, could you describe what you are

12   talking about here with respect to the lack of

13   timely sending of reports for analysis to board

14   members?

15        A.   Reports were sent on the spot for the

16   immediate vote.  It would be absolutely impossible

17   to read the document and form an opinion before the

18   vote.

19        Q.   If you go down to the fourth point,

20   would you mind reading the first sentence under the

21   fourth point there, sir.

22        A.   I ask my translator to do that for me.

23             THE INTERPRETER:  In English?

24             MR. MUSTOKOFF:  We can have you read it

25        in Portuguese and then the translator can
```

1                      Cunha - Confidential

2          translate.

3                 THE WITNESS:  That's fine.

4                 THE INTERPRETER:  "Lack of information

5          and apparent inadequacy of accounting of the

6          investments in the refineries."

7                 MR. MUSTOKOFF:  Could you read the next

8          sentence, sir.

9                 THE INTERPRETER:  "I understand that the

10         company convinced its independent auditor of

11         its approach, which is the only in the world

12         to evaluate its refinery park in an

13         integrated manner without analyzing the need

14         of impairment of individual refineries."

15         Q.    Just please read the next sentence, sir.

16                THE INTERPRETER:  "The approach together

17         with the economic financial analysis of the

18         investment would have led to the conclusion

19         that there will be no need for impairment in

20         the refinery units."

21                MR. MUSTOKOFF:  Thank you.

22         Q.    Sir, at this time did you believe that

23    an impairment was required for these assets?

24         A.    At that time I thought that was very

25    likely and I wanted to see the technical data to

1                    Cunha - Confidential

2     support that impression, and I never received that

3     data.

4          Q.    What was the basis for your belief that

5     an impairment might be required?

6               MR. LIMAN:   Objection to the form.

7          A.    Again, my witnessing the amount by which

8     these investments were over budget, it seemed very

9     likely that an impairment was in the order.

10         Q.    Do you have a sense as to how much over

11    budget these assets were?

12         A.    The initial budget for Abreu e Lima was

13    something to the tune of 4 or 4.5 billion U.S.

14    dollars and ended up costing north of $20 billion,

15    so it was a fivefold increase.

16         Q.    Now you reference "Lack of information

17    and apparent inadequacy of accounting of the

18    investments in the refineries."

19              How is the inadequacy of the accounting

20    apparent to you?

21              MR. LIMAN:   Objection to form.

22         A.    I did a lot of homework to try to

23    understand how many companies in the world with

24    such large refining operations accounted for their

25    assets, and I even had assistance from the

24

1                    Cunha - Confidential

2    auditors, I don't recall whether it is in the

3    minutes or not, and I questioned them whether there

4    were other examples of companies that considered

5    such a large number of refineries in a

6    continent-sized country as a single

7    revenue-generating unit, and they were unable to

8    point that out to me.  Actually they were quite

9    frank to say that it was perhaps the sole company

10   in the world with those characteristics.

11              I have to say that in my second year we

12   have been able to identify a company in Spain which

13   actually accounted for all of its refinery as a

14   single revenue-generating unit, but Spain is the

15   size of the state of Sao Paulo, so there is a

16   geographic matter involved.

17              So my impression is that this was a

18   decision that was not exactly conservative to

19   perform an impairment test, and apparently in my

20   understanding deliberately chosen to allow for an

21   adjustment not to be made.

22              MR. LIMAN:  Objection to the -- move to

23         strike the last part of that answer on

24         grounds of speculation.

25         Q.   Mr. Cunha, when you discussed your

1                    Cunha - Confidential

2    concerns with the audit committee during the

3    February 2014 meeting, did PWC have any reaction to

4    your comments regarding the apparent inadequacy of

5    the accounting for these assets?

6              MR. LIMAN:  Objection to form.

7         Misstatement of the testimony.

8         A.   PWC was always very professional in

9    trying to address my question, but to the extent

10   that the data wasn't there, it became sort of a

11   conversation of opinions.  I was questioning

12   whether this should be done in one given way or

13   not, and the company and the auditors were of the

14   opinion that this is the way that it should be

15   done.  So we lacked data.

16        Q.   Did PWC have the data, to your

17   knowledge?

18        A.   I am assuming they did because they were

19   asked whether they reviewed all of these

20   calculations with management and they attested that

21   it did.

22        Q.   Mr. Cunha, prior to serving on the

23   Petrobras audit committee had you ever served on

24   the audit committee of a public company before?

25        A.   Not on the audit committee.  I had

1                          Cunha - Confidential

2    served on boards and I have served on council

3    fiscal, which in many companies perform similar

4    duties to an audit committee.

5          Q.   In the times that you served as a board

6    member of these other companies, were there any

7    other instances where you had requested information

8    and denied that information?

9          A.   I don't recall.

10         Q.   Turning back to Exhibit 2, the page that

11   has your first vote recorded, sir, I ask you to

12   read the last two sentences on the page right

13   before your signature.

14         A.   Starting where?

15         Q.   Starting with the words "In the absence

16   of this information."

17              THE INTERPRETER:  "In the absence of

18              this information, RNEST and COMPERJ which

19              placed among the most expensive refineries

20              in the world, I do not feel comfortable with

21              the absence of the impairment, and I go

22              further this absence will cause additional

23              damage to the credibility of the company:"

24              Something is missing here from the

25              Portuguese to the English version.  That is

1                    Cunha - Confidential

2        why I was kind of lost.

3             MR. LIMAN:  I would ask the interpreter

4        when she interprets the witness's answer to

5        interpret the answer, not read the document.

6             Is that fair, Matt?

7             MR. MUSTOKOFF:  That's fine.

8             MR. LIMAN:  Can we tell the interpreter

9        that?

10            THE WITNESS:  I do my own translation?

11            MR. MUSTOKOFF:  Yes.

12            THE INTERPRETER:  In that case he will

13       have to go a little slower.  Fine.

14       Q.   Mr. Cunha, you mentioned --

15            MR. LIMAN:  Do you have an objection to

16       the translation?

17            MS. MYANAKI:  It is missing a sentence.

18            THE INTERPRETER:  Right.

19            MS. MYANAKI:  Can you translate that?

20            THE INTERPRETER:  "In the absence of

21       this information and knowing of the high

22       extraordinary cost for the construction of

23       RNEST and COMPERJ, which place them among

24       the refineries, most expensive refineries in

25       the world, I don't feel comfortable with the

1                    Cunha - Confidential

2           absence of the impairment, and I say more,

3           its absence will be will damage even further

4           the credibility of the company."

5           Q.   Mr. Cunha, could you please explain that

6     statement.  Why in your view would the absence of

7     impairment cause additional damage to the company's

8     credibility?

9           A.   The company was already suffering

10    credibility threats with certain corruption

11    investigations, and the fact that these refineries

12    were severely over budget brought in the media a

13    lot of suspicions that they were targets of

14    corruption.  The fact is, as I state here, these

15    were among the most expensive refineries in the

16    world when we compare the cap ex involved with the

17    refining capacity.

18           MR. MUSTOKOFF:  I am going to hand the

19           witness what has been previously marked as

20           Cunha 3.

21           (Cunha Exhibit 3, Minutes of 73rd

22           meeting of audit committee, was so marked

23           for identification, as of this date.)

24           Q.   Do you recognize this document?

25           A.   Yes, I do.

1                    Cunha - Confidential

2          Q.    What is it?

3          A.    It is the minutes of the 73rd meeting of

4    the audit committee.

5          Q.    Do you recall this meeting, sir?

6          A.    Yes, I do.

7          Q.    What do you recall about it?

8          A.    It was I believe my final meeting at the

9    company, at the audit committee, and I mean the

10   good thing about these minutes is that they were

11   fairly detailed.  So I can say that the minutes

12   describe with precision what happened in the

13   meeting.

14         Q.    Now if you turn to the second page of

15   the document and do you see the heading that says

16   "Question of Order"?

17         A.    Yes.

18         Q.    Could you please read the first two

19   sentences under that heading.

20              THE INTERPRETER:  "Board member Sergio

21              Quintella began the meeting by asking if any

22              of the board members had a question to be

23              considered."

24              MR. MUSTOKOFF:  The next sentence,

25              please.

```
 1                     Cunha - Confidential

 2              THE INTERPRETER:  "Board member Mauro

 3         Rodrigues da Cunha asked the other board

 4         members about their opinion regarding the

 5         topic of Pasadena."

 6         Q.   Why did you open the audit committee

 7    meeting with the subject of Pasadena?

 8         A.   This is an item that was being

 9    informally discussed among directors as a result of

10    statements in the media mentioning that in, if I'm

11    not mistaken 2012, the board had concluded that the

12    acquisition was based on a report that was faulty.

13              THE WITNESS:  Would that be the best

14         translation, faulty?

15              THE INTERPRETER:  Yes.

16              MS. MYANAKI:  Flawed.

17              THE WITNESS:  It had mistakes.  That has

18         been said by the company and by the CEO

19         repeatedly in the media.

20         Q.   Can you describe the nature of those

21    mistakes?

22              MR. LIMAN:  Objection.  Calls for

23         speculation.  The witness was not at

24         Petrobras at the time.

25         A.   And I have to agree that I don't have
```

 1                    Cunha - Confidential

 2    much to say.  What I know is really what was on the

 3    media by then and the comments that were made by

 4    the company as a response to certain press

 5    inquiries, and what the company has said, if I

 6    recall correctly, is that they concluded that the

 7    opinion that was issued by then downstream officer

 8    Nestor Cervero was faulty and that led to the

 9    acquisition of Pasadena and to the losses involved.

10         Q.   When did the board conclude that the

11    opinion underlying Pasadena was faulty?

12              MR. LIMAN:  Objection to the form.

13         Misstates the testimony.

14         A.   If I remember correctly, that happened

15    in 2012 before I joined the board, but it was

16    stated by CEO Foster around the time of this

17    meeting.

18              MR. LIMAN:  Objection to the extent it

19         calls for speculation, move to strike.

20         Q.   You mentioned Mr. Cervero.  Was he

21    removed from Petrobras?

22         A.   He was removed from Petrobras but he

23    became CFO of BR Distribuidora.  It is the largest

24    subsidiary of Petrobras responsible for marketing

25    and distribution.

```
 1                    Cunha - Confidential

 2          Q.   So he was simply moved from one division

 3    to another, is that right?

 4               MR. LIMAN:  Objection to form.

 5          A.   He was at the holding company.  He was

 6    responsible for the downstream division.  He was

 7    moved to a subsidiary and became CFO.

 8          Q.   Sir, could you please read the last

 9    sentence on the page.

10               THE INTERPRETER:  "Board member Mauro

11          Rodrigues da Cunha requested a register that

12          would be sent to the audit committee, a

13          quantification of everything that has been

14          invested in that operation, purchase, post

15          investments including accumulated damages

16          and a flow of monthly capital of the

17          refinery."

18          Q.   Sir, what information were you

19    requesting here?

20          A.   I was trying to assess the actual

21    all-encompassing cost of the Pasadena venture, if

22    you wish, from the acquisition to the losses

23    incurred and hidden liabilities, so I wanted a

24    statement including everything.

25          Q.   Did you ever receive the requested
```

1                     Cunha - Confidential

2      information?

3            A.   As I stated on my last vote one year

4      after this fact, no.  I spent over one year

5      requesting that information and did not receive it

6      and I had reason to believe from conversations with

7      members of management that these other items were

8      very significant and would suggest that Pasadena as

9      a whole cost more to Petrobras than what had been

10     publicized.

11           MR. LIMAN:  Objection, move to strike.

12           Q.   You had concerns that the company had

13     misstated the value of Pasadena?

14           MR. LIMAN:  Objection.

15           A.   No, it was not an accounting issue.  But

16     both in the press accounts and in the accounts

17     tribunal statement, when I saw the way the cost of

18     this unit was calculated as an economist and

19     knowing the status of that operation, it was clear

20     to me that many items were missing, including, as I

21     mentioned here, cumulative losses, cap ex done

22     after the acquisition, and what is not here but

23     hidden liabilities including environmental issues

24     and so forth.

25           Q.   Sir, if you turn to the third page of

34

1                    Cunha - Confidential

2     the document, you will see a paragraph that begins

3     "The member Mauro Rodrigues da Cunha added."  Do

4     you see that sentence?

5          A.   Should I read it?

6          Q.   No need to read it, but I would like you

7     to read the last sentence of that paragraph.

8               THE INTERPRETER:  "The board member

9               manifested even further its not

10              understanding the cancellation of certain

11              audits, internal audits in said unit."

12         Q.   Could you explain what is this a

13    reference to?

14         A.   Well, if we go down the rest of the

15    meeting, we were looking at the internal audit plan

16    and we received detailed information on that and

17    there were a number of planned audits of Petrobras

18    Americas, which is a unit holding the Pasadena

19    refinery, and those audits stood as canceled, so I

20    was questioning why was that happening, especially

21    given that this unit was under so much scrutiny in

22    public eyes.

23         Q.   How many internal audits had been

24    planned and subsequently canceled, if you know?

25              MR. LIMAN:  Objection.

1                      Cunha - Confidential

2          A.    I don't remember that.  Well, the data

3    is here, so let me, on the previous year what we

4    can see here is that there has been 64 audits that

5    were canceled.

6          Q.    Which page are you referring to?

7          A.    I am referring to page 7 of the original

8    Portuguese version.  Actually the detailed data

9    should be on attachment 2 to this minutes, which is

10   the annual report of internal auditing in 2013.

11         Q.    Mr. Cunha, if you turn to page 14 of the

12   minutes, I ask that you read the first sentence on

13   the page.

14              THE INTERPRETER:  "Board member Mauro

15              Rodrigues da Cunha made reference to

16              revisions of contracts of the Abreu e Lima

17              refinery.  Some of them were already under

18              14th revision with Odebrecht and Camargo

19              Correa."

20         Q.    What is Odebrecht and Camargo Correa?

21         A.    Two contractors.  They were the leaders

22   of the construction of Abreu e Lima.

23         Q.    Before I ask you about those two

24   companies, sir, there were members of

25   PricewaterhouseCoopers present at this meeting on

1                    Cunha - Confidential

2     March 20, 2014, correct?

3          A.   Yes.

4          Q.   And what was the reaction of the PWC

5     representatives regarding your requests and

6     statements regarding Pasadena?

7               MR. DAHAN:  Objection to form.

8               MR. LIMAN:  Do we have an agreement, by

9          the way, that objections for one suffices

10         for all?

11              MR. MUSTOKOFF:  Yes.

12              MR. LIMAN:  Thank you.

13         A.   I don't think they actually said

14    anything.  I don't remember.

15              MR. LIMAN:  Let me just take this

16         occasion to designate the transcript of this

17         deposition as confidential.  Thanks.

18         Q.   Did they support your request for

19    documentation?

20         A.   On Pasadena?  I don't think they said

21    anything.  We were questioning management

22    specifically.

23         Q.   So turning back to page 14 and the

24    reference to Odebrecht and Camargo Correa, were

25    these two companies members of the cartel that did

```
 1                    Cunha - Confidential

 2    business with Petrobras?

 3              MR. LIMAN:  Objection to the form and

 4         foundation.  Calls for speculation.  You

 5         haven't established the witness has personal

 6         knowledge with respect to the operations of

 7         the cartel.

 8              MR. MUSTOKOFF:  I would ask that you

 9         keep your objections to form.  We have an

10         agreement that I only have five and a half

11         hours on the record and I ask that you not

12         take up my time with improper speaking

13         objections.

14         A.   I really cannot say whether there is a

15    cartel or not.  I understand this is under legal

16    scrutiny in Brazil, but Odebrecht and Camargo

17    Correa are two of the companies that are

18    prominently in the media in the Petrobras

19    corruption investigations.

20         Q.   Could you read the next sentence on the

21    page.

22              THE INTERPRETER:  "Gerson commented that

23         negotiations with Venezuela among other

24         questions in the case of this refinery

25         influenced, was an influence for this great
```

1                    Cunha - Confidential

2          number of revisions."

3          Q.    Please read the next sentence.

4          THE INTERPRETER:   "Board member Mauro

5          suggested in lieu of the great number of

6          procedures of the refinery at TCU, that in

7          meeting number 75 of the audit committee

8          they include a specific topic in the

9          internal audit of the Abreu e Lima

10         refinery."

11         Q.    Why did you request, make this

12    suggestion, Mr. Cunha?

13         A.    Well, it is stated here given that this

14    refinery was severely over budget with a high

15    number of revisions and already under scrutiny of

16    the accounts tribunal, I believe it merited a

17    special topic of internal auditing which had not

18    been done up until then, and that this audit be

19    overseen by the audit committee.

20         Q.    Were you present at meeting number 75 of

21    the audit committee?

22         A.    No.

23         Q.    Why is that?

24         A.    Because of the so-called rotation that I

25    mentioned.

39

```
1                      Cunha - Confidential

2                 MR. MUSTOKOFF:  I am going to hand the

3           witness an exhibit that we will mark as

4           Cunha 4.

5                 (Cunha Exhibit 4, Minutes of board

6           meeting of April 25, 2014, was so marked for

7           identification, as of this date.)

8           Q.    Do you recognize this document, sir?

9           A.    Yes.

10          Q.    What is it?

11          A.    It is the minutes of the board meeting

12     that happened on April 25, 2014.

13          Q.    Was this the meeting, the board meeting

14     in which you were removed as member of the audit

15     committee?

16          A.    It may have been.  Let me just

17     double-check.

18                Yes, it was.

19          Q.    If you turn to page 2, toward the bottom

20     of the page there is a sentence that says "Further

21     the chairman of the board argued."  Do you see

22     that?

23          A.    Yes.

24          Q.    Could you please read that sentence.

25                THE INTERPRETER:  "Subsequently the
```

1                    Cunha - Confidential

2          president of the council argued that it

3          would be advisable to have turnover among

4          the participants of the committee aiming at

5          enabling the board members to act in

6          different areas."

7          Q.   Mr. Cunha, which individuals were put

8     forward as replacements for the audit committee?

9          A.   The chairman recommended Mr. Sergio

10    Quintella, who was already the chairman of the

11    committee, planning minister Miriam Belchior and

12    the CEO of BNDES Luciano Continho.

13         Q.   Quintella was the president of the audit

14    committee?

15         A.   Yes.

16         Q.   He was being essentially renominated

17    here, is that right?

18         A.   Yes.

19         Q.   But you were not?

20         A.   Yes.

21         Q.   What did you understand to be the basis

22    for your removal from the audit committee?

23              MR. LIMAN:  Objection.  Calls for

24         speculation.

25         A.   I understood that this rotation was, had

41

1                          Cunha - Confidential

2      the sole purpose of removing me from the audit

3      committee because the chairman wasn't happy with

4      the work that was being performed.

5              Q.    The chairman wasn't happy --

6              MR. LIMAN:   Objection.  Move to strike

7              on the grounds of speculation.

8              Q.    The chairman wasn't happy with the work

9      being performed?

10             A.    Yes.

11             Q.    Which works was that?

12             A.    My work.

13             Q.    Specifically?

14             A.    All the questions I was asking

15     throughout the previous meetings regarding the

16     financials, regarding impairment, regarding

17     auditing, internal auditing and the Pasadena

18     refinery, the Abreu e Lima refinery notably.

19             Q.    Sir, if you look at the bottom of the

20     page, it is the last full sentence on the page

21     beginning with "Board member Mauro Rodrigues da

22     Cunha."

23             A.    Um-hum.

24             Q.    Could you read that, please.

25             THE INTERPRETER:   "After clarification,

1                    Cunha - Confidential

2          board member Mauro Rodrigues da Cunha

3          additionally raised or questioned that by

4          the audit committee regulations, its members

5          should be independent, and that was not the

6          situation of board member Miriam Belchior

7          and board member Luciano Continho because

8          they were employees of the controlling

9          shareholder."

10         Q.    Was it your belief that these two

11    individuals were not independent?

12         A.    Absolutely.

13         Q.    What is the basis for that?

14         A.    They were employees of the controlling

15    shareholder.

16         Q.    Which is?

17         A.    The federal government.

18         Q.    And from the perspective of a board

19    director of a publicly traded company, is

20    independence an important principle?

21              MR. LIMAN:   Objection.  Misstates the

22         record.

23         A.    It is absolutely common knowledge that

24    independence is not only good practice, but in many

25    situations it is legally required as is the case of

1                    Cunha - Confidential

2     the Sarbanes-Oxley regulation.  I don't believe

3     there is a single corporate governance best

4     practice code in the world that doesn't refer to

5     independence.

6          Q.   When you made this statement to the

7     board that these two new individuals were not

8     independent, what response did you receive?

9          A.   This discussion to be fully understood

10    needs to take into account a number of exchanges

11    that happened in forthcoming meetings.  There were

12    many discussions on, one, whether these individuals

13    were independent, two, whether there was a legal

14    necessity of independence, three, whether there was

15    a necessity by the internal regulations of the

16    audit committee, and that lasted a few months, I

17    believe.

18         Q.   Mr. Quintella, you said he was not

19    removed from the audit committee at this time,

20    correct?

21         A.   That's correct.

22         Q.   How many years did Mr. Quintella serve

23    on the audit committee?

24         A.   Six years roughly.

25         Q.   Now if you turn the page, you will see

44

1                    Cunha - Confidential

2      there is a reference to Mr. Monforte.  Who is Mr.

3      Monforte?

4            A.   He is the independent director elected

5      by non-voting shareholders.

6            Q.   Do you see the sentence that begins

7      "Board member Jaose Guimaraes Monforte stated his

8      disagreement"?

9            A.   Yes.

10           Q.   Could you read that full sentence.

11                THE INTERPRETER:  "Board member Jaose

12                Guimaraes Monforte expressed that he did not

13                agree with that interpretation based on the

14                principles of corporate governance

15                recognized by the Brazilian Corporate

16                Governance Institute and by the CVM."

17           Q.   Mr. Cunha, what is the IBGC?

18           A.   It is an association that was founded 20

19     years ago, has roughly 1500 members and is

20     considered the benchmark in corporate governance in

21     Brazil.

22           Q.   And these principles of corporate

23     governance recognized by the IBGC that were invoked

24     by Mr. Monforte during the board of directors

25     meeting, are you familiar with those principles?

45

1                    Cunha - Confidential

2          A.    Yes, I am.

3          Q.    Can you explain briefly what they are?

4          A.    The IBGC has a code that was then in its

5    fourth edition, it is now in the fifth edition, and

6    the code has definitions of independence, and under

7    no circumstances the definition defended by the

8    Chairman Mantega, that independence has to do only

9    with a formal relation to the company could be

10   acceptable.

11               MR. LIMAN:  Objection and move to strike

12               the second half of the answer.

13         Q.    Mr. Cunha, after, right after the

14   reference to Mr. Monforte's statement, you will see

15   that the minutes reflect that a vote was taken

16   regarding the membership of the audit committee.

17   Do you see that?

18         A.    Yes.

19         Q.    What was the result of that vote?

20         A.    As usual, all of the directors appointed

21   by the controlling shareholder voted with the

22   chairman.  We had a negative vote of Mr. Monforte

23   and Mr. Continho, and I decided not to participate

24   in the vote because I believed it was completely

25   wrong.

1                    Cunha - Confidential

2        Q.    Did Ms. Foster vote against your

3   continuation on the audit committee?

4        A.    Yes, she did.

5        Q.    And you said as usual, all of the

6   directors appointed by the controlling shareholder

7   voted with the chairman.  What do you mean by that?

8        A.    I don't recall in the two years that I

9   served on this board until 2015, when things

10  definitely changed, a situation in which the other

11  directors didn't vote with the chairman.

12       Q.    And I will ask you to read the last two

13  sentences, last two full sentences on this page.

14            THE INTERPRETER:  He added --

15            MR. MUSTOKOFF:  You know what, I think

16            you might have read the wrong sentence.  If

17            you could read the sentence right before

18            that.

19            THE INTERPRETER:  "Board member Mauro

20            Rodrigues da Cunha communicated that he

21            would not participate in the vote because he

22            considered it to be irregular, given that

23            there is no bylaws or regulation that

24            contemplates such vote.  He added that the

25            argument of rotation configured a true

1                    Cunha - Confidential

2          hypocrisy since this has never been proposed

3          at the company, and that some of the board

4          members were already there for many years in

5          their respective committees including their

6          permanence there."

7     Q.   Sir, you reference your removal from the

8     board -- strike that.  You say that the board's

9     argument for your removal was a "true hypocrisy."

10          Why is that?

11    A.   Because, first, there had never been a

12    rotation before, and as I mentioned, it was not a

13    true rotation, it was just a few names being moved

14    around, and one of these moves was my exclusion

15    from the audit committee.

16          The second thing as I also state here,

17    there was no provision for a vote to take place

18    either in the bylaws or the internal rules of the

19    board, and the internal rules actually state the

20    opposite, which is that the committees are open to

21    any board member that is interested if there are

22    seats available, and there were because the maximum

23    number of members was not three.  So the vote

24    didn't have to take place or should not have taken

25    place the way it did.

1                    Cunha - Confidential

2          Q.   If you turn the page to page 5, I would

3     like you to read the two sentences beginning with

4     "Board member Mauro Rodrigues da Cunha said."

5          A.   Where is that again?

6          Q.   On the top of page 5.

7               THE INTERPRETER:  "Board member Mauro

8               Rodrigues da Cunha informed that in due time

9               he would forward a representation to CVM."

10         Q.   And next, please.

11              THE INTERPRETER:  "Also after the vote,

12              he manifested that the indications made by

13              board member Miriam Belchior and Luciano

14              Continho violate the requirements of

15              independence contained in the Sarbanes-Oxley

16              law."

17         Q.   And if you could read just one more

18    sentence, the next sentence.

19              THE INTERPRETER:  "Board member Jose

20              Monforte requested an in-depth analysis by

21              the legal department and the contents of the

22              Sarbanes-Oxley law on the topic proposed,

23              which a proposal that was approved by the

24              president of the board."

25         Q.   Mr. Cunha, do you know the outcome of

49

```
 1                  Cunha - Confidential

 2      the analysis that was requested by Mr. Monforte?

 3          A.    Yes.

 4                MR. LIMAN:  You know what?  On the

 5          content of the legal advice, before the

 6          witness answers, I need to consult with his

 7          lawyer about potential questions of

 8          privilege.

 9                MR. MUSTOKOFF:  Okay.  Let's go off the

10          record.

11                THE VIDEOGRAPHER:  The time is 11:46

12          a.m.  Going off the record.

13                (Discussion off the record)

14                THE VIDEOGRAPHER:  The time is 11:56

15          a.m.  We are back on the record.

16                MR. MUSTOKOFF:  Mr. Court Reporter,

17          could you please read back the pending

18          question.

19                (Record read)

20                MR. LIMAN:  I would ask the witness not

21          to reveal the contents of any legal advice

22          received by him or by the board from company

23          counsel in its capacity as the directors in

24          their corporate capacity.  I am prepared to

25          discuss that with you if you would like.
```

1                        Cunha - Confidential

2          Q.    You can answer.

3          THE WITNESS:   My idea is to answer based

4      on my recollection of what is on the board

5      minutes in which these items were discussed.

6      Is that fine?

7          MR. LIMAN:   Yes, you can do that.

8          THE WITNESS:   Okay.

9          MR. LIMAN:   Assuming that you agree it

10     doesn't affect a broader waiver.

11         MR. MUSTOKOFF:   Agreed.

12         MR. LIMAN:   Thank you.

13         A.    So we received opinion from internal and

14     external counsel.   I learned in this process about

15     an exception for foreign private issuers under the

16     Sarbanes-Oxley Act that could be exempted from the

17     requirement of independence on the audit committee.

18     That in theory allowed a company such as Petrobras

19     to have an audit committee without independent

20     members.

21              Under Brazilian regulation there is no

22     specific legal requirement for independence unless

23     the audit committee is statutory, which is not the

24     case of Petrobras, so the conclusion was that,

25     strictly speaking, Petrobras could move on with an

1                          Cunha - Confidential

2      audit committee that didn't have independent names

3      or a majority of independents despite whatever can

4      be considered best practice.

5                  What remained, though, was that, at

6      least for a time to my knowledge, Petrobras still

7      stated in its 20-F forms that its audit committee

8      was independent, and as I mentioned here, the rules

9      of the board also demanded that audit committee

10     members be independent, and that was completely

11     forgotten in that situation.

12                 MR. LIMAN:  Objection and move to strike

13           the last sentence of the answer as

14           non-responsive.

15          Q.   Mr. Cunha, did PWC ever give an opinion

16     regarding the independence of the audit committee

17     following your removal?

18          A.   I don't recall.  Not to us, to my

19     recollection.  Maybe to the company but not to us.

20          Q.   And just to be clear, before you were

21     rotated off of the audit committee in April 2014,

22     had any other individual ever been removed from the

23     audit committee by the board of directors, to your

24     knowledge?

25          A.   Not to my knowledge.

                          Cunha - Confidential

1                         Cunha - Confidential

2                 MR. LIMAN:  Objection to form.

3           Q.   If you turn back to page 5 of the

4     minutes, the sentence that begins "Board member

5     Cunha once again presented his disagreement."  Do

6     you see that?

7           A.   Yes.

8           Q.   Could you please read that entire

9     sentence.

10                THE INTERPRETER:  "Board member Mauro

11                Rodrigues da Cunha complained once again

12                about the procedure adopted and stated that

13                he thought it to be a disgrace what was

14                happening at the board of directors on that

15                day."

16          Q.   Mr. Cunha, why was it a disgrace what

17    happened at the board of directors that day?

18                MR. LIMAN:  Objection to form.

19          A.   My interpretation was that for no

20    particular reason, Petrobras was deciding to move

21    on to an audit committee without independent

22    members precisely at the moment when it was coming

23    to the spotlight with a number of allegations

24    regarding the refineries, Pasadena and so forth,

25    and I don't know if by that date former officer

```
 1                    Cunha - Confidential

 2    Costa had already been imprisoned, so my point was

 3    precisely in the moment when independence was most

 4    important, Petrobras was relinquishing independence

 5    because of that decision from the chairman approved

 6    by the other directors.

 7         Q.   Was there a connection in your mind

 8    between board independence and the arrest of Mr.

 9    Costa?

10              MR. LIMAN:  Objection.  Calls for

11              speculation.  Lack of foundation.

12         A.   As you put in your previous question, my

13    understanding is that independence is always

14    necessary, especially in a body like the audit

15    committee.  If the company is under scrutiny and

16    allegations of wrongdoing, that independence

17    becomes more necessary.  That is my understanding.

18              MR. MUSTOKOFF:  I am handing the witness

19              a document that we will mark as Cunha 5.

20              (Cunha Exhibit 5, Letter dated

21              October 21, 2014, was so marked for

22              identification, as of this date.)

23         Q.   It is a letter dated October 21, 2014.

24    Do you recognize this document?

25         A.   Yes, I do.
```

54

1                           Cunha - Confidential

2           Q.    What is it?

3           A.    Well, it is a request for the inclusion

4      of a number of items on the agenda of the board of

5      directors.

6                 MR. LIMAN:   I assume you are referring

7                 to the bottom e-mail, not the top e-mail?

8                 MR. MUSTOKOFF:   Well, specifically, I am

9                 referring to the e-mail from Mr. Cunha to

10                Mr. Fujikawa and Mr. Salvio.

11          Q.    Mr. Cunha, who are those two

12     individuals?

13          A.    Mr. Fujikawa is the secretary to the

14     board and Mr. Salvio, I have to be honest, he was

15     either an assistant to the CEO or I think he was

16     responsible for the cabinet of the CEO, so in that

17     respect he also had a legal oversight over the

18     functioning of the board and corporate governance.

19          Q.    And you were requesting through this

20     letter that certain agenda items be put on the

21     agenda for the next board meeting.  Is that

22     correct?

23          A.    That's correct.

24          Q.    And were you requesting that the board

25     meeting be set for a certain amount of time?

                      Cunha - Confidential

1

2        A.   I was requesting that it be longer.  I

3    was actually suggesting a two-day meeting.

4        Q.   How much time had been set aside for the

5    meeting?

6        A.   Well, traditionally the agendas are

7    always allowed for three to four hours of meetings,

8    and it became increasingly clear that it was

9    absolutely insufficient, given the number of issues

10   that we had to discuss, and so I was asking for a

11   more realistic agenda.

12       Q.   And you thought two days was required?

13       A.   Yes.  That is because we had not only

14   these items but also the usual items that were to

15   be discussed on that date.

16       Q.   It looks like you have five agenda items

17   listed.  Do you see that?

18       A.   That's right.

19       Q.   Would you please read the first item.

20            THE INTERPRETER:  "Detailed presentation

21            on RNEST requested originally on August 22,

22            2014 and which has not been complied with

23            until this date.  Within that context, a

24            discussion regarding the document which were

25            circulated among the board members and which

56

                        Cunha - Confidential

1
2          is reattached to this e-mail."

3          Q.   If you turn to the third page of the

4     document, sir, do you see the attached letter?

5          A.   Yes.  You mind if I consult with my

6     lawyer for a second?

7          Q.   Sure.

8               (Discussion off the record between

9               witness and his counsel)

10         A.   Okay.

11         Q.   Everything okay?

12         A.   Um-hum.

13         Q.   You see the attached letter?

14         A.   Yes.

15         Q.   Is this a letter you sent to your fellow

16    board members?

17         A.   Yes.

18         Q.   Before we ask about the letter, sir, how

19    long, how much time was allotted for the next board

20    meeting?

21         A.   I don't recall.  As a matter of fact,

22    pardon me, I do recall that, I don't remember what

23    the agenda stated but I remember that the meeting

24    started on October 30, it was adjourned, and it

25    continued on November 5th, if I'm not mistaken, in

1                    Cunha - Confidential

2    Brasilia, so it started in Sao Paulo and ended in

3    Brasilia.

4          Q.    Could you describe the letter that is

5    attached to the exhibit?

6                MR. LIMAN:  Objection to form.

7          Q.    Generally.

8                MR. LIMAN:  Same objection.

9          A.    Well, first, I comment on the lack of a

10   positive response for an extraordinary meeting and

11   then I get into more details as to some of the

12   items that I wanted to discuss in such meeting,

13   including what I understood was a misstatement from

14   Petrobras in relation to press reports concerning

15   Abreu e Lima.

16         Q.    Is that misstatement described in this

17   letter?

18         A.    Yes, it is.  That is what I tried to

19   describe.

20         Q.    Could you describe the misstatement?

21               MR. LIMAN:  Objection to form.

22         A.    The press report stated that Abreu e

23   Lima had been approved even under a scenario where

24   it had a negative net present value, and the

25   company issued a statement denying the fact and

```
 1                   Cunha - Confidential
 2    saying that under certain conditions it had a
 3    positive net present value.
 4              I did a lot of work on some company
 5    documents that I requested, some I received, some I
 6    didn't, but with what I received, I was able to
 7    conclude that the net present value was indeed
 8    negative and therefore the announcement to the
 9    market was not correct.
10         Q.   Mr. Cunha, could you please read the
11    first three paragraphs of the letter beginning
12    "Dear advisors."
13         A.   "Dear directors."
14         Q.   "Dear directors."  Excuse me.
15              THE INTERPRETER:  "Dear board members, I
16              confess to be surprised with the position
17              expressed by the chairman of the board
18              regarding the lack of need to have an
19              extraordinary meeting to discuss the serious
20              matters related to RNEST as well as the
21              tacit agreement with their silence of the
22              other board members indicated by the
23              controlling shareholder.
24              "I feel further frustrated by our
25              incapacity to discuss the matter in a more
```

59

1                      Cunha - Confidential

2           detailed manner, whether at the requested

3           extraordinary meeting or at the presentation

4           on the matter that I requested on August 22,

5           2014, and that was not included in the

6           original outline or agenda."

7           Q.   Just one more paragraph, sir.

8                THE INTERPRETER:  "With that, I took the

9           liberty of going deeper on the matter

10          analyzing document DIP AB-CR 327/09, which I

11          received from SEGEPE on July 9, 2014 and is

12          attached to the present e-mail."

13               MR. MUSTOKOFF:  Thank you, sir.

14          Q.   Could you describe the document you are

15   referring to DIP AB-CR 327/09?  Could you describe

16   that document?

17          A.   Do you have that document?

18          Q.   I do.  In fact, I can give it to you.

19               (Cunha Exhibit 6, Document, was so

20          marked for identification, as of this date.)

21          Q.   We will mark this as Cunha 6.  This was

22   produced as a single document by the company.  Is

23   this the document referenced in your letter?

24          A.   It looks like it.  As you can see, it is

25   fairly long and I studied it a long time ago, but

```
 1                    Cunha - Confidential

 2     it looks like the document I was referring to.

 3          Q.   What in this document did you take note

 4     of that led you to the conclusion that the company

 5     had misstated information to the public?

 6               MR. LIMAN:  Objection to the form.  Do

 7               you have the English?

 8               MR. MUSTOKOFF:  I don't have the

 9               English.

10               MR. LIMAN:  I am going to object to the

11               use of this document because it doesn't

12               permit us to object.

13               MR. MUSTOKOFF:  I don't have an English

14               version.

15               MR. LIMAN:  Objection.

16          A.   I have just requested to make sure that

17     the document was available to you gentlemen and

18     ladies because it is an internal document of the

19     company and so it is confidential to the company

20     and it is part of a confidential proceeding that I

21     started on this matter at the CVM, so I just wanted

22     to make sure that the document was on the table.

23               As it is, let me start by asking you a

24     previous question as to what this document is?  DIP

25     stands for Petrobras internal document and it in
```

```
1                    Cunha - Confidential
2    fact has a number of studies and opinions from
3    different areas of the company in relation to the
4    execution of Abreu e Lima refinery, and what I was
5    able to find out by analyzing these documents is
6    that the actual net present value of the project
7    was negative up until the moment when the company
8    came up with a number of highly dubious assumptions
9    in terms of what could or could not be realized as
10   hypotheses and scenarios that to my understanding
11   should not be a part of a feasibility study.
12             So when one removes such assumptions, it
13   was clear that the present value was negative and
14   therefore the notice to the market that was sent in
15   October 2014, if I'm not mistaken, was not correct
16   in my opinion.
17        Q.    What was the negative present value, if
18   you recall?
19             MR. LIMAN:  Objection to the form and
20             misstatement of the witness's testimony.  I
21             think he expressed an opinion.
22        A.    Well, referring to the document, we see
23   two different scenarios with a negative net present
24   value of $1.9 billion or $2.7 billion and then --
25        Q.    Which page are you referring to just so
```

```
1                     Cunha - Confidential

2    the record is clear?

3         A.    Well, the pages are not numbered.

4         Q.    Look at the numbers at the bottom.

5         A.    70.  It is a handwritten 70 on top of

6    the document.

7         Q.    It has Bates number 01187093 at the

8    bottom right-hand corner.  Is that right?

9         A.    That's correct.

10        Q.    Continue.  I'm sorry.
```

# Commercially Sensitive

1                    Cunha - Confidential

# Commercially Sensitive

4          Q.   If you turn back to Cunha 5, which is

5    the letter on the first page of the letter, you

6    will see there is a passage that is italicized  do

7    you see that?

8          A.   Yes.

9          Q.   Can you describe what that passage is?

10         A.   This is part of a statement that I did

11   to the CVM and was, I'm sorry, I'm sorry, I take

12   that back.  This is part of the statement that the

13   company published on August 27 in response to the

14   press reports that the NPV was negative.

15         Q.   Could you please read the company's

16   statement?

17         A.   Sure.

18              THE INTERPRETER:  "Contrary to what is

19         affirmed by the report in question, said

20         technical opinion of November 19, 2009 in

21         the area of corporate strategy confirms the

22         economic attractiveness of the project based

23         on the result of complementary analysis that

24         considered factors associated factors to the

25         economic life.  Tax breaks and the loss

```
 1                    Cunha - Confidential
 2            of" -- can I reread this, please --
 3            "confirms that economic attractiveness of
 4            the project based on the result of
 5            complementary analysis that considered
 6            factors associated to the economic life, tax
 7            break and the avoided market loss.  Thus,
 8            the opinion in its conclusions affirms that
 9            perpetuity" -- "that take into consideration
10            the perpetuity, the analysis of the opinion
11            of the complementary opinions and the tax
12            break and of the avoided market loss, the
13            project presents a positive VPL, and further
14            that the project in operational terms
15            represents a quite positive impact to the
16            national supply system."
17            Q.   What is VPL?
18            A.   Net present value.
19            Q.   So the company was representing a
20       positive net value, correct?
21            A.   Yes.
22            Q.   It is your belief that the internal
23       documents that we looked at suggest to the
24       contrary, is that right?
25            A.   Correct.
```

```
 1                    Cunha - Confidential

 2          Q.   If you'll note at the bottom of the page

 3     you will note this bulletin was deleted from the

 4     Petrobras website.  Do you see that?

 5          A.   Yes.

 6          Q.   Why was it deleted from the website, if

 7     you know?

 8               MR. LIMAN:  Objection.

 9          A.   I don't know.

10          Q.   If we turn to the next page and I ask

11     you to read the next two paragraphs.

12               THE INTERPRETER:  "But going into the

13               facts, it is simply not true that the

14               project had economic attractiveness, the

15               graphic 4 of page 41 of the PBF document

16               (page 33 of executive report of PSD, phase

17               3) shows that there was an exercise with

18               numbers done to show a positive number.  I

19               would treat each one of those components

20               individually, but I would focus initially on

21               one of them."

22               MR. MUSTOKOFF:  Thank you.

23          Q.   Mr. Cunha, you reference a document,

24     executive report of PSD.

25          A.   Um-hum.
```

1                    Cunha - Confidential

2          Q.   What is PSD?

3          A.   Honestly, I don't recall.  It is one, I

4     believe one of the documents that is part of the

5     DIP AB 327.  PSD, it is just too many acronyms.

6               Oh, here it is.  I don't recall what the

7     acronym means.

8          Q.   Let me hand you a document and we will

9     mark it.  Excuse me one second.

10              THE WITNESS:  My attorney has helped me

11              here.  It is decision support package.

12         Q.   Before we mark the document, Mr. Cunha,

13    if you look at Cunha 6 and you turn to page with

14    the Bates number at the bottom 1187056 which has

15    the handwritten 33 at the top.

16         A.   Okay.

17         Q.   Is that the graphic you were referring

18    to?

19         A.   I mentioned chart 4.

20         Q.   How about if you turn to 1187063.

21         A.   That's correct.  This is the one.

22         Q.   This is the graphic 4 that has been

23    referenced in your letter?

24         A.   Correct.

25         Q.   What does this establish?

```
 1                   Cunha - Confidential

 2              MR. LIMAN:  Objection to the form.  Use

 3         of the word "establish."

 4         A.   It establishes that the standalone

 5    analysis pointed to a negative value of $3 billion

 6    that would be reduced to 1.9 billion if one added

 7    the perpetuity calculation and two other factors

 8    which I don't recall.  I believe they have to do

 9    with the discount rate.
```

# Commercially Sensitive

```
15              Q.   Now in your letter you say that this

16    graphic shows that an exercise with numbers was

17    done.  What did you mean by that?

18              A.   My expression is more qualitative than

19    that.  It is not really an exercise in numbers.  I

20    am mentioning here the numbers were stretched to

21    make the mark.  That is the point.

22              Q.   When you say the numbers were stretched,

23    do you mean they were fabricated?

24              MR. LIMAN:  Objection to form.

25              A.   What I describe in the letter is that
```

68

1                    Cunha - Confidential

2    many of the items that make that number come from

3    $3 billion              **Commercially Sensitive**

7               So my point with this letter was

8    twofold.  One, to point to a faulty statement made

9    by the company, but more importantly, and this is

10   why I was requesting an extraordinary meeting to

11   point to what I believed was a very serious breach

12   in the investment decision-making process of the

13   company, that numbers were being included in the

14   analysis with the express intention of allowing

15   certain decisions to be made.

16               MR. LIMAN:  Objection.  Move to strike.

17        A.   So let's use numerical gymnastics.

18        Q.   So you believe that a numerical

19   gymnastic had occurred within this document?

20        A.   Yes.

21        Q.   The sentence below that in your letter,

22   could you please read that sentence.

23        A.   Where exactly?

24        Q.   It would be the third sentence on the

25   page with the number 64791.

```
 1                   Cunha - Confidential

 2        A.   Okay.

 3             THE INTERPRETER:   "Deep strategy/API

 4        111/2009 crystal clear when he says that

 5        from an entrepreneurial point of view

 6        without considering complementary analysis,

 7        the project does not show to be economically

 8        attractive."

 9        Q.   Mr. Cunha, if you turn to page 1187088

10   of Cunha 6, can you identify this document?

11        A.   Part of that big DIP, this one produced

12   by the strategy department.

13        Q.   This document suggests that the project

14   did not present an economic attractiveness in your

15   view?

16        A.   Please allow me a few minutes to review

17   the document.

18        Q.   Take your time.

19        A.   Okay.

20             MR. LIMAN:  Objection to form.

21        A.   My understanding of this document is

22   that firstly, it clearly states that from the

23   Petrobras perspective the project has a negative

24   NPV.  It makes a number of considerations on the

25   national level whether such a refinery adds value
```

1                    Cunha - Confidential

2     to the country as a whole.

3          Q.   Which page are you referring to, sir?

4          A.   To the document as a whole.

5          Q.   Okay.

6          A.   So it is throughout the document.  It

7     recommends a number of analysis and prior

8     considerations before the board moves on with the

9     project, and even some conditions in case it is

10    approved.  It adds such analysis that at one point

11    are called sensitivity analysis, but are

12    nonetheless included in the base case that arrive

13    at the positive number.  So from an interested

14    perspective, I cannot plausibly say that this

15    points to a project that is positive for Petrobras.

16         Q.   Turning back to your letter after your

17    reference to this document, you reference a report

18    from PLAFIN.

19         A.   Yes.

20         Q.   What is that?

21         A.   This is the financial planning

22    department, and if I'm not mistaken, it is also

23    included in Cunha 6.

24         Q.   What did that report reflect?

25         A.   It also said that the project was not

```
1                    Cunha - Confidential

2    viable economically and it criticizes a number of

3    assumptions made, which I refer to on the next page

4    of my letter.

5          Q.   Could you describe those?

6               MR. LIMAN:  Objection.  Vague.

7          Q.   Could you please describe the criticisms

8    that are reflected in your letter?

9          A.   Okay.

10         Q.   It would be helpful if you can walk me

11   through them.
```

# Commercially Sensitive

1                    Cunha - Confidential

# Commercially Sensitive

19          Q.    Who was it approved by?

20                MR. LIMAN:  Objection, foundation.

21          A.    It was approved by the board.

22          Q.    Board of directors?

23          A.    Yes, on the recommendation of

24    management.  That is my understanding.  Just

25    clarifying, I was not present at the time.  That is

```
1                    Cunha - Confidential
2    just by reading materials.
3         Q.   When you say on the recommendation of
4    management, is that a reference to the executive
5    board?
6              MR. LIMAN:  Objection, foundation.
7         A.   Yes.  As a matter of fact, let me take
8    this back.  I'm not sure whether the board of
9    directors has specifically approved this investment
10   item or whether management did.  We would need to
11   read the minutes of the period to find out.
12        Q.   This is Abreu e Lima we are referring
13   to?
14        A.   Abreu e Lima, yes.
15        Q.   To your knowledge, did PWC ever receive
16   a copy of this letter?
17        A.   I don't know.
18        Q.   Do you know if PWC ever received the DIP
19   internal document?
20        A.   I don't know.
21        Q.   Now after you sent this -- when did you
22   first send this letter to the board?  Do you know?
23             MR. LIMAN:  Objection to form.
24        A.   This letter was, I'm not going to recall
25   the exact date, but it is sometime between the end
```

```
 1                  Cunha - Confidential

 2    of August and the end of October 2014.

 3         Q.   So, for example, if you look at the

 4    first page of the document, the very last line, you

 5    say the document we have circulated among board

 6    members and it is again attached to this e-mail.

 7    Do you see that?

 8         A.   Yes.

 9         Q.   So this was not the first time that you

10    had sent this letter?

11         A.   Oh, no.

12         Q.   Correct?

13         A.   Correct.

14         Q.   After you sent this letter to the board

15    or at any time -- strike that.  Any time, at any

16    time after you sent this letter to the board, did

17    you receive any sort of response to the concerns

18    you were raising?

19         A.   No.

20         Q.   Never?

21         A.   Petrobras did answer to the CVM that in

22    their opinion the statement to the market was

23    correct pretty much along the lines that are

24    mentioned here in the italicized text that we

25    discussed.
```

```
1                    Cunha - Confidential

2         Q.   And what was your assessment of that

3    response?

4              MR. LIMAN:  Objection to the form.

5         A.   I didn't think it addressed the points

6    that I raised.

7              MR. MUSTOKOFF:  Let's mark this as Cunha

8         7.

9              (Cunha Exhibit 7, e-mail and attached

10        document, was so marked for identification,

11        as of this date.)

12             MR. LIMAN:  You are just marking the

13        Portuguese as the exhibit?  Is that correct?

14             MR. MUSTOKOFF:  That's correct.

15             MR. LIMAN:  Thank you.

16        Q.   Mr. Cunha, do you recognize this

17   document?

18        A.   Yes.

19        Q.   Could you describe it, please.

20        A.   This is the e-mail I sent to the board

21   to let them know that the issues we were previously

22   discussing about Abreu e Lima were brought to the

23   CVM in addition to discussion on the prices of

24   fuels.

25        Q.   What is attached to the e-mail?
```

1                    Cunha - Confidential

2         A.    The confidential text that I sent

3    together with Director Monforte to the chairman of

4    the CVM.

5         Q.    Mr. Cunha, could you read the first two

6    sentences of your letter to the board.

7              THE INTERPRETER:  "We forward for your

8              knowledge a document sent to the chairman of

9              CVM as confidential.  The requested question

10             is justified by the repeated frustrations of

11             the initiatives of board members that

12             subscribe it in looking for attitudes of

13             this board of directors to correct practices

14             which are considered illegal and that has

15             caused significant losses to Petrobras."

16        Q.    Mr. Cunha, you make reference to

17   practices that you consider illegal.

18        A.    Yes.

19        Q.    Which practices are you referring to?

20        A.    In this case I am mentioning the pricing

21   policies which I consider illegal.

22        Q.    That is in connection with Abreu e Lima?

23        A.    No, no, no.  That is the pricing of

24   fuels.

25        Q.    Could you please read the next sentence,

```
 1                   Cunha - Confidential

 2      please.

 3                   THE INTERPRETER:  "The signs have been

 4              clear and line streaming throughout times.

 5              50 days without deliberations in the middle

 6              of a corporate crisis probably

 7              unprecedented, with unprecedented history,

 8              impediment to the practice of fuel prices

 9              aligned with the country's legislation,

10              recurrent postponements of internal

11              investigation commissions that because of

12              the limit in scope, we are not able and

13              would not be able to the present date take

14              some action minimally compatible on the part

15              of the administration refuses to face the

16              facts of losses generated by the Abreu e

17              Lima refinery both by the lack of impairment

18              and by the communication made in August that

19              clearly defends past decisions, refuses to

20              hire an independent investigation until

21              forced to do so by an external audit."

22                   MR. MUSTOKOFF:  Thank you.

23                   THE INTERPRETER:  You are welcome.

24         Q.   Mr. Cunha, had the board --

25                   MS. MYANAKI:  External auditor.
```

```
 1                  Cunha - Confidential

 2              THE INTERPRETER:  Audit.

 3              THE WITNESS:  Independent auditors.

 4              MR. LIMAN:  Do you accept that

 5          correction to the record?

 6              MR. MUSTOKOFF:  I do.

 7              THE INTERPRETER:  From audit to auditor?

 8          Is that the correction?

 9              MR. LIMAN:  The way the interpreter took

10          it down was audit.  I think we are agreeing,

11          but tell me if we are agreeing, the word

12          should be "auditor"?

13              MR. MUSTOKOFF:  Correct.

14              THE WITNESS:  Correct.

15              MR. MUSTOKOFF:  Auditors plural, I

16          believe.

17          Q.   Mr. Cunha, was there a refusal by the

18      board to conduct an independent investigation until

19      forced to do so by the external auditors?

20          A.   Yes.

21          Q.   What was the subject matter of this

22      investigation?

23          A.   Well, if you go back to the board

24      meeting that took place in either April or May of

25      2014, Director Monforte and I suggests the hiring
```

1                        Cunha - Confidential

2    of an independent investigation, and we even make

3    reference to a very well-known firm as a necessity,

4    given the news that were coming out of the federal

5    police investigation of Petrobras.  We were

6    solemnly ignored and the company ended up doing

7    just that, following instructions from PWC after

8    October.

9              Q.   And what was the subject matter of that

10   investigation?

11             A.   Allegations of corruption.

12             Q.   Was PWC representatives present at the

13   meeting at which you and Mr. Monforte recommended

14   that this investigation be undertaken?

15             A.   I don't recall, but if they were, they

16   should be on those minutes.

17             Q.   Well, do you recall PWC ever agreeing

18   that there should be an internal investigation into

19   the corruption allegations at any time prior to

20   October 2014?

21             A.   No.

22             Q.   Then if you could just continue on with

23   the next sentence beginning with the words "We

24   understand."

25                        THE INTERPRETER:  "We understand that

80

```
1                    Cunha - Confidential
2            the role of an administrator is to take to
3            the knowledge of the competent corporate
4            bodies, the illegal acts that come to their
5            knowledge, and when you exhaust those
6            possibilities it is a legal obligation to
7            make such acts come to the knowledge of
8            regulating entities."
9       Q.   So, Mr. Cunha, when you refer to illegal
10   acts, are you referring to the acts described in
11   the prior paragraph?
12            MR. LIMAN:  Objection to form and asked
13            and answered.
14       A.   I am referring to the acts described on
15   my complaint to the CVM, and again we are talking
16   both about the refinery and the prices, and let me
17   just clarify because it might have been
18   misinterpreted when I said it before.  I was not
19   alleging illegal acts on the decision taken five
20   years before because it could even be prescribed.
21   What I was focusing was the legality of the
22   statement to the market making reference to a
23   positive NPV when there was not such a thing.
24            The crux of the matter in relation to
25   the refinery was actually the decision-making
```

81

1                    Cunha - Confidential

2    process that allowed such losses to take place

3    which put in question the fiduciary duties in

4    general.

5            In terms of the pricing policies, as

6    becomes clear also on the documentation, Brazil has

7    a so-called oil law under which Petrobras operates

8    and it states that fuel prices must follow a free

9    competition principle, and Petrobras was not

10   following free competition principle as it is still

11   not following.

12       Q.   Mr. Cunha, if you turn to page 2 of 11

13   of the letter sent to the CVM, do you make

14   reference in the first paragraph to information

15   disclosed to the market?  Do you see that?  After

16   Roman numeral 2.

17       A.   Okay.

18            MR. LIMAN:  I'm sorry, where are you?

19            MR. MUSTOKOFF:  Under the first

20       paragraph of page 2.

21            MR. LIMAN:  Where it says "Most

22       illustrative, Mr. President"?

23            MR. MUSTOKOFF:  Correct.

24            MR. LIMAN:  I see.  Thank you.

25       Q.   You see the reference to information

```
 1                    Cunha - Confidential

 2   disclosed to the market?

 3        A.   Um-hum.

 4        Q.   Is that a reference to the misstatement

 5   you were discussing a moment ago?

 6             MR. LIMAN:  Objection.

 7        A.   That's correct.

 8        Q.   If you look at the next paragraph, are

 9   you saying here that it was your belief that this

10   reflected a violation of legal duties of certain

11   Petrobras administrators?

12             MR. LIMAN:  Objection to the form.

13        A.   Yes.

14        Q.   Could you elaborate?

15        A.   Again my point was that I believed the

16   statements did not reflect the reality that I saw

17   on those documents in Cunha 6.

18        Q.   Is this letter similar in sum or

19   substance to the letter you sent to your fellow

20   board members that we were looking at a moment ago?

21             MR. LIMAN:  Objection to form.

22        A.   It was based on those discussions

23   precisely.

24        Q.   So just to be clear, if you look under

25   paragraph 1.2.
```

83

 1                    Cunha - Confidential

 2        A.    Um-hum.

 3        Q.    Could you read that paragraph, please.

 4              THE INTERPRETER:  "Although it causes

 5        surprise that not only the executive board

 6        of Petrobras had not communicated to the

 7        board members the results of arrangements

 8        made nor that the chairman of the board of

 9        directors had accepted a request to have an

10        extraordinary board meeting to discuss the

11        corruption and responsibility topics of

12        certain administrators of Petrobras, we

13        cannot but bring to your immediate

14        attention, to bring to the immediate

15        attention of the CVM a fact that is

16        apparently incorrect disclosed in

17        communication to the market by Petrobras."

18              MR. MUSTOKOFF:  I think the translation

19        is we cannot fail to bring.

20              THE INTERPRETER:  Yes, we cannot but

21        bring or we cannot fail to bring.

22        Q.    Cannot fail to bring to the immediate

23    attention of the securities commission.  Is that

24    correct, Mr. Cunha?

25        A.    That's correct.

84

1                    Cunha - Confidential

2          Q.   Mr. Cunha, did you believe it was your

3    duty as an independent director of Petrobras to

4    bring this incorrect statement to the attention of

5    the CVM?

6               MR. LIMAN:  Objection to form.

7          A.   After exhausted trying to revert the

8    situation at the company level, yes.

9          Q.   How long did you try to revert the

10   situation at the company level before going to the

11   CVM?

12         A.   Between August and the end of October,

13   so for two months.

14         Q.   Those two months you received no

15   response from the company in the face of the

16   concerns you had raised?

17         A.   I received no satisfactory response.

18         Q.   If you turn to page 6 and specifically

19   paragraph 1.8, what are you describing in this

20   paragraph, sir?

21         A.   It is precisely the argument of

22   fiduciary duties that I mentioned before of

23   approving a statement that doesn't reflect the

24   facts that I saw in the Petrobras documents.

25         Q.   So to be clear, was it your belief that

1                    Cunha - Confidential

2     this misstatement reflected a violation of

3     fiduciary duties by the board?

4                    MR. LIMAN:  Objection.

5          A.    I believe so.  Well, formally by the

6     executives in charge of making disclosures, but

7     also by the boards since they haven't acted once

8     they were advised of the problem.

9          Q.    Sticking with paragraph 1.8, you will

10    see after the third Roman numeral 3 do you see

11    there is a reference to mistaken factual response

12    to the bulletin of CVM that could and can generate

13    significant fluctuation in the share values of

14    Petrobras?  Do you see that reference?

15         A.    Yes.

16                   MR. LIMAN:  Objection to the

17              translation.

18         Q.    What is that a reference to?

19         A.    Again to the statement.

20         Q.    Were you concerned that the true value

21    of Petrobras' stock price was not being reflected

22    as a result of the information?

23         A.    I considered that this was a

24    possibility, and because of that, the statement

25    needed to be correct.

86

```
 1                    Cunha - Confidential

 2          Q.    If you turn to page 10, there is a

 3    heading toward the bottom that reads, and please

 4    correct my translation if I am incorrect, but I

 5    believe it says "The reason for this request at

 6    this time."  Is that correct?

 7                MR. LIMAN:  Where are you?

 8                MR. MUSTOKOFF:  I am on page 10.

 9          A.    That's correct.

10          Q.    What are you describing in this final

11    paragraph?

12                MR. LIMAN:  Can you give us a second.

13          A.    I am describing the fact that the

14    chairman has refused to discuss the matters that I

15    considered very important.  And when I say I, I

16    mean we, because it is Mr. Monforte and I.

17          Q.    Was it your belief that this matter

18    warranted the immediate intervention by the CVM?

19          A.    Yes.

20          Q.    Why is that?

21          A.    Again, we are talking about a statement

22    to the market that had it been corrected, it would

23    have said that, yes, Petrobras approved a major

24    investment with a negative NPV and that would have

25    repercussions for the company.
```

87

```
 1                    Cunha - Confidential

 2              MR. MUSTOKOFF:  Let's go off the record.

 3              THE VIDEOGRAPHER:  The time is 1:05 p.m.

 4         We are going off the record.

 5              (Recess taken)

 6              THE VIDEOGRAPHER:  The time is 1:18 p.m.

 7         We are back on the record.

 8              MR. MUSTOKOFF:  I hand the witness the

 9         next exhibit.

10              (Cunha Exhibit 8, Document, was so

11         marked for identification, as of this date.)

12    BY MR. MUSTOKOFF:

13         Q.   Mr. Cunha, have you ever seen this

14    document before?

15         A.   No, I have not.

16              MR. LIMAN:  I am going to claw back

17         portions of this document on the grounds of

18         privilege.

19              MR. MUSTOKOFF:  This document has

20         already been entered as an exhibit in this

21         case.  It was entered as Castro Exhibit 7.

22         There was a discussion during that

23         deposition as to whether it was privileged,

24         and after discussion among counsel with

25         Cleary Gottlieb it was determined it was not
```

1                   Cunha - Confidential

2          privileged.  There was a discussion about

3          clawback, and that clawback was voided, so

4          to speak.

5               MR. LIMAN:  I will accept your

6          representation for purposes of the

7          deposition now and go back to the office and

8          confirm that.  If the facts you stated are

9          correct, then we will have no problems.

10              Q.   You can put that document to the side,

11   Mr. Cunha.  I would like to now introduce Cunha 9.

12              (Cunha Exhibit 9, Petition to the CVM

13          signed by Mr. Cunha and Director Monforte,

14          was so marked for identification, as of this

15          date.)

16              Q.   Mr. Cunha, just to be clear, the

17   document that we had previously marked Cunha 8, the

18   one that you said you had never seen before, just

19   to be clear, you have never received any sort of

20   response from the company regarding your -- the

21   concerns that you raised?

22              A.   I did receive a response, but it was not

23   this document.

24              Q.   It was not this document.  Okay.  Do you

25   have anything to add about this document?

```
 1                    Cunha - Confidential

 2          A.   I didn't have time to read it.  I could

 3     read it and answer your questions.

 4          Q.   That's okay, we will come back to it.

 5     In terms of a response from the company that you

 6     did receive, could you describe that response?

 7          A.   So yes, I received a letter from the CEO

 8     Graca Foster with two attachments addressing some

 9     of the issues.  As a matter of fact, no, I'm sorry,

10     that is a different letter.  Apologies.

11               (Discussion off the record between

12               witness and his counsel)

13          A.   I was referring to another exchange that

14     had to do with investment decision-making process

15     of the company, but it was not a response to the

16     Abreu e Lima situation itself.

17          Q.   Could you describe that other exchange

18     regarding the investment decision-making process of

19     the company?

20          A.   Okay.  That had to do with an e-mail

21     that I sent to directors after the board meeting of

22     February 2014 that approved the capital expenditure

23     program.  We received a very big PowerPoint

24     presentation at that time      **Commercially Sensitive**
```

1                    Cunha - Confidential

2          **Commercially Sensitive**

                           and I was overwhelmed by the

4    information received.

5              I could not reach a decision on the spot

6    and I abstained from voting.  I wrote to the

7    directors a couple of months later saying that

8    after further analysis, it became clear to me that

9    the decision-making process to approve investments

10   was very inappropriate at the company and that we

11   were approving a very substantial amount of

12   investments without any sort of proper analysis or

13   scrutiny from the board, and on the very end of my

14   e-mail, I add as a footnote that had I known in

15   February what I did know at that time, which was

16   June, I would have voted against the capital

17   expenditure program and not just abstain, and I

18   urged the directors to review the decision but that

19   never happened.

20             So to that e-mail Ms. Foster sent me a

21   response which tried to address some of the issues,

22   but in my interpretation not satisfactory.

23        Q.   Do you have a copy of the e-mail

24   correspondence that you are referencing?

25        A.   I do.

1                    Cunha - Confidential

2        Q.    Do you have it with you?

3        A.    I have it electronically.

4              MR. MUSTOKOFF:  Can we go off the

5        record.

6              THE VIDEOGRAPHER:  The time is 1:25 p.m.

7        We are going off the record.

8              (Recess taken)

9              THE VIDEOGRAPHER:  The time is 1:26 p.m.

10       Back on the record.

11             MR. MUSTOKOFF:  Mr. Cunha, I would ask

12       that you provide us with a copy of the

13       e-mail you just testified about.  We had a

14       discussion with counsel regarding this a

15       moment ago, and we are now going to go off

16       the record so you can provide us with that

17       document.

18             MR. LIMAN:  I would want to review it

19       first because I gather it is a company

20       document, but assuming there are no issues,

21       then we will be okay with it.

22             THE VIDEOGRAPHER:  The time is 1:26 p.m.

23       Off the record.

24             (Recess taken)

25             THE VIDEOGRAPHER:  The time is 1:30 p.m.

1                    Cunha - Confidential

2              We are back on the record.

3     BY MR. MUSTOKOFF:

4          Q.    Could you please refer to the document

5     marked as Exhibit 9.

6          A.    Okay.

7          Q.    Do you recognize this?

8          A.    Yes, I do.

9          Q.    What is this document?

10         A.    This is another petition to the CVM

11    signed by myself and Director Monforte.

12         Q.    Can you describe the circumstances of

13    this submission to the CVM?

14         A.    Yes.  At this moment we had already

15    received word from PWC stating that one of the

16    reasons they were refusing to sign off on the third

17    quarter statements was the fact that Mr. Sergio

18    Machado had been implicated in the criminal

19    proceedings running in Curitiba, and the logical

20    step on the interpretation of the independent

21    directors was that this officer needed to be

22    removed to remove at least this objection from PWC,

23    notwithstanding the simple fact that he was

24    implicated in corruption.

25                    So there was a second reason for

1                      Cunha - Confidential

2   removing him, and we were absolutely overwhelmed by

3   the chairman's insistence in not taking that

4   decision over the course, if I'm not mistaken, of

5   two meetings, and we were under the impression that

6   the chairman wanted to not take that decision.

7               Board member Sinedino, I believe all the

8   minutes stated that Mr. Machado, the officer in

9   question had links to very high ranking politicians

10  and that could be the reason for that, and we

11  therefore were alerting the CVM that this very

12  basic decision to at least be able to publish the

13  third quarter statement was being postponed without

14  reason.

15       Q.    What was Mr. Machado's title?

16       A.    He was the CEO of Transpetro, one of the

17  subsidiaries that was responsible for transport of

18  oil and fuels.

19       Q.    What was the nature of the corruption in

20  which Mr. Machado was involved?

21            MR. LIMAN:  Objection to form and

22            misstatement of his testimony.  I think he

23            used the word "implicated."

24       A.    To my recollection, Mr. Costa had

25  allegedly given Mr. Machado's 500,000 either reais

```
 1                    Cunha - Confidential

 2   or dollars in cash.

 3        Q.   At this board meeting in October 2014

 4   that you are describing here, was there a vote

 5   taken with respect to what to do with Mr. Machado?

 6        A.   Not really.

 7        Q.   Did you propose a vote?

 8        A.   I don't recall.  Perhaps.

 9        Q.   Did you propose that he be removed?

10        A.   I have to read the minutes.  If you will

11   allow me to read the minutes, I can answer your

12   question.

13        Q.   Whatever became of Mr. Machado?  Was he

14   ultimately removed from his position?

15        A.   Yes, he was.  He took a leave of absence

16   a couple of times and my understanding is that he

17   is no longer at the firm.  He resigned.  He was not

18   removed by the company, he resigned.

19             MR. LIMAN:  Can I just, I know it is

20        done with all of the right intentions in

21        mind, but I ask counsel not to have colloquy

22        with the witness as we are entitled to have

23        the witness's best recollection.

24             THE WITNESS:  Okay.  It is my first

25        time.  Apologies.
```

```
 1                    Cunha - Confidential

 2              MR. LIMAN:  No apologies.  With me

 3         mentioning it, I didn't mean it to have an

 4         implication.

 5         Q.   What did PWC say about Mr. Machado at

 6    this meeting?

 7         A.   PWC alleged that he was on the sign-off

 8    chain of financial statements to a material degree

 9    and therefore being suspect in such investigation

10    could not allow PWC to issue an opinion, an

11    unqualified opinion on the financial statements.

12              MR. MUSTOKOFF:  We are going to mark as

13         the next exhibit the meeting minutes of the

14         board of directors from the December 12,

15         2014 meeting.

16              (Cunha Exhibit 10, Minutes of board of

17         directors meeting of December 12, 2014, was

18         so marked for identification, as of this

19         date.)

20         Q.   Do you recall this meeting, Mr. Cunha?

21         A.   Yes, I do.

22         Q.   What do you recall about it?

23         A.   We were in the middle of a lot of events

24    of investigations and everything.  Also discussing

25    on the eventual publication of any data on third
```

96

1                    Cunha - Confidential

2    quarter because we didn't have PWC's sign off yet.

3    There were legal discussion on counsel for the

4    directors, so many different items.

5         Q.   I understand it was a lengthy meeting.

6    If you can turn to the page with the Bates number

7    in the right-hand corner 1224937.

8         A.   Okay.

9         Q.   You will see toward the bottom of the

10   page there is a discussion regarding the payment of

11   kickbacks.

12        A.   Um-hum.

13        Q.   There is a question from Mr. Monforte

14   regarding the kickbacks.

15        A.   Um-hum.

16        Q.   Am I correct that the minutes reflect

17   that Mr. Mario da Silva said to the contracts

18   continued to be, there are contracts that continue

19   to be paid but that in the accounting ledgers the

20   loss corresponding in the alleged value of the

21   kickbacks has been recognized.  Am I reading that

22   correctly?

23        A.   Yes, you are.

24        Q.   Could you please explain what this is a

25   reference to?

97

1                      Cunha - Confidential

2         A.   To the discussion as to whether we would

3    recognize on the third quarter statements a

4    specific accounting item for the kickbacks as

5    measured by 3 percent of the contracts under

6    investigation.

7         Q.   Is that something that the board had

8    agreed to at the time?

9         A.   Not the full board.  Actually the

10   decision was not taken then.  There were many

11   comings and goings on this decision.  We initially

12   disclosed a simulated effect before we even

13   published the financial statements, and then

14   finally we published the financial statements

15   against my opinion with that adjustment in place.

16        Q.   When you say that the company initially

17   disclosed a simulated effect, what is that a

18   reference to?

19        A.   If I'm not mistaken, before we disclosed

20   the third quarter numbers, we disclosed sort of a

21   press release with operating data that made some

22   comments on the possible repercussions of the

23   corruption scandal.  And again if I'm not mistaken,

24   that press release already contained a simulation

25   of the 3 percent number.

```
1                    Cunha - Confidential

2           Q.    Why did you vote against the financial

3    statements?

4           A.    Which financial statements?

5           Q.    The financial statements, well, why

6    don't you tell me which financial statements did

7    you vote against?

8           A.    I voted against the financial statements

9    for the full year ending on December 2014.  We

10   didn't have a formal vote on the quarterly results,

11   which was a bad practice in my opinion, but I

12   already expressed my disagreement with the decision

13   to consider 3 percent of the contracts as a

14   corruption charge.

15          Q.    Why did you disagree with the decision

16   to use the 3 percent number?

17          A.    Because there was no factual basis for

18   that.  It was based on hearsay from people that

19   were in jail.  Before that decision and after that

20   decision we heard about numbers that were both

21   above that threshold and lower than that threshold,

22   so it had absolutely no formal basis, and what

23   Director Monforte and I had been defending was a

24   full reappraisal of the assets that would clean up

25   everything and using a fair value approach.  Any
```

1                     Cunha - Confidential

2    corruption payment that was made would be written

3    off under that revaluation.

4         Q.    Did the company ever hire anybody to

5    conduct that valuation of the assets?

6         A.    Yes, at our insistence the company hired

7    two experts.  It was supposed to be confidential

8    but everybody knew who they were.

9         Q.    Who were they?

10        A.    It is public.  BNP and Deloitte.  And

11   they were hired to come up with a fair value

12   appraisal of the assets that were under

13   investigation.

14        Q.    What was the outcome of that appraisal?

15        A.    That outcome was a deviation from the

16   accounting numbers to the tune of 88 billion reais.

17        Q.    Was that 88 billion reais number ever

18   disclosed by the company?

19        A.    Yes.

20        Q.    When was it disclosed?

21        A.    It was disclosed in February of 2015 in

22   a very -- after a very tense deliberations.

23        Q.    Was that number disclosed as an

24   impairment?

25        A.    No, and we were convinced by management

1                        Cunha - Confidential

2      and by the external auditors, and I believe that

3      this is correct, that the number that we had in our

4      hands at that time was just a fair value appraisal

5      and the impairment test needed additional

6      information, which is the value in use, but it was

7      a very important benchmark and we felt that

8      disclosing that number was essential, particularly

9      given all the uncertainties that Petrobras was

10     already living for not having published the

11     financial statements on a timely manner.

12             Q.   Did you agree or disagree with the

13     decision to not take the full 88 billion reais as

14     the impairment?

15             A.   In the end I agreed.

16             Q.   You did agree.  Because?

17             A.   Because we needed additional tests.

18             Q.   If you turn to page Bates number ending

19     949, and I would like if you see at the bottom of

20     the page the sentence beginning "Board member

21     Silvio Sinedino asks if PWC is conditioning its

22     signature."  Do you see that?

23             MR. LIMAN:  I don't see it.

24             A.   The very end.

25             MR. LIMAN:  It carries over to the next.

101

1                    Cunha - Confidential

2        Q.    It carries over to 950.  Mr. Cunha, if

3    you just take a moment to review that portion of

4    the minutes.  If you could describe the context of

5    this discussion.

6        A.    We were trying to assess what would it

7    take for us to have an opinion from the external

8    auditors based on the requirements that they

9    themselves had come up with.  They told us that

10   there were three things that they needed.  One was

11   the removal of officers implicated in

12   investigations, and namely Mr. Machado.  The second

13   was reassessment of the assets involved.  And the

14   third one was an independent investigation.

15             Now the directors were quite anxious

16   that PWC was many times not very objective in

17   saying okay, what do we need to get to that final

18   decision.  Do we need to finish the investigation

19   or do we need to start the investigation, do we

20   need to reach certain thresholds in order to get

21   there.  So we were trying to get that information.

22       Q.    About two-thirds down the page, the

23   minutes reflect that you asked a question of the

24   auditor, Mr. Panassol?

25             MR. LIMAN:  Which page are we on?

102

1                    Cunha - Confidential

2              MR. MUSTOKOFF:  Same page, Bates number

3         ending 950.

4              MR. LIMAN:  You were on 49 before.

5              MR. MUSTOKOFF:  I am on 950.

6         Q.   There is a question from Mr. Cunha to

7    Marcos Panassol regarding the reporting line.  What

8    is this discussion about, sir?

9         A.   Well, I was criticizing the decision to

10   hire a so-called independent committee that would

11   ultimately receive the results of the investigation

12   and report to the board.  My point was that the

13   company was proposing bringing in a German national

14   that didn't speak Portuguese, a former member of

15   the Supreme Court in Brazil and the governance

16   director to form that committee, and my

17   understanding was that what we needed at that time

18   was to expedite the process and not to include

19   another layer in a process that needed to be fast

20   so that we could get the financial statements in

21   order, and that the natural structure for that

22   would be for the reporting line to finish at an

23   independent audit committee, which the company used

24   to have until April of that year.  So that was my

25   question and Mr. Panassol basically concurred.

```
 1                    Cunha - Confidential

 2         Q.   Mr. Panassol agreed that the audit

 3    committee as comprised at that time was not

 4    independent?

 5              MR. LIMAN:  Objection to form.

 6         A.   That is my understanding.

 7         Q.   Is it fair to say that the audit

 8    committee at that time was suspect?

 9              MR. LIMAN:  Objection to form.

10         A.   It was not independent.

11         Q.   Now if you turn to the next page to 951,

12    you will see that there are some comments made by

13    Ms. Foster.

14         A.   Where exactly?

15         Q.   Maybe about one-third the way down.  It

16    reads "Foster added to this asking the PWC

17    representatives what could be done to cut out steps

18    and accelerate this procedure."

19         A.   Yes.

20         Q.   Could you read the next sentence,

21    please.

22              THE INTERPRETER:  "It asks if the

23              removal of the present CEO as well as those

24              integrated in the executive board would

25              speed up the attainment of an audited
```

```
 1                   Cunha - Confidential
 2        balance sheet."
 3              THE WITNESS:  Should I continue?
 4              MR. MUSTOKOFF:  Sure.
 5              MS. MYANAKI:  The previous translation
 6        when you said the removal of the present
 7        CEO, I would suggest you change to the
 8        departure of the CEO.
 9              THE INTERPRETER:  "The auditor Marcos
10        Panassol clarified that such a departure
11        would not be capable of healing the question
12        of security and the information related to
13        acts already practiced throughout 2014 and
14        that changes in people could resolve a
15        question related only to this moment, from
16        this moment onward."
17        Q.   Mauro, if you could just finish the
18   sentence.
19              THE INTERPRETER:  "But regarding the
20        acts practiced and contract implemented, he
21        affirmed that such change would not
22        eliminate the need to investigate because he
23        had to do with acts already practiced during
24        a period which is object of this balance
25        sheet."
```

```
 1                    Cunha - Confidential

 2         Q.   Mr. Cunha, you recall this conversation,

 3   correct?

 4         A.   Yes, I do.

 5         Q.   Was Ms. Foster asking whether she should

 6   step down as the president of Petrobras?

 7         A.   Yes.

 8         Q.   Was Ms. Foster ultimately removed from

 9   her position as president?

10         A.   She was.

11         Q.   Could you describe those circumstances?

12         A.   I understand that when she agreed with

13   Mr. Monforte and I on the disclosure of the fair

14   value appraisal, she entered into a very serious

15   disagreement with the chairman of the board and the

16   controlling shareholder as we have witnessed in

17   that meeting, and not surprisingly right after that

18   she resigned.

19         Q.   If you turn to page 953 and you will see

20   at the top of the page it reflects that you made a

21   proposal to the board of directors.  Do you see

22   that?

23         A.   Yes.

24         Q.   Could you describe the proposal that you

25   made?
```

1                    Cunha - Confidential

2        A.    The proposal was to use existing

3   directors, so who already had knowledge of the

4   matter to be responsible for that reporting line

5   instead of bringing more people who had no

6   knowledge and therefore a learning curve.

7        Q.    And was this suggestion rejected?

8        A.    Yes.

9        Q.    If you look at the bottom of the page,

10  there is a reference to the report from the

11  internal investigation committee regarding COMPERJ.

12  Do you see that?

13       A.    Yes.

14            MR. LIMAN:  You are at the bottom of 53?

15            MR. MUSTOKOFF:  Yes.

16       Q.    Is it correct to say that the internal

17  investigation committee made a series of

18  recommendations?

19       A.    Yes.

20       Q.    Did one of those recommendations include

21  that the board of directors file a lawsuit against

22  12 individuals that were identified in the internal

23  investigation committee's report?

24       A.    Yes.

25       Q.    Sir, have you ever reviewed the internal

```
 1                    Cunha - Confidential

 2    investigation committee of COMPERJ?

 3         A.   I reviewed a few of these internal

 4    investigations.  I am almost sure that one in

 5    particular I have because I may have read a summary

 6    of it.

 7              (Cunha Exhibit 11, Report, was so marked

 8              for identification, as of this date.)

 9         Q.   Do you recognize this document?

10              MR. LIMAN:  Can you give us a second

11              until we get the English?

12              MR. MUSTOKOFF:  Sure.  We don't have an

13              English version.

14              MR. LIMAN:  Then I am going to object to

15              the use of the document and putting counsel

16              in the position where we can't exercise our

17              rights to object or not object and take the

18              position that all of our objections should

19              be preserved, unless you want me to keep on

20              objecting.

21              MR. MUSTOKOFF:  No, that's fine.  Your

22              objection is noted.  I also note you have a

23              Portuguese translator sitting next to you to

24              aid you, but that's fine.

25              MR. LIMAN:  What I would ask just to
```

1                    Cunha - Confidential

2          expedite this is that I have a continuing

3          objection to every one of your questions

4          based upon this document because you haven't

5          given us an English version of it.  Is that

6          acceptable?

7              MR. MUSTOKOFF:  I note your objection.

8              MR. LIMAN:  But, Matt, is it acceptable?

9              MR. MUSTOKOFF:  Yes, that's fine.  That

10         is noted.

11             MR. LIMAN:  So a continuing objection.

12             MR. MUSTOKOFF:  I'm not going to spend a

13         lot of time on this document.

14         Q.   Mr. Cunha, if you turn to page 51, but

15    before you do that, do you recognize the document?

16         A.   I am trying to think about it, but I

17    think I haven't read the full report.  No.  I only

18    had access to a summary prepared by the chairman of

19    the audit committee.

20         Q.   Do you see on page 51 there is a heading

21    numbered 11 and it says "Das Pessoas"?

22         A.   Page 51?

23         Q.   Bates number 143154.

24         A.   Yes.

25         Q.   You will see beginning on that page and

```
 1                    Cunha - Confidential
 2   through page ending 171, you see there is a list of
 3   several individuals?
 4            A.   Yes.
 5            Q.   Is it your understanding -- what is your
 6   understanding as to who these individuals are?
 7                 MR. LIMAN:  Objection, foundation with
 8                 respect to a document the witness has not
 9                 seen.
10            A.   They are key executives of the company
11   at the executive manager level or C level.  They
12   were linked to downstream investments including
13   COMPERJ.
14            Q.   Are these the individuals that were
15   recommended be the subject of civil lawsuits as
16   referenced in the board meetings?
17            A.   To my recollection, I was referring to
18   other investigations, and here I don't recall if it
19   is the Pasadena investigation or the international
20   SMS contract investigation which recommended
21   lawsuits against several employees and ex-employees
22   including former CEO Gabrielli, and these lawsuits
23   never happened.
24            Q.   If you look at the minutes on the page
25   ending 953, you will see this is a discussion
```

```
 1                    Cunha - Confidential
 2   regarding the internal investigation committee for
 3   COMPERJ, correct?
 4               MR. LIMAN:  Which document are you on?
 5               MR. MUSTOKOFF:  I am back on the
 6         minutes.
 7         A.   953?
 8         Q.   Yes, the bottom of 953.  Quintella is
 9   discussing the internal investigation committee
10   report for COMPERJ, correct?
11         A.   Yes.
12         Q.   If you turn the page, it says that the
13   audit committee recommends to the board of
14   directors that it file a civil lawsuit against the
15   12 people listed in the report.  Do you see that?
16         A.   Yes.
17         Q.   Okay.  Then if you go down --
18         A.   Just if I may.
19         Q.   Go ahead.
20         A.   You see that the audit committee is
21   recommending to the board, so it is not the reports
22   that recommends the lawsuits, it is the audit
23   committee.  It receives the report and recommends.
24         Q.   Thank you.  I appreciate that
25   clarification.  A little bit further down it says
```

1                       Cunha - Confidential

2      that board member Cunha agreed with the report from

3      the audit committee.  Do you see that?

4            A.   Yes.

5            Q.   Having read that, does that refresh your

6      recollection that you had agreed that the company

7      should pursue lawsuits against the individuals

8      identified in the investigation report?

9            A.   Yes.

10           MR. LIMAN:  Objection.

11           A.   I must say that my statement was not

12     based on the report but rather on the summary that

13     was brought by the audit committee with its

14     recommendations.

15           Q.   And is that the summary that can be

16     found attached to these minutes beginning at page

17     1224986?

18           A.   Correct.

19           Q.   And if you look at the summary right

20     before the COMPERJ summary beginning on Bates

21     number 1224970, do you see there is a summary of

22     the audit committee report regarding RNEST?

23           A.   Okay.

24           MR. LIMAN:  Give me a second.  I'm

25           sorry.  Thank you.

112

1                     Cunha - Confidential

2          Q.   Or Abreu e Lima?

3          A.   Um-hum.

4          Q.   Did you review that document?

5               MR. LIMAN:  Objection to the form.

6          A.   Yes.  Let me just make absolutely clear

7     that both reports do not mention the names of the

8     persons to be prosecuted, and this is something

9     that the chairman of the audit committee has

10    deliberately done and not a practice that I was

11    very comfortable with because it created two layers

12    of information, so the full board did not have

13    access to the full report, just to the summary, and

14    therefore could not make a judgment on each

15    individual.

16              Now if we go back to my comments on that

17    page 954, it is important to mention that what I am

18    saying here on items I, 2I, 3I and 4 and 5, is that

19    based on previous investigation reports, at least

20    one of each that was circulated throughout either

21    the full board or the audit committee when I was on

22    the audit committee, we have seen similar

23    recommendations including prosecution of members of

24    management, and I was calling attention here that

25    these recommendations were not followed, so there

1                    Cunha - Confidential

2    were governance issues with the consequences of

3    these investigation reports.

4         Q.   So Mr. Cunha, taking the Roman numerals

5    that you just referenced, if you look at Roman

6    numeral 2, could you read that, please.

7              THE INTERPRETER:  "He understood that

8              there was a problem with the governance of

9              the internal investigation commissions that

10             in his opinion showed incapacity to judge

11             acts involving members of the executive

12             board."

13        Q.   What did you mean by that, Mr. Cunha,

14   that there was an incapacity for the internal

15   investigation committee to judge acts involving

16   members of the executive board?

17        A.   I mean previous investigations that had

18   the unmistakable conclusion of prosecuting certain

19   members of management.  As I said, including the

20   former CEO.  And those lawsuits never happened.

21             MR. LIMAN:  Objection to the extent it

22             calls for speculation with respect to a time

23             period.  He is not there, and I move to

24             strike.

25             MR. MUSTOKOFF:  I ask that you abstain

1                    Cunha - Confidential

2           from speaking objections, Mr. Liman.

3                MR. LIMAN:  Motion to strike.

4           Q.   If you turn to page 957, about one-third

5      of the way down, Mr. Cunha, you comment that the

6      internal investigation committee's investigation

7      procedures have proven to be very slow.  Do you see

8      that?

9           A.   Yes.

10          Q.   And you cite Pasadena as an example.

11     Correct?

12          A.   That's correct.

13          Q.   What was the context of that comment?

14          A.   Well, the facts being investigated

15     happened in 2006 and almost ten years had elapsed

16     since then.  Because of that, the effectiveness of

17     the investigation may come into question.

18          Q.   Just a little bit further down there is

19     a reference to a recommendation you made for the

20     immediate suspension of companies implicated in the

21     Operation Car Wash investigation.  Do you see that?

22          A.   Yes.

23          Q.   Could you describe what that was about?

24          A.   Let me try to read that again.  Just a

25     second, please.

1                     Cunha - Confidential

2          Q.    Sure.

3          A.    Here again we see the chairman moving to

4     not decide on something that later on was actually

5     done.  The company suspended these companies.  As a

6     matter of fact, not in the best manner because it

7     actually created a list of companies that were

8     blocked from contracting with Petrobras when in

9     fact that was not the best alternative.

10               We were talking about biddings that were

11    made by invitation, so all the company had to do

12    was to abstain from inviting these companies and

13    not make a public splash about it as they end up

14    doing.  But in this date in particular what we see

15    is Chairman Mantega simply pushing the decision

16    forward.

17         Q.    Did there come a time when the company

18    canceled those contracts?

19         A.    They didn't cancel the contracts, they

20    suspended the suppliers.

21         Q.    When did that occur?

22         A.    I don't remember, but shortly after

23    this.

24         Q.    So your recommendation as of December 12

25    that the companies be immediately suspended, that

116

1                    Cunha - Confidential

2   was rejected, correct?

3              MR. LIMAN:  Objection.

4         A.   Yes.

5              MR. MUSTOKOFF:  Let's take a break.

6              THE VIDEOGRAPHER:  The time is 2:10 p.m.

7         We are going off the record.

8              (Lunch recess:  2:10 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    Cunha - Confidential

 2                    Afternoon Session

 3                       3:05 p.m.

 4            THE VIDEOGRAPHER:  The time is 3:05 p.m.

 5       We are back on the record.

 6  M A U R O   R O D R I G U E S  da  C U N H A, having

 7  been previously duly sworn, was examined and

 8  testified further as follows:

 9  EXAMINATION (Continued)

10  BY MR. MUSTOKOFF:

11       Q.   Mr. Cunha, I neglected to ask you at the

12  beginning of the deposition.  You are here today

13  testifying pursuant to a court order, correct?

14       A.   Yes.

15       Q.   Okay.  Mr. Cunha, there was some

16  testimony this morning about Mr. Quintella, the

17  president of the audit committee, correct?

18       A.   Yes.

19       Q.   Is he still with the company?

20       A.   No.

21       Q.   What happened with Mr. Quintella?

22       A.   He was not renominated by the government

23  last year.  I understand he is an executive

24  director at FGV, a Brazilian educational

25  institution, and he is a director at Oi
```

1                    Cunha - Confidential

2    representing Andrade Gutierrez.

3          Q.    Could you describe, if you know, the

4    circumstances regarding his departure from

5    Petrobras?

6                MR. LIMAN:  Objection to form.

7          A.    No.  I remember that when I decided not

8    to seek the nomination in 2015, the government also

9    changed substantially all of the directors it

10   appointed with the exception of Luciano Continho.

11         Q.    What was the reason for that?

12               MR. LIMAN:  Objection to form.

13         Foundation.

14         A.    From what I could see, it was in the

15   context of changing management after the departure

16   of Ms. Foster and the arrival of the new chairman,

17   Mr. Fujikawa.

18         Q.    You mentioned Andrade Gutierrez.  Who is

19   that?

20         A.    Andrade Gutierrez is a contractor in

21   Brazil.

22         Q.    Do you know if Andrade Gutierrez was at

23   all implicated in Operation Car Wash?

24         A.    From the news, yes.

25         Q.    What is your understanding?

119

1                    Cunha - Confidential

2        A.    There are certain contracts involving

3   Petrobras and Andrade Gutierrez that are being

4   investigated by the federal courts.

5        Q.    You said that all of the directors were

6   replaced with the exception of Continho?

7             MR. LIMAN:  Objection to form.

8        A.    As a matter of fact, Mr. Navarro, who

9   was nominated a couple of months prior, was also

10  renominated in 2015, but he was new because he

11  replaced Marcio Zimmerman.

12       Q.    Do you know why Continho remained on the

13  board?

14       A.    No.  It was the decision of the

15  controlling shareholder.

16            MR. MUSTOKOFF:  I am going to introduce

17       two sets of board meeting minutes, so we

18       will mark as Cunha 12 the minutes from the

19       January 23, 2015 meeting.

20            (Cunha Exhibit 12, Minutes of

21       January 23, 2015 board meeting, was so

22       marked for identification, as of this date.)

23            MR. MUSTOKOFF:  And we will mark as

24       Cunha 13 the board meeting minutes of

25       January 27, 2015.

120

```
 1                   Cunha - Confidential

 2                   (Cunha Exhibit 13, Board meeting minutes

 3            of January 27, 2015, was so marked for

 4            identification, as of this date.)

 5       Q.   Mr. Cunha, do you recall the board

 6  meeting on January 23rd, 2015?

 7       A.   Yes, I do.

 8       Q.   What do you recall about that meeting?

 9       A.   This was an extraordinary meeting called

10  by CEO Foster when she received the results of the

11  fair value appraisal that was significantly above

12  anyone's expectation and she wanted the board's

13  guidance as to what to do with that information.

14       Q.   When you refer to the fair value

15  appraisal, is that the appraisal performed by

16  Deloitte & Touche and BNP Paribas?

17       A.   That's correct.

18       Q.   That was the one that resulted in the

19  88 billion reais, correct?

20            MR. LIMAN:  Objection to form.

21       Q.   Is that right?

22       A.   Yes.

23       Q.   Were any decisions made by the board at

24  this January 23rd meeting with respect to that

25  appraisal?
```

Cunha - Confidential

1

2     A.    Can I ask you for a couple of minutes to

3   review the minutes just to refresh my memory?

4     Q.    Take your time.

5     A.    Okay.

6     Q.    What do you recall about this meeting in

7   particular?

8     A.    We were absolutely overwhelmed by the

9   size of the discrepancy between the amounts on the

10   books and the fair value.  We debated on what to do

11   with it.  There was no specific conclusion in that

12   meeting.  It came in the forthcoming meeting, but

13   the general agreement was that the number would be

14   publicized.  While there is no specific decision to

15   that in the minutes, that is what you can extract

16   from it.

17     Q.    So in other words, at this meeting on

18   January 23 it was more or less agreed to that the

19   88 billion reais would be disclosed?

20            MR. LIMAN:  Objection to form.

21     A.    If not directly the number, that it

22   would be the basis of a disclosure to the market as

23   to the degree of discrepancy between the books and

24   the fair value.

25     Q.    Did you have confidence in that number?

```
 1                   Cunha - Confidential

 2        A.   The number seemed to make sense from an

 3   economic perspective.  When we looked at the

 4   returns on the assets that could be expected from

 5   it, there were some questions on the methodologies

 6   involved.  I was convinced that from a purely

 7   technical perspective the approaches were generally

 8   correct.  CEO Foster was in particular concerned

 9   about the idea of stripping out assets that could

10   not be stripped out by itself, so there was a lot

11   of debate on that.

12        Q.   What was the resolution of that debate?

13        A.   The resolution of what we had hired

14   these consultants to do to find an independent

15   appraisal of those assets had been accomplished, so

16   with that in mind, the idea was that the company

17   would work with the external auditors to expedite

18   the publication of the financial statements that

19   were severely delayed by then.

20        Q.   What happened at the next board meeting

21   on the 27th with respect to this?

22        A.   Again, I am going to ask for a few

23   minutes to review this.

24        Q.   Take as much time as you need.

25             MR. LIMAN:  Mr. Mustokoff, do you have a
```

123

```
 1                    Cunha - Confidential

 2          signed copy of Exhibit 13?  It is not

 3          signed.

 4               MR. MUSTOKOFF:  I believe the Portuguese

 5          version is signed.

 6               MR. LIMAN:  Then I am looking at

 7          something different.

 8               THE WITNESS:  Mine is not signed.

 9               MR. LIMAN:  This does not look like the

10          right copy.

11               MR. MUSTOKOFF:  Can we go off the record

12          for one second.

13               THE VIDEOGRAPHER:  The time is 3:17 p.m.

14          Off the record.

15               (Recess taken)

16               (Cunha Exhibit 13, Document, was so

17          remarked for identification, as of this

18          date.)

19               THE VIDEOGRAPHER:  The time is 3:29 p.m.

20          Back on the record.

21     BY MR. MUSTOKOFF:

22          Q.   Mr. Cunha, before we went on break, I

23     had asked you, you had testified about the

24     88 billion reais appraisal that was discussed at

25     the January 23rd board meeting.
```

124

1                    Cunha - Confidential

2          A.    Um-hum.

3          Q.    My question to you is what was the

4    nature of the discussion regarding this appraisal

5    at the next board meeting on January 27?

6                MR. LIMAN:  Objection to the form.

7          A.    The next board meeting had a substantial

8    discussion on whether that number needed to, one,

9    be immediately included as an impairment of the

10   assets, and two, to be disclosed at all.

11         Q.    What was the outcome of that discussion?

12         A.    It was a long conversation with the

13   auditors.  We were convinced that they should not

14   be considered an impairment on the third quarter

15   results directly because that would violate

16   accounting rules.  In theory, you need to do the

17   impairment test on a precise date and that would be

18   the year-end, so the discussion moved as to whether

19   we should disclose the number as a footnote on the

20   financial statements or not.

21                If you look at the times that this

22   meeting started and ended, you will see this

23   meeting took almost ten hours and that is how much

24   debate took place and how many times the meeting

25   was broken for people to leave the room and to

1                     Cunha - Confidential

2      consult with the controlling shareholder directly,

3      so it was a situation in which some directors and

4      management made it a very strong point that this

5      number needed to be disclosed.

6                The chairman believed that it should not

7      because the methods was inadequate to measure the

8      adjustments necessary.  I made a strong statement

9      disagreeing from that, and for the first time in

10     the period I was there, the chairman was overruled.

11          Q.   Who was the chairman?

12          A.   Mr. Mantega.

13          Q.   If you look on page 5 of the minutes and

14     there is a reference to Mr. Cunha reading a

15     manifestation.  Do you see that?

16          A.   Yes.

17          Q.   What is this manifestation?

18          A.   It was my understanding that both the

19     chairman and the auditors were expressing opinions

20     that contradicted things that were said before on

21     the board, and that in effect what we were

22     witnessing was the simple fact that the financial

23     statements had been overstated since 2013 as per my

24     vote.

25          Q.   So what is the nature of these

1                    Cunha - Confidential

2    contradictions that you reference?

3         A.   First, the board had decided in November

4    or December and PWC has concurred that the best way

5    to achieve the adjustments necessary to fulfill the

6    requests that PWC put in place in October were by

7    means of an independent appraisal of the fair value

8    of the assets, and throughout the debates over that

9    day PWC was suggesting that that number was no

10   longer appropriate.

11              So my statement here was to relate it to

12   the conflict of PWC as they had signed off on the

13   previous statements and my understanding is that

14   they could not opine in a way that made clear that

15   the statements were wrong before.

16        Q.   In these minutes as part of your

17   manifestation you say we are seeing a 180-degree

18   U-turn.  Do you see that?

19        A.   Um-hum.

20        Q.   What is that a reference to?

21        A.   It was a reference to the decision

22   proposed by the chairman of not publishing the

23   statements, the number of the fair value appraisal.

24        Q.   What was the ultimate decision by the

25   board?

```
 1                  Cunha - Confidential
 2          A.    The ultimate decision was to publish it
 3     as a footnote to the financial statement after the
 4     independent directors and management threatened to
 5     resign.
 6          Q.    Was the 88 billion reais disclosed or in
 7     fact was it a range that was disclosed?
 8          A.    Well, the disclosure was in my view very
 9     contradictory.  The number was there but the
10     footnote made a number of disclaimers and arguments
11     that made more confusion than cleared out things
12     for the market.  So there was a clear intention
13     from where I stood to put lots of but's and if's to
14     the number.
15                  MR. LIMAN:  Objection and move to strike
16              the last portion of that answer as
17              non-responsive.
18          Q.    Did you believe that the footnote lacked
19     transparency?
20          A.    Yes, I did.
21                  MR. LIMAN:  Objection to form.
22          Q.    How so?
23          A.    Do you have the third quarter
24     statements?
25                  MR. MUSTOKOFF:  Off the record.
```

128

1                        Cunha - Confidential

2                  THE VIDEOGRAPHER:  The time is 3:35 p.m.

3            Off the record.

4                  (Discussion off the record)

5                  THE VIDEOGRAPHER:  The time is 3:54 p.m.

6            We are back on the record.

7            Q.    While we are waiting to get a copy of

8      the third quarter statements, let me take you back

9      to the minutes of the January 27 meeting for a

10     second, Mr. Cunha.  On page 5, which is where we

11     see the discussion about the 180-degree U-turn, do

12     you see it says "PWC's comments are conflicted"?

13           A.    Yes.

14           Q.    Then there is a sentence after that.

15     Could you read that.

16                 THE INTERPRETER:  "They suggested a

17            methodology and now they changed their mind

18            because there was evidence of past errors."

19           A.    Because that methodology evidenced.

20                 THE INTERPRETER:  Past errors.

21           A.    Past errors, yes.

22           Q.    And if you could read the next sentence.

23                 THE INTERPRETER:  "We lived with the

24            wrong balance sheet as it was made clear in

25            my vote regarding the financial statements

1              Cunha - Confidential

2         of 2013 and confirmed by more recent facts."

3         Q.   Sir, was it your belief that PWC was

4    taking a different position now because of the size

5    of the appraisal?

6         A.   That was my impression, yes.

7         Q.   And --

8         A.   During the debate, okay, because in the

9    end we reached an agreement to publish the

10   footnotes.

11        Q.   Right.  Could you tell us sort of who

12   lined up on which side of this debate if you can

13   recall?

14        A.   It was myself, Director Monforte,

15   Director Sinedino and management.  Director

16   Quintella was on and off.  The others were watching

17   and the chairman was insisting that the numbers not

18   be disclosed.

19        Q.   That being Mantega?

20        A.   Yes.  I have to just call attention to

21   one point.

22        Q.   Sure.  Please do.

23        A.   I mentioned that the decision to

24   publicize the numbers were after my threatening and

25   Monforte's threatening to resign as management's as

1                    Cunha - Confidential

2    well, and we also threatened to take the number to

3    the CVM anyway because we thought we had to do

4    that.

5         Q.   Did you take the number to the CVM?

6         A.   No, because we put it in footnotes.

7         Q.   Okay.  Have you had a chance to review

8    these minutes?

9         A.   Pretty much, yes.

10        Q.   Is there anything that occurred during

11   that ten-hour meeting that is not reflected in

12   these minutes?

13        A.   Well --

14             MR. LIMAN:  Objection to form.

15        A.   There were a large number of breaks in

16   which the chairman left for consultations and from

17   the comments that we received during the meeting

18   and when he returned, he was consulting directly

19   with President Dilma.

20        Q.   Anything else?

21        A.   That should be available anyway, because

22   as we saw in the previous meeting, actually I

23   believe January 23rd we had decided to retain the

24   audios of the meetings going all the way back to

25   August perhaps.  Those that had not been destroyed

1                   Cunha - Confidential

2    yet.  So this should be reflected in the audios.

3         Q.   If you turn to page 10 of the minutes,

4    there is a resolution.  Was this the resolution

5    approved by the board?

6         A.   Yes, it was approved by the board.

7         Q.   It says here that the determination was

8    made not to use the fair value determination

9    methodology as a proxy for adjustments to the

10   company's assets.  Do you see that?

11        A.   Yes.

12        Q.   Then there is a reference to a decision

13   to resume the 3 percent methodology.  Do you see

14   that?

15        A.   Yes.

16        Q.   What is the 3 percent methodology?

17        A.   To register a loss of 3 percent of the

18   values of the contracts under investigation as a

19   proxy for corruption payments.

20        Q.   What was your view with respect to the

21   3 percent methodology?

22        A.   I think it was just plain wrong.

23             MR. LIMAN:  At this point?

24        Q.   Yes, at this point in time.

25        A.   I think it was wrong and I made several

1                    Cunha - Confidential

2    statements to that and I have to say that the

3    understanding was that we would not use the fair

4    value as a proxy for adjustments on fixed assets at

5    this point.  This should have been reflected here

6    because we wanted to go ahead and do the value in

7    use analysis comparables and then do the

8    impairments so it was not in a way that we were

9    just throwing the number out as seems from the

10   minutes and as seems from the footnotes, which as I

11   mentioned, I believe was conflicting.

12        Q.   We will come back to the footnote as

13   soon as we get the copies.

14             MR. MUSTOKOFF:  Let me introduce Cunha

15        14, which is a letter dated June 2, 2014

16        authored by Mr. Cunha.

17             (Cunha Exhibit 14, Letter dated June 2,

18        2014 from Mr. Cunha, was so marked for

19        identification, as of this date.)

20             MR. MUSTOKOFF:  The next exhibit, Cunha

21        15, is a letter from Ms. Foster dated

22        June 27, 2014.

23             (Cunha Exhibit 15, Letter from Ms.

24        Foster dated June 27, 2014, was so marked

25        for identification, as of this date.)

1                    Cunha - Confidential

2             MR. LIMAN:  Do you have English

3        translations?

4             MR. MUSTOKOFF:  I do not.

5             MR. LIMAN:  Let the record reflect my

6        objection continuing.

7        Q.   Mr. Cunha, before I ask you about these

8   two documents, turning back to the January 27, 2014

9   board meeting, who decided to revert back to using

10  the 3 percent methodology?

11            MR. LIMAN:  Objection to the form.

12       A.   It was a decision of the majority of the

13  board led by the chairman.

14       Q.   Thank you.  What was PWC's view on that

15  at that time?

16       A.   I don't recall.  To my recollection

17  PWC's opinion on this approach changed with time.

18  I would have to review all the minutes again but my

19  recollection is that PWC initially stated that such

20  an approach was unacceptable because it lacked

21  objectiveness, but then later agreed to it.

22       Q.   Do you know why PWC changed its mind

23  regarding the 3 percent methodology?

24       A.   No.

25            MR. DAHAN:  Objection to form.

```
 1                    Cunha - Confidential

 2         A.   I don't know.

 3         Q.   Did Ms. Foster agree with the 3 percent

 4    methodology at this time?

 5         A.   I believe she did.

 6         Q.   How about Mr. Barbassa?

 7         A.   I believe he did too.

 8         Q.   Okay.  You have just been handed Cunha

 9    14 and 15.  Can you describe these two documents?

10    Do you recognize these two documents?

11         A.   Yes, I do.

12         Q.   What are they?

13              MR. LIMAN:  Objection, compound.

14         A.   This is correspondence initially a

15    letter from me to the board dated June 2 on the

16    subject matter of the capital expenditure approval

17    process, and the second one is CEO Foster's

18    response to it.

19         Q.   Could you describe the contents of your

20    letter to Ms. Foster?

21         A.   I will go back to something I said

22    previously.  Upon the approval of the capital

23    expenditure program I had serious reservations as

24    to what was being decided back then, and going back

25    even further, it became clear to me that we had a
```

135

```
1                    Cunha - Confidential
2     problem in terms of the limitation of how do you
3     say.
4                    THE INTERPRETER:  Responsibility.
5           A.   Yes, the responsibility thresholds for
6     management.  The bylaws stated that we needed to
7     set these limits every year, and during the course
8     of 2013 it became clear to me that those limits had
9     not been deliberated upon since 2002.  So in
10    November there has been a decision on that but the
11    limits that were approved contained what I deemed
12    to be a flaw, meaning that the limitation on
13    capital expenditures was in the case of investments
14    made in the national -- in the five-year business
15    plan, the P&G, were considered to be fully approved
16    when you approved the five-year plan, so the
17    consequence of it is that the approval of the
18    five-year plan provided management with a sort of a
19    blank check to the tune of $50 billion a year which
20    was more or less divided in areas in projects but
21    with a very large degree of discretionary power to
22    move those investments along.
23          Q.   Is that 50 billion U.S.?
24          A.   Yes.  So in my understanding this meant
25    that the board was resigning from its fiduciary
```

1                    Cunha - Confidential

2   duty of overseeing management and applying the

3   limitation that the bylaws intended us to do and

4   the law certainly intends us to do and just gave

5   that blank check.  So when we add both things, the

6   way the limitation was established in these

7   thresholds and the data that was provided in

8   February to approve the capital expenditure

9   program, again as I mentioned I felt overwhelmed in

10  February.  I abstained from voting.

11              I gave it further thought and later

12  concluded that there was no possible way in which a

13  board could discharge its fiduciary duty by

14  approving and I said 50 billion, sorry,

15  $42.3 billion in investments without specification

16  of return rates on an individual project basis or

17  any sort of control whatsoever.

18              So that is the crux of my letter, and on

19  the footnote I mentioned that basically if I knew

20  then what I knew then now on the date of this

21  letter, my vote in relation to the P&G would be no

22  instead of abstaining and that I urged the board to

23  review the decision.

24              Nothing was done to that respect and CEO

25  Foster in the end of June sent me this letter with

1                    Cunha - Confidential

2    some very nice responses, but which in my opinion

3    did not address the basic flaw, which is the board

4    was simply giving management a blank check.

5        Q.   Mr. Cunha --

6            MR. LIMAN:  Let me make a continuing

7        objection to the use of 14 and 15 without

8        providing an English translation.  Can I

9        have that continuing objection?

10           MR. MUSTOKOFF:  Yes, you can.

11           MR. LIMAN:  Thank you.

12       Q.   Before we get on to Ms. Foster's

13   response, could you read the contents of footnote 1

14   from your letter?

15       A.   Sure.

16           THE INTERPRETER:  "I register that

17       understanding, the understanding that I have

18       today, with the understanding that I have

19       today of the documents submitted and the

20       minutes of our meetings, my vote in meeting

21       1,390 would have been for the non-approval

22       of P&G.  I know that it is not possible to

23       change a vote or that are already registered

24       in minutes, but I would like to register

25       here my present opinion on the topic in lieu

138

```
1                    Cunha - Confidential
2           of information that I could obtain later.  I
3           urge that the board sees again the decisions
4           in question."
5               MR. MUSTOKOFF:  Thank you.
6           A.   Revisits the decisions.
7           Q.   What was the nature of Ms. Foster's
8    response to you?
9               MR. LIMAN:  Objection to form.
10          A.   The answers were in my opinion did not
11   address my points.  She disagreed of my opinion
12   that the board was not fulfilling its duty, and I
13   mean we had different opinions.  To her credit,
14   after this exchange we had several discussions on
15   the capital expenditure process and the board's
16   involvement in it, and as a result of that after
17   November 2014 the board started to receive to my
18   knowledge for the first time ever reports on the
19   evolution of critical projects and to which extent
20   they were deviating from budgets both from a
21   financial and a physical point of view, so that was
22   a positive development, and if I recall it
23   correctly, it was in the November meeting.  And I
24   registered that that was a historical meeting
25   because for the first time the board was receiving
```

```
 1                 Cunha - Confidential
 2   information on the cap ex projects.
 3        Q.   So prior to this point in November 2014
 4   the company was operating under this sort of blank
 5   check regime as you described?
 6                MR. LIMAN:  Objection.
 7        A.   Yes.  Allow me to add that new
 8   information confirmed my opinions both on this
 9   exchange and on the exchange related to RNEST.  A
10   couple of weeks ago in the Brazilian newspaper
11   Valor Economico there has been a series of reports
12   based on documents that were leaked from the
13   company that confirmed with a lot more detail than
14   I had access to that yes, the company approved
15   investments with negative present value, yes, the
16   company had information on the evolution of capital
17   expenditures that the board had no clue about, and
18   that the company as a consequence destroyed a lot
19   of value because of the way its decision-making
20   process for capital expenditures were made.
21                The journalist offered the documents to
22   me but I declined, but these documents are
23   available, are out there and are relevant for that
24   discussion in my opinion.
25                MR. LIMAN:  Objection.  Move to strike
```

140

```
 1                    Cunha - Confidential

 2           based on hearsay and non-responsiveness.

 3           Q.    Turning back to your letter, Mr. Cunha,

 4   Exhibit 14, on page 3, the bottom of page 3 there

 5   is a paragraph that begins (Portuguese).  Do you

 6   see that?

 7           A.    Okay.

 8           Q.    Could you read that sentence, please,

 9   that paragraph.

10           THE INTERPRETER:  "I also understand

11           that these may have been exactly the same

12           problem which made possible the company to

13           execute projects that ended causing

14           multiples of the values initially budgeted,

15           and if this type of decision continues, we

16           will continue to be subject to these type of

17           problems without the board being able to do

18           anything before it is too late and the

19           consequences of legal responsibilities for

20           actions and/or omission."

21           Q.    Could you explain what you were trying

22   to convey there, sir?

23           A.    Yes, it has to do with the previous

24   paragraph which mentions that the board was

25   basically being blind to what was going on in the
```

1                    Cunha - Confidential

2    capital expenditure procedures and basically

3    resigning from its supervision duties.

4                    (Cunha Exhibit 16, e-mail from Mr. Cunha

5             to board of directors dated March 6, 2015,

6             was so marked for identification, as of this

7             date.)

8                    MR. MUSTOKOFF:  The witness has been

9             handed Exhibit 16, which is an e-mail from

10            Mr. Cunha to the board of directors dated

11            March 6, 2015.

12        Q.    Do you recognize this document?

13        A.    A series of documents, yes.  The

14   document per se is not something that I received.

15   It was sent by the new secretary of the board Joao

16   Gabriel to a number of people in finance and

17   accounting as I recognize, and it is basically

18   forwarding messages written by both board member

19   Monforte and myself to the CFO mentioning our

20   disagreement with the methodology of attaching

21   3 percent of the contract as corruption payments.

22                    Monforte attaches news saying that some

23   of these corrupt payments allegedly went above

24   3 percent.  Irrespective of whether they were above

25   or below 3 percent, it is just to show the lack of

142

1                        Cunha - Confidential

2    objectivity on the number and therefore on the

3    accounting adjustment.

4          Q.   This article describes an individual

5    named Renan, correct?

6          A.   Yes.

7          Q.   Who is Renan?

8          A.   Chairman of the Senate.

9          Q.   What is this article describing?

10              MR. LIMAN:   Objection.

11         A.   Basically it describes corruption

12   payments to Mr. Calheiro that were alleged above

13   3 percent.

14         Q.   What was the reason for forwarding this

15   article to the board?

16         A.   Again, we were not in agreement with the

17   decision to register the 3 percent as a corruption

18   expense on the financial statements.  We were

19   showing lack of objectivity, and in my message I

20   claimed that when we read the company's intention

21   to make that accounting registration and words from

22   member of the government that were seeking ways to

23   enter into agreement with the suppliers involved, I

24   was very much concerned that this was a concerted

25   effort to find a solution and a final number that

1                    Cunha - Confidential

2    would be affordable to the suppliers to reach an

3    agreement with the government, pay a fine and

4    revert to business as usual.

5         Q.   Did there come a time when the board of

6    directors voted on whether to approve the year-end

7    2014 financial statements?

8         A.   Yes.

9         Q.   When was that?

10        A.   It was sometime in March 2015.  Yes.

11   Maybe March 28, 2015.

12        Q.   Take a minute to review if you would,

13   sir, the minutes.  We are going to enter this as

14   Cunha 17.  These are the board minutes from the

15   April 22, 2015 board meeting, and take a minute to

16   review the document.

17             (Cunha Exhibit 17, Minutes from

18             April 22, 2015 board meeting, was so marked

19             for identification, as of this date.)

20        Q.   Having reviewed this, does this refresh

21   your recollection as to when the company or the

22   board voted on the 2014 year-end financial

23   statements?

24        A.   Sorry.  The question again?

25        Q.   Yes.  Having reviewed this document,

144

```
 1                    Cunha - Confidential

 2    does this refresh your recollection --

 3         A.    Yes.

 4         Q.    -- as to when the company or the board

 5    voted on the 2014 year-end financial statements?

 6         A.    Yes.

 7         Q.    When was that?

 8         A.    That was April 22.

 9         Q.    Before we get into this meeting, let's

10    go back to January, and I have just handed the

11    court reporter the Form 6-K dated January 27, 2015.

12              (Cunha Exhibit 18, Form 6-K dated

13              January 27, 2015, was so marked for

14              identification, as of this date.)

15         Q.    Do you recognize this, sir?

16         A.    Yes, I do.

17         Q.    I don't want to mischaracterize your

18    testimony, but I believe -- excuse me.  I don't

19    want to mischaracterize your testimony, but I

20    believe you testified earlier that the footnote in

21    this press release lacked transparency.  Wasn't

22    that right?

23         A.    Yes.

24         Q.    Could you show me, could you point the

25    footnote out and explain the basis for your belief
```

145

1                      Cunha - Confidential

2     that it lacked transparency.

3          A.    Okay.  In general terms, footnote 3.3

4     and more specifically footnote 3.3.3.  Page 12.

5          Q.    Could you elaborate, please.

6          A.    When we read this note and starting with

7     the title, "Approaches considered by the company

8     but not adopted," this is where we see the

9     88 billion reais number, and my main concern here

10    is again using the same expression I used before,

11    the number of but's and if's surrounding the number

12    that brought more confusion to the marketplace than

13    cleared the matter.

14              This is also very much clear when we

15    read analyst reports from this period who basically

16    did not understand what the company was trying to

17    say.

18              MR. LIMAN:  Objection.  Move to strike

19          the end of that answer.

20          Q.    Would you please point out the passages

21    in here that you believe lacked transparency.

22          A.    Well, starting with the title of 3.3.3,

23    "Approaches considered by the company but not

24    adopted," so it mentioned we had not adopted the

25    fair value yet because we needed to do the

146

1                       Cunha - Confidential

2      impairment test.  When we see the explanation on

3      item B, we see a number of explanations and

4      possibilities for that number that in my

5      understanding basically turned the information into

6      something very opaque.

7                       In essence, the 88.6 billion number is

8      buried here amid a number of disclaimers that

9      didn't help much to understand what we were trying

10     to do, and I think it is important at this point to

11     refer to my vote on the audited statements.

12            Q.    You are referring to the April vote?

13            A.    Yes, in the meeting.

14            Q.    Let's turn back to those minutes.

15            A.    Okay.  You want to go over it first and

16     then we will talk about the vote, because the vote

17     has to do with the disclosure of this number as

18     well.

19            Q.    Let me ask you was PWC present at this

20     meeting on April 22, 2015?

21            A.    Yes, they were.  Not in its entirety.

22     Okay?

23            Q.    Please describe what you recall about

24     the vote.

25                       MR. LIMAN:  We are talking about

1                    Cunha - Confidential

2          April 22?

3               MR. MUSTOKOFF:  Yes.  I am talking about

4          the vote for approval of the 2014 year-end

5          financial statements at the April 22 board

6          meeting.

7               A.   So initially we had a number of

8     presentations and we were presented with the

9     financial statements, which were more than 400

10    pages long, and asked to vote on it.  So precisely

11    the same manner that happened in the previous year,

12    which in itself would be enough to warrant at least

13    an abstention.

14               The company insisted on the hedge

15    accounting policy, which I believed and continue to

16    believe is wrong, and the company did undertake an

17    impairment test.  We did have more opportunities to

18    interact with management than in 2013, but I was

19    not satisfied with the data that I was given.

20    Again, I was not given the spreadsheets calculating

21    that impairment test despite very large number of

22    requests.

23               The data we did see including discount

24    rates looked to me as being inadequate for the risk

25    profile of Petrobras and looking at practices of

148

1                    Cunha - Confidential

2    other companies.  The company also insisted on

3    treating all its refineries as a single

4    revenue-generating unit.  Again even knowing that

5    we had an 88 billion difference to fair value, the

6    company has opted for not being more conservative

7    and analyzing plants individually even though as we

8    have seen from the Abreu e Lima discussion, the

9    company was very much able to analyze its

10   individual refineries on an individual basis.

11        Q.   And this was the issue that you had

12   first raised 14 months prior at the audit committee

13   meeting, correct?

14        A.   Exactly.

15        Q.   So 14 months later there still had been

16   no modification of that accounting policy?

17        A.    Correct.  And in this time frame we

18   found out this 88 billion reais difference and

19   still decided not to change the way we did things.

20   Now what was particularly concerning to me and here

21   my opinion on the year-end statements and on the

22   third quarter results need to be looked in

23   conjunction, is that what we have seen was a

24   significant impairment including the corruption

25   adjustments which we have talked about, but

1                    Cunha - Confidential

2    interestingly the lion's share of that impairment

3    was blamed on decisions taken over the fourth

4    quarter of 2014 and the first quarter of 2015,

5    namely the decision to stop work on the second line

6    of Abreu e Lima, the decision to stop work on

7    COMPERJ and a drop in oil prices.

8              I had strong disagreements about it

9    first because the drop in oil prices shouldn't

10   affect downstream assets that much and the lion's

11   share of the adjustment was in downstream, but also

12   because that left impression that all of the

13   adjustments were due to facts that happened after

14   September 30, 2014, whereas BNP and Deloitte were

15   telling us on September 30, 2014 we had an

16   88 billion reais problem, so I had very strong

17   disagreements about that.

18             I had to write my vote in a very hurried

19   manner because the CFO was already at the press

20   room to disclose the numbers, and I had to write my

21   vote very fast, so had I had more time I would be

22   able to better explain my views on the vote.  I

23   believe it is pretty much there.  The reason why I

24   still believe that the impairment was not precise,

25   but this reading in conjunction with the third

1                      Cunha - Confidential

2    quarter is important, because in my opinion it

3    basically reiterates the fact that I was wrong to

4    vote against the 2013 statements.

5         Q.   You just referred to in your testimony a

6    significant impairment, significant impairments

7    including the corruption adjustments?

8         A.   Excuse me.  I meant right.

9         Q.   In your testimony just now, in your

10   answer you referred to significant impairments

11   including corruption adjustments.  What are you

12   specifically referring to?

13        A.   The 3 percent.

14             MR. MUSTOKOFF:  We can take a break.

15             THE VIDEOGRAPHER:  The time is 4:36 p.m.

16        We are off the record.

17             (Recess taken)

18             THE VIDEOGRAPHER:  The time is 4:54 p.m.

19        We are back on the record.

20   BY MR. MUSTOKOFF:

21        Q.   Mr. Cunha, prior to the break you

22   testified that the 88 billion reais was due to

23   events that occurred prior to September 30, 2014,

24   correct?

25        A.   Correct.

1                    Cunha - Confidential

2               MR. LIMAN:  Objection.

3          Q.   Is part of that 88 billion reais

4     attributable to the overpricing that occurred as a

5     result of the cartel?

6               MR. LIMAN:  Objection, foundation.

7          A.   I have to agree with parts of what the

8     company said, that the 88 billion is attributable

9     to a large number of things.  First and foremost I

10    think it is attributable to the very bad

11    decision-making process regarding cap expenditures

12    that I just described.  Second, if there was

13    corruption, and it seems that there was, certainly

14    that decision-making process was instrumental in

15    allowing corruption to happen.  But in my opinion

16    it is virtually impossible to extricate what is the

17    amount of corruption, what is the amount of bad

18    decisions and so forth.  One thing leads to the

19    other.

20         Q.   Well, the prior capital expenditures

21    that you testified about, those were related to the

22    cartel, correct?

23              MR. LIMAN:  Objection to form and

24              foundation.

25         A.   I don't know what you mean precisely by

1                    Cunha - Confidential

2    that.  What do you mean by the cartel?

3         Q.   Well, the projects that arose as a

4    result of the cartel doing business with the

5    company.

6              MR. LIMAN:  Objection.

7         A.   The full portfolio of capital

8    expenditure of very large cap expenditures that

9    Petrobras did and most of which was contracted with

10   the firms that are being investigated in the

11   criminal proceedings.

12        Q.   Now you testified that Abreu e Lima, for

13   example, was inflated by $2.3 billion as of 2013,

14   right?

15             MR. LIMAN:  Objection, misstates the

16             testimony.  Use --

17        A.   2.3?

18        Q.   Yes.  Am I incorrect?

19        A.   No, we are talking about many numbers

20   about Abreu e Lima.  What I did tell you was the

21   original budget was $4 billion and ended up costing

22   north of $20 billion.  If you read my vote on the

23   2014 statements, you will see that I had an

24   estimate that Abreu e Lima was registered on the

25   financial statements at more than 30 times EBITDA,

153

1                          Cunha - Confidential

2     and after the adjustments came to something like 22

3     or 27 times EBITDA, which was still very, very

4     large.  So I wouldn't be able to say by how much

5     exactly Abreu e Lima was or is overstated, but the

6     number is still large.

7              Q.   Let's turn to your vote which is part of

8     the document you have in front of you, the minutes.

9     If you turn to page with the Bates number 768757.

10             A.   Okay.

11             Q.   You see in the middle of the page it

12    reads "Statement of vote of Director Mauro

13    Rodrigues da Cunha in the meeting of the Petrobras

14    board of directors on April 22, 2015."  Do you see

15    that?

16             A.   Yes.

17             Q.   Then you list what appears to be four

18    reasons for your negative vote against the

19    financials, correct?

20             A.   Correct.

21             Q.   Timeliness, test of asset impairment,

22    the release of amounts of fraud or corruption and

23    hedge accounting.  Correct?

24             A.   Correct.

25             Q.   Okay.  Could you please walk us through

154

1                    Cunha - Confidential

2    each of these, well, why don't you walk us through

3    the first of these reasons entitled "Timeliness"?

4         A.    Timeliness, as I mentioned, and here it

5    is more precise, we received at 11:40 a.m. 319

6    pages of documents, I had previously said north of

7    400, I stand corrected, and it was most directors

8    didn't even open the package and voted on it

9    anyway.  So I believe this is not a reasonable

10   process to approve financial statements.

11             I also deal with a number of

12   information, a number of pieces of information that

13   we requested and that were not delivered.

14        Q.    On the top of the next page, if you look

15   at the next page, there is a chart.  Could you

16   describe what is identified in this chart?

17        A.    It begins on the previous page and goes

18   on.

19        Q.    Yes.

20        A.    This is a small sample of requests of

21   information that were not fulfilled.  Notably

22   related to the impairment tests.

23        Q.    Now under the chart we have the heading

24   "Test of Asset Impairment."  Do you see that?

25        A.    Sorry.  Where?

155

1                    Cunha - Confidential

2          Q.    Number 2.  "Test of Asset Impairment."

3          A.    Yes.

4          Q.    Could you just read the first sentence

5    underneath that heading.

6          A.    Sure.

7                THE INTERPRETER:  "Last year I expressed

8          the apparent inappropriateness of accounting

9          of investment at the refineries and I repeat

10         my vote this year."

11         Q.    So from 2014 to 2015 in your view there

12   had been no change in the accounting for these

13   assets, correct?

14         A.    That's correct.  And as a matter of

15   fact, the data that came out between '14 and '15

16   simply proved that my view was correct.

17         Q.    In what way?

18         A.    That the amounts were overstated.

19         Q.    Which data are you specifically

20   referencing?

21         A.    Starting with the fair value analysis.

22         Q.    The analysis conducted by Deloitte &

23   Touche?

24         A.    Yes.  And also the investigations that

25   seemed to increasingly suggest that large

1                     Cunha - Confidential

2    inappropriate payments were made in that project.

3         Q.   So is it your view that those

4    inappropriate payments comprised a portion of the

5    88 billion reais?

6              MR. LIMAN:  Objection, vague.  Objection

7         to form.

8         A.   Let me refer to a sentence that is here

9    on my vote, which is, and I am reading Portuguese.

10             THE INTERPRETER:  "The size of the

11        disagreement between the fair value and the

12        accounting value, even if you don't use it

13        for an accounting entry immediately in the

14        terms of CPC 01, it became clear that there

15        was something very wrong in the parameters

16        used by the company to execute the

17        impairment test until then."

18        Q.   Could you read the next sentence,

19   please, sir.

20             THE INTERPRETER:  "What we see at this

21        moment is the presentation of an entry, of

22        an impairment entry that in my opinion has

23        no relation to the dimension of the

24        overstatement of our assets."

25        Q.   What were you trying to convey there,

157

1

2    sir?

3          A.    I was trying to convey that what I

4    expressed previously in perhaps more detail than I

5    wrote in a rush during this vote.  The next

6    paragraph says clearly that management was blaming,

7    quote unquote, a large part of the adjustment on

8    the decisions taken recently suggesting that there

9    was no such overvaluation in 2013, and I did not

10   agree with that.

11          Now very, very importantly, I would like

12   to call your attention to the last sentence on the

13   next paragraph when I refer to this documents DIP

14   12/2015, which is one of the documents that was not

15   sent to me on the table above.  I don't know if you

16   have that document, but in essence it was a

17   specific request of the departing CEO Foster saying

18   that if we are not going to do an impairment that

19   is based on this fair value, she would like to see

20   the calculations that explain how do you depart

21   from the 88.6 billion to the number that we are

22   recognizing on the balance sheet.

23          That was to my knowledge never done, and

24   my understanding is that at this point CEO Foster

25   was very much concerned to be as forthcoming as

1                    Cunha - Confidential

2    possible with the true data that the company needed

3    to disclose.  Remember that when we disclosed these

4    statements, the CEO was already Mr. Bandine.  That

5    calculation coming from one point to another was

6    never brought to management, brought to the board.

7         Q.   When was Mr. Bandine installed as the

8    new chief executive officer?

9         A.   It was in the first quarter of 2015.  I

10   don't recall the exact date.

11        Q.   Was Mr. Bandine's election put to a vote

12   by the board?

13        A.   Mr. Bandine was acclaimed CEO before the

14   vote.  When we convened to discuss the resignation

15   of management before the chairman suggested the

16   name of Bandine, I called the attention on the

17   first page of Folha de Sao Paulo, it stated that

18   Mr. Bandine was the new CEO of Petrobras.  That was

19   a particularly interesting meeting in which we

20   requested CVs of the appointed executives.  They

21   were provided on the spot.  Again, directors didn't

22   even look at it.

23             I remember that Chairman Mantega didn't

24   even remember the last name of the CFO.  That is on

25   the audio of the meeting, and that led to a protest

159

1                    Cunha - Confidential

2      that once again, the company was appointing

3      officers without a proper diligence.

4                    Now around the same time we were

5      receiving information from Mr. Sinedino that

6      Petrobras was making bad appointments to the board

7      of Petros, the pension fund controlled by

8      Petrobras, and namely that there was one particular

9      officer of Petros that had no experience in

10     managing a pension fund.  He was an oil fuel

11     operator.  So we had a discussion on that which is

12     not reflected on the minutes.  It happened on that

13     meeting of January 25 that was chaired by Mr.

14     Continho.  Mr. Mantega was not present, and in the

15     audio of that meeting CEO Foster said that the

16     appointments for Petros were received from Mr.

17     Mantega and she basically signed off on the names

18     without further inquiry.

19                   So both in the appointments of the

20     directors of the pension fund, which is also

21     posting losses in the tens of billions of reais,

22     and the appointments of the C level executives of

23     Petrobras, we didn't see the board of directors

24     making any serious efforts to perform any diligence

25     at all.

160

                    Cunha - Confidential

1                   Cunha - Confidential

2          MR. LIMAN:  Move to strike.

3          Q.   Did you have any discussions with any of

4     your fellow board members to the effect that there

5     should be a vote for Mr. Bandine's election or was

6     it too late?

7          A.   There was a lot of complaining.  There

8     was a vote, and myself, Monforte and Sinedino voted

9     against it.

10         Q.   Turning back to your written vote

11    against the financials, after the sentence where

12    you say that you cannot agree with this approach

13    for the impairment, the next paragraph talks about

14    EBITDA.  I think you made a reference to that

15    earlier.

16         A.   Yes, 27 times.

17         Q.   Can you please explain what you are

18    referring to here?

19         A.   Well, when we looked at the amount of

20    the investments of Abreu e Lima on the balance

21    sheet and we compared that to a regular level of

22    EBITDA when the company was already after the

23    ramp-up we are talking about 27 times.  After the

24    impairment it was to 22 times.  So it doesn't

25    necessarily say that the number is wrong, but it is

```
 1                      Cunha - Confidential

 2   an indicator that something doesn't look very

 3   correct.  And again, this should have suggested to

 4   management that the impairment was still not enough

 5   as we have seen on the financials of 2015.

 6                  MR. LIMAN:  Objection.  Move to strike

 7           the last part of that answer.

 8           Q.   Now a few lines down you say that you

 9   had requested again tables of analysis.  Is that

10   right?

11           A.   Yes, the spreadsheets.

12           Q.   And you never received the spreadsheets?

13           A.   Correct.

14           Q.   As a result you felt that you were not

15   informed enough to vote on the financials?

16           A.   Yes, not only that.  I mean I had many

17   indications that we had problems with the numbers

18   and I was not given the data to give me comfort, so

19   my vote was against the financials.

20           Q.   On the next page, sir, you make

21   reference to the company's adoption of a market

22   risk rate at a level lower than the samples.  Do

23   you see that?

24           A.   Where is that?

25           Q.   I'm sorry.  It is the paragraph
```

162

1                    Cunha - Confidential

2    beginning with the words "On these facts."

3         A.   Okay.  So your question is?

4         Q.   Yes, there is a reference to the

5    company, you say that the company adopted a market

6    risk rate at a level lower than samples.

7         A.   Um-hum.

8         Q.   Could you elaborate what you are

9    referring to here?

10        A.   In two meetings we had hosted by the

11   CFO, we saw some presentations on the reasoning

12   behind some of the assumptions, and so with the

13   limited data we did receive, we could already see

14   that the company was not opting for the more

15   conservative alternatives but rather pushing to the

16   discount rate that would lead to the smallest

17   possible adjustment.

18        Q.   The next section of your letter or your

19   vote is titled "Release of the Amounts of Fraud Or

20   Corruption."  Do you see that?  Item number 3.

21   Take a minute to review that if you would.

22        A.   Okay.

23        Q.   Could you summarize -- well, strike

24   that.  Are these the reasons why you believed the

25   3 percent methodology to be inadequate?

163

Cunha - Confidential

1

2      A.   Yes.  I have to say that we did receive

3  information from management that the SEC was

4  signaling in a positive way to that decision,

5  something I could not attest because I had

6  requested the documentation and did not receive,

7  and as I had seen in other situations, there can

8  always be legal opinions or reports that points in

9  a given direction in theory but when applied to the

10  real life situation might not necessarily hold.

11      So I was concerned that this would be

12  the case.  I didn't have again the data, the

13  letters, whatever the SEC said, I didn't even have

14  a chance to read the footnotes that describe what

15  had been done, so I was very much worried that we

16  should publish the financial statements as soon as

17  possible so I could have been convinced that this

18  was the best route, and that is why I say that in

19  itself this item could not have been a reason to

20  vote against the financial statements, but in

21  essence I felt the approach was wrong, and it was

22  even wrong according to the legal opinion of one of

23  the law firms that was hired to discuss it.

24      MR. LIMAN:  I am going to move to strike

25        the last bit and ask the witness not to

```
 1                  Cunha - Confidential

 2           disclose any advice of counsel.

 3           A.   It is written here.

 4                MR. LIMAN:  I move to claw back that

 5           portion and move to strike the testimony

 6           with respect to the lawyers, the advice that

 7           the company received is privileged.

 8                THE WITNESS:  Okay.

 9                MR. LIMAN:  Thank you.

10                MR. MUSTOKOFF:  I would note to the

11           extent that is reflected in the document

12           that privilege is waived as this is a

13           publicly filed document.

14                MR. LIMAN:  We disagree.

15           Q.   Mr. Cunha, you say it is the third

16      paragraph under the heading under the release of

17      amounts of fraud or corruption, you say that

18      Petrobras was a victim of the corruption done by

19      third parties.  Do you see that?

20           A.   Yes.

21           Q.   I would like to ask you about that

22      statement.  When you say that Petrobras was a

23      victim, you are not referring to the members of the

24      executive directorate that were complicit in the

25      corruption, are you?
```

165

1                       Cunha - Confidential

2                MR. LIMAN:  Objection to form.

3        A.    No, I am saying the firm.

4        Q.    And you are not referring to the members

5   of the board of directors who approved the

6   investments in Abreu e Lima and COMPERJ, are you?

7                MR. LIMAN:  Objection to form.

8        A.    No, I mean the firm.

9        Q.    In your view, sir, were the shareholders

10  of Petrobras victims?

11       A.    I believe they were.

12       Q.    In what way?

13       A.    Well, I believe as a result of not only

14  corruption but the whole decision-making framework

15  that was put in place that allowed corruption to

16  happen, investors suffered severe losses as

17  measured by the share prices of Petrobras.

18       Q.    If you turn to the second to last

19  paragraph under the fraud and corruption section of

20  the document, the sentence that begins "We received

21  various opinions," could you just read the

22  beginning of that paragraph.  The first three

23  sentences.

24                THE INTERPRETER:  "We received several

25                opinions requested by the company throughout

```
 1                    Cunha - Confidential
 2           this process.  All of them of those that I
 3           received, none of them made reference to
 4           values or exact methods of adjustment with
 5           independent verification."
 6           A.   So if I may, this is precisely what I
 7      said before.  I make reference to opinions received
 8      in theory which did not necessarily apply to the
 9      real case.  And as we move down this paragraph, we
10      see that maybe the most important document was
11      being withheld from the board under the pretext
12      that they were confidential, and in a situation of
13      this gravity saying that directors could not have
14      access to correspondence between the company and
15      the SEC sounded particularly bad to me.
16           Q.   Mr. Cunha, who was Professor Martins?
17           A.   He is a very prominent accounting
18      professor at University of Sao Paulo.
19           Q.   Was he retained by the board of
20      directors at some point?
21           A.   I understand that he offered his opinion
22      free of charge to Petrobras in this matter.
23           Q.   What was the nature of his opinion?
24           A.   It was regarding the methodology for
25      accounting for the refining units.
```

1                    Cunha - Confidential

2          Q.    What was the methodology that he

3    proposed?

4          A.    We have his opinion in the end.

5          Q.    Yes, his opinion if you want to

6    reference it, it actually begins on page 768, 764,

7    it is appended to the board minutes.

8          A.    Correct.  This is one example of an

9    opinion in theory that would be up to the board to

10   apply to the real case.  That is my understanding.

11         Q.    Was this methodology adopted by the

12   board?

13              MR. LIMAN:  Objection to form.

14         A.    As a matter of fact, we have to take

15   into account that this opinion was also submitted

16   to the board on the spot and not a single director

17   had the time to read it, so is this what led the

18   board to take the decisions what it took, no, it is

19   not, because it would not be feasible for the

20   directors to read it.

21              Was it what management based upon to

22   make the accounting adjustments?  I believe it is.

23   But again the opinion is in theory, not in the real

24   case.

25         Q.    Was there a time when you wanted to

168

1                        Cunha - Confidential

2      retain Professor Martins to do an analysis on

3      behalf of the independent directors?

4             A.   I don't recall.

5             Q.   You testified before the CPI, correct?

6             A.   Yes.

7             Q.   When was that?

8             A.   April 26, 2015.

9             Q.   Did you testify under oath?

10            A.   Yes.

11            Q.   Do you stand by your testimony to the

12     CPI?

13                 MR. LIMAN:  Objection to the form.

14            A.   Yes, I do.

15            Q.   I would like to show you your testimony.

16                 (Cunha Exhibit 19, Mr. Cunha's testimony

17                 of April 26, 2015, was so marked for

18                 identification, as of this date.)

19            Q.   So we will mark this as Cunha 19.  When

20     was the last time you reviewed your testimony?

21            A.   A long time ago.

22            Q.   But you maintain that everything you

23     said was truthful?

24                 MR. LIMAN:  Objection.

25            A.   Yes.

169

1                    Cunha - Confidential

2          Q.   Let me turn your attention to page 84,

3     and this is a discussion regarding your removal

4     from the audit committee.  Do you see that?

5          A.   Yes.

6               MR. LIMAN:  Where are you referring to,

7          Counsel?

8               MR. MUSTOKOFF:  I am on page 84.

9               MR. LIMAN:  There is a lot of stuff

10         there.

11         Q.   There is a large discussion that takes

12    up most of the page regarding Mr. Cunha's removal

13    from the audit committee.  Toward the bottom of the

14    page there is a sentence that begins "The

15    independence of the body disappeared."  Do you see

16    that?

17         A.   Yes.

18         Q.   Could you read that sentence in full.

19              THE INTERPRETER:  "Therefore the

20         independence of the entity disappear exactly

21         at the time that independence was revealed

22         to be most important for Petrobras."

23         Q.   Mr. Cunha, what did you mean by that

24    statement?

25         A.   Precisely the same thing I said before,

1                    Cunha - Confidential

2    independence is always important, especially at the

3    audit committee, in a time when Petrobras was under

4    investigation by everything that was going on.  It

5    was even more important and precisely at that

6    moment the chairman of the board eliminates

7    independence from the audit committee.

8         Q.   If you turn the page, there is a

9    discussion in the middle of the page regarding

10   internal control structures.  Do you see that?

11        A.   Yes.

12        Q.   There is a sentence that begins, it says

13   "These structures have failed."  Do you see that?

14        A.   Yes.

15        Q.   I ask you to read your testimony

16   beginning with that sentence.

17             THE INTERPRETER:  "The structures fail,

18             governance failed, we should understand how.

19             Petrobras has one of the most detailed and

20             complete governance systems that I have ever

21             seen.  After being elected, I received the

22             document entitled 'Corporate Governance

23             Manual' with bylaws, rules, norms and

24             procedures that suggest a fantastic

25             governance.  Unfortunately, this is so

```
 1                    Cunha - Confidential

 2             fantastic on paper.  It was only fantastic

 3             on paper.  Many provisions were not complied

 4             with.  There were some gaps that were used

 5             on purpose, viciously used, so that the

 6             system did not function anymore in that

 7             which was relevant.  It was a form that

 8             prevailed over the essence.  Governance for

 9             the Englishman to see," which is a Brazilian

10             expression.

11             Q.   These are your words, right?

12             A.   Yes.

13             Q.   This was governance for only the English

14    to see.  What does that mean?

15             A.   This expression it turns out dates back

16    from the 16th or 17th Century, I believe, when --

17    maybe 18th when the English had certain rights over

18    gold that was produced in Brazil, and there was

19    something people did to suggest that there was gold

20    when there was not, so they put the gold for the

21    English to see but then the gold disappeared.  So

22    that expression is very common in Brazil.  In

23    essence we are talking about form over essence.

24             Q.   Form over substance?

25             A.   Yes.
```

1                    Cunha - Confidential

2          Q.   Why was governance at Petrobras form

3     over substance?

4               MR. LIMAN:   Objection to form and

5          misstates the testimony.

6          A.   Because again, we are talking about a

7     very detailed system of procedures, rules, bylaws,

8     checks and balances which would pass the most

9     stringent analysis based on checking boxes, and it

10    was not even surprising that on March 2013 right

11    before I joined and when the problems were already

12    happening at Petrobras, Standard & Poor's evaluated

13    the governance system of Petrobras through such a

14    check the box approach and it was considered to be

15    one of the best in Latin America.

16               What happens is that, and we went

17    through a number of situations in which it

18    happened, the devil is in the detail in governance,

19    and when you have a system in which the boards

20    cannot have an opinion on very, very large

21    investment projects when people approve financial

22    statements without opening the documents, when you

23    have a whistle blowing channel that hasn't received

24    a single complaint of corruption amid everything

25    that went on, when you had accounting procedures

```
1                  Cunha - Confidential
2     that were canceled when they seemed to matter the
3     most, when you had decisions on financial
4     statements that were not necessarily the most
5     transparent, I could go on and on and on.
6          Q.    Please do.
7          A.    When we had a system of appointing
8     executive officers without any scrutiny by
9     directors, when there was no actual oversight of
10    the company both over the executives and the
11    decisions at the pension fund that manages billions
12    in employees' funds.  When you had the CEO of a
13    subsidiary that the company was simply unable to
14    fire because the chairman wouldn't allow.  These
15    are signs that governance wasn't working in essence
16    or in substance.
17              MR. LIMAN:  Objection.  Move to strike,
18         non-responsive and based on hearsay, among
19         other objections.
20         Q.    You made reference in your testimony to
21    a whistle blowing channel.
22         A.    Yes.
23         Q.    That was ineffective, is that right?
24         A.    Yes.
25         Q.    Could you elaborate on that?
```

174

1                    Cunha - Confidential

2              MR. LIMAN:  Objection.   Hearsay.

3         A.   Over the course of my stay at the audit

4    committee it was striking that we had not received

5    any significant information on corruption problems.

6    Throughout 2014 it struck me that I found the

7    answer, and that was that the person in charge of

8    the whistle blowing channel happened to be the

9    former aide of the chief of staff of government who

10   is now in jail.

11        Q.   That is who?

12        A.   That was Mr. Otto, Paulo Otto Spurling.

13             MR. LIMAN:  Objection.  Move to strike

14        this testimony on hearsay grounds.

15        A.   From statements of board member Sinedino

16   repeatedly on the board and I believe on the

17   minutes, he said that employees of Petrobras didn't

18   feel safe by blowing the whistle, and it is

19   understandable if the channel is managed by people

20   who as we now see is implicated on the scandal.

21        Q.   Mr. Spurling reported that employees

22   were afraid to --

23        A.   No, Mr. Sinedino did.

24        Q.   I see.  Who is Mr. Sinedino?

25        A.   Board member appointed by the employees.

```
 1                    Cunha - Confidential

 2        Q.   What was the basis for that comment, do

 3   you know?

 4             MR. LIMAN:  Objection.

 5        A.   His knowledge and talking to employees,

 6   because that is what he did.

 7             MR. LIMAN:  Objection, move to strike.

 8        Q.   He spoke to employees in what

 9   connection?

10        A.   As their representative on the board.

11             MR. LIMAN:  Objection.  I should say Mr.

12        Sinedino reported situations in which

13        employees were discouraged to blow the

14        whistle in certain situations.

15        Q.   During what time frame?

16             MR. LIMAN:  Objection, vague.

17        A.   In 2014.

18        Q.   If you turn to page 93, at the bottom

19   there is a question from Representative Bruno

20   Covas.

21             MR. MUSTOKOFF:  Ms. Interpreter, could

22        you translate the question from

23        Representative Covas.

24             THE INTERPRETER:  Yes.  "In exercising

25        his powers as a member of the board of
```

```
 1                  Cunha - Confidential

 2          directors and as part of the audit

 3          committee, to review documents where you

 4          could see the practice of illicit acts or

 5          irregular acts within the context of the

 6          Abreu e Lima refinery in Pernambuco."

 7               MR. MUSTOKOFF:  Thank you.

 8          Q.   On the next page, Mr. Cunha, you

 9     answered the question.  Could you read your

10     response?

11               THE INTERPRETER:  "No.  What jumped to

12          my eyes representative was the values

13          involved.  From the moment I went in, it was

14          already clear that there was an investment

15          that was largely greater than the

16          international metrics.  Whether there was

17          corruption or not, there was something very

18          wrong, which was already clear at that

19          moment related to how those investments were

20          made.  Corruption looked to me or appeared

21          to me to be a consequence of that problem."

22               MR. BARROSO:  The first word should be

23          "no," instead of "now."

24          Q.   What did you mean by that, sir?

25          A.   Well, I meant what I said before here.
```

1                    Cunha - Confidential

2     Corruption was a consequence of this

3     decision-making process that was not appropriate.

4     That is what I mean by how these investments were

5     made.

6           Q.   And if you turn to page 97.   Sorry, 98.

7     The second full sentence on that page beginning

8     with the words "In my understanding."   Could you

9     read that, please.

10          THE INTERPRETER:   "In my understanding

11          in verifying allegations of corruption, the

12          losses to Petrobras is not 3 percent of the

13          contract values, it is a different number,

14          and based on the eventual requests for

15          reimbursement, simply the number that was

16          brought to light by the ex-director or

17          ex-officer who is now in jail, we run the

18          risk of looking for values that are below

19          those owed to Petrobras."

20          Q.   Do you stand by that testimony, sir?

21          A.   Yes, I do.

22          Q.   If 3 percent was not the correct number,

23    what is the correct number?

24          A.   I don't know.

25          Q.   Something higher than 3 percent?

178

```
 1                    Cunha - Confidential
 2          A.   I don't know.  It could be higher, it
 3   could be lower.
 4          MR. MUSTOKOFF:  At this time I have no
 5          further questions.  Let's take a break.
 6          THE VIDEOGRAPHER:  The time is 5:42 p.m.
 7          Off the record.
 8          (Recess taken)
 9          THE VIDEOGRAPHER:  The time is 6:26 p.m.
10          We are back on the record.
11          MR. MUSTOKOFF:  I will just note that
12          plaintiffs' counsel have reserved 37 minutes
13          of their time and will reserve that time for
14          redirect.
15   EXAMINATION BY MR. LIMAN:
16          Q.   Good afternoon, Mr. Cunha.  My name is
17   Lewis Liman.  I didn't previously introduce myself.
18   It is my privilege to represent Petrobras and
19   through it its current shareholders, its current
20   employees.  I am going to have a few questions for
21   you.
22               You may have noticed that during the
23   course of the plaintiffs' examination from time to
24   time I said things like move to strike.  A judge
25   will sort that out later, but the reason why I did
```

```
 1                    Cunha - Confidential
 2     that was it was circumstances where I thought your
 3     answers strayed beyond what the question was that
 4     was asked, and I would ask you during the time that
 5     I ask you questions just to answer the question
 6     that I have asked.
 7          A.   Okay.
 8          Q.   And if for any reason you don't
 9     understand one of my questions, please just tell me
10     to reask the question and I will do so.
11               I want to just start off by asking you
12     whether there came a time when you yourself learned
13     of allegations that there was a cartel of
14     contractors operating against Petrobras?
15          A.   You are asking me when I learned?
16          Q.   Yes.
17          A.   That came from the media and the news of
18     the criminal investigations taking place.
19     Actually, this started, I think Pasadena was the
20     canary in the mine.
21          Q.   Is it fair to say that you didn't know
22     about the existence of a cartel until Mr. Costa's
23     plea agreement was disclosed in the media?
24          A.   That's correct.
25          Q.   Sir, is it fair to say that to your
```

1                    Cunha - Confidential

2    knowledge, President Graca Foster also didn't know

3    about this cartel until the plea agreement was

4    disclosed in the media?

5                    MR. MUSTOKOFF:  Objection.  That calls

6            for speculation.

7            A.   My answer was going to be anyway I don't

8    know.

9            Q.   Is it also fair to say that you don't

10   have any knowledge that Mr. Barbassa knew about the

11   existence of the cartel prior to the disclosure of

12   Costa's plea agreement in the media?

13                   MR. MUSTOKOFF:  Same objection.

14           A.   No, I couldn't tell.

15           Q.   That is, you don't have any knowledge

16   that he knew about the cartel before it was

17   disclosed in the media?

18           A.   I don't have any knowledge, that's

19   right.

20           Q.   Now do you have Exhibit 19 in front of

21   you?

22           A.   Yes, I do.

23           Q.   Terrific.  I wanted to ask you about

24   just a couple of clauses that plaintiffs' counsel

25   touched on but didn't ask you about.  Would you

```
1                     Cunha - Confidential
2    turn to page 85.
3          A.    Um-hum.
4          Q.    And plaintiffs' counsel asked you about,
5    you have got the Portuguese in front of you, the
6    original exhibit, correct?
7          A.    Um-hum.
8          Q.    And there is a sentence you were asked
9    about having to do with form prevailing over
10   substance, correct?  You remember being asked about
11   that?
12         A.    Yes.
13         Q.    Then there is a sentence after that that
14   in the English translation I have been provided
15   says "This process began to reverse in recent years
16   but much remains to be done."  Do you see where I
17   am?
18         A.    Yes.
19         Q.    How does that read in the Portuguese?
20               THE INTERPRETER:  "Petrobras went
21         through a process of unwinding of."
22               THE WITNESS:  "Of triggers of
23         governance."
24               THE INTERPRETER:  "Unwinding of triggers
25         of governance.  This process started to be
```

1                    Cunha - Confidential

2           reverted in the last years but there is

3           still a lot to be done."

4           Q.   When you said this process started to be

5      reverted in the last years, can you just elaborate

6      on what you were referring to?

7           A.   Sure.  My understanding is that to

8      understand the system of governance, we must

9      understand it from the beginning to the end.  When

10     I joined the board, I through my board education

11     process, I tried to understand why Petrobras had

12     its existing system of governance, and in

13     particular I was interested in understanding the

14     nature of the collegiate decision-making process on

15     the management board.

16               I understand that this was established

17     by former CEO Reichstul in the early 2000's when

18     the governance of the company was restructured and

19     that system, as with anything in management, has

20     pros and cons.  The pros are that you call all

21     members of executive management, you hold them

22     accountable for all decisions, and the con is that

23     this removes the personal involvement on each

24     decision.

25               So in the existing design of Petrobras,

183

Cunha - Confidential

1

2      everybody is responsible.  The stepping stone for

3      that system to work is that members of the

4      management board were educated on everything that

5      was brought to executive management, and that was

6      accomplished by the concept of the business

7      committee that had many configurations including

8      one called investment committee.

9              My understanding of this process is that

10     this involved executive managers from different

11     areas that would sign off on items that were going

12     to these collegiate meetings of the executive

13     board.  What I understand is that during the

14     Gabrielli administration this committee ceased to

15     exist, and when that happened, the basic stepping

16     stone, as I mentioned, of that system of governance

17     fell apart.

18              So if you have the collegiate executive

19     board without that investment committee, you have a

20     situation in which every week these executive

21     directors were receiving items to decide upon and

22     they were not properly educated on the items or

23     they didn't have the sign-off from people in their

24     areas for those specific items.

25              What was reported by these executive

184

```
 1                    Cunha - Confidential
 2    directors is that they then had to rely on their
 3    colleagues because they would not second-guess
 4    every single decision, and this was particularly
 5    true as Petrobras revved up its operations after
 6    the presalt discovery, so what we have seen is that
 7    as the company increased its operations immensely
 8    we should have seen a respective increase on these
 9    triggers of governance and what we saw actually was
10    that some of these triggers were dismantled.
11              That includes then the investment
12    committee that was not functioning.  It included
13    situations like the whistle blowing channel that
14    didn't work.  It included the levels of
15    authorization to executive management that were not
16    yearly revised as per the bylaws and so on and so
17    forth.
18              So that is what I meant by the unwinding
19    of the triggers.  And when I mean that they were
20    starting to be reversed, it means that under the
21    Graca Foster administration some of these items
22    started to be addressed.  So CEO Foster resumed the
23    meetings of the investment committees and reviewed
24    a number of protocols including in contracting as
25    we have seen through the works of the council
```

```
1                    Cunha - Confidential
2      fiscal, that were the correct decision of bringing
3      up internal controls up to speed.
4                    So that was the movie that I was
5      witnessing as I stood on the board of directors,
6      and what I mention here to the CPI was that a lot
7      remained to be done.
8           Q.   Thank you, sir.  Is it, and don't take
9      this question the wrong way, but a fact-finder is
10     ultimately going to have to make decisions in this
11     case and it is important what is known based upon
12     personal knowledge, is it fair to say, accurate to
13     say that you were not at the company during the
14     Gabrielli administration?
15          A.   That's correct.
16          Q.   So what you know about that you have
17     learned secondhand or from others, is that right?
18          A.   I learned that from my board education,
19     process, as I mentioned in the beginning.
20          Q.   Thank you.  Now what I want to do is
21     turn you to page 98 of the testimony.  You had
22     mentioned earlier, I am going to ask you, sir,
23     about the sentence that reads "We run the serious
24     risk of seeking amounts lower than those owed to
25     Petrobras."  Do you see that in the testimony?
```

```
 1                    Cunha - Confidential

 2          A.   Yes.

 3          Q.   You had mentioned earlier in your

 4    testimony that you had a concern that the 3 percent

 5    figure would be used by contractors in the Lava

 6    Jato investigation, this was your language, to

 7    reach an agreement with the government, pay a fine

 8    and revert to business as usual.  Do you recall

 9    giving that testimony?

10          A.   Yes.

11          Q.   Could you explain what you meant by

12    that?

13          A.   What I am trying to convey to you here

14    is that this 3 percent methodology lacked objective

15    necessary, so in that respect it should not have

16    been used for accounting purposes.  Again, here I

17    mention that the number could be different from

18    that and from the several conversations and

19    interactions we had and looking at what was going

20    on on the regulatory side, it seemed to make sense

21    that in order to get those plea bargain agreements

22    with the contractors, one needed a concrete number

23    that was affordable to these companies to make the

24    deal happen.  So my understanding was that it was

25    very likely that these decisions were linked.
```

1                    Cunha - Confidential

2        Q.    And you testified that you thought that

3   Petrobras was a victim, correct?

4        A.    Yes, as an administrator of Petrobras,

5   that is the conclusion I had.

6        Q.    And by Petrobras being a victim, the

7   people who were the shareholders at the time were

8   victimized as well, correct?

9        A.    That is true.

10       Q.    And is it accurate to say that at

11  various times while you were on the board, you were

12  an advocate of Petrobras taking action to try to

13  recover from the contractors who caused damages to

14  it?

15            MR. MUSTOKOFF:   Objection.

16            MR. LIMAN:   I will rephrase the

17       question.

18       Q.    Is it accurate that at various times

19  while you were on the board, you were an advocate

20  of Petrobras trying to take action to try to

21  recover from the contractors?

22       A.    Not only that.  I understand that

23  recovering is part of what Petrobras needed to do

24  if it were a victim.  It needed to hold those

25  responsible accountable, which means prosecuting

188

```
 1                    Cunha - Confidential

 2    the people who perpetrated damages and also taking

 3    action against the contractors that which is

 4    something that wasn't being done.

 5                    We had situations in which a contractor

 6    was found guilty of overpricing and was able to

 7    contract with a company on the same month as that

 8    finding was reached.

 9        Q.    You know now there is a black list

10    against the contractors?

11        A.    Yes.

12        Q.    And do you know also that Petrobras has

13    been cooperating with the Brazilian federal police?

14                    MR. MUSTOKOFF:  Objection to form.

15        Q.    Do you know that?

16        A.    From media accounts, yes.

17        Q.    Do you know Petrobras has been

18    designated as a victim by the Brazilian judge in

19    connection with those cooperation efforts?

20                    MR. MUSTOKOFF:  Objection.

21        A.    From news pieces, yes.

22        Q.    And did you as somebody -- withdrawn.

23    Did you view yourself as an advocate for the

24    shareholders of Petrobras while you were on the

25    board?
```

1                      Cunha - Confidential

2          A.   All shareholders, yes, including the

3    controlling shareholder.

4          Q.   I didn't mean to suggest otherwise.  Is

5    it fair to say that one of the actions that you

6    thought Petrobras should take was to try --

7    withdrawn.  Is it fair to say that it was your view

8    it would be in the interests of the shareholders to

9    be able to recover from the contractors?

10              MR. MUSTOKOFF:  Objection.

11         A.   That too, but certainly not only that.

12         Q.   Right, and I take it it is also your

13   view that the folks who engaged in wrongdoing

14   should be held accountable?

15         A.   Of course.

16         Q.   And I am just trying to ask a simple

17   question.  Did you have a concern that those who

18   engaged in wrongdoing might take this 3 percent

19   number and try to use it to argue that they

20   shouldn't pay the full amount of damages that they

21   caused?

22              MR. MUSTOKOFF:  Objection to form.

23         A.   The question was not necessarily that

24   they wouldn't pay the full amount but they would

25   have a concrete number in which they could anchor

1                          Cunha - Confidential

2      these plea bargains, and that number in itself was

3      not objective.

4           Q.   I take it that the fact that they could

5      use a concrete number to anchor the plea bargains

6      was a matter of concern to you?

7           A.   It was.

8           Q.   And when you said in this testimony,

9      page 98, you see where it says "We run the risk of

10     seeking amounts lower than those owed to

11     Petrobras"?

12          A.   Um-hum.

13          Q.   Did I translate that accurately?

14          A.   Can you repeat that.

15          Q.   Sure.  Did you say "We run serious risk

16     of seeking amounts lower than those owed to

17     Petrobras"?

18          A.   That was a risk, yes.

19          Q.   Okay.  What was that specific risk?

20          A.   That the number was different than

21     3 percent.

22          Q.   Okay.  And that as a result the company

23     would seek amounts lower than those that were owed

24     to it?

25          A.   Yes.  On the other hand if we eventually

1                    Cunha - Confidential

2      found out that the number was much lower than this

3      and we reported 3 percent, we would be understating

4      our assets.  It would be equally wrong.

5           Q.   By the way, was your view on the

6      accounting anchored in any specific accounting

7      literature?

8           A.   I don't understand your question.

9           Q.   Do you know what accounting rules govern

10     Petrobras?

11               MR. MUSTOKOFF:  Objection to form.

12          A.   IFRS.

13          Q.   Was your view with respect to the

14     accounting anchored in any specific paragraph or

15     section of the IFRS?

16          A.   I understand that IFRS is a

17     principle-based methodology and that decisions

18     regarding the true and fair view of the company

19     should not be focused on specific rules.  Quite the

20     opposite.  We have even the true and fair override

21     which states that when necessary, rules need to be

22     not applied if that conflicts with a true and fair

23     view.

24               So the objective in my mind was to

25     establish the true and fair view and I didn't see

192

1                    Cunha - Confidential

2    objectivity on the 3 percent number enough to say

3    that it would give a true and fair view as opposed

4    to the alternative, which in my opinion was to

5    arrive at the fair value of the assets.

6         Q.   I want to ask you some questions about

7    that, but before I do, I am going to ask the court

8    reporter to mark as Cunha Exhibit 20 Petrobras'

9    2013 Form 20-F in the English, and I think if it

10   worked correctly, I will have as 21 the Portuguese

11   version.

12                (Cunha Exhibit 20, English version of

13                Petrobras' 2013 Form 20-F, was so marked for

14                identification, as of this date.)

15                (Cunha Exhibit 21, Portuguese version of

16                Petrobras' 2013 Form 20-F, was so marked for

17                identification, as of this date.)

18        Q.   So you have got Exhibit 20 in front of

19   you.  Do you recognize that as Petrobras' form

20   20-F as filed with the SEC on April 30, 2014 in

21   English?

22        A.   Yes, I do.

23        Q.   And do you recognize Exhibit 21 as the

24   Portuguese version of the 20-F?

25        A.   Um-hum.  It looks like it.

                      Cunha - Confidential

1

2        Q.    What I have done to make things easier

3   is on Exhibit 21 I had my colleague tab and

4   highlight the sections I want to refer you to and I

5   will mention it to others.

6              MR. MUSTOKOFF:  Let me just note for the

7        record that plaintiffs' counsel does not

8        have the same iteration of the document with

9        the highlights and the tabs.

10             MR. LIMAN:  So noted.  I will tell you

11       what they are as we go.

12       Q.    What I wanted to do is refer you to

13  page -- withdrawn.  Before I ask you about the

14  document, you mentioned that you were elected to

15  the board of Petrobras when?

16       A.    Initially on April 2013 and then

17  reelected I want to say April.  It might have been

18  March 30 in one of these years.  Okay?  But it is

19  in the ordinary meeting of 2013 and reelected in

20  the ordinary meeting of 2014.

21       Q.    Is it correct that you are no longer a

22  director of Petrobras?

23       A.    That's correct.

24       Q.    Would you take a look at page 108 in the

25  Portuguese, 103 in the English.  There is a

194

1                    Cunha - Confidential

2    description of the directors of Petrobras and a

3    little biography of you.

4         A.   Um-hum.

5         Q.   Do you see that?  Counsel, do you see

6    that?

7              MR. MUSTOKOFF:  I do.  Thank you.

8         Q.   On 103.  I am going to ask you about the

9    degrees but I just want to make things simple.  Is

10   that an accurate biography of you, sir?

11        A.   Yes.

12        Q.   Where it describes that you are a

13   chartered financial analyst since 1997, that's

14   correct?

15        A.   Um-hum.

16        Q.   You have to answer yes or no.

17        A.   Yes.

18        Q.   Then it describes the degrees that you

19   have gotten.  Is that accurate and complete?

20        A.   It is.

21        Q.   Do you have any other postgraduate

22   degrees?

23        A.   No.

24        Q.   Any other licenses?

25        A.   No.

```
 1                    Cunha - Confidential

 2        Q.   Any other postgraduate training?

 3        A.   No.

 4        Q.   Would you take a look --

 5        A.   Excuse me.  I am board certified by the

 6   IBGC, and I am a certified analyst under APIMEC

 7   regulation.

 8        Q.   Is that different from being a chartered

 9   financial analyst?

10        A.   It is.  It is a Brazilian

11   self-regulation, and the CFA is basically an honor

12   designation.  It is not a regulatory.

13             MR. MUSTOKOFF:  Honorary?

14             THE WITNESS:  This is not the word.  It

15        is not a regulatory certification per se.

16        It is a badge sort of.

17        Q.   Can you turn to page 106 of the

18   Portuguese, which is 100 of the English, Exhibit

19   20.  Am I correct that it lists you there as one of

20   the directors of Petrobras?

21        A.   That's correct.

22        Q.   Then it has got a footnote that is 3,

23   and does that say appointed by the minority common

24   shareholders?

25        A.   Yes.
```

1                    Cunha - Confidential

2        Q.    Can you just explain to us and maybe for

3    a future jury what it means to be appointed by

4    minority common shareholders?

5        A.    According to Brazilian legislation,

6    minority shareholders have the right to nominate

7    and elect a director by what is called the separate

8    voting mechanism.  So the controlling shareholder

9    elects a slate, and minority shareholders if they

10   reach a certain threshold are able to elect a

11   member independently.

12            The holders of non-voting shares have a

13   similar right and they elect another director,

14   which in this case was Mr. Monforte.

15       Q.    By non-voting shares, you mean the

16   preferred shares?

17       A.    PNs.

18       Q.    Just while we are on the document, you

19   testified at the beginning of today about the unit

20   that was used for testing of impairment with

21   respect to refineries.  Do you recall that?

22       A.    Yes.

23       Q.    I just want to ask you so we are talking

24   about the same thing about certain sections of the

25   20-F and see whether the policy that is described

1                         Cunha - Confidential

2       there is the one that you were discussing in the

3       audit committee.

4               A.   Okay.

5               Q.   So would you turn to page F 21 of

6       Exhibit 21, and it is page F 20 of Exhibit 20,

7       section 3.10.

8               A.   Okay.

9               Q.   Do you see there is language that I have

10      highlighted?

11              A.   Yes.

12              MR. MUSTOKOFF:  For the benefit of those

13              around the table, the English, it says "For

14              the impairment test assets are grouped at

15              the smallest identifiable group that

16              generates largely independent cash inflows

17              from other assets or groups of assets (the

18              cash-generating unit.)"

19              Q.   Did I read that correctly?

20              A.   Yes.

21              Q.   Is that the policy that you were

22      addressing with management and with PWC?

23              A.   Yes.  In essence the argument surrounded

24      the smallest level of assets for which you could

25      identify cash flows, and my argument was that we

```
 1                    Cunha - Confidential

 2     could in fact identify cash flows on a much lower

 3     level than the overall refining park.

 4          Q.   It refers to largely independent cash

 5     flows.  Is that right?

 6          A.   Yes.

 7          Q.   Okay.  Then if you turn to page F 26, do

 8     you see that there is a section that says

 9     downstream CGU's?

10          A.   Um-hum.

11          Q.   Is the answer yes?  I'm sorry, sir, I

12     need to get a yes or no.

13          A.   Yes.

14               MR. MUSTOKOFF:  And for the benefit of

15          those around the table, that I have

16          highlighted that on page F 26.

17          Q.   As you understand it, is that an

18     accurate description of the policy that Petrobras

19     was following?

20          A.   If you give me a minute.

21               That is what management defended.  Yes.

22          Q.   Thank you.  Now you can just put that

23     to the side.  At various points in your testimony

24     you referred to the controller.  Do you recall

25     that?
```

199

1                     Cunha - Confidential

2          A.   Yes.

3          Q.   In the context of Petrobras, who is the

4     controller?

5          A.   The controller shareholder is the

6     federal government of Brazil.

7          Q.   Under the bylaws of Petrobras, was the

8     federal government of Brazil entitled to appoint

9     members to the board?

10         A.   Under Brazilian law, yes.  The

11    controlling shareholder, that is the definition of

12    controlling shareholder appoints the majority of

13    the members of the board.

14         Q.   And during the time period that you were

15    on the board before the change that came around the

16    time that Mr. Aldemir joined, you understand the

17    time period I am referring to?

18         A.   Um-hum.

19         Q.   Again you need to say yes.

20         A.   Yes.

21         Q.   During that time period who did you

22    understand to be the members of the board who were

23    appointed by the government?

24         A.   Mr. Guido Mantega as chairman.  I can

25    refer to the document.

1                    Cunha - Confidential

2         Q.    That is one reason I gave it to you.

3         A.    All right.  So...

4         Q.    Just tell us which document you are

5    looking at.

6         A.    The 20-F in Portuguese, page 106.  All

7    the top seven names on this list were appointed by

8    the government, so the exceptions were myself, Mr.

9    Monforte and Mr. Sinedino.

10        Q.    Were any of the top seven also at the

11   time they were on the board ministers with the

12   federal government of Brazil?

13        A.    Yes.

14        Q.    Which ones?

15        A.    Mr. Mantega, Ms. Belchior, Mr. Zimmerman

16   was the deputy minister of mines and energy and

17   Mr. Continho was the CEO of the development bank.

18        Q.    Is it accurate to say that during the

19   time period you were on the board, you disagreed

20   with some of the votes and some of the decisions of

21   the directors appointed by the controller?

22        A.    That's correct.

23        Q.    Is it accurate that you thought some of

24   those decisions did not maximize value for

25   Petrobras' shareholders?

1                    Cunha - Confidential

2          A.    That too.

3          Q.    And is it correct that you thought at

4    times that the decisions were designed maybe to

5    advance the government's political interests at the

6    expense of the shareholders?

7          A.    That is true.

8          Q.    Did the decisions that you thought might

9    have been designed to advance the government's

10   political interests at the expense of the

11   shareholders include Petrobras' pricing policy?

12         A.    It does.

13         Q.    Can you explain that to us, how that

14   pricing policy might have advanced the interests

15   of -- the political interests of the government at

16   the expense of the shareholders?

17         A.    Okay.  It seems clear that Petrobras'

18   prices since 2011 lagged significantly behind what

19   may be called international parity, which was the

20   policy up until then.  And as a matter of fact, as

21   I pointed in my votes and on my complaint to the

22   CVM, the policy diverged from what the law stated,

23   which is that prices should follow a free market,

24   free competition system.

25                    So I had repeatedly brought this to the

202

1                    Cunha - Confidential

2    board.  We had major discussions around the end of

3    2013.  We reached the launch of a pricing policy,

4    which again was deemed confidential, to the board,

5    and which as a matter of fact didn't have any real

6    consequence.  Prices kept lagging behind the

7    international parity, so that is one example.  The

8    other one is a capital expenditure problems that I

9    mentioned before.

10        Q.   Can you elaborate on that?

11        A.   Sure.  It seemed that Petrobras by means

12   of its large budget for cap expenditure became in

13   the eyes of the controlling shareholder a

14   significant lever for development and for

15   potentially political gain, and this is one reason

16   that might justify the company undertaking projects

17   that had a negative net present value.

18        Q.   You are referring to RNEST, Abreu e

19   Lima?

20        A.   Yes.  I mean just because this is the

21   one that I studied more deeply, but the way I

22   looked at it, it was the signal of a bad

23   decision-making process that probably repeated

24   itself in other situations.  It was a systemic

25   issue.

1                    Cunha - Confidential

2          Q.    Was another of the bad decisions the

3    assignment of oil and gas rights from the

4    government of Brazil to Petrobras?

5          A.    Absolutely.  That is a very good

6    example.

7          Q.    Do you want to explain that one?

8          A.    Sure.  This is another situation that

9    fell within the cracks of that governance system

10   that I mentioned to you.  We had certain bylaw

11   provisions that again established the threshold of

12   authorizations and so forth.

13               The bylaws stated that the company

14   needed to set the limits for many different items

15   on the bylaws, if I'm not mistaken, Article 33, and

16   interestingly the bylaws said that annual

17   assignment of limitations had to happen especially

18   for certain items and it jumped item 6 or 7.

19               Can I ask the lawyers for the company

20   just to remind me the name of the number of the

21   article because they might have this by heart?

22         Q.    They will tell me.

23         A.    That's fine.  They know what I am

24   talking about.  So there is one particular item

25   that did not fall into this especially provision,

204

1                         Cunha - Confidential

2      which didn't mean that the board didn't have to set

3      the limitations but it didn't specially need to set

4      the limitation.

5                  So what happened was that it did not set

6      a limitation and as a consequence the company

7      interpreted that it was free to contract with the

8      controlling shareholder without any limitation

9      whatsoever, which is particularly strange in the

10     context that this would be a related party

11     transaction.

12                 So the assignment of rights actually

13     happened in two moments.  One was the rights issue

14     of 2010 and the other was the so-called excess

15     reserves that to my knowledge was not even complete

16     because it was a proposition approved by the

17     government but that was not executed.  But the idea

18     was that Petrobras would pay 15 or 20 billion reais

19     to the government to get access to excess reserves

20     from those areas, and that matter did not come to

21     the board.  Conveniently the company would prepay

22     billions in annual installment before it even begun

23     to work on those areas.

24                 So you are completely right, this is

25     another example of cracks in the governance system,

```
1                    Cunha - Confidential

2      in this case addressing issues of the controlling

3      shareholder.

4           Q.   Were you concerned that some of these

5      decisions had immediate impact on shareholder

6      value?

7           A.   Absolutely.

8           Q.   Including the capital expenditure plan?

9      Is that correct?

10          A.   Yes.

11          Q.   And including the expenditures with

12     respect to Abreu e Lima, correct?

13          A.   Not exactly.  I mean we are talking

14     about the assignments of rights for exploration and

15     production and Abreu e Lima is downstream.

16          Q.   Okay.  I should have asked the question

17     better.  Were you concerned that the capital

18     expenditures on Abreu e Lima could have an

19     immediate impact on shareholder value?

20          A.   Oh, yes.  Mostly it already had, because

21     when I was there, most of the money was already

22     spent.

23          Q.   Okay.  It wasn't a secret how much money

24     was being spent for Abreu e Lima, correct?

25          A.   No.
```

1                    Cunha - Confidential

2        Q.    And in fact it was also well known that

3    it was running over budget, correct?

4                MR. MUSTOKOFF:   Objection to form.

5                MR. LIMAN:   Withdrawn.

6        Q.    Let me ask the question again in a way

7    that maybe won't draw his objection.   To your

8    knowledge, was it publicly known that Abreu e Lima

9    had to exceed its original budget?

10       A.    It was publicly known but maybe not to

11   the final extent, because not even to Petrobras the

12   final number became clear during my tenure.   I

13   don't know if it is clear now.

14       Q.    Okay.   Is it correct that you viewed

15   your role as being an advocate for shareholder and

16   shareholder value?

17       A.    Yes, and for the company.

18       Q.    And for the company.   Is it right that

19   you clashed at some points with the directors who

20   were appointed by the controller?

21       A.    That's correct.

22       Q.    And you felt free to speak your mind.

23   Is that accurate?

24       A.    No, that is not accurate.

25       Q.    When there were decisions being made in

```
 1                Cunha - Confidential
 2   board meetings did you express your -- if you
 3   disagreed with the decision did you express your
 4   views?
 5        A.   I did.  What I must say is that the
 6   company was very fair in recording my disagreement,
 7   but especially in 2013 when I was the sole
 8   independent on the board, I have to say that it was
 9   not easy to speak out many times.  There were
10   severe pressures, especially from the chairman of
11   the board, against many of my statements.
12        Q.   Did you get the feeling that one of the
13   reasons why the chairman took you off of the audit
14   committee was because of your disagreements with
15   the controller?
16        A.   Because of my disagreements with him.
17        Q.   Okay.
18        A.   I didn't talk to the controlling
19   shareholder.
20             MR. LIMAN:  I think that is all I have
21             got for this evening.  What I would like to
22             do is take a break and get some sleep and
23             try to keep it short tomorrow.  But thank
24             you, and we will break for the evening.
25             Thank you.
```

208

1                    Cunha - Confidential

2                THE WITNESS:  Thank you.

3                THE VIDEOGRAPHER:  The time is 7:08 p.m.

4           We are going off the record.

5                (Time noted:  7:08 p.m.)

6

7

8    Subscribed and sworn to

9    before me this    day of     , 2016.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

209

1

2                   C E R T I F I C A T I O N

3

4          I, Joseph R. Danyo, a Shorthand Reporter

5    and Notary Public, within and for the State of New

6    York, do hereby certify:

7          That I reported the proceedings in the

8    within entitled matter, and that the within

9    transcript is a true record of such proceedings.

10         I further certify that I am not related,

11   by blood or marriage, to any of the parties in this

12   matter and that I am in no way interested in the

13   outcome of this matter.

14         IN WITNESS WHEREOF, I have hereunto set

15   my hand this 19th day of April, 2016.

16

17

18                        JOSEPH R. DANYO

19

20

21

22

23

24

25

210

1

2                              I N D E X

3   Witness                                              Page

4   MAURO RODRIGUES da CUNHA                               5

5

6

7                          E X H I B I T S

8   Cunha                                                Page

9        Exhibit 1  Minutes of 72nd meeting of           11
                    audit committee dated
10                  February 25, 2014

11       Exhibit 2  Letter to the CVM                     16

12       Exhibit 3  Minutes of 73rd meeting of           28
                    audit committee
13

         Exhibit 4  Minutes of board meeting of          39
14                  April 25, 2014

15       Exhibit 5  Letter dated October 21, 2014        53

16       Exhibit 6  Document                             59

17       Exhibit 7  e-mail and attached document         75

18       Exhibit 8  Document                             87

19       Exhibit 9  Petition to the CVM signed by        88
                    Mr. Cunha and Director Monforte
20

         Exhibit 10 Minutes of board of directors        95
21                  meeting of December 12, 2014

22       Exhibit 11 Report                              107

23       Exhibit 12 Minutes of January 23, 2015         119
                    board meeting
24

         Exhibit 13 Document
25

211

1

2      Exhibit 14   Letter dated June 2, 2014 from        132
                    Mr. Cunha
3
       Exhibit 15   Letter from Ms. Foster dated          132
4                   June 27, 2014

5      Exhibit 16   e-mail from Mr. Cunha to board        141
                    of directors dated March 6,
6                   2015

7      Exhibit 17   Minutes from April 22, 2015           143
                    board meeting
8
       Exhibit 18   Form 6-K dated January 27, 2015       144
9
       Exhibit 19   Mr. Cunha's testimony of             168
10                  April 26, 2015

11     Exhibit 20   English version of                    192
                    Petrobras'2013 Form 20-F
12
       Exhibit 21   Portuguese version of                 192
13                  Petrobras'2013 Form 20-F

14                        ~oOo~

15

16

17

18

19

20

21

22

23

24

25

212

1      APRIL 18, 2016 - MAURO RODRIGUES da CUNHA

2                    I wish to make the following changes for

3   The following reasons:

4   PAGE   LINE

5                    CHANGE:

6   REASON:

7                    CHANGE:

8   REASON:

9                    CHANGE:

10  REASON:

11                   CHANGE:

12  REASON:

13                   CHANGE:

14  REASON:

15                   CHANGE:

16  REASON:

17                   CHANGE:

18  REASON:

19                   CHANGE:

20  REASON:

21                   CHANGE:

22  REASON:

23                   CHANGE:

24  REASON:

25  Hudson Reporting & Video, Inc.      1-800-310-1769

## A

**a.m** 1:9 5:6 49:12,15
  154:5
**AB** 66:5
**AB-CR** 59:10,15
**Abbey** 2:10
**Aberdeen** 2:10
**ability** 6:13
**able** 8:9,12 15:17 24:12
  58:6 61:5 77:12,13
  93:12 140:17 148:9
  149:22 153:4 188:6
  189:9 196:10
**Abreu** 15:22,23 23:12
  35:16,22 38:9 41:18
  57:15,22 61:4 62:18
  73:12,14 75:22 76:22
  77:16 89:16 112:2
  148:8 149:6 152:12,20
  152:24 153:5 160:20
  165:6 176:6 202:18
  205:12,15,18,24 206:8
**absence** 26:15,17,21,22
  27:20 28:2,3,6 94:15
**absolutely** 18:25 21:16
  42:12,23 55:9 71:15
  93:2 98:22 112:6 121:8
  203:5 205:7
**abstain** 90:17 113:25
  115:12
**abstained** 90:6 136:10
**abstaining** 136:22
**abstention** 147:13
**abundantly** 17:18 18:20
**accelerate** 103:18
**accept** 78:4 88:5
**acceptable** 45:10 108:6,8
**accepted** 10:11 83:9
**access** 108:18 112:13
  139:14 166:14 204:19
**acclaimed** 158:13
**accommodation** 7:2
**accomplished** 122:15
  183:6
**account** 43:10 167:15
**accountable** 182:22

187:25 189:14
**accounted** 23:24 24:13
**accounting** 14:11,21
  22:5 23:17,19 25:5
  33:15 96:19 97:4 99:16
  124:16 141:17 142:3,21
  147:15 148:16 153:23
  155:8,12 156:12,13
  166:17,25 167:22
  172:25 186:16 191:6,6
  191:9,14
**accounts** 20:13 33:16,16
  38:16 188:16
**accumulated** 32:15
**accurate** 17:17 185:12
  187:10,18 194:10,19
  198:18 200:18,23
  206:23,24
**accurately** 190:13
**achieve** 126:5
**acquisition** 30:12 31:9
  32:22 33:22
**acronym** 66:7
**acronyms** 66:5
**act** 40:5 50:16
**acted** 85:7
**action** 3:9 77:14 187:12
  187:20 188:3
**actions** 140:20 189:5
**acts** 80:4,7,10,10,14,19
  104:13,20,23 113:11,15
  176:4,5
**actual** 32:20 61:6 173:9
**add** 88:25 90:14 136:5
  139:7
**added** 34:3 46:14,24
  62:12 67:6 103:16
**addition** 72:5 75:23
**additional** 26:22 28:7
  100:5,17
**additionally** 42:3
**address** 25:9 90:21 137:3
  138:11
**addressed** 75:5 184:22
**addressing** 89:8 197:22
  205:2
**adds** 69:25 70:10

**adjourned** 56:24
**adjustment** 15:4 24:21
  97:15 142:3 149:11
  157:7 162:17 166:4
**adjustments** 125:8 126:5
  131:9 132:4 148:25
  149:13 150:7,11 153:2
  167:22
**administration** 77:15
  183:14 184:21 185:14
**administrator** 80:2
  187:4
**administrators** 82:11
  83:12
**admitted** 13:11
**adopted** 52:12 145:8,24
  145:24 162:5 167:11
**adoption** 161:21
**advance** 201:5,9
**advanced** 201:14
**advice** 49:5,21 164:2,6
**advisable** 40:3
**advised** 85:8
**advisors** 58:12
**advocate** 187:12,19
  188:23 206:15
**affect** 50:10 149:10
**affirmed** 63:19 104:21
**affirms** 64:8
**affordable** 143:2 186:23
**afraid** 174:22
**afternoon** 117:2 178:16
**agenda** 12:13 54:4,20,21
  55:11,16 56:23 59:6
**agendas** 55:6
**ago** 17:12 44:19 59:25
  82:5,20 91:15 139:10
  168:21
**agree** 18:8,15,16 21:4,5,9
  30:25 44:13 50:9
  100:12,16 134:3 151:7
  157:10 160:12
**agreed** 50:11 97:8
  100:15 103:2 105:12
  111:2,6 121:18 133:21
**agreeing** 78:10,11 79:17
**agreement** 6:20 36:8

37:10 58:21 121:13
  129:9 142:16,23 143:3
  179:23 180:3,12 186:7
**agreements** 186:21
**ahead** 110:19 132:6
**aid** 107:24
**aide** 174:9
**aiming** 40:4
**Aldemir** 199:16
**alerting** 93:11
**alerts** 72:12
**aligned** 77:9
**all-encompassing** 32:21
**all-inclusive** 14:3
**allegations** 52:23 53:16
  79:11,19 177:11 179:13
**alleged** 95:7 96:20
  142:12
**allegedly** 93:25 141:23
**alleging** 80:19
**allotted** 56:19
**allow** 24:20 69:16 94:11
  95:10 139:7 173:14
**allowed** 8:6 10:21 50:18
  55:7 62:25 81:2 165:15
**allowing** 68:14 151:15
**alternative** 115:9 192:4
**alternatives** 162:15
**AMEC** 7:21
**America** 172:15
**Americas** 4:4 34:18
**amid** 146:8 172:24
**amount** 23:7 54:25 90:11
  151:17,17 160:19
  189:20,24
**amounts** 121:9 153:22
  155:18 162:19 164:17
  185:24 190:10,16,23
**analysis** 16:5 20:10
  21:13 22:17 48:20 49:2
  63:23 64:5,10 67:5
  68:14 69:6 70:7,10,11
  72:12 90:8,12 132:7
  155:21,22 161:9 168:2
  172:9
**analyst** 145:15 194:13
  195:6,9

**analyze** 148:9
**analyzing** 22:13 59:10
  61:5 148:7
**anchor** 189:25 190:5
**anchored** 191:6,14
**and-** 2:14
**and/or** 140:20
**Andrade** 118:2,18,20,22
  119:3
**announcement** 58:8
**annual** 35:10 203:16
  204:22
**answer** 10:3 11:5 14:23
  21:8 24:23 27:4,5
  45:12 50:2,3 51:13
  74:21 89:3 94:11
  127:16 145:19 150:10
  161:7 174:7 179:5
  180:7 194:16 198:11
**answered** 80:13 176:9
**answers** 5:19 49:6
  138:10 179:3
**anxious** 101:15
**anybody** 99:4
**anymore** 171:6
**anyone's** 120:12
**anyway** 130:3,21 154:9
  180:7
**apart** 183:17
**APIMEC** 195:6
**apologies** 89:10 94:25
  95:2
**apparent** 22:5 23:17,20
  25:4 155:8
**apparently** 24:19 83:16
**appear** 11:12
**appeared** 176:20
**appears** 153:17
**appended** 167:7
**applied** 163:9 191:22
**Applies** 1:6
**apply** 166:8 167:10
**applying** 136:2
**appoint** 199:8
**appointed** 45:20 46:6
  118:10 158:20 174:25
  195:23 196:3 199:23

200:7,21 206:20
**appointing** 159:2 173:7
**appointment** 7:20
**appointments** 159:6,16
  159:19,22
**appoints** 199:12
**appraisal** 99:12,14 100:4
  105:14 120:11,15,15,25
  122:15 123:24 124:4
  126:7,23 129:5
**appreciate** 20:23 110:24
**approach** 22:11,16 98:25
  133:17,20 160:12
  163:21 172:14
**approaches** 122:7 145:7
  145:23
**appropriate** 16:21
  126:10 177:3
**approval** 20:2 134:16,22
  135:17 147:4
**approve** 89:24 90:9
  136:8 143:6 154:10
  172:21
**approved** 48:23 53:5
  57:23 70:10 72:3,14,19
  72:21 73:9 86:23 89:22
  131:5,6 135:11,15,16
  139:14 165:5 204:16
**approving** 84:23 90:11
  136:14
**April** 1:8 5:5 7:18 9:9
  39:6,12 51:21 78:24
  102:24 143:15,18 144:8
  146:12,20 147:2,5
  153:14 168:8,17 192:20
  193:16,17 209:15
  210:14 211:7,10 212:1
**area** 63:21
**areas** 40:6 61:3 135:20
  183:11,24 204:20,23
**argue** 189:19
**argued** 39:21 40:2
**argument** 46:25 47:9
  84:21 197:23,25
**arguments** 127:10
**arose** 152:3
**ARPS** 3:19

**arrangement** 6:11
**arrangements** 83:7
**arrest** 53:8
**arrival** 118:16
**arrive** 14:15 70:12 192:5
**article** 17:19 142:4,9,15
  203:15,21
**aside** 55:4
**asked** 9:18 19:12 20:22
  25:19 30:3 80:12
  101:23 123:23 147:10
  179:4,6 181:4,8,10
  205:16
**asking** 29:21 41:14 55:10
  60:23 103:16 105:5
  179:11,15
**asks** 100:21 103:22
**assess** 32:20 101:6
**assessment** 75:2
**asset** 153:21 154:24
  155:2
**assets** 14:25 15:9,12,16
  15:20 22:23 23:11,25
  25:5 98:24 99:5,12
  101:13 122:4,9,15
  124:10 126:8 131:10
  132:4 149:10 155:13
  156:24 191:4 192:5
  197:14,17,17,24
**assignment** 203:3,17
  204:12
**assignments** 205:14
**assistance** 23:25
**assistant** 54:15
**associated** 63:24 64:6
**association** 44:18
**assume** 54:6
**assumed** 62:16
**assumes** 71:14
**assuming** 25:18 50:9
  91:20
**assumption** 72:4
**assumptions** 15:6 61:8
  61:12 71:3,20 162:12
**ATILA** 2:7
**attach** 17:11
**attached** 56:4,13 57:5

59:12 74:6 75:9,25
  111:16 210:17
**attaches** 141:22
**attaching** 141:20
**attachment** 35:9
**attachments** 89:8
**attainment** 103:25
**attendance** 12:10
**attendees** 12:2
**attention** 71:12,14 83:14
  83:15,23 84:4 112:24
  129:20 157:12 158:16
  169:2
**attest** 163:5
**attested** 25:20
**attitudes** 76:12
**attorney** 4:8 6:2 66:10
**Attorneys** 2:4,9,20 3:4,9
  3:14,20 4:4
**attractive** 69:8
**attractiveness** 63:22
  64:3 65:14 69:14
**attributable** 151:4,8,10
**audio** 158:25 159:15
**audios** 130:24 131:2
**audit** 8:25 9:2,8,11,20,24
  10:9,15,23 11:9,13,23
  14:6 25:2,23,24,25 26:4
  28:22 29:4,9 30:6
  32:12 34:15 38:7,9,18
  38:19,21 39:14 40:8,13
  40:22 41:2 42:4 43:16
  43:19,23 45:16 46:3
  47:15 50:17,19,23 51:2
  51:7,9,16,21,23 52:21
  53:14 77:21 78:2,7,10
  102:23 103:2,7 108:19
  110:13,20,22 111:3,13
  111:22 112:9,21,22
  117:17 148:12 169:4,13
  170:3,7 174:3 176:2
  197:3 207:13 210:9,12
**audited** 103:25 146:11
**auditing** 35:10 38:17
  41:17,17
**auditor** 22:10 77:25 78:7
  78:12 101:24 104:9

**auditors** 24:2 25:13 78:3
78:15,19 100:2 101:8
122:17 124:13 125:19
**audits** 34:11,11,17,19,23
35:4
**August** 55:21 59:4 63:13
74:2 77:18 84:12
130:25
**Aura** 3:4
**authored** 132:16
**authorization** 184:15
**authorizations** 203:12
**available** 11:17 17:20
47:22 60:17 130:21
139:23
**Avenue** 1:14 2:4 3:4,20
4:4 5:7
**avoided** 62:13 64:7,12
67:13 71:14

**B**

**B** 146:3 210:7
**back** 14:8 26:10 36:23
49:15,17 52:3 63:4,12
70:16 73:8 78:23 87:7
87:16 88:7 89:4 91:10
92:2 110:5 112:16
117:5 123:20 128:6,8
130:24 132:12 133:8,9
134:21,24,24 140:3
144:10 146:14 150:19
160:10 164:4 171:15
178:10
**bad** 98:11 151:10,17
159:6 166:15 202:22
203:2
**badge** 195:16
**balance** 104:2,24 128:24
157:22 160:20
**balances** 72:18 172:8
**Bandine** 158:4,7,13,16
158:18
**Bandine's** 158:11 160:5
**bank** 200:17
**Barbassa** 12:6 16:20
134:6 180:10
**Barbosa** 9:13

**bargain** 186:21
**bargains** 190:2,5
**BARROSO** 4:12 176:22
**base** 70:12
**based** 15:25 16:3 30:12
44:13 50:3 63:22 64:4
68:4 72:3 82:22 98:18
101:8 108:4 111:12
112:19 139:12 140:2
157:19 167:21 172:9
173:18 177:14 185:11
**basic** 93:12 137:3 183:15
**basically** 102:25 136:19
140:25 141:2,17 142:11
145:15 146:5 150:3
159:17 195:11
**basis** 15:11 23:4 40:21
42:13 98:17,22 121:22
136:16 144:25 148:10
175:2
**Bates** 62:7 66:14 96:6
100:18 102:2 108:23
111:20 153:9
**began** 29:21 181:15
**beginning** 12:14 41:21
48:3 58:11 79:23
100:20 108:25 111:16
111:20 117:12 162:2
165:22 170:16 177:7
182:9 185:19 196:19
**begins** 34:2 44:6 52:4
140:5 154:17 165:20
167:6 169:14 170:12
**begun** 204:22
**behalf** 168:3
**Belchior** 40:11 42:6
48:13 200:15
**belief** 23:4 42:10 64:22
82:9 84:25 86:17 129:3
144:25
**believe** 14:18,24 22:22
29:8 33:6 38:16 43:2
43:17 66:4 67:8 68:18
78:16 84:2 85:5 86:5
93:7 100:2 123:4
127:18 130:23 132:11
134:5,7 144:18,20

145:21 147:16 149:23
149:24 154:9 165:11,13
167:22 171:16 174:16
**believed** 45:24 68:11
82:15 125:6 147:15
162:24
**benchmark** 44:20 100:7
**benefit** 197:12 198:14
**BERNSTEIN** 3:8
**best** 13:23 30:13 43:3
51:4 68:4 94:23 115:6
115:9 126:4 163:18
172:15
**better** 15:19 149:22
205:17
**beyond** 179:3
**biddings** 115:10
**big** 69:11 89:23
**bigger** 63:3
**billion** 23:13,14 61:24,24
67:5,6 68:3 89:25 90:3
99:16,17 100:13 120:19
121:19 123:24 127:6
135:19,23 136:14,15
145:9 146:7 148:5,18
149:16 150:22 151:3,8
152:13,21,22 156:5
157:21 204:18
**billions** 159:21 173:11
204:22
**biography** 194:3,10
**bit** 110:25 114:18 163:25
**black** 188:9
**blamed** 149:3
**blaming** 157:6
**blank** 135:19 136:5
137:4 139:4
**blind** 140:25
**blocked** 115:8
**blood** 209:11
**blow** 175:13
**blowing** 172:23 173:21
174:8,18 184:13
**BNDES** 40:12
**BNP** 99:10 120:16
149:14
**board** 7:15,20,24 8:21,23

9:21 10:7,11,12,14
12:14,15,17 15:14
20:11 21:13 26:5 29:20
29:22 30:2,3,11 31:10
31:15 32:10 34:8 35:14
38:4 39:5,11,13,21 40:5
41:21 42:2,6,7,18 43:7
44:7,11,24 46:9,19 47:3
47:8,19,21 48:4,7,13,19
48:24 49:22 50:4 51:9
51:23 52:4,10,14,17
53:8 54:4,14,18,21,24
55:25 56:16,19 58:15
58:17,22 70:8 72:21,22
73:5,8,22 74:5,14,16
75:20 76:6,11,13 77:24
78:18,23 82:20 83:5,7,8
83:10 85:3 89:21 90:13
93:7 94:3 95:14,16
97:7,9 100:20 102:12
103:24 105:15,21
106:21 109:16 110:13
110:21 111:2 112:12,21
113:12,16 119:13,17,21
119:24 120:2,5,23
122:20 123:25 124:5,7
125:21 126:3,25 131:5
131:6 133:9,13 134:15
135:25 136:13,22 137:3
138:3,12,17,25 139:17
140:17,24 141:5,10,15
141:18 142:15 143:5,14
143:15,18,22 144:4
147:5 153:14 158:6,12
159:6,23 160:4 165:5
166:11,19 167:7,9,12
167:16,18 170:6 174:15
174:16,25 175:10,25
182:10,10,15 183:4,13
183:19 185:5,18 187:11
187:19 188:25 193:15
195:5 199:9,13,15,22
200:11,19 202:2,4
204:2,21 207:2,8,11
210:13,20,23 211:5,7
**board's** 47:8 120:12
138:15

**boards** 26:2 85:7 172:19
**bodies** 80:4
**body** 8:16 53:14 169:15
**bonds** 6:4
**books** 121:10,23
**born** 7:6
**bottom** 12:12 15:7 39:19
    41:19 54:7 62:4,8 65:2
    66:14 86:3 96:9 100:19
    106:9,14 110:8 140:4
    169:13 175:18
**box** 172:14
**boxes** 172:9
**BR** 31:23
**Brasilia** 57:2,3
**BRAULIO** 4:14
**Brazil** 4:9 7:5 8:6 37:16
    44:21 62:20 81:6
    102:15 118:21 171:18
    171:22 199:6,8 200:12
    203:4
**Brazilian** 8:17 17:3
    44:15 50:21 117:24
    139:10 171:9 188:13,18
    195:10 196:5 199:10
**breach** 68:11
**break** 64:7,12 116:5
    123:22 150:14,21 178:5
    207:22,24
**breaks** 62:12 63:25 72:6
    130:15
**briefly** 45:3
**bring** 62:22 83:13,14,19
    83:21,21,22 84:4
**bringing** 102:13 106:5
    185:2
**broadcast** 16:20
**broader** 50:10
**Broadway** 2:21
**broken** 124:25
**brought** 28:12 75:22
    111:13 145:12 158:6,6
    177:16 183:5 201:25
**BRUCE** 3:6
**Bruno** 175:19
**budget** 15:16 23:8,11,12
    28:12 38:14 152:21

202:12 206:3,9
**budgeted** 140:14
**budgets** 138:20
**bulletin** 65:3 85:12
**buried** 146:8
**business** 37:2 72:14
    135:14 143:4 152:4
    183:6 186:8
**but's** 127:13 145:11
**bylaw** 203:10
**bylaws** 10:20 46:23
    47:18 72:16 135:6
    136:3 170:23 172:7
    184:16 199:7 203:13,15
    203:16

---

**C**

**C** 1:2 2:2 3:2 4:2 5:21
    109:11 117:6 159:22
    209:2,2
**cabinet** 54:16
**CABRASER** 3:8
**calculated** 33:18
**calculating** 14:12 147:20
**calculation** 67:7 158:5
**calculations** 25:20
    157:20
**Calheiro** 142:12
**California** 2:22
**call** 71:12,14 129:20
    157:12 182:20
**called** 70:11 120:9
    158:16 183:8 196:7
    201:19
**calling** 112:24
**calls** 10:2 30:22 31:19
    37:4 40:23 53:10
    113:22 180:5
**Camargo** 35:18,20 36:24
    37:16
**canary** 179:20
**cancel** 115:19
**canceled** 34:19,24 35:5
    115:18 173:2
**cancellation** 34:10
**candidate** 7:25 8:4
**cap** 28:16 33:21 139:2

151:11 152:8 202:12
**capable** 104:11
**capacity** 28:17 49:23,24
**capital** 3:4 17:8 32:16
    89:22,25 90:16 134:16
    134:22 135:13 136:8
    138:15 139:16,20 141:2
    151:20 152:7 202:8
    205:8,17
**Car** 114:21 118:23
**cards** 8:8
**CARNEY** 3:22 12:24
**carries** 100:25 101:2
**cartel** 36:25 37:7,15
    151:5,22 152:2,4
    179:13,22 180:3,11,16
**case** 1:5 19:7 27:12 37:24
    42:25 50:24 70:9,12
    76:20 87:21 135:13
    163:12 166:9 167:10,24
    185:11 196:14 205:2
**Cases** 1:6
**cash** 94:2 197:16,25
    198:2,4
**cash-generating** 197:18
**Castro** 87:21
**cause** 26:22 28:7
**caused** 63:2 76:15
    187:13 189:21
**causes** 83:4
**causing** 140:13
**cease** 9:19
**ceased** 183:14
**Central** 2:20
**Century** 171:16
**CEO** 7:21 30:18 31:16
    40:12 54:15,16 89:7
    93:16 103:23 104:7,8
    109:22 113:20 120:10
    122:8 134:17 136:24
    157:17,24 158:4,13,18
    159:15 173:12 182:17
    184:22 200:17
**certain** 6:2,4 8:5 28:10
    31:4 34:10 54:20,25
    58:2 68:15 82:10 83:12
    101:20 113:18 119:2

171:17 175:14 196:10
    196:24 203:10,18
**certainly** 136:4 151:13
    189:11
**certification** 195:15
**certified** 195:5,6
**certify** 209:6,10
**Cervero** 31:8,20
**CFA** 195:11
**CFO** 31:23 32:7 141:19
    149:19 158:24 162:11
**CGU's** 198:9
**chain** 95:8
**chaired** 159:13
**chairman** 10:5,10 39:21
    40:9,10 41:3,5,8 45:8
    45:22 46:7,11 53:5
    58:17 76:3,8 83:8
    86:14 93:6 105:15
    108:18 112:9 115:3,15
    118:16 125:6,10,11,19
    126:22 129:17 130:16
    133:13 142:8 158:15,23
    170:6 173:14 199:24
    207:10,13
**chairman's** 93:3
**chance** 130:7 163:14
**change** 104:7,21 137:23
    148:19 155:12 199:15
    212:5,7,9,11,13,15,17
    212:19,21,23
**changed** 46:10 118:9
    128:17 133:17,22
**changes** 104:14 212:2
**changing** 118:15
**channel** 172:23 173:21
    174:8,19 184:13
**characteristics** 24:10
**charge** 85:6 98:14
    166:22 174:7
**chart** 66:19 154:15,16,23
**chartered** 194:13 195:8
**check** 2:9 135:19 136:5
    137:4 139:5 172:14
**checking** 172:9
**checks** 72:18 172:8
**chief** 158:8 174:9

chosen 24:20
circulated 55:25 74:5
  112:20
circumstances 7:19 45:7
  92:12 105:11 118:4
  179:2
cite 16:21 114:10
civil 109:15 110:14
claimed 142:20
clarification 41:25
  110:25
clarified 104:10
clarify 80:17
clarifying 72:25
clashed 206:19
clauses 180:24
claw 87:16 164:4
clawback 88:3,3
clean 20:19 98:24
clear 15:14 17:18 33:19
  51:20 55:8 61:13 62:2
  69:4 77:4 81:6 82:24
  84:25 88:16,19 90:8
  112:6 126:14 127:12
  128:24 134:25 135:8
  145:14 156:14 176:14
  176:18 201:17 206:12
  206:13
cleared 127:11 145:13
clearly 18:3 69:22 77:19
  157:6
Cleary 3:14 87:25
clue 139:17
code 43:4 45:4,6
CODY 2:23
colleague 193:3
colleagues 184:3
collegiate 182:14 183:12
  183:18
colloquy 94:21
columns 67:10
come 7:14 68:2 71:23
  80:4,7 89:4 99:11
  101:9 114:17 115:17
  132:12 143:5 204:20
comfort 161:18
comfortable 26:20 27:25

112:11
coming 52:22 79:4 158:5
comings 97:11
comment 57:9 71:13
  114:5,13 175:2
commented 37:22
comments 25:4 31:3
  97:22 103:12 112:16
  128:12 130:17
commission 17:5 83:23
commissions 77:11
  113:9
committee 8:25 9:3,8,11
  9:20,24 10:9,16,21,23
  11:9,13,23 12:18 14:6
  25:2,23,24,25 26:4
  28:22 29:4,9 30:6
  32:12 38:7,19,21 39:15
  40:4,8,11,14,22 41:3
  42:4 43:16,19,23 45:16
  46:3 47:15 50:17,19,23
  51:2,7,9,16,21,23 52:21
  53:15 72:15,15 102:10
  102:16,23 103:3,8
  106:11,17 107:2 108:19
  110:2,9,13,20,23 111:3
  111:13,22 112:9,21,22
  113:15 117:17 148:12
  169:4,13 170:3,7 174:4
  176:3 183:7,8,14,19
  184:12 197:3 207:14
  210:9,12
committee's 106:23
  114:6
committees 8:22 10:7
  47:5,20 184:23
common 42:23 171:22
  195:23 196:4
communicated 46:20
  83:6
communication 77:18
  83:17
companies 23:23 24:4
  26:3,6 35:24 36:25
  37:17 114:20 115:5,7
  115:12,25 148:2 186:23
company 15:3 16:4

17:19,24 19:12,15,19
  20:13 22:10 24:9,12
  25:13,24 26:23 28:4,9
  29:9 30:18 31:4,5 32:5
  33:12 42:19 45:9 47:3
  49:22 50:18 51:19
  53:15 57:25 58:4 59:22
  60:4,19,19 61:3,7 63:13
  64:19 68:6,9,13 72:18
  79:6 84:8,10,15 86:25
  88:20 89:5,15,19 90:10
  91:19 94:18 97:16 99:4
  99:6,18 102:13,23
  109:10 111:6 115:5,11
  115:17 117:19 122:16
  139:4,13,14,16,18
  140:12 143:21 144:4
  145:7,16,23 147:14,16
  148:2,6,9 151:8 152:5
  156:16 158:2 159:2
  160:22 162:5,5,14
  164:7 165:25 166:14
  173:10,13 182:18 184:7
  185:13 188:7 190:22
  191:18 202:16 203:13
  203:19 204:6,21 206:17
  206:18 207:6
company's 28:7 63:15
  68:5 131:10 142:20
  161:21
comparables 132:7
compare 28:16
compared 160:21
compatible 77:14
COMPERJ 15:22 26:18
  27:23 106:11 107:2
  109:13 110:3,10 111:20
  149:7 165:6
competent 80:3
competition 81:9,10
  201:24
competitor 71:17
complained 52:11
complaining 160:7
complaint 80:15 172:24
  201:21
complementary 63:23

64:5,11 69:6
complete 170:20 194:19
  204:15
completely 45:24 51:10
  62:15 204:24
complex 20:14
complicit 164:24
complied 55:22 171:3
components 65:19
compound 134:13
comprised 10:21 103:3
  156:4
computer 17:22
con 182:22
concentrated 7:22
concept 183:6
concern 14:20 15:11
  145:9 186:4 189:17
  190:6
concerned 85:20 122:8
  142:24 157:25 163:11
  205:4,17
concerning 57:14 148:20
concerns 15:25 25:2
  33:12 74:17 84:16
  88:21
concerted 142:24
conclude 31:10 58:7
  71:22 72:2
concluded 30:11 31:6
  136:12
conclusion 22:18 50:24
  60:4 113:18 121:11
  187:5
conclusions 16:5 64:8
concrete 186:22 189:25
  190:5
concurred 102:25 126:4
CONDINI 2:7
conditioning 100:21
conditions 58:2 70:9
conduct 78:18 99:5
conducted 155:22
confess 58:16
confidence 121:25
confidential 5:1 6:1 7:1
  8:1 9:1 10:1 11:1 12:1

13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1,17
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1,19
60:20 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1,2,9 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1,7
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1,12 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1

175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1,4 203:1 204:1
205:1 206:1 207:1
208:1
**configurations** 183:7
**configured** 46:25
**confirm** 17:16 88:8
**confirmed** 129:2 139:8
139:13
**confirms** 63:21 64:3
**conflict** 126:12
**conflicted** 128:12
**conflicting** 132:11
**conflicts** 191:22
**confusion** 127:11 145:12
**conjunction** 148:23
149:25
**connection** 14:7 53:7
76:22 175:9 188:19
**cons** 182:20
**conscious** 18:3
**Conselheiro** 4:9
**consequence** 135:17
139:18 176:21 177:2
202:6 204:6
**consequences** 113:2
140:19
**conservative** 24:18 148:6
162:15
**consider** 10:19 76:17,21
98:13
**consideration** 64:9
**considerations** 69:24
70:8
**considered** 24:4 29:23
44:20 46:22 51:4 63:24
64:5 76:14 85:23 86:15
124:14 135:15 145:7,23
172:14

**considering** 18:2 69:6
**consistent** 15:2
**construction** 27:22 35:22
62:19
**consult** 49:6 56:5 125:2
**consultant** 7:11
**consultants** 122:14
**consultations** 130:16
**consulting** 130:18
**contained** 48:15 97:24
135:11
**contemplates** 46:24
**content** 18:2 49:5
**contents** 13:18 48:21
49:21 134:19 137:13
**context** 55:23 101:4
114:13 118:15 176:5
199:3 204:10
**continent-sized** 24:6
**Continho** 40:12 42:7
45:23 48:14 118:10
119:6,12 159:14 200:17
**continuation** 46:3
**continue** 6:24 10:23
62:10 79:22 96:18
104:3 140:16 147:15
**continued** 3:2 4:2 56:25
96:18 117:9
**continues** 140:15
**continuing** 108:2,11
133:6 137:6,9
**contract** 104:20 109:20
141:21 177:13 188:7
204:7
**contracted** 152:9
**contracting** 115:8
184:24
**contractor** 118:20 188:5
**contractors** 35:21
179:14 186:5,22 187:13
187:21 188:3,10 189:9
**contracts** 35:16 96:17,18
97:5 98:13 115:18,19
119:2 131:18
**contradicted** 125:20
**contradictions** 126:2
**contradictory** 127:9

**contrary** 63:18 64:24
**control** 136:17 170:10
**controlled** 159:7
**controller** 198:24 199:4
199:5 200:21 206:20
207:15
**controlling** 42:8,14
45:21 46:6 58:23
105:16 119:15 125:2
189:3 196:8 199:11,12
202:13 204:8 205:2
207:18
**controls** 185:3
**CONTRUCCI** 4:8 18:10
18:13
**convened** 158:14
**Conveniently** 204:21
**conversation** 25:11
105:2 124:12
**conversations** 16:4 33:6
186:18
**convey** 140:22 156:25
157:3 186:13
**convinced** 22:10 99:25
122:6 124:13 163:17
**cooperating** 188:13
**cooperation** 188:19
**copies** 11:16,18 132:13
**copy** 73:16 90:23 91:12
123:2,10 128:7
**corner** 62:8 96:7
**corporate** 8:16 43:3
44:14,15,20,22 49:24
54:18 63:21 77:6 80:3
170:22
**corporations** 8:17
**Correa** 35:19,20 36:24
37:17
**correct** 6:6 10:20 12:3,4
12:11 13:7,8 19:13
20:3,5,7 36:2 43:20,21
54:22,23 58:9 61:15
62:9 64:20,25 66:21,24
74:12,13,23 75:13,14
76:13 78:13,14 81:23
82:7 83:24,25 85:25
86:4,6,9 88:9 96:16

100:3 105:3 106:16
110:3,10 111:18 114:11
114:12 116:2 117:13,17
120:17,19 122:8 142:5
148:13,17 150:24,25
151:22 153:19,20,23,24
155:13,14,16 161:3,13
167:8 168:5 177:22,23
179:24 181:6,10 185:2
185:15 187:3,8 193:21
193:23 194:14 195:19
195:21 200:22 201:3
205:9,12,24 206:3,14
206:21
**corrected** 86:22 154:7
**correction** 78:5,8
**correctly** 13:18 21:2 31:6
31:14 96:22 138:23
192:10 197:19
**correspondence** 90:24
134:14 166:14
**corresponding** 96:20
**corrupt** 141:23
**corruption** 28:10,14
37:19 79:11,19 83:11
92:24 93:19 97:23
98:14 99:2 131:19
141:21 142:11,17
148:24 150:7,11 151:13
151:15,17 153:22
162:20 164:17,18,25
165:14,15,19 172:24
174:5 176:17,20 177:2
177:11
**cost** 27:22 32:21 33:9,17
**Costa** 53:2,9 93:24
**Costa's** 179:22 180:12
**costing** 23:14 152:21
**council** 8:11,14,16 26:2
40:2 184:25
**counsel** 5:13 6:11,25
11:17 13:9 49:23 50:14
56:9 87:24 89:12 91:14
94:21 96:3 107:15
164:2 169:7 178:12
180:24 181:4 193:7
194:5

**counteract** 71:16
**country** 24:6 70:2
**country's** 77:9
**couple** 90:7 94:16 119:9
121:2 139:10 180:24
**course** 90:2 93:4 135:7
174:3 178:23 189:15
**court** 1:3,12 5:10,14
49:16 102:15 117:13
144:11 192:7
**courtesy** 11:18
**courts** 119:4
**Covas** 175:20,23
**Cox** 3:9
**CPC** 156:14
**CPI** 168:5,12 185:6
**cracks** 203:9 204:25
**created** 112:11 115:7
**credibility** 26:23 28:4,8
28:10
**credit** 138:13
**criminal** 92:18 152:11
179:18
**crisis** 77:6
**Crispiniano** 4:9
**critical** 138:19
**criticisms** 71:7
**criticize** 72:10
**criticized** 72:8
**criticizes** 71:2
**criticizing** 102:9
**crux** 80:24 136:18
**crystal** 69:4
**cumulative** 33:21
**Cunha** 1:12 5:1,13,25
6:1,25 7:1,4 8:1 9:1
10:1 11:1,6,7,8 12:1,17
13:1 14:1 15:1 16:1,9
16:10,13 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1,25 25:1,22
26:1 27:1,14 28:1,5,20
28:21 29:1 30:1,3 31:1
32:1,11 33:1 34:1,3
35:1,11,15 36:1 37:1
38:1,12 39:1,4,5 40:1,7
41:1,22 42:1,2 43:1

44:1,17 45:1,13 46:1,20
47:1 48:1,4,8,25 49:1
50:1 51:1,15 52:1,5,11
52:16 53:1,19,20 54:1,9
54:11 55:1 56:1 57:1
58:1,10 59:1,19,21 60:1
61:1 62:1 63:1,4 64:1
65:1,23 66:1,12,13 67:1
68:1 69:1,9,10 70:1,23
71:1 72:1 73:1 74:1
75:1,7,9,16 76:1,5,16
77:1,24 78:1,17 79:1
80:1,9 81:1,12 82:1,17
83:1,24 84:1,2 85:1
86:1 87:1,10,13 88:1,11
88:11,12,13,16,17 89:1
90:1 91:1,11 92:1 93:1
94:1 95:1,16,20 96:1
97:1 98:1 99:1 100:1
101:1,2 102:1,6 103:1
104:1 105:1,2 106:1
107:1,7 108:1,14 109:1
110:1 111:1,2 112:1
113:1,4,13 114:1,5
115:1 116:1 117:1,11
117:15 118:1 119:1,18
119:20,24 120:1,2,5
121:1 122:1 123:1,16
123:22 124:1 125:1,14
126:1 127:1 128:1,10
129:1 130:1 131:1
132:1,14,16,17,18,20
132:23 133:1,7 134:1,8
135:1 136:1 137:1,5
138:1 139:1 140:1,3
141:1,4,4,10 142:1
143:1,14,17 144:1,12
145:1 146:1 147:1
148:1 149:1 150:1,21
151:1 152:1 153:1,13
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1,15 165:1
166:1,16 167:1 168:1
168:16,19 169:1,23
170:1 171:1 172:1

173:1 174:1 175:1
176:1,8 177:1 178:1,16
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1,8,12,15
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 210:4,8,19 211:2
211:5 212:1
**Cunha's** 168:16 169:12
211:9
**Curitiba** 92:19
**current** 178:19,19
**currently** 7:12
**curve** 106:6
**cut** 103:17
**CUTHBERTSON** 3:12
**CVM** 16:10,25 17:2,2,11
19:3 44:16 48:9 60:21
63:11 74:21 75:23 76:4
76:9 80:15 81:13 83:15
84:5,11 85:12 86:18
88:12 92:10,13 93:11
130:3,5 201:22 210:11
210:19
**CVM's** 17:21
**CVs** 158:20

---

**D**

**D** 1:2 5:17,21 117:6
210:2
**D.C** 3:21
**da** 1:12 5:13,21 9:14
12:17 30:3 32:11 34:3
35:15 41:21 42:2 46:20
48:4,8 52:11 96:17
117:6 153:13 210:4
212:1
**DAHAN** 4:6 6:16 36:7
133:25
**damage** 26:23 28:3,7
**damages** 32:15 187:13

188:2 189:20
**DANIELA** 3:17
**Danske** 2:10
**Danyo** 1:15 5:15,22
   209:4,18
**Das** 108:21
**data** 22:25 23:3 25:10,15
   25:16 35:2,8 95:25
   97:21 136:7 147:19,23
   155:15,19 158:2 161:18
   162:13 163:12
**date** 5:5 11:11 16:12
   28:23 39:7 52:25 53:22
   55:15,23 59:20 62:17
   71:25 73:25 75:11
   77:13 87:11 88:15
   95:19 107:8 115:14
   119:22 120:4 123:18
   124:17 132:19,25
   136:20 141:7 143:19
   144:14 158:10 168:18
   192:14,17
**dated** 11:9,14 53:20,23
   132:15,17,21,24 134:15
   141:5,10 144:11,12
   210:9,15 211:2,3,5,8
**dates** 171:15
**DAVID** 3:22
**day** 52:15,17 126:9 208:9
   209:15
**days** 16:24 55:12 77:5
**de** 4:14 158:17
**deal** 154:11 186:24
**Dear** 58:12,13,14,15
**debate** 122:11,12 124:24
   129:8,12
**debated** 121:10
**debates** 126:8
**December** 95:14,17 98:9
   115:24 126:4 210:21
**decide** 115:4 183:21
**decided** 45:23 118:7
   126:3 130:23 133:9
   134:24 148:19
**deciding** 52:20
**decision** 10:20 11:2 14:9
   16:22 19:9 24:18 53:5

66:11 80:19 90:5,18
93:4,6,12 97:10,11
98:12,15,19,20 100:13
101:18 102:9 115:15
119:14 121:14 126:21
126:24 127:2 129:23
131:12 133:12 135:10
136:23 140:15 142:17
149:5,6 163:4 182:24
184:4 185:2 207:3
**decision-making** 68:12
   80:25 89:14,18 90:9
   139:19 151:11,14
   165:14 177:3 182:14
   202:23
**decisions** 68:15 77:19
   120:23 138:3,6 149:3
   151:18 157:8 167:18
   173:3,11 182:22 185:10
   186:25 191:17 200:20
   200:24 201:4,8 203:2
   205:5 206:25
**declined** 139:22
**deemed** 135:11 202:4
**Deep** 69:3
**deeper** 59:9
**deeply** 202:21
**Defendant** 4:4
**defendants** 3:14,20 6:14
**defendants'** 6:21
**defended** 45:7 198:21
**defending** 98:23
**defends** 77:19
**definitely** 46:10
**definition** 45:7 199:11
**definitions** 45:6
**degree** 71:18 95:8 121:23
   135:21
**degrees** 17:9 194:9,18,22
**Delaware** 2:10
**delayed** 122:19
**deleted** 65:3,6
**deliberated** 135:9
**deliberately** 24:20
   112:10
**deliberations** 77:5 99:22
**delivered** 154:13

**Deloitte** 99:10 120:16
   149:14 155:22
**demanded** 51:9
**denied** 26:8
**denying** 57:25
**depart** 157:20
**departing** 157:17
**department** 48:21 69:12
   70:22
**departure** 104:8,10
   118:4,15
**deponent** 5:12
**depositary** 6:3
**deposition** 1:11 5:6
   36:17 87:23 88:7
   117:12
**deputy** 200:16
**describe** 7:19 21:11
   29:12 30:20 57:4,19,20
   59:14,15 63:9 67:25
   71:5,7 75:19 89:6,17
   92:12 101:4 105:11,24
   114:23 118:3 134:9,19
   146:23 154:16 163:14
**described** 57:16 80:10
   80:14 139:5 151:12
   196:25
**describes** 142:4,11
   194:12,18
**describing** 84:19 86:10
   86:13 94:4 142:9
**description** 194:2 198:18
**design** 182:25
**designate** 36:16
**designated** 188:18
**designation** 195:12
**designed** 201:4,9
**despite** 51:3 147:21
**destroyed** 130:25 139:18
**detached** 62:15
**detail** 139:13 157:4
   172:18
**detailed** 29:11 34:16
   35:8 55:20 59:2 170:19
   172:7
**details** 57:11
**determination** 131:7,8

**determined** 87:25
**development** 138:22
   200:17 202:14
**deviating** 138:20
**deviation** 99:15
**devil** 172:18
**Diego** 2:22
**difference** 148:5,18
**different** 17:9 40:6 61:3
   61:23 68:5 71:20 89:10
   96:4 123:7 129:4
   138:13 177:13 183:10
   186:17 190:20 195:8
   203:14
**difficulties** 8:2
**diligence** 159:3,24
**Dilma** 130:19
**dimension** 156:23
**Dimensional** 2:9
**DIP** 59:10,15 60:24 66:5
   69:11 73:18 157:13
**direction** 163:9
**directly** 16:24 121:21
   124:15 125:2 130:18
**director** 8:13 9:12 16:20
   19:6 42:19 44:4 76:3
   78:25 84:3 88:13 92:11
   98:23 102:16 117:24,25
   129:14,15,15 153:12
   167:16 193:22 196:7,13
   210:19
**directorate** 164:24
**directors** 7:15 8:22 10:6
   30:9 44:24 45:20 46:6
   46:11 49:23 51:23
   52:14,17 53:6 54:5
   58:13,14 72:22 73:9
   76:13 83:9 89:21 90:7
   90:18 92:21 95:14,17
   96:4 101:15 105:21
   106:3,21 110:14 118:9
   119:5 125:3 127:4
   141:5,10 143:6 153:14
   154:7 158:21 159:20,23
   165:5 166:13,20 167:20
   168:3 173:9 176:2
   183:21 184:2 185:5

194:2 195:20 200:21
206:19 210:20 211:5
**disagree** 98:15 100:12
164:14
**disagreed** 138:11 200:19
207:3
**disagreeing** 16:22 125:9
**disagreement** 44:8 52:5
98:12 105:15 141:20
156:11 207:6
**disagreements** 149:8,17
207:14,16
**disappear** 169:20
**disappeared** 169:15
171:21
**discharge** 136:13
**disclaimers** 127:10 146:8
**disclose** 124:19 149:20
158:3 164:2
**disclosed** 81:15 82:2
83:16 97:12,17,19,20
99:18,20,21,23 121:19
124:10 125:5 127:6,7
129:18 158:3 179:23
180:4,17
**disclosing** 100:8
**disclosure** 105:13 121:22
127:8 146:17 180:11
**disclosures** 85:6
**discount** 67:9 72:8
147:23 162:16
**discouraged** 175:13
**discovery** 184:6
**discrepancy** 121:9,23
**discretionary** 135:21
**discuss** 49:25 55:10
57:12 58:19,25 83:10
86:14 158:14 163:23
**discussed** 24:25 30:9
50:5 55:15 74:25
123:24
**discussing** 75:22 82:5
95:24 110:9 197:2
**discussion** 43:9 49:13
55:24 56:8 75:23 87:22
87:24 88:2 89:11 91:14
96:3,10 97:2 101:5

102:8 109:25 124:4,8
124:11,18 128:4,11
139:24 148:8 159:11
169:3,11 170:9
**discussions** 43:12 82:22
138:14 160:3 202:2
**disgrace** 52:13,16
**dismantled** 184:10
**dissenting** 17:25 18:24
19:20
**Distribuidora** 31:23
**distribution** 31:25
**District** 1:3,3 5:10,11
**diverged** 201:22
**divided** 135:20
**division** 32:2,6
**divisions** 68:6
**document** 1:6 11:15,20
13:11 14:17 16:14,18
17:15,18 21:17 27:5
28:24 29:15 34:2 39:8
53:19,24 55:24 56:4
59:10,14,16,17,19,22
59:23 60:2,3,11,17,18
60:22,24,25 61:22 62:6
65:15,23 66:8,12 68:19
69:10,13,17,21 70:4,6
70:17 73:19 74:4,5
75:10,17 76:8 87:10,14
87:17,19 88:10,17,23
88:24,25 91:17,20 92:4
92:9 107:9,15 108:4,13
108:15 109:8 110:4
112:4 123:16 141:12,14
143:16,25 153:8 157:16
164:11,13 165:20
166:10 170:22 193:8,14
196:18 199:25 200:4
210:16,17,18,24
**documentation** 36:19
81:6 163:6
**documents** 16:2 17:23
58:5 61:5 64:23 66:4
82:17 84:24 133:8
134:9,10 137:19 139:12
139:21,22 141:13 154:6
157:13,14 172:22 176:3

**Dodge** 3:9
**doing** 79:6 115:14 152:4
**dollars** 23:14 94:2
**DONA** 3:6
**double-check** 39:17
**DOUGLAS** 3:12
**DOWD** 2:19
**downstream** 31:7 32:6
109:12 149:10,11 198:9
205:15
**draw** 206:7
**drop** 149:7,9
**dubious** 61:8
**due** 48:8 149:13 150:22
**duly** 5:17,22 117:7
**duties** 8:19 26:4 81:3
82:10 84:22 85:3 141:3
**DUTILL** 2:17
**duty** 84:3 136:2,13
138:12

## E

**e** 1:2 2:2,2,13 3:2,2,22
4:2,2 5:17,21 15:22,23
23:12 35:16,22 38:9
41:18 57:15,22 61:4
62:18 73:12,14 75:22
76:22 77:16 89:16
112:2 117:6 148:8
149:6 152:12,20,24
153:5 160:20 165:6
176:6 202:18 205:12,15
205:18,24 206:8 209:2
210:2,7
**e-mail** 54:7,7,9 56:2
59:12 74:6 75:9,20,25
89:20 90:14,20,23
91:13 141:4,9 210:17
211:5
**earlier** 144:20 160:15
185:22 186:3
**early** 182:17
**easier** 193:2
**easy** 207:9
**EBITDA** 152:25 153:3
160:14,22
**economic** 15:2,17 22:17

63:22,25 64:3,6 65:14
69:14 122:3
**economically** 69:7 71:2
**Economico** 139:11
**economist** 7:11 33:18
**edition** 45:5,5
**educated** 183:4,22
**education** 182:10 185:18
**educational** 117:24
**effect** 97:12,17 125:21
160:4
**effectiveness** 114:16
**effort** 7:24 142:25
**efforts** 7:22 159:24
188:19
**either** 47:18 54:15 78:24
93:25 112:20
**elaborate** 82:14 145:5
162:8 173:25 182:5
202:10
**elapsed** 114:15
**elect** 7:23 8:12 196:7,10
196:13
**elected** 8:2,5,9,10,10,17
44:4 170:21 193:14
**election** 9:9 158:11 160:5
**electronic** 17:21
**electronically** 91:3
**elects** 196:9
**eliminate** 104:22
**eliminates** 170:6
**employees** 10:13 42:8,14
109:21 174:17,21,25
175:5,8,13 178:20
**employees'** 173:12
**enabling** 40:5
**ended** 23:14 57:2 79:6
124:22 140:13 152:21
**energy** 200:16
**engaged** 189:13,18
**English** 5:18,20 6:5 13:9
20:3 21:23 26:25 60:7
60:9,13 107:11,13
108:5 133:2 137:8
171:13,17,21 181:14
192:9,12,21 193:25
195:18 197:13 211:11

**Englishman** 171:9
**enter** 142:23 143:13
**entered** 87:20,21 105:14
**entire** 52:8
**entirety** 146:21
**entities** 80:8
**entitled** 94:22 154:3
  170:22 199:8 209:8
**entity** 169:20
**entrepreneurial** 69:5
**entry** 156:13,21,22
**environmental** 33:23
**equally** 191:4
**errors** 128:18,20,21
**especially** 34:20 53:14
  170:2 203:17,25 207:7
  207:10
**ESQ** 2:6,6,7,12,13,17,23
  3:6,12,16,17,17,22 4:6
**essence** 146:7 157:16
  163:21 171:8,23,23
  173:15 197:23
**essential** 100:8
**essentially** 40:16
**establish** 66:25 67:3
  191:25
**established** 37:5 136:6
  182:16 203:11
**establishes** 17:19 67:4
**estimate** 152:24
**evaluate** 22:12
**evaluated** 172:12
**evening** 207:21,24
**events** 95:23 150:23
**eventual** 95:25 177:14
**eventually** 190:25
**everybody** 99:8 183:2
**evidence** 128:18
**evidenced** 128:19
**evolution** 138:19 139:16
**ex** 28:16 33:21 139:2
**ex-director** 177:16
**ex-employees** 109:21
**ex-officer** 177:17
**exact** 73:25 158:10 166:4
**exactly** 24:18 68:23
  103:14 140:11 148:14

153:5 169:20 205:13
**examination** 5:24 6:21
  6:23 117:9 178:15,23
**examined** 5:23 117:7
**example** 74:3 114:10
  152:13 167:8 202:7
  203:6 204:25
**examples** 24:4
**exceed** 206:9
**exception** 50:15 118:10
  119:6
**exceptions** 200:8
**excess** 204:14,19
**exchange** 17:5 89:13,17
  138:14 139:9,9
**exchanges** 43:10
**exclusion** 47:14
**excuse** 58:14 66:9 144:18
  150:8 195:5
**execute** 140:13 156:16
**executed** 204:17
**execution** 61:4
**executive** 65:16,24 73:4
  83:5 103:24 109:11
  113:11,16 117:23 158:8
  164:24 173:8 182:21
  183:5,10,12,18,20,25
  184:15
**executives** 85:6 109:10
  158:20 159:22 173:10
**exempted** 50:16
**exercise** 17:23 18:4
  65:17 67:16,19 107:16
**exercising** 175:24
**exhaust** 80:5
**exhausted** 84:7
**exhibit** 11:8,17 13:6 16:8
  16:10 26:10 28:21 39:3
  39:5 53:20 57:5 59:19
  75:9,13 87:9,10,20,21
  88:12 92:5 95:13,16
  107:7 119:20 120:2
  123:2,16 132:17,20,23
  140:4 141:4,9 143:17
  144:12 168:16 180:20
  181:6 192:8,12,15,18
  192:23 193:3 195:18

197:6,6 210:9,11,12,13
  210:15,16,17,18,19,20
  210:22,23,24 211:2,3,5
  211:7,8,9,11,12
**exist** 183:15
**existence** 179:22 180:11
**existing** 106:2 182:12,25
**expect** 15:3
**expectation** 120:12
**expected** 122:4
**expecting** 14:14 15:4
**expedite** 102:18 108:2
  122:17
**expenditure** 89:22,25
  90:17 134:16,23 136:8
  138:15 141:2 152:8
  202:8,12 205:8
**expenditures** 135:13
  139:17,20 151:11,20
  152:8 205:11,18
**expense** 142:18 201:6,10
  201:16
**expensive** 26:19 27:24
  28:15
**experience** 159:9
**experts** 99:7
**explain** 28:5 34:12 45:3
  96:24 140:21 144:25
  149:22 157:20 160:17
  186:11 196:2 201:13
  203:7
**explanation** 19:18 146:2
**explanations** 146:3
**exploration** 205:14
**express** 68:14 207:2,3
**expressed** 44:12 58:17
  61:21 98:12 155:7
  157:4
**expressing** 125:19
**expression** 67:18 145:10
  171:10,15,22
**extent** 6:7 9:25 25:9
  31:18 113:21 138:19
  164:11 206:11
**external** 50:14 77:21,25
  78:19 100:2 101:7
  122:17

**extract** 121:15
**extraordinary** 27:22
  57:10 58:19 59:3 68:10
  83:10 120:9
**extricate** 151:16
**eyes** 34:22 176:12 202:13

---

**F**

**F** 1:2 5:17 197:5,6 198:7
  198:16 209:2
**Fabio** 9:13
**fabricated** 67:23
**face** 77:15 84:15
**fact** 12:8 19:5 28:11,14
  33:4 56:21 57:25 59:18
  61:2 72:7 73:7 83:15
  86:13 89:9 92:17,23
  115:6,9 119:8 125:22
  127:7 150:3 155:15
  167:14 190:4 198:2
  201:20 202:5 206:2
**fact-finder** 185:9
**factors** 63:24,24 64:6
  67:7
**facts** 65:13 77:16 84:24
  88:8 114:14 129:2
  149:13 162:2
**factual** 85:11 98:17
**FAGUNDES** 4:15
**fail** 83:19,21,22 170:17
**failed** 170:13,18
**fair** 27:6 98:25 99:11
  100:4 103:7 105:13
  120:11,14 121:10,24
  126:7,23 131:8 132:3
  145:25 148:5 155:21
  156:11 157:19 179:21
  179:25 180:9 185:12
  189:5,7 191:18,20,22
  191:25 192:3,5 207:6
**fairly** 29:11 59:25
**fall** 203:25
**familiar** 44:25
**fantastic** 170:24 171:2,2
**fast** 102:19 149:21
**faulty** 30:12,14 31:8,11
  68:8

**feasibility** 61:11
**feasible** 167:19
**February** 11:10,14,23
25:3 89:22 90:15 99:21
136:8,10 210:10
**federal** 42:17 79:4 119:4
188:13 199:6,8 200:12
**feedback** 16:24
**feel** 26:20 27:25 58:24
174:18
**feeling** 207:12
**fell** 183:17 203:9
**fellow** 56:15 82:19 160:4
**felt** 100:7 136:9 161:14
163:21 206:22
**FGV** 117:24
**fiduciary** 8:19 81:3
84:22 85:3 135:25
136:13
**fifth** 3:4 45:5
**figure** 186:5
**file** 106:21 110:14
**filed** 5:9 164:13 192:20
**final** 29:8 67:12 86:10
101:17 142:25 206:11
206:12
**finally** 8:7 18:13,19
97:14
**finance** 141:16
**financial** 18:24 19:6,10
20:2 22:17 70:21 95:8
95:11 97:13,14 98:2,4,5
98:6,8 100:11 102:20
122:18 124:20 125:22
127:3 128:25 138:21
142:18 143:7,22 144:5
147:5,9 152:25 154:10
163:16,20 172:21 173:3
194:13 195:9
**financials** 8:19 15:8
41:16 153:19 160:11
161:5,15,19
**find** 61:5 73:11 122:14
142:25
**finding** 188:8
**fine** 6:18 13:17 22:3 27:7
27:13 50:6 107:21,24

108:9 143:3 186:7
203:23
**finish** 101:18 102:22
104:17
**fire** 173:14
**firm** 79:3 94:17 165:3,8
**firms** 152:10 163:23
**first** 5:22 8:24 9:16,21
11:5,25 18:10,11 19:3
19:16,23 20:9 21:20
26:11 29:18 35:12
47:11 55:19 57:9 58:11
63:5 73:22 74:4,9 76:5
81:14,19 91:19 94:24
125:9 126:3 138:18,25
146:15 148:12 149:4,9
151:9 154:3 155:4
158:9,17 165:22 176:22
**firstly** 69:22
**fiscal** 8:11,14,16 26:3
185:2
**five** 6:12,15 10:21 37:10
55:16 80:19 90:2
**five-year** 135:14,16,18
**fivefold** 23:15
**fixed** 132:4
**flaw** 135:12 137:3
**Flawed** 30:16
**FLOM** 3:19
**Floor** 3:10
**flow** 32:16
**flows** 197:25 198:2,5
**fluctuation** 85:13
**focus** 65:20
**focused** 191:19
**focusing** 80:21
**Folha** 158:17
**folks** 189:13
**follow** 81:8 201:23
**followed** 112:25
**following** 51:17 79:7
81:10,11 198:19 212:2
212:3
**follows** 5:23 117:8
**footnote** 90:14 124:19
127:3,10,18 132:12
136:19 137:13 144:20

144:25 145:3,4 195:22
**footnotes** 129:10 130:6
132:10 163:14
**forced** 77:21 78:19
**foreign** 50:15
**foremost** 151:9
**forgotten** 51:11
**form** 14:22 17:6 20:4,16
21:3,17 23:6,21 25:6
31:12 32:4 36:7 37:3,9
52:2,18 57:6,21 60:6
61:19 67:2,24 69:20
73:23 75:4 80:12 82:12
82:21 84:6 93:21
102:16 103:5,9 112:5
118:6,12 119:7 120:20
121:20 124:6 127:21
130:14 133:11,25 138:9
144:11,12 151:23 156:7
165:2,7 167:13 168:13
171:7,23,24 172:2,4
181:9 188:14 189:22
191:11 192:9,13,16,19
206:4 211:8,11,13
**formal** 45:9 98:10,22
**formally** 85:5
**former** 52:25 102:14
109:22 113:20 174:9
182:17
**forms** 51:7
**forth** 33:24 52:24 151:18
184:17 203:12
**forthcoming** 15:18 43:11
121:12 157:25
**forward** 40:8 48:9 76:7
115:16
**forwarding** 141:18
142:14
**Foster** 31:16 46:2 89:8
90:20 103:13,16 105:5
105:8 118:16 120:10
122:8 132:21,24 134:3
134:20 136:25 157:17
157:24 159:15 180:2
184:21,22 211:3
**Foster's** 134:17 137:12
138:7

**FOTI** 3:3
**found** 111:16 148:18
174:6 188:6 191:2
**foundation** 17:7 37:4
53:11 72:20 73:6 109:7
118:13 151:6,24
**founded** 44:18
**four** 55:7 153:17
**fourth** 21:19,21 45:5
149:3
**frame** 9:7 148:17 175:15
**framework** 165:14
**frank** 24:9
**fraud** 153:22 162:19
164:17 165:19
**free** 81:8,10 166:22
201:23,24 204:7 206:22
**freedom** 17:9
**front** 62:24 153:8 180:20
181:5 192:18
**frustrated** 58:24
**frustrations** 76:10
**fuel** 77:8 81:8 159:10
**fuels** 75:24 76:24 93:18
**Fujikawa** 54:10,13
118:17
**fulfill** 126:5
**fulfilled** 154:21
**fulfilling** 138:12
**full** 19:19 41:20 44:10
46:13 97:9 98:9,24
100:13 108:17 112:12
112:13,21 152:7 169:18
177:7 189:20,24
**fully** 43:9 135:15
**function** 171:6
**functioning** 54:18
184:12
**fund** 159:7,10,20 173:11
**funds** 2:10 173:12
**further** 6:19 26:22 28:3
34:9 39:20 58:24 64:13
90:8 110:25 114:18
117:8 134:25 136:11
159:18 178:5 209:10
**future** 67:12 196:3

New York
Connecticut

Hudson Reporting & Video
Nationwide 1-800-310-1769

New Jersey
Pennsylvania

## G

**G** 5:17,21 117:6
**Gabriel** 141:16
**Gabrielli** 109:22 183:14
   185:14
**gain** 202:15
**gains** 67:11
**gaps** 171:4
**gas** 203:3
**gather** 91:19
**GELLER** 2:19
**general** 81:4 121:13
   145:3
**generally** 57:7 122:7
**generate** 15:17 85:12
**generated** 77:16
**generates** 197:16
**gentlemen** 60:17
**geographic** 24:16
**German** 102:13
**Gerson** 37:22
**give** 16:17 51:15 59:18
   86:12 107:10 111:24
   161:18 192:3 198:20
**given** 8:2 19:18 25:12
   34:21 38:13 46:22 55:9
   62:18 79:4 93:25 100:9
   108:5 147:19,20 161:18
   163:9
**giving** 137:4 186:9
**go** 14:8 21:19 26:21
   27:13 34:14 49:9 78:23
   87:2 88:7 91:4,15
   110:17,19 112:16
   123:11 132:6 134:21
   144:10 146:15 173:5
   193:11
**goes** 12:16 154:17
**going** 6:5 11:6,19 28:18
   39:2 49:12 59:9 60:10
   65:12 73:24 84:10 87:4
   87:16 91:7,15 95:12
   107:14 108:12 116:7
   119:16 122:22 130:24
   134:24 140:25 143:13
   157:18 163:24 170:4

178:20 180:7 183:11
   185:10,22 186:19 192:7
   194:8 208:4
**goings** 97:11
**gold** 171:18,19,20,21
**Gomes** 4:14 9:14
**good** 5:25 29:10 42:24
   178:16 203:5
**GORRIE** 2:6
**gotten** 194:19
**Gottlieb** 3:14 87:25
**govern** 191:9
**governance** 43:3 44:14
   44:16,20,23 54:18
   102:15 113:2,8 170:18
   170:20,22,25 171:8,13
   172:2,13,18 173:15
   181:23,25 182:8,12,18
   183:16 184:9 203:9
   204:25
**government** 42:17
   117:22 118:8 142:22
   143:3 174:9 186:7
   199:6,8,23 200:8,12
   201:15 203:4 204:17,19
**government's** 201:5,9
**Graca** 89:8 180:2 184:21
**graphic** 65:15 66:17,22
   67:16
**gravity** 166:13
**great** 6:9 37:25 38:5
**greater** 176:15
**GREGORY** 3:17
**grounds** 14:14 24:24
   41:7 87:17 174:14
**group** 8:10,12 197:15
**grouped** 197:14
**groups** 197:17
**guaranteed** 72:6
**guidance** 120:13
**Guido** 199:24
**guilty** 188:6
**Guimaraes** 44:7,12
**GUSTAVO** 4:8
**Gutierrez** 118:2,18,20
   118:22 119:3
**gymnastic** 68:19

**gymnastics** 68:17

## H

**H** 5:17,21 117:6 210:7
**half** 6:13 37:10 45:12
**HAMILTON** 3:14
**hand** 28:18 39:2 62:13
   66:8 87:8 190:25
   209:15
**handed** 11:12 18:2 134:8
   141:9 144:10
**handing** 53:18
**hands** 100:4
**handwritten** 62:5 66:15
**happen** 15:5 151:15
   165:16 186:24 203:17
**happened** 10:5 29:12
   31:14 39:12 43:11
   52:17 90:19 109:23
   113:20 114:15 117:21
   122:20 147:11 149:13
   159:12 172:18 174:8
   183:15 204:5,13
**happening** 34:20 52:14
   172:12
**happens** 172:16
**happy** 41:3,5,8
**heading** 12:13 29:15,19
   86:3 108:20 154:23
   155:5 164:16
**healing** 104:11
**heard** 98:20
**hearsay** 98:18 140:2
   173:18 174:2,14
**heart** 203:21
**hedge** 147:14 153:23
**HEIMANN** 3:8
**held** 1:13 5:7 189:14
**help** 6:8 146:9
**helped** 66:10
**helpful** 71:10
**Henry** 4:16 5:3
**hereunto** 209:14
**hidden** 32:23 33:23
**high** 27:21 38:14 93:9
**higher** 177:25 178:2
**highlight** 193:4

**highlighted** 68:5 197:10
   198:16
**highlights** 193:9
**highly** 61:8
**hire** 77:20 99:4 102:10
**hired** 99:6,11 122:13
   163:23
**hiring** 78:25
**historical** 138:24
**history** 77:7
**hold** 163:10 182:21
   187:24
**holders** 196:12
**holding** 32:5 34:18
**homework** 23:22
**honest** 54:14
**Honestly** 66:3
**honor** 195:11
**Honorary** 195:13
**hosted** 162:10
**hour** 6:23
**hours** 6:13,15 37:11 55:7
   124:23
**Hudson** 1:25 3:10 5:4
   212:25
**hurried** 149:18
**hypocrisy** 47:2,9
**hypotheses** 61:10
**hypothetical** 67:11

## I

**IBGC** 44:17,23 45:4
   195:6
**ICBM** 17:19
**idea** 10:24 50:3 122:9,16
   204:17
**identifiable** 197:15
**identification** 11:11
   16:11 28:23 39:7 53:22
   59:20 75:10 87:11
   88:14 95:18 107:8
   119:22 120:4 123:17
   132:19,25 141:6 143:19
   144:14 168:18 192:14
   192:17
**identified** 106:22 111:8
   154:16

**identify** 24:12 69:10 197:25 198:2
**if's** 127:13 145:11
**IFRS** 191:12,15,16
**ignored** 79:6
**illegal** 76:14,17,21 80:4,9 80:19
**illicit** 176:4
**illustrative** 81:22
**immediate** 17:25 21:16 83:13,14,22 86:18 114:20 205:5,19
**immediately** 115:25 124:9 156:13
**immensely** 184:7
**impact** 64:15 205:5,19
**impairment** 14:12 15:4 15:24 22:14,19,23 23:5 23:9 24:19 26:21 28:2 28:7 41:16 77:17 99:24 100:5,14 124:9,14,17 146:2 147:17,21 148:24 149:2,24 150:6 153:21 154:22,24 155:2 156:17 156:22 157:18 160:13 160:24 161:4 196:20 197:14
**impairments** 132:8 150:6,10
**impediment** 77:8
**implemented** 104:20
**implicated** 92:18,24 93:23 101:11 114:20 118:23 174:20
**implication** 95:4
**important** 18:22 42:20 53:4 72:3,11 86:15 100:7 112:17 146:10 150:2 166:10 169:22 170:2,5 185:11
**importantly** 62:14 68:9 72:13 157:11
**impossible** 21:16 62:18 71:24 72:4 151:16
**impression** 23:2 24:17 93:5 129:6 149:12
**imprisoned** 53:2

**improper** 37:12
**improvements** 8:6
**in-depth** 48:20
**inadequacy** 22:5 23:17 23:19 25:4
**inadequate** 125:7 147:24 162:25
**inappropriate** 90:10 156:2,4
**inappropriateness** 155:8
**incapacity** 58:25 113:10 113:14
**include** 9:11 38:8 102:18 106:20 201:11
**included** 8:8 59:5 68:13 70:12,23 124:9 184:12 184:14
**includes** 184:11
**including** 32:15,24 33:20 33:23 47:5 57:13 109:12,22 112:23 113:19 147:23 148:24 150:7,11 183:7 184:24 189:2 205:8,11
**inclusion** 54:3
**incorrect** 83:16 84:4 86:4 152:18
**increase** 23:15 184:8
**increased** 184:7
**increasingly** 55:8 155:25
**incurred** 32:23
**independence** 42:20,24 43:5,14 45:6,8 48:15 50:17,22 51:16 53:3,4,8 53:13,16 169:15,20,21 170:2,7
**independent** 7:23 8:13 22:10 42:5,11 43:8,13 44:4 50:19 51:2,8,10 52:21 77:20 78:3,18 79:2 84:3 92:20 101:14 102:10,23 103:4,10 122:14 126:7 127:4 166:5 168:3 197:16 198:4 207:8
**independently** 196:11
**independents** 10:12 51:3

**indicated** 58:22
**indications** 48:12 161:17
**indicator** 161:2
**individual** 22:14 51:22 112:15 136:16 142:4 148:10,10
**individually** 65:20 148:7
**individuals** 40:7 42:11 43:7,12 54:12 106:22 109:3,6,14 111:7
**ineffective** 173:23
**inflated** 152:13
**inflows** 197:16
**influence** 37:25
**influenced** 37:25
**informally** 30:9
**information** 16:5 17:22 22:4 23:16 26:7,8,16,18 27:21 32:18 33:2,5 34:16 60:5 81:14,25 85:22 90:4 100:6 101:21 104:12 112:12 120:13 138:2 139:2,8 139:16 146:5 154:12,12 154:21 159:5 163:3 174:5
**informed** 18:23 48:8 161:15
**initial** 9:9 23:12
**initially** 16:19 65:20 71:12 97:11,16 133:19 134:14 140:14 147:7 193:16
**initiatives** 76:11
**inquiries** 31:5
**inquiry** 159:18
**insisted** 147:14 148:2
**insistence** 93:3 99:6
**insisting** 129:17
**installed** 158:7
**installment** 204:22
**instances** 26:7
**Institute** 44:16
**institution** 117:25
**instructions** 79:7
**instrumental** 151:14
**insufficient** 55:9

**integrated** 22:13 103:24
**integration** 71:18
**intended** 136:3
**intends** 136:4
**intention** 68:14 127:12 142:20
**intentions** 94:20
**interact** 147:18
**interactions** 186:19
**interested** 47:21 70:13 182:13 209:12
**interesting** 158:19
**interestingly** 149:2 203:16
**interests** 189:8 201:5,10 201:14,15
**internal** 10:20 16:2 34:11,15,23 35:10 38:9 38:17 41:17 43:15 47:18,19 50:13 60:18 60:25 64:22 73:19 77:10 79:18 106:11,16 106:22,25 107:3 110:2 110:9 113:9,14 114:6 170:10 185:3
**international** 109:19 176:16 201:19 202:7
**interpret** 5:18 27:5
**interpretation** 44:13 52:19 90:22 92:20
**interpreted** 204:7
**interpreter** 4:15 5:16 13:25 18:16 21:5,9,23 22:4,9,16 26:17 27:3,8 27:12,18,20 29:20 30:2 30:15 32:10 34:8 35:14 37:22 38:4 39:25 41:25 44:11 46:14,19 48:7,11 48:19 52:10 55:20 58:15 59:8 63:18 65:12 69:3 76:7 77:3,23 78:2 78:7,9 79:25 83:4,20 103:22 104:9,19 113:7 128:16,20,23 135:4 137:16 140:10 155:7 156:10,20 165:24 169:19 170:17 175:21

175:24 176:11 177:10
181:20,24
**interprets** 27:4
**intervention** 86:18
**introduce** 88:11 119:16
132:14 178:17
**invested** 32:14
**investigate** 104:22
**investigated** 114:14
119:4 152:10
**investigation** 77:11,20
78:18,22 79:2,5,10,14
79:18 95:9 97:6 99:13
101:14,18,19 102:11
106:11,17,23 107:2
109:19,20 110:2,9
111:8 112:19 113:3,9
113:15 114:6,6,17,21
131:18 170:4 186:6
**investigations** 28:11
37:19 95:24 101:12
107:4 109:18 113:17
155:24 179:18
**investment** 22:18 68:12
72:3,15 73:9 86:24
89:14,18 155:9 172:21
176:14 183:8,19 184:11
184:23
**investments** 15:15 22:6
23:8,18 32:15 90:9,12
109:12 135:13,22
136:15 139:15 160:20
165:6 176:19 177:4
**investor** 7:21 16:19
**investor's** 19:9
**investors** 6:3 16:23
165:16
**invitation** 115:11
**inviting** 115:12
**invoked** 44:23
**involved** 24:16 28:16
31:9 93:20 101:13
122:6 142:23 176:13
183:10
**involvement** 138:16
182:23
**involving** 113:11,15

119:2
**irregular** 46:22 176:5
**Irrespective** 141:24
**ISRAEL** 4:6
**issue** 12:16 14:5 33:15
95:10 148:11 202:25
204:13
**issued** 12:19 31:7 57:25
**issuers** 50:15
**issues** 33:23 55:9 75:21
89:9 90:21 91:20 113:2
205:2
**italicized** 63:6 74:24
**item** 30:8 55:19 73:10
97:4 146:3 162:20
163:19 203:18,24
**items** 33:7,20 50:5 54:4
54:20 55:14,14,16
57:12 62:12 68:2 72:10
96:4 112:18 183:11,21
183:22,24 184:21
203:14,18
**iteration** 193:8

## J

**J** 3:16
**jail** 98:19 174:10 177:17
**January** 119:19,21,25
120:3,6,24 121:18
123:25 124:5 128:9
130:23 133:8 144:10,11
144:13 159:13 210:23
211:8
**Janus** 3:9
**Jaose** 10:25 44:7,11
**Jato** 186:6
**JEREMY** 2:6
**Joao** 141:15
**Joe** 5:15
**joined** 31:15 172:11
182:10 199:16
**Jose** 48:19
**Joseph** 1:15 5:22 209:4
209:18
**Josue** 9:14
**journalist** 139:21
**judge** 113:10,15 178:24

188:18
**judgment** 112:14
**July** 59:11
**jumped** 176:11 203:18
**June** 90:16 132:15,17,22
132:24 134:15 136:25
211:2,4
**jury** 196:3
**justified** 76:10
**justify** 202:16

## K

**KAHN** 3:3
**keep** 37:9 107:19 207:23
**KEITH** 2:17
**kept** 202:6
**KESSLER** 2:9
**key** 109:10
**kickbacks** 96:11,14,21
97:4
**kind** 27:2
**King** 2:11 4:3
**knew** 99:8 136:19,20
180:10,16
**know** 31:2 34:24 46:15
48:25 49:4 52:25 63:2
65:7,9 73:17,18,20,22
75:21 90:15 94:19
118:3,22 119:12 133:22
134:2 137:22 151:25
157:15 175:3 177:24
178:2 179:21 180:2,8
185:16 188:9,12,15,17
191:9 203:23 206:13
**knowing** 27:21 33:19
148:4
**knowledge** 17:10 25:17
37:6 42:23 51:6,24,25
73:15 76:8 80:3,5,7
106:3,6 138:18 157:23
175:5 180:2,10,15,18
185:12 204:15 206:8
**known** 90:14 185:11
206:2,8,10

## L

**L** 1:2 2:12 3:12

**lack** 17:6 20:9 21:12 22:4
23:16 53:11 57:9 58:18
77:17 141:25 142:19
**lacked** 25:15 127:18
133:20 144:21 145:2,21
186:14
**ladies** 60:18
**lady** 6:8
**lagged** 201:18
**lagging** 202:6
**language** 13:13 186:6
197:9
**large** 16:3 23:24 24:5
130:15 135:21 147:21
151:9 152:8 153:4,6
155:25 157:7 169:11
172:20 202:12
**largely** 176:15 197:16
198:4
**largest** 31:23
**lasted** 43:16
**lastly** 18:13
**late** 140:18 160:6
**Latin** 172:15
**launch** 202:3
**launched** 7:25
**Lava** 186:5
**law** 48:16,22 81:7 136:4
163:23 199:10 201:22
**lawsuit** 106:21 110:14
**lawsuits** 109:15,21,22
110:22 111:7 113:20
**lawyer** 49:7 56:6
**lawyers** 164:6 203:19
**layer** 102:19
**layers** 112:11
**lead** 2:4 162:16
**leaders** 35:21
**leads** 72:2 151:18
**leaked** 139:12
**learned** 50:14 179:12,15
185:17,18
**learning** 106:6
**leave** 94:15 124:25
**led** 22:18 31:8 60:4
133:13 158:25 167:17
**ledgers** 96:19

**left** 130:16 149:12
**legal** 8:19 16:21 37:15
43:13 48:21 49:5,21
50:22 54:17 80:6 82:10
96:3 140:19 163:8,22
**legality** 80:21
**legally** 42:25
**legislation** 77:9 196:5
**LeJEUNE** 2:23
**lengthy** 96:5
**let's** 49:9 68:17 75:7 87:2
116:5 144:9 146:14
153:7 178:5
**letter** 16:10 17:11 53:20
53:23 54:20 56:4,13,15
56:18 57:4,17 58:11
59:23 62:14 63:5,5
66:23 67:15,25 68:7,21
70:16 71:4,8 73:16,22
73:24 74:10,14,16 76:6
81:13 82:18,19 89:7,10
132:15,17,21,23 134:15
134:20 136:18,21,25
137:14 140:3 162:18
210:11,15 211:2,3
**letters** 163:13
**level** 69:25 84:8,10
109:11,11 159:22
160:21 161:22 162:6
197:24 198:3
**levels** 184:14
**lever** 202:14
**Lewis** 3:16 20:20 178:17
**liabilities** 32:23 33:23
**liberty** 3:15 59:9
**licenses** 194:24
**LICY** 4:14
**LIEBERMAN** 2:6
**LIEFF** 3:8
**lieu** 38:5 137:25
**life** 63:25 64:6 163:10
**light** 177:16
**Lima** 15:22,23 23:12
35:16,22 38:9 41:18
57:15,23 61:4 62:18
73:12,14 75:22 76:22
77:17 89:16 112:2

148:8 149:6 152:12,20
152:24 153:5 160:20
165:6 176:6 202:19
205:12,15,18,24 206:8
**Liman** 3:16 6:19 9:15,25
11:4,16 13:4,12 14:22
16:17 17:6 18:19 20:4
20:16 21:3,7 23:6,21
24:22 25:6 27:3,8,15
30:22 31:12,18 32:4
33:11,14 34:25 36:8,12
36:15 37:3 40:23 41:6
42:21 45:11 49:4,20
50:7,9,12 51:12 52:2,18
53:10 54:6 57:6,8,21
60:6,10,15 61:19 65:8
67:2,24 68:16 69:20
71:6 72:20 73:6,23
75:4,12,15 78:4,9 80:12
81:18,21,24 82:6,12,21
84:6 85:4,16 86:7,12
87:16 88:5 91:18 93:21
94:19 95:2 100:23,25
101:25 102:4 103:5,9
106:14 107:10,14,25
108:8,11 109:7 110:4
111:10,24 112:5 113:21
114:2,3 116:3 118:6,12
119:7 120:20 121:20
122:25 123:6,9 124:6
127:15,21 130:14
131:23 133:2,5,11
134:13 137:6,11 138:9
139:6,25 142:10 145:18
146:25 151:2,6,23
152:6,15 156:6 160:2
161:6 163:24 164:4,9
164:14 165:2,7 167:13
168:13,24 169:6,9
172:4 173:17 174:2,13
175:4,7,11,16 178:15
178:17 187:16 193:10
206:5 207:20
**limit** 77:12
**limitation** 135:2,12
136:3,6 204:4,6,8
**limitations** 203:17 204:3

**limited** 162:13
**limits** 135:7,8,11 203:14
**line** 74:4 77:4 102:7,22
106:4 149:5 212:4
**lined** 129:12
**lines** 74:23 161:8
**link** 62:21
**linked** 109:12 186:25
**links** 93:9
**lion's** 149:2,10
**list** 12:2 20:6 109:2 115:7
153:17 188:9 200:7
**listed** 55:17 110:15
**lists** 195:19
**literature** 191:7
**Litigation** 1:5 5:9
**little** 27:13 110:25
114:18 194:3
**live** 7:4
**lived** 128:23
**living** 100:10
**LLC** 3:3
**LLP** 1:13 2:3,9,15,19 3:8
3:14,19 4:3
**logical** 92:19
**long** 9:2 56:19 59:25,25
84:9 124:12 147:10
168:21
**longer** 55:2 94:17 126:10
193:21
**look** 16:18 41:19 62:4
66:13 74:3 82:8,24
106:9 109:24 111:19
113:5 123:9 124:21
125:13 154:14 158:22
161:2 193:24 195:4
**looked** 64:23 122:3
147:24 148:22 160:19
176:20 202:22
**looking** 34:15 76:12
82:20 123:6 147:25
177:18 186:19 200:5
**looks** 55:16 59:24 60:2
192:25
**loss** 62:13,14 63:2,25
64:7,12 67:13 71:16,21
96:20 131:17

**losses** 31:9 32:22 33:21
76:15 77:16 81:2
159:21 165:16 177:12
**lost** 27:2
**lot** 23:22 28:13 58:4
95:23 108:13 122:10
139:13,18 160:7 169:9
182:3 185:6
**lots** 127:13
**lower** 98:21 161:22
162:6 178:3 185:24
190:10,16,23 191:2
198:2
**Luciano** 40:12 42:7
48:13 118:10
**Lunch** 116:8

___

**M**

**M** 5:17,21 117:6
**Machado** 92:18 93:8,20
94:5,13 95:5 101:12
**Machado's** 93:15,25
**main** 145:9
**maintain** 168:22
**major** 86:23 202:2
**majority** 10:11 51:3
133:12 199:12
**making** 10:24 80:22 85:6
159:6,24
**managed** 174:19
**management** 25:20 33:7
36:21 62:25 72:24 73:4
73:10 99:25 112:24
113:19 118:15 125:4
127:4 129:15 135:6,18
136:2 137:4 147:18
157:6 158:6,15 161:4
163:3 167:21 182:15,19
182:21 183:4,5 184:15
197:22 198:21
**management's** 129:25
**manager** 109:11
**managers** 183:10
**manages** 173:11
**managing** 159:10
**manifestation** 125:15,17
126:17

manifested 34:9 48:12
manner 22:13 59:2
  100:11 115:6 147:11
  149:19
Mantega 45:8 115:15
  125:12 129:19 158:23
  159:14,17 199:24
  200:15
Manual' 170:23
MARC 2:6
March 36:2 141:5,11
  143:10,11 172:10
  193:18 211:5
Marcio 119:11
Marcos 102:7 104:9
MARGARET 2:13
Mario 96:17
mark 39:3 53:19 59:21
  66:9,12 67:21 75:7
  95:12 119:18,23 168:19
  192:8
marked 11:10 13:7 16:11
  28:19,22 39:6 53:21
  59:20 75:10 87:11
  88:14,17 92:5 95:18
  107:7 119:22 120:3
  132:18,24 141:6 143:18
  144:13 168:17 192:13
  192:16
market 2:15 58:9 61:14
  62:13,15 64:7,12 67:13
  71:13,16,20 74:22
  80:22 81:15 82:2 83:17
  86:22 121:22 127:12
  161:21 162:5 201:23
marketing 31:24
marketplace 145:12
markets 17:8
marking 75:12
marriage 209:11
Marte 4:16 5:3
Martins 166:16 168:2
material 20:15 95:8
materials 73:2
Matt 11:16 27:6 108:8
matter 5:8 24:16 56:21
  58:25 59:4,9 60:21

72:6 73:7 78:21 79:9
80:24 86:17 89:9 106:4
115:6 119:8 134:16
145:13 155:14 166:22
167:14 173:2 190:6
201:20 202:5 204:20
209:8,12,13
matters 19:4 58:20 86:14
Matthew 2:12 6:2
Mauro 1:11 5:12 12:17
  30:2 32:10 34:3 35:14
  38:4 41:21 42:2 46:19
  48:4,7 52:10 104:17
  153:12 210:4 212:1
maximize 200:24
maximum 47:22
MEAGHER 3:19
mean 29:9 46:7 67:17,23
  71:19 72:9 86:16 95:3
  113:13,17 138:13
  151:25 152:2 161:16
  165:8 169:23 171:14
  176:24 177:4 184:19
  189:4 196:15 202:20
  204:2 205:13
meaning 90:2 135:12
means 66:7 126:7 184:20
  187:25 196:3 202:11
meant 135:24 150:8
  176:25 184:18 186:11
measure 125:7
measured 97:5 165:17
mechanism 196:8
media 28:12 30:10,19
  31:3 37:18 179:17,23
  180:4,12,17 188:16
meet 10:24
meeting 9:21 10:4 11:9
  11:13 12:2,14 14:15
  17:24 19:11 25:3 28:22
  29:3,5,8,13,21 30:7
  31:17 34:15 35:25 38:7
  38:20 39:6,11,13,13
  44:25 54:21,25 55:3,5
  56:20,23 57:10,12
  58:19 59:3 68:10 78:24
  79:13 83:10 89:21 94:3

95:6,13,15,17,20 96:5
105:17 119:17,19,21,24
120:2,6,8,9,24 121:6,12
121:12,17 122:20
123:25 124:5,7,22,23
124:24 128:9 130:11,17
130:22 133:9 137:20
138:23,24 143:15,18
144:9 146:13,20 147:6
148:13 153:13 158:19
158:25 159:13,15
193:19,20 210:9,12,13
210:21,23 211:7
meetings 14:8 41:15
  43:11 55:7 93:5 109:16
  130:24 137:20 162:10
  183:12 184:23 207:2
MELLO 4:14
MELTZER 2:9
member 7:15,24 9:19
  10:12 12:14,17 26:6
  29:20 30:2 32:10 34:3
  34:8 35:14 38:4 39:14
  41:21 42:2,6,7 44:7,11
  46:19 47:21 48:4,7,13
  48:19 52:4,10 93:7
  100:20 102:14 111:2
  141:18 142:22 174:15
  174:25 175:25 196:11
members 8:11 10:14,22
  12:15 20:11 21:14
  29:22 30:4 33:7 35:24
  36:25 40:5 42:4 44:19
  47:4,23 50:20 51:10
  52:22 55:25 56:16
  58:15,22 74:6 76:11
  82:20 83:7 112:23
  113:11,16,19 160:4
  164:23 165:4 182:21
  183:3 199:9,13,22
membership 45:16
memory 121:3
mention 72:11,14 112:7
  112:17 185:6 186:17
  193:5
mentioned 8:14 27:14
  31:20 33:21 38:25

47:12 51:8 66:19 74:24
84:22 118:18 129:23
132:11 136:9,19 145:24
154:4 183:16 185:19,22
186:3 193:14 202:9
203:10
mentioning 30:10 67:20
  76:20 95:3 141:19
mentions 140:24
merited 38:16
message 142:19
messages 141:18
methodologies 122:5
methodology 128:17,19
  131:9,13,16,21 133:10
  133:23 134:4 141:20
  162:25 166:24 167:2,11
  186:14 191:17
methods 125:7 166:4
metrics 176:16
middle 77:5 95:23
  153:11 170:9
million 62:23 67:14 68:3
mind 21:20 53:7 56:5
  94:21 122:16 128:17
  133:22 191:24 206:22
mine 123:8 179:20
mines 200:16
minimally 77:14
minister 40:11 200:16
ministers 200:11
minority 7:23 8:7 195:23
  196:4,6,9
minute 143:12,15 162:21
  198:20
minutes 11:8,13,22
  13:19 20:14 24:3 28:21
  29:3,10,11 35:9,12 39:5
  39:11 45:15 50:5 52:4
  69:16 73:11 79:16 93:8
  94:10,11 95:13,16
  96:16 101:4,23 109:24
  110:6 111:16 119:17,18
  119:20,24 120:2 121:2
  121:3,15 122:23 125:13
  126:16 128:9 130:8,12
  131:3 132:10 133:18

137:20,24 143:13,14,17
146:14 153:8 159:12
167:7 174:17 178:12
210:9,12,13,20,23
211:7
**Miriam** 40:11 42:6 48:13
**mischaracterize** 144:17
144:19
**misinterpreted** 80:18
**missing** 26:24 27:17
33:20
**misstate** 14:19
**misstated** 33:13 60:5
**misstatement** 25:7 57:13
57:16,20 61:20 82:4
85:2 93:22
**misstates** 31:13 42:21
152:15 172:5
**mistaken** 10:22 30:11
56:25 61:15 70:22
85:11 93:4 97:19,23
203:15
**mistakes** 30:17,21
**modification** 148:16
**moment** 17:12 52:22
53:3 61:7 82:5,20
91:15 92:14 101:3
104:15,16 156:21 170:6
176:13,19
**moments** 204:13
**money** 205:21,23
**Monforte** 10:25 44:2,3,7
44:12,24 45:22 48:20
49:2 76:3 78:25 79:13
86:16 88:13 92:11
96:13 98:23 105:13
129:14 141:19,22 160:8
196:14 200:9 210:19
**Monforte's** 45:14 129:25
**month** 188:7
**monthly** 32:16
**months** 43:16 84:13,14
90:7 119:9 148:12,15
**morning** 5:25 117:16
**Motion** 114:3
**move** 9:15 11:4 24:22
31:19 33:11 41:6 45:11

50:25 51:12 52:20
68:16 113:23 127:15
135:22 139:25 145:18
160:2 161:6 163:24
164:4,5 166:9 173:17
174:13 175:7 178:24
**moved** 32:2,7 47:13
124:18
**moves** 47:14 70:8
**movie** 185:4
**moving** 115:3
**multiples** 140:14
**Mustokoff** 2:12 5:24 6:2
6:10,18 7:3 11:19 13:3
13:8,17 16:7 18:21
20:20 21:10,24 22:7,21
27:7,11 28:18 29:24
36:11 37:8 39:2 46:15
49:9,16 50:11 53:18
54:8 59:13 60:8,13
65:22 75:7,14 77:22
78:6,13,15 81:19,23
83:18 86:8 87:2,8,12,19
91:4,11 92:3 95:12
102:2,5 104:4 106:15
107:12,21 108:7,9,12
110:5 113:25 116:5
117:10 119:16,23
122:25 123:4,11,21
127:25 132:14,20 133:4
137:10 138:5 141:8
147:3 150:14,20 164:10
169:8 175:21 176:7
178:4,11 180:5,13
187:15 188:14,20
189:10,22 191:11 193:6
194:7 195:13 197:12
198:14 206:4
**MYANAKI** 3:17 27:17
27:19 30:16 77:25
104:5

—————————————
**N**
—————————————
**N** 1:2,2 2:2 3:2 4:2 5:17
5:21 117:6 209:2 210:2
**N.W** 3:20
**name** 5:3,25 158:16,24

178:16 203:20
**named** 142:5
**names** 8:6 47:13 51:2
112:7 159:17 200:7
**national** 64:16 69:25
102:13 135:14
**natural** 102:21
**nature** 30:20 93:19
124:4 125:25 138:7
166:23 182:14
**Navarro** 119:8
**necessarily** 160:25
163:10 166:8 173:4
189:23
**necessary** 53:14,17 62:22
125:8 126:5 186:15
191:21
**necessity** 43:14,15 79:3
**need** 6:8 22:13,19 34:6
49:6 58:18 73:10
101:17,18,19,20 104:22
122:24 124:16 148:22
191:21 198:12 199:19
204:3
**needed** 85:25 92:21
100:5,17 101:10 102:17
102:19 124:8 125:5
135:6 145:25 158:2
186:22 187:23,24
203:14
**needs** 43:10
**negative** 45:22 57:24
58:8 61:7,13,17,23
63:14 67:5 69:23 86:24
139:15 153:18 202:17
**neglected** 117:11
**negotiations** 37:23
**Nestor** 31:8
**net** 57:24 58:3,7 61:6,23
64:18,20 67:14 202:17
**network** 17:22
**never** 14:16,17 23:2 47:2
47:11 74:20 88:18,19
90:19 109:23 113:20
157:23 158:6 161:12
**new** 1:3,14,14,16 2:5,5
3:5,5,11,11,15,15,20

4:5,5 5:7,8,11 15:21
43:7 67:14 118:16
119:10 139:7 141:15
158:8,18 209:5
**news** 79:4 118:24 141:22
179:17 188:21
**newspaper** 139:10
**nice** 137:2
**NNIP** 2:20
**nominate** 196:6
**nominated** 8:7 119:9
**nomination** 118:8
**non-approval** 137:21
**non-responsive** 51:14
127:17 173:18
**non-responsiveness**
140:2
**non-voting** 44:5 196:12
196:15
**norms** 170:23
**north** 23:14 152:22
154:6
**notably** 15:21 41:18
154:21
**Notary** 1:15 5:22 209:5
**note** 6:19 12:18 13:22
14:14 60:3 65:2,3
107:22 108:7 145:6
164:10 178:11 193:6
**noted** 5:13 13:3 18:21
21:10 107:22 108:10
193:10 208:5
**notice** 61:14
**noticed** 178:22
**notwithstanding** 92:23
**November** 56:25 63:20
126:3 135:10 138:17,23
139:3
**NPV** 62:23 63:14 69:24
80:23 86:24
**number** 14:25 16:4 24:5
34:17 38:2,5,7,15,20
43:10 47:23 52:23 54:4
55:9 61:2,8 62:7,24
65:18 66:14 68:2,25
69:24 70:7,13 71:2,20
96:6 97:25 98:16 99:17

99:23 100:3,8,18 102:2
108:23 111:21 121:13
121:21,25 122:2 124:8
124:19 125:5 126:9,23
127:9,10,14 130:2,5,15
132:9 141:16 142:2,25
145:9,11,11 146:3,4,7,8
146:17 147:7,21 151:9
153:6,9 154:11,12
155:2 157:21 160:25
162:20 172:17 177:13
177:15,22,23 184:24
186:17,22 189:19,25
190:2,5,20 191:2 192:2
203:20 206:12
**numbered** 62:3 108:21
**numbers** 62:4,21 65:18
67:16,19,20,22 68:13
97:20 98:20 99:16
129:17,24 149:20
152:19 161:17
**numeral** 81:16 85:10
113:6
**numerals** 113:4
**numerical** 68:17,18

**O**

**O** 1:2 5:21,21 117:6,6
209:2
**oath** 168:9
**object** 12:24 13:4 20:25
60:10,12 104:24 107:14
107:17,17
**objecting** 107:20
**objection** 6:16,17 9:15
9:25 11:4 14:22 17:6
20:4,16 21:3,7 23:6,21
24:22 25:6 27:15 30:22
31:12,18 32:4 33:11,14
34:25 36:7 37:3 40:23
41:6 42:21 45:11 51:12
52:2,18 53:10 57:6,8,21
60:6,15 61:19 65:8
67:2,24 68:16 69:20
71:6 72:20 73:6,23
75:4 80:12 82:6,12,21
84:6 85:4,16 92:22

93:21 103:5,9 107:22
108:3,7,11 109:7
111:10 112:5 113:21
116:3 118:6,12 119:7
120:20 121:20 124:6
127:15,21 130:14 133:6
133:11,25 134:13 137:7
137:9 138:9 139:6,25
142:10 145:18 151:2,6
151:23 152:6,15 156:6
156:6 161:6 165:2,7
167:13 168:13,24 172:4
173:17 174:2,13 175:4
175:7,11,16 180:5,13
187:15 188:14,20
189:10,22 191:11 206:4
206:7
**objections** 36:9 37:9,13
107:18 114:2 173:19
**objective** 8:18 101:16
186:14 190:3 191:24
**objectiveness** 133:21
**objectivity** 142:2,19
192:2
**obligation** 80:6
**obtain** 138:2
**occasion** 36:16
**occupying** 9:12
**occur** 115:21
**occurred** 68:19 130:10
150:23 151:4
**October** 53:21,23 56:24
61:15 74:2 79:8,20
84:12 94:3 126:6
210:15
**Odebrecht** 35:18,20
36:24 37:16
**offered** 139:21 166:21
**office** 88:7
**officer** 31:7 52:25 92:21
93:8 158:8 159:9
**officers** 101:11 159:3
173:8
**offices** 1:13
**Oh** 66:6 74:11 205:20
**Oi** 117:25
**oil** 81:7 93:18 149:7,9

159:10 203:3
**okay** 7:21 10:4 14:8 21:6
49:9 50:8 56:10,11
66:16 69:2,19 70:5
71:9,12 81:17 88:24
89:4,20 91:21 92:6
94:24 96:8 101:17
110:17 111:23 117:15
121:5 129:8 130:7
134:8 140:7 145:3
146:15,22 153:10,25
162:3,22 164:8 179:7
190:19,22 193:18 197:4
197:8 198:7 201:17
205:16,23 206:14
207:17
**omission** 140:20
**ONASCH** 2:13
**once** 52:5,11 85:7 159:2
**one-third** 103:15 114:4
**ones** 15:22 200:14
**onward** 104:16
**oOo** 4:18 211:14
**opaque** 146:6
**open** 30:6 47:20 154:8
**opening** 172:22
**operates** 81:7
**operating** 97:21 139:4
179:14
**operation** 32:14 33:19
114:21 118:23
**operational** 64:14
**operations** 23:24 37:6
184:5,7
**operator** 159:11
**opine** 126:14
**opinion** 21:17 25:14 30:4
31:7,11 50:13 51:15
61:16,21 63:20 64:8,10
72:17 74:22 95:10,11
97:15 98:11 101:7
113:10 133:17 137:2,25
138:10,11 139:24
148:21 150:2 151:15
156:22 163:22 166:21
166:23 167:4,5,9,15,23
172:20 192:4

**opinions** 25:11 61:2
64:11 125:19 138:13
139:8 163:8 165:21,25
166:7
**opportunities** 147:17
**opposed** 10:4 192:3
**opposite** 47:20 191:20
**opted** 148:6
**optimistic** 62:11
**opting** 162:14
**order** 1:13 6:20 10:24
23:9 29:16 101:20
102:21 117:13 186:21
**ordinary** 193:19,20
**organization** 7:22
**original** 35:7 59:6
152:21 181:6 206:9
**originally** 55:21
**Otto** 174:12,12
**outcome** 48:25 99:14,15
124:11 209:13
**outline** 59:6
**overall** 198:3
**overpricing** 151:4 188:6
**override** 191:20
**overruled** 125:10
**overseeing** 8:18 136:2
**overseen** 38:19
**oversight** 54:17 173:9
**overstated** 125:23 153:5
155:18
**overstatement** 156:24
**overvaluation** 157:9
**overvalued** 15:10,12
**overwhelmed** 90:3 93:2
121:8 136:9
**owed** 177:19 185:24
190:10,16,23
**owned** 14:3

**P**

**P** 2:2,2 3:2,2 4:2,2
**P&G** 135:15 136:21
137:22
**p.m** 87:3,6 91:6,9,22,25
116:6,8 117:3,4 123:13
123:19 128:2,5 150:15

150:18 178:6,9 208:3,5
**package** 66:11 154:8
**page** 11:25 12:8,12 17:14
  17:21 19:22 26:10,12
  29:14 32:9 33:25 35:6
  35:7,11,13 36:23 37:21
  39:19,20 41:20,20
  43:25 46:13 48:2,2,6
  52:3 56:3 61:25 63:5
  65:2,10,15,16 66:13
  68:25 69:9 70:3 71:3
  74:4 81:12,20 84:18
  86:2,8 96:6,10 100:18
  100:20 101:22,25 102:2
  103:11 105:19,20 106:9
  108:14,20,22,25 109:2
  109:24 110:12 111:16
  112:17 114:4 125:13
  128:10 131:3 140:4,4
  145:4 153:9,11 154:14
  154:15,17 158:17
  161:20 167:6 169:2,8
  169:12,14 170:8,9
  175:18 176:8 177:6,7
  181:2 185:21 190:9
  193:13,24 195:17 197:5
  197:6 198:7,16 200:6
  210:3,8 212:4
**pages** 62:3 147:10 154:6
**paid** 96:19
**Panassol** 101:24 102:7
  102:25 103:2 104:10
**paper** 171:2,3
**paragraph** 17:15 34:2,7
  59:7 80:11 81:14,20
  82:8,25 83:3 84:19,20
  85:9 86:11 140:5,9,24
  157:6,13 160:13 161:25
  164:16 165:19,22 166:9
  191:14
**paragraphs** 58:11 65:11
**parameters** 156:15
**pardon** 56:22
**Paribas** 120:16
**parity** 201:19 202:7
**park** 12:19,22 13:25 14:2
  14:7,21 22:12 198:3

**part** 11:5 18:4 24:23
  60:20 61:11 63:10,12
  66:4 69:11 77:14
  126:16 151:3 153:7
  157:7 161:7 176:2
  187:23
**participants** 40:4
**participate** 45:23 46:21
**particular** 52:20 107:5
  115:14 121:7 122:8
  159:8 182:13 203:24
**particularly** 100:8
  148:20 158:19 166:15
  184:4 204:9
**parties** 164:19 209:11
**parts** 151:7
**party** 204:10
**Pasadena** 30:5,7 31:9,11
  32:21 33:8,13 34:18
  36:6,20 41:17 52:24
  109:19 114:10 179:19
**pass** 172:8
**passage** 21:2 63:6,9
**passages** 145:20
**Paulo** 4:9 7:5,13 24:15
  57:2 158:17 166:18
  174:12
**pay** 143:3 186:7 189:20
  189:24 204:18
**payment** 96:10 99:2
**payments** 131:19 141:21
  141:23 142:12 156:2,4
**PBF** 65:15
**PEDRO** 4:12
**pending** 49:17
**Pennsylvania** 2:11,16
  7:8
**pension** 159:7,10,20
  173:11
**people** 16:4 98:18 104:14
  106:5 110:15 124:25
  141:16 171:19 172:21
  174:19 183:23 187:7
  188:2
**percent** 97:5,25 98:13,16
  131:13,16,17,21 133:10
  133:23 134:3 141:21,24

141:25 142:13,17
  150:13 162:25 177:12
  177:22,25 186:4,14
  189:18 190:21 191:3
  192:2
**perform** 24:19 26:3
  159:24
**performed** 8:20 41:4,9
  120:15
**period** 73:11 104:24
  113:23 125:10 145:15
  199:14,17,21 200:19
**permanence** 47:6
**permit** 60:12
**Pernambuco** 176:6
**perpetrated** 188:2
**perpetuity** 64:9,10 67:7
  72:8
**person** 174:7
**personal** 37:5 182:23
  185:12
**persons** 112:8
**perspective** 42:18 69:23
  70:14 122:3,7
**Pessoas** 108:21
**petition** 88:12 92:10
  210:19
**Petrobras** 1:5 3:14 4:13
  5:9 6:3 9:11,23 11:15
  14:4 16:2 18:4,23 20:2
  25:23 30:24 31:21,22
  31:24 33:9 34:17 37:2
  37:18 50:18,24,25 51:6
  52:20 53:4 57:14 60:25
  65:4 69:23 70:15 71:15
  71:17,18 72:2,16 74:21
  76:15 79:5 81:7,9
  82:11 83:6,12,17 84:3
  84:24 85:14 86:23
  100:9 105:6 115:8
  118:5 119:3 147:25
  152:9 153:13 158:18
  159:6,8,23 164:18,22
  165:10,17 166:22
  169:22 170:3,19 172:2
  172:12,13 174:17
  177:12,19 178:18

179:14 181:20 182:11
  182:25 184:5 185:25
  187:3,4,6,12,20,23
  188:12,17,24 189:6
  190:11,17 191:10
  193:15,22 194:2 195:20
  198:18 199:3,7 202:11
  203:4 204:18 206:11
**Petrobras'** 7:15 85:21
  192:8,13,16,19 200:25
  201:11,17
**Petrobras'2013** 211:11
  211:13
**Petros** 159:7,9,16
**phase** 65:16
**Philadelphia** 2:16 7:7,8
**physical** 138:21
**picture** 71:23
**pieces** 154:12 188:21
**place** 27:23 47:17,24,25
  78:24 81:2 97:15
  124:24 126:6 165:15
  179:18
**placed** 26:19
**PLAFIN** 70:18 72:9,11
**PLAFIN's** 71:13
**plain** 131:22
**Plaintiff** 2:4
**plaintiffs** 1:12 2:9,10,20
  2:20 3:9 6:12
**plaintiffs'** 178:12,23
  180:24 181:4 193:7
**plan** 15:15 34:15 135:15
  135:16,18 205:8
**planned** 34:17,24
**planning** 40:11 70:21
**plant** 15:21
**plants** 14:3,10 148:7
**plausibly** 70:14
**Plaza** 3:15
**plea** 179:23 180:3,12
  186:21 190:2,5
**please** 22:15 28:5 29:18
  29:25 32:8 38:3 39:24
  41:24 48:10 49:17 52:8
  55:19 58:10 63:15 64:2
  68:22 69:16 71:7 75:19

76:25 77:2 83:3 86:3
92:4 96:24 103:21
113:6 114:25 129:22
140:8 145:5,20 146:23
153:25 156:19 160:17
173:6 177:9 179:9
**plural** 78:15
**plus** 8:12 16:3 62:24
**PNs** 196:17
**point** 20:9,18 21:19,21
24:8 53:2 67:21 68:7,8
68:11 69:5 70:10 72:5
82:15 102:12 125:4
129:21 131:23,24 132:5
138:21 139:3 144:24
145:20 146:10 157:24
158:5 166:20
**pointed** 67:5 72:16
201:21
**points** 70:15 75:5 138:11
163:8 198:23 206:19
**police** 79:5 188:13
**policies** 76:21 81:5
**policy** 19:8 147:15
148:16 196:25 197:21
198:18 201:11,14,20,22
202:3
**political** 201:5,10,15
202:15
**politicians** 93:9
**Pomerantz** 1:13 2:3
**Poor's** 172:12
**portfolio** 152:7
**portion** 101:3 127:16
156:4 164:5
**portions** 87:17
**Portuguese** 4:15 5:19,19
13:7,10 17:17 20:3
21:25 26:25 35:8 75:13
102:14 107:23 123:4
140:5 156:9 181:5,19
192:10,15,24 193:25
195:18 200:6 211:12
**position** 58:16 94:14
105:9 107:16,18 129:4
**positive** 57:10 58:3 64:13
64:15,20 65:18 68:3

70:13,15 80:23 138:22
163:4
**possibilities** 80:6 146:4
**possibility** 85:24
**possible** 20:12 71:16
97:22 136:12 137:22
140:12 158:2 162:17
163:17
**post** 32:14
**postgraduate** 194:21
195:2
**posting** 159:21
**postponed** 93:13
**postponements** 77:10
**potential** 49:7
**potentially** 202:15
**power** 135:21
**PowerPoint** 89:23
**powers** 175:25
**practice** 42:24 43:4 51:4
68:4 77:8 98:11 112:10
176:4
**practiced** 104:13,20,23
**practices** 68:5 76:13,17
76:19 147:25
**precise** 124:17 149:24
154:5
**precisely** 52:22 53:3
82:23 84:21 147:10
151:25 166:6 169:25
170:5
**precision** 29:12
**predecessor** 7:25
**predicted** 71:25
**preferred** 196:16
**premarked** 11:7 16:9
**prepared** 49:24 108:18
**prepay** 204:21
**presalt** 184:6
**prescribed** 80:20
**present** 4:11 12:4 35:25
38:20 57:24 58:3,7
59:12 61:6,13,17,23
64:18 67:14 69:14
72:25 77:13 79:12
103:23 104:6 137:25
139:15 146:19 159:14

202:17
**presentation** 20:14 55:20
59:3 89:24 156:21
**presentations** 147:8
162:11
**presented** 52:5 147:8
**presents** 64:13
**preserved** 107:19
**president** 40:2,13 48:24
81:22 105:6,9 117:17
130:19 180:2
**press** 31:4 33:16 57:14
57:22 63:14 97:21,24
144:21 149:19
**pressures** 207:10
**pretext** 166:11
**pretty** 74:23 130:9
149:23
**prevailed** 171:8
**prevailing** 181:9
**previous** 10:5 35:3 41:15
53:12 60:24 104:5
112:19 113:17 126:13
130:22 140:23 147:11
154:17
**previously** 13:22 28:19
75:21 88:17 117:7
134:22 154:6 157:4
178:17
**price** 85:21
**prices** 75:23 77:8 80:16
81:8 149:7,9 165:17
201:18,23 202:9
**PricewaterhouseCoop...**
35:25
**pricing** 19:8 76:20,23
81:5 201:11,14 202:3
**principle** 42:20 81:9,10
**principle-based** 191:17
**principles** 44:14,22,25
**prior** 25:22 70:7 79:19
80:11 119:9 139:3
148:12 150:21,23
151:20 180:11
**private** 50:15
**privilege** 49:8 87:18
164:12 178:18

**privileged** 87:23 88:2
164:7
**probably** 77:6 202:23
**problem** 72:17 85:8
113:8 135:2 140:12
149:16 176:21
**problems** 88:9 140:17
161:17 172:11 174:5
202:8
**procedure** 52:12 103:18
**procedures** 38:6 114:7
141:2 170:24 172:7,25
**proceed** 6:5
**proceeding** 60:20
**proceedings** 92:19
152:11 209:7,9
**process** 8:3 50:14 68:12
81:2 89:14,18 90:9
102:18,19 134:17
138:15 139:20 151:11
151:14 154:10 166:2
177:3 181:15,21,25
182:4,11,14 183:9
185:19 202:23
**produced** 11:15 59:22
69:11 171:18
**production** 205:15
**profession** 7:10
**professional** 25:8
**professor** 166:16,18
168:2
**profile** 147:25
**profits** 15:17
**program** 89:23,25 90:17
134:23 136:9
**project** 61:6 63:2,22 64:4
64:13,14 65:14 69:7,13
69:23 70:9,15,25 72:13
136:16 156:2
**projects** 135:20 138:19
139:2 140:13 152:3
172:21 202:16
**prominent** 166:17
**prominently** 37:18
**promote** 17:24
**proper** 18:3 20:13 21:8
90:12 159:3

**properly** 183:22
**proposal** 48:23 105:21
  105:24 106:2
**propose** 94:7,9
**proposed** 10:10 47:2
  48:22 126:22 167:3
**proposing** 102:13
**proposition** 204:16
**pros** 182:20,20
**prosecuted** 112:8
**prosecuting** 113:18
  187:25
**prosecution** 112:23
**protest** 10:11 158:25
**protocols** 184:24
**proved** 155:16
**proven** 114:7
**provide** 91:12,16
**provided** 13:9 135:18
  136:7 158:21 181:14
**provides** 13:14 71:17
**providing** 137:8
**provision** 47:17 203:25
**provisions** 171:3 203:11
**proxy** 8:2,8 131:9,19
  132:4
**Prussia** 2:11
**PSD** 65:16,24 66:2,5
**public** 1:16 5:23 25:24
  34:22 60:5 99:10
  115:13 209:5
**publication** 17:25 95:25
  122:18
**publicize** 129:24
**publicized** 16:25 19:5
  33:10 121:14
**publicly** 42:19 164:13
  206:8,10
**publish** 15:8 93:12 127:2
  129:9 163:16
**published** 19:20 63:13
  97:13,14 100:10
**publishing** 126:22
**purchase** 32:14
**purely** 122:6
**purpose** 41:2 171:5
**purposes** 14:11,12 88:6

186:16
**pursuant** 1:12 117:13
**pursue** 111:7
**pushing** 115:15 162:15
**put** 6:10 40:7 53:12
  54:20 81:3 88:10 126:6
  127:13 130:6 158:11
  165:15 171:20 198:22
**putting** 107:15
**PWC** 4:4 12:9 25:3,8,16
  36:4 51:15 73:15,18
  79:7,12,17 92:15,22
  95:5,7,10 100:21
  101:16 103:16 126:4,6
  126:9,12 129:3 133:19
  133:22 146:19 197:22
**PWC's** 96:2 128:12
  133:14,17

___

**Q**

**qualitative** 67:18
**quantification** 32:13
**quarter** 92:17 93:13 96:2
  97:3,20 124:14 127:23
  128:8 148:22 149:4,4
  150:2 158:9
**quarterly** 98:10
**question** 9:17,18 10:3
  13:5 20:23,24 25:9
  29:16,22 49:18 53:12
  60:24 63:19 76:9 81:3
  93:9 94:12 96:13
  101:23 102:6,25 104:11
  104:15 114:17 124:3
  138:4 143:24 162:3
  175:19,22 176:9 179:3
  179:5,10 185:9 187:17
  189:17,23 191:8 205:16
  206:6
**questioned** 12:15,18
  24:3 42:3
**questioning** 14:9 15:6
  25:11 34:20 36:21
**questions** 5:18 14:13
  20:21,22 37:24 41:14
  49:7 89:3 108:3 122:5
  178:5,20 179:5,9 192:6

**Quintella** 12:15 29:21
  40:10,13 43:18,22
  110:8 117:16,21 129:16
**quite** 24:8 64:15 101:15
  191:19
**quote** 157:7

___

**R**

**R** 1:15 2:2,23 3:2 4:2
  5:17,21,21,21,22 117:6
  117:6,6 209:2,4,18
**Radnor** 2:11
**raised** 42:3 75:6 84:16
  88:21 148:12
**raising** 14:5 74:18
**ramp-up** 160:23
**range** 127:7
**ranking** 93:9
**rate** 67:9 72:8 161:22
  162:6,16
**rates** 72:9 136:16 147:24
**rational** 71:19
**reach** 20:12 90:5 101:20
  143:2 186:7 196:10
**reached** 6:11 129:9
  188:8 202:3
**reaction** 25:3 36:4
**read** 13:18 17:15 21:2,17
  21:24 22:7,15 26:12
  27:5 29:18 32:8 34:5,6
  34:7 35:12 37:20 38:3
  39:24 41:24 44:10
  46:12,16,17 48:3,17
  49:17,19 52:8 55:19
  58:10 63:15 65:11
  68:22 73:11 76:5,25
  83:3 89:2,3 94:10,11
  103:20 107:5 108:17
  111:5 113:6 114:24
  128:15,22 137:13 140:8
  142:20 145:6,15 152:22
  155:4 156:18 163:14
  165:21 167:17,20
  169:18 170:15 176:9
  177:9 181:19 197:19
**reading** 17:16 21:20 73:2
  96:21 125:14 149:25

156:9
**reads** 12:13,14 17:18
  86:3 103:16 153:12
  185:23
**reais** 68:3 93:25 99:16,17
  100:13 120:19 121:19
  123:24 127:6 145:9
  148:18 149:16 150:22
  151:3 156:5 159:21
  204:18
**real** 163:10 166:9 167:10
  167:23 202:5
**realistic** 55:11
**reality** 15:2 62:15,22
  68:4 82:16
**realized** 61:9
**really** 19:21 31:2 37:14
  62:21 67:19 71:19 94:6
**reappraisal** 98:24
**reask** 179:10
**reason** 8:5 14:24 16:21
  33:6 52:20 86:5 92:25
  93:10,14 118:11 142:14
  149:23 163:19 178:25
  179:8 202:2 202:15
  212:6,8,10,12,14,16,18
  212:20,22,24
**reasonable** 154:9
**reasoning** 162:11
**reasons** 20:6 92:16
  153:18 154:3 162:24
  207:13 212:3
**reassessment** 101:13
**reattached** 56:2
**rebuttal** 6:14
**recall** 24:2 26:9 29:5,7
  31:6 46:8 51:18 56:21
  56:22 61:18 66:3,6
  67:8 73:24 79:15,17
  94:8 95:20,22 105:2
  109:18 120:5,8 121:6
  129:13 133:16 138:22
  146:23 158:10 168:4
  186:8 196:21 198:24
**receive** 32:25 33:5 43:8
  73:15 74:17 88:22 89:6
  102:11 138:17 162:13

163:2,6
**received** 14:17,18 16:23
  23:2 34:16 49:22 50:13
  58:5,6 59:11 73:18
  84:14,17 88:19 89:7,23
  90:4 92:15 120:10
  130:17 141:14 154:5
  159:16 161:12 164:7
  165:20,24 166:3,7
  170:21 172:23 174:4
**receives** 110:23
**receiving** 138:25 159:5
  183:21
**recess** 87:5 91:8,24 116:8
  123:15 150:17 178:8
**recognize** 11:20,22 16:13
  28:24 39:8 53:24 75:16
  92:7 97:3 107:9 108:15
  134:10 141:12,17
  144:15 192:19,23
**recognized** 44:15,23
  96:21
**recognizing** 157:22
**recollection** 14:16 15:23
  50:4 51:19 93:24 94:23
  109:17 111:6 133:16,19
  143:21 144:2
**recommendation** 72:23
  73:3 114:19 115:24
**recommendations**
  106:18,20 111:14
  112:23,25
**recommended** 40:9
  79:13 109:15,20
**recommending** 110:21
**recommends** 70:7
  110:13,22,23
**record** 5:3,14 6:11 20:19
  37:11 42:22 49:10,12
  49:13,15,19 56:8 62:2
  78:5 87:2,4,7 89:11
  91:5,7,10,16,23 92:2
  116:7 117:5 123:11,14
  123:20 127:25 128:3,4
  128:6 133:5 150:16,19
  178:7,10 193:7 208:4
  209:9

**recorded** 26:11
**recording** 207:6
**recover** 187:13,21 189:9
**recovering** 187:23
**recurrent** 77:10
**redirect** 178:14
**reduced** 67:6
**reelected** 8:12 193:17,19
**reelection** 9:22
**refer** 43:4 71:3 80:9 92:4
  120:14 146:11 156:8
  157:13 193:4,12 199:25
**reference** 12:23 13:21
  23:16 34:13 35:15
  36:24 44:2 45:14 47:7
  65:23 67:11 70:17,17
  73:4 76:16 79:3 80:22
  81:14,25 82:4 85:11,14
  85:18 96:25 97:18
  106:10 114:19 125:14
  126:2,20,21 131:12
  160:14 161:21 162:4
  166:3,7 167:6 173:20
**referenced** 59:23 66:23
  109:16 113:5
**referencing** 90:24
  155:20
**referred** 150:5,10 198:24
**referring** 15:20 17:12
  35:6,7 54:6,9 59:15
  60:2 61:22,25 66:17
  70:3 73:12 76:19 80:10
  80:14 89:13 109:17
  146:12 150:12 160:18
  162:9 164:23 165:4
  169:6 182:6 199:17
  202:18
**refers** 198:4
**refineries** 22:6,14 23:18
  24:5 26:19 27:24,24
  28:11,15 52:24 148:3
  148:10 155:9 196:21
**refinery** 22:12,20 24:13
  32:17 34:19 35:17
  37:24 38:6,10,14 41:18
  41:18 61:4 62:16,19
  69:25 71:25 77:17

80:16,25 176:6
**refining** 12:19,22 13:25
  14:2,3,7,21 15:21 23:24
  28:17 166:25 198:3
**reflect** 45:15 70:24 82:16
  84:23 96:16 101:23
  133:5
**reflected** 71:8 82:10 85:2
  85:21 130:11 131:2
  132:5 159:12 164:11
**reflects** 17:17 105:20
**refresh** 111:5 121:3
  143:20 144:2
**refusal** 78:17
**refused** 86:14
**refuses** 77:15,19
**refusing** 92:16
**regarding** 14:20 25:4
  30:4 36:5,6 41:15,16,16
  45:16 51:16 52:24
  55:24 58:18 88:20
  89:18 91:14 96:10,14
  102:7 104:19 106:11
  110:2 111:22 118:4
  124:4 128:25 133:23
  151:11 166:24 169:3,12
  170:9 191:18
**regime** 139:5
**register** 19:25 32:11
  131:17 137:16,24
  142:17
**registered** 14:25 137:23
  138:24 152:24
**registration** 142:21
**regular** 160:21
**regulating** 80:8
**regulation** 19:4 43:2
  46:23 50:21 195:7
**regulations** 42:4 43:15
**regulator** 17:3,8
**regulatory** 8:6 186:20
  195:12,15
**Reichstul** 182:17
**reimbursement** 177:15
**Reinvestment** 72:9
**reiterate** 20:11
**reiterates** 150:3

**rejected** 106:7 116:2
**relate** 126:11
**related** 58:20 104:12,15
  139:9 151:21 154:22
  176:19 204:10 209:10
**relation** 16:20 45:9
  57:14 61:3 80:24
  136:21 156:23
**release** 19:12,15 97:21
  97:24 144:21 153:22
  162:19 164:16
**released** 19:16
**relevant** 17:23 18:3 19:8
  139:23 171:7
**relinquishing** 53:4
**rely** 184:2
**remained** 51:5 119:12
  185:7
**remains** 181:16
**remarked** 123:17
**remember** 31:14 35:2
  36:14 56:22,23 115:22
  118:7 158:3,23,24
  181:10
**remind** 203:20
**removal** 10:15,18 40:22
  47:7,9 51:17 101:11
  103:23 104:6 169:3,12
**remove** 92:22
**removed** 10:9 31:21,22
  39:14 43:19 51:22
  92:22 94:9,14,18 105:8
**removes** 61:12 182:23
**removing** 41:2 93:2
**Renan** 142:5,7
**rendering** 20:13
**renominated** 40:16
  117:22 119:10
**repeat** 155:9 190:14
**repeated** 76:10 202:23
**repeatedly** 30:19 174:16
  201:25
**repercussions** 86:25
  97:22
**rephrase** 187:16
**replaced** 9:13,14 119:6
  119:11

replacements 40:8
report 30:12 35:10 57:22
  63:19 65:16,24 70:17
  70:24 102:12 106:10,23
  107:7 108:17 110:10,15
  110:23 111:2,8,12,22
  112:13 210:22
reported 12:16 174:21
  175:12 183:25 191:3
  209:7
reporter 1:15 5:14 49:16
  144:11 192:8 209:4
reporting 1:25 5:4 102:7
  102:22 106:4 212:25
reports 20:2,10 21:13,15
  57:14 63:14 110:21
  112:7,19 113:3 138:18
  139:11 145:15 163:8
represent 11:14 178:18
representation 48:9 88:6
representative 175:10,19
  175:23 176:12
representatives 12:9
  36:5 79:12 103:17
representing 10:13
  64:19 118:2
represents 64:15
request 13:21 36:18
  38:11 54:3 83:9 86:5
  89:24 157:17
requested 16:19,25 26:7
  32:11,25 48:20 49:2
  55:21 58:5 59:2,4
  60:16 67:12 72:7 76:9
  154:13 158:20 161:9
  163:6 165:25
requesting 32:19 33:5
  54:19,24 55:2 68:10
requests 36:5 126:6
  147:22 154:20 177:14
required 22:23 23:5
  42:25 55:12
requirement 50:17,22
requirements 48:14
  101:8
requires 19:5
reread 64:2

reservations 134:23
reserve 6:13 12:25
  178:13
reserved 178:12
reserves 204:15,19
resign 127:5 129:25
resignation 158:14
resigned 94:17,18
  105:18
resigning 135:25 141:3
resolution 122:12,13
  131:4,4
resolve 104:14
respect 14:6 21:12 37:6
  54:17 94:5 109:8
  113:22 120:24 122:21
  131:20 136:24 164:6
  186:15 191:13 196:21
  205:12
respective 47:5 184:8
respond 9:18
response 31:4 43:8 57:10
  63:13 74:17 75:3 84:15
  84:17 85:11 88:20,22
  89:5,6,15 90:21 134:18
  137:13 138:8 176:10
responses 137:2
responsibilities 140:19
responsibility 83:11
  135:4,5
responsible 31:24 32:6
  54:16 93:17 106:4
  183:2 187:25
responsive 9:17
rest 6:24 34:14
restructured 182:18
result 10:8 30:9 45:19
  63:23 64:4 85:22
  138:16 151:5 152:4
  161:14 165:13 190:22
resulted 120:18
results 83:7 98:10
  102:11 120:10 124:15
  148:22
resume 131:13
resumed 184:22
retain 130:23 168:2

retained 166:19
return 136:16
returned 130:18
returns 122:4
revaluation 99:3
reveal 49:21
revealed 169:21
revenue-generating
  14:11 24:7,14 148:4
reverse 181:15
reversed 184:20
revert 84:7,9 133:9
  143:4 186:8
reverted 182:2,5
review 15:25 69:16
  90:18 91:18 101:3
  112:4 121:3 122:23
  130:7 133:18 136:23
  143:12,16 162:21 176:3
reviewed 25:19 106:25
  107:3 143:20,25 168:20
  184:23
revised 184:16
revision 35:18
revisions 35:16 38:2,15
Revisits 138:6
revved 184:5
right 17:23 26:12 27:18
  32:3 40:17 45:13 46:17
  55:18 62:8 64:24 94:20
  105:17 111:19 120:21
  123:10 129:11 144:22
  150:8 152:14 161:10
  171:11 172:10 173:23
  180:19 185:17 189:12
  196:6,13 198:5 200:3
  204:24 206:18
right-hand 62:8 96:7
rights 12:25 107:17
  171:17 203:3 204:12,13
  205:14
risk 72:12 147:24 161:22
  162:6 177:18 185:24
  190:9,15,18,19
RNEST 26:18 27:23
  55:21 58:20 111:22
  139:9 202:18

Road 2:11
ROBBINS 2:19
Rodrigues 1:11 5:12
  12:17 30:3 32:11 34:3
  35:15 41:21 42:2 46:20
  48:4,8 52:11 153:13
  210:4 212:1
role 80:2 206:15
Roman 81:16 85:10
  113:4,5
RONON 2:15
room 124:25 149:20
rotated 51:21
rotation 10:6,8 38:24
  40:25 46:25 47:12,13
roughly 43:24 44:19
  90:2
route 163:18
Rua 4:9
RUDMAN 2:19
rules 47:18,19 51:8
  124:16 170:23 172:7
  191:9,19,21
ruling 19:4
run 177:17 185:23 190:9
  190:15
running 71:25 92:19
  206:3
rush 157:5
Russell 2:10

─────────────
        S
─────────────
S 2:2 3:2 4:2 5:17,21
  117:6 210:7
safe 174:18
Salvio 54:10,14
sample 154:20
samples 161:22 162:6
San 2:22
Sao 4:9 7:5,13 24:15
  57:2 158:17 166:18
Sarbanes-Oxley 43:2
  48:15,22 50:16
satisfactory 84:17 90:22
satisfied 147:19
saw 33:17 82:16 84:24
  130:22 162:11 184:9

**saying** 58:2 82:9 90:7
  101:17 112:18 141:22
  157:17 165:3 166:13
**says** 13:13 19:23 20:9,18
  29:15 39:20 69:4 81:21
  86:5 108:21 110:12,25
  128:12 131:7 157:6
  170:12 181:15 190:9
  197:13 198:8
**scandal** 97:23 174:20
**scenario** 57:23 62:11
**scenarios** 61:10,23
**scheduled** 62:17
**scope** 77:12
**scrutiny** 34:21 37:16
  38:15 53:15 90:13
  173:8
**se** 141:14 195:15
**seat** 9:12
**seats** 47:22
**SEC** 17:9 163:3,13
  166:15 192:20
**second** 16:18 19:7 24:11
  29:14 45:12 47:16 56:6
  66:9 86:12 92:25
  101:12 107:10 111:24
  114:25 123:12 128:10
  134:17 149:5 151:12
  165:18 177:7
**second-guess** 184:3
**secondhand** 185:17
**secret** 205:23
**secretary** 54:13 141:15
**section** 162:18 165:19
  191:15 197:7 198:8
**sections** 193:4 196:24
**securities** 1:5 5:9 17:3,4
  83:23
**security** 104:12
**see** 11:25 12:19 17:17
  18:6 19:5,23 22:25
  29:15 34:2,4 35:4
  39:21 43:25 44:6 45:14
  45:17 52:6 55:17 56:4
  56:13 59:24 61:22 63:6
  63:7 65:4 74:7 81:15
  81:24,25 85:10,10,14

96:9 100:19,22,23
  103:12 105:19,21
  106:12 108:20,25 109:2
  109:25 110:15,20 111:3
  111:21 114:7,21 115:3
  115:14 118:14 124:22
  125:15 126:18 128:11
  128:12 131:10,13 140:6
  145:8 146:2,3 147:23
  152:23 153:11,14
  154:24 156:20 157:19
  159:23 161:23 162:13
  162:20 164:19 166:10
  169:4,15 170:10,13
  171:9,14,21 174:20,24
  176:4 181:16 185:25
  190:9 191:25 194:5,5
  196:25 197:9 198:8
**seeing** 126:17
**seek** 118:8 190:23
**seeking** 142:22 185:24
  190:10,16
**seen** 87:13 88:18 109:9
  112:22 148:8,23 161:5
  163:7 170:21 184:6,8
  184:25
**sees** 138:3
**SEGEPE** 59:11
**self-regulation** 195:11
**Senate** 142:8
**send** 73:22
**sending** 20:10 21:13
**sense** 23:10 122:2 186:20
**sensitivity** 70:11
**sent** 20:15 21:15 32:12
  56:15 61:14 73:21
  74:10,14,16 75:20 76:2
  76:8 81:13 82:19 89:21
  90:20 136:25 141:15
  157:15
**sentence** 9:16 13:21
  21:20 22:8,15 27:17
  29:24 32:9 34:4,7
  35:12 37:20 38:3 39:20
  39:24 41:20 44:6,10
  46:16,17 48:18,18
  51:13 52:4,9 68:21,22

68:24 76:25 79:23
  100:20 103:20 104:18
  128:14,22 140:8 155:4
  156:8,18 157:12 160:11
  165:20 169:14,18
  170:12,16 177:7 181:8
  181:13 185:23
**sentences** 26:12 29:19
  46:13,13 48:3 76:6
  165:23
**separate** 196:7
**September** 149:14,15
  150:23
**Sergio** 12:15 29:20 40:9
  92:17
**series** 106:17 139:11
  141:13
**serious** 58:19 68:11
  72:17 105:14 134:23
  159:24 185:23 190:15
**serve** 8:22 9:2,7,23 43:22
**served** 8:24 25:23 26:2,2
  26:5 46:9
**serving** 25:22
**Session** 117:2
**set** 54:25 55:4 135:7
  203:14 204:2,3,5
  209:14
**sets** 119:17
**seven** 16:24 200:7,10
**severe** 165:16 207:10
**severely** 28:12 38:14
  122:19
**share** 62:13,15 67:13
  71:13,16,20 85:13
  149:2,11 165:17
**shareholder** 19:11 42:9
  42:15 45:21 46:6 58:23
  105:16 119:15 125:2
  189:3 196:8 199:5,11
  199:12 202:13 204:8
  205:3,5,19 206:15,16
  207:19
**shareholders** 6:3 7:23
  8:7,10,18 17:20 18:5,23
  44:5 165:9 178:19
  187:7 188:24 189:2,8

195:24 196:4,6,9
  200:25 201:6,11,16
**shares** 6:4 196:12,15,16
**sheet** 104:2,25 128:24
  157:22 160:21
**short** 207:23
**Shorthand** 1:15 209:4
**shortly** 115:22
**show** 11:6 16:7 65:18
  69:7 141:25 144:24
  168:15
**showed** 113:10
**showing** 142:19
**shows** 65:17 67:16
**side** 6:8 88:10 129:12
  186:20 198:23
**sign** 62:24 92:16 96:2
  183:11
**sign-off** 95:7 183:23
**signal** 202:22
**signaling** 163:4
**signature** 26:13 100:22
**signed** 88:13 92:11 123:2
  123:3,5,8 126:12
  159:17 210:19
**significant** 33:8 76:15
  85:13 148:24 150:6,6
  150:10 174:5 202:14
**significantly** 15:15
  120:11 201:18
**signs** 77:3 173:15
**silence** 58:21
**Silva** 9:14 96:17
**Silvio** 11:2 100:21
**similar** 17:4 26:3 82:18
  112:22 196:13
**simple** 92:23 125:22
  189:16 194:9
**simply** 32:2 65:13 72:4
  115:15 137:4 155:16
  173:13 177:15
**simulated** 97:12,17
**simulation** 97:24
**Sinedino** 11:2 93:7
  100:21 129:15 159:5
  160:8 174:15,23,24
  175:12 200:9

**single** 14:10 24:6,14 43:3
  59:22 148:3 167:16
  172:24 184:4
**sir** 11:20,25 12:12,20
  13:18 14:6 18:17 21:11
  21:21 22:8,15,22 26:11
  29:5 32:8,18 33:25
  35:24 39:8 41:19 47:7
  56:4,18 59:7,13 70:3
  84:20 102:8 106:25
  129:3 140:22 143:13
  144:15 156:19 157:2
  161:20 165:9 176:24
  177:20 179:25 185:8,22
  194:10 198:11
**sits** 71:15
**sitting** 107:23
**situation** 42:6 46:10
  51:11 84:8,10 89:16
  125:3 163:10 166:12
  183:20 203:8
**situations** 42:25 163:7
  172:17 175:12,14
  184:13 188:5 202:24
**Six** 43:24
**size** 24:15 121:9 129:4
  156:10
**SKADDEN** 3:19
**Skagen** 2:10
**slate** 3:19 196:9
**sleep** 207:22
**slow** 114:7
**slower** 27:13
**small** 62:23 154:20
**smallest** 162:16 197:15
  197:24
**SMS** 109:20
**so-called** 10:8 38:24
  67:13 71:13 81:7
  102:10 204:14
**sole** 24:9 41:2 207:7
**solemnly** 79:6
**solution** 142:25
**somebody** 188:22
**soon** 132:13 163:16
**sorry** 62:10 63:11,11
  81:18 89:9 111:25

136:14 143:24 154:25
  161:25 177:6 198:11
**sort** 25:10 74:17 88:19
  90:12 97:20 129:11
  135:18 136:17 139:4
  178:25 195:16
**sounded** 166:15
**Southern** 1:3 5:10
**Spain** 24:12,14
**SPALDING** 4:3
**speak** 88:4 102:14
  206:22 207:9
**speaking** 37:12 50:25
  114:2
**special** 38:17
**specially** 204:3
**specific** 13:4 38:8 50:22
  97:4 121:11,14 157:17
  183:24 190:19 191:6,14
  191:19
**specifically** 15:22 36:22
  41:13 54:8 73:9 84:18
  145:4 150:12 155:19
**specification** 136:15
**speculation** 10:2 24:24
  30:23 31:19 37:4 40:24
  41:7 53:11 113:22
  180:6
**speed** 103:25 185:3
**spend** 108:12
**spent** 33:4 205:22,24
**splash** 115:13
**spoke** 175:8
**spot** 21:15 90:5 158:21
  167:16
**spotlight** 52:23
**spreadsheets** 147:20
  161:11,12
**Spurling** 174:12,21
**staff** 174:9
**stand** 154:7 168:11
  177:20
**standalone** 67:4
**Standard** 172:12
**stands** 60:25
**start** 6:21 60:23 101:19
  179:11

**started** 7:24 56:24 57:2
  60:21 124:22 138:17
  179:19 181:25 182:4
  184:22
**starting** 26:14,15 145:6
  145:22 155:21 184:20
**state** 1:16 24:15 28:14
  47:16,19 62:14 209:5
**stated** 31:16 33:3 38:13
  44:7 51:7 52:12 56:23
  57:22 88:8 93:8 133:19
  135:6 158:17 201:22
  203:13
**statement** 28:6 32:24
  33:17 43:6 45:14 57:25
  63:10,12,16 68:8 74:22
  80:22 84:4,23 85:19,24
  86:21 93:13 111:11
  125:8 126:11 127:3
  153:12 164:22 169:24
**statements** 18:24 19:7,10
  30:10 36:6 82:16 92:17
  95:8,11 97:3,13,14 98:3
  98:4,5,6,8 100:11
  102:20 122:18 124:20
  125:23 126:13,15,23
  127:24 128:8,25 132:2
  142:18 143:7,23 144:5
  146:11 147:5,9 148:21
  150:4 152:23,25 154:10
  158:4 163:16,20 172:22
  173:4 174:15 207:11
**states** 1:3 2:20 5:10 17:5
  69:22 81:8 191:21
**stating** 92:15
**status** 33:19
**statutory** 50:23
**stay** 174:3
**STEEN** 3:14
**stenographic** 5:14
**step** 92:20 105:6
**stepping** 183:2,15
**steps** 103:17
**STEVENS** 2:15
**Sticking** 85:9
**stock** 85:21
**stone** 183:2,16

**stood** 34:19 127:13 185:5
**stop** 149:5,6
**STRADLEY** 2:15
**strange** 204:9
**strategy** 63:21 69:12
**strategy/API** 69:3
**strayed** 179:3
**stream** 62:17
**streaming** 77:4
**Street** 2:15 3:10
**stretched** 67:20,22
**strictly** 50:25
**strike** 9:15 11:4 24:23
  31:19 33:11 41:6 45:11
  47:8 51:12 68:16 74:15
  113:24 114:3 127:15
  139:25 145:18 160:2
  161:6 162:23 163:24
  164:5 173:17 174:13
  175:7 178:24
**striking** 174:4
**stringent** 172:9
**stripped** 122:10
**stripping** 122:9
**strong** 125:4,8 149:8,16
**struck** 174:6
**structure** 102:21
**structures** 170:10,13,17
**studied** 59:25 202:21
**studies** 61:2
**study** 61:11
**stuff** 169:9
**subject** 30:7 78:21 79:9
  109:15 134:16 140:16
**submission** 92:13
**submitted** 19:10 137:19
  167:15
**subscribe** 76:12
**Subscribed** 208:8
**subsequently** 34:24
  39:25
**subsidiaries** 93:17
**subsidiary** 31:24 32:7
  173:13
**substance** 82:19 171:24
  172:3 173:16 181:10
**substantial** 90:11 124:7

**substantially** 118:9
**substituted** 18:20
**suffered** 165:16
**suffering** 28:9
**suffices** 36:9
**suggest** 33:8 64:23 104:7
  155:25 170:24 171:19
  189:4
**suggested** 10:6,22 38:5
  128:16 158:15 161:3
**suggesting** 55:3 126:9
  157:8
**suggestion** 38:12 106:7
**suggests** 69:13 78:25
**Suite** 2:16,21 3:5
**sum** 82:18
**summarize** 162:23
**summary** 19:16 107:5
  108:18 111:12,15,19,20
  111:21 112:13
**supervision** 141:3
**suppliers** 115:20 142:23
  143:2
**supply** 64:16
**support** 23:2 36:18
  66:11
**supposed** 99:7
**Supreme** 102:15
**sure** 7:3 56:7 60:16,22
  63:17 73:8 104:4 107:4
  107:12 115:2 129:22
  137:15 155:6 182:7
  190:15 202:11 203:8
**surface** 14:9
**surprise** 83:5
**surprised** 58:16
**surprising** 172:10
**surprisingly** 105:17
**surrounded** 197:23
**surrounding** 7:20 145:11
**suspect** 95:9 103:8
**suspended** 115:5,20,25
**suspension** 114:20
**suspicions** 28:13
**swear** 5:15
**SWICK** 3:3
**sworn** 5:17,22 117:7

208:8
**system** 17:21 64:16
  171:6 172:7,13,19
  173:7 182:8,12,19
  183:3,16 201:24 203:9
  204:25
**systemic** 202:24
**systems** 170:20

---

## T

**T** 1:2 5:17 209:2,2 210:7
**tab** 193:3
**table** 60:22 157:15
  197:13 198:15
**tables** 161:9
**tabs** 193:9
**tacit** 58:21
**take** 14:10 36:15 37:12
  43:10 47:17,24 60:3
  63:11 64:9 69:18 73:7
  77:13 80:2 81:2 93:6
  100:13 101:3,7 107:17
  116:5 121:4 122:24
  128:8 130:2,5 143:12
  143:15 150:14 162:21
  167:14,18 178:5 185:8
  187:20 189:6,12,18
  190:4 193:24 195:4
  207:22
**taken** 1:12 5:8 45:15
  47:24 80:19 87:5 91:8
  91:24 94:5 97:10
  123:15 149:3 150:17
  157:8 178:8
**takes** 169:11
**talk** 146:16 207:18
**talked** 148:25
**talking** 21:12 80:15
  86:21 115:10 146:25
  147:3 152:19 160:23
  171:23 172:6 175:5
  196:23 203:24 205:13
**talks** 160:13
**TAMAHARA** 4:15
**targets** 28:13
**tax** 62:12 63:25 64:6,11
  67:11 72:5

**TCU** 38:6
**technical** 12:18 13:22
  14:13 22:25 63:20
  122:7
**tell** 27:8 78:11 98:6
  129:11 152:20 179:9
  180:14 193:10 200:4
  203:22
**telling** 149:15
**ten** 114:15 124:23
**ten-hour** 130:11
**tens** 159:21
**tense** 99:22
**tenure** 8:21 206:12
**terms** 61:9 64:14 72:17
  81:5 89:5 135:2 145:3
  156:14
**Terrific** 180:23
**test** 14:12 15:7,24 24:19
  100:5 124:17 146:2
  147:17,21 153:21
  154:24 155:2 156:17
  197:14
**testified** 5:23 91:13
  117:8 123:23 144:20
  150:22 151:21 152:12
  168:5 187:2 196:19
**testify** 168:9
**testifying** 117:13
**testimony** 14:19 25:7
  31:13 61:20 93:22
  117:16 144:18,19 150:5
  150:9 152:16 164:5
  168:11,15,16,20 170:15
  172:5 173:20 174:14
  177:20 185:21,25 186:4
  186:9 190:8 198:23
  211:9
**testing** 196:20
**tests** 100:17 154:22
**text** 74:24 76:2
**thank** 6:9,25 16:18 22:21
  36:12 50:12 59:13
  65:22 75:15 77:22
  81:24 110:24 111:25
  133:14 137:11 138:5
  164:9 176:7 185:8,20

194:7 198:22 207:23,25
  208:2
**Thanks** 36:17
**theory** 50:18 124:16
  163:9 166:8 167:9,23
**thereabouts** 6:22
**thing** 29:10 47:16 80:23
  151:18 169:25 196:24
**things** 46:9 71:22 101:10
  125:20 127:11 136:5
  148:19 151:9 178:24
  193:2 194:9
**think** 19:8 36:13,20
  46:15 54:15 61:21 75:5
  78:10 83:18 93:22
  108:16,17 131:22,25
  146:10 151:10 160:14
  179:19 192:9 207:20
**third** 1:14 2:4 5:7 17:14
  33:25 56:3 68:24 85:10
  92:16 93:13 95:25 97:3
  97:20 101:14 124:14
  127:23 128:8 148:22
  149:25 164:15,19
**thought** 22:24 52:13
  55:12 130:3 136:11
  179:2 187:2 189:6
  200:23 201:3,8
**threatened** 127:4 130:2
**threatening** 129:24,25
**threats** 28:10
**three** 10:7 43:14 47:23
  55:7 58:11 67:10
  101:10 165:22
**threshold** 98:21,21
  196:10 203:11
**thresholds** 101:20 135:5
  136:7
**throwing** 132:9
**time** 5:5 6:14 7:14 9:7
  22:22,24 30:24 31:16
  37:12 43:19 48:8 49:11
  49:14 51:6 54:25 55:4
  56:19 59:25 69:18
  72:25 74:9,15,15,16
  79:19 86:6 87:3,6 89:2
  89:24 90:15 91:6,9,22

91:25 94:25 97:8 100:4
102:17 103:3,8 108:13
113:22 115:17 116:6
117:4 121:4 122:24
123:13,19 125:9 128:2
128:5 131:24 133:15,17
134:4 138:18,25 143:5
148:17 149:21 150:15
150:18 159:4 167:17,25
168:20,21 169:21 170:3
175:15 178:4,6,9,13,13
178:23,24 179:4,12
187:7 199:14,16,17,21
200:11,19 208:3,5
**Timeliness** 153:21 154:3
154:4
**timely** 20:10 21:13
100:11
**times** 26:5 77:4 94:16
101:16 124:21,24
152:25 153:3 160:16,23
160:24 187:11,18 201:4
207:9
**title** 93:15 145:7,22
**titled** 162:19
**today** 6:5,23 117:12
137:18,19 196:19
**Today's** 5:5
**told** 101:9
**tomorrow** 6:24 207:23
**top** 19:23 48:6 54:7 62:5
66:15 105:20 154:14
200:7,10
**TOPAZ** 2:9
**topic** 30:5 38:8,17 48:22
137:25
**topics** 83:11
**total** 6:12,15 14:2
**Touche** 120:16 155:23
**touched** 180:25
**traded** 42:19
**tradition** 9:10
**traditionally** 55:6
**training** 195:2
**transaction** 204:11
**transcript** 36:16 209:9
**translate** 22:2 27:19

175:22 190:13
**translation** 11:18 12:25
13:5,14,15,16,24 18:9
20:17 27:10,16 30:14
83:18 85:17 86:4 104:5
137:8 181:14
**translations** 13:9 133:3
**translator** 21:22,25
107:23
**transparency** 127:19
144:21 145:2,21
**transparent** 173:5
**Transpetro** 93:16
**transport** 93:17
**treat** 65:19
**treating** 148:3
**tribunal** 33:17 38:16
**tried** 57:18 90:21 182:11
**triggers** 181:22,24 184:9
184:10,19
**true** 46:25 47:9,13 65:13
85:20 158:2 184:5
187:9 191:18,20,22,25
192:3 201:7 209:9
**truthful** 168:23
**try** 23:22 84:9 114:24
187:12,20 189:6,19
207:23
**trying** 15:7 25:9 32:20
84:7 101:6,21 108:16
140:21 145:16 146:9
156:25 157:3 186:13
187:20 189:16
**tune** 23:13 99:16 135:19
**turn** 12:8 17:14 19:22
20:21 29:14 33:25
35:11 39:19 43:25 48:2
52:3 56:3 63:4 65:10
66:13,20 69:9 81:12
84:18 86:2 96:6 100:18
103:11 105:19 108:14
110:12 114:4 131:3
146:14 153:7,9 165:18
169:2 170:8 175:18
177:6 181:2 185:21
195:17 197:5 198:7
**turned** 146:5

**turning** 26:10 36:23
70:16 133:8 140:3
160:10
**turnover** 40:3
**turns** 171:15
**two** 8:11 10:12 15:21
26:12 29:18 35:21,23
36:25 37:17 42:10 43:7
43:13 46:8,12,13 48:3
54:11 55:12 61:23
62:12 65:11 67:7 76:5
84:13,14 89:8 93:5
99:7 112:11 119:17
124:10 133:8 134:9,10
162:10 204:13
**two-day** 55:3
**two-thirds** 101:22
**twofold** 68:8
**type** 140:15,16

───────

**U**

**U** 5:17,21,21,21 117:6,6
117:6
**U-turn** 126:18 128:11
**U.S** 23:13 135:23
**ultimate** 126:24 127:2
**ultimately** 94:14 102:11
105:8 185:10
**Um-hum** 12:7 19:24
41:23 56:12 65:25 82:3
83:2 96:12,15 112:3
124:2 126:19 162:7
181:3,7 190:12 192:25
194:4,15 198:10 199:18
**unable** 24:7 173:13
**unacceptable** 133:20
**uncertainties** 100:9
**underlying** 31:11
**underneath** 155:5
**understand** 13:6 22:9
23:23 37:15 40:21
79:24,25 96:5 105:12
117:23 140:10 145:16
146:9 166:21 170:18
179:9 182:8,9,11,16
183:13 187:22 191:8,16
198:17 199:16,22

**understandable** 174:19
**understanding** 6:4 13:20
15:9,19 20:11 24:20
34:10 53:13,17 61:10
69:21 72:24 94:16
102:17 103:6 109:5,6
118:25 125:18 126:13
132:3 135:24 137:17,17
137:18 146:5 157:24
167:10 177:8,10 182:7
182:13 183:9 186:24
**understating** 191:3
**understood** 40:25 43:9
57:13 113:7
**undertake** 62:25 147:16
**undertaken** 79:14
**undertaking** 15:24
202:16
**Underwriter** 3:20
**Unfortunately** 170:25
**unit** 14:3,11 24:7,14
33:18 34:11,18,21
148:4 196:19 197:18
**United** 1:3 5:10 17:5
**units** 22:20 166:25
**University** 166:18
**unmistakable** 113:18
**unprecedented** 77:7,7
**unqualified** 95:11
**unquote** 157:7
**unwinding** 181:21,24
184:18
**urge** 138:3
**urged** 90:18 136:22
**use** 12:24 60:11 67:2
68:17 72:7 98:16 100:6
106:2 107:15 131:8
132:3,7 137:7 152:16
156:12 189:19 190:5
**usual** 45:20 46:5 55:14
143:4 186:8

───────

**V**

**vague** 71:6 156:6 175:16
**Valor** 139:11
**valuation** 99:5
**value** 33:13 57:24 58:3,7

61:6,13,17,24 64:18,20
67:5,14 69:25 85:20
96:20 98:25 99:11
100:4,6 105:14 120:11
120:14 121:10,24 126:7
126:23 131:8 132:4,6
139:15,19 145:25 148:5
155:21 156:11,12
157:19 192:5 200:24
202:17 205:6,19 206:16
**values** 85:13 131:18
140:14 166:4 176:12
177:13,18
**varied** 71:18
**various** 165:21 187:11
187:18 198:23
**Venezuela** 37:23
**venture** 32:21
**verification** 166:5
**verifying** 177:11
**version** 13:10 19:19
26:25 35:8 60:14
107:13 108:5 123:5
192:11,12,15,24 211:11
211:12
**viable** 71:2
**viciously** 171:5
**victim** 164:18,23 187:3,6
187:24 188:18
**victimized** 187:8
**victims** 165:10
**Video** 1:25 5:4 212:25
**videographer** 4:17 5:2,4
49:11,14 87:3,6 91:6,9
91:22,25 116:6 117:4
123:13,19 128:2,5
150:15,18 178:6,9
208:3
**videotaped** 1:11 5:6
**view** 18:22 20:12 28:6
69:5,15 127:8 131:20
133:14 138:21 155:11
155:16 156:3 165:9
188:23 189:7,13 191:5
191:13,18,23,25 192:3
**viewed** 206:14
**views** 149:22 207:4

**violate** 48:14 124:15
**violation** 82:10 85:2
**virtually** 71:24 151:16
**voided** 88:3
**vote** 10:19,24,25 16:21
16:25 17:24 19:7,9,17
19:20,23,25 20:7 21:16
21:18 26:11 33:3 45:15
45:19,22,24 46:2,11,21
46:24 47:17,23 48:11
94:4,7 98:2,7,10 125:24
128:25 136:21 137:20
137:23 146:11,12,16,16
146:24 147:4,10 149:18
149:21,22 150:4 152:22
153:7,12,18 155:10
156:9 157:5 158:11,14
160:5,8,10 161:15,19
162:19 163:20
**voted** 10:15,18,25 11:3
45:21 46:7 90:16 98:8
143:6,22 144:5 154:8
160:8
**votes** 17:12,25 18:24
19:13,15 200:20 201:21
**voting** 8:3 18:4 19:6 90:6
136:10 196:8
**VPL** 64:13,17

### W

**W** 3:6
**wait** 20:24
**waiting** 128:7
**waived** 164:12
**waiver** 50:10
**walk** 71:10 153:25 154:2
**want** 14:19 91:18 107:19
144:17,19 146:15 167:5
179:11 185:20 192:6
193:4,17 194:9 196:23
203:7
**wanted** 15:18 22:25
32:23 57:12 60:21 93:6
120:12 132:6 167:25
180:23 193:12
**warrant** 147:12
**warranted** 86:18

**Wash** 114:21 118:23
**Washington** 3:21
**wasn't** 25:10 41:3,5,8
144:21 173:15 188:4
205:23
**watching** 129:16
**way** 19:3 20:19 25:12,14
33:17 36:9 47:25 78:9
103:15 114:5 126:4,14
130:24 132:8 136:6,12
139:19 148:19 155:17
163:4 165:12 185:9
191:5 202:21 206:6
209:12
**ways** 142:22
**website** 65:4,6
**week** 183:20
**weeks** 139:10
**welcome** 77:23
**well-known** 79:3
**went** 16:24 123:22
141:23 172:16,25
176:13 181:20
**West** 2:21
**whatsoever** 136:17 204:9
**WHEREOF** 209:14
**whistle** 172:23 173:21
174:8,18 175:14 184:13
**wish** 32:22 212:2
**withdrawn** 188:22 189:7
193:13 206:5
**withheld** 166:11
**witness** 4:8 5:16 13:13
13:23 16:8 18:8,11,14
20:18 21:4,8 22:3
27:10 28:19 30:13,17
30:23 37:5 39:3 49:6
49:20 50:3,8 53:18
56:9 66:10 78:3,14
87:8 89:12 94:22,24
104:3 109:8 123:8
141:8 163:25 164:8
181:22 195:14 208:2
209:14 210:3
**witness's** 27:4 61:20
94:23
**witnessed** 105:16

**witnessing** 23:7 125:22
185:5
**WOLFE** 3:17
**word** 18:10,11,19 67:3
78:11 92:15 93:23
176:22 195:14
**words** 18:17 26:15 79:23
121:17 142:21 162:2
171:11 177:8
**work** 7:12 41:4,8,12 58:4
122:17 149:5,6 183:3
184:14 204:23
**worked** 192:10
**working** 173:15
**works** 41:11 184:25
**world** 22:11 23:23 24:10
26:20 27:25 28:16 43:4
**worldwide** 17:21
**worried** 163:15
**wouldn't** 153:4 173:14
189:24
**write** 149:18,20
**written** 99:2 141:18
160:10 164:3
**wrong** 18:10,12 45:25
46:16 126:15 128:24
131:22,25 147:16 150:3
156:15 160:25 163:21
163:22 176:18 185:9
191:4
**wrongdoing** 53:16
189:13,18
**wrote** 90:6 157:5
**WSIB** 2:20

### X

**X** 210:2,7

### Y

**year** 8:24 9:4,5,24 15:13
15:24 24:11 33:3,4
35:3 90:3 98:9 102:24
117:23 135:7,19 147:11
155:7,10
**year-end** 124:18 143:6
143:22 144:5 147:4
148:21

**yearly** 184:16
**years** 10:5 15:18 43:22
    43:24 44:19 46:8 47:4
    80:20 90:2 114:15
    181:15 182:2,5 193:18
**York** 1:3,14,14,16 2:5,5
    3:5,5,11,11,15,15,20
    4:5,5 5:7,8,11 209:6
**YOUNG** 2:15

**Z**

**Zimmerman** 119:11
    200:15

**0**

**01** 156:14
**01187093** 62:7

**1**

**1** 11:7,8 20:18 137:13
    210:9
**1-800-310-1769** 1:25
    212:25
**1,390** 137:21
**1.2** 82:25
**1.8** 84:19 85:9
**1.9** 61:24 67:6
**1:05** 87:3
**1:18** 87:6
**1:25** 91:6
**1:26** 91:9,22
**1:30** 91:25
**10** 86:2,8 95:16 131:3
    210:20
**10:40** 1:9 5:6
**100** 195:18
**10006-1470** 3:15
**10013** 3:11
**10016** 2:5
**10036-4003** 4:5
**10110** 3:5
**103** 193:25 194:8
**106** 195:17 200:6
**107** 210:22
**108** 193:24
**11** 81:12 107:7 108:21
    210:9,22

**11:40** 154:5
**11:46** 49:11
**11:56** 49:14
**111/2009** 69:4
**1185** 4:4
**1187056** 66:14
**1187063** 66:20
**1187088** 69:9
**119** 210:23
**12** 95:14,17 106:22
    110:15 115:24 119:18
    119:20 145:4 210:21,23
**12/2015** 157:14
**1224937** 96:7
**1224970** 111:21
**1224986** 111:17
**13** 119:24 120:2 123:2,16
    210:24
**132** 211:2,3
**14** 35:11 36:23 132:15,17
    134:9 137:7 140:4
    148:12,15 155:15 211:2
**14-cv-9662** 1:5
**141** 211:5
**143** 211:7
**143154** 108:23
**144** 211:8
**1440** 3:20
**14th** 35:18
**15** 132:21,23 134:9 137:7
    155:15 204:18 211:3
**1500** 44:19
**16** 141:4,9 210:11 211:5
**168** 211:9
**16th** 171:16
**17** 143:14,17 211:7
**171** 109:2
**17th** 171:16
**18** 1:8 5:5 144:12 211:8
    212:1
**180-degree** 126:17
    128:11
**1810** 3:5
**18th** 171:17
**19** 63:20 168:16,19
    180:20 211:9
**1900** 2:21

**19087** 2:11
**19103** 2:16
**192** 211:11,12
**1997** 194:13
**19th** 209:15

**2**

**2** 16:9,10 26:10 35:9
    39:19 81:12,16,20
    113:6 132:15,17 134:15
    155:2 210:11 211:2
**2.3** 152:13,17
**2.7** 61:24
**2:10** 116:6,8
**20** 23:14 36:2 44:18
    152:22 192:8,12,18
    195:19 197:6,6 204:18
    211:11
**20-F** 51:7 192:9,13,16,20
    192:24 196:25 200:6
    211:11,13
**2000's** 182:17
**20005** 3:21
**2002** 135:9
**2005** 2:15
**2006** 114:15
**2009** 63:20
**2010** 204:14
**2011** 7:24 201:18
**2012** 8:4 30:11 31:15
**2013** 7:18 8:9 9:9 35:10
    125:23 129:2 135:8
    147:18 150:4 152:13
    157:9 172:10 192:9,13
    192:16 193:16,19 202:3
    207:7
**2014** 8:11 9:22 11:10,14
    11:23 25:3 36:2 39:6
    39:12 51:21 53:21,23
    55:22 59:5,11 61:15
    74:2 78:25 79:20 89:22
    94:3 95:15,17 98:9
    104:13 132:15,18,22,24
    133:8 138:17 139:3
    143:7,22 144:5 147:4
    149:4,14,15 150:23
    152:23 155:11 174:6

    175:17 192:20 193:20
    210:10,14,15,21 211:2
    211:4
**2015** 46:9 99:21 118:8
    119:10,19,21,25 120:3
    120:6 141:5,11 143:10
    143:11,15,18 144:11,13
    146:20 149:4 153:14
    155:11 158:9 161:5
    168:8,17 210:23 211:6
    211:7,8,10
**2016** 1:8 5:5 208:9
    209:15 212:1
**21** 53:21,23 192:10,15,23
    193:3 197:5,6 210:15
    211:12
**22** 55:21 59:4 143:15,18
    144:8 146:20 147:2,5
    153:2,14 160:24 211:7
**23** 119:19,21 121:18
    210:23
**23rd** 120:6,24 123:25
    130:23
**25** 11:10,14 39:6,12
    159:13 210:10,14
**250** 3:10 89:25
**25th** 11:23
**26** 168:8,17 198:7,16
    211:10
**2600** 2:16
**27** 63:13 119:25 120:3
    124:5 128:9 132:22,24
    133:8 144:11,13 153:3
    160:16,23 211:4,8
**27th** 122:21
**28** 143:11 210:12
**280** 2:11
**2I** 112:18

**3**

**3** 28:20,21 65:17 67:5
    68:3 85:10 97:5,25
    98:13,16 131:13,16,17
    131:21 133:10,23 134:3
    140:4,4 141:21,24,25
    142:13,17 150:13
    162:20,25 177:12,22,25

186:4,14 189:18 190:21
191:3 192:2 195:22
210:12
**3.10** 197:7
**3.3** 145:3
**3.3.3** 145:4,22
**3:05** 117:3,4
**3:17** 123:13
**3:29** 123:19
**3:35** 128:2
**3:54** 128:5
**30** 56:24 149:14,15
150:23 152:25 192:20
193:18
**319** 154:5
**327** 66:5
**327/09** 59:10,15
**33** 65:16 66:15 203:15
**37** 178:12
**39** 210:13
**3I** 112:18

---
### 4
**4** 23:13 39:4,5 65:15
66:19,22 112:18 152:21
210:13
**4.5** 23:13
**4:36** 150:15
**4:54** 150:18
**400** 147:9 154:7
**41** 65:15
**42.3** 136:15
**481** 17:19
**49** 102:4

---
### 5
**5** 48:2,6 52:3 53:19,20
63:4 112:18 125:13
128:10 210:4,15
**5:42** 178:6
**50** 77:5 90:3 135:19,23
136:14
**500** 3:4
**500,000** 93:25
**51** 108:14,20,22
**53** 106:14 210:15
**59** 210:16

**5th** 56:25

---
### 6
**6** 6:22 17:19 59:19,21
66:13 69:10 70:23
82:17 84:18 141:5,11
203:18 210:16 211:5
**6-K** 144:11,12 211:8
**6:26** 178:9
**600** 1:14 2:4 5:7
**64** 35:4
**64791** 68:25
**655** 2:21

---
### 7
**7** 35:7 75:8,9 87:21
203:18 210:17
**7:08** 208:3,5
**70** 62:5,5
**72nd** 11:8,13 210:9
**73rd** 28:21 29:3 210:12
**75** 38:7,20 210:17
**76** 62:23 67:14 68:3
**764** 167:6
**768** 167:6
**768757** 153:9

---
### 8
**8** 87:10 88:17 210:18
**84** 169:2,8
**85** 181:2
**87** 210:18
**88** 99:16,17 100:13
120:19 121:19 123:24
127:6 145:9 148:5,18
149:16 150:22 151:3,8
156:5 210:19
**88.6** 146:7 157:21
**8th** 3:10

---
### 9
**9** 59:11 88:11,12 92:5
210:19
**92101** 2:22
**93** 175:18
**949** 100:19
**95** 210:20

**950** 101:2 102:3,5
**951** 103:11
**953** 105:19 109:25 110:7
110:8
**954** 112:17
**957** 114:4
**97** 177:6
**98** 177:6 185:21 190:9