# EXHIBIT L

| | |
|---|---|
| From: | CN=Venina Velosa da Fonseca/OU=RJ/O=Petrobras |
| Sent: | Friday, December 12, 2008 7:47 PM |
| To: | CN=Jose Carlos Cosenza/OU=BRA/O=Petrobras@Petrobras; CN=Paulo Cezar Amaro Aquino/OU=BRA/O=Petrobras@Petrobras; CN=Francisco Pais/OU=RJ/O=Petrobras@Petrobras |
| Subject: | ENC: Continuation of Actions |

Venina Velosa da Fonseca
Executive Manager
Corporate Downstream
venina@petrobras.com.br
(21) 3224.2062 – (814.2062)


---- Forwarded by Venina Velosa da Fonseca/RJ/Petrobras on 12/12/2008 5:46 p.m. -----
"Norberto Andrade Camargo" <reisvigil@gmail.com>
12/12/2008 17:43

To
nederluc@petrobras.com.br
venina@petrobras.com.br
agenor@petrobras.com.br
rctorres@petrobras.com.br
dabast@petrobras.com.br
duque@petrobras.com.br
estrella@petrobras.com.br
nestor.cervero@petrobras.com.br
sergioquintao@petrobras.com.br
pcosta@petrobras.com.br
djalma.souza@petrobras.com.br
claudeteleao@petrobras.com.br
salles@petrobras.com.br
phaguiar@petrobras.com.br
sheila.transpetro@petrobras.com.br
claudiocampos@petrobras.com.br
latge@petrobras.com.br
carlos.rosa@petrobras.com.br
anavitoria@petrobras.com.br
sergiomachado@petrobras.com.br
cc

Subject

CONFIDENTIAL
PBRCG-P_01742342

Continuation of Actions

Dear Sirs,

Following a series of Warnings I have been giving for years, (and as I have not seen long-lasting results of this work, I believe it may contribute to contain the freedom of action of usurpers of public assets and help building a better country), once again I call the attention of honest people to have an eye on scoundrels to have them run away!

Objectively:

All sorts of dirty tricks and "adjustments" have been freely going on at the senior levels at our Petrobras. This must come to an end!

How it is done:

Employees in the highest ranking in several areas of the company and its subsidiaries, by their own interest or serving those who appointed them, their "owners," privilege powerful groups and even smaller companies, with influent and ambitious friends. Bidding processes are created, choosing half a dozen companies, and one or two companies are the winning bidders, but all of these companies win in the end. The freedom to act under the terms in Law No. 8,666, that should provide flexibility to Petrobras, serves to privilege the tricks and orders.
The winning bidder is the one chosen to win, and no one complains because everyone wins. Has an important person not been invited? No problem: it is sufficient to pay a visit to the Executive Officer with his politician or lobbyist with a "share of rights" in this Executive Office and the person will be included in the list. Even if untimely (the list of invited companies is closed). Even if it is irregular and illegal. No one complains: everyone wins, even if only one is the winning bidder. And the Executive Officer wins, the Lobbyist wins, the politician wins.
The most outrageous thing is that this is done in the opening. Many employees involved in the execution of these processes participated and help silently and tacitly – of course, this is how you maintain the position, this is how you build a career!
Executive Officers receive bribes from the intermediates and those that propose businesses. They make friends, travel together, conspire and execute their plans. Companies and serious people lose, that have no access to legal and profitable businesses, as these are reserved to the small but "selective" group of privileged that use the offices of the Company for their meetings, they park their Mercedes and Audis at the garage at

EDISE, shamelessly! Poor Officers, they because slaves of Janene, Jader Barbalho, the Bench of Minas and their agents.

Who is involved:

These are the same, for years. Tupinambas, Jorge Luz, Reis, Queiroz, Marios Galvão, Femando Soares "Baianinho," André "Cabeleira," Amaral, Plinio, former almost officer Moreira and others. I can, and I will, tell many stories of the actions by each of them. I am just starting to raise my voice, but many of those reading will know exactly what I am talking about.
And I speak in hopes that the authorities that are warned will take the necessary measures to move them out from their positions and their dirty tricks. THEY ARE THE INTERFACE, IN THE DAY TO DAY, OF NAMES AS THE ONES MENTIONED IN THE LAST PARAGRAPH. And this must come to an end!

I have avoided taking this issue to the Press, with the set of information and facts that I can present. Scandals, shameful publicity that taint the image of Petrobras and Brazil are not considered. But I will not stop if measures are not taken. Enough blindness, deafness, and pretense ingenuity.

