# EXHIBIT M

# General Ombudsman

# 4th Quarter – 2010 Executive Report



PETROBRAS
www.ouvidoria.petrobras.com.br

Confidential

**PETROBRAS**

CONFIDENTIAL

**Initial Comments**

In relation to the established practice of informing the High Management about the charges and claims made to this Department and that are still pending a solution, please find below the report, which includes the records updated until the 4th quarter of 2010.

In essence, the report includes the numbers and evolution in the processing of charges and claims that are still pending. An attached spreadsheet details them with summarized information on their content, date of receipt and processing, as well as their current status.

Thanks to the data consolidation, the General Ombudsman complies with its duty to render accounts of its activities to the Board of Directors and to provide the company's management information that enable continuous improvements.

Rio de Janeiro, January 24, 2011.

[signature]
Paulo Otto von Sperling
Petrobras' General Ombudsman

**BR PETROBRAS**

CONFIDENTIAL

## INDEX:

Part I: Petrobras' Consolidated Data                                    3
1 – Charges                                                             3
2 – Claims                                                             7
Part II: Stratified Data – Downstream                                  11
1 – Charges                                                            11
2 – Claims                                                            14
Part III: Stratified Data – Communication                             17
1 – Charges                                                            17
2 – Claims                                                            20
Part IV: Stratified Data – Exploration & Production                   22
1 – Charges                                                            22
2 – Claims                                                            25
Part V: Stratified Data – Finance                                     28
1 – Claims                                                            28
Part VI: Stratified Data – Gas & Energy                               30
1 – Charges                                                            30
2 – Claims                                                            30
Part VII: Stratified Data – International                             32
1 – Charges                                                            32
2 – Claims                                                            32
Part VIII: Stratified Data – Legal Department                         34
1 – Claims                                                            34
Part IX: Stratified Data – Human Resources                            35
1 – Claims                                                            35
Part X: Stratified Data – Corporate Security                          38
1 – Charges                                                            38
2 – Claims                                                            38
Part XI: Stratified Data – Services                                   40
1 – Charges                                                            40
2 – Claims                                                            44
Exhibit 1 – Spreadsheets With Details About Charges And Claims



PETROBRAS

CONFIDENTIAL

## PART I: PETROBRAS' CONSOLIDATED DATA

### 1 – CHARGES

#### 1.1 – Stratification per issue

In this section, we shall present the pending charges classified per issue.

**Total number of pending charges until December 30, 2010: 176**



**PETROBRAS**

CONFIDENTIAL

## 1.2 – Evolution of issues in relation to the third quarter report

The graph below indicates the issues which showed a variation (increase or decrease) in relation to the previous quarter.

| ISSUES WHICH NUMBER OF PENDING CHARGES HAVE INCREASED IN COMPARISON WITH THE PREVIOUS REPORT | INCREASE (NUMBER) | ISSUES WHICH NUMBER OF PENDING CHARGES HAVE DECREASED IN COMPARISON WITH THE PREVIOUS REPORT | REDUCTION (NUMBER) |
|---|---|---|---|
| Contractors | 5 | Subcontractors | 8 |
| Bids | 4 | Contracts | 6 |
| Deviance | 2 | Private Benefit | 4 |
| Psychological violence in the workplace | 2 | Damages to Property | 3 |
| Undue use of Company's Goods and Services | 1 | Sponsorship | 3 |
| Violations of Labor Laws by Petrobras | 1 | SMS – Safety/Health | 2 |
| | | Fuels | 1 |
| | | Personal property theft | 1 |
| | | SMS – Environment | 1 |
| | | Influence Peddling | 1 |
| | | Information Security Violation | 1 |
| TOTAL | 15 | | 31 |

## 1.3 – Stratification per year

Please find below the pending issues classified as per the year during which the charge was made to the General Ombudsman.



**BR PETROBRAS**

CONFIDENTIAL

**Notes:**

Although, generally speaking, the number of 90 charges has been reduced (46%) in comparison with those related to the third quarter of 2010, there has been an increase of over **74** new charges in the fourth quarter of 2010.

### 1.4 – Areas processing the charges

The following table identifies the Executive Office or Corporate Area to which the charge was submitted:



### 1.5 – Evolution of the number of charges per Executive Office and Corporate Area

| Executive Offices and Corporate Areas | Number of charges being processed in the areas during the third quarter of 2010 | Number of charges solved in the areas during the third quarter of 2010 | Number of new charges filed during the fourth quarter of 2010 | Number of charges in the Report for the fourth quarter of 2010 |
|---|---|---|---|---|
| SERVICES | 99 | 45 | 34 | 88 |
| E&P | 39 | 14 | 19 | 44 |
| DOWNSTREAM | 35 | 14 | 17 | 38 |
| COMMUNICATION | 10 | 9 | 2 | 3 |
| CORPORATE SECURITY | 1 | 0 | 1 | 2 |
| GAS & ENERGY | 1 | 1 | 1 | 1 |
| INTERNATIONAL | 7 | 7 | 0 | 0 |
| TOTAL | 192 | 90 | 74 | 176 |

**Comments:**

**BR PETROBRAS**

CONFIDENTIAL

The evolution of charges of Executive Offices with the greatest number of pending charges in the previous report was as follows:

☐ **SERVICES**:
  45 charges less in comparison with previous quarter;
  34 new charges in the current quarter.

☐ **E&P:**
  14 charges less in comparison with previous quarter;
  19 new charges in the current quarter.

☐ **DOWNSTREAM**:
  14 charges less in comparison with previous quarter;
  17 new charges in the current quarter.

## 1.6 – Stratification per current status

The graph below shows the processing stage of the charges.



## 2 – CLAIMS



CONFIDENTIAL

## 2.1 – Stratification per issue

In this section, we shall present the pending claims classified per issue.

**Total number of pending claims until December 30, 2010: 129**



**BR PETROBRAS**

CONFIDENTIAL

## 2.2 – Evolution of issues in relation to the third quarter report

The table below indicates the issues which showed a variation (increase or decrease) in relation to the previous quarter.

| ISSUES WHICH NUMBER OF PENDING CLAIMS HAVE INCREASED IN COMPARISON WITH THE PREVIOUS REPORT | INCREASE (NUMBER) | ISSUES WHICH NUMBER OF PENDING CLAIMS HAVE DECREASED IN COMPARISON WITH THE PREVIOUS REPORT | REDUCTION (NUMBER) |
|---|---|---|---|
| Business relationships | 6 | AMS | 24 |
| Contractors | 3 | Right to come and go | 6 |
| Inappropriate Assistance | 2 | General issues about the Company | 5 |
| Benefits | 2 | Compensation and work regime | 4 |
| Documents | 1 | Selection Process | 2 |
| Sea | 1 | Shares | 1 |
| Relationships with Unions | 1 | Petrobras' Performance | 1 |
| SMS | 1 | Infrastructure | 1 |
| | | Sponsorship | 1 |
| | | Petrobras' Programs | 1 |
| | | Outsourcing | 1 |
| TOTAL | 17 | | 47 |

## 2.3 – Stratification per year

Please find below the pending issues classified as per the year during which the claim was made to the General Ombudsman.



**Notes**:
Although, generally speaking, the number of 116 claims has been reduced (73%) in comparison with those related to the third quarter of 2010, there has been an increase of over 87 new claims in the fourth quarter of 2010.



CONFIDENTIAL

## 2.4 – Areas processing the claims

The following graph identifies the Executive Office or Corporate Area to which the claim was submitted:



## 2.5 – Evolution of the number of claims per Executive Office and Corporate Area

| Executive Offices and Corporate Areas | Number of claims being processed in the areas during the third quarter of 2010 | Number of claims solved during the third quarter of 2010 | Number of new claims filed during the fourth quarter of 2010 | Number of claims in the Report for the fourth quarter of 2010 |
|---|---|---|---|---|
| SERVICES | 70 | 57 | 46 | 59 |
| E&P | 21 | 15 | 17 | 23 |
| DOWNSTREAM | 20 | 13 | 9 | 16 |
| HUMAN RESOURCES | 22 | 14 | 5 | 13 |
| CORPORATE SECURITY | 14 | 8 | 1 | 7 |
| INTERNATIONAL | 2 | | 2 | 4 |
| GAS & ENERGY | 2 | 2 | 3 | 3 |
| COMMUNICATION | 4 | 4 | 2 | 2 |
| FINANCE | 3 | 3 | 1 | 1 |
| LEGAL | | | 1 | 1 |
| TOTAL | 158 | 116 | 87 | 129 |



CONFIDENTIAL

**Notes**:

The evolution of claims of Executive Offices and Areas with the greatest number of pending claims in the previous report was as follows:

□ **SERVICES**:
   57 claims less in comparison with previous quarter;
   46 new claims in the current quarter.

□ **E&P**:
   15 claims less in comparison with previous quarter;
   17 new claims in the current quarter.

□ **DOWNSTREAM**:
   13 claims less in comparison with previous quarter;
   9 new claims in the current quarter.

□ **HUMAN RESOURCES**:
   14 claims less in comparison with previous quarter;
   5 new claims in the current quarter.

## 2.6 – Stratification per current status

The graph below shows the processing stage of the claims.



**PETROBRAS**

CONFIDENTIAL

## PART II – STRATIFIED DATA – DOWNSTREAM

### 1 – CHARGES

This section presents the pending charges broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending charges in the third quarter of 2010: 35 35**



**Total pending charges in the fourth quarter of 2010: 38**



**Notes**:

**BR PETROBRAS**

CONFIDENTIAL

- ☐ 14 charges on going in the third quarter were closed, corresponding to 40% of the total for the period.
- ☐ 17 new charges were submitted in the fourth quarter of 2010.
- ☐ There was an increase of approximately 8% in the number of pending charges, comparing the two quarters.
- ☐ Despite the closing of 14 charges and the submission of 17 new charges, the main issues remain those related to procurement procedures and psychological violence in the workplace (issues which, together, cover 82% of the charges).

### 1.2 – Stratification per year

In this section, charges are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the charges, comparing the number of charges pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those charges in the last three months. The 17 new charges that were submitted during the quarter October/December were not taken into account hereto.



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**Notes:**

- ☐ 1 charge from 2009 was closed (17%).
- ☐ 13 charges from 2010 were closed (45%).
- ☐ Total number of charges closed in the 3-year period (2008-2010): 14 out of 35 charges (40%).

The second graph shows the current situation, excluding the 14 charges closed and including the 17 new outstanding charges submitted in the period from October to December 2010.



## 1.3 – Stratification per current status

This section presents the status of the charges.

The chart below identifies the evolution of the status of the charges, comparing the number of charges pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those charges in the last three months. The 17 new charges that were submitted during the quarter October/December were not taken into account hereto.



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

The second graph shows the **current situation**, excluding the 14 charges closed and including the 17 new outstanding charges submitted in the period from October to December 2010.

**BR PETROBRAS**

CONFIDENTIAL



## 2 – CLAIMS

**2.1 – Stratification per issue**

  This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 20**



**Total pending claims in the fourth quarter of 2010: 16**

**BR PETROBRAS**

CONFIDENTIAL



**Notes**:

☐     13 claims on going in the third quarter were closed, corresponding to 65% of the total period.

☐     9 new claims were submitted in the fourth quarter of 2010.

## 2.2 – Stratification per year

In this section, claims are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the claims, comparing the number of claims pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those claims in the last three months. The 9 new claims that were submitted during the quarter October/December were not taken into account hereto.

**BR PETROBRAS**

CONFIDENTIAL



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**Notes**:

- ☐ The 2008 claim was not concluded.
- ☐ The 2009 claim was closed (100%).
- ☐ 12 claims (67%) from 2010 were closed.

     The second graph shows the current situation, excluding the 13 claims closed and including the 9 new outstanding claims submitted in the period from October to December 2010.



**2.3 – Stratification per current status**

     All 16 claims are being analyzed by the relevant Areas of the Downstream Executive Office.

**PETROBRAS**

CONFIDENTIAL

## PART III: STRATIFIED DATA – COMMUNICATION

## 1 – CHARGES

### 1.1 – Stratification per issue

This section presents the pending charges broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending charges in the third quarter of 2010: 10**



**Total pending charges in the fourth quarter of 2010: 3**



**Notes**:

- ☐ 9 charges on going in the third quarter were closed, corresponding to 90% of the total for the period.
- ☐ 2 new charges were submitted in the fourth quarter of 2010.



CONFIDENTIAL

## 1.2 – Stratification per year

In this section, charges are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the charges, comparing the number of charges pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those charges in the last three months. The 2 new charges that were submitted during the quarter October/December were not taken into account hereto.



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**Notes:**
- ☐ 1 charge from 2008 was closed (100%).
- ☐ 3 charges from 2009 were closed (100%).
- ☐ 5 charges from 2010 were closed (84%).
- ☐ Total number of charges closed in the 3-year period (2008-2010): 9 out of 10 charges (90%).

The second graph shows the current situation, excluding the 9 charges closed and including the 2 new outstanding charges submitted in the period from October to December 2010.



**PETROBRAS**

CONFIDENTIAL

**1.3 – Stratification per current status**

This section presents the status of the charges.

The chart below identifies the evolution of the status of the charges, comparing the number of charges pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those charges in the last three months. The 2 new charges that were submitted during the quarter October/December were not taken into account hereto.



■  **Pending in the third report of 2010**

■  **Pending in the fourth report of 2010**

The second graph shows the current situation, excluding the 9 charges closed and including the 2 new outstanding charges submitted in the period from October to December 2010.





CONFIDENTIAL

## 2 – CLAIMS

### 2.1 – Stratification per issue

This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 4**



**Total pending claims in the fourth quarter of 2010: 2**



**Notes:**

- ☐ 4 claims on going in the third quarter were closed, corresponding to 100% of the total for the period.
- ☐ 2 new claims were submitted in the fourth quarter of 2010.

**PETROBRAS**

CONFIDENTIAL

## 2.2 – Stratification per year

In this section, claims are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the claims, comparing the number of claims pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar).The purpose is to highlight the progress of those claims in the last three months. The 2 new claims that were submitted during the quarter October/December are not taken into account hereto.



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**Notes**:

    ☐ 2 claims (100%) from 2009 were closed.
    ☐ 2 claims (100%) from 2010 were closed.

## 2.3 – Stratification per current status

The two pending charges are currently being processed by the Communication Area.

## PART IV: STRATIFIED DATA – EXPLORATION & PRODUCTION



CONFIDENTIAL

# 1 – CHARGES

## 1.1 – Stratification per issue

This section presents the pending charges broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending charges in the third quarter of 2010: 39**



**Total pending charges in the report of the fourth quarter of 2010: 44**



**Notes:**

**PETROBRAS**

CONFIDENTIAL

- □  14 charges on going in the third quarter were closed, corresponding to 36% of the total for the period.
- □  19 new charges were submitted in the fourth quarter of 2010.
- □  There was an increase of approximately 13% in the number of pending charges, comparing the two quarters.

## 1.2 – Stratification per year

In this section, charges are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the charges, comparing the number of charges pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those charges in the last three months. The 19 new charges that were submitted during the quarter October/December were not taken into account hereto.



■  **Pending in the third report of 2010**

■  **Pending in the fourth report of 2010**

**Notes**:

- □  No charge from 2007 was closed.
- □  No charge from 2008 was closed.
- □  1 charge from 2009 was closed (25%).
- □  13 charges from 2010 were closed (40%).
- □  Total number of charges closed: 14 out of 39 (36%).

**BR PETROBRAS**

CONFIDENTIAL

The second graph shows the current situation, excluding the 14 charges closed and including the 19 new outstanding charges submitted in the period from October to December 2010.



## 1.3 – Stratification per current status

This section presents the status of the charges.

The chart below identifies the evolution of the status of the charges, comparing the number of charges pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those charges in the last three months. The 19 new charges that were submitted during the quarter October/December were not taken into account hereto.



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**PETROBRAS**

CONFIDENTIAL

The second graph shows the current situation, excluding the 14 charges closed and including the 19 new outstanding charges submitted in the period from October to December 2010.



## 2 – CLAIMS

### 2.1 – Stratification per issue

This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 21**



**Total pending claims in the fourth quarter of 2010: 23**

**BR PETROBRAS**

CONFIDENTIAL



**Notes**:

- ☐ 15 claims on going in the third quarter were closed, corresponding to 71% of the total for the period.
- ☐ 17 new claims were submitted in the fourth quarter of 2010.

## 2.2 – Stratification per year

In this section, claims are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the claims, comparing the number of claims pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those claims in the last three months. The 17 new claims that were submitted during the quarter October/December were not taken into account hereto.

**BR PETROBRAS**

CONFIDENTIAL



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**Notes**:

- □ The 2009 claim was not concluded.
- □ 15 claims (75%) from 2010 were closed.

The second graph shows the current situation, excluding the 15 claims closed and including the 17 new outstanding claims submitted in the period from October to December 2010.



**2.3 – Stratification per current status**

All 23 claims are being analyzed by the relevant Areas of the Exploration and Production Executive Office.

**BR PETROBRAS**

CONFIDENTIAL

## PART V: STRATIFIED DATA – FINANCE

## 1 – CLAIMS

### 1.1 – Stratification per issue

This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 3**



**Total pending claims in the fourth quarter of 2010: 1**



**Notes:**

☐ All claims on going in the third quarter were closed, corresponding to 100% of the total for the period.
☐ 1 new claim was submitted in the fourth quarter of 2010.

**PETROBRAS**

CONFIDENTIAL

**1.2 – Stratification per year**

The charge refers to 2010.

**1.3 – Stratification per current status**

The charge is being analyzed by the Operations Center of the Finance Area.

**PETROBRAS**

CONFIDENTIAL

## PART VI: STRATIFIED DATA – GAS & ENERGY

### 1 – CHARGES

**Total pending charges in the fourth quarter of 2010: 1**

The pending charge in the third quarter (July/September) was closed and a Psychological Violence charge was submitted and is being processed by Management FAFEN-SE/SA.

### 2 – CLAIMS

### 2.1 – Stratification per issue

This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 2**



**Total pending claims in the fourth quarter of 2010: 3**



**BR PETROBRAS**

CONFIDENTIAL

**Notes:**

- ☐ All claims on going in the third quarter were closed, corresponding to 100% of the total for the period.
- ☐ 3 new claims were submitted in the fourth quarter of 2010.

**2.2 – Stratification per current status**

The three claims are under analysis by the Gas and Energy Executive Office.

**PETROBRAS**

CONFIDENTIAL

**PART VII: STRATIFIED DATA – INTERNATIONAL**

**1 – CHARGES**

All charges pending in the third quarter (July/September) were closed and no new charges are being processed by this Executive Office.

**2 – CLAIMS**

**2.1 – Stratification per issue**

This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 2**





CONFIDENTIAL

**Total pending claims in the fourth quarter of 2010: 4**



**Notes:**

- ☐ No claim was closed in the third quarter.
- ☐ 2 new claims were submitted in the fourth quarter of 2010.

## 2.2 – Stratification per year

In this section, claims are classified according the year they were submitted to the General Ombudsman.



## 2.3 – Stratification per current status

All claims are being analyzed by the relevant Areas of the International Executive Office.

**PETROBRAS**

CONFIDENTIAL

**PART VIII: STRATIFIED DATA – LEGAL DEPARTMENT**

**1 – CLAIMS**

**Total pending claims in the fourth quarter of 2010: 1**

The claim is from 2010 and refers to Work-related relationships. It is being processed by the Legal Department.

**PETROBRAS**

CONFIDENTIAL

## PART IX: STRATIFIED DATA – HUMAN RESOURCES

## 1 – CLAIMS

### 1.1 – Stratification per issue

This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 22**



**Total pending claims in the fourth quarter of 2010: 13**



**BR PETROBRAS**

CONFIDENTIAL

It is important to highlight the AMS claims, which totalize 9 claims (69%) contemplating the following issues: payment, accredited network and general issues.



Notes:

- ☐ 14 claims on going in the third quarter were closed, corresponding to 63% of the total for the period.
- ☐ 5 new claims were submitted in the fourth quarter of 2010.

## 2.1 – Stratification per year

In this section, claims are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the claims, comparing the number of claims pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those claims in the last three months. The 5 new claims that were submitted during the quarter October/December were not taken into account hereto.

**BR PETROBRAS**

CONFIDENTIAL



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**Notes**:

☐ The 2006 claim was not concluded.
☐ 3 claims (75%) from 2008 were closed.
☐ 2 claims (25%) from 2009 were closed.
☐ 9 claims (90%) from 2010 were closed.

The second graph shows the current situation, excluding the 14 claims closed and including the 5 new outstanding claims submitted in the period from October to December 2010.



**1.3 – Stratification per current status**

All 13 claims are being analyzed by the Human Resources Area.

**PETROBRAS**

CONFIDENTIAL

## PART X: STRATIFIED DATA – CORPORATE SECURITY

## 1 – CHARGES

### 1.1 – Stratification per issue

**Total pending charges in the fourth quarter of 2010: 2**

2 charges from 2010 pending, involving the issues of Information Security Violation and Psychological Violence, both under the analysis of the Company's Corporate Security.

## 2 – CLAIMS

### 2.1 – Stratification per issue

This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 14**



**Total pending claims in the fourth quarter of 2010: 7**



**BR PETROBRAS**

CONFIDENTIAL

**Notes:**

- □ 8 claims on going in the third quarter were closed, corresponding to 57% of the total for the period.
- □ 1 new claim was submitted in the fourth quarter of 2010.

### 2.2 – Stratification per year

In this section, claims are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the claims, comparing the number of claims pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those claims in the last three months. The new claim that was submitted during the quarter October/December was not taken into account hereto.



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**Notes**

- □ The only 2009 claim was closed (100%).
- □ 7 claims (54%) from 2010 were closed.

### 2.3 – Stratification per current status

All 7 claims are being analyzed by Corporate Security.

BR **PETROBRAS**

CONFIDENTIAL

## PART XI: STRATIFIED DATA – SERVICES

## 1 – CHARGES

### 1.1 – Stratification per issue

This section presents the pending charges broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending charges in the third quarter of 2010: 99**



**Total pending charges in the fourth quarter of 2010: 88**



**BR PETROBRAS**

CONFIDENTIAL

**Notes:**

- ☐ 45 charges on going in the third quarter were closed, corresponding to 45% of the total for the period.
- ☐ 34 new charges were submitted in the fourth quarter of 2010.
- ☐ There was a reduction of approximately 10% in the number of pending charges, comparing the two quarters.
- ☐ Despite the closing of 45 charges and the submission of 34 new charges, the main issues remain those related to procurement (issues which, together, cover 85% of the charges).

### 1.2 – Stratification per year

In this section, charges are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the charges, comparing the number of charges pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those charges in the last three months. The 34 new charges that were submitted during the quarter October/December were not taken into account hereto.



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

**BR** *PETROBRAS*

CONFIDENTIAL

**Notes:**

☐ 1 charge from 2008 was closed (33%).
☐ 4 charges from 2009 were closed (29%).
☐ 40 charges from 2010 were closed (49%).
☐ Total number of charges closed in the 3-year period (2008-2010): 45 out of 99 charges (45%).

The second graph shows the current situation, excluding the 45 charges closed and including the 34 new outstanding charges submitted in the period from October to December 2010.



**1.3 – Stratification per current status**

This section presents the status of the charges.

The chart below identifies the evolution of the status of the charges, comparing the number of charges pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those charges in the last three months. The 34 new charges that were submitted during the quarter October/December were not taken into account hereto.

**PETROBRAS**

CONFIDENTIAL



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

The second graph shows the current situation, excluding the 44 charges closed and including the 34 new outstanding charges submitted in the period from October to December 2010.





CONFIDENTIAL

## 2 – CLAIMS

### 2.1 – Stratification per issue

This section presents the pending claims broken down by issue, including the final situation of the third quarter (July/September) and the fourth quarter (October/December) 2010.

**Total pending claims in the third quarter of 2010: 70**



**Total pending claims in the fourth quarter of 2010: 59**



**PETROBRAS**

CONFIDENTIAL

It is important to highlight the AMS claims, which totalize 28 claims (47%) contemplating the following issues: Authorization, Pharmacy Allowance, Coverage, Payment, Accredited Network and General Issues.



**Notes:**

- ☐ 57 claims on going in the third quarter were closed, corresponding to 81% of the total for the period.
- ☐ 46 new claims were submitted in the fourth quarter of 2010.

## 2.2 – Stratification per year

In this section, claims are classified according the year they were submitted to the General Ombudsman.

The chart below identifies the evolution of the status of the claims, comparing the number of claims pending in the third report of 2010 (blue bar) with those pending on December 30, 2010 (red bar). The purpose is to highlight the progress of those claims in the last three months. The 46 new claims that were submitted during the quarter October/December were not taken into account hereto.

**PETROBRAS**

CONFIDENTIAL



■ **Pending in the third report of 2010**

■ **Pending in the fourth report of 2010**

Notes:

- ☐ No 2008 claim was closed.
- ☐ 13 claims (81%) from 2009 were closed.
- ☐ 44 claims (83%) from 2010 were closed.

The second graph shows the current situation, excluding the 57 claims closed and including the 46 new outstanding claims submitted in the period from October to December 2010.



## 2.3 – Stratification per current status

All 59 claims are being analyzed by the relevant Areas of the Service Executive Office.

CONFIDENTIAL

**EXHIBIT 1 – SPREADSHEETS WITH DETAILS ABOUT CHARGES AND CLAIMS**

For each charge/claim listed in this report, the following data is provided:

1. **Process Number** – number under which a complaint is registered by the General Ombudsman.

2. **Year** – year in which the complaint was received by the General Ombudsman

3. **Receipt** – date in which the complaint is received.

4. **Category** – Main classification of the complaint, which can be a Charge, Claim, Request for Information, etc. In this report, only Charges and Claims are listed.

5. **Main issue** – stratifies the category according to the content. The possible classifications are, among others, Private Benefit, Contracts, Bids, in the case of charges and AMS, Business Relationships, Work-related relationships, in the case of claims.

6. **Subject matter** – stratifies the main issue into different subject matters according to the content.

7. **Summary** – Short text that seeks to summarize the charge or claim made.

8. **Involved Company/Area**\* – name of the company that is indicated in the complaint. This information is not always provided by the person who submits the complaint so that this field may be left blank in some cases.

9. **Area Forwarded To** – area to which the complaint was is for processing.
   **Notes:** In the case of related complaints, this field may be left blank as the complaint is forwarded under the main process number.

10. **Date** – date in which the complaint is forwarded.

11. **Current status** – current state of the claim or charge. The possible statuses are:

   a. ***Being analyzed by the responding area***s – The complaint is being analyzed by the areas, as to know, some area of the Executive Offices, Corporate Security or Internal Audit;
   b. ***Being jointly processed*** – complaints that refer to the same issue and are gathered under a main process, which processing will be replicated to the relevant subsidiaries.

PBRCG_00709679

CONFIDENTIAL

    c.    ***Partially pending/granted*** – some of the accusations described in the complaint are upheld, and the complaint is partially granted but the preventive and/or corrective measures still need to be adopted.

    d.    ***Pending/granted*** – the accusation described in the complaint is upheld, and the complaint is granted but the preventive and/or corrective measures still need to be adopted.

\* This field only applies in cases of charges.

