# EXHIBIT N
# (Part II)



**Veículo:** Revista Época - SP
**Estado:** SP
**Página:** Capa/6; 28 - 34
**Editoria:** Tempo
**Data:** 11/08/2013

Bancária, e que as contas da campanha da presidenta foram aprovadas pelo Tribunal Superior Eleitoral", diz.

As denúncias de João Augusto são contestadas pelos acusados. Vaccari diz que não era responsável pela tesouraria da campanha de Dilma. Afirma ainda que "todas as doações ao PT são feitas dentro do que determina a legislação em vigor e de uma política de transparência do PT". Gabrielli diz, por meio de nota, não ter conversado sobre o contrato da Odebrecht com Vaccari. Zelada afirma desconhecer a atuação de João Augusto na intermediação de contratos na Petrobras e nega ter sido indicado pelo PMDB. A Petrobras informou em nota que não comentaria o assunto. Apesar de todas as contestações, a reportagem de ÉPOCA confirmou, por meio de entrevistas em três cidades, vários pontos do depoimento de João Augusto. Investigações oficiais ainda são necessárias para apurar todas as suas denúncias.

**UMA DIRETORIA PARA O PMDB**

Em janeiro de 2008, o então presidente, Lula, aceitou entregar a Diretoria Internacional da Petrobras ao PMDB. Mais especificamente, ao grupo que comanda o PMDB da Câmara dos Deputados. Engenheiro de carreira da Petrobras, João Augusto fora apresentado à política em meados dos anos 1990, quando era diretor da BR Distribuidora, a empresa de combustíveis da Petrobras. Para fazer qualquer operação de relevo na BR, João Augusto precisava do apoio dos demais diretores. No começo, nunca conseguia. "Não tinha a menor ideia de como as coisas funcionavam", diz. "Mas aí conheci o Benjamin Steinbruch *(dono da CSN)*, que me explicou como era preciso ter apoio político para fazer as coisas. O Steinbruch ligou para o Tasso Jereissati *(do PSDB)*, que ligou para o Marcelo Alencar *(governador do Rio de Janeiro, também do PSDB)*. O Alencar avisou o Joel Rennó *(então presidente da Petrobras)*: 'Ô, o João Augusto está com a gente'", diz João Augusto. E ri das lembranças. "Eu não tinha ideia do que 'estar com a gente' significava... A partir dali, mudou muito. Da água para o vinho. Tudo passava. Você vai mudando. O mundo real é outro, e eu tinha de me adequar a ele." Em pouco tempo, João Augusto migrou dos tuca-

Continua

PETROBRAS

**Veículo:** Revista Época - SP
**Estado:** SP
**Página:** Capa/6; 28 - 34
**Editoria:** Tempo
**Data:** 11/08/2013

nos para o PMDB – segundo ele, por obra do então deputado Michel Temer. Em 1999, João Augusto prosperava na política e nos negócios. Tinha, segundo ele, apoio do PMDB para virar diretor da Petrobras. Mas uma grave hepatite C o impediria. Para sobreviver, foram precisos dois transplantes de fígado e quatro meses num hospital em Londres.

Na volta ao Brasil, João Augusto deixou a Petrobras. "Fui fazer negócios", diz. Usava, segundo ele, o conhecimento e a rede de contatos acumulados nos anos de Petrobras para ajudar empresários com interesses na empresa. Sabia que técnicos e diretores procurar, dependendo do assunto – e, sobretudo, que métodos de persuasão aplicar a cada um. "A Petrobras tem três tipos de caras: o técnico, o político e o carreirista", diz. "O técnico não vai mudar o que ele pensa porque você diz. O que ele gosta é de visitar obra, viajar em helicóptero, se sentir importante de vez em quando. Ele acha que merece. O carreirista faz o que o chefe mandar. Não quer saber o que é. Nem pensa duas vezes. Hoje é cheio de carreirista.

E o político é o que observa as coisas dentro da empresa, atende aos amigos, ao pessoal da área dele, aos políticos. Se você errar a abordagem, confundir um com o outro, você quebra a cara. Eu sei fazer essa abordagem."

