UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PETROBRAS SECURITIES LITIGATION

This Document Applies Only To:

No. 14-cv-9662 (JSR)

*In re Petrobras Securities Litigation*, No. 14-cv-9662 (JSR)

**NOTICE OF FILING UNSEALED DOCUMENTS PURSUANT TO ORDER**

Pursuant to the Order of the District Court entered September 17, 2019, Defendant

PricewaterhouseCoopers Auditores Independentes ("PwC Brazil") files the documents listed on

the attached Exhibit A on the Court's CM/ECF E-filing System.

Dated:  New York, New York
          September 24, 2019

KING & SPALDING LLP

By:    /s/ Paul A. Straus_____

James J. Capra, Jr.
Israel Dahan
Paul A. Straus
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Michael R. Pauzé (admitted *pro hac vice*)
Kenneth Y. Turnbull (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737

*Attorneys for Defendant*
*PricewaterhouseCoopers Auditores*
*Independentes*

<u>EXHIBIT A</u>

<u>Tab</u>                           <u>Document</u>

A.      PwC Brazil's Memorandum of Law in Support of Its Motion for Partial Summary
        Judgment dated June 27, 2016 (unredacted)

B.      PwC Brazil's Rule 56.1 Statement dated June 27, 2016 (unredacted)

C.      Declaration of Tsvetan Beloreshki dated June 27, 2016 (unredacted)

D.      Declaration of James J. Capra, Jr. dated June 27, 2016:  Exhibit 4

E.      Declaration of James J. Capra, Jr. dated June 27, 2016:  Exhibit 17

F.      Declaration of James J. Capra, Jr. dated June 27, 2016:  Exhibit 20

G.      Declaration of James J. Capra, Jr. dated June 27, 2016:  Exhibit 30

H.      Corrected Declaration of Emma Gilmore filed on July 11, 2016:  Exhibit 27

I.      Corrected Declaration of Emma Gilmore filed on July 11, 2016:  Exhibit 58

J.      Corrected Declaration of Emma Gilmore filed on July 11, 2016:  Exhibit 99

K.      Declaration of Ariel M. Fox dated June 27, 2016:  Exhibit 122

L.      Declaration of Ariel M. Fox dated June 27, 2016:  Exhibit 128