# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

N.Y.S.D. Case #
14-cv-9662(JSR)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand and nineteen.

_____

In Re: Petrobras Securities Litigation
-----------------------------------------------------------------------------------

Universities Superannuation Scheme Limited, et al.,

      Plaintiffs - Appellees,

Aura Capital Ltd., et al.,

      Plaintiffs,

v.

Spencer Bueno,

      Objector - Appellant,

Joshua R. Furman,

      Appellant,

Mariangela Mointeiro Tizatto, et al.,

      Defendants.

_____

STATEMENT OF COSTS
Docket No. 18-3351

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 19 2019

IT IS HEREBY ORDERED that costs are taxed in the amount of $535.60 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/19/2019