**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | Case No. 14-cv-9662 (JSR)<br><br>**CLASS ACTION** |

**NOTICE OF CLASS REPRESENTATIVES' MOTION FOR AUTHORIZATION TO**
**ACCEPT AND PAY LATE CLAIMS AND LATE DEFICIENCY CURES**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jeremy A. Lieberman in Support of Class Representatives' Motion for Authorization to Accept and Pay Late Claims and Late Deficiency Cures, the Declaration of the Claims Administrator in Support of Class Representatives' Motion to Accept and Pay Late Claims and Late Deficiency Cures (the "Amin-Giwner Declaration"), and the Memorandum of Law in Support of Class Representatives' Motion for Authorization to Accept and Pay Late Claims and Late Deficiency Cures, Class Representatives Universities Superannuation Scheme Limited, Employees Retirement System of the State of Hawaii, and North Carolina Department of State Treasurer, through Class Counsel, will hereby move this Court on a date and at such time as may be designated by the Court, for entry of the accompanying [Proposed] Order Granting Authorization to Accept and Pay Late Claims and Late Deficiency Cures.  That order will: (1) authorize the acceptance of late claims received after January 31, 2019, and late deficiency cures received after September 11, 2019, and authorize the payment of those eligible claims; and (2) provide that the Court retains jurisdiction to consider any further applications concerning the administration of the Settlements, and such other and further relief as the Court deems appropriate.

Dated: New York, New York
      May 11, 2021                       Respectfully submitted,

                                    **POMERANTZ LLP**

                                    By: *_/s/Jeremy A. Lieberman_*
                                    Jeremy A. Lieberman
                                    Emma Gilmore
                                    Brenda Szydlo
                                    Jennifer B. Sobers
                                    600 Third Avenue, 20th Floor
                                    New York, NY 10016
                                    Telephone: (212) 661-1100
                                    Facsimile: (917) 463-1044
                                    Email: jalieberman@pomlaw.com
                                    egilmore@pomlaw.com
                                    bszydlo@pomlaw.com
                                    jbsobers@pomlaw.com

                                    *Counsel for Class Representatives and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, a copy of the foregoing was filed electronically on the Court's electronic filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.


*/s/Ariana Barbosa*
Ariana Barbosa