UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | Case No. 14-cv-9662 (JSR)<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING MOTION TO ACCEPT AND PAY LATE CLAIMS AND LATE DEFICIENCY CURES**

Class Representatives Universities Superannuation Scheme Limited, Employees Retirement System of the State of Hawaii and North Carolina Department of State Treasurer, through their Counsel, moved this Court for an order granting their motion to accept and pay late claims and late deficiency cures in the above-captioned class action (the "Action"). Having reviewed and considered all the materials and arguments submitted in support of the motion, including the May 10, 2021 Declaration of the Claims Administrator in Support of Class Representatives' Motion to Accept and Pay Late Claims and Late Deficiency Cures (the "May 10, 2021 Amin-Giwner Declaration"):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. This Order incorporates by reference the definitions in the September 24, 2019 Distribution Order (ECF No. 974), the May 10, 2021 Amin-Giwner Declaration, the February 1, 2018 Stipulation of Settlement and Release (ECF No. 767-1), and the February 1, 2018 Amended Stipulation and Agreement of Settlement (ECF No. 767-10).

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members.

      3.      The Claims Administrator may accept late claims received after January 31, 2019, and late deficiency cures received after September 11, 2019, as described in the May 10, 2021 Amin-Giwner Declaration, and is authorized to make payments to those eligible claims consistent with the Distribution Order.

      4.      This Court retains jurisdiction to consider any further applications concerning the administration of the Settlements, and such other and further relief as this Court deems appropriate.

      IT IS SO ORDERED.

DATED: _____

                                        _____
                                          Hon. Jed S. Rakoff
                                      United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, a copy of the foregoing was filed electronically on the Court's electronic filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

>                    */s/Ariana Barbosa*
>                      Ariana Barbosa