# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION | Case No. 14-cv-9662 (JSR)<br><br>**CLASS ACTION** |

## DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF CLASS REPRESENTATIVES' MOTION FOR AUTHORIZATION TO ACCEPT AND PAY LATE CLAIMS AND LATE DEFICIENCY CURES

I, JEREMY A. LIEBERMAN, hereby declare as follows:

1. I am managing partner of the firm Pomerantz LLP, Class Counsel in the above-captioned action. I respectfully submit this declaration in support of Class Representatives' Motion for Authorization to Accept and Pay Late Claims and Late Deficiency Cures.

2. Annexed hereto as Exhibit A is the Declaration of the Claims Administrator to Accept and Pay Late Claims and Late Deficiency Cures, dated May 10, 2021.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 11th day of May 2021 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, a copy of the foregoing was filed electronically on the Court's electronic filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/Ariana Barbosa*
Ariana Barbosa