Expecting,

The Vigilante

CONFIDENTIAL

PBRCG-P_01742342_00003



1345 Avenue of the Americas
17th Floor
New York, NY 10105
212.620.5600
merrillcorp.com

State of New York    )
                     )    ss:
County of New York   )

## Certificate of Accuracy

This is to certify that the attached

**PBRCG-P_01742342 - PBRCG-P_01742342_00003**

originally written in the Portuguese language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: June 13, 2016

Jesús López
Sr. Project Manager, Legal Translations
Merrill Brink International

Sworn to and signed before me, this ____13th____ day of ____June   2016____

Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

Merrill is an Equal Employment Opportunity and Affirmative Action Employer

| | |
|---|---|
| **From:** | CN=Venina Velosa da Fonseca/OU=RJ/O=Petrobras |
| **Sent:** | Friday, December 12, 2008 7:47 PM |
| **To:** | CN=Jose Carlos Cosenza/OU=BRA/O=Petrobras@Petrobras; CN=Paulo Cezar Amaro Aquino/OU=BRA/O=Petrobras@Petrobras; CN=Francisco Pais/OU=RJ/O=Petrobras@Petrobras |
| **Subject:** | Enc: Continuação da Ações |

Venina Velosa da Fonseca
Gerente Executiva
Abastecimento Corporativo
venina@petrobras.com.br
(21) 3224.2062 - (814.2062)

----- Repassado por Venina Velosa da Fonseca/RJ/Petrobras em 12/12/2008 17:46 -----

"Norberto Andrade Camargo" <reisvigil@gmail.com>
12/12/2008 17:43


Para
nederluc@petrobras.com.br
venina@petrobras.com.br
agenor@petrobras.com.br
rctorres@petrobras.com.br
dabast@petrobras.com.br
duque@petrobras.com.br
estrella@petrobras.com.br
nestor.cervero@petrobras.com.br
sergioquintao@petrobras.com.br
pcosta@petrobras.com.br
djalma.souza@petrobras.com.br
claudeteleao@petrobras.com.br
salles@petrobras.com.br
phaguiar@petrobras.com.br
sheila.transpetro@petrobras.com.br
claudiocampos@petrobras.com.br
latge@petrobras.com.br
carlos.rosa@petrobras.com.br
anavitoria@petrobras.com.br
sergiomachado@petrobras.com.br
cc

Assunto
Continuação da Ações


Senhores,

Em continuação a uma sequência de Alertas que venho fazendo há alguns anos,
(que sem ver resultados duradouros desse trabalho, acredito que ele possa

contribuir para conter a liberdade de ação dos usurpadores da coisa pública e assim ajudar a criar um Brasil melhor), volto a chamar a atenção dos honestos para que vigiem e dos gatunos para que fujam!

Objetivamente:

Continua a ser praticada livremente toda a sorte de maracutaias e "acertos" nas cúpulas da nossa Petrobras. Isso precisa acabar!

Como se faz:

Funcionários dos mais altos escalões em várias instâncias da empresa e suas coligadas, por interesse próprio ou atendendo àqueles que os fizeram nomear, os "seus donos", privilegiam grupos poderosos e até empresas menores mas com amigos influentes e ambiciosos. Se montam licitações onde são escolhidas meia dúzia de companhias, onde uma ou duas vão vencer, mas todas vão ganhar. A liberdade de ação em reclação à LEI 8666, que deveria justamente servir para dar elasticidade à Petrobras, serve para privilegiar as falcatruas e desmandos. Vence quem combinou vencer, e ninguém se queixa, porque todos ganham. Faltou alguém importante ser convidado? Sem problema: basta que ele faça uma visitinha ao Diretor com o seu político ou lobista que tem "cota de direitos" nessa Diretoria, e ele é incluído na lista. Mesmo que extemporaneamente (já se encerrou a lista de convidados..). Mesmo que irregular e ilegalmente. Ninguém se queixa: todos vão ganhar, por mais que só um vença. E ganha o Diretor, ganha o Lobista, ganha o político.
O maior desplante é que isso é feito quase que às claras. Muitos funcionários envolvidos na execução desses processos participam e ajudam de forma silente e tácita - é claro, é assim que se mantém o cargo, é assim que se faz carreira!
Os Diretores recebem na própria sede os seus intermediários e os que por meio deles lhes vêem propor negócios. Ficam amigos, viajam juntos, conspiram e executam seus planos. Perdem as empresas e as pessoas sérias, que ficam sem acesso aos negócios lícitos e lucrativos, já que esses são reservados para a pequena porém "seleta" turma de privilegiados que usa os escritórios da Companhia para seus encontros, estaciona suas Mercedes e Audis na garagem do EDISE, desavergonhadamente! Pobres Diretores, tornaram-se escravos do Janene, do Jader Barbalho, da Bancada de Minas e seus agentes.

Quem faz:

São os mesmos, há anos. São os Tupinambás, os Jorge Luz, os Reis, os Queiroz, os Marios Galvão, os Fernando Soares "Baianinho", André "Cabeleira", Amaral, Plínio, o ex-quase diretor Moreira e outros. Posso, e vou fazer isso, contar muitas histórias das ações de cada um deles. Estou apenas começando a aumentar o tom, mas muitos dos que lerem esta saberão exatamente de quem estou falando. E falo na esperança que as autoridades avisadas tomem as providências necessárias para afastá-los dos gabinetes e das maracutaias. ELES SÃO A INTERFACE, NO DIA A DIA, DE NOMES COMO OS QUE CITAMOS NO FINAL DO PARÁGRAFO ANTERIOR. E isso precisa acabar!

Tenho evitado levar o assunto a Imprensa, com o conjunto de informações e fatos que´posso apresentar. Não interessam os escândalos, a publicidade vergonhosa que mancha a imagem da Petrobras e do Brasil. Mas não vou parar se providências não forem tomadas. Basta de cegueira, surdez e pretensa ingenuidade.

Na expectativa,

O Vigilante