PETROBRAS

CONFIDENTIAL

| REPORT ON THE NUMBER OF CHARGES PER ISSUE – DECEMBER 2010 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | DOWNSTREAM | E&P | G&E | SERVICES | COMMUNICATION | CORPORATE SECURITY | TOTAL |
| Contracts | 6 | 11 | | 5 | | | 22 |
| Deviance | 3 | 1 | | 2 | | | 6 |
| Contractors | 7 | 11 | | 38 | | | 54 |
| Private Benefit | | 3 | | | | | 3 |
| Personal property theft | | 1 | | | | | 1 |
| Violations of Labor Laws by Petrobras | | | | 1 | | | 1 |
| Damages to Property | | 2 | | | | | 2 |
| Bids | 5 | 3 | | 5 | | | 13 |
| Petrobras' Programs | | | | | 2 | | 2 |
| SMS – Safety/Health | 1 | 1 | | 1 | | | 3 |
| Subcontractors | | | | 30 | | | 30 |
| Influence Peddling | 2 | | | 1 | | | 3 |
| Undue Use of Petrobras´ Image | | 2 | | 1 | 1 | | 4 |
| Undue use of Company's Goods and Services | 1 | 4 | | 1 | | | 6 |
| Information Security Violation | | 2 | | 2 | | 1 | 5 |
| Psychological violence in the workplace | 13 | 3 | 1 | 3 | | 1 | 21 |
| Total | 38 | 44 | 1 | 88 | 3 | 2 | 176 |

Confidential

PETROBRAS

CONFIDENTIAL

| REPORT ON THE NUMBER OF CLAIMS PER ISSUE – DECEMBER 2010 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOWNS TREAM | E&P | FINANC E | INTERNA TIONAL | G&E | SERVIC ES | COMMUN ICATION | LEGAL | HR | CORPORA TE SECURITY | TOTAL |
| AMS | | | | | | 28 | | | 9 | | 37 |
| Inappropriate Assistance | 2 | 1 | | | | 3 | | | | | 6 |
| Benefits | 1 | 1 | | | | 1 | | | | | 3 |
| Payment to employees | | | | | | | | | 1 | | 1 |
| Right to come and go | 2 | | | | | | | | | 7 | 9 |
| Documents | | 1 | | | | 1 | | | | | 2 |
| Contractors | 1 | 2 | | 1 | | 6 | | | | | 10 |
| Infrastructure | | 2 | | | | 5 | | | | | 7 |
| Sea | 1 | | | | | | | | | | 1 |
| Works | 1 | 3 | | | | 1 | | | | | 5 |
| Webpages | | | | | | 1 | | | | | 1 |
| Sponsorship | | | | | | | 1 | | | | 1 |
| Petrobras' Programs | 1 | | | | | | | | | | 1 |
| Promotions | | | | | | | 1 | | | | 1 |
| General issues about the Company | | 2 | | 1 | | 1 | | | | | 4 |
| Business relationships | 1 | 2 | 1 | 1 | | 6 | | | | | 11 |
| Work-related relationships | 3 | 2 | | | | 4 | | 1 | 1 | | 11 |
| Relationships with Unions | | | | | | 1 | | | | | 1 |
| Compensation and Work Regime | 3 | 6 | | 1 | 3 | 1 | | | 2 | | 16 |
| SMS | | 1 | | | | | | | | | 1 |
| Total | 18 | 23 | | 4 | 3 | 59 | 2 | 1 | 13 | 7 | 129 |

PBRCG_00709682

BR PETROBRAS

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13632/2009 | 2009 | 10/15/09 | Charge | Contracts | Corruption (extortion/bribery) | Pipeline as a result of corruption and undue enrichment. | Terminal de Guararema | GAPRE/SE/PE | 23/12/10 | Partially granted/pending | Downstream |
| 14699/2009 | 2009 | 11/03/09 | Charge | Contracts | Breach of contract | Contract without measurement and without supporting documentation. | Angel'; Reduc | GAPRE/SE | 16/03/10 | Partially granted/pending | Downstream |
| 07764/2009 | 2009 | 06/17/09 | Charge | Bids | Irregularities in Bids | Bid which would have been directed to a company not able to provide services. | REGAP; Djavan Andaimes Ltda | AUDITORIA/ AESP | 23/06/09 | Partially granted/pending | Downstream |
| 11465/2009 | 2009 | 08/26/09 | Charge | Bids | Corruption (extortion/bribery) | Petrobras' bid would have been directed to a company. This bid was for a service that was never carried out and that was unnecessary. | Empresa NM; Empresa Conceitual; Empresa RTV; REGAP; Djavan Andaimes, Arte Andaimes | AUDITORIA/ AESP | 01/09/09 | Partially granted/pending | Downstream |
| 13299/2009 | 2009 | 10/13/09 | Charge | Influence Peddling | | Accusation that the Petrobras' unit with which the company has a contract has been subject to interference by the security supervisor for the selection of service providers who will work in that area. | REDUC | GAPRE/SE | 10/03/10 | Being jointly processed | Downstream |

Confidential

PBRCG_00709683

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03690/2010 | 2010 | 06/04/10 | Charge | Contracts | Corruption (extortion/bribery) | Involved employees are accused of favoring contractors | Zarb; Pensalab; Yokogawa; REDUC | AUDITORIA /ASEF/AESP | 12/14/10 | Being analyzed by the Responding Areas | Downstream |
| 05548/2010 | 2010 | 08/19/10 | Charge | Contracts | Corruption (extortion/bribery) | Accusation of overprices measurement agreements and that any excessive amount would be split among employees, company and service providers. | Arte Andaimes; Multitek; REGAP | AUDITORIA /AESP | 09/29/10 | Being analyzed by the Responding Areas | Downstream |
| 07430/2010 | 2010 | 11/30/10 | Charge | Contracts | Corruption (extortion/bribery) | Managers accused of receiving bribes from contractors to approve measurements. | Alusa Engenharia/RN EST | GAPRE/SE/ PE | 12/30/10 | Being analyzed by the Responding Areas | Downstream |
| 03841/2010 | 2010 | 06/10/10 | Charge | Contracts | Corruption (extortion/bribery) | Audits accused of receiving advantages from contractors to overprice contracts and make wrong measurements. | TUBE ANDAIMES; ROHR; ESTRUTURAL; REDUC | AUDITORIA /AESP | 06/15/10 | Granted/Pending | Downstream |
| 5625/2010 | 2010 | 04/09/10 | Charge | Deviance | Criminal activities | Employee accused of usury in a Petrobras Unit. | REDUC | GAPRE/SE/ PE | 12/30/10 | Being analyzed by the Responding Areas | Downstream |
| 03949/2010 | 2010 | 06/17/10 | Charge | Deviance | Libidinous activities | Manager accused of access to pornographic material on the computer of the Company and sale of illegal products in his/her office. | AB-CR | GAPRE/SE/ PE | 12/30/10 | Being analyzed by the Responding Areas | Downstream |
| 07041/2010 | 2010 | 09/11/10 | Charge | Deviance | Libidinous activities | Staff member accused of using the Company's computer to store pornographic pictures of minors | | GAPRE/SE/ PE | 12/30/10 | Being analyzed by the Responding Areas | Downstream |
| 07550/2010 | 2010 | 12/03/10 | Charge | Contractors | Employment irregularities | Service provider accused of several irregularities in relation to its employees, such as salary payment delays, and lack of payment of vacation compensation. Allegation that company cancelled health insurance plans. | Norteste; REVAP | REVAP/RH | 01/10/10 | Being analyzed by the Responding Areas | Downstream |
| 07596/2010 | 2010 | 11/16/10 | Charge | Contractors | Employment irregularities | Service provider accused of requiring employees to work more hours than allowed by law. | ASA RENT CAR; RNEST | RNEST | 12/14/10 | Being analyzed by the Responding Areas | Downstream |

Confidential

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07969/2010 | 2010 | 12/14/10 | Charge | Contractors | Employment irregularities | Service Provider accused of not paying overtime | ESTRUTURAL SERVIÇOS INDUSTRIAIS; REDUC | REDUC | 01/03/11 | Being analyzed by the Responding Areas | Downstream |
| 07088/2010 | 2010 | 11/18/10 | Charge | Contractors | Employment irregularities | Service Provider accused of being in violation in relation to employees | Nortcontrol | REVAP/EN | 11/18/10 | Being analyzed by the Responding Areas | Downstream |
| 07551/2010 | 2010 | 12/07/10 | Charge | Contractors | Employment irregularities | Service provider accused of several irregularities in relation to its employees, such as salary payment delays, and lack of payment of vacation compensation. Allegation that company cancelled health insurance plans. | Norteste; REVAP | | | Being jointly processed | Downstream |
| 08020/2010 | 2010 | 12/22/10 | Charge | Contractors | Employment irregularities | Service provider accused of salary payment delays, and for not providing health insurance plans. | Nortcontrol | | | Being jointly processed | Downstream |
| 04305/2010 | 2010 | 07/05/10 | Charge | Contractors | Employment irregularities | Allegation that a transportation company belongs to an auditor of Petrobras. This person works in the São José dos Campos unit, but manages his/her company in Paulinia from there. | WA Transportes/Re plan | GAPRE/SE/PE | 12/30/10 | Granted/Pending | Downstream |
| 07448/2010 | 2010 | 11/15/10 | Charge | Bids | Corruption (extortion/bribery) | Accusation of favoring a company in the bid in exchange of bribery | | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Downstream |
| 07503/2010 | 2010 | 12/10/10 | Charge | Bids | Corruption (extortion/bribery) | Allegations that requirements were included in the RFPs in order to reduce the number of participants and that remaining participants previously agreed on the winning bidder with overprice. | Refinaria do Nordeste; UTE de Cubatão; Unidade de tratamento de Gás de Carguatatuba; REVAP; REPAR | AUDITORIA/ASEF/AESP | 12/10/10 | Being analyzed by the Responding Areas | Downstream |
| 07440/2010 | 2010 | 12/01/10 | Charge | Bids | Irregularities in Bids | Allegation that good provided did not meet the required specifications. Winning bidder accused of not having the required skills to provide the services, suggesting that it illegally won the bid. | | AUDITORIA/ASEF/AESP | 12/03/10 | Being analyzed by the Responding Areas | Downstream |
| 06912/2010 | 2010 | 10/20/10 | Charge | SMS | Health | Employee accused of going back to work after a long leave of absence for health issues without taking the required medical exams. Employee claims that he/she is being retaliated for filing a claim against the company. | | AB-CR/RH | 12/30/10 | Being analyzed by the Responding Areas | Downstream |

Confidential

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06144/2010 | 2010 | 09/24/10 | Charge | Influence Peddling | | Accusation that Service Provider was suspended from the Provider's List for 2 years due to irregularities and that, due to political pressure, such suspension was cancelled. | Niplan/Replan | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Downstream |
| 07678/2010 | 2010 | 12/17/10 | Charge | Undue use of Company's Goods and Services | | Employee accused of making phone calls to his girlfriend from Petrobras' facilities at inappropriate times. | CCP/REVAP | GAPRE/SE/PE | 01/06/10 | Being analyzed by the Responding Areas | Downstream |
| 03780/2010 | 2010 | 06/09/10 | Charge | Psychological violence in the workplace | Threat | Petrobras' security supervisor accused for threatening and humiliating staff e irregular internal procedures. | REDUC | AB-RE | 11/11/10 | Being analyzed by the Responding Areas | Downstream |
| 00604/2010 | 2010 | 01/06/10 | Charge | Psychological violence in the workplace | Threat | Petrobras' supervisor accused of imposing changes to the provision of meals and of ordering service providers to become members of a club indicated by supervisor. | REDUC; Angels | | | Being jointly processed | Downstream |
| 00607/2010 | 2010 | 01/21/10 | Charge | Psychological violence in the workplace | Threat | Petrobras' supervisor accused of threatening service providers, including possible theft, ordering service providers to become members of a club indicated by supervisor and charging of a fee for training. | REDUC; Angels | GAPRE/SE | 03/10/10 | Being jointly processed | Downstream |
| 00611/2010 | 2010 | 01/21/10 | Charge | Psychological violence in the workplace | Threat | Petrobras' supervisor accused of threatening service providers, including possible theft, ordering service providers to become members of a club indicated by supervisor and charging of a fee for training. | REDUC; Angels | | | Being jointly processed | Downstream |
| 01840/2010 | 2010 | 03/18/10 | Charge | Psychological violence in the workplace | Threat | Petrobras' supervisor accused of inappropriately treating staff, in addition to using the company's goods and services for private purposes. | REDUC | GAPRE/SE | 03/31/10 | Being jointly processed | Downstream |
| 02274/2010 | 2010 | 04/06/10 | Charge | Psychological violence in the workplace | Threat | Petrobras' supervisor accused of obliging guards to pay for a course and threatening them with termination. | REDUC | GAPRE/SE | 04/08/10 | Being jointly processed | Downstream |
| 02589/2010 | 2010 | 04/17/10 | Charge | Psychological violence in the workplace | Threat | Petrobras' security supervisor accused of forcing staff to work overtime, without proper conditions. | REDUC | GAPRE/SE | 05/18/10 | Being jointly processed | Downstream |
| 03106/2010 | 2010 | 05/10/10 | Charge | Psychological violence in the workplace | Threat | Petrobras' security supervisor accused of inappropriately treating staff. | Angels; REDUC | GAPRE/SE | 05/12/10 | Being jointly processed | Downstream |

PBRCG_00709686

**PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03315/2010 | 2010 | 05/18/10 | Charge | Psychological violence in the workplace | Threat | Supervisor accused of requiring staff to work overtime without proper compensation and threatening service providers that wouldn't do so. | REDUC | REDUC | | Being jointly processed | Downstream |
| 03322/2010 | 2010 | 05/18/10 | Charge | Psychological violence in the workplace | Threat | Supervisor accused of requiring service providers to work overtime without proper compensation and threatening service providers that wouldn't do so. | REDUC, Angels | REVAP/EN | | Being jointly processed | Downstream |
| 05805/2010 | 2010 | 09/07/10 | Charge | Psychological violence in the workplace | Threat | Supervisor accused of threatening revenge against anyone who would provide unfavorable information about supervisor to the Investigation Commission in place. | | | | Being jointly processed | Downstream |
| 07064/2010 | 2010 | 11/09/10 | Charge | Psychological violence in the workplace | Offense/Insult | Manager accused of being generally disrespectful to staff | REMAN | AB-RE | 01/05/11 | Being analyzed by the Responding Areas | Downstream |
| 07343/2010 | 2010 | 11/18/10 | Charge | Psychological violence in the workplace | Retaliation | Allegation that termination was required by the auditor of the agreement for personal reasons. | | RLAM/RG | 01/07/11 | Being analyzed by the Responding Areas | Downstream |

Confidential

PBRCG_00709687

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 20282/2010 | 2010 | 12/17/10 | Claim | Business Relationships | | Allegation of service provision to the company without proper compensation | AB-CR/CE | 12/17/10 | Being analyzed by the Responding Areas | Downstream |

PBRCG_00709688

**BR  PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 04273/2010 | 2010 | 06/22/10 | Claim | Inappropriate Assistance | Threat | Complaint that, due to the changes in the SMS assistance systematics, people are required to wait for too long. Allegation that this stresses people out, and that they sometimes are, as a result, rude to staff | REDUC/SMS/S0 | 12/31/10 | Being analyzed by the Responding Areas | Downstream |
| 07947/2010 | 2010 | 12/17/10 | Claim | Inappropriate Assistance | Threat | Claims that he/she waited for 7 hours to be seen by a doctor | REGAP/SMS | 01/07/11 | Being analyzed by the Responding Areas | Downstream |
| 05181/2010 | 2010 | 08/13/10 | Claim | Benefits | Disease Allowance | Complaints against his/her unit for that he/she was ready to go back to work on a date different than the date established by the Social Security | REDUC/RH | 01/04/11 | Being analyzed by the Responding Areas | Downstream |
| 05142/2010 | 2010 | 08/12/10 | Claim | Right to come and go | | Claims that his/her right to come and go has been violated in the refinery when employees' unions obstructed the main entrance, causing him/her to take longer to get to his/her work station and thus being late and that his/her salary was reduced because of such delays. | REPLAN/EN/PCM | 01/11/11 | Being analyzed by the Responding Areas | Downstream |
| 07670/2010 | 2010 | 12/06/10 | Claim | Right to come and go | | Claims that it is difficult to access RLAM to look for personal documents | RLAM/RH | 01/11/11 | Being analyzed by the Responding Areas | Downstream |
| 06569/2010 | 2010 | 10/14/10 | Claim | Contractors | | Claims that he/she does not receive any food/meal allowance although this benefit is provided for in the collective bargaining agreement of the company Veper | REPAR/RH | 12/14/10 | Being analyzed by the Responding Areas | Downstream |
| 07640/2010 | 2010 | 12/03/10 | Claim | Sea | | Complains about his/her current work situation. Sea employee supposed to do some administrative work, for purposes of rehabilitation/re-adaptation but that has not been assigned to any position/function yet. | AB-CR | 01/06/11 | Being analyzed by the Responding Areas | Downstream |
| 06628/2010 | 2010 | 10/18/10 | Claim | Works | | Claims that Petrobras is not complying with its obligation to monitor the surroundings of Comperj, where properties have been expropriated and that several environmental threats exist, such as the illegal hunting of wild animals. | AB-PGI/COMPERJ/IOA/SOP | 01/06/11 | Being analyzed by the Responding Areas | Downstream |

BR PETROBRAS

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 05016/2010 | 2010 | 08/04/10 | Claim | Petrobras' Programs | | Complains that he/she did not receive the Petrobras Marketing Premium certificate although he/she attended the event. | AB-CR/RH | 12/31/10 | Being analyzed by the Responding Areas | Downstream |
| 07873/2010 | 2010 | 12/20/10 | Claim | Work-related relationships | Work-related relationships | Complains that TCU determined that no party should be held at RLAM but that the Engineering Department of that Area did have a party. | RLAM/CO | 12/29/10 | Being analyzed by the Responding Areas | Downstream |
| 03762/2010 | 2010 | 06/07/10 | Claim | Work-related relationships | People Management | Complains about errors in her/his work time control | REDUC/RH | 01/14/11 | Being analyzed by the Responding Areas | Downstream |
| 07027/2010 | 2010 | 11/01/10 | Claim | Work-related relationships | People Management | Complains that when he/she submits evidence that he/she was at the doctor, his/her delay is still deducted from his/her salary | REGAP | 01/11/11 | Being analyzed by the Responding Areas | Downstream |
| 06546/2010 | 2010 | 10/14/10 | Claim | Compensation and work regime | Upgrade | Claims that he/she has not received any upgrade in the last 5 years, although he/she reaches 90% of his/her GD goals. | REPAR/PR | 12/13/10 | Being analyzed by the Responding Areas | Downstream |
| 06220/2010 | 2010 | 09/27/10 | Claim | Compensation and work regime | Reclassification | Complains that, when transferred from sea to land was appointed to a different position that he/she is entitled to. | AB-CR/RH/ARH | 01/14/11 | Being analyzed by the Responding Areas | Downstream |
| 07513/2010 | 2010 | 12/03/10 | Claim | Compensation and work regime | Compensation | Complains that did not receive overtime payment that he/she was entitled to. | REDUC/RH | 01/12/11 | Being analyzed by the Responding Areas | Downstream |

Confidential

PBRCG_00709690

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06891/2010 | 2010 | 10/26/10 | Charge | Petrobras' Programs | | Claims that funds from Petrobras' promotional activities were diverted in gas stations in Bahia | | COMUNIC ACAO/REL /COR | 11/31/10 | Being analyzed by the Responding Areas | Institutional Communication |
| 06892/2010 | 2010 | 11/01/10 | Charge | Petrobras' Programs | | Claims that funds from Petrobras' promotional activities were diverted in gas stations in Bahia | | | | Being jointly processed | Institutional Communication |
| 02318/2010 | 2010 | 03/30/10 | Charge | Undue use of Petrobras' image | | Claims that Petrobras' name is being used in an illegal scheme for the sale of cars. | Denise | GAPRE/S E/PE | 12/30/10 | Being analyzed by the Responding Areas | Institutional Communication |

Confidential

PBRCG_00709691

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07459/2010 | 2010 | 11/29/10 | Claim | Sponsorship | | Complains about the promotion activity for the game between Bahia and Portuguesa because he/she fueled his/her car and no ticket was available | COMUNICACAO/ REL/COR | 12/30/10 | Being analyzed by the Responding Areas | Institutional Communication |
| 07742/2010 | 2010 | 12/15/10 | Claim | Promotions | | Complains that Petrobras' promotional activities are generally aimed at Rio de Janeiro and São Paulo | COMUNICACAO/ REL/COR | 12/30/10 | Being analyzed by the Responding Areas | Institutional Communication |

PBRCG_00709692

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Involved Individuals | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19786/2007 | 2007 | 10/16/2007 | Charge | Damages to Property | Fund Diversion | Petrobras' managers in Bahia are accused of irregularities in relation to general and transportation service agreements | COOMAP/CON SOFT | José Roberto; Gilson; Paulo Neto; José Luiz; Rosember; Darcles | Gapre/SE | 11/19/2007 | Partially granted/pending | E&P |

PBRCG_00709693

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03438/2008 | 2008 | 03/06/2008 | Charge | Contractors | Employment irregularities | The company International Logging do Brasil is accused of violating the law provisions on minimum wage of geologists, paying less than required | International Logging do Brasil | E&P-SERV/US-PO | 09/08/08 | Being analyzed by the Responding Areas | E&P |

PBRCG_00709694

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09179/2009 | 2009 | 06/23/2009 | Charge | Contracts | Fraud in Contracts | Company that provides gas to Petrobras is accused of overcharging for its measurements and that it operates in violation of health and security standards | Natural Gás | AUDITORIA | 07/23/09 | Partially granted/pending | E&P |
| 12115/2009 | 2009 | 09/16/2009 | Charge | Contracts | Fraud in Contracts | Cooperative that provides services to Petrobras accused of diverting per diem funds and altering the distances run | Coomap; Sampacooper | GAPRE/SE/PE | 12/23/10 | Partially granted/pending | E&P |
| 15180/2009 | 2009 | 12/07/2009 | Charge | Undue use of Petrobras's Goods and Services | Employment irregularities | Claim of financial damages to Petrobras due to the improper management in the performance of a pilot project conducted by UN-BC/ENGP/CER. | | E&P-SSE | 01/07/11 | Being analyzed by the Responding Areas | E&P |

PBRCG_00709695

CONFIDENTIAL

| Process No. | Year | Receipt | Catego ry | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03942/2010 | 2010 | 06/17/10 | Charge | Contracts | Corruption (extortion/bribery) | Claim favoring in procurements through direct negotiation with employee. | FMC; CAMERON; AKER/E&P-SERV | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 05750/2010 | 2010 | 09/12/10 | Charge | Contracts | Corruption (extortion/bribery) | Managers accused of having schemes with service providers for the procurement of goods. | | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 08008/2010 | 2010 | 12/18/10 | Charge | Contracts | Corruption (extortion/bribery) | Overpriced contracts for E&P works in Bahia. | MONTEC ENGENHARIA LTDA; E&P/RNNE; UO-BA ATPF/CM | AUDITORIA /ASEF/A ESP | 01/12/11 | Being analyzed by the Responding Areas | E&P |
| 06607/2010 | 2010 | 10/04/10 | Charge | Contracts | Corruption (extortion/bribery) | Company's employees accused of overpricing contracts for land indemnities to take part of the funds paid to land owners. | | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 03945/2010 | 2010 | 06/17/10 | Charge | Contracts | Corruption (extortion/bribery) | Claim favoring in procurements through direct negotiation with employee. | | | | Being jointly processed | E&P |
| 04411/2010 | 2010 | 07/08/10 | Charge | Contracts | Corruption (extortion/bribery) | Claim that there are several irregularities in the contracts and that auditors are aware and are acting in collusion. | SERTEL/U N-BA | GAPRE/SE/PE | 12/30/10 | Partially granted/pending | E&P |
| 04275/2010 | 2010 | 06/20/10 | Charge | Contracts | Breach of contract | Service provider accused of violation of the contract by delivering equipment of an inferior quality | Weatherford Indústria e Comércio Ltda | E&P-SERV/US-SUB | 11/30/10 | Being analyzed by the Responding Areas | E&P |
| 03600/2010 | 2010 | 06/01/10 | Charge | Contracts | Fraud in Contracts | Possible fraud in certificates submitted by company that supplies material. | Schulz America Latina Ltda | MATERIAL S | 11/08/10 | Being analyzed by the Responding Areas | E&P |
| 04860/2010 | 2010 | 08/03/10 | Charge | Contracts | Fraud in Contracts | Service provider accused of fraud in a contract with Petrobras for the supply of defective product so that Petrobras bears any loss. | Halliburton | E&P-CPM/CMP-SPO | 11/30/10 | Being analyzed by the Responding Areas | E&P |
| 05425/2010 | 2010 | 08/24/10 | Charge | Deviance | Illegal acts | Service provider accused of crimes such as bodily injury and scam. | Baker Hughes/E&P-SERV/US-PO/SCA | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 07009/2010 | 2010 | 11/08/10 | Charge | Contractors | Contractor's noncompliance with subcontractor | Service provider accused of lack of payment of material purchased. | | E&P-NNE/CPT/O P- SEAL | 12/30/10 | Being analyzed by the Responding Areas | E&P |

Confidential

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03863/2010 | 2010 | 06/09/10 | Charge | Contract ors | Employment Irregularities | Service provider accused of not paying for overtime | CHEIM TRANSPORTES S.A.; UN-BA | UN-BA | 11/30/10 | Being analyzed by the Responding Areas | E&P |
| 05938/2010 | 2010 | 09/02/10 | Charge | Contract ors | Employment Irregularities | Service Provider accused of not complying with collective bargaining agreement | Sotep-Sociedade Técnica de Perfurações S.A. | E&P-SERV/US-PO | 10/08/10 | Being analyzed by the Responding Areas | E&P |
| 06258/2010 | 2010 | 09/23/10 | Charge | Contract ors | Employment Irregularities | Service provider accused of not paying any overtime and additional fee in case of confinement | M I SWACO DO BRASIL – COMERCIO, SERVICOS | UN-BA | 12/14/10 | Being analyzed by the Responding Areas | E&P |
| 06382/2010 | 2010 | 10/04/10 | Charge | Contract ors | Employment Irregularities | Service provider accused of illegally terminating an employee who was on medical leave as a result of an accident on the Company's platform. | | E&P-CPM/CMP-SS/SC/OP-SOND-III | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 06928/2010 | 2010 | 10/04/10 | Charge | Contract ors | Employment Irregularities | Service provider accused of requiring employees to work more hours than legally allowed | VOITH SERVIÇOS INDUSTRIAIS DO BRASILTDA | UN-ES | 11/05/10 | Being analyzed by the Responding Areas | E&P |
| 07901/2010 | 2010 | 12/28/10 | Charge | Contract ors | Employment Irregularities | Service provider accused of not paying salaries, Christmas bonus and social contributions. | PLENA CONSULTORIA PROJETOS E MONTAGENS LTDA | UO-RNCE | 01/05/11 | Being analyzed by the Responding Areas | E&P |
| 08019/2010 | 2010 | 12/23/10 | Charge | Contract ors | Employment Irregularities | Service provider accused of forcing employees to work on the day of arrival and not paying for extra services | Skanska | UO-BC/RH | 01/04/11 | Being analyzed by the Responding Areas | E&P |
| 02831/2010 | 2010 | 04/28/10 | Charge | Contract ors | Employment Irregularities | Service provider accused of not paying termination fees | Geomaster Manutenção Industrial | UN-BA | 11/30/10 | Granted/Pending | E&P |
| 02833/2010 | 2010 | 04/26/10 | Charge | Contract ors | Employment Irregularities | Service provider accused of not paying termination fees | Geomaster Manutenção Industrial Ltda | | | Granted/Pending | E&P |

PBRCG_00709697

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04035/2010 | 2010 | 06/17/10 | Charge | Private Benefit | | Petrobras' employee is accused of performing another paid activity, generating a conflict of interest. | ABENDI; E&P-ENGP/OPM EMI | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 06840/2010 | 2010 | 10/29/10 | Charge | Private Benefit | | Manager accused of paying per diem to employees of service providers with Petrobras' funds | Accenture do Brasil Ltda/UO-RIO | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 02384/2010 | 2010 | 03/18/10 | Charge | Private Benefit | | Service provider employee accused of charging for employment guarantee in Petrobras' facilities | Engevix | GAPRE/SE/PE | 12/30/10 | Granted/Pending | E&P |
| 04423/2010 | 2010 | 07/11/10 | Charge | Personal property theft | | Service provider claims that his/her luggage was robbed during boarding on platform | UN-BC/IESA Óleo & Gás | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 04199/2010 | 2010 | 06/29/10 | Charge | Damages to Property | Theft/Misappropriation | Theft of tractor belonging to Petrobras. | UN-RNCE | GAPRE/SE/PE | 12/30/10 | Granted/Pending | E&P |
| 07460/2010 | 2010 | 11/29/10 | Charge | Bids | Corruption (extortion/bribery) | Employee being accused of choosing companies of doubtful quality that provide inappropriate material in exchange for bribes | UN-RIO | AUDITORIA/ASEF/AESp | 12/23/10 | Being analyzed by the Responding Areas | E&P |
| 7915/2010 | 2010 | 12/28/10 | Charge | Bids | Corruption (extortion/bribery) | Employee accused of illegally determining the winner of bids and of procuring materials inappropriate to the services provided. | Filtrex | GAPRE/SE | 01/06/11 | Being analyzed by the Responding Areas | E&P |
| 05901/2010 | 2010 | 08/29/10 | Charge | Bids | Irregularities in Bids | Shipyard participating in bidding for construction of drill ships accused of failing to meet environmental legislation and of not having the required skills to comply with the contract. | Estaleiro Jurong; E&P SERV/PES | E&P-CPM/PES | 01/11/11 | Being analyzed by the Responding Areas | E&P |

PBRCG_00709698

BR PETROBRAS

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03676/2010 | 2010 | 06/01/10 | Charge | SMS | Safety/Health | Claim that UN-SEAL is not in compliance with company's safety and environment rules and standards. | | UN-SEAL/ATP-ST | 11/16/10 | Being analyzed by the Responding Areas | E&P |
| 04451/2010 | 2010 | 07/12/10 | Charge | Undue use of Petrobras's image | | NGO accused of promoting courses to be given by professors hired by Petrobras to attract audience | FALECAR/PRÊ SAL | GAPRE/SE/ PE | 12/30/10 | Partially granted/pending | E&P |
| 04468/2010 | 2010 | 07/13/10 | Charge | Undue use of Petrobras's image | | NGO accused of promoting courses to be given by professors hired by Petrobras to attract audience | FALECAR/E&P | GAPRE/SE/ PE | 12/30/10 | Partially granted/pending | E&P |
| 07428/2010 | 2010 | 11/29/10 | Charge | Undue use of Petrobras' Goods and Services | | Allegation that a house is being built just in front, in a piece of land that belongs to Petrobras | | UN-SEAL/JRD | 12/03/10 | Being analyzed by the Responding Areas | E&P |
| 07822/2010 | 2010 | 12/27/10 | Charge | Undue use of Petrobras' Goods and Services | | Company's employee being accused of misconduct as he/she tells people not to comply with Petrobras' Technical Standard in internal course materials | | E&P-ENGP/IPP/ EISA | 01/12/11 | Being analyzed by the Responding Areas | E&P |
| 06318/2010 | 2010 | 09/30/10 | Charge | Undue use of Petrobras' Goods and Services | | Service provider accused of calling someone's house to make jokes on the phone. Service provider allegedly had access to data through the Petrobras' system. | PROSAUDE/UN-SEAL | GAPRE/SE/ PE | 12/30/10 | Granted/pending | E&P |
| 04343/2010 | 2010 | 07/06/10 | Charge | Information Security Violation | | Manager accused of forcing employees to provide passwords to contractors so that they may have access to programs which should only be accessed by employees | Personal/E&P-SERV/US-CONT/CNTR/CTIC | GAPRE/SE/ PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |
| 04560/2010 | 2010 | 07/15/10 | Charge | Information Security Violation | | Service providers accused of providing confidential information on pre-salt to competitors. | SGS DO BRASIL./E&P-SERV/US-AP/LF | GAPRE/SE/ PE | 12/30/10 | Being analyzed by the Responding Areas | E&P |