Com todas essas credenciais, João Augusto era o nome favorito do PMDB para assumir a diretoria na Petrobras que Lula prometera aos deputados do partido, em janeiro de 2008. Seu nome, porém, foi barrado na Casa Civil: João Augusto fora condenado pelo Tribunal de Contas da União a pagar uma multa de R$ 500 mil, em virtude de irregularidades cometidas quando ele era diretor da BR Distribuidora. O deputado Fernando Diniz, que comandava a bancada do PMDB de Minas, comunicou-lhe o óbice. E pediu um nome alternativo. João Augusto indicou um de seus melhores amigos na empresa, o engenheiro Zelada, que trabalhava com um dos diretores petistas da estatal. Ao nomear Zelada, João Augusto se tornou, segundo deputados e lobistas, o diretor "de fato" da área internacional. "A função do Zelada era

Continua

**Veículo:** Revista Época - SP
**Estado:** SP
**Página:** Capa/6; 28 - 34
**Editoria:** Tempo
**Data:** 11/08/2013

PETROBRAS

obedecer às ordens de João Augusto", diz um lobista do PMDB.

Para garantir que as operações do partido correriam como esperado, João Augusto recrutou técnicos de sua confiança na Petrobras. Distribuiu, pela área internacional, seus colegas de turma na Universidade Federal do Rio de Janeiro. Sócrates José virou chefe de gabinete de Zelada. Era o cicerone dos parceiros do grupo que visitavam a sede da Petrobras para fazer reuniões. "Se o projeto fosse bom para a Petrobras, eu levava adiante. Fazia isso por amizade", diz Sócrates. Ele também tinha como missão reportar o que via e ouvia a João Augusto.

José Carlos Amigo assumiu a gerência para a América Latina. Essa gerência, segundo João Augusto, esteve envolvida na contratação de um navio-sonda da empresa Vantage, por US$ 1,6 bilhão – uma operação que, diz ele, rendeu uma comissão de US$ 14,5 milhões, US$ 10 milhões dos quais repassados ao PMDB. Clóvis Correa virou diretor da Petrobras Argentina, onde a empresa mantinha a refinaria de San Lorenzo. De acordo com João Augusto e os ▶ demais envolvidos no negócio, Clóvis participava das reuniões em hotéis e receberia uma parte do "sucesso" de US$ 10 milhões. Fernando Cunha, o único que não estudara com os demais, tornou-se gerente para negócios na África. João Augusto diz que ele participou da compra de um campo na Namíbia, operação encaminhada depois de ele ter fechado comissão com a empresa que detinha o controle desse campo.

## A INCOMPREENSÃO DOS DEPUTADOS

De acordo com os envolvidos, havia uma incompreensão entre os deputados sobre como funcionava a Petrobras e quanto era possível arrecadar por mês. Dois lobistas do PMDB afirmam que fora estipulada uma meta de R$ 150 mil por mês para a bancada. Num almoço na churrascaria Porcão, num domingo de sol no começo de 2009, o deputado Fernando Diniz, ao lado de assessores e de lobistas, reclamou da "performance" de Zelada. "O 'Gelada' não está entregando", disse aos amigos. Essa percepção é confirmada por João Augusto. "Num primeiro momento, eles *(os deputados do PMDB)* achavam

Continua



| | |
|---|---|
| **Veículo:** Revista Época - SP | |
| **Estado:** SP | **Editoria:** Tempo |
| **Página:** Capa/6; 28 - 34 | **Data:** 11/08/2013 |

que tinha um monte de coisa (*na Petrobras*). Não tinha. Os caras não entendiam. Achavam que estávamos (*a dupla João Augusto e Zelada*) de má vontade. Não entendiam que a Petrobras tem uma diretoria, um Conselho, que não dá para fazer o que quiser", diz.