PBRCG_00709699

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06195/2010 | 2010 | 09/20/10 | Charge | Psychological violence in the workplace | Offense/Insult | Supervisor accused of offense in the workplace, calling employee inappropriate names | | UO-BC/RH | 01/05/11 | Being analyzed by the Responding Areas | E&P |
| 07602/2010 | 2010 | 12/03/10 | Charge | Psychological violence in the workplace | Offense/Insult | Employee claims having been offended and insulted in the cafeteria when he/she tried to interfere in view of his/her employee's inappropriate behavior | | UO-BA/ATP-N/OP-BA | 01/05/11 | Being analyzed by the Responding Areas | E&P |
| 04245/2010 | 2010 | 06/24/10 | Charge | Psychological violence in the workplace | Not specified | Claims of moral harassment in management departments. | | E&P-SERV/RH | 01/04/11 | Being analyzed by the Responding Areas | E&P |

Confidential

**BR** *PETROBRAS*

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 15845/2009 | 2009 | 12/07/09 | Claim | Compensation and work regime | Compensation | Employee claims that he/she has not been promoted for years | E&P-SSE | 03/19/10 | Being analyzed by the Responding Areas | E&P |

PBRCG_00709701

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07395/2010 | 2010 | 11/25/10 | Claim | Inappropriate Assistance | | Complains about lack of response on claim about unit transportation issues | UO-SEAL/ATP-AL/TSG | 12/29/10 | Being analyzed by the Responding Areas | E&P |
| 07949/2010 | 2010 | 12/13/10 | Claim | Benefits | Education Allowance | Complains about difficulty to evidence right to benefit | UO-BC/RH | 01/13/11 | Being analyzed by the Responding Areas | E&P |
| 07651/2010 | 2010 | 12/12/10 | Claim | Documents | | Complains about the delay to issue his/her job description (PPP). | UO-BC/RH | 01/06/11 | Being analyzed by the Responding Areas | E&P |
| 07131/2010 | 2010 | 12/11/10 | Claim | Contractors | | Complains that service provider has no collective bargaining agreement in place. | UO-BA/SOP/TT | 01/10/11 | Being analyzed by the Responding Areas | E&P |
| 07135/2010 | 2010 | 09/11/10 | Claim | Contractors | | Complains that he/she has no insurance plan after two years of leave of absence. | UO-RNCE/CBS/CNTS | 12/29/10 | Being analyzed by the Responding Areas | E&P |
| 06802/2010 | 2010 | 21/10/10 | Claim | Infrastructure | | Claims that the installation of a security monitor in the workplace has been causing embarrassment. | E&P-CPM/CMP-SAE/RH | 12/17/10 | Being analyzed by the Responding Areas | E&P |
| 07872/2010 | 2010 | 12/02/10 | Claim | Infrastructure | | Complains about lack of printer that can meet the area's existing work demand | UO-SEAL/CBS/CNTB | 01/07/11 | Being analyzed by the Responding Areas | E&P |
| 07097/2010 | 2010 | 11/07/10 | Claim | Works | | Complains about the position of a Petrobras' Unit Sector Manager regarding an indemnity for damages resulting from well drilling operations. | UN-BA/SOP/GTR | 12/10/10 | Being analyzed by the Responding Areas | E&P |
| 07433/2010 | 2010 | 11/30/10 | Claim | Works | | Claims damages to his/her property after works for the construction of an oil pipeline on a piece of land of his/her farm. | UO-SEAL/CSI | 01/12/11 | Being analyzed by the Responding Areas | E&P |

PBRCG_00709702

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07855/2010 | 2010 | 12/21/10 | Claim | Works | | Complains about light in pole that is used in works of the Company's unit, which is disturbing neighbors. | UO-ES/CSI | 01/03/11 | Being analyzed by the Responding Areas | E&P |
| 01803/2010 | 2010 | 03/18/10 | Claim | General Issues about the Company | | Complains about the amount paid by Petrobras for his/her property, used as an easement by the Company | UO-BA/SOP/GTR | 01/10/11 | Being analyzed by the Responding Areas | E&P |
| 02424/2010 | 2010 | 04/12/10 | Claim | General Issues about the Company | | Complains about delayed payments regarding the easement | UN-BA/SOP/GTR | 11/22/10 | Being analyzed by the Responding Areas | E&P |
| 07130/2010 | 2010 | 11/11/10 | Claim | Business Relationships | | Claims that, although registered in the CRCC, the company is not invited to participate in the Bids promoted by the Company's Unit. | UO-SEAL/CBS | 01/14/11 | Being analyzed by the Responding Areas | E&P |
| 06897/2010 | 2010 | 11/01/10 | Claim | Business Relationships | | Complains about the lack of payment of two invoices | E&P-CORP/CBS | 11/17/10 | Being analyzed by the Responding Areas | E&P |
| 07874/2010 | 2010 | 12/08/10 | Claim | Work-related relationships | Transfer of Staff | Claims that the HR department of his/her unit cancelled his/her transfer without any legal reason | UO-BC/RH | 01/07/11 | Being analyzed by the Responding Areas | E&P |
| 04967/2010 | 2010 | 08/03/10 | Claim | Work-related relationships | People Management | Complains about the obligation to use days off in addition to the 21 days provided for in the law. | E&P-SERV/RH/ARH | 01/05/11 | Being analyzed by the Responding Areas | E&P |
| 04204/2010 | 2010 | 06/28/10 | Claim | Compensation and work regime | Work regime | Complains about the days off that platform monitors would be entitled to | E&P-EXP/RH | 01/14/11 | Being analyzed by the Responding Areas | E&P |

PBRCG_00709703

**BR PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 04834/2010 | 2010 | 08/01/10 | Claim | Compensation and work regime | Compensation | Complains about the deduction related to the union's contribution from his/her salary | UO-RIO/ATP-ABL/OP-PSO | 01/12/11 | Being analyzed by the Responding Areas | E&P |
| 06854/2010 | 2010 | 10/27/10 | Claim | Compensation and work regime | Compensation | Complains about the lack of payment of overtime for more than 4 years | UN-RIO/ATP-ABL/OP-PSO | 12/17/10 | Being analyzed by the Responding Areas | E&P |
| 07324/2010 | 2010 | 11/22/10 | Claim | Compensation and work regime | Compensation | Complains about a different treatment regarding overtime for graduate employees | UO-BC/RH | 01/13/11 | Being analyzed by the Responding Areas | E&P |
| 07443/2010 | 2010 | 12/03/10 | Claim | Compensation and work regime | Compensation | Complains about the deduction of alimonies | E&P-CPM/CMP-SPO/RH | 01/12/11 | Being analyzed by the Responding Areas | E&P |
| 07092/2010 | 2010 | 11/06/10 | Claim | SMS | | Complains about the engagement of the service provider Perbras without any experience to operate as platform assistant in charge of crane. | E&P-CPM/CMP-SS | 12/20/10 | Being analyzed by the Responding Areas | E&P |

Confidential

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07881/2010 | 2010 | 12/23/10 | Claim | Business Relationships | | Complains about late payment of invoices for services provided to Petrobras. | FINANCE | 01/03/11 | Being analyzed by the Responding Areas | Finance |

PBRCG_00709705

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07313/2010 | 2010 | 11/17/10 | Charge | Psychological Violence in the Workplace | Insult/Offense | Claims that he/she was offended when he/she expressed his/her opinion about a meal served in the restaurant | FAFEN-SE/SA | 12/16/10 | Being analyzed by the Responding Areas | Gas & Energy |

PBRCG_00709706

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07462/2010 | 2010 | 11/16/10 | Claim | Compensation and work regime | Compensation | Complains about salary of employees who work at UTEs. | GE-CORP/RH | 01/04/11 | Being analyzed by the Responding Areas | Gas & Energy |
| 06458/2010 | 2010 | 09/29/10 | Claim | Compensation and work regime | Reclassification | Complains about career stagnation for several reasons, being currently harmed after the PCAC reclassification | FAFEN-SE/RH | 12/08/10 | Being analyzed by the Responding Areas | Gas & Energy |
| 05379/2010 | 2010 | 08/19/10 | Claim | Compensation and work regime | Compensation | Complains that, after being appointed CEO of one Petrobras' affiliated companies, he/she had to face some problems that led, after an audit, to his/her dismissal | GE-/OPEPEN | 01/11/11 | Being analyzed by the Responding Areas | Gas & Energy |

Confidential

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02653/2010 | 2010 | 04/20/10 | Charge | Information Security Violation | | Undue disclosure on the web of a DVD with Petrobras' technical rules | | GAPRE/SE/PE | 12/30/10 | Granted/Pending | GAPRE |
| 07441/2010 | 2010 | 11/26/10 | Charge | Psychological violence in the workplace | Retaliation | Claims that used to work in Corporate Security and was investigating irregularities under the Petrobras' contracts. Claims that were punished for his work, as he had started investigating very important people in the company and was dismissed without cause. | REVAP | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | GAPRE |

PBRCG_00709708

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 04826/2010 | 2010 | 08/02/10 | Claim | Right to come and go | | Claims that was terminated because he had records of access restrictions to Petrobras | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | GAPRE |
| 04959/2010 | 2010 | 08/02/10 | Claim | Right to come and go | | Claims that is restricted from accessing Petrobras' system | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | GAPRE |
| 05739/2010 | 2010 | 08/30/10 | Claim | Right to come and go | | Claims that is restricted from accessing Petrobras' system | E&P-SERV/RH | 12/17/10 | Being analyzed by the Responding Areas | GAPRE |
| 06298/2010 | 2010 | 10/01/10 | Claim | Right to come and go | | Claims that is restricted from accessing Petrobras' system | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | GAPRE |
| 00303/2010 | 2010 | 01/12/10 | Claim | Right to come and go | | Claims that is unable to work as contractor, as he is being persecuted by employees that prevent him from being included in the contracts. | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | GAPRE |
| 03707/2010 | 2010 | 06/04/10 | Claim | Right to come and go | | Claims that is restricted from accessing Petrobras's access system and wants to know why. | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | GAPRE |
| 07952/2010 | 2010 | 01/12/11 | Claim | Right to come and go | | Claims that is restricted from accessing Petrobras's access system and wants to know why. | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | GAPRE |

Confidential

BR PETROBRAS

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05562/2008 | 2008 | 04/10/08 | Charge | Bids | Irregularities in Bids | Claims that there are different prices for the same product in different bids | REPLAN | MATERIAIS/AS | 11/10/10 | Being analyzed by the Responding Areas | Services |
| 17648/2008 | 2008 | 10/01/08 | Charge | Contractors | Inappropriateness | Service provider accused of having many labor claims filed against it. | Construtora Queiroz Galvão | MATERIAIS/AS | 10/29/10 | Being analyzed by the Responding Areas | Services |

Confidential

PBRCG_00709710

**PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14322/2009 | 2009 | 10/19/09 | Charge | Contracts | Breach of contract | Alleged irregular amendment to contract for an amount excessively high. Alleged irregularities un contracts in relation to service providers. | Empresa META; ENGENHARIA/ IETEG/IETR/C MSPCO | AUDITORIA/A ESP | 11/16/09 | Partially granted/pending | Services |
| 11919/2009 | 2009 | 09/09/09 | Charge | Contracts | Frauds in Contracts | Service providers accused of submitting false documents for the pipelines inspection tests. | | GAPRE/SE/P E | 12/23/10 | Granted/Pending | Services |
| 02054/2009 | 2009 | 02/15/09 | Charge | Contractors | Inappropriatenes s | Service provider accused of fraud in balance sheets, claiming that is subject to a bankruptcy request. | Dall Empreendiment os e Serviços | MATERIAIS/A S | 10/29/10 | Being analyzed by the Responding Areas | Services |
| 06107/2009 | 2009 | 04/16/09 | Charge | Contractors | Inappropriatenes s | Allegation that both companies that provide the same product to Petrobras belong to the same person although one of them is registered under a different name | MLH ANALÍTICA LTDA; Trade Lab | GAPRE/SE/P E | 12/23/10 | Being analyzed by the Responding Areas | Services |
| 15753/2009 | 2009 | 12/09/09 | Charge | Contractors | Employment irregularities | Service provider accused of not paying the mandatory fees, transportation allowance and vacations | SIBELLY TRANSPORTE S LTDA | ENGENHARI A/AG/COM | 03/16/10 | Being analyzed by the Responding Areas | Services |
| 15824/2009 | 2009 | 12/18/09 | Charge | Contractors | Contractor in breach in relation to subcontractor | Service provider accused of not paying for the services provided by subcontractors | RR Compacta | ENGENHARI A/AG/COM | 11/05/10 | Being analyzed by the Responding Areas | Services |
| 10613/2009 | 2009 | 08/14/09 | Charge | Contractors | Employment irregularities | Service provider accused of not correctly paying the amounts to which employees are entitled | Stefanini Consultoria; TIC/TIC-E&P/TICDT-BC | TIC/INFRA-TIC | 05/05/10 | Partially Granted/Pending | Services |
| 15773/2009 | 2009 | 12/13/09 | Charge | Contractors | Employment irregularities | Service provider accused of not paying the share of profit to which he/she was entitled | Qualiman Montagem Industriais Ltda. | ENGENHARI A/AG/COM | 09/17/10 | Granted/Pending | Services |
| 10007/2009 | 2009 | 07/22/09 | Charge | Bids | Irregularities in Bids | Alleged irregularities in bids for the engagement of the same company for long periods of time and suspected cartel. | Documentar Tecnologia e Informação | AUDITORIA/A ESP | 09/04/09 | Partially Granted/Pending | Services |
| 11905/2009 | 2009 | 09/10/09 | Charge | Subcontracto rs | Employment irregularities | Subcontractor accused of not paying employee's severance fees | Coinst Serviços Técnicos Especializados Ltda | ENGENHARI A/IEABAST/IE RE/CMSSE | 09/14/09 | Being analyzed by the Responding Areas | Services |

PBRCG_00709711

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05627/2010 | 2010 | 09/06/10 | Charge | Contracts | Corruption (extortion/bribery) | Unit manager and contract auditors accused of ignoring contractor' irregularities. Service provider accused of receiving undue advantages from the area. | Manserv Montagem e Manutenção LTDA; VIX; Compartilhado RBC | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 07922/2010 | 2010 | 29/12/10 | Charge | Contracts | Breach of Contract | Service providers accused of working less hours than required by Petrobras but of being paid as if they were working the agreed hours. | MANCHESTER SERVICES LTDA; Compartilhado RBC | COMPARTILHADO/RBC | 01/05/11 | Being analyzed by the Responding Areas | Services |
| 05257/2010 | 2010 | 11/08/10 | Charge | Contracts | Frauds in Contracts | Alleged purchase of a trial software for a very high price and not preceded by a bid. Claims that the service could be provided by a Brazilian company for a much lower value and with a software that already exists | IBM | AUDITORIA/ASP | 08/18/10 | Being analyzed by the Responding Areas | Services |
| 05060/2010 | 2010 | 08/10/10 | Charge | Deviance | Illegal acts | Service providers accused of submitting false certificates and documents | Tecnosolda/Engenharia | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 06548/2010 | 2010 | 10/15/10 | Charge | Deviance | Illegal acts | Partner institution accused of selling degrees to students | | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 01608/2010 | 2010 | 03/12/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Subcontractor claims that Petrobras' contractor that hired it is not paying for the services performed. | Intertechma | ENGENHARIA/AG/COM | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 01778/2010 | 2010 | 03/18/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Subcontractor claims that it was hired to provide services to Petrobras' unit but did not get paid. | Gertec/Niplan | ENGENHARIA/AG/COM | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 05130/2010 | 2010 | 11/08/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Allegation that contractor has not paid service provider for works performed to Petrobras | MEGADRILL SOUTH AMERICA; GRUPO PONTE DI FERRO; TRAVESSIA DO RIO PIRAQUÊ-AÇÚ E MANGUE EM ARACRUZ | ENGENHARIA | 11/23/10 | Being analyzed by the Responding Areas | Services |
| 05247/2010 | 2010 | 08/17/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Contractor accused of not paying for the rental of equipment and tools to perform services to Petrobras. | [illegible] ENGENHARIA/IEABA ST/IERG, Refinaria Gabriel Passos | ENGENHARIA | 09/24/10 | Being analyzed by the Responding Areas | Services |

Confidential

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05856/2010 | 2010 | 09/10/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Service provider accused of lack of payment | Intertechma | ENGENHARIA | 12/03/10 | Being analyzed by the Responding Areas | Services |
| 06924/2010 | 2010 | 10/01/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Service provider accused of not paying for services provided by supplier | ALUSA ENGENHARIA S.A. | ENGENHARIA/AG/COM | 11/05/10 | Being analyzed by the Responding Areas | Services |
| 07330/2010 | 2010 | 11/20/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Petrobras' service provider accused of not paying invoices | BUENO ENGENHARIA E CONSTRUÇÃO LTDA; obra OSVAT 30 | ENGENHARIA | 01/04/11 | Being analyzed by the Responding Areas | Services |
| 07344/2010 | 2010 | 11/12/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Petrobras' contractor accused of not complying with payments provided for in the contract | [illegible] Energeticke Strojarne (SES); Refinaria "RNEST" | ENGENHARIA | 12/08/10 | Being analyzed by the Responding Areas | Services |
| 07751/2010 | 2010 | 12/08/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Consortium accused of not paying for services provided | [illegible] GASTAU; Camargo Correa; Queiroz Galvão | ENGENHARIA | 12/23/10 | Being analyzed by the Responding Areas | Services |
| 06221/2010 | 2010 | 09/20/10 | Charge | Contractors | Contractor in breach in relation to subcontractor | Service provider accused of not paying for services provided by subcontractor | ENGENHARIA/IETEG/ENE/CMIPE; Qualiman Montagens Industriais Ltda | ENGENHARIA/AG/COM | 01/06/11 | Granted/Pending | Services |
| 04050/2010 | 2010 | 06/23/10 | Charge | Contractors | Inappropriateness | Service provider with issue in the registry of providers accused of using another name to provide services to Petrobras | ISOBRASIL; RISOTERM | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 06297/2010 | 2010 | 09/29/11 | Charge | Contractors | Inappropriateness | Companies that are having difficulties to be registered as providers at Petrobras are creating new companies | Waterbio; Lindex; Sien Brasil;TPS Brasil Comércio e Serviços em Automação Ltda | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 07713/2010 | 2010 | 12/22/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying overtime to employees and of changing health insurance plan coverage | Breda/COMPERJ | ENGENHARIA/AG/COM | 12/22/10 | Being analyzed by the Responding Areas | Services |
| 03619/2010 | 2010 | 05/20/10 | Charge | Contractors | Employment irregularities | Service provider accused of late payment of salaries and meal allowances. | Intertechma Tecnologia; ENGENHARIA/IEABA ST/IERB/CMA | ENGENHARIA/AG/COM | 06/07/10 | Being analyzed by the Responding Areas | Services |

PBRCG_00709713

**PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04152/2010 | 2010 | 06/21/10 | Charge | Contractors | Employment irregularities | Service provider accused of not complying with labor laws | IERB – Implementação de Empreendimentos para RPBC; Intertechma Tecnologia Ltda. | ENGENHARIA | 12/02/10 | Being analyzed by the Responding Areas | Services |
| 04213/2010 | 2010 | 06/17/10 | Charge | Contractors | Employment irregularities | Service provider accused of not complying with labor laws and of not paying creditors. | Intertechma Tecnologia | ENGENHARIA/AG/COM | 07/01/10 | Being analyzed by the Responding Areas | Services |
| 04947/2010 | 2010 | 07/30/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying severance fees | Sibelly Transportes | OUVIDORIA-GERAL/TD | 12/01/10 | Being analyzed by the Responding Areas | Services |
| 05733/2010 | 2010 | 08/24/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying severance fees. | RJ projetos e Empreendimentos Ltda. | ENGENHARIA/AG/COM | 12/14/10 | Being analyzed by the Responding Areas | Services |
| 06122/2010 | 2010 | 09/18/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying overtime to its employees as it should. Claims that there is compensatory time off but no one else knows about it. | Consórcio Integração – Empresas Queiroz Galvão e Engevix | ENGENHARIA/AG/COM | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 07007/2010 | 2010 | 10/25/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying salaries and severance fees. | Araújo Engenharia e Integridade de Equipamentos | COMPARTILHADO/RSPS | 11/11/10 | Being analyzed by the Responding Areas | Services |
| 07157/2010 | 2010 | 10/14/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying any additional fee due as a result of hazardous activities | PROJECTUS; CONSTRUCA | ENGENHARIA/AG/COM | 11/23/10 | Being analyzed by the Responding Areas | Services |
| 06297/2010 | 2010 | 09/29/11 | Charge | Contractors | Inappropriateness | Undue deductions from salaries | Diefra-Engenharia | ENGENHARIA | 12/22/10 | Being analyzed by the Responding Areas | Services |
| 07713/2010 | 2010 | 12/22/10 | Charge | Contractors | Employment irregularities | Consortium accused of not paying subcontractor for services provided | Consórcio Alusa – Galvão – Tomé | ENGENHARIA/AG/COM | 12/30/10 | Being analyzed by the Responding Areas | Services |

Confidential

PBRCG_00709714

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08022/2010 | 2010 | 12/28/10 | Charge | Contractors | Employment irregularities | Service provider accused of not properly paying overtime, and of deducting transportation allowance from employees' salaries even though it does not offer such benefit | Veloz | COMPARTILHADO/RSUD/SIS | 01/05/11 | Being analyzed by the Responding Areas | Services |
| 03714/2010 | 2010 | 05/26/10 | Charge | Contractors | Employment irregularities | Service provider accused of delaying payment of compensation | [illegible] Tecnologia; ENGENHARIA/IEABA ST/IERB/CMA | | | Being jointly processed | Services |
| 03760/2010 | 2010 | 06/07/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying severance fees | Intertechma; RPBC | | | Being jointly processed | Services |
| 04304/2010 | 2010 | 06/29/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying severance fees. | Intertechma Tecnologia Ltda. | | | Being jointly processed | Services |
| 06560/2010 | 2010 | 09/27/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying severance fees. | Intertechama; RPBC | | | Being jointly processed | Services |
| 07152/2010 | 2010 | 10/09/10 | Charge | Contractors | Employment irregularities | Service provider accused of not paying severance fees. | Intertechma tecnologia Ltda.; RPBC | | | Being jointly processed | Services |
| 07910/2010 | 2010 | 12/28/10 | Charge | Employment irregularities at Petrobras | | Allegation that security inspectors assigned to sea terminals are not correctly classified in accordance with the law. | | COMPARTILHADO/RH | 01/12/11 | Being analyzed by the Responding Areas | Services |
| 07213/2010 | 2010 | 10/31/10 | Charge | Bids | Corruption (extortion/bribery) | Auditors accused of favoring companies in bids and receiving payments for service providers. Auditors accused of appointing people to work under the service contracts. | Baucraft; ENGENHARIA/IETEG/ ENOR | GAPRE/SE | 01/07/11 | Being analyzed by the Responding Areas | Services |
| 06315/2010 | 2010 | 09/27/10 | Charge | Bids | Corruption (extortion/bribery) | Allegation that the amount proposed by the winning company was disclosed to other competitors and that, later on, Petrobras renegotiated the price with the second ranked company without consulting the winning company. | | AUDITORIA/ASEF/ AESP | 11/03/11 | Being analyzed by the Responding Areas | Services |
| 06877/2010 | 2010 | 10/11/10 | Charge | Bids | Irregularities in Bids | Allegation of irregularities in bids. Winning company supposedly did not meet the requirements of the RFP | | AUDITORIA/ASEF/ AESP | 11/03/11 | Partially granted/pending | Services |

Confidential

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07944/2010 | 2010 | 12/20/10 | Charge | SMS | Security | Driver accused of drinking and driving while at work | | ENGENHARI A | 01/10/11 | Being analyzed by the Responding Areas | Services |
| 05521/2010 | 2010 | 08/24/10 | Charge | Subcontractor s | Subcontractor's breach | Subcontractor accused of delaying payment of invoices on a regular basis | Intertechma; Projetoé Ilha Grande; GalvãoEngenhar ia | ENGENHARI A | 12/02/10 | Being analyzed by the Responding Areas | Services |
| 07329/2010 | 2010 | 11/23/10 | Charge | Subcontractor s | Subcontractor's breach | Allegation that contractor has not paid service provider for materials purchased for the performance of works to Petrobras | Rematec Ind. e Com. de Artefatos de Metais; União Engenharia; Gasoduto Cacimbas – Catú; | ENGENHARI A | | Being analyzed by the Responding Areas | Services |
| 07337/2010 | 2010 | 11/12/10 | Charge | Subcontractor s | Subcontractor's breach | Allegation that contractor has not paid service provider for works performed to Petrobras | Alphatec S/A; Saipem Eni; URUGUA MEXILHÃO | ENGENHARI A | | Being analyzed by the Responding Areas | Services |
| 07349/2010 | 2010 | 11/05/10 | Charge | Subcontractor s | Subcontractor's breach | Subcontractor accused of not paying for products provided | Oldebrech; Agisa; A.R.Matris; SUAPE | ENGENHARI A | | Being analyzed by the Responding Areas | Services |
| 02621/2010 | 2010 | 04/08/10 | Charge | Subcontractor s | Subcontractor's breach | Allegation that subcontractor's service providers work more hours than legally allowed | CELTUR;TECLI NE/ENGENHAR IA | ENGENHARI A/AG/COM | | Being analyzed by the Responding Areas | Services |
| 03338/2010 | 2010 | 05/24/10 | Charge | Subcontractor s | Subcontractor's breach | Allegation that subcontractor's service providers work in risk areas and are not paid for these hazardous activities | Tecno Engenharia ;San ta Bárbara/ENGEN HARIA | ENGENHARI A/AG/COM | | Being analyzed by the Responding Areas | Services |

PBRCG_00709716

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03824/2010 | 2010 | 06/11/10 | Charge | Subcontractors | Employment irregularities | Contractor accused of hiring small companies which do not comply with labor laws regarding employees termination | BRASFFELS ENGENHARIA; balsa de serviço BGL-1; | ENGENHARIA | 12/17/10 | Being analyzed by the Responding Areas | Services |
| 04588/2010 | 2010 | 07/12/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not paying salaries | RNEST; US HOME E EMPRESAS COLIGADAS; projeto EPC'S | ENGENHARIA | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 04685/2010 | 2010 | 07/21/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not paying salaries for two months, for not paying the severance fund and other accusations | INTERTECHMA TECNOLOGIA LTDA; RPBC | ENGENHARIA | 01/12/11 | Being analyzed by the Responding Areas | Services |
| 04911/2010 | 2010 | 07/30/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not paying severance fees | Intertechma Tecnologia; Galvão Engenharia; Terminal Aquaviário de Ilha Comprida e Ilha Redonda | ENGENHARIA | 12/02/10 | Being analyzed by the Responding Areas | Services |
| 05068/2010 | 2010 | 08/10/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not paying for services provided | INTERTECHMA TECNOLOGIA LTD; Novo Terminal de Ilha Redonda; Consórcio GALVÃO-ALUZA-TOMÉ | ENGENHARIA | 12/02/10 | Being analyzed by the Responding Areas | Services |
| 05744/2010 | 2010 | 08/24/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not complying with labor laws and not paying severance fees | INTERTECHMA TECNOLOGIA LTDA; BASITECH SISTEMAS DE CONTROLE LTDA; Alusa | ENGENHARIA | 11/24/10 | Being analyzed by the Responding Areas | Services |
| 05763/2010 | 2010 | 08/25/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not paying salaries for two months, for not paying the severance fund and other accusations | INTERTECHMA TECNOLOGIA LTDA; ALUSA; Engenharia do CAFOR da RNEST; BASITECH SISTEMAS DE CONTROLE LTDA. | ENGENHARIA | 11/25/10 | Being analyzed by the Responding Areas | Services |

PBRCG_00709717

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05764/2010 | 2010 | 08/26/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not paying salaries for two months, for not paying the severance fund and other accusations | INTERTECHMA TECNOLOGIA LTDA; ALUSA; Engenharia do CAFOR da RNEST; BASITECH SISTEMAS DE CONTROLE LTDA. | ENGENHARIA | 11/24/10 | Being analyzed by the Responding Areas | Services |
| 05765/2010 | 2010 | 08/26/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not paying salaries for two months, for not paying the severance fund and other accusations | INTERTECHMA TECNOLOGIA LTDA; ALUSA; Engenharia do CAFOR da RNEST; BASITECH SISTEMAS DE CONTROLE LTDA. | ENGENHARIA | 11/24/10 | Being analyzed by the Responding Areas | Services |
| 05766/2010 | 2010 | 08/30/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused of not paying salaries for two months, for not paying the severance fund and other accusations | INTERTECHMA TECNOLOGIA LTDA; ALUSA; Engenharia do CAFOR da RNEST; BASITECH SISTEMAS DE CONTROLE LTDA. | ENGENHARIA | 11/24/10 | Being analyzed by the Responding Areas | Services |
| 05785/2010 | 2010 | 08/31/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused for not paying the severance fund | PLANGAS (terminal Aquaviário Ilha Comprida e Ilha Redonda), GALVÃO, INTERTECHMA TECNOLOGIA | ENGENHARIA | 12/01/10 | Being analyzed by the Responding Areas | Services |
| 05822/2010 | 2010 | 09/10/10 | Charge | Subcontractors | Employment irregularities | Subcontractor accused for not paying termination of employment agreement | Cemontex Engenharia, Engevix/ENGENHARIA | ENGENHARIA | 12/27/10 | Being analyzed by the Responding Areas | Services |
| 06054/2010 | 2010 | 09/20/2010 | Charge | Subcontractors | Employment irregularities | Subcontractor accused for not paying transportation allowance, meal allowance, and salaries for over three months and failure to deposit the severance fund | PLANGAS (terminal Aquaviário Ilha Comprida e Ilha Redonda), GALVÃO, INTERTECHMA TECNOLOGIA | ENGENHARIA | 12/02/10 | Being analyzed by the Responding Areas | Services |
| 06057/2010 | 2010 | 09/21/2010 | Charge | Subcontractors | Employment irregularities | Subcontractor accused for not paying transportation allowance, meal allowance, and salaries for over three months and failure to deposit the severance fund | PLANGAS (terminal Aquaviário Ilha Comprida e Ilha Redonda), GALVÃO, INTERTECHMA TECNOLOGIA | ENGENHARIA | 12/02/10 | Being analyzed by the Responding Areas | Services |