A cobrança dos deputados exasperava João Augusto. "Se você não tiver os valores muito enraizados, o cara (*político*) vem e pega o dinheiro que está na sua carteira", diz. "Tem de saber lidar. A pior coisa no pedido político é você engavetar. Ou você diz: 'Desse jeito aqui não dá'. Ou diz: 'Posso fazer assim' (*de acordo com os interesses da empresa*). Não sou vestal. Gosto de ganhar dinheiro", diz João Augusto. "Mas não faço coisa que vai dar prejuízo à Petrobras, como Pasadena (*a refinaria nos Estados Unidos na qual a empresa perdeu dinheiro*). De zero a dez, numa escala de ética, não sou zero, mas também não sou dez. Bandido eu não sou, não. Sou três ou dois. Tenho de ser reconhecido como um cara técnico, de negócio, mas que não faço m..."

João Augusto faz uma pequena pausa, pede mais uma água mineral e continua: "Quando estava na BR, eu não podia parar o trem. Se tentasse, seria atropelado. Tinha de entrar no trem para levar na direção que eu quisesse. Eu vendia álcool quando era diretor da BR. Você não tem ideia. O Brasil inteiro me procurava. Todo político conhece um usineiro que quer comprar (*em melhores condições*). O que eu fazia? Fazia uma planilha menor, de coisas que a BR precisava vender mesmo, e deixava separado. Sempre que eu tinha de atender a um pedido político, pegava essa planilha e tentava conciliar o que havia nela, que era interesse da empresa, com o pedido do político".

Continua

PETROBRAS

Veículo: Revista Época - SP
Estado: SP
Página: Capa/6; 28 - 34
Editoria: Tempo
Data: 11/08/2013

O que parece incomodar João Augusto, e talvez tenha contribuído para seu desabafo, seja o desequilíbrio entre os interesses dos políticos, que cobram cada vez mais de operadores como ele, e os interesses da Petrobras. "A Petrobras sempre teve influência política. Mas a decisão era técnica. A política se adequava à técnica. Se, por exemplo, os técnicos decidissem que era preciso ter uma refinaria no Nordeste, os políticos poderiam brigar para escolher em que Estado. Mas a refinaria era necessária", diz. "De uns tempos para cá, isso se inverteu. Os políticos decidem que haverá uma refinaria no Maranhão ou no Ceará, e os técnicos têm de correr atrás." Ele credita essa inflexão, como os demais ouvidos nesta reportagem, ao ex-presidente Lula. "O PT aparelhou demais. Gente que não tinha capacidade subiu rápido."

## O PROJETO ATREU

A venda da refinaria de San Lorenzo era, para o grupo, o começo da venda de todos os bens da Petrobras na Argentina. "Quem descobriu a Argentina fui eu", diz João Augusto. Foi sugerido a ele que contratasse advogados brasileiros. "A gente que vai fazer negócio fora, seria bom receber por advogado aqui. Tudo bonitinho. Topei. Fizemos o contrato para receber tudo por eles (advogados) e cada um ia receber sua parte depois." (Por meio de nota, o advogado Sérgio Tourinho afirma que foi contratado "para fazer o acompanhamento jurídico" na venda da refinaria San Lorenzo. "Em um determinado momento, me passaram que parte dos meus honorários deveria ser repassada a terceiros. Claro que não concordei. E, por isso, tive o contrato rescindido.")

Se a refinaria fosse vendida a Cris-

Continua

PETROBRAS

**Veículo:** Revista Época - SP
**Estado:** SP
**Página:** Capa/6; 28 - 34
**Editoria:** Tempo
**Data:** 11/08/2013

tóbal, o amigo de Cristina Kirchner, os lobistas receberiam, segundo João Augusto, US$ 10 milhões. A divisão do "sucesso" demonstra a força do PMDB nos negócios da Petrobras lá fora. Pela conta dele, dos US$ 10 milhões, US$ 6,8 milhões estavam destinados a João Augusto. "Eu tinha de repassar US$ 5 milhões ao PMDB. A maior parte disso era PMDB de Minas, porque era o Fernando (Diniz). A partir daí, não sei quem eles pagavam, nem quanto. Deputado é f... Você dá para um e, a partir dali, não dá para saber se ele deu para um, se ele deu para meia dúzia, se ele ficou (com o dinheiro)..."