PBRCG_00709718

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07192/2010 | 2010 | 11/19/10 | Charge | Subcontractors | Employment Irregularities | Company hired to provide services to Petrobras accused of not complying with labor laws upon employees' termination. No release of severance funds. | Sermotex Engenharia; Engevix Engenharia | ENGENHARIA | 11/24/10 | Being analyzed by the Responding Areas | Services |
| 07323/2010 | 2010 | 11/03/10 | Charge | Subcontractors | Employment Irregularities | Company hired to provide services to Petrobras accused of not paying the correct social contribution amount and to stating, in employees' records, that it pays a salary different than the one actually paid to employees. | Alusa; EPC Engenharia; HCC COMPERJ | ENGENHARIA | 12/27/10 | Being analyzed by the Responding Areas | Services |
| 07891/2010 | 2010 | 12/14/10 | Charge | Subcontractors | Employment Irregularities | Company hired to provide services to Petrobras accused of obliging employees to work more hours than allowed by the law, without proper compensation, and of not providing health insurance | Montcalm; Refinaria Abreu Lima (SUAPE) | ENGENHARIA | 01/10/11 | Being analyzed by the Responding Areas | Services |
| 07897/2010 | 2010 | 12/22/10 | Charge | Subcontractors | Employment Irregularities | Company hired to provide services to Petrobras accused of obliging employees to work more hours than allowed by the law, without proper compensation | MB Freitas; Schahin Engenharia; Túnel Gastau | ENGENHARIA | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 04332/2010 | 2010 | 07/02/10 | Charge | Subcontractors | Employment Irregularities | Subcontractor accused of not paying severance fees to employees | NEWTREND EMPREENDIMENTOS LTDA | | | Being jointly processed | Services |
| 04334/2010 | 2010 | 07/01/10 | Charge | Subcontractors | Employment Irregularities | Subcontractor accused of not paying severance fees to employees | NEWTREND EMPREENDIMENTOS LTDA | | | Being jointly processed | Services |
| 04543/2010 | 2010 | 07/15/10 | Charge | Subcontractors | Employment Irregularities | Subcontractor accused of not paying severance fees to employees | Newtrend; CNC (CONSORCIO NOVO CENPES)/ENGENHARIA | | | Being jointly processed | Services |
| 05046/2010 | 2010 | 08/06/10 | Charge | Subcontractors | Employment Irregularities | Subcontractor accused of not paying severance fees to employees | INTERTECHMA TECNOLOGIA LTDA; RPBC | | | Being jointly processed | Services |

Confidential

**PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07019/2010 | 2010 | 10/05/10 | Charge | Subcontractors | Employment Irregularities | Subcontractor accused of not paying salaries and fringe benefit, including severance fund contributions. | INTERTECHMA TECNOLOGIA LTDA; CONSORCIO GALVAO ALUSA TOME | | | Being jointly processed | Services |
| 01039/2010 | 2010 | 01/25/10 | Charge | Influence peddling | | Manager accused of having a company and benefiting from contracts to work for Petrobras. | Intertechma Tecnologia Ltda; Alusa Engenharia | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 07446/2010 | 2010 | 12/02/10 | Charge | Undue use of Petrobras' image | | Malicious e-mail unduly using Petrobras' image | | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 03862/2010 | 2010 | 06/14/10 | Charge | Undue use of Company's Goods and Services. | | Accusation that room at UO-ES is being underused and generating unnecessary expenses to the Company. | ENGENHARIA/IETEG/ EGA/CMDCAVI | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 03883/2010 | 2010 | 06/16/10 | Charge | Information Security Violation | | Employee accused of violating the information system by accessing blocked websites and sending employees' data to third parties | | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 05239/2010 | 2010 | 08/17/10 | Charge | Information Security Violation | | Allegation that an email formerly used by a retired employee is still being used by someone else who pretends to be that employee and is unduly using Petrobras' trademark | | GAPRE/SE/PE | 12/30/10 | Being analyzed by the Responding Areas | Services |

Confidential

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06334/2010 | 2010 | 10/04/10 | Charge | Psychological Violence in the Workplace | Threat | Coordinator accused of threatening of termination and humiliations, which resulted in her dismissal | | COMPARTILHADO/RN NE/BS/SSU | 01/06/11 | Being analyzed by the Responding Areas | Services |
| 07309/2010 | 2010 | 11/19/10 | Charge | Psychological Violence in the Workplace | Discrimination | Employee claims to have being discriminated against when she was appointed to take a course abroad. | | CENPES | 01/04/11 | Being analyzed by the Responding Areas | Services |
| 07843/2010 | 2010 | 12/28/10 | Charge | Psychological Violence in the Workplace | Retaliation | Service provider accused of dismissing service providers who complained to Petrobras' auditors about housing and food at work sites. | ALN TRANSPORTES/ENGEN HARIA | ENGENHARIA/AG/COM | 12/28/10 | Being analyzed by the Responding Areas | Services |

PBRCG_00709721

PETROBRAS

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Involved Company/Area | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19437/2008 | 2008 | 12/02/08 | Claim | Business Relationships | | Invoice payment. | | MATERIAIS/C CB/CG/CC | 12/02/10 | Being analyzed by the Responding Areas | Services |

PBRCG_00709722

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 11849/2009 | 2009 | 09/11/09 | Claim | AMS | Payment | Claims that did not receive amounts related to big risk | COMPARTI LHADO/RN NE/SAMS | 12/21/10 | Being analyzed by the Responding Areas | Services |
| 10523/2009 | 2009 | 08/07/09 | Claim | AMS | General Issues | Claims that deductions relating to AMS expenses made by his deceased wife are still being made and asks whether such charges would not be covered by Big Risk | COMPARTI LHADO/RN NE/SAMS | 12/21/10 | Being analyzed by the Responding Areas | Services |
| 13326/2009 | 2009 | 10/15/09 | Claim | Webpages | | Claims that received offensive emails. | ENGENHA RIA | 01/04/11 | Being analyzed by the Responding Areas | Services |

PBRCG_00709723

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07044/2010 | 2010 | 11/10/10 | Claim | AMS | Authorization | Complains about the bad services provided by Compartilhado/AMS regarding the request for authorization of medical services and other AMS-related doubts, in the Brasília office. | COMPARTI LHADO/RS UD/ SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 07762/2010 | 2010 | 12/22/10 | Claim | AMS | Authorization | Complains that his/her mother, an AMS beneficiary, is hospitalized since the beginning of December without the proper surgery authorization. | COMPARTI LHADO/RB C/S AMS | 12/23/10 | Being analyzed by the Responding Areas | Services |
| 07051/2010 | 2010 | 11/10/10 | Claim | AMS | Authorization | Complains about the bad services provided by Compartilhado/AMS regarding the request for authorization of medical services and other AMS-related doubts, in the Brasília office | | | Being jointly processed | Services |
| 06747/2010 | 2010 | 10/26/10 | Claim | AMS | Pharmacy Allowance | Claims that is unable to get the necessary information through 0800 AMS to buy medicines. | COMPARTI LHADO/RS PS/ SAMS | 10/27/10 | Being analyzed by the Responding Areas | Services |
| 06392/2010 | 2010 | 10/05/10 | Claim | AMS | Coverage | Complains that son needs specialized neurological medical assistance and requires current neuro pediatrician to be accredited by AMS. | COMPARTI LHADO/RN NE/SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 06032/2010 | 2010 | 09/20/10 | Claim | AMS | Payment | Complains that Fale Conosco-AMS did not find a solution to his/her claim regarding continuous and undue deductions made by AMS to his/her payroll. | COMPARTI LHADO/RB C/S AMS | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 06041/2010 | 2010 | 09/21/10 | Claim | AMS | Payment | Complains about undue deductions by AMS. Retired from Fronape, and reports that deductions used to be made based on Petrobras' list and that, since 2009, Transpetro's list is being used instead. | COMPARTI LHADO/RN NE/SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 06294/2010 | 2010 | 09/25/10 | Claim | AMS | Payment | Complains about bad services provided by Brasil Remoções and about payment for transportation cancelled and not provided when urgently requested. | COMPARTI LHADO/RS PS/ SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 06684/2010 | 2010 | 10/25/10 | Claim | AMS | Payment | Claims that is being charged by the medical facility where his/her sister is staying for fees that AMS-Petrobras refuses to pay. | COMPARTI LHADO/RS UD/ SAMS/ATA | 10/25/10 | Being analyzed by the Responding Areas | Services |
| 06844/2010 | 2010 | 10/30/10 | Claim | AMS | Payment | Complains about undue deductions considering the Big and Small Risk shares. | COMPARTI LHADO/RN NE/SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 07244/2010 | 2010 | 11/24/10 | Claim | AMS | Payment | Complains about undue deductions to his/her salary for medical expenses used by his/her daughter that is under plan 28. | COMPARTI LHADO/RN NE/SAMS | 01/10/11 | Being analyzed by the Responding Areas | Services |
| 07906/2010 | 2010 | 12/28/10 | Claim | AMS | Payment | Complains about the time is staking for anesthesia expenses to be reimbursed. | COMPARTI LHADO/RN NE/SAMS/A CP | 01/11/11 | Being analyzed by the Responding Areas | Services |

**PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07603/2010 | 2010 | 12/13/10 | Claim | AMS | General Issues | Complains about the time is taking for his/her problem to be solved and that documents were delivered to the manager on October, 2010 | COMPARTI LHADO/RS UD/ SPE/MOB | 01/06/11 | Being analyzed by the Responding Areas | Services |
| 06006/2010 | 2010 | 09/19/10 | Claim | AMS | General Issues | Claims that he/she still has not received the AMS ID Card | COMPARTI LHADO/RS PS/ SAMS | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 06391/2010 | 2010 | 10/04/10 | Claim | AMS | General Issues | Claims that it is hard to get an appointment and authorization to run some tests since he/she does not have the AMS ID Card. | COMPARTI LHADO/RS PS/ SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 06464/2010 | 2010 | 10/10/10 | Claim | AMS | General Issues | Complains that his/her records at AMS are not updated. | COMPARTI LHADO/RS PS/ SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 07750/2010 | 2010 | 12/20/10 | Claim | AMS | General Issues | Complains about the difficulty to renew the AMS ID Card. | COMPARTI LHADO/RS PS/ SAMS | 12/23/10 | Being analyzed by the Responding Areas | Services |
| 06625/2010 | 2010 | 10/21/10 | Claim | AMS | Accredited Network | Complains about the time it takes for an authorization for a surgery or hospitalization. | COMPARTI LHADO/RS PS/ SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 06798/2010 | 2010 | 10/28/10 | Claim | AMS | Accredited Network | Complains about the small AMS refund for accredited network doctors. | COMPARTI LHADO/RS UD/ SAMS/RCR | 12/16/10 | Being analyzed by the Responding Areas | Services |
| 07085/2010 | 2010 | 11/12/10 | Claim | AMS | Accredited Network | Complains about the time it takes to be paid for services provided to Petrobras. | COMPARTI LHADO/RS UD/ SAMS | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 07144/2010 | 2010 | 11/17/10 | Claim | AMS | Accredited Network | Complains that he/she did not receive for medical services provided to AMS. | COMPARTI LHADO/RS UD/ SAMS/ACP | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 07594/2010 | 2010 | 12/10/10 | Claim | AMS | Accredited Network | Complains that there is no place in Três Lagoas where his wife can have an MRI. | COMPARTI LHADO/RS PS/ SAMS | 01/07/11 | Being analyzed by the Responding Areas | Services |
| 07621/2010 | 2010 | 12/14/10 | Claim | AMS | Accredited Network | Complains about not receiving payment for medical services for two months. | COMPARTI LHADO/RS PS/ SAMS | 12/17/10 | Being analyzed by the Responding Areas | Services |
| 07690/2010 | 2010 | 12/16/10 | Claim | AMS | Accredited Network | Complains about amounts paid for medical services and requires the appropriate adjustment. | COMPARTI LHADO/RS PS/ SAMS | 12/21/10 | Being analyzed by the Responding Areas | Services |

PBRCG_00709725

**PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07730/2010 | 2010 | 12/20/10 | Claim | AMS | Accredited Network | Complains about the bad conditions and lack of equipment at Clínica Renal Service. | COMPARTI LHADO/RS UD/ SAMS | 12/27/10 | Being analyzed by the Responding Areas | Services |
| 07748/2010 | 2010 | 12/20/10 | Claim | AMS | Accredited Network | Complains about the assistance provided to a hospitalized beneficiary. | COMPARTI LHADO/RS PS/ SAMS/RCR | 12/27/10 | Being analyzed by the Responding Areas | Services |
| 07386/2010 | 2010 | 11/26/10 | Claim | Inappropria te Assistance | | Complains about the time the company took to respond to an airline ticket issuance request. | COMPARTI LHADO/RS UD/ SIS/SLOG | 12/27/10 | Being analyzed by the Responding Areas | Services |
| 07404/2010 | 2010 | 11/29/10 | Claim | Inappropria te Assistance | | Complains about the assistance in PETROS' office at EDIBA. | COMPARTI LHADO/RN NE/BS/SCN TR | 01/07/11 | Being analyzed by the Responding Areas | Services |
| 07405/2010 | 2010 | 11/29/10 | Claim | Inappropria te Assistance | | Complains about assistance provided at the Service Stations of Compartilhado by the representatives of Petros at EDISE and EDIVEN | COMPARTI LHADO/RS UD/NS | 12/21/10 | Being analyzed by the Responding Areas | Services |
| 07838/2010 | 2010 | 12/20/10 | Claim | Benefits | Education Allowance | Complains about delays in Education Allowance refund. | COMPARTI LHADO/RS UD/ SPE/MOB | 01/14/11 | Being analyzed by the Responding Areas | Services |
| 07482/2010 | 2010 | 11/10/10 | Claim | Documents | | Complains about AMS' procedure for the delivery of medical records. | COMPARTI LHADO/RS UD/ SMS/SSO | 12/17/10 | Being analyzed by the Responding Areas | Services |
| 06498/2010 | 2010 | 10/15/10 | Claim | Contractor s | | Claims that contractors suspended the health insurance after medical leave of absence. | Petrobras' Ethics Commission | 01/13/11 | Being analyzed by the Responding Areas | Services |
| 06724/2010 | 2010 | 10/05/10 | Claim | Contractor s | | Complains about the workday of 8 hours and 48 minutes. | COMPARTI LHADO/RS UD/ SIS/SSA | 01/11/11 | Being analyzed by the Responding Areas | Services |
| 06920/2010 | 2010 | 10/29/10 | Claim | Contractor s | | Complains about the procedures and the current lack of respect in the Engineering Area of Petrobras no in relation to the hiring and dismissal of staff upon the change of contract. | ENGENHA RIA/ AG/COM | 11/12/10 | Being analyzed by the Responding Areas | Services |
| 06991/2010 | 2010 | 11/05/10 | Claim | Contractor s | | Complains about services provided by taxi company. | COMPARTI LHADO/RS UD/ SIS/SLOG | 12/20/10 | Being analyzed by the Responding Areas | Services |

Confidential

**PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07315/2010 | 2010 | 11/16/10 | Claim | Contractors | | Complains about the lack of communication regarding the transition process of the company where works | COMPARTILHADO/RBC/NS | 11/29/10 | Being analyzed by the Responding Areas | Services |
| 07965/2010 | 2010 | 12/16/10 | Claim | Contractors | | Complains about management of service provider. | COMPARTILHADO/RSPS/ NSBS/SLOG | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 05083/2010 | 2010 | 08/06/10 | Claim | Infrastructure | | Complain about the fact that service providers cannot the dining rooms and cafeterias of the floors they work on to drink water. | COMPARTILHADO/RSUD/ NSGR/EDIVEN | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 07508/2010 | 2010 | 12/10/10 | Claim | Infrastructure | | Claims that a differentiated treatment is given on the 13th floor of EDISE, to conserve the works done on the floor. | COMPARTILHADO/RSUD/ NSGR/EDISE | 01/05/11 | Being analyzed by the Responding Areas | Services |
| 07780/2010 | 2010 | 12/13/10 | Claim | Infrastructure | | Complains that floor restroom is being repaired and that there is no information of when it will be ready to be used | COMPARTILHADO/RSUD/ NSGR/EDISE | 12/27/10 | Being analyzed by the Responding Areas | Services |
| 07821/2010 | 2010 | 12/27/10 | Claim | Infrastructure | | Complains about the lack of infrastructure for the access by people who depend on wheelchairs at EDISE and EDION | COMPARTILHADO/RSUD/ NSGR/EDITA | 01/03/11 | Being analyzed by the Responding Areas | Services |
| 07637/2010 | 2010 | 12/10/10 | Claim | Infrastructure | | Claims that a differentiated treatment is given on the 13th floor of EDISE, to conserve the works done on the floor. | | | Being jointly processed | Services |
| 00399/2010 | 2010 | 01/18/10 | Claim | Works | | Complains about damages to roads caused by all the works constantly performed by Petrobras. | ENGENHARIA/AG/COM | 12/23/10 | Being analyzed by the Responding Areas | Services |
| 07832/2010 | 2010 | 12/28/10 | Claim | General Issues about the Company | | Claims that Petrobras never responded on the payment of a compensation for the easement in his/her property. | ENGENHARIA/AG/COM | 12/28/10 | Being analyzed by the Responding Areas | Services |
| 06173/2010 | 2010 | 09/22/10 | Claim | Business Relationships | | Claims that are not allowed to participate in bids, as it is not able to update its records at Company. | MATERIAIS | 12/30/10 | Being analyzed by the Responding Areas | Services |
| 07123/2010 | 2010 | 11/08/10 | Claim | Business Relationships | | Claims that it's been trying for two years to include its company as a material provider and that documents have not been accepted. | MATERIAIS/CCB/CG | 12/27/10 | Being analyzed by the Responding Areas | Services |

Confidential

**PETROBRAS**

CONFIDENTIAL

| Process No. | Year | Receipt | Category | Main Issue | Subject Matter | Summary | Area Forwarded To | Date | Current Status | Executive Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 07429/2010 | 2010 | 11/30/10 | Claim | Business Relationships | | Claims that it is difficult to register company in Petrobras' corporate provider system | MATERIAIS/AS | 01/12/11 | Being analyzed by the Responding Areas | Services |
| 07745/2010 | 2010 | 12/15/10 | Claim | Business Relationships | | Complains about delays in the issuance of the CRCC of his/her company due to Petrobras' system failures. | MATERIAIS/AS | 01/06/11 | Being analyzed by the Responding Areas | Services |
| 07907/2010 | 2010 | 12/28/10 | Claim | Business Relationships | | Complains about delay to receive payment of an invoice from Petrobras. | MATERIAIS/CCB/CG/CC | 01/05/11 | Being analyzed by the Responding Areas | Services |
| 06836/2010 | 2010 | 10/28/10 | Claim | Relationships with Unions | | Complains about additional deductions made to Sindipetro, as employee already is unionized and pays the monthly contributions regularly. | COMPARTILHADO/RSUD / SPE/MOB | 01/14/11 | Being analyzed by the Responding Areas | Services |
| 04746/2010 | 2010 | 07/23/10 | Claim | Work-related relationships | Medical allowance | Complains about the duration of the maternity leave of his wife, an employee of the Company. | COMPARTILHADO/RH | 01/07/11 | Being analyzed by the Responding Areas | Services |
| 05915/2010 | 2010 | 09/08/10 | Claim | Work-related relationships | Medical allowance | Complains that, because of Social Security employees' strike, his/her medical examination was not completed and he/she could not go back to work. When the strike was over, the request for extension was denied, and that all these days that employee was prevented from working were deducted from salary | COMPARTILHADO/PGRH/CRH | 12/16/10 | Being analyzed by the Responding Areas | Services |
| 07524/2010 | 2010 | 11/10/10 | Claim | Work-related relationships | People Management | Complains that ESBRAS did not accept medical evidence that employee was absent to undergo a medical examination | COMPARTILHADO/RSUD / SMS/SSO | 12/17/10 | Being analyzed by the Responding Areas | Services |
| 06198/2010 | 2010 | 09/24/10 | Claim | Work-related relationships | Work Resumption | Complains that his/her father was assigned to Petroflex and was ordered to go back to work after a medical leave but he was considered unable for the work and was referenced to Social Security | COMPARTILHADO/RSUD / SMS/SSO | 01/14/11 | Being analyzed by the Responding Areas | Services |
| 04621/2010 | 2010 | 07/19/10 | Claim | Compensation and work regime | Upgrade | Complains that was promoted in 2007 but that such promotion still does not show on his/her records. | COMPARTILHADO/RSUD / SPE/MOB | 12/13/10 | Being analyzed by the Responding Areas | Services |

**MERRILL**CORPORATION

1345 Avenue of the Americas
17th Floor
New York, NY 10105
212.620.5600
merrillcorp.com

State of New York          )
                           )          ss:
County of New York         )

### Certificate of Accuracy

This is to certify that the attached

**PBRCG_00709632 – PBRCG_00709728**

originally written in the Portuguese language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: May 25, 2016

Jesús López
Sr. Project Manager, Legal Translations
Merrill Brink International

Sworn to and signed before
me, this       25th       day of
May   2016

Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

Merrill is an Equal Employment Opportunity
and Affirmative Action Employer

# Ouvidoria Geral

### 4º Trimestre – 2010
### Relatório Executivo



**PETROBRAS**

www.ouvidoria.petrobras.com.br

Confidential

 **PETROBRAS**

CONFIDENCIAL

### Comentários iniciais

Em atenção à rotina que se estabeleceu no que diz respeito a cientificar a Alta Administração quanto aos detalhes das denúncias e reclamações protocoladas nesta Ouvidoria Geral e que se encontram pendentes de conclusão, encaminho o respectivo relatório, que contém os registros atualizados até o quarto trimestre de 2010.

No seu conjunto, o relatório apresenta os números e a evolução do tratamento das denúncias e reclamações pendentes. Um anexo em forma de planilha os destaca com informações resumidas sobre o seu conteúdo, data de recebimento e encaminhamento, bem como situação em que se encontram.

Através da consolidação desses dados, a Ouvidoria Geral dá cumprimento a suas diretrizes de prestar conta de suas atividades ao Conselho de Administração e de subsidiar a gestão da Companhia com elementos que propiciem melhorias contínuas.

Rio de Janeiro, 24 de janeiro de 2011.

Paulo Otto von Sperling
Ouvidor Geral da Petrobras

Confidential          PBRCG 00709633

 **PETROBRAS**

CONFIDENCIAL

## SUMÁRIO:

Parte I: Dados Consolidados da Petrobras ................................................. 3
1 – Denúncias ...................................................................................... 3
2 – Reclamações ................................................................................. 7
Parte II: Dados Estratificados – Abastecimento .................................... 11
1 – Denúncias .................................................................................... 11
2 – Reclamações ............................................................................... 14
Parte III: Dados Estratificados – Comunicação .................................... 17
1 – Denúncias .................................................................................... 17
2 – Reclamações ............................................................................... 20
Parte IV: Dados Estratificados - Exploração & Produção ..................... 22
1 – Denúncias .................................................................................... 22
2 – Reclamações ............................................................................... 25
Parte V: Dados Estratificados – Financeira .......................................... 28
1 – Reclamações ............................................................................... 28
Parte VI: Dados Estratificados – Gás & Energia ................................... 30
1 – Denúncias .................................................................................... 30
2 – Reclamações ............................................................................... 30
Parte VII: Dados Estratificados – Internacional .................................... 32
1 – Denúncias .................................................................................... 32
2 – Reclamações ............................................................................... 32
Parte VIII: Dados Estratificados – Jurídico ........................................... 34
1 – Reclamações ............................................................................... 34
Parte IX: Dados Estratificados – Recursos Humanos .......................... 35
1 – Reclamações ............................................................................... 35
Parte X: Dados Estratificados – Segurança Empresarial ..................... 38
1 – Denúncias .................................................................................... 38
2 – Reclamações ............................................................................... 38
Parte XI: Dados Estratificados – Serviços ............................................ 40
1 – Denúncias .................................................................................... 40
2 – Reclamações ............................................................................... 44
Anexo I – Planilhas com detalhamento das Denúncias e Reclamações pendentes

Confidential                                                                 PBRCG_00709634



CONFIDENCIAL

## PARTE I: DADOS CONSOLIDADOS DA PETROBRAS

## 1 – DENÚNCIAS

### 1.1– Estratificação por temas

Nesta seção são apresentadas as denúncias pendentes discriminadas por assunto.

**Total de denúncias pendentes até 30 de dezembro de 2010: 176**



Confidential                                                                PBRCG_00709635

 **PETROBRAS**                                    CONFIDENCIAL

## 1.2 – Evolução dos temas em relação ao relatório do terceiro trimestre

O quadro a seguir destaca assuntos que tiveram variação (a maior ou menor) em relação ao relatório do trimestre anterior.

| TEMAS CUJAS DENÚNCIAS PENDENTES AUMENTARAM EM RELAÇÃO AO RELATÓRIO ANTERIOR | | AUMENTO (QUANT.) | TEMAS CUJAS DENÚNCIAS PENDENTES DIMINUÍRAM EM RELAÇÃO AO RELATÓRIO ANTERIOR | | REDUÇÃO (QUANT.) |
|---|---|---|---|---|---|
| Empresas contratadas | | 5 | Subcontratadas | | 8 |
| Licitações | | 4 | Contratos | | 6 |
| Desvio comportamental | | 2 | Favorecimento pessoal | | 4 |
| Programas da Petrobras | | 2 | Lesão ao Patrimônio | | 3 |
| Uso indevido de Bens e Serviços da Cia. | | 1 | Patrocínio | | 3 |
| Irregularidades trabalhistas da Petrobras | | 1 | SMS – Segurança/saúde | | 2 |
| | | | Combustíveis | | 1 |
| | | | Furto de objetos pessoais | | 1 |
| | | | SMS – Meio Ambiente | | 1 |
| | | | Tráfico de Influência | | 1 |
| | | | Violação contra segurança da Informação | | 1 |
| TOTAL | | 15 | | | 31 |

## 1.3 – Estratificação por ano

A seguir, as pendências são separadas por ano de recebimento da demanda na Ouvidoria Geral.



Confidential                                                              PBRCG_00709636

 **PETROBRAS**

CONFIDENCIAL

**Comentário:**

Embora, no conjunto, tenha ocorrido uma redução de 90 denúncias (46%) daquelas apresentadas no terceiro trimestre de 2010, houve um acréscimo de mais **74** novas pendências no quarto trimestre de 2010.

## 1.4 – Áreas onde estão localizadas as denúncias

O gráfico seguinte identifica a Diretoria ou Área Corporativa na qual se encontra o objeto das denúncias.



## 1.5 – Evolução do quantitativo de denúncias por Diretoria e Gerências Corporativas

| Diretorias e Gerências Corporativas | Quantidade de denúncias em tratamento nas áreas no terceiro trimestre 2010 | Quantidade de denúncias resolvidas no terceiro trimestre de 2010 | Quantidade de denúncias novas enviadas para tratamento no quarto trimestre de 2010 | Quantidade de denúncias do Relatório do quarto trimestre 2010 |
|---|---|---|---|---|
| SERVIÇOS | 99 | 45 | 34 | 88 |
| E&P | 39 | 14 | 19 | 44 |
| ABAST | 35 | 14 | 17 | 38 |
| COMUNICAÇÃO | 10 | 9 | 2 | 3 |
| SEG. EMPRESARIAL | 1 | 0 | 1 | 2 |
| GÁS & ENERGIA | 1 | 1 | 1 | 1 |
| INTERNACIONAL | 7 | 7 | 0 | 0 |
| TOTAIS | 192 | 90 | 74 | 176 |

**Comentários:**

Gestor: OUVIDORIA GERAL          5/46          versão 1 – Out/2010

 **PETROBRAS**

CONFIDENCIAL

A evolução de denúncias das Diretorias com maior quantidade de pendências no relatório anterior apresentou as seguintes características:

☐ **SERVIÇOS:**
Redução de 45 pendências do trimestre anterior;
Aumento de 34 novas denúncias no atual trimestre.

☐ **E&P:**
Redução de 14 pendências do trimestre anterior;
Aumento de 19 novas denúncias no atual trimestre.

☐ **ABASTECIMENTO:**
Redução de 14 pendências do trimestre anterior;
Aumento de 17 novas denúncias no atual trimestre.

## 1.6 – Estratificação por situação atual

O gráfico apresenta em que fase de tratamento se encontram as denúncias.