Entre eles, a operação, não se sabe por que motivo, era conhecida como "projeto Atreu". Em setembro e outubro de 2009, os lobistas reuniram-se muitas vezes na sala de reuniões do Hotel Hilton, em Buenos Aires, para avançar nas tratativas. Uma das presenças certas, segundo João Augusto, era o diretor Clóvis Correa. (Hoje, Clóvis é assessor da Transpetro, empresa da Petrobras comandada pelo PMDB, e nega ter participado das negociações para a venda da refinaria de San Lorenzo.) "O Clóvis estava conosco em todas as reuniões. Como ele havia sido meu colega de faculdade, e eu tinha boas relações com ele, fiquei mais tranquilo", diz João Augusto. Ele conta que, nas reuniões, combinava com outros lobistas pagamentos em contas no exterior. Uma das contas citadas, segundo um dos lobistas, era identificada como Tiger, na China – uma conta usada por doleiros para fazer pagamentos a partidos como PT e PMDB, conforme afirmou a Polícia Federal, em 2009, na operação Castelo de Areia, que investigou denúncias de pagamento de propina a políticos.

Enquanto a venda da refinaria avançava, o grupo oficializava a união para organizar os futuros negócios na Petrobras. Chegaram a assinar um instrumento particular de parceria, em que se comprometiam a dividir os contratos que cada um obtivesse. A união durou pouco. Era muito dinheiro e pouca confiança entre eles. João Augusto exigiu aos demais subir sua participação de US$ 6,8 milhões para US$ 8,8 milhões, por causa da pres-

Continua

**Veículo:** Revista Época - SP
**Estado:** SP
**Página:** Capa/6; 28 - 34
**Editoria:** Tempo
**Data:** 11/08/2013

PETROBRAS

são do PMDB. "Ele disse que o PMDB precisava fazer caixa para a campanha de 2010", diz um dos lobistas. Houve briga entre eles, mas o advogado Tourinho aceitou assinar um aditivo ao contrato principal de sucesso, reduzindo a participação dele e dos demais a US$ 1,2 milhão.

João Augusto quis fazer um contrato em separado com os argentinos. Conta que foi até Buenos Aires tentar persuadir Rottemberg, o operador do negócio pelo lado argentino, encarregado pelo amigo de Cristina Kirchner de pagar os brasileiros. Temendo que seus parceiros no PMDB não confiassem em sua palavra, João Augusto levou uma testemunha: Felipe Diniz, filho do deputado Fernando Diniz, que morrera recentemente. Àquela altura, a pressão do PMDB por resultados era imensa. "Usei o nome do PMDB, até para todo mundo saber que não estava dando calote em mim, estava dando calote no partido", diz João Augusto. O novo contrato, ele afirma, não deu certo. Em maio de 2010, a Petrobras anunciou a venda da refinaria, por US$ 110 milhões, ao empresário Cristóbal Lopez.

"O negócio saiu, mas não recebi nada. Eles *(os outros lobistas)* receberam. E o cara em quem eu achava que podia confiar, o Clóvis, foi o que recebeu mais. Eu tinha compromissos e fiz papel de idiota. A única atitude que pude tomar foi mandar o Zelada tirar o Clóvis da Pesa *(Petrobras Argentina)*."

## "RAPAZ, ELES ESTÃO SEMPRE EM CAMPANHA, NÉ?"

Nem todas as operações eram tão difíceis quanto a venda da refinaria de San Lorenzo. No mesmo período, João Augusto diz que fechou um contrato de US$ 1,6 bilhão para que a Petrobras alugasse o navio-sonda Titanium Explorer, da empresa Vantage. O contrato rendeu uma comissão de US$ 14,5 milhões, que deveria ser paga em três parcelas. Segundo João Augusto, a primeira foi paga ainda no começo de 2009; a segunda, em seguida. A terceira, diz ele, não foi paga, em razão de uma briga societária na Vantage. O sócio que o contratara é hoje processado pelos demais sob a acusação de ter desviado dinheiro da empresa. "Repassei US$ 10 milhões ao PMDB", diz. Nesse caso, não especificou nomes. "A quem de direito no partido. É a regra." Era dinheiro para campanha? "Rapaz, eles estão sempre em campanha, né?", diz.