# 2 – RECLAMAÇÕES

Confidential

PBRCG_00709638

 **PETROBRAS**

CONFIDENCIAL

## 2.1– Estratificação por temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto.

**Total de reclamações pendentes até 30 de dezembro de 2010: 129**



Gestor: OUVIDORIA GERAL          7/46          versão 1 – Out/2010

Confidential

PBRCG_00709639

 **PETROBRAS**

CONFIDENCIAL

## 2.2– Evolução dos temas em relação ao relatório do terceiro trimestre

O quadro a seguir destaca assuntos que tiveram variação (a maior ou menor) em relação ao relatório do trimestre anterior.

| TEMAS CUJAS RECLAMAÇÕES PENDENTES AUMENTARAM EM RELAÇÃO AO RELATÓRIO ANTERIOR | AUMENTO (QUANT.) | TEMAS CUJAS RECLAMAÇÕES PENDENTES DIMINUÍRAM EM RELAÇÃO AO RELATÓRIO ANTERIOR | REDUÇÃO (QUANT.) |
|---|---|---|---|
| Relações comerciais | 6 | AMS | 24 |
| Empresas contratadas | 3 | Direito de ir e vir | 6 |
| Atendimento inadequado | 2 | Questões gerais sobre a Cia. | 5 |
| Benefícios | 2 | Remuneração e regime de trabalho | 4 |
| Documentos | 1 | Processo seletivo | 2 |
| Marítimos | 1 | Ações | 1 |
| Relações sindicais | 1 | Atuação da Petrobras | 1 |
| SMS | 1 | Infra-estrutura | 1 |
| | | Patrocínio | 1 |
| | | Programas da Petrobras | 1 |
| | | Terceirização | 1 |
| TOTAL | 17 | | 47 |

## 2.3 – Estratificação por ano

A seguir, as pendências são separadas por ano de recebimento da demanda na Ouvidoria Geral.



**Comentário:**

Embora, no conjunto, tenha ocorrido uma redução de 116 reclamações (73%) daquelas apresentadas no terceiro trimestre de 2010, houve um acréscimo de mais **87** novas pendências no quarto trimestre de 2010.

Confidential

PBRCG_00709640

 **PETROBRAS**

CONFIDENCIAL

## 2.4 – Áreas onde estão localizadas as reclamações

O gráfico seguinte identifica a Diretoria ou Área Corporativa na qual se encontra o objeto das reclamações.



## 2.5 – Evolução do quantitativo de reclamações por Diretoria e Gerências Corporativas

| Diretorias e Gerências Corporativas | Quantidade de reclamações em tratamento nas áreas no terceiro Trimestre 2010 | Quantidade de reclamações resolvidas no terceiro trimestre de 2010 | Quantidade de reclamações novas enviadas para tratamento no quarto trimestre de 2010 | Quantidade de reclamações do Relatório do quarto Trimestre 2010 |
|---|---|---|---|---|
| SERVIÇOS | 70 | 57 | 46 | 59 |
| E&P | 21 | 15 | 17 | 23 |
| ABAST | 20 | 13 | 9 | 16 |
| RECURSOS HUMANOS | 22 | 14 | 5 | 13 |
| SEG. EMPRESARIAL | 14 | 8 | 1 | 7 |
| INTERNACIONAL | 2 | - | 2 | 4 |
| GÁS & ENERGIA | 2 | 2 | 3 | 3 |
| COMUNICAÇÃO | 4 | 4 | 2 | 2 |
| FINANCEIRA | 3 | 3 | 1 | 1 |
| JURÍDICO | - | - | 1 | 1 |
| TOTAIS | 158 | 116 | 87 | 129 |

Confidential

PBRCG_00709641

**PETROBRAS**

CONFIDENCIAL

**Comentários:**

A evolução das reclamações das Diretorias e Áreas com maior quantidade de
pendências no relatório anterior apresentou as seguintes características:

- **SERVIÇOS:**
  Redução de 57 pendências do trimestre anterior;
  Aumento de 46 novas reclamações no atual trimestre.

- **E&P:**
  Redução de 15 pendências do trimestre anterior;
  Aumento de 17 novas reclamações no atual trimestre.

- **ABASTECIMENTO:**
  Redução de 13 pendências do trimestre anterior;
  Aumento de 9 novas reclamações no atual trimestre.

- **RECURSOS HUMANOS:**
  Redução de 14 pendências do trimestre anterior;
  Aumento de 5 novas reclamações no atual trimestre.

## 2.6 – Estratificação por situação atual

O gráfico apresenta em que fase de tratamento se encontram as reclamações.



Confidential                                    PBRCG_00709642



CONFIDENCIAL

## PARTE II – DADOS ESTRATIFICADOS - ABASTECIMENTO

## 1 – DENÚNCIAS

### 1.1– Estratificação por temas

Nesta seção são apresentadas as denúncias pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de denúncias pendentes no terceiro trimestre de 2010: 35**



**Total de denúncias pendentes no quarto trimestre de 2010: 38**



**Comentários:**

Gestor: OUVIDORIA GERAL            11/46            versão 1 – Out/2010

**BR PETROBRAS**

CONFIDENCIAL

- Houve a conclusão de 14 denúncias presentes no terceiro trimestre, correspondente a 40% do total do período.
- Houve acréscimo de 17 denúncias no quarto trimestre de 2010.
- Houve um aumento de aproximadamente 8% do quantitativo de denúncias pendentes, comparando-se os dois trimestres.
- Apesar da finalização de 14 demandas e a inclusão de mais 17, os principais temas continuam sendo aqueles ligados a processos de contratação e violência psicológica no trabalho (temas que, no conjunto, cobrem 82% das denúncias).

## 1.2 – Estratificação por ano

Nesta seção as denúncias são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico abaixo identifica a evolução do status das denúncias, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas denúncias nos últimos três meses. Não estão sendo consideradas aqui as 17 novas denúncias que chegaram no trimestre outubro/dezembro.



■ **Pendentes no terceiro relatório de 2010**

■ **Pendentes no quarto relatório de 2010**

**Comentários:**

- 1 denúncia (17%) de 2009 foi concluída.
- 13 denúncias (45%) de 2010 foram concluídas.
- Total de denúncias concluídas no triênio 2008-2010: 14 de um total de 35 denúncias (40%).

O segundo gráfico apresenta a **situação atual**, já excluindo as 14 denúncias concluídas e agregando as novas 17 pendentes que chegaram no período de outubro a dezembro/2010.

Gestor: OUVIDORIA GERAL                12/46                versão 1 – Out/2010

Confidential

PBRCG_00709644

**BR PETROBRAS**                                                    CONFIDENCIAL



## 1.3 – Estratificação por situação atual

Esta seção apresenta a situação em que se encontra o tratamento das denúncias.

O gráfico abaixo identifica a evolução do status das denúncias, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas denúncias nos últimos três meses. Não estão sendo consideradas aqui as 17 novas denúncias que chegaram no trimestre outubro/dezembro.



▓ **Pendentes no terceiro relatório de 2010**

▓ **Pendentes no quarto relatório de 2010**

O segundo gráfico apresenta a **situação atual**, já excluindo as 14 denúncias que foram concluídas e agregando as 17 novas, ainda pendentes, que chegaram no período de outubro/dezembro.

Gestor: OUVIDORIA GERAL                13/46                versão 1 – Out/2010

 **PETROBRAS**                                    CONFIDENCIAL



## 2 – RECLAMAÇÕES

### 2.1– Estratificação por temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 20**



**Total de reclamações pendentes no quarto trimestre 2010: 16**

Confidential                                                                PBRCG_00709646

 **PETROBRAS**

CONFIDENCIAL



**Comentários:**

☐ Houve a conclusão de 13 reclamações presentes no terceiro trimestre, correspondente a 65% do total do período.

☐ Houve acréscimo de 9 reclamações no quarto trimestre de 2010.

## 2.2 – Estratificação por ano

Nesta seção as reclamações são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico a seguir identifica a evolução do status das reclamações, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas reclamações nos últimos três meses. Não estão sendo consideradas aqui as 9 novas reclamações que chegaram no trimestre outubro/dezembro.

Confidential

PBRCG_00709647

 **PETROBRAS**

CONFIDENCIAL



■ **Pendentes no terceiro relatório de 2010**

■ **Pendentes no quarto relatório de 2010**

**Comentários:**

- ☐ A reclamação de 2008 não foi concluída.
- ☐ A reclamação (100%) de 2009 foi concluída.
- ☐ 12 reclamações (67%) de 2010 foram concluídas.

O segundo gráfico apresenta a situação atual, já excluindo as 13 reclamações concluídas e agregando as 9 novas reclamações pendentes que chegaram no período de outubro a dezembro/2010.



## 2.3 – Estratificação por situação atual

Todas as 16 reclamações se encontram em análise nas Áreas da Diretoria de Abastecimento.

Confidential

PBRCG_00709648

**BR PETROBRAS**

CONFIDENCIAL

## PARTE III: DADOS ESTRATIFICADOS - COMUNICAÇÃO

## 1 – DENÚNCIAS

### 1.1– Estratificação por temas

Nesta seção são apresentadas as denúncias pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de denúncias pendentes no relatório do terceiro trimestre de 2010: 10**



**Total de denúncias pendentes no quarto trimestre de 2010: 3**



**Comentários:**

☐ Houve a conclusão de 9 denúncias presentes no terceiro trimestre, correspondente a 90% do total do período.

☐ Houve acréscimo de 2 denúncias no quarto trimestre de 2010.

Confidential

PBRCG_00709649

**PETROBRAS**                                          CONFIDENCIAL

## 1.2 – Estratificação por ano

Nesta seção as denúncias são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico abaixo identifica a evolução do status das denúncias, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas denúncias nos últimos três meses. Não estão sendo consideradas aqui as 2 novas denúncias que chegaram no trimestre outubro/dezembro.



▓ **Pendentes no terceiro relatório de 2010**

▓ **Pendentes no quarto relatório de 2010**

**Comentários:**

- ☐ 1 denúncia (100%) de 2008 foi concluída.
- ☐ 3 denúncias (100%) de 2009 foram concluídas.
- ☐ 5 denúncias (84%) de 2010 foram concluídas.
- ☐ Total de denúncias concluídas no triênio 2008-2010: 9 de um total de 10 (90%).

O segundo gráfico apresenta a situação atual, já excluindo as 9 denúncias concluídas e agregando as 2 novas denúncias pendentes que chegaram no período de outubro a dezembro/2010.



Confidential                                                              PBRCG_00709650

 **PETROBRAS**

CONFIDENCIAL

## 1.3 – Estratificação por situação atual

Esta seção apresenta a situação em que se encontra o tratamento das denúncias.

O gráfico abaixo identifica a evolução do status das denúncias, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas denúncias nos últimos três meses. Não estão sendo consideradas aqui as 2 novas denúncias que chegaram no trimestre outubro/dezembro.



▨ **Pendentes no terceiro relatório de 2010**

▨ **Pendentes no quarto relatório de 2010**

O segundo gráfico apresenta a situação atual, já excluindo as 9 denúncias que foram concluídas e agregando as novas 2 denúncias pendentes que chegaram no período de outubro/dezembro de 2010.



Confidential

PBRCG_00709651

 **PETROBRAS**

CONFIDENCIAL

## 2 – RECLAMAÇÕES

### 2.1– Estratificação por temas

     Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 4**



**Total de reclamações pendentes no quarto trimestre 2010: 2**



**Comentários:**

☐   Houve a conclusão de 4 reclamações presentes no terceiro trimestre, correspondente a 100%  do total do período.

☐   Houve acréscimo de 2 reclamações no quarto trimestre de 2010.

Confidential

 **PETROBRAS**                                      CONFIDENCIAL

## 2.2 – Estratificação por ano

Nesta seção as reclamações são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico abaixo identifica a evolução do status das reclamações, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010. Seu objetivo é evidenciar o andamento daquelas reclamações nos últimos três meses. Não estão sendo consideradas aqui as 2 novas reclamações que chegaram no trimestre outubro/dezembro.



▓ **Pendentes no terceiro relatório de 2010**

▓ **Pendentes no quarto relatório de 2010**

**Comentários:**

- ☐  2 reclamações (100%) de 2009 foram concluídas.
- ☐  2 reclamações (100%) de 2010 foram concluídas.

## 2.3 – Estratificação por situação atual

No presente, as duas reclamações encontram-se pendentes na Área de Comunicação.

**PARTE IV: DADOS ESTRATIFICADOS - EXPLORAÇÃO & PRODUÇÃO**

Confidential                                                                                              PBRCG_00709653

**BR PETROBRAS**

CONFIDENCIAL

# 1 – DENÚNCIAS

## 1.1– Estratificação por temas

Nesta seção são apresentadas as denúncias pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de denúncias pendentes no relatório do terceiro trimestre de 2010: 39**



**Total de denúncias pendentes no relatório do quarto trimestre: 44**



**Comentários:**

Gestor: OUVIDORIA GERAL                 22/46                 versão 1 – Out/2010

PBRCG_00709654



CONFIDENCIAL

- ☐ Houve a conclusão de 14 denúncias presentes no terceiro trimestre, correspondente a 36% do total do período.

- ☐ Houve acréscimo de 19 denúncias no quarto trimestre de 2010.

- ☐ Houve o aumento de aproximadamente 13% do quantitativo de denúncias pendentes, comparando-se os dois trimestres.

## 1.2 – Estratificação por ano

Nesta seção as denúncias são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico abaixo identifica a evolução do status das denúncias, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas denúncias nos últimos três meses. Não estão sendo consideradas aqui as 19 novas denúncias que chegaram no trimestre outubro/dezembro.



■ **Pendentes no terceiro relatório de 2010**

■ **Pendentes no quarto relatório de 2010**

**Comentários:**

- ☐ Nenhuma denúncia de 2007 foi concluída.
- ☐ Nenhuma denúncia de 2008 foi concluída.
- ☐ 1 denúncia (25%) de 2009 foi concluída.
- ☐ 13 denúncias (40%) de 2010 foram concluídas.
- ☐ Total de denúncias concluídas: 14 de um total de 39 (36%).

Confidential                                                                        PBRCG_00709655

 **PETROBRAS**

CONFIDENCIAL

O segundo gráfico apresenta a **situação atual**, já excluindo as 14 concluídas e agregando as novas 19 denúncias pendentes que chegaram no período de outubro/dezembro/2010.



Esta seção apresenta a situação em que se encontra o tratamento das denúncias.

O gráfico a seguir identifica a evolução do status das denúncias, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas denúncias nos últimos três meses. Não estão sendo consideradas aqui as 19 novas denúncias que chegaram no trimestre outubro/dezembro.



■ **Pendentes no terceiro relatório de 2010**

▨ **Pendentes no quarto relatório de 2010**

Confidential

PBRCG_00709656

 **PETROBRAS**

CONFIDENCIAL

O segundo gráfico apresenta a **situação atual**, já excluindo as 14 que foram concluídas e agregando as 19 novas denúncias pendentes que chegaram no período de outubro a dezembro de 2010.



## 2 – RECLAMAÇÕES

### 2.1– Estratificação por Temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 21**



**Total de reclamações pendentes no quarto trimestre 2010: 23**

Confidential                                                                                   PBRCG_00709657

 **PETROBRAS**

CONFIDENCIAL



**Comentários:**

- Houve a conclusão de 15 reclamações presentes no terceiro trimestre, correspondente a 71% do total do período.

- Houve acréscimo de 17 reclamações no quarto trimestre de 2010.

## 2.2 – Estratificação por ano

Nesta seção as reclamações são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico a seguir identifica a evolução do status das reclamações, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas reclamações nos últimos três meses. Não estão sendo consideradas aqui as 17 novas reclamações que chegaram no trimestre outubro/dezembro.

Confidential                                                                PBRCG_00709658



CONFIDENCIAL



■ **Pendentes no terceiro relatório de 2010**

■ **Pendentes no quarto relatório de 2010**

**Comentários:**

- A reclamação de 2009 não foi concluída.
- 15 reclamações (75%) de 2010 foram concluídas.

O segundo gráfico apresenta a situação atual, já excluindo as 15 reclamações concluídas e agregando as 17 novas reclamações pendentes que chegaram no período de outubro a dezembro/2010.



## 2.3 – Estratificação por situação atual

Todas as 23 reclamações se encontram em análise nas Área da Diretoria de Exploração e Produção.

Confidential

PBRCG_00709659

**PETROBRAS**

CONFIDENCIAL

## PARTE V: DADOS ESTRATIFICADOS - FINANCEIRA

## 1 – RECLAMAÇÕES

### 1.1– Estratificação por Temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 3**



**Total de reclamações pendentes no quarto trimestre 2010: 1**



**Comentários:**

☐ Houve a conclusão de todas as reclamações presentes no terceiro trimestre, correspondente a 100% do total do período.

☐ Houve acréscimo de 1 reclamação no quarto trimestre de 2010.

Confidential

PBRCG_00709660

 **PETROBRAS**

CONFIDENCIAL

## 1.2 – Estratificação por Ano

A reclamação pertence ao ano de 2010.

## 1.3 – Estratificação por situação atual

A reclamação se encontra em análise no Centro de operações da Área Financeira.

Confidential

 **PETROBRAS**

CONFIDENCIAL

## PARTE VI: DADOS ESTRATIFICADOS - GÁS & ENERGIA

### 1 – DENÚNCIAS

**Total de denúncias pendentes no quarto trimestre 2010: 1**

A denúncia pendente no terceiro trimestre (julho/setembro) foi encerrada e chegou uma denúncia de Violência Psicológica em tratamento pela Gerência FAFEN-SE/SA.

### 2 – RECLAMAÇÕES

#### 2.1– Estratificação por Temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 2**



**Total de reclamações pendentes no quarto trimestre 2010: 3**



Confidential

 **PETROBRAS**

CONFIDENCIAL

**Comentários:**

☐ Houve a conclusão de todas as reclamações presentes no terceiro trimestre, correspondente a 100% do total do período.

☐ Houve acréscimo de 3 reclamações no quarto trimestre de 2010.

## 2.2 – Estratificação por situação atual

As três reclamações encontram-se em análise nas áreas da Diretoria de Gás e Energia.

Confidential

PBRCG_00709663



CONFIDENCIAL

## PARTE VII: DADOS ESTRATIFICADOS - INTERNACIONAL

## 1 – DENÚNCIAS

Todas as denúncias pendentes no terceiro trimestre (julho/setembro) foram encerradas e não existem novas denúncias em tratamento nessa Diretoria.

## 2 – RECLAMAÇÕES

### 2.1– Estratificação por Temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 2**



Confidential

PBRCG_00709664

**BR PETROBRAS**

CONFIDENCIAL

**Total de reclamações pendentes no quarto trimestre 2010: 4**



**Comentários:**

- ☐ Não houve a conclusão de nenhuma reclamação do terceiro trimestre.
- ☐ Houve acréscimo de 2 reclamações no quarto trimestre de 2010.

## 2.2 – Estratificação por Ano

Nesta seção as reclamações são representadas de acordo com o ano de entrada na Ouvidoria Geral.



## 2.3 – Estratificação por situação atual

Todas as reclamações se encontram em análise nas Áreas da Diretoria Internacional.

Confidential

 **PETROBRAS**

CONFIDENCIAL

**PARTE VIII: DADOS ESTRATIFICADOS - JURÍDICO**

**1 – RECLAMAÇÕES**

**Total de reclamações pendentes no quarto trimestre de 2010: 1**

A reclamação é de 2010 e envolve o tema Relações no Trabalho. A mesma se encontra em tratamento na Área Jurídica.

Confidential

 **PETROBRAS**

CONFIDENCIAL

## PARTE IX: DADOS ESTRATIFICADOS - RECURSOS HUMANOS

## 1 – RECLAMAÇÕES

### 1.1– Estratificação por Temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 22**



**Total de reclamações pendentes no quarto trimestre 2010: 13**



Gestor: OUVIDORIA GERAL                35/46                versão 1 – Out/2010

Confidential

 **PETROBRAS**

CONFIDENCIAL

O destaque dessas pendências são as reclamações de AMS, as quais totalizam 9 reclamações (69% do total), contemplando os seguintes assuntos: Pagamento, Rede credenciada e questões gerais.



**Comentários:**

☐ Houve a conclusão de 14 reclamações presentes no terceiro trimestre, correspondente a 63% do total do período.

☐ Houve acréscimo de 5 reclamações no quarto trimestre de 2010.

## 1.2 – Estratificação por ano

Nesta seção as reclamações são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico a seguir identifica a evolução do status das reclamações, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas reclamações nos últimos três meses. Não estão sendo consideradas aqui as 5 novas reclamações que chegaram no trimestre outubro/dezembro.

Confidential                                                                                          PBRCG_00709668

**PETROBRAS**

CONFIDENCIAL



◼ **Pendentes no terceiro relatório de 2010**

◼ **Pendentes no quarto relatório de 2010**

**Comentários:**

    ☐  A reclamação de 2006 não foi concluída.
    ☐  3 reclamações (75%) de 2008 foram concluídas.
    ☐  2 reclamações (25%) de 2009 foram concluídas.
    ☐  9 reclamações (90%) de 2010 foram concluídas.

O segundo gráfico apresenta a situação atual, já excluindo as 14 reclamações concluídas e agregando as 5 novas reclamações pendentes que chegaram no período de outubro a dezembro/2010.



**1.3 – Estratificação por situação atual**

Todas as 13 reclamações se encontram em análise na Área de Recursos Humanos.

Gestor: OUVIDORIA GERAL        37/46        versão 1 – Out/2010

Confidential

 **PETROBRAS**

CONFIDENCIAL

## PARTE X: DADOS ESTRATIFICADOS – SEGURANÇA EMPRESARIAL

### 1 – DENÚNCIAS

**Total de denúncias pendentes no quarto trimestre 2010: 2**

2 denúncias de 2010 pendentes, envolvendo os temas *Violação contra a segurança da informação* e *Violência Psicológica*, ambos assuntos sob análise da Segurança Empresarial da Companhia.

### 2 – RECLAMAÇÕES

#### 2.1– Estratificação por Temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 14**



**Total de reclamações pendentes no quarto trimestre 2010: 7**



Confidential



CONFIDENCIAL

**Comentários:**

☐ Houve a conclusão de 8 reclamações presentes no terceiro trimestre, correspondente a 57% do total do período.

☐ Houve acréscimo de 1 reclamação no quarto trimestre de 2010.

## 1.2 – Estratificação por Ano

Nesta seção as reclamações são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico abaixo identifica a evolução do status das reclamações, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas reclamações nos últimos três meses. Não está sendo considerada aqui a nova reclamação que chegou no trimestre outubro/dezembro.



▓ **Pendentes no terceiro relatório de 2010**

▓ **Pendentes no quarto relatório de 2010**

**Comentários:**

☐ A única reclamação (100%) de 2009 foi concluída.
☐ 7 reclamações (54%) de 2010 foram concluídas.

## 2.3 – Estratificação por situação atual

Todas as 7 reclamações se encontram em análise na Segurança Empresarial.

Confidential

PBRCG_00709671

 CONFIDENCIAL

## PARTE XI: DADOS ESTRATIFICADOS - SERVIÇOS

## 1 – DENÚNCIAS

### 1.1– Estratificação por temas

Nesta seção são apresentadas as denúncias pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de denúncias pendentes no relatório do terceiro trimestre 2010: 99**



**Total de denúncias pendentes no quarto trimestre de 2010: 88**



Confidential

PBRCG_00709672

**PETROBRAS**                                    CONFIDENCIAL

**Comentários:**

☐ Houve a conclusão de 45 denúncias presentes no terceiro trimestre, correspondente a 45% do total do período.

☐ Houve acréscimo de 34 denúncias no quarto trimestre de 2010.

☐ Houve uma diminuição de aproximadamente 10% do quantitativo de denúncias pendentes, comparando-se os dois trimestres.

☐ Apesar da finalização de 45 demandas e a inclusão de mais 34, o principal tema continua sendo ligado a processos de contratação (tema que, no conjunto, cobre 85% das denúncias).

## 1.2 – Estratificação por ano

Nesta seção as denúncias são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico abaixo identifica a evolução do status das denúncias, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas denúncias nos últimos três meses. Não estão sendo consideradas aqui as 34 novas denúncias que chegaram no trimestre outubro/dezembro.



▦ **Pendentes no terceiro relatório de 2010**

▦ **Pendentes no quarto relatório de 2010**

Confidential                                                                 PBRCG_00709673

 **PETROBRAS**

CONFIDENCIAL

**Comentários:**

- 1 denúncia (33%) de 2008 foi concluída.
- 4 denúncias (29%) de 2009 foram concluídas.
- 40 denúncias (49%) de 2010 foram concluídas.
- Total de denúncias concluídas no triênio 2008-2010: 45 de um total de 99 denúncias (45%).

O segundo gráfico apresenta a **situação atual**, já excluindo as 45 concluídas e agregando as novas 34 denúncias pendentes que chegaram no período de outubro a dezembro/2010.



## 1.3 – Estratificação por situação atual

Esta seção apresenta a situação em que se encontra o tratamento das denúncias.

O gráfico a seguir identifica a evolução do status das denúncias, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas denúncias nos últimos três meses. Não estão sendo consideradas aqui as 34 novas denúncias que chegaram no trimestre outubro/dezembro.

Confidential          PBRCG_00709674



CONFIDENCIAL





O segundo gráfico apresenta a **situação atual**, já excluindo as 44 que foram concluídas e agregando as 34 novas denúncias pendentes que chegaram no período de outubro a dezembro de 2010.

Confidential



**CONFIDENCIAL**

## 2 – RECLAMAÇÕES

### 2.1– Estratificação por temas

Nesta seção são apresentadas as reclamações pendentes discriminadas por assunto, retratadas a situação final do terceiro trimestre (julho/setembro) e a do quarto trimestre (outubro/dezembro) de 2010.

**Total de reclamações pendentes no terceiro trimestre 2010: 70**



**Total de reclamações pendentes no quarto trimestre 2010: 59**



Confidential

PBRCG_00709676



CONFIDENCIAL

O destaque dessas pendências são as reclamações de AMS, as quais totalizam 28 reclamações (47% do total), contemplando os seguintes assuntos: Autorização, Benefício Farmácia, Cobertura, Pagamento, Rede credenciada e questões gerais.



## Comentários:

☐ Houve a conclusão de 57 reclamações presentes no terceiro trimestre, correspondente a 81% do total do período.

☐ Houve acréscimo de 46 reclamações no quarto trimestre de 2010.

## 2.2 – Estratificação por ano

Nesta seção as reclamações são representadas de acordo com o ano de entrada na Ouvidoria Geral.

O gráfico a seguir identifica a evolução do status das reclamações, comparando o quantitativo das que estavam pendentes no terceiro relatório de 2010 (barra azul) com as que permaneciam na mesma situação em 30 de dezembro de 2010 (barra vermelha). Seu objetivo é evidenciar o andamento daquelas reclamações nos últimos três meses. Não estão sendo consideradas aqui as 46 novas reclamações que chegaram no trimestre outubro/dezembro.

Confidential

 **PETROBRAS**

CONFIDENCIAL



![image] **Pendentes no terceiro relatório de 2010**

![image] **Pendentes no quarto relatório de 2010**

**Comentários:**

- Nenhuma reclamação de 2008 foi concluída.
- 13 reclamações (81%) de 2009 foram concluídas.
- 44 reclamações (83%) de 2010 foram concluídas.

O segundo gráfico apresenta a situação atual, já excluindo as 57 reclamações concluídas e agregando as 46 novas reclamações pendentes que chegaram no período de outubro a dezembro/2010.



## 2.3 – Estratificação por situação atual

Todas as 59 reclamações se encontram em análise nas Áreas da Diretoria de Serviços.

Confidential                                                                                PBRCG_00709678

**BR PETROBRAS**

CONFIDENCIAL

**ANEXO I – PLANILHAS COM DETALHAMENTO DAS DENÚNCIAS E RECLAMAÇÕES**

Para cada denúncia/reclamação listada neste relatório, constam os seguintes dados:

1. **Protocolo** – Indica o número sob o qual a demanda encontra-se registrada na Ouvidoria Geral.

2. **Ano** – Indica o ano em que a demanda foi acolhida na Ouvidoria Geral.

3. **Recebimento** – Data na qual a demanda foi acolhida.

4. **Categoria** - Classificação principal da demanda, podendo ser Denúncia, Reclamação, Solicitação de Informação, etc. No caso deste relatório, estão elencadas apenas as Denúncias e Reclamações.

5. **Tema principal** – Estratifica a categoria conforme o conteúdo. As classificações possíveis são, dentre outras, Favorecimento Pessoal, Contratos, Licitações, no caso de denúncias e AMS, Relações comerciais, Relações no trabalho, no caso de reclamações.

6. **Assunto** - Estratifica o tema principal em assuntos de acordo com o conteúdo.

7. **Resumo** – Texto curto que procura apresentar a centralidade da denúncia ou reclamação realizada.

8. **Empresa/Área citada \*** – Nome da empresa citada na denúncia. Nem sempre essa informação é disponibilizada pelo denunciante, de forma que este campo estará em branco em alguns protocolos.

9. **Área encaminhada** – Área para onde foi encaminhada a demanda para tratamento.
   **OBS**.: No caso dos protocolos associados, este campo pode ficar em branco, uma vez que o encaminhamento é feito pelo protocolo principal.

10. **Data** – Data na qual foi realizado o encaminhamento.

11. **Situação atual** – "Status" da posição atual da denúncia ou reclamação. As legendas possíveis são:

    a. ***Em análise nas áreas respondentes*** - A denúncia está sendo apurada nas áreas, podendo ser em alguma área da Diretoria, na Segurança Empresarial ou Auditoria Interna.
    b. ***Em tratamento por protocolo associado*** - Denúncias que cuidam de idêntico teor e são reunidas em um protocolo principal, cujo tratamento será replicado aos que lhes são subsidiários.

Gestor: OUVIDORIA GERAL                              versão 1 – Out/2010

 **PETROBRAS**

CONFIDENCIAL

c. ***Parcialmente procedente pendente*** - Parte da irregularidade descrita na denúncia é confirmada, sendo parcialmente procedente a denúncia, mas resta pendente a adoção de medidas preventivas e/ou corretivas.

d. ***Procedente pendente*** - A irregularidade descrita na denúncia é confirmada, sendo procedente a denúncia, mas segue pendente a adoção de medidas preventivas e/ou corretivas.