"*(O repasse)* era maior do que 50%. Podia ser 60% ou 70%. Dependia do negócio. (...) Na área internacional *(da Petrobras)*, se eu fizer alguma coisa, tem de ajudar o partido. Porque foi o partido quem indicou o Zelada. O mundo é assim. E é assim em qualquer lugar." Em seguida, afirma: "Se eu fizesse negócio em outra diretoria, não tinha fee *(comissão)* para o partido. E eu falava para eles: aqui não devo nada". João Augusto

Continua

PETROBRAS

Veículo: Revista Época - SP
Estado: SP
Página: Capa/6; 28 - 34
Editoria: Tempo
Data: 11/08/2013

parecia genuinamente magoado com os parceiros no PMDB. "Depois que você conhece os bastidores, não dorme mais tranquilo. Pensa que é fácil nego te ligando? 'A campanha tá aí...' Nego xingando o Zelada porque não vinha dinheiro." Ao mesmo tempo, ele parecia sentir-se culpado por não corresponder às altas expectativas dos deputados: "Os caras me acolheram tão bem... Você ente que tem de ajudar o grupo".

E quem coordenava o "grupo", após a morte de Fernando Diniz? "Uma hora ▶ foi o (deputado) Mauro Lopes, outra foi o (deputado) João Magalhães." (Mauro Lopes afirma conhecer João Augusto há mais de 20 anos e diz que sugeriu seu nome para ocupar a Diretoria Internacional da Petrobras ao então líder da bancada peemedebista de Minas Gerais, Fernando Diniz. E nega ter sido beneficiado com repasses de dinheiro.) "Não sei como era a divisão: para quem eles davam, se davam certo... Só mandava." João Augusto desce aos detalhes das transações: "Normalmente, (os deputados) me davam (a conta no exterior) e eu mandava via doleiro." Ele conta que sempre recebia reclamações. "Era muita gente (para receber). Uma operação de US$ 5 milhões parece boa, mas (...) eram dez, 12 pessoas. No fim, (os deputados) achavam uma m..."

## UMA CPI PARA CÁ, UM CONTRATO PARA LÁ

Ao cabo de duas horas de revelações, João Augusto parece pronto para contar sua maior proeza, de acordo com os outros lobistas do PMDB: o contrato de quase US$ 1 bilhão entre a Área Internacional da Petrobras e a empreiteira Odebrecht, fechado às vésperas do segundo turno da eleição de 2010. Pelo contrato, a Odebrecht cuidaria da segurança ambiental da Petrobras em dez países.

— E a Odebrecht?
— Odebrecht? Eu montei tudo.

João Augusto diz que, no auge da CPI da Petrobras no Senado, no segundo semestre de 2009, o relator da comissão, senador Romero Jucá, do PMDB, que também era líder do governo, convocou-o para uma reunião em Brasília. Disse que fizera um acordo com o então presidente da Petrobras, Gabrielli: o PMDB ajudaria a enterrar a CPI, que já estava morna, e, em troca, Gabrielli não criaria dificuldades à aprovação, pela diretoria executiva da Petrobras, do "projeto" Odebrecht. "Manda o João apresentar", disse Gabrielli a Jucá, segundo o relato de João Augusto. Logo

Continua

PETROBRAS

**Veículo:** Revista Época - SP
**Estado:** SP
**Página:** Capa/6; 28 - 34
**Editoria:** Tempo
**Data:** 11/08/2013

depois, em dezembro de 2009, Jucá apresentou seu relatório final que isentava a Petrobras de irregularidades. A CPI morria conforme o previsto. (Jucá nega ter chamado João Augusto a Brasília para tratar do contrato entre Petrobras e Odebrecht. "Não houve nenhum tipo de conversa com o Gabrielli sobre qualquer contrato em troca de CPI. Até porque eu era líder do governo, eu estava tratando com seriedade.")