\* Este campo apenas se aplica em casos de denúncias.

Gestor: OUVIDORIA GERAL                                         versão 1 – Out/2010

Confidential                                                                                          PBRCG_00709680

| RELATÓRIO QUANTITATIVO DE DENÚNCIAS POR TEMAS - Dezembro 2010 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ABAST | E&P | G&E | SERVIÇOS | COMUNICAÇÃO | SEGURANÇA EMPRESARIAL | TOTAL |
| Contratos | 6 | 11 | | 5 | | | 22 |
| Desvio Comportamental | 3 | 1 | | 2 | | | 6 |
| Empresas contratadas | 7 | 11 | | 36 | | | 54 |
| Favorecimento Pessoal | | 3 | | | | | 3 |
| Furto de Objetos Pessoais | | 1 | | | | | 1 |
| Irregularidades trabalhistas da Petrobras | | | | 1 | | | 1 |
| Lesão ao patrimônio | | 2 | | | | | 2 |
| Licitações | 5 | 3 | | 5 | | | 13 |
| Programas da Petrobras | | | | | 2 | | 2 |
| SMS – Segurança / Saúde | 1 | 1 | | 1 | | | 3 |
| Subcontratadas | | | | 30 | | | 30 |
| Tráfico de Influência | 2 | | | 1 | | | 3 |
| Uso indevido da imagem Petrobras | | 2 | | 1 | 1 | | 4 |
| Uso Indevido de Bens e Serviços da Cia. | 1 | 4 | | 1 | | | 6 |
| Violação contra a Segurança da Informação | | 2 | | 2 | | 1 | 5 |
| Violência Psicológica no Trabalho | 13 | 3 | 1 | 3 | | 1 | 21 |
| Total | 38 | 44 | 1 | 88 | 3 | 2 | 176 |

Confidential

| RELATÓRIO QUANTITATIVO DE RECLAMAÇÕES POR TEMAS - Dezembro 2010 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ABAST | E&P | FINANCEIRA | INTERNACIONAL | G&E | SERVIÇOS | COMUNICAÇÃO | JURÍDICO | RH | SEGURANÇA EMPRESARIAL | TOTAL |
| AMS | | | | | | 28 | | | 9 | | 37 |
| Atendimento inadequado | 2 | 1 | | | | 3 | | | | | 6 |
| Benefícios | 1 | 1 | | | | 1 | | | | | 3 |
| Compensação de empregados | | | | | | | | | 1 | | 1 |
| Direito de ir e vir | 2 | | | | | | | | | 7 | 9 |
| Documentos | | 1 | | | | 1 | | | | | 2 |
| Empresas contratadas | 1 | 2 | | | | 6 | | | | | 10 |
| Infraestrutura | | 2 | | | | 5 | | | | | 7 |
| Marítimos | 1 | | | | | | | | | | 1 |
| Obras | 1 | 3 | | | | 1 | | | | | 5 |
| Páginas eletrônicas | | | | | | 1 | | | | | 1 |
| Patrocínio | | | | | | | | 1 | | | 1 |
| Programas da Petrobras | 1 | | | | | | | | | | 1 |
| Promoções | | | | | | 1 | | | | | 1 |
| Questões gerais sobre a Cia. | | 2 | | 1 | | 1 | | | | | 4 |
| Relações comerciais | 1 | 2 | 1 | 1 | | 6 | | | | | 11 |
| Relações no trabalho | 3 | 2 | | | | 4 | | 1 | 1 | | 11 |
| Relações sindicais | | | | | | 1 | | | | | 1 |
| Remuneração e regime de trabalho | 3 | 6 | | 1 | 3 | 1 | | | 2 | | 16 |
| SMS | | 1 | | | | | | | | | 1 |
| Total | 16 | 23 | 1 | 4 | 3 | 59 | 2 | 1 | 13 | 7 | 129 |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13632/2009 | 2009 | 15/10/09 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia fiscal de dutos por corrupção e enriquecimento ilícito. | Terminal de Guararema | GAPRE/SE/PE | 23/12/10 | Parcialmente procedente pendente | Abastecimento |
| 14699/2009 | 2009 | 03/11/09 | Denúncia | Contratos | Descumprimento de cláusulas contratuais | Denuncia contrato sem medições e sem comprovação de documentos. | Angel´s; Reduc | GAPRE/SE | 16/03/10 | Parcialmente procedente pendente | Abastecimento |
| 07764/2009 | 2009 | 17/06/09 | Denúncia | Licitações | Irregularidades em licitações | Denuncia licitação que teria sido direcionada a uma empresa sem possibilidades de execução do serviço. | REGAP; Djavan Andaimes Ltda | AUDITORIA/AESP | 23/06/09 | Parcialmente procedente pendente | Abastecimento |
| 11465/2009 | 2009 | 26/08/09 | Denúncia | Licitações | Corrupção (extorsão/suborno) | Denuncia licitação ocorrida na Petrobras que teria sido direcionada a uma Empresa. Alega que esta licitação foi para serviço que nunca foi realizado e que era desnecessário. | Empresa NM; Empresa Conceitual; Empresa RTV; REGAP; Djavan Andaimes, Arte Andaimes | AUDITORIA/AESP | 01/09/09 | Parcialmente procedente pendente | Abastecimento |
| 13299/2009 | 2009 | 13/10/09 | Denúncia | Tráfico de Influência | | Denuncia que na unidade da Petrobras onde sua empresa possui contrato está ocorrendo interferência de supervisor de segurança para seleção dos prestadores de serviços que irão atuar naquela área. | REDUC | GAPRE/SE | 10/03/10 | Em tratamento por protocolo associado | Abastecimento |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03690/2010 | 2010 | 04/06/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia empregados envolvidos em favorecimento de empresas contratadas. | Zarb; Pensalab; Yokogawa; REDUC | AUDITORIA/ASEF/AESP | 14/12/10 | Em análise áreas respondentes | Abastecimento |
| 05548/2010 | 2010 | 19/08/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia contrato de medições que estariam superfaturadas e valores a maior seriam divididos entre empregados, prestadores de serviços e empresa. | Arte Andaimes; Multitek; REGAP | AUDITORIA/AESP | 29/09/10 | Em análise áreas respondentes | Abastecimento |
| 07430/2010 | 2010 | 30/11/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia que gerentes receberam da contratada suborno para liberação de medições. | Alusa Engenharia/RNEST | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Abastecimento |
| 03841/2010 | 2010 | 10/06/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia contratos em que fiscais estão recebendo vantagens das empresas contratadas para superfaturar os contratos e realizar medições erradas. | TUBE ANDAIMES; ROHR; ESTRUTURAL; REDUC | AUDITORIA/AESP | 15/06/10 | Procedente pendente | Abastecimento |
| 05625/2010 | 2010 | 04/09/10 | Denúncia | Desvio comportamental | Práticas delituosas | Denuncia empregado por agiotagem dentro de Unidade da Petrobras. | REDUC | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Abastecimento |
| 03949/2010 | 2010 | 17/06/10 | Denúncia | Desvio comportamental | Práticas libidinosas | Denuncia gerente por acesso a material pornográfico em computador da Companhia e venda de produtos piratas em sua sala. | AB-CR | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Abastecimento |
| 07041/2010 | 2010 | 09/11/10 | Denúncia | Desvio comportamental | Práticas libidinosas | Denuncia que membro da força de trabalho utiliza-se do computador da Companhia para guardar fotos pornográficas de menores de idade. | | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Abastecimento |
| 07550/2010 | 2010 | 03/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por diversas irregularidades trabalhistas, tais como atrasos salariais e não pagamento de férias. Alega ainda que a contratada cancelou o plano de saúde e plano odontológico. | Norteste; REVAP | REVAP/RH | 10/01/11 | Em análise áreas respondentes | Abastecimento |
| 07596/2010 | 2010 | 16/11/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por exigir carga horária superior a permitida em lei. | ASA RENT CAR; RNEST | RNEST | 14/12/10 | Em análise áreas respondentes | Abastecimento |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07969/2010 | 2010 | 14/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar horas extras. | ESTRUTURAL SERVIÇOS INDUSTRIAIS; REDUC | REDUC | 03/01/11 | Em análise áreas respondentes | Abastecimento |
| 07088/2010 | 2010 | 18/11/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por inadimplência com empregados. | Norcontrol | REVAP/EN | 18/11/10 | Em tratamento por protocolo associado | Abastecimento |
| 07551/2010 | 2010 | 07/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por diversas irregularidades trabalhistas, tais como atrasos salariais e não pagamento de férias. Alega ainda que a contratada cancelou o plano de saúde e plano odontológico. | Norteste; REVAP | | | Em tratamento por protocolo associado | Abastecimento |
| 08020/2010 | 2010 | 22/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por atrasos salariais e por não estar fornecendo plano de saúde. | Norcontrol | | | Em tratamento por protocolo associado | Abastecimento |
| 04305/2010 | 2010 | 05/07/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa de Transportes de propriedade de um fiscal da Petrobrás. Esta pessoa trabalha na unidade de São José dos Campos, mas de lá comanda e gerencia sua empresa com sede em Paulínia – SP. | WA Transportes/Replan | GAPRE/SE/PE | 30/12/10 | Procedente pendente | Abastecimento |
| 07448/2010 | 2010 | 15/11/10 | Denúncia | Licitações | Corrupção (extorsão/suborno) | Denuncia direcionamento de licitação mediante o pagamento de suborno. | | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Abastecimento |
| 07503/2010 | 2010 | 10/12/10 | Denúncia | Licitações | Corrupção (extorsão/suborno) | Denuncia que em licitações foram criadas exigências nos editais buscando reduzir o número de participantes do certame que combinavam o lance vencedor com sobrepreço. | Refinaria do Nordeste; UTE de Cubatão; Unidade de tratamento de Gás de Carguatatuba; REVAP; REPAR | AUDITORIA/ASEF/AESP | 10/12/10 | Em análise áreas respondentes | Abastecimento |
| 07440/2010 | 2010 | 01/12/10 | Denúncia | Licitações | Irregularidades em licitações | Denuncia que licitação para material de proteção não atendeu especificação necessária. Alega que empresa vencedora do certame não possui qualificação para prestação dos serviços, sugerindo que houve direcionamento da licitação. | | AUDITORIA/ASEF/AESP | 03/12/10 | Em análise áreas respondentes | Abastecimento |
| 06912/2010 | 2010 | 20/10/10 | Denúncia | SMS | Saúde | Denuncia, que após longo afastamento por motivo de saúde, retornou ao trabalho sem passar pela perícia médica. Alega ainda que está sofrendo retaliações por ter ingressado com processo em face da Cia. | | AB-CR/RH | 30/12/10 | Em análise áreas respondentes | Abastecimento |

PBRCG_00709685

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|-----------|-----|-------------|-----------|----------------|---------|--------|---------------------|-----------------|------|---------------|-----------|
| 06144/2010 | 2010 | 24/09/10 | Denúncia | Tráfico de Influência | | Denúncia que empresa prestadora de serviços sofreu punição de suspensão do cadastro por dois anos por irregularidades. E que devido a pressões políticas, a situação da suspensão foi revertida. | Niplan/Replan | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Abastecimento |
| 07678/2010 | 2010 | 17/12/10 | Denúncia | Uso indevido de bens e serviços da Cia. | | Denuncia realização de ligações telefônicas para a namorada, feitas em unidade da Petrobras em horários inapropriados. | CCP/REVAP | GAPRE/SE/PE | 06/01/11 | Em análise áreas respondentes | Abastecimento |
| 03780/2010 | 2010 | 09/06/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia supervisor de segurança da Petrobras por ameaças, humilhações com a equipe e irregularidades de procedimentos internos. | REDUC | AB-RE | 11/11/10 | Em análise áreas respondentes | Abastecimento |
| 00604/2010 | 2010 | 06/01/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia supervisor da Petrobras por impor mudança no fornecimento de alimentação dos prestadores de serviços e por impor que os mesmos se tornem sócios de clube indicado por ele. | REDUC;Angel's | | | Em tratamento por protocolo associado | Abastecimento |
| 00607/2010 | 2010 | 21/01/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia comportamento de supervisor por ameaças aos prestadores de serviços incluindo suspeita de envolvimento em roubo, imposição para que os mesmos sejam sócios de clube e também cobrança de taxa para realização de treinamento. | REDUC;Angels | GAPRE/SE | 10/03/10 | Em tratamento por protocolo associado | Abastecimento |
| 00611/2010 | 2010 | 21/01/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia comportamento de supervisor por ameaças aos prestadores de serviços incluindo suspeita de envolvimento em roubo, imposição para que os mesmos sejam sócios de clube e também cobrança de taxa para realização de treinamento. | REDUC;Angels | | | Em tratamento por protocolo associado | Abastecimento |
| 01840/2010 | 2010 | 18/03/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia supervisor por tratamento inadequado e constrangimentos dirigidos à força de trabalho, além do uso de bens e serviços da companhia para fins particulares. | REDUC | GAPRE/SE | 31/03/10 | Em tratamento por protocolo associado | Abastecimento |
| 02274/2010 | 2010 | 06/04/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia supervisor de segurança por obrigar os vigilantes a pagar curso e ameaçá-los de demissão. | REDUC | GAPRE/SE | 08/04/10 | Em tratamento por protocolo associado | Abastecimento |
| 02589/2010 | 2010 | 17/04/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia supervisor de segurança por obrigar a equipe ao cumprimento de jornada de trabalho além do horário normal, sem oferecer condições apropriadas. | REDUC | GAPRE/SE | 18/05/10 | Em tratamento por protocolo associado | Abastecimento |
| 03106/2010 | 2010 | 10/05/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia tratamento inadequado do supervisor de segurança com pessoal contratado. | Angels;REDUC | GAPRE/SE | 12/05/10 | Em tratamento por protocolo associado | Abastecimento |

PBRCG_00709686

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03315/2010 | 2010 | 18/05/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia supervisor por exigir cumprimento de carga horária além do normal, sem pagamento de adicionais e ameaçando os prestadores de serviços que não fizerem. | REDUC | | | Em tratamento por protocolo associado | Abastecimento |
| 03322/2010 | 2010 | 18/05/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia supervisor por exigir que prestadores de serviços cumpram carga horária além da hora normal, sem pagamento de adicionais e ameaçando os que não fizerem. | REDUC;Angels | | | Em tratamento por protocolo associado | Abastecimento |
| 05805/2010 | 2010 | 07/09/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia supervisor por fazer ameaças de vingança contra quem prestar informações desfavoráveis sobre ele na Comissão de Apuração em andamento. | | | | Em tratamento por protocolo associado | Abastecimento |
| 07064/2010 | 2010 | 09/11/10 | Denúncia | Violência Psicológica no Trabalho | Insulto/Ofensa | Denuncia gerente por tratamento desrespeitoso generalizado à força de trabalho. | REMAN | AB-RE | 05/01/11 | Em análise áreas respondentes | Abastecimento |
| 07343/2010 | 2010 | 18/11/10 | Denúncia | Violência Psicológica no Trabalho | Retaliação | Denuncia que sua demissão foi solicitada pelo fiscal do contrato por motivo pessoal. | | RLAM/RH | 07/01/11 | Em análise áreas respondentes | Abastecimento |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 20282/2008 | 2008 | 17/12/08 | Reclamação | Relações comerciais | | Reclama que prestou serviço para a Companhia e não recebeu os valores pendentes. | AB-CR/CE | 17/12/10 | Em análise áreas respondentes | Abastecimento |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 04273/2010 | 2010 | 22/06/10 | Reclamação | Atendimento inadequado | | Reclama que, devido a mudança na sistemática de atendimento de SMS, a espera está muito grande. Alega que o fato deixa as pessoas estressadas e, estas, muitas vezes descontam nos atendentes. | REDUC/SMS/SO | 23/12/10 | Em análise áreas respondentes | Abastecimento |
| 07947/2010 | 2010 | 17/12/10 | Reclamação | Atendimento inadequado | | Reclama que ficou durante 7 horas no posto médico aguardando encaminhamento. | REGAP/SMS | 07/01/11 | Em análise áreas respondentes | Abastecimento |
| 05181/2010 | 2010 | 13/08/10 | Reclamação | Benefícios | Auxílio Doença | Reclama de sua unidade por considerar que sua aptidão ao trabalho se deu em data diversa ao deferimento pelo INSS. | REDUC/RH | 04/01/11 | Em análise áreas respondentes | Abastecimento |
| 05142/2010 | 2010 | 12/08/10 | Reclamação | Direito de ir e vir | | Reclama que tem seu direito de ir e vir violado na refinaria, quando ocorrem manifestações do sindicato com obstrução da entrada principal, prolongando, desta forma, o caminho de acesso ao seu posto de trabalho, ocasionando perda de tempo e desconto no salário por atraso. | REPLAN/EN/PCM | 10/01/11 | Em análise áreas respondentes | Abastecimento |
| 07670/2010 | 2010 | 06/12/10 | Reclamação | Direito de ir e vir | | Reclama da dificuldade de acesso na RLAM para buscar documentos de cunho pessoal. | RLAM/RH | 10/01/11 | Em análise áreas respondentes | Abastecimento |
| 06569/2010 | 2010 | 14/10/10 | Reclamação | Empresas contratadas | | Reclama que não recebe auxílio refeição/restaurante,embora o benefício esteja previsto no acordo coletivo da empresa Veper | REPAR/RH | 14/12/10 | Em análise áreas respondentes | Abastecimento |
| 07640/2010 | 2010 | 03/12/10 | Reclamação | Marítimos | | Reclama da sua situação profissional atual. Empregado marítimo com indicação de reabilitação/readaptação para trabalho administrativo continua sem lotação e função. | AB-CR | 06/01/11 | Em análise áreas respondentes | Abastecimento |
| 06628/2010 | 2010 | 18/10/10 | Reclamação | Obras | | Reclama que Petrobras não está cumprindo o combinado em fiscalizar o entorno do Comperj), onde terrenos foram desapropriados, o que está gerando transtornos ambientais como a caça de animais silvestres. | AB-PGI/COMPERJ/IOA/SOP | 06/01/11 | Em análise áreas respondentes | Abastecimento |

PBRCG_00709689

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 05016/2010 | 2010 | 04/08/10 | Reclamação | Programas da Petrobras | | Reclama que não recebeu certificação do Prêmio Petrobras de Marketing do qual participou. | AB-CR/RH | 30/12/10 | Em análise áreas respondentes | Abastecimento |
| 07873/2010 | 2010 | 20/12/10 | Reclamação | Relações Trabalhistas | Relações no Trabalho | Reclama que não houve festa de confraternização na RLAM por determinação do TCU mas o setor de Engenharia da mesma unidade realizou a sua festa de confraternização. | RLAM/CO | 29/12/10 | Em análise áreas respondentes | Abastecimento |
| 03762/2010 | 2010 | 07/06/10 | Reclamação | Relações Trabalhistas | Gestão de Pessoas | Reclama de erros cometidos no acerto de seu controle de ponto. | REDUC/RH | 14/01/11 | Em análise áreas respondentes | Abastecimento |
| 07027/2010 | 2010 | 01/11/10 | Reclamação | Relações Trabalhistas | Gestão de Pessoas | Reclama que ao apresentar atestado de realização de exames periódico, o atraso não é abonado pela gerência da unidade. | REGAP | 11/01/11 | Em análise áreas respondentes | Abastecimento |
| 06546/2010 | 2010 | 14/10/10 | Reclamação | Remuneração e regime de trabalho | Avanço de Nível | Reclama que não recebe avanço de nível há cerca de 5 anos. Alega que atinge mais de 90% das metas de seu GD e ainda assim não lhe é concedido concorrer ao avanço de nível por mérito. | REPAR/PR | 13/12/10 | Em análise áreas respondentes | Abastecimento |
| 06220/2010 | 2010 | 27/09/10 | Reclamação | Remuneração e regime de trabalho | Reclassificação | Reclama que, ao ser reclassificado de marítimo para empregado de quadro de terra, foi reenquadrado em função distinta a que julga fazer jus. | AB-CR/RH/ARH | 14/01/11 | Em análise áreas respondentes | Abastecimento |
| 07513/2010 | 2010 | 03/12/10 | Reclamação | Remuneração e regime de trabalho | Remuneração | Reclama que não recebeu horas extras a que julga fazer jus. | REDUC/RH | 12/01/11 | Em análise áreas respondentes | Abastecimento |

PBRCG_00709690

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06891/2010 | 2010 | 26/10/10 | Denúncia | Programas da Petrobras | | Denuncia desvios de ingressos de promoção da Petrobras em postos de gasolina na Bahia. | | COMUNICACAO/REL/COR | 30/11/10 | Em análise áreas respondentes | Comunicação Institucional |
| 06892/2010 | 2010 | 01/11/10 | Denúncia | Programas da Petrobras | | Denuncia desvios de ingressos, em postos de gasolina, de programa da Petrobras na Bahia. | | | | Em tratamento por protocolo associado | Comunicação Institucional |
| 02318/2010 | 2010 | 30/03/10 | Denúncia | Uso indevido da imagem Petrobras | | Denuncia que o nome da Petrobras está sendo utilizado em tentativa de golpe em venda de carros. | Denise | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Comunicação Institucional |

PBRCG_00709691

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07459/2010 | 2010 | 29/11/10 | Reclamação | Patrocínio | | Reclama da promoção do jogo do Bahia e Portuguesa, onde foi abastecido o carro e não tinha ingresso disponível. | COMUNICACAO/REL/COR | 30/12/10 | Em análise áreas respondentes | Comunicação Institucional |
| 07742/2010 | 2010 | 15/12/10 | Reclamação | Promoções | | Reclama que promoções da Petrobras geralmente são destinadas ao Rio e São Paulo. | COMUNICACAO/REL/COR | 30/12/10 | Em análise áreas respondentes | Comunicação Institucional |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Pessoa citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19786/2007 | 2007 | 16/10/2007 | Denúncia | Lesão ao patrimônio | Desvio de verba | Denuncia gerentes da Petrobras na Bahia por irregularidades com contratos de serviços gerais e transportes. | COOMAP/CONSOFT | José Roberto; Gilson; Paulo Neto; José Luiz; Rosemberg; Darcles | Gapre / SE | 19/11/2007 | Parcialmente procedente pendente | E&P |

PBRCG_00709693

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03438/2008 | 2008 | 06/03/08 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia que a empresa International Logging do Brasil não cumpre com o que determina a Lei sobre o piso salarial dos Geólogos, pagando abaixo do que exige a categoria. | International Logging do Brasil | E&P-SERV/US-PO | 08/09/08 | Em análise áreas respondentes | Exploração e Produção |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09179/2009 | 2009 | 23/06/09 | Denúncia | Contratos | Fraudes em contratos | Denuncia empresa que fornece gás a Petrobras por realizar medições superfaturadas. Alega ainda que esta empresa atua sem respeitar normas de saúde e segurança. | Natural Gás | AUDITORIA | 23/07/09 | Parcialmente procedente pendente | Exploração e Produção |
| 12115/2009 | 2009 | 16/09/09 | Denúncia | Contratos | Fraudes em contratos | Denuncia cooperativa, que presta serviços para a Petrobras, por desvios de diárias e alteração de quilometragem. | Coomap;Sampacooper | GAPRE/SE/PE | 23/12/10 | Parcialmente procedente pendente | Exploração e Produção |
| 15180/2009 | 2009 | 07/12/09 | Denúncia | Uso indevido de bens e serviços da Cia. | | Denuncia prejuízo financeiro à Petrobras pela má gestão na execução de um projeto piloto conduzido pela UN-BC/ENGP/CER. | | E&P-SSE | 07/01/11 | Em análise áreas respondentes | Exploração e Produção |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03942/2010 | 2010 | 17/06/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia favorecimento nas compras por negociação direta envolvendo empregado. | FMC;CAMERON;AKER /E&P-SERV | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 05750/2010 | 2010 | 12/09/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia gerência por acordos com empresas prestadoras de serviços com esquemas para compras de materiais. | | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 08008/2010 | 2010 | 18/12/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia contratos superfaturados em obras do E&P na Bahia. | MONTEC ENGENHARIA LTDA; E&P/RNNE; UO-BA ATPF/CM | AUDITORIA/ASEF/AESP | 12/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 06607/2010 | 2010 | 04/10/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia que empregados da Companhia superfaturam valores de contrato de indenização de terras para ficarem com parte do dinheiro pago aos proprietários. | | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 03945/2010 | 2010 | 17/06/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia favorecimento nas compras por negociação direta envolvendo empregado. | | | | Em tratamento por protocolo associado | Exploração e Produção |
| 04411/2010 | 2010 | 08/07/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia que a empresa prestadora de serviço está com diversas irregularidades no contrato e há conivência dos fiscais com a situação. | SERTEL/UN-BA | GAPRE/SE/PE | 30/12/10 | Parcialmente procedente pendente | Exploração e Produção |
| 04275/2010 | 2010 | 20/06/10 | Denúncia | Contratos | Descumprimento de cláusulas contratuais | Denuncia empresa contratada por descumprir contrato entregando equipamentos com qualidade inferior ao licitado. | Weatherford Indústria e Comércio Ltda | E&P-SERV/US-SUB | 30/11/10 | Em análise áreas respondentes | Exploração e Produção |
| 03600/2010 | 2010 | 01/06/10 | Denúncia | Contratos | Fraudes em contratos | Denuncia possível fraude em certificados apresentados por empresa fornecedora de material. | Schulz America Latina Ltda | MATERIAIS | 08/11/10 | Em análise áreas respondentes | Exploração e Produção |
| 04860/2010 | 2010 | 03/08/10 | Denúncia | Contratos | Fraudes em contratos | Denuncia que empresa prestadora de serviço para a companhia pretende fraudar a "razão do dano" em equipamento de sonda, a fim de que a Petrobras pague pelo prejuízo. | Halliburton | E&P-CPM/CMP-SPO | 30/11/10 | Em análise áreas respondentes | Exploração e Produção |
| 05425/2010 | 2010 | 24/08/10 | Denúncia | Desvio comportamental | Práticas delituosas | Denuncia prestador de serviços por crimes como lesão corporal e estelionato. | Baker Hughes/E&P-SERV/US-PO/SCA | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 07009/2010 | 2010 | 08/11/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia prestadora de serviços à Petrobras por falta de pagamento de material adquirido. | | E&P-NNE/CPT/CIP-SEAL | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03863/2010 | 2010 | 09/06/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar horas extras. | CHEIM TRANSPORTES S.A.; UN-BA | UN-BA | 30/11/10 | Em análise áreas respondentes | Exploração e Produção |
| 05938/2010 | 2010 | 02/09/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não cumprir acordo coletivo. | Sotep- Sociedade Técnica de Perfurações S A | E&P-SERV/US-PO | 08/10/10 | Em análise áreas respondentes | Exploração e Produção |
| 06258/2010 | 2010 | 23/09/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar adicional noturno e adicional de confinamento. | M I SWACO DO BRASIL - COMERCIO, SERVICOS | UN-BA | 14/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 06382/2010 | 2010 | 04/10/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia demissão irregular por parte de uma prestadora de serviços, já que estaria de licença médica devido a acidente ocorrido em plataforma da Cia. | | E&P-CPM/CMP-SS/SC/OP-SOND-III | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 06928/2010 | 2010 | 04/10/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia que empresa prestadora de serviços está exigindo carga horária superior a permitida em lei. | VOITH SERVICOS INDUSTRIAIS DO BRASI LTDA | UN-ES | 05/11/10 | Em análise áreas respondentes | Exploração e Produção |
| 07901/2010 | 2010 | 28/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar salários, décimo terceiro salário e encargos sociais. | PLENA CONSULTORIA PROJETOS E MONTAGENS LTDA | UO-RNCE | 05/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 08019/2010 | 2010 | 23/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia que empresa contratada está obrigando os empregados a trabalharem no dia de desembarque e não os paga pelos serviços extras. | Skanska | UO-BC/RH | 04/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 02831/2010 | 2010 | 28/04/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar rescisão trabalhista. | Geomaster Manutenção Industria | UN-BA | 30/11/10 | Procedente pendente | Exploração e Produção |
| 02833/2010 | 2010 | 26/04/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar rescisão trabalhista. | Geomaster Manutenção Industrial Ltda | | | Procedente pendente | Exploração e Produção |

PBRCG_00709697

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04035/2010 | 2010 | 17/06/10 | Denúncia | Favorecimento pessoal | | Denuncia que empregado da Petrobras exerce outra atividade remunerada, gerando conflito de interesses. | ABENDI;E&P-ENGP/OPM EMI | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 06840/2010 | 2010 | 29/10/10 | Denúncia | Favorecimento pessoal | | Denuncia gerente que estaria pagando diárias a empregados de prestadoras de serviços com dinheiro da Petrobras. | Accenture do Brasil Ltda/UO-RIO | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 02384/2010 | 2010 | 18/03/10 | Denúncia | Favorecimento pessoal | | Denuncia que empregado de empresa prestadora de serviços cobra dinheiro em troca de garantia de emprego nas dependências da Petrobras. | Engevix | GAPRE/SE/PE | 30/12/10 | Procedente pendente | Exploração e Produção |
| 04423/2010 | 2010 | 11/07/10 | Denúncia | Furto de Objetos Pessoais | | Denuncia furto na bagagem de prestador de serviço durante embarque em plataforma. | UN-BC/IESA Óleo & Gás | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 04199/2010 | 2010 | 29/06/10 | Denúncia | Lesão ao patrimônio | Furto/Apropriação indébita | Denuncia furto de um trator agrícola pertencente à Petrobras. | UN-RNCE | GAPRE/SE/PE | 30/12/10 | Procedente pendente | Exploração e Produção |
| 07460/2010 | 2010 | 29/11/10 | Denúncia | Licitações | Corrupção (extorsão/suborno) | Denuncia que empregado direciona licitações a empresas de qualidade duvidosa que fornecem materiais não adequados em troca de propina. | UN-RIO | AUDITORIA/ASEF/AESP | 23/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 07915/2010 | 2010 | 28/12/10 | Denúncia | Licitações | Corrupção (extorsão/suborno) | Denuncia empregado por direcionar licitações e por licitar materiais inservíveis ao serviço prestado. | Filtrex | GAPRE/SE | 06/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 05901/2010 | 2010 | 29/08/10 | Denúncia | Irregularidades em licitações | Licitações | Denuncia estaleiro que está participando de licitação para construção de navios-sonda por não cumprir legislação ambiental e ainda por não possuir qualificação necessária para cumprir tal contrato. | Estaleiro Jurong; E&P SERV/PES | E&P-CPM/PES | 11/01/11 | Em análise áreas respondentes | Exploração e Produção |