Para fazer o contrato, João Augusto diz que fez "um grupo de trabalho, técnico, sério". "Trabalhamos um ano nisso. A Petrobras precisava mesmo consolidar essas operações de meio ambiente lá fora. A empresa não sabia o tamanho do passivo, quem cuidava do quê. Era preciso centralizar", diz João Augusto. Por que não fazer uma licitação? "A Odebrecht tinha de ganhar. Foi até ideia minha. Pelo tamanho dela. Pelo padrão", diz. A Petrobras convidou formalmente outras empreiteiras. Todas declinaram. Deu Odebrecht. Ouvida a respeito do caso, a Odebrecht nega ter feito contrato com João Augusto Henriques. E afirma, em nota: "A afirmação que a Odebrecht pagou o equivalente a US$ 8 milhões para a campanha de 2010 da presidente Dilma Rousseff, por intermédio do secretário de Finanças do PT, João Vaccari, não procede. A Odebrecht faz suas doações dentro de uma visão republicana e em prol da democracia e do desenvolvimento econômico e social do país, respeitando rigorosamente os limites e condições impostas pela legislação eleitoral".

No momento em que Gabrielli deveria cumprir sua parte do acordo com Jucá, o PMDB foi traído, diz João Augusto. "Quando ela (a Odebrecht) ganhou, Gabrielli fez de tudo para derrubar na diretoria. A CPI, claro, já tinha

Continua



| | |
|---|---|
| **Veículo:** Revista Época - SP | **Editoria:** Tempo |
| **Estado:** SP | **Data:** 11/08/2013 |
| **Página:** Capa/6; 28 - 34 | |

PETROBRAS

passado. Quis f... o negócio. O contrato entrava na pauta da diretoria, mas eles enrolavam." Com sua experiência política, João Augusto sabia o que fazer. Conta que conversou primeiro com seus parceiros na Odebrecht. Em seguida, procurou Vaccari, também tido como homem do PT na Petrobras. "Avisei a ele: a Odebrecht vai ajudar vocês na campanha. Vai lá e acerta com eles", diz João Augusto. Qual o valor acertado? "Deram, mais ou menos, o equivalente a US$ 8 milhões para o Vaccari", afirma.

As dificuldades na diretoria prosseguiram por mais algumas semanas. Em 26 de outubro de 2010, a cinco dias do segundo turno entre Dilma e José Serra, do PSDB, a diretoria da Petrobras aprovou o contrato. "Todo mundo recebeu. O partido, eu e as pessoas que ajudam. Quem ajuda, ganha", diz João Augusto. E quem recebeu? Ele não responde. "Pessoas de dentro *(da Petrobras)* que eu pago." Quanto o PMDB recebeu? "Foram US$ 10 milhões ou US$ 11 milhões. Não mexo com dinheiro dos outros. A Odebrecht tem os canais dela com os partidos", diz ele. E como se dava o pagamento? "A parte deles *(PT e PMDB)* eu não sei. A minha foi lá fora", disse. "Todos os contratos são assim."

O contrato da Odebrecht parece ter sido a última grande operação da turma de João Augusto. Logo depois, no governo Dilma, o aparelhamento diminuiu. Saíram muitos dos diretores ligados ao PT. Zelada foi perdendo poder e pediu demissão em julho do ano passado. João Augusto, porém, continua à cata de negócios na Petrobras. Recentemente, participou da venda da sociedade que a Petrobras tem numa distribuidora de energia na Argentina. "Você não vai acreditar, mas não preciso de políticos para ganhar dinheiro. Ganho mais sem eles", diz João Augusto, antes de se levantar e ir embora. Paguei a conta. ◆

---

Com *Flávia Tavares, Marcelo Rocha, Murilo Ramos e Leandro Loyola*

Continua