PBRCG_00709698

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03676/2010 | 2010 | 01/06/10 | Denúncia | SMS | Saúde/Segurança | Denuncia que na UN-SEAL, ocorrem descumprimento de normas e padrões de segurança e meio ambiente da companhia. | | UN-SEAL/ATP-ST | 16/11/10 | Em análise áreas respondentes | Exploração e Produção |
| 04451/2010 | 2010 | 12/07/10 | Denúncia | Uso indevido da imagem Petrobras | | Denuncia ONG que está divulgando cursos a serem ministrados por professores contratados pela Petrobrás para preencher vagas. | FALECAR/PRÉ SAL | GAPRE/SE/PE | 30/12/10 | Parcialmente procedente pendente | Exploração e Produção |
| 04468/2010 | 2010 | 13/07/10 | Denúncia | Uso indevido da imagem Petrobras | | Denuncia ONG que está divulgando cursos a serem ministrados por professores contratados pela Petrobrás para preencher vagas. | FALECAR/E&P | GAPRE/SE/PE | 30/12/10 | Parcialmente procedente pendente | Exploração e Produção |
| 07428/2010 | 2010 | 29/11/10 | Denúncia | Uso indevido de bens e serviços da Cia. | | Denuncia a construção de uma casa em frente à sua, em terreno pertencente à Petrobras□ | | UN-SEAL/JRD | 03/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 07822/2010 | 2010 | 27/12/10 | Denúncia | Uso indevido de bens e serviços da Cia. | | Denuncia conduta inadequada de empregado da companhia, que orienta, através de materiais de cursos internos, o não cumprimento de Norma Técnica da Petrobras. | | E&P-ENGP/IPP/EISA | 12/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 06318/2010 | 2010 | 30/09/10 | Denúncia | Uso indevido de bens e serviços da Cia. | | Denuncia que prestadora de serviços utiliza o telefone da Petrobras para passar trotes a sua residência. Alega que prestadora de serviço teve acesso ao seus dados através do sistema da Petrobras. | PROSAUDE/UN-SEAL | GAPRE/SE/PE | 30/12/10 | Procedente pendente | Exploração e Produção |
| 04343/2010 | 2010 | 06/07/10 | Denúncia | Violação contra a segurança da informação | | Denuncia que gerência obriga empregados a emprestarem senha aos contratados para que esses possam atuar em programas que deveriam ser de acesso exclusivo dos empregados. | Personal/E&P-SERV/US-CONT/CNTR/CTIC | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 04560/2010 | 2010 | 15/07/10 | Denúncia | Violação contra a segurança da informação | | Denuncia prestadores de serviços por desvio de informações confidenciais sobre o pré-sal a concorrentes. | SGS DO BRASIL/E&P-SERV/US-AP/LF | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Exploração e Produção |

PBRCG_00709699

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06195/2010 | 2010 | 20/09/10 | Denúncia | Violência Psicológica no Trabalho | Insulto/Ofensa | Denuncia supervisor por ofensa no ambiente de trabalho, tendo sido denominado com palavras inapropriadas. | | UO-BC/RH | 05/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 07602/2010 | 2010 | 03/12/10 | Denúncia | Violência Psicológica no Trabalho | Insulto/Ofensa | Denuncia que sofreu insultos e ofensas, no refeitório quando tentou intervir sobre atitudes inadequadas de  empregada própria. | | UO-BA/ATP-N/OP-BA | 05/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 04245/2010 | 2010 | 24/06/10 | Denúncia | Violência Psicológica no Trabalho | Não especificada | Denuncia as gerências pelas quais passou por assédio moral. | | E&P-SERV/RH | 04/01/11 | Em análise áreas respondentes | Exploração e Produção |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 15845/2009 | 2009 | 07/12/09 | Reclamação | Remuneração e regime de trabalho | Remuneração | Reclama estar sendo preterido das promoções há vários anos. | E&P-SSE | 19/03/10 | Em análise áreas respondentes | Exploração e Produção |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07395/2010 | 2010 | 25/11/10 | Reclamação | Atendimento inadequado | | Reclama sobre a ausência de resposta para relato de problemas com o transporte da unidade. | UO-SEAL/ATP-AL/TSG | 29/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 07949/2010 | 2010 | 13/12/10 | Reclamação | Benefícios | Auxílio Educacional | Reclama da dificuldade de se comprovar direito a benefícios. | UO-BC/RH | 13/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 07651/2010 | 2010 | 12/12/10 | Reclamação | Documentos | | Reclama de demora na emissão de seu perfil profissiográfico profissional (PPP). | UO-BC/RH | 06/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 07131/2010 | 2010 | 12/11/10 | Reclamação | Empresas contratadas | | Reclama que empresa prestadora de serviços está atuando sem acordo coletivo de trabalho. | UO-BA/SOP/TT | 10/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 07135/2010 | 2010 | 09/11/10 | Reclamação | Empresas contratadas | | Reclama que está sem plano de saúde após dois anos de licença. | UO-RNCE/CBS/CNTS | 29/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 06802/2010 | 2010 | 21/10/10 | Reclamação | Infra-estrutura | | Reclama de constrangimento causados pela instalação de um monitor de segurança na sala de trabalho. | E&P-CPM/CMP-SAE/RH | 17/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 07872/2010 | 2010 | 02/12/10 | Reclamação | Infra-estrutura | | Reclama da falta de impressora capaz de atender a demanda de trabalho existente na área. | UO-SEAL/CBS/CNTB | 07/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 07097/2010 | 2010 | 07/11/10 | Reclamação | Obras | | Reclama da posição do Gerente Setorial de uma Unidade da Petrobras referente a reparação dos danos causados em decorrência das operações para perfuração do poço. | UN-BA/SOP/GTR | 10/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 07433/2010 | 2010 | 30/11/10 | Reclamação | Obras | | Reclama sobre danos em sua propriedade após obras para construção de oleoduto em faixa de terra de sua fazenda. | UO-SEAL/CSI | 12/01/11 | Em análise áreas respondentes | Exploração e Produção |

PBRCG_00709702

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07855/2010 | 2010 | 21/12/10 | Reclamação | Obras | | Reclama sobre iluminação em poste que serve a obras em Unidade da Cia, o qual causa incômodo a vizinhança. | UO-ES/CSI | 03/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 01803/2010 | 2010 | 18/03/10 | Reclamação | Questões gerais sobre a Companhia | | Reclama sobre valor pago pela Petrobras para sua propriedade, utilizada pela Companhia como servidão. | UO-BA/SOP/GTR | 10/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 02424/2010 | 2010 | 12/04/10 | Reclamação | Questões gerais sobre a Companhia | | Reclama de atraso no pagamento de valores em servidão. | UN-BA/SOP/GTR | 22/11/10 | Em análise áreas respondentes | Exploração e Produção |
| 07130/2010 | 2010 | 11/11/10 | Reclamação | Relações Comerciais | | Reclama que, apesar de cadastrada com CRCC, sua empresa não é convidada para participar de licitações em Unidade da Cia. | UO-SEAL/CBS | 14/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 06897/2010 | 2010 | 01/11/10 | Reclamação | Relações Comerciais | | Reclama sobre o falta de pagamento de duas notas fiscais. | E&P-CORP/CBS | 17/11/10 | Em análise áreas respondentes | Exploração e Produção |
| 07874/2010 | 2010 | 08/12/10 | Reclamação | Relações no Trabalho | Movimentação de Pessoal | Reclama que RH de sua Unidade bloqueou sua permuta sem sustentação legal. | UO-BC/RH | 07/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 04967/2010 | 2010 | 03/08/10 | Reclamação | Relações no Trabalho | Gestão de Pessoas | Reclama de obrigatoriedade de utilizar folgas além dos 21 dias previstos em norma. | E&P-SERV/RH/ARH | 05/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 04204/2010 | 2010 | 28/06/10 | Reclamação | Remuneração e regime de trabalho | Regime de Trabalho | Reclama períodos de folga a que teriam direito os fiscais de plataformas. | E&P-EXP/RH | 14/01/11 | Em análise áreas respondentes | Exploração e Produção |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 04834/2010 | 2010 | 01/08/10 | Reclamação | Remuneração e regime de trabalho | Remuneração | Reclama de desconto sindical em seu salário. | UO-RIO/ATP-ABL/OP-P50 | 12/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 06854/2010 | 2010 | 27/10/10 | Reclamação | Remuneração e regime de trabalho | Remuneração | Reclama do não pagamento das horas extras que vem se arrastando por mais de 4 anos. | UN-RIO/ATP-ABL/OP-P50 | 17/12/10 | Em análise áreas respondentes | Exploração e Produção |
| 07324/2010 | 2010 | 22/11/10 | Reclamação | Remuneração e regime de trabalho | Remuneração | Reclama do tratamento diferenciado, quanto ao pagamento de horas-extras para os profissionais de nível superior | UO-BC/RH | 13/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 07443/2010 | 2010 | 03/12/10 | Reclamação | Remuneração e regime de trabalho | Remuneração | Reclama sobre desconto de pensão judicial. | E&P-CPM/CMP-SPO/RH | 12/01/11 | Em análise áreas respondentes | Exploração e Produção |
| 07092/2010 | 2010 | 06/11/10 | Reclamação | SMS | | Reclama da contratação de prestadores de serviço da empresa Perbras sem experiências para atuar como auxiliar de plataforma operando guindaste. | E&P-CPM/CMP-SS | 20/12/10 | Em análise áreas respondentes | Exploração e Produção |

PBRCG_00709704

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07881/2010 | 2010 | 23/12/10 | Reclamação | Relações Comerciais | | Reclama sobre atraso no pagamento de fatura pelos serviços prestados por sua empresa à Petrobras. | FINANCAS | 03/01/11 | Em análise áreas respondentes | Financeira |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07313/2010 | 2010 | 17/11/10 | Denúncia | Violência Psicológica no Trabalho | Insulto/Ofensa | Denuncia que sofreu insulto quando opinou sobre qualidade de refeição servida no restaurante. | | FAFEN-SE/SA | 16/12/10 | Em análise áreas respondentes | Gás e Energia |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07462/2010 | 2010 | 16/11/10 | Reclamação | Remuneração e regime de trabalho | Remuneração | Reclama do valor salário dos empregados que trabalham na UTE's. | GE-CORP/RH | 04/01/11 | Em análise áreas respondentes | Gás e Energia |
| 06458/2010 | 2010 | 29/09/10 | Reclamação | Remuneração e regime de trabalho | Reclassificação | Reclama de estagnação na carreira por motivos diversos, sendo atualmente prejudicado após reclassificação do PCAC. | FAFEN-SE/RH | 08/12/10 | Em análise áreas respondentes | Gás e Energia |
| 05379/2010 | 2010 | 19/08/10 | Reclamação | Remuneração e regime de trabalho | Remuneração | Reclama que, ao assumir o cargo de Diretor presidente de uma coligada da Petrobras, enfrentou alguns problemas que acarretaram, após auditoria, perda do cargo. | GE-OPE/PEN | 11/01/11 | Em análise áreas respondentes | Gás e Energia |

PBRCG_00709707

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02653/2010 | 2010 | 20/04/10 | Denúncia | Violação contra a segurança da informação | | Denuncia divulgação indevida na internet de DVD com normas técnicas da Petrobras. | | GAPRE/SE/PE | 30/12/10 | Procedente pendente | GAPRE |
| 07441/2010 | 2010 | 26/11/10 | Denúncia | Violência Psicológica no Trabalho | Retaliação | Denuncia que trabalhava na Segurança Empresarial e estava investigando irregularidades em contratos da Petrobras. Alega foi punido pelo trabalho que exercia, pois começo a investigar pessoas poderosas na empresa e foi demitido sem justa causa. | REVAP | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | GAPRE |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 04826/2010 | 2010 | 02/08/10 | Reclamação | Direito de ir e vir | | Reclama que foi demitido por ter registro de restrições de acesso na Petrobras. | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | GAPRE |
| 04959/2010 | 2010 | 02/08/10 | Reclamação | Direito de ir e vir | | Reclama por estar com restrição no sistema de acesso da Petrobras. | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | GAPRE |
| 05739/2010 | 2010 | 30/08/10 | Reclamação | Direito de ir e vir | | Reclama por estar com restrições de acesso ao sistema Petrobras. | E&P-SERV/RH | 17/12/10 | Em análise áreas respondentes | GAPRE |
| 06298/2010 | 2010 | 01/10/10 | Reclamação | Direito de ir e vir | | Reclama de restrição de acesso ao Sistema Petrobras. | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | GAPRE |
| 00303/2010 | 2010 | 12/01/10 | Reclamação | Direito de ir e vir | | Reclama que não consegue trabalhar como contratado da Petrobras, por estar sofrendo perseguição por parte de empregados que obstruem sua inclusão nos contratos. | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | GAPRE |
| 03707/2010 | 2010 | 04/06/10 | Reclamação | Direito de ir e vir | | Reclama que esta com restrição para trabalhar no sistema Petrobras e deseja saber o motivo. | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | GAPRE |
| 07952/2010 | 2010 | 16/12/10 | Reclamação | Direito de ir e vir | | Reclama que esta com restrição para trabalhar no sistema Petrobras e deseja saber o motivo. | GAPRE/SE/PE | 12/01/11 | Em análise áreas respondentes | GAPRE |

PBRCG_00709709

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05562/2008 | 2008 | 10/04/08 | Denúncia | Licitações | Irregularidades em licitações | Denuncia divergências de preços na contratação do mesmo produto em licitações diferentes. | REPLAN | MATERIAIS/AS | 10/11/10 | Em análise áreas respondentes | Serviços |
| 17648/2008 | 2008 | 01/10/08 | Denúncia | Empresas contratadas | Inidoneidade | Denuncia empresa prestadora de serviços por possuir diversas ações trabalhistas. | Construtora Queiroz Galvão | MATERIAIS/AS | 29/10/10 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14322/2009 | 2009 | 19/10/09 | Denúncia | Contratos | Descumprimento de cláusulas contratuais | Denuncia que houve aditamento irregular de contrato e com valor excessivamente caro. Denuncia ainda irregularidades nos contratos no que diz respeito aos prestadores de serviços. | Empresa META; ENGENHARIA/IETEG/IETR/CMSPCO | AUDITORIA/AESP | 16/11/09 | Parcialmente procedente pendente | Serviços |
| 11919/2009 | 2009 | 09/09/09 | Denúncia | Contratos | Fraudes em contratos | Denuncia candidatos a prestadores de serviços que apresentam documentação falsa para fazer provas para inspeção de dutos. | | GAPRE/SE/PE | 23/12/10 | Procedente pendente | Serviços |
| 02054/2009 | 2009 | 15/02/09 | Denúncia | Empresas contratadas | Inidoneidade | Denuncia empresa prestadora de serviços por fraudar balanços contábeis, alegando que esta está em processo de falência. | Dali Empreendimentos e Serviços | MATERIAIS/AS | 29/10/10 | Em análise áreas respondentes | Serviços |
| 06107/2009 | 2009 | 16/04/09 | Denúncia | Empresas contratadas | Inidoneidade | Denuncia que duas empresas que fornecem mesmo produto a Petrobras pertencem a mesma pessoa, porém uma delas está em nome de um "laranja". | MLH ANALÍTICA LTDA; Trade Lab | GAPRE/SE/PE | 23/12/10 | Em análise áreas respondentes | Serviços |
| 15753/2009 | 2009 | 09/12/09 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar dissídio trabalhista, vale transporte e férias vencidas. | SIBELLY TRANSPORTES LTDA | ENGENHARIA/AG/COM | 16/03/10 | Em análise áreas respondentes | Serviços |
| 15824/2009 | 2009 | 18/12/09 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia empresa prestadora de serviços por não pagar serviços prestados por subcontratada. | RR Compacta | ENGENHARIA/AG/COM | 05/11/10 | Em análise áreas respondentes | Serviços |
| 10613/2009 | 2009 | 14/08/09 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia que empresa prestadora de serviços por não pagar corretamente os direitos trabalhistas dos empregados. | Stefanini Consultoria; TIC/TIC-E&P/TICDT-BC | TIC/INFRA-TIC | 05/05/10 | Parcialmente procedente pendente | Serviços |
| 15773/2009 | 2009 | 13/12/09 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar parcela de participação de lucros a qual fazia jus. | Qualiman Montagem Industriais ltda | ENGENHARIA/AG/COM | 17/09/10 | Procedente pendente | Serviços |
| 10007/2009 | 2009 | 22/07/09 | Denúncia | Licitações | Irregularidades em licitações | Denuncia irregularidade em processo de licitação para contratação de mesma empresa por longo período e suspeita de realização de cartel. | Documentar Tecnologia e Informação | AUDITORIA/AESP | 04/09/09 | Parcialmente procedente pendente | Serviços |
| 11905/2009 | 2009 | 10/09/09 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia que subcontratada está inadimplente com o pagamento de sua rescisão e depósito de FGTS. | Coinst Serviços Técnicos Especializados Ltda | ENGENHARIA/IEABAST/IERE/CMSSE | 14/09/10 | Em análise áreas respondentes | Serviços |

PBRCG_00709711

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05627/2010 | 2010 | 06/09/10 | Denúncia | Contratos | Corrupção (extorsão/suborno) | Denuncia que gerente da Unidade em parceria com fiscais do contrato vêm desconsiderando irregularidades da contratada. E que há um prestador de serviços que recebe vantagens indevidas da área. | Manserv Montagem e Manutenção LTDA; VIX; Compartilhado RBC | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 07922/2010 | 2010 | 29/12/10 | Denúncia | Contratos | Descumprimento de cláusulas contratuais | Denuncia que prestadores de serviços estão cumprindo carga horária inferior a exigida pela Petrobras, no entanto a contratada recebe o pagamento como se os prestadores de serviços tivessem trabalhado a carga horária regular. | MANCHESTER SERVIÇOS LTDA; Compartilhado RBC | COMPARTILHADO/RBC | 05/01/11 | Em análise áreas respondentes | Serviços |
| 05257/2010 | 2010 | 11/08/10 | Denúncia | Contratos | Fraudes em contratos | Denuncia contratação direta de software experimental por valor muito alto, alegando que o serviço poderia ser prestado por empresa brasileira, por valor mais baixo e com software já existente. | IBM | AUDITORIA/AESP | 18/08/10 | Em análise áreas respondentes | Serviços |
| 05060/2010 | 2010 | 10/08/10 | Denúncia | Desvio comportamental | Práticas delituosas | Denuncia prestadores de serviços por apresentarem CREA e certificados de qualificação falsos. | Tecnoscida/Engenharia | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 06548/2010 | 2010 | 15/10/10 | Denúncia | Desvio comportamental | Práticas delituosas | Denuncia instituição parceira da Cia por venda de qualificação profissional para seus alunos. | | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 01608/2010 | 2010 | 12/03/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia que sua empresa foi subcontratada por empresa contratada da Petrobras e que a mesma não paga pelos serviços executados. | Intertechma | ENGENHARIA/AG/COM | 30/12/10 | Em análise áreas respondentes | Serviços |
| 01778/2010 | 2010 | 18/03/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia que sua empresa foi subcontratada para prestar serviço em Unidade da Companhia e não recebeu pelo mesmo. | Gertec / Niplan | ENGENHARIA/AG/COM | 30/12/10 | Em análise áreas respondentes | Serviços |
| 05130/2010 | 2010 | 11/08/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia empresa contratada por falta de pagamento à prestadora de serviços em execução de obras para Petrobras. | MEGADRILL SOUTH AMERICA; GRUPO PONTE DI FERRO; TRAVESSIA DO RIO PIRAQUÊ-AÇÚ E MANGUE EM ARACRUZ | ENGENHARIA | 23/11/10 | Em análise áreas respondentes | Serviços |
| 05247/2010 | 2010 | 17/08/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia empresa contratada por falta de pagamento de locação de equipamentos e ferramentas para execução de obras para Petrobras. | Construtora LJA; ENGENHARIA/IEABAST/IERG;Refinaria Gabriel Passos | ENGENHARIA | 24/09/10 | Em análise áreas respondentes | Serviços |

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05856/2010 | 2010 | 10/09/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia empresa prestadora de serviços por falta de pagamento de faturas. | Intertechma | ENGENHARIA | 03/12/10 | Em análise áreas respondentes | Serviços |
| 06924/2010 | 2010 | 01/10/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia empresa prestadora de serviços por não pagar serviços prestados por fornecedor. | ALUSA ENGENHARIA S.A. | ENGENHARIA/AG/COM | 05/11/10 | Em análise áreas respondentes | Serviços |
| 07330/2010 | 2010 | 20/11/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia empresa prestadora de serviços à Petrobras por falta de pagamento de faturas. | BUENO ENGENHARIA E CONSTRUÇÃO LTDA; obra OSVAT 30; | ENGENHARIA | 04/01/11 | Em análise áreas respondentes | Serviços |
| 07344/2010 | 2010 | 12/11/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia contratada pela Petrobras por não cumprir com obrigações financeiras estabelecidas em contrato. | Slovenske Energeticke Strojarne (SES); Refinaria "RNEST" | ENGENHARIA | 08/12/10 | Em análise áreas respondentes | Serviços |
| 07751/2010 | 2010 | 08/12/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia consórcio por não pagar serviços prestados por fornecedor. | CONSÓRCIO GASTAU; Camargo Corrêa; Queiroz Galvão | ENGENHARIA | 23/12/10 | Em análise áreas respondentes | Serviços |
| 06221/2010 | 2010 | 20/09/10 | Denúncia | Empresas contratadas | Inadimplência da contratada com a subcontratada | Denuncia empresa prestadora de serviços por não pagar serviços prestados por subcontratada. | ENGENHARIA/IETEG/IENE/CMIPE; Qualiman Montagens Industriais Ltda | ENGENHARIA/AG/COM | 06/01/11 | Procedente pendente | Serviços |
| 04050/2010 | 2010 | 23/06/10 | Denúncia | Empresas contratadas | Inidoneidade | Denuncia que empresa prestadora de serviços com restrição no cadastro de fornecedores, está utilizando outra razão social para prestar serviços à Petrobras. | ISOBRASIL; RISOTERM | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 06297/2010 | 2010 | 29/09/10 | Denúncia | Empresas contratadas | Inidoneidade | Denuncia que empresas que estão tentando cadastramento na Petrobras, estão tendo dificuldades junto ao setor, criando uma nova empresa utilizando "laranjas" como sócios. | Waterbio;Lindex;Sien Brasil;TPS Brasil Comércio e Serviços em Automação Ltda | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 07713/2010 | 2010 | 22/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar horas-extras aos seus empregados e substituição de nova cobertura de plano de saúde. | Breda/COMPERJ | ENGENHARIA/AG/COM | 22/12/10 | Em análise áreas respondentes | Serviços |
| 03619/2010 | 2010 | 20/05/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por atrasos no pagamento de salários e vale alimentação. | Intertechma Tecnologia; ENGENHARIA/IEABAST/IERB/CMA | ENGENHARIA/AG/COM | 07/06/10 | Em análise áreas respondentes | Serviços |

PBRCG_00709713

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04152/2010 | 2010 | 21/06/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços pelo não cumprimento de obrigações trabalhistas. | IERB – Implementação de Empreendimentos para RPBC; Intertechma Tecnologia Ltda | ENGENHARIA | 02/12/10 | Em análise áreas respondentes | Serviços |
| 04213/2010 | 2010 | 17/06/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços pelo não cumprimento de obrigações trabalhistas e falta de pagamento aos credores . | Intertechma Tecnologia | ENGENHARIA/AG./COM | 01/07/10 | Em análise áreas respondentes | Serviços |
| 04947/2010 | 2010 | 30/07/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar verbas rescisórias. | Sibelly Transportes | OUVIDORIA-GERAL/TD | 01/12/10 | Em análise áreas respondentes | Serviços |
| 05733/2010 | 2010 | 24/08/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar rescisão trabalhista. | RJ projetos e Empreendimentos Ltda | ENGENHARIA/AG./COM | 14/12/10 | Em análise áreas respondentes | Serviços |
| 06122/2010 | 2010 | 18/09/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia que empresa prestadora de serviços não paga horas extras para os seus empregados corretamente. Alega a existência de um banco de horas que, até o momento, não é de conhecimento de ninguém. | Consórcio Integração - Empresas Queiroz Galvão e Engevix | ENGENHARIA/AG./COM | 03/01/11 | Em análise áreas respondentes | Serviços |
| 07007/2010 | 2010 | 25/10/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar salários e rescisão trabalhista. | Araújo Engenharia e Integridade de Equipamentos | COMPARTILHADO/RSP S | 11/11/10 | Em análise áreas respondentes | Serviços |
| 07157/2010 | 2010 | 14/10/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresas prestadoras de serviços por irregularidades no pagamento de insalubridade. | PROJECTUS; CONSTRUCA | ENGENHARIA/AG./COM | 23/11/10 | Em análise áreas respondentes | Serviços |
| 07406/2010 | 2010 | 30/11/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia ocorrência de descontos indevidos em seu salário. | Diefra-Engenharia | ENGENHARIA | 22/12/10 | Em análise áreas respondentes | Serviços |
| 07879/2010 | 2010 | 13/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia que Consórcio não pagou por serviços prestados por subcontratada. | Consorcio Alusa - Galvão - Tomé | ENGENHARIA/AG./COM | 30/12/10 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08022/2010 | 2010 | 28/12/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por pagamentos irregulares de horas extras e por descontar vale transporte dos empregados, sendo que não fornece o mesmo. | Veloz | COMPARTILHADO/RSUD/SIS | 05/01/11 | Em análise áreas respondentes | Serviços |
| 03714/2010 | 2010 | 26/05/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por atrasos no pagamento de salários. | Intertechma Tecnologia; ENGENHARIA/IEABAST/IERB/CMA | | | Em tratamento por protocolo associado | Serviços |
| 03760/2010 | 2010 | 07/06/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar rescisão trabalhista. | Intertechma; RPBC | | | Em tratamento por protocolo associado | Serviços |
| 04304/2010 | 2010 | 29/06/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar rescisões trabalhistas. | Intertechma Tecnologia Ltda | | | Em tratamento por protocolo associado | Serviços |
| 06560/2010 | 2010 | 27/09/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar verbas rescisórias. | Intertechama; RPBC | | | Em tratamento por protocolo associado | Serviços |
| 07152/2010 | 2010 | 09/10/10 | Denúncia | Empresas contratadas | Irregularidades trabalhistas | Denuncia empresa prestadora de serviços por não pagar rescisão trabalhista. | Intertechma tecnologia ltda; RPBC | | | Em tratamento por protocolo associado | Serviços |
| 07910/2010 | 2010 | 28/12/10 | Denúncia | Irregularidades trabalhistas da Petrobras | | Denuncia que Inspetores de Segurança alocados em terminais marítimos estão enquadrados de forma equivocada em relação à Lei. | | COMPARTILHADO/RH | 12/01/11 | Em análise áreas respondentes | Serviços |
| 07213/2010 | 2010 | 31/10/10 | Denúncia | Licitações | Corrupção (extorsão/suborno) | Denuncia fiscais por direcionarem licitação e receberem comissão da empresa prestadora de serviços. Alega ainda que os fiscais indicam pessoas para trabalhar no contrato de prestação de serviços. | Baucraft; ENGENHARIA/IETEG/IENOR | GAPRE/SE | 07/01/11 | Em análise áreas respondentes | Serviços |
| 06315/2010 | 2010 | 27/09/10 | Denúncia | Licitações | Irregularidades em licitações | Denuncia licitação na qual empresa vencedora teve seu valor exposto às demais concorrentes e, posteriormente, a Petrobras renegociou preço com a segunda colocada sem consultar a empresa vencedora. | | AUDITORIA/ASEF/AESP | 03/11/10 | Em análise áreas respondentes | Serviços |
| 06877/2010 | 2010 | 11/10/10 | Denúncia | Licitações | Irregularidades em licitações | Denuncia irregularidade em licitação, alegando que a empresa vencedora não atendia às exigências previstas no edital do certame. | | AUDITORIA/ASEF/AESP | 03/11/10 | Parcialmente procedente pendente | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07944/2010 | 2010 | 20/12/10 | Denúncia | SMS | Segurança | Denuncia motorista alcoolizado em exercício da função. | | ENGENHARIA | 10/01/11 | Em análise áreas respondentes | Serviços |
| 05521/2010 | 2010 | 24/08/10 | Denúncia | Subcontratadas | Inadimplência da subcontratada | Denuncia empresa subcontratada por, rotineiramente, atrasar pagamentos de faturas. | Intertechma; Projeto é Ilha Grande; Galvão Engenharia | ENGENHARIA | 02/12/10 | Em análise áreas respondentes | Serviços |
| 07329/2010 | 2010 | 23/11/10 | Denúncia | Subcontratadas | Inadimplência da subcontratada | Denuncia empresa contratada por prestadora de serviços à Petrobras por falta de pagamento de Notas Fiscais, referentes à aquisição de materiais para execução de obras para Petrobras. | Rematec Ind. e Com. de Artefatos de Metais; União Engenhara; Gasoduto Cacímbas - Catú; | ENGENHARIA | 29/11/10 | Em análise áreas respondentes | Serviços |
| 07337/2010 | 2010 | 12/11/10 | Denúncia | Subcontratadas | Inadimplência da subcontratada | Denuncia empresa contratada por prestadora de serviços à Petrobras por falta de pagamento de faturas, referentes a serviços prestados em obra para Petrobras. | Alphatec S/A; Saipem Eni; URUGUA MEXILHÃO | ENGENHARIA | 03/12/10 | Em análise áreas respondentes | Serviços |
| 07349/2010 | 2010 | 05/11/10 | Denúncia | Subcontratadas | Inadimplência da subcontratada | Denuncia subcontratada por falta de pagamento de produtos fornecidos. | Oldebrech; Agisa; A.R.Matris; SUAPE | ENGENHARIA | 23/12/10 | Em análise áreas respondentes | Serviços |
| 02621/2010 | 2010 | 08/04/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa subcontratada por exigir carga horária superior ao permitido em lei e por não pagar horas extras. | CELTUR;TECLINE/ENGENHARIA | ENGENHARIA/AG/COM | 11/06/10 | Em análise áreas respondentes | Serviços |
| 03338/2010 | 2010 | 24/05/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia que os prestadores de serviço da subcontratada trabalham em área de risco e não recebem adicional de periculosidade | Tecno Engenharia;Santa Bárbara/ENGENHARIA | ENGENHARIA/AG/COM | 30/12/10 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03824/2010 | 2010 | 11/06/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia contratada por subcontratar pequenas empresas que por ocasião de demissão de seus empregados não cumpre com as obrigações provenientes da rescisão. | BRASSFFELS ENGENHARIA; balsa de serviço BGL-1; plataforma P-56 | ENGENHARIA | 17/12/10 | Em análise áreas respondentes | Serviços |
| 04588/2010 | 2010 | 12/07/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa subcontratada por falta de pagamento de salário do empregado. | RNEST; US HOME E EMPRESAS COLIGADAS; projeto EPC´S | ENGENHARIA | 30/12/10 | Em análise áreas respondentes | Serviços |
| 04685/2010 | 2010 | 21/07/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por falta de pagamento aos seus funcionários por dois meses, por não depositar o FGTS, além de outras reclamações. | INTERTECHMA TECNOLOGIA LTDA; RPBC | ENGENHARIA | 12/01/11 | Em análise áreas respondentes | Serviços |
| 04911/2010 | 2010 | 30/07/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa subcontratada por não pagar a rescisão de seus empregados ao término do contrato de trabalho. | Intertechma Tecnologia; Galvão Engenharia; Terminal Aquaviário de Ilha Comprida e Ilha Redonda | ENGENHARIA | 02/12/10 | Em análise áreas respondentes | Serviços |
| 05068/2010 | 2010 | 10/08/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por falta de pagamento pelos seus serviços prestados. | INTERTECHMA TECNOLOGIA LTD; Novo Terminal de Ilha Redonda; Consórcio GALVÃO-ALUZA-TOMÉ | ENGENHARIA | 02/12/10 | Em análise áreas respondentes | Serviços |
| 05744/2010 | 2010 | 24/08/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa subcontratada por falta de pagamento de valores relativos a direito trabalhista e rescisão de contrato de trabalho. | INTERTECHMA TECNOLOGIA LTDA; BASITECH SISTEMAS DE CONTROLE LTDA; Alusa | ENGENHARIA | 24/11/10 | Em análise áreas respondentes | Serviços |
| 05763/2010 | 2010 | 25/08/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por falta de pagamento aos seus empregados por dois meses, por não depositar o FGTS, além de outras reclamações. | INTERTECHMA TECNOLOGIA LTDA; ALUSA; engenharia do CAFOR da RNEST; BASITECH SISTEMAS DE CONTROLE LTDA. | ENGENHARIA | 25/11/10 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05764/2010 | 2010 | 26/08/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por falta de pagamento aos seus empregados por dois meses, por não depositar o FGTS, além de outras reclamações. | INTERTECHMA TECNOLOGIA LTDA; ALUSA; engenharia do CAFOR da RNEST; BASITECH SISTEMAS DE CONTROLE LTDA. | ENGENHARIA | 24/11/10 | Em análise áreas respondentes | Serviços |
| 05765/2010 | 2010 | 26/08/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por falta de pagamento aos seus empregados por dois meses, por não depositar o FGTS, além de outras reclamações. | INTERTECHMA TECNOLOGIA LTDA; ALUSA; engenharia do CAFOR da RNEST; BASITECH SISTEMAS DE CONTROLE LTDA. | ENGENHARIA | 24/11/10 | Em análise áreas respondentes | Serviços |
| 05766/2010 | 2010 | 30/08/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denunciasubcontratada por falta de pagamento aos seus empregados por dois meses, por não depositar o FGTS, além de outras reclamações. | INTERTECHMA TECNOLOGIA LTDA; ALUSA; engenharia do CAFOR da RNEST; BASITECH SISTEMAS DE CONTROLE LTDA. | ENGENHARIA | 24/11/10 | Em análise áreas respondentes | Serviços |
| 05785/2010 | 2010 | 31/08/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por falta de pagamento de verbas rescisórias de contrato trabalhista. | PLANGAS (terminal Aquaviário Ilha Comprida e Ilha Redonda); GALVÃO; INTERTECHMA TECNOLOGIA. | ENGENHARIA | 02/12/10 | Em análise áreas respondentes | Serviços |
| 05822/2010 | 2010 | 10/09/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa subcontratada por não pagar rescisão de contrato de trabalho. | Cemontex Engenharia; Engevix/ENGENHARIA | ENGENHARIA | 27/12/10 | Em análise áreas respondentes | Serviços |
| 06054/2010 | 2010 | 20/09/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por falta de pagamento de vale transporte, vale refeição e salário por mais de três meses de trabalho e por não depositar FGTS. | PLANGAS (terminal Aquaviário Ilha Comprida); GALVÃO; INTERTECHMA TECNOLOGIA | ENGENHARIA | 02/12/10 | Em análise áreas respondentes | Serviços |
| 06057/2010 | 2010 | 21/09/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por falta de pagamento de vale transporte, vale refeição e salário por mais de três meses de trabalho e por não depositar FGTS. | PLANGAS (terminal Aquaviário Ilha Comprida); GALVÃO; INTERTECHMA TECNOLOGIA | ENGENHARIA | 02/12/10 | Em análise áreas respondentes | Serviços |

PBRCG_00709718

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07192/2010 | 2010 | 19/11/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa contratada por prestadora de serviços à Petrobras por não cumprir com obrigações trabalhista, após sua demissão. Não houve liberação do FGTS. | Sermotex Engenharia; Engevix Engenharia | ENGENHARIA | 24/11/10 | Em análise áreas respondentes | Serviços |
| 07323/2010 | 2010 | 03/11/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa contratada por prestadora de serviços à Petrobras por não recolher o valor correto ao INSS e assinar carteira de trabalho com valor diferente do que efetivamente é pago aos seus empregados. | Alusa; EPC Engenharia; HCC COMPERJ | ENGENHARIA | 27/12/10 | Em análise áreas respondentes | Serviços |
| 07891/2010 | 2010 | 14/12/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa contratada por prestadora de serviços à Petrobras por exigir de seus empregados carga horária de trabalho superior ao determinado por Lei, sem pagamento de horas extras e não conceder plano de saúde. | Montcalm; Refinaria Abreu Lima (SUAPE) | ENGENHARIA | 10/01/11 | Em análise áreas respondentes | Serviços |
| 07897/2010 | 2010 | 22/12/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa contratada por prestadora de serviços à Petrobras por exigir de seus empregados carga horária de trabalho superior ao determinado por Lei, sem pagamento de horas extras e adicional noturno. | MB Freitas; Schahin Engenharia; Túnel Gastau | ENGENHARIA | 30/12/10 | Em análise áreas respondentes | Serviços |
| 04332/2010 | 2010 | 02/07/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por não cumprir com obrigações trabalhistas por ocasião da demissão de empregados. | NEWTREND EMPREENDIMENTOS LTDA | | | Em tratamento por protocolo associado | Serviços |
| 04334/2010 | 2010 | 01/07/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por não cumprir com obrigações trabalhistas por ocasião da demissão de empregados. | NEWTREND EMPREENDIMENTOS LTDA | | | Em tratamento por protocolo associado | Serviços |
| 04543/2010 | 2010 | 15/07/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada por não pagar verbas rescisórias ao término do contrato de trabalho. | Newtrend;CNC (CONSORCIO NOVO CENPES)/ENGENHARIA | | | Em tratamento por protocolo associado | Serviços |
| 05046/2010 | 2010 | 06/08/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia subcontratada pelo não pagamento de verbas relativas a rescisão de contrato de trabalho. | INTERTECHMA TECNOLOGIA LTDA; RPBC | | | Em tratamento por protocolo associado | Serviços |

PBRCG_00709719

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07019/2010 | 2010 | 05/10/10 | Denúncia | Subcontratadas | Irregularidade trabalhista | Denuncia empresa subcontratada por não pagar salários e benefícios. Alega ainda que os depósitos de FGTS não estão sendo realizados. | INTERTECHMA TECNOLOGIA LTDA; CONSORCIO GALVAO ALUSA TOME | | | Em tratamento por protocolo associado | Serviços |
| 01039/2010 | 2010 | 25/01/10 | Denúncia | Tráfico de Influência | | Denuncia gerente que possui empresa e beneficiado com contratos para atuar na Petrobras. | Intertechma Tecnologia Ltda;Alusa Engenharia | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 07446/2010 | 2010 | 02/12/10 | Denúncia | Uso indevido da imagem Petrobras | | Denuncia e-mail malicioso utilizando indevidamente a imagem Petrobras. | | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 03862/2010 | 2010 | 14/06/10 | Denúncia | Uso indevido de bens e serviços da Cia. | | Denuncia que sala localizada na UO-ES esta sendo subutilizada gerando gastos desnecessários para Cia. | ENGENHARIA/IETEG/ IEGA/CMDCAVI | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 03883/2010 | 2010 | 16/06/10 | Denúncia | Violação contra a segurança da informação | | Denuncia empregado por violar o sistema de informação acessando sites bloqueados e enviando dados de empregados para terceiros. | | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |
| 05239/2010 | 2010 | 17/08/10 | Denúncia | Violação contra a segurança da informação | | Denuncia que está aposentada, no entanto o endereço de e-mail que utilizava quando na ativa está sendo utilizado por alguém que se passa por ela e fazendo o uso indevido da marca da Petrobras. | | GAPRE/SE/PE | 30/12/10 | Em análise áreas respondentes | Serviços |

PBRCG_00709720

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Empresa/Área citada | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06334/2010 | 2010 | 04/10/10 | Denúncia | Violência Psicológica no Trabalho | Ameaça | Denuncia coordenadora por ameaças de perda de emprego e humilhações, que resultaram em sua demissão. | | COMPARTILHADO/RN NE/BS/SSU | 06/01/11 | Em análise áreas respondentes | Serviços |
| 07309/2010 | 2010 | 19/11/10 | Denúncia | Violência Psicológica no Trabalho | Discriminação | Denuncia que sofreu discriminação ao ser indicada para participar de curso no exterior. | | CENPES | 04/01/11 | Em análise áreas respondentes | Serviços |
| 07843/2010 | 2010 | 28/12/10 | Denúncia | Violência Psicológica no Trabalho | Retaliação | Denuncia que empresa prestadora de serviço demitiu prestadores de serviços, pois estes reclamaram com o fiscal da Petrobras sobre as condições do alojamento/alimentação do canteiro de obra. | ALN TRANSPORTES/ENGE NHARIA | ENGENHARIA/AG/COM | 28/12/10 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 19437/2008 | 2008 | 02/12/08 | Reclamação | Relações Comerciais | | Reclama de pagamento de nota fiscal. | MATERIAIS/CCB/CG/CC | 02/12/10 | Em análise áreas respondentes | Serviços |

PBRCG_00709722

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 11849/2009 | 2009 | 11/09/09 | Reclamação | AMS | Pagamento | Reclama que não foi reembolsado de valores referentes ao grande risco. | COMPARTILHADO/RNNE/SAMS | 21/12/10 | Em análise áreas respondentes | Serviços |
| 10523/2009 | 2009 | 07/08/09 | Reclamação | AMS | Questões gerais | Reclama que permanece sendo descontado por despesas da AMS de sua esposa já falecida e questiona se essas cobranças não estariam cobertas pelo Grande Risco. | COMPARTILHADO/RNNE/SAMS | 21/12/10 | Em análise áreas respondentes | Serviços |
| 13326/2009 | 2009 | 15/10/09 | Reclamação | Páginas eletrônicas | | Reclama que recebeu mensagem eletrônica ofensiva à sua honra. | ENGENHARIA | 04/01/11 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07044/2010 | 2010 | 10/11/10 | Reclamação | AMS | Autorização | Reclama sobre má qualidade do serviço do Compartilhado/AMS para solicitação de autorização de serviços médicos e outras dúvidas afetas à AMS, no escritório de Brasília. | COMPARTILHADO/RSUD/SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 07762/2010 | 2010 | 22/12/10 | Reclamação | AMS | Autorização | Reclama que sua mãe, beneficiária da AMS, se encontra internada desde o início de dezembro sem a devida autorização para o procedimento cirúrgico. | COMPARTILHADO/RBC/SAMS | 23/12/10 | Em análise áreas respondentes | Serviços |
| 07051/2010 | 2010 | 10/11/10 | Reclamação | AMS | Autorização | Reclama sobre má qualidade do serviço do Compartilhado/AMS para solicitação de autorização de serviços médicos e outras dúvidas afetas à AMS, no escritório de Brasília. | | | Em tratamento por protocolo associado | Serviços |
| 06747/2010 | 2010 | 26/10/10 | Reclamação | AMS | Benefício Farmácia | Reclama que não consegue obter as informações necessárias através do 0800 AMS para compra do medicamento. | COMPARTILHADO/RSPS/SAMS | 27/10/10 | Em análise áreas respondentes | Serviços |
| 06392/2010 | 2010 | 05/10/10 | Reclamação | AMS | Cobertura | Reclama que seu filho precisa de acompanhamento médico especializado em neurologia e solicita que seu atual neuropediatra seja credenciado na AMS também nessa modalidade. | COMPARTILHADO/RNNE/SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 06032/2010 | 2010 | 20/09/10 | Reclamação | AMS | Pagamento | Reclama que o Fale Conosco-AMS não apresentou solução à sua reclamação referente aos constantes descontos indevidos pela AMS no seu extrato. | COMPARTILHADO/RBC/SAMS | 30/12/10 | Em análise áreas respondentes | Serviços |
| 06041/2010 | 2010 | 21/09/10 | Reclamação | AMS | Pagamento | Reclama de descontos incorretos pela AMS. É aposentado da Fronape, e informa que antes os descontos eram feitos com base na tabela da Petrobras e desde 2009 é utilizada a tabela da Transpetro. | COMPARTILHADO/RNNE/SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 06294/2010 | 2010 | 25/09/10 | Reclamação | AMS | Pagamento | Reclama do mau atendimento dos serviços prestados pela Brasil Remoções e do pagamento do transporte cancelado e não realizado quando solicitado em caráter de emergência. | COMPARTILHADO/RSPS/SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 06684/2010 | 2010 | 25/10/10 | Reclamação | AMS | Pagamento | Reclama que está sendo cobrada pela clínica na qual sua irmã encontra-se internada pelas diárias de acompanhante que a AMS-Petrobras recusa-se a pagar. | COMPARTILHADO/RSUD/SAMS/ATA | 25/10/10 | Em análise áreas respondentes | Serviços |
| 06844/2010 | 2010 | 30/10/10 | Reclamação | AMS | Pagamento | Reclama dos descontos ocorridos indevidamente considerando os percentuais de participação no Grande Risco e Pequeno Risco. | COMPARTILHADO/RNNE/SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 07244/2010 | 2010 | 24/11/10 | Reclamação | AMS | Pagamento | Reclama dos descontos indevidos no contracheque de 25.10 relativo às despesas médicas utilizadas pela sua filha inscrita no plano 28. | COMPARTILHADO/RNNE/SAMS | 10/01/11 | Em análise áreas respondentes | Serviços |
| 07906/2010 | 2010 | 28/12/10 | Reclamação | AMS | Pagamento | Reclama da demora no reembolso do anestesista. | COMPARTILHADO/RNNE/SAMS/ACP | 11/01/11 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07603/2010 | 2010 | 13/12/10 | Reclamação | AMS | Questões gerais | Reclama da demora na solução de seu problema e da documentação em poder da gerente do compartilhado desde outubro de 2010. | COMPARTILHADO/RSUD/ SPE/MOB | 06/01/11 | Em análise áreas respondentes | Serviços |
| 06006/2010 | 2010 | 19/09/10 | Reclamação | AMS | Questões gerais | Reclama que permanece até a presente data sem o cartão de identificação da AMS. | COMPARTILHADO/RSPS/ SAMS | 30/12/10 | Em análise áreas respondentes | Serviços |
| 06391/2010 | 2010 | 04/10/10 | Reclamação | AMS | Questões gerais | Reclama que está encontrando dificuldades no agendamento e autorização de exames pelo fato de estar sem carteirinha da AMS. | COMPARTILHADO/RSPS/ SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 06464/2010 | 2010 | 10/10/10 | Reclamação | AMS | Questões gerais | Reclama que seu cadastro na AMS se encontra desatualizado e inclusive o da companhia. | COMPARTILHADO/RSPS/ SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 07750/2010 | 2010 | 20/12/10 | Reclamação | AMS | Questões gerais | Reclama da dificuldade de revalidação de sua carteira da AMS. | COMPARTILHADO/RSPS/ SAMS | 23/12/10 | Em análise áreas respondentes | Serviços |
| 06625/2010 | 2010 | 21/10/10 | Reclamação | AMS | Rede Credenciada | Reclama da demora na liberação das autorizações dos procedimentos cirúrgicos e de internações sem resolução na auditoria da AMS. | COMPARTILHADO/RSPS/ SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 06798/2010 | 2010 | 28/10/10 | Reclamação | AMS | Rede Credenciada | Reclama sobre o baixo valor da tabela de reembolso da AMS para médicos de clínicas credenciadas. | COMPARTILHADO/RSUD/ SAMS/RCR | 16/12/10 | Em análise áreas respondentes | Serviços |
| 07085/2010 | 2010 | 12/11/10 | Reclamação | AMS | Rede Credenciada | Reclama a demora no recebimento dos serviços prestados pela Petrobras. | COMPARTILHADO/RSUD/ SAMS | 03/01/11 | Em análise áreas respondentes | Serviços |
| 07144/2010 | 2010 | 17/11/10 | Reclamação | AMS | Rede Credenciada | Reclama do não recebimento dos serviços médicos prestados aos beneficiários da AMS. | COMPARTILHADO/RSUD/ SAMS/ACP | 03/01/11 | Em análise áreas respondentes | Serviços |
| 07594/2010 | 2010 | 10/12/10 | Reclamação | AMS | Rede Credenciada | Reclama da falta de clínicas credenciadas em Três Lagoas para o exame de Ressonância Magnética de sua esposa. | COMPARTILHADO/RSPS/ SAMS | 07/01/11 | Em análise áreas respondentes | Serviços |
| 07621/2010 | 2010 | 14/12/10 | Reclamação | AMS | Rede Credenciada | Reclama do não recebimento de suas faturas há mais de dois meses. | COMPARTILHADO/RSPS/ SAMS | 17/12/10 | Em análise áreas respondentes | Serviços |
| 07690/2010 | 2010 | 16/12/10 | Reclamação | AMS | Rede Credenciada | Reclama dos valores defasados das consultas médicas e requer o devido reajuste. | COMPARTILHADO/RSPS/ SAMS | 21/12/10 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07730/2010 | 2010 | 20/12/10 | Reclamação | AMS | Rede Credenciada | Reclama das condições de manutenção e falta de aparelhos para realização do procedimento pela  Clínica Renal Service. | COMPARTILHADO/RSUD/ SAMS | 27/12/10 | Em análise áreas respondentes | Serviços |
| 07748/2010 | 2010 | 20/12/10 | Reclamação | AMS | Rede Credenciada | Reclama do tratamento dado à beneficiária internada no hospital credenciado. | COMPARTILHADO/RSPS/ SAMS/RCR | 27/12/10 | Em análise áreas respondentes | Serviços |
| 07386/2010 | 2010 | 26/11/10 | Reclamação | Atendimento inadequado | | Reclama da demora no atendimento de empresa para solicitação de emissão de bilhete aéreo. | COMPARTILHADO/RSUD/ SIS/SLOG | 27/12/10 | Em análise áreas respondentes | Serviços |
| 07404/2010 | 2010 | 29/11/10 | Reclamação | Atendimento inadequado | | Reclama do atendimento no escritório da PETROS no EDIBA. | COMPARTILHADO/RNNE /BS/SCNTR | 07/01/11 | Em análise áreas respondentes | Serviços |
| 07405/2010 | 2010 | 29/11/10 | Reclamação | Atendimento inadequado | | Reclama do atendimento nos Postos de Compartilhado, pelos Representantes Petros no EDISE e no EDIVEN | COMPARTILHADO/RSUD/ NS | 21/12/10 | Em análise áreas respondentes | Serviços |
| 07838/2010 | 2010 | 20/12/10 | Reclamação | Benefícios | Auxílio Educacional | Reclama sobre atraso no reembolso de auxílio educacional. | COMPARTILHADO/RSUD/ SPE/MOB | 14/01/11 | Em análise áreas respondentes | Serviços |
| 07482/2010 | 2010 | 10/11/10 | Reclamação | Documentos | | Reclama do procedimento da AMS para entrega de atestados médicos, alegando que o prazo é pequeno. | COMPARTILHADO/RSUD/ SMS/SSO | 17/12/10 | Em análise áreas respondentes | Serviços |
| 06498/2010 | 2010 | 15/10/10 | Reclamação | Empresas contratadas | | Reclama que empresa contratada suspendeu seu plano de saúde após entrar em licença médica. | Comissão de Ética da Petrobras | 13/01/11 | Em análise áreas respondentes | Serviços |
| 06724/2010 | 2010 | 05/10/10 | Reclamação | Empresas contratadas | | Reclama por ter que cumprir jornada de trabalho diária de 8 horas e 48minutos. | COMPARTILHADO/RSUD/ SIS/SSA | 11/01/11 | Em análise áreas respondentes | Serviços |
| 06920/2010 | 2010 | 29/10/10 | Reclamação | Empresas contratadas | | Reclama dos procedimentos e da falta de respeito que ocorrem constantemente na área de ENGENHARIA da Petrobras no que se refere as demissões e admissões dos contratados quando da mudança de contrato. | ENGENHARIA/AG/COM | 12/11/10 | Em análise áreas respondentes | Serviços |
| 06991/2010 | 2010 | 05/11/10 | Reclamação | Empresas contratadas | | Reclama dos serviços prestados pela cooperativa de taxi. | COMPARTILHADO/RSUD/ SIS/SLOG | 20/12/10 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07315/2010 | 2010 | 16/11/10 | Reclamação | Empresas contratadas | | Reclama da falta de comunicação relativa o processo de transição da empresa em que trabalha. | COMPARTILHADO/RBC/NS | 29/11/10 | Em análise áreas respondentes | Serviços |
| 07965/2010 | 2010 | 16/12/10 | Reclamação | Empresas contratadas | | Reclama da gestão de empresa prestadora de serviço para a Cia com seus funcionários. | COMPARTILHADO/RSPS/NSBS/SLOG | 03/01/11 | Em análise áreas respondentes | Serviços |
| 05083/2010 | 2010 | 06/08/10 | Reclamação | Infra-estrutura | | Reclama que prestadores de serviços não podem utilizar as copas e cafeterias dos andares onde trabalham para beber água. | COMPARTILHADO/RSUD/NSGR/EDIVEN | 30/12/10 | Em análise áreas respondentes | Serviços |
| 07508/2010 | 2010 | 10/12/10 | Reclamação | Infra-estrutura | | Reclama de tratamento diferenciado no 13º andar do EDISE, a título de conservação de reforma realizada no andar. | COMPARTILHADO/RSUD/NSGR/EDISE | 05/01/11 | Em análise áreas respondentes | Serviços |
| 07780/2010 | 2010 | 13/12/10 | Reclamação | Infra-estrutura | | Reclama que o banheiro do andar está em obras e não há informação sobre a liberação para uso. | COMPARTILHADO/RSUD/NSGR/EDISE | 27/12/10 | Em análise áreas respondentes | Serviços |
| 07821/2010 | 2010 | 27/12/10 | Reclamação | Infra-estrutura | | Reclama falta de infraestrutura de acessibilidade para cadeirantes no EDISE e EDICIN | COMPARTILHADO/RSUD/NSGR/EDITA | 03/01/11 | Em análise áreas respondentes | Serviços |
| 07637/2010 | 2010 | 10/12/10 | Reclamação | Infra-estrutura | | Reclama de tratamento diferenciado no 13º andar do EDISE, a título de conservação de reforma realizada no andar. | | | Em tratamento por protocolo associado | Serviços |
| 00399/2010 | 2010 | 18/01/10 | Reclamação | Obras | | Reclama sobre estrago em estradas causados por consequência de obras da Petrobras. | ENGENHARIA/AG/COM | 23/12/10 | Em análise áreas respondentes | Serviços |
| 07832/2010 | 2010 | 28/12/10 | Reclamação | Questões gerais sobre a Companhia | | Reclama que não teve retorno da Petrobras sobre o pagamento de indenização pela servidão de seu terreno. | ENGENHARIA/AG/COM | 28/12/10 | Em análise áreas respondentes | Serviços |
| 06173/2010 | 2010 | 22/09/10 | Reclamação | Relações Comerciais | | Reclama não ter acesso para participar de licitações, pois não consegue atualizar o seu cadastro na Companhia. | MATERIAIS | 30/12/10 | Em análise áreas respondentes | Serviços |
| 07123/2010 | 2010 | 08/11/10 | Reclamação | Relações Comerciais | | Reclama que há dois anos está tentando cadastrar sua empresa para fornecimento de material e os documentos não são aceitos. | MATERIAIS/CCB/CG | 27/12/10 | Em análise áreas respondentes | Serviços |

Confidential

| Protocolo | Ano | Recebimento | Categoria | Tema principal | Assunto | Resumo | Área encaminhada | Data | Situação atual | Diretoria |
|---|---|---|---|---|---|---|---|---|---|---|
| 07429/2010 | 2010 | 30/11/10 | Reclamação | Relações Comerciais | | Reclama da dificuldade em cadastrar sua empesa no sistema corporativo de fornecedores da Cia. | MATERIAIS/AS | 12/01/11 | Em análise áreas respondentes | Serviços |
| 07745/2010 | 2010 | 15/12/10 | Reclamação | Relações Comerciais | | Reclama sobre atraso na emissão do CRCC de sua empresa por falha do sistema corporativo de cadastramento da Cia. | MATERIAIS/AS | 06/01/11 | Em análise áreas respondentes | Serviços |
| 07907/2010 | 2010 | 28/12/10 | Reclamação | Relações Comerciais | | Reclama da demora em receber da Petrobras o valor referente a uma nota fiscal de um material fornecido por sua empresa. | MATERIAIS/CCB/CG/CC | 05/01/11 | Em análise áreas respondentes | Serviços |
| 06836/2010 | 2010 | 28/10/10 | Reclamação | Relações Sindicais | | Reclama sobre desconto extra para o Sindipetro, já que o mesmo é sindicalizado e faz as devidas contribuição mensalmente. | COMPARTILHADO/RSUD/SPE/MOB | 14/01/11 | Em análise áreas respondentes | Serviços |
| 04746/2010 | 2010 | 23/07/10 | Reclamação | Relações Trabalhistas | Abono médico e odontológico | Reclama sobre prazo de licença maternidade concedido para sua esposa, empregada da Companhia. | COMPARTILHADO/RH | 07/01/11 | Em análise áreas respondentes | Serviços |
| 05915/2010 | 2010 | 08/09/10 | Reclamação | Relações Trabalhistas | Abono médico e odontológico | Reclama que devido a greve dos peritos do INSS não teve o resultado de sua perícia concluído, e por isso não poderia retornar ao trabalho. Ao fim da greve o pedido de prorrogação foi indeferido, mantendo descobertos os dias posteriores à data da perícia. | COMPARTILHADO/RSUD/PGRH/CRH | 16/12/10 | Em análise áreas respondentes | Serviços |
| 07524/2010 | 2010 | 10/11/10 | Reclamação | Relações Trabalhistas | Gestão de Pessoas | Reclama que no ESBRAS não abonaram falta ao trabalho para realização de endoscopia com atestado médico. | COMPARTILHADO/RSUD/SMS/SSO | 17/12/10 | Em análise áreas respondentes | Serviços |
| 06198/2010 | 2010 | 24/09/10 | Reclamação | Relações Trabalhistas | Reintegração | Reclama que o seu pai era lotado na Petroflex e foi reintegrado, mas foi considerado inapto ao trabalho, sendo encaminhado ao INSS. | COMPARTILHADO/RSUD/SMS/SSO | 14/01/11 | Em análise áreas respondentes | Serviços |
| 04621/2010 | 2010 | 19/07/10 | Reclamação | Remuneração e regime de trabalho | Avanço de Nível | Reclama que recebeu avanço de nível em 2007 e até a presente data o mesmo não consta em sua ficha funcional. | COMPARTILHADO/RSUD/SPE/MOB | 13/12/10 | Em análise áreas respondentes | Serviços |

PBRCG_